**DOCKET NUMBER:** CR 10-615 (NGG)

## CRIMINAL CAUSE FOR ARRAIGNMENT

**Date Received By Docket Clerk:** _____  **Docket Clerk Initials:** _____

**BEFORE JUDGE:** GARAUFIS  **DATE:** DECEMBER 17, 2010  **TIME IN COURT** ___ HRS  60  MINS
@ 11:30 AM

**1. DEFENDANT:** RONALD HERRON

Present X   Not Present          Custody X      Not Custody

**DEFENSE COUNSEL:** ROBERT SOLOWAY

  Federal Defender         CJA   X                RETAINED

**2. DEFENDANT:**

**DEFENSE COUNSEL:**

**3. DEFENDANT:**

**DEFENSE COUNSEL:**

**4. DEFENDANT:**

**DEFENSE COUNSEL:**


**A.U.S.A.:** CARTER BURWELL

**COURT REPORTER:** ANTHONY FRISOLONE

**INTERPRETER:**   **LANGUAGE:**

| | | | |
|---|---|---|---|
| ☐ | Change of Plea Hearing (~Util-Plea Entered) | ☐ | Revocation of Probation contested |
| X | Arraignment | ☐ | Sentencing on a violation |
| ☐ | Pre Trial Conference | ☐ | Motion Hearing |
| ☐ | Violation | ☐ | Hearing |
| ☐ | Status Conference | ☐ | Sentencing |
| ☐ | Bail Revocation Hearing | ☐ | Motion for sentence reduction |
| ☐ | Voir Dire Begun   ☐ Voir Dire Held | ☐ | Jury selection   ☐ Jury trial |
| ☐ | Jury Trial Death Penalty   ☐ Sentence enhancement Phase | ☐ | Bench Trial Begun |

**Speedy Trial Start:**    **Speedy Trial Stop:**    **CODE TYPE:** XT
**Do these minutes contain ruling(s) on motion(s)?**   YES            NO   X

THE DEFENDANT IS ARRAIGNED AND PLEADS NOT GUILTY TO THE CHARGES CONTAINED IN THE SUPERSEDING INDICTMENT (S-2). PARTIES DISCUSS ISSUES WITH RESPECT TO THE DEFENDANT'S INCARCERATION AT THE BUREAU OF PRISONS. NEXT STATUS CONFERENCE IS SCHEDULED FOR TUESDAY, JANUARY 11, 2011 AT 11:30 AM.