**FILED**
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y.

★ APR 11 2011 ★

BROOKLYN OFFICE

# AFFIDAVIT of MENTAL COMPETENCY

**RECEIVED**

NEW YORK state                    March 28, 2011            APR 1 1 2011
KINGS County

In the Chambers of
Judge
NICHOLAS G. GARAUFIS

I have interviewed and/or witnessed facts relevant to the MENTAL CONDITION of **Ronald-Rattiem:Herron**.    In addition,

1. I have found no existence of a MENTAL ILLNESS, and that he has not presented any signs or symptoms of any threat of bodily harm to himself or to others.
2. I have found no evidence of deterioration in **Ronald-Rattiem: Herrons'** MENTAL CONDITION.
3. I have found nothing that would prevent him from remaining at Liberty and/or being released.
4. He does not appear to be chemically dependent.

I the undersigned witness(s) declare that I am competent to state the matters as read above.  Any Person contestant to this declaration shall provide his/her mental health examination upon request of the witness(s).
If extremely hazardous weather conditions exist or a disaster occurs, I shall demand the nature of said emergency.

Witness _Linda Johnson_            Witness _Christopher Hernandez_

Witness _Dolores Chatlett_         Witness _Tonisha Bell_

Witness _Karen Dollar_             Witness _Mary Brown_

IN COMMON LAW, THE SUBSTANCE OF THE LAW IS TO BE FOUND IN THE PUBLISHED REPORTS OF COURT DECISIONS. ARTICLE III DIVIDES THE JURISDICTION OF FEDERAL COURTS INTO LAW (MEANING COMMON LAW), EQUITY, AND ADMIRALTY.

U.S. vs. HUDSON & GOODWIN (1812), WHEATON vs. PETERS (1834), ERIE RAILROAD vs. THOMPKINS, WAHL vs. ROUND VALLEY BANK 38 ARIZ. 411, 300 P. 955 (1931), LONG vs. SHOREBANK DEVELOPMENT CORP, 182 F. 3D. 548 C.A. 7 ILL. (1999), TUBE CITY MINING & MILLING CO. vs. OTTERSON, 16 ARIZ. 305, 146 P. 203 (1914), MILLIKEN vs. MEYER, 311 U.S. 457, 61 S. CT. 339, 85 L.Ed. 2D. 278 (1940), LUBBEN vs. SELEVTIVE SERVICE SYSTEM LOCAL Bd. No. 27, 453 F. 2d. 645, 14 A.L.R. Fed. 298 (C.A. 1 MASS. (1972), HOBB vs. U.S. OFFICE OF PERSONNEL MANAGEMENT, 485 F. SUPP. 456 (M.D. Fla. (1980), U.S.C.A. CONST. AMEND. 5 – TRIAD ENERGY CORP. vs. McNELL 110 F.R.D. 382 S.D.N.Y. (1986), FED. RULES CIV. PROC. RULE 60 (B) (4), 28 U.S.C.A CONST. AMEND. 5 – KLUGH vs. U.S. 620 F. SUPP. 892 (D.S.C. 1985), LOYD vs. DIRECTOR, DEPT. OF PUBLIC SAFETY, 480 SO. 2D. 577 (Ala. Civ. App. (1985), CITY OF LOS ANGELES vs. MORGON, 234, P. 2D. 319 (Cal. App. 2 Dist. (1951), MILLS vs. RICHARDSON, 81 S.E. 2D. 409, (N.C. 1954), STATE vs. RICHIE, 20 S.W. 3D. 624 (TENN. 2000), UNDERWOOD vs. BROWN, 244 S.W. 2D. 168 (TENN. 1951).

# MEMORANDUM OF POINTS AND AUTHORITIES

## 1.  Arrest is presumed to be false; officer has the burden of proof

The only thing the plaintiff needs to plead and to prove is either (1) that the defendant made an arrest or imprisonment, or (2) that the defendant affirmatively instigated, encouraged, incited, or caused the arrest or imprisonment. *Burlington v. Josephson*, 153 Fed.2d 372,276 (1946).

When the plaintiff has shown that he was arrested, imprisoned or restrained of his liberty by the defendant, "the law presumes it to be unlawful." *People v. McGrew*, 20 Pac. 92 (1888); *Knight v. Baker*, 133 P. 544(1926).

"The burden is upon the defendant to show that the arrest was by authority of law." *McAleer v. Good*, 65 Atl. 934, 935 (1907); *Mackie v. Ambassador*, 11 P.2d 6 (1932).

"Any arrest made without a warrant, if challenged by the defendant, is presumptively invalid...the burden is upon the state) to justify it as authorized by statute, and as not violative of constitutional provisions. *State v. Mastrian*, 171 N.W.2d 695 (1969); *Butler v. State*, 212 So.2d 577 (Miss 1968)

"As in the case of illegal arrests, the officer ... must keep within the law at his peril." *Thiede v. Scandia*, 217 Minn. 231, 14 N.W.2d 400 (1944).

## 2.  Must show warrant upon request

"He must show it to the accused, if requested to do so." *Smith v. State*, 208 S.2d 747 (Miss., 1968).

"If demanded, he must produce the warrant and read it to the accused, that he may know by what authority and for what cause he is deprived of his liberty." *State v. Shaw*, 89 S.E. 322 (1916).

"An accused person, if he demands it, is entitled to have the warrant for his arrest shown to him at the time of arrest." 42 L.R.A. 682, 51 L.R.A. 211, *Crosswhite v. Barnes*, 124 S.E. 242, 245 (1924).

"A special deputy is bound to show his warrant if requested to do so, and if he omit, the party against whom the warrant is may resist an arrest, and the warrant under such circumstances is no protection against an action for an assault, battery and false imprisonment." *Frost v. Thomas*, 24 Wendell's Rep. (N.Y.) 418, 419 (1840).

"It is doubtless the duty of an officer who executes a warrant of arrest to state the nature and substance of the process which gives him the authority he professes to exercise, and, if it is demanded, to exhibit his warrant, that the party arrested may have no excuse for resistance." *Shovlon v. Com.*, 106 Pa. 369, 5 Am. Crim. Rep. 41 (1884)

"It was the duty of an officer who attempts to make an arrest to exhibit the warrant if he has one." *Jones v. State*, 114 Ga. 79, 39 S.E. 861 (1901)

## 3.  Warrant must be valid

A constable justifying an imprisonment under a warrant must show that the warrant on its face is legal, and that the magistrate had jurisdiction of the subject-matter. 51 L.R.A. 197, *Poulk v. Slocum*, 3 Blackfords (Ind.) 421.

A warrant is regarded as insufficient and thus void if, on its face, it fails to state facts sufficient to constitute a crime. *Wharton's Crim. Proc.*, 12th Ed., vol. 1, p. 152 (1974).

## 4.  No rubber-stamp "signature"

"The United States Supreme Court ... stressed the need for 'individualized review' to avoid the issuance of 'rubber stamp' warrants." *State v. Paulick*, 277 Minn. 140, 151 N.W.2d 596 (1967).

## 5.  False arrest is assault and battery

"An illegal arrest is an assault and battery. The person so attempted to be restrained of his liberty has the same right, and only the same right, to use force in defending himself as he would have in repelling any other assault and battery." *State v. Robinson*, 72 Atl.2d 262 (1950).

"An arrest without warrant is a trespass, an unlawful assault upon the person ... where one is about to be unlawfully deprived of his liberty he may resist the aggressions of the offender, whether of a private citizen or a public officer, to the extent of taking the life of the assailant, if that be necessary to preserve his own life, or prevent infliction upon him of some great bodily harm." *State v. Gum*, 69 S.E. 464 (1910).

Every person has the right to resist an unlawful arrest ... and, in preventing such illegal restraint of his liberty, he may use such force as may be necessary." *Columbus v. Holmes*, 152 N.E.2d 306 (1958).

## 6.  No handcuffs (sorry, OSHA)

"But a constable cannot justify handcuffing a prisoner unless he has attempted to escape, or unless it be necessary in order to prevent his doing so."  51 L.R.A. 216.

"The handcuffing was utterly unlawful." *Osborn v. Veitch* 1 Foster & Fin Eng Rep 317.

## 7. Go immediately to magistrate (no photographs, no fingerprinting)

The one arresting has "a duty to immediately seek a magistrate," and failure to do so "makes a case of false imprisonment." *Heath v. Boyd*, 175 S.W.2d 217 (1943); *Brock v. Stimson*, 108 Mass. 520 (1871).

"To detain the person arrested in custody for any purpose other than that of taking him before a magistrate is illegal." *Kominsky v. Durand*, 12 Atl.2d. 654 (1940).

"Any undue delay is unlawful and wrongful, and renders the officer himself and all persons aiding and abetting therein wrongdoers from the beginning." *Ulvestad v. Dolphin*, 278 Pac. 684 (1929).

"The taking of the plaintiff's picture before conviction was an illegal act." *Hawkins v. Kuhne*, 137 NY Supp 1090, 153 App Div 216 (1912).

"The power to arrest does not confer upon the arresting officer the power to detain a prisoner for other purposes." *Geldon v. Finnegan*, 252 N.W. 372 (1934).

"Compulsory fingerprinting before conviction is an unlawful encroachment...[and] involves prohibited compulsory self-incrimination." *People v. Helvern*, 215 N.Y. Supp. 417 (1926)

## Summary

A warrant must be <u>issued</u> and <u>signed</u> (no rubber stamp) by a <u>judge</u> who has <u>jurisdiction</u>.
It must state the <u>facts showing jurisdiction</u>.
It must be based upon <u>probable cause</u>.
It must <u>name the offense</u> committed.
It must contain an <u>affidavit (under oath)</u> by the <u>accuser</u>, stating <u>facts</u> constituting a <u>crime</u>.
It must <u>name the person</u> to be arrested, or describe him sufficiently to identify him.
You must <u>show me the warrant</u> and the <u>affidavit</u> upon request.
No handcuffs.
You must take me <u>immediately</u> before a magistrate, and hold me for <u>no other purpose</u> (no photographs, no fingerprinting).
You are responsible for <u>everything</u> that happens to me even if you relinquish custody.
Unlawful arrest is assault, battery & trespass.
There is <u>no immunity</u> in a false arrest case.
Good faith is not a defense.

This information is free provided you credit to: www.paperadvantage.org

USPS REGISTERED MAIL # RB 841 039 419 US

# LETTER OF ADVICE

March 28, 2011                          Re: Surety Bond USPS Registered Mail #RB 841 039 419 US

**STATE OF NEW YORK**                          **Ronald-Rattiem:Herron**
COUNTY OF KINGS /                               Nonresident/Nondomestic
 Nicholas Garaufis d/b/a JUDGE NICHOLAS         c/o 150 Park Row
GARAUFIS                        FOR             New York Republican state

### Notice: The law relating to principal and agent applies.
### Equality under the Law is paramount and mandatory by Law.

RE: Money Order/Claim# **1:10-CR-00615-NGG/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/F17967237**

Dear Sir/Madam:

I am in receipt of your money order dated November 4, 2010.  I did not find your cheque enclosed; therefore, I am accepting your offer and returning your money order for **adjustment and full settlement of this account.**

I have accepted this money order for value as true and returned by bond (attached hereto) in **exchange for discharge, settlement, release, and closure of the accounting books.**

Adjust my account and release the proceeds, accounts, fixtures and vouchers, including the master voucher or the order of the court to me within **72 hours** by registered mail.

Failure to return this negotiable debt instrument by registered mail within 72 hours constitutes acceptance of tender and after 15 days, notification of the settlement of the account and the discharge of the claim, including all vouchers and the master voucher, must be forwarded to the Undersigned.

In the alternative, remit the above amount to me and I will adjust the account myself.

Authority is herein granted that the holder may correct any errors and fill up any omissions to the attached bond thus assuring the <u>successful processing</u> for the adjustment and settlement of the accounting to the satisfaction of all with an interest.

If you have any further questions, contact me in writing to make sure we have no misunderstandings and all ledgering is handled appropriately.


By: _Adrian Rodwell_____
     Adrian Rodwell, *Power of Attorney for:*
     *Ronald-Rattiem:Herron -Secured Creditor*
     Grantor, Trustee, UCC1-308,
     UCC1-103.6 in accordance with
     28 CFR 16.41(D); 28 USC 1746 (1)
     Sovereign American Citizen 8 USC 1408; 15 stat 223


Attachments:  (1) Document(s) accepted for value
              (2) Supersedes Surety Bond

**078666884**              **Original**              2011-2498406-07.01
**Supersedes SURETY <u>BOND</u>**
USPS Registered Mail #RB 841 039 419 US

Ronald-Rattiem:Herron
Nondomestic/Nonresident              **Bond #F17967237**
C/O 150 Park Row
New York Republican state

### EQUALITY UNDER THE LAW IS PARAMOUNT AND MANDATORY BY LAW

U.S. DISTRICT COURT EASTERN DISTRICT                    Ronald-Rattiem:Herron
NEW YORK/COUNTY OF KINGS/                               C/O 150 Park Row
Nicholas Garaufis d/b/a JUDGE                           Nondomestic/Nonresident
NICHOLAS GARAUFIS/                                      New York Republican state
ADMINISTRATIVE OFFICE COURT

### Bond to discharge attachment for debt on Account <u>#1:10-CR-00615-NGG</u>

There appearing no bond of record to initiate Account #1:10-CR-00615-NGG and associated account(s), I,
**Ronald-Rattiem:Herron**, Sovereign, Living Principal, Secured Creditor, as Surety, and Owner, do undertake
as follows: In consideration thereof that no lawful money of account exists in circulation, and in consideration
thereof that I have suffered dishonor regarding Account <u>#1:10-CR-00615-NGG</u> and associated account(s), I
underwrite with my private exemption **#078666884/F17967237** any and all obligations of
performance/loss/costs sustained by **ADMINISTRATIVE OFFICE COURTS/U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK /COUNTY OF KINGS. Nicholas Garaufis d/b/a JUDGE NICHOLAS
GARAUFIS** regarding the said Account(s), unless the said alleged Debtor **RONALD RATTIEM HERRON**
shall satisfy any debt/judgment which may be recovered against it by the alleged creditor(s), the
**ADMINISTRATIVE OFFICE COURTS/U.S. DISTRICT COURT EASTERN DISTRICT OF NEW YORK
/COUNTY OF KINGS, Nicholas Garaufis d/b/a JUDGE NICHOLAS GARAUFIS** or Agents thereof, in their
attachment against alleged Debtor **RONALD RATTIEM HERRON** for sum certain **$_____, (to be
filled by Agent(s)** for **ADMINISTRATIVE OFFICE COURTS/U.S. DISTRICT COURT EASTERN DISTRICT
OF NEW YORK /COUNTY OF KINGS,** Nicholas Garaufis d/b/a JUDGE NICHOLAS GARAUFIS for discharge,
release, closure and settlement of the Accounting re: account #1:10-CR-00615-NGG recorded by
**ADMINISTRATIVE OFFICE COURTS/U.S. DISTRICT COURT EASTERN DISTRICT OF NEW
YORK/COUNTY OF KINGS/Nicholas Garaufis d/b/a JUDGE NICHOLAS GARAUFIS.**

As per attached letter of advice, failure to return this negotiable instrument by registered mail within <u>72
hours</u> constitutes acceptance of tender and after 15 days, notification of the settlement of the account and the
discharge of the claim, including all vouchers and the master voucher must be forwarded to the Undersigned.

Done at 759 washington ave _____, this 6 tt day of _APRil_____, 2011.
Brooklyn ny.

                                    By: _adrian Rodwell_____
                                    Adrian Rodwell, *Power of Attorney for:*
                                    **Ronald-Rattiem:Herron** Secured Creditor,
                                    Grantor, Trustee, UCC1-308,
                                    UCC1-103.6 in accordance with
                                    28 CFR 16.41(D); 28 USC 1746 (1)
                                    Sovereign American Citizen 8 USC 1408;
                                    15 stat 223

STATE OF NEW YORK       )
                             )       **JURAT**

COUNTY OF KINGS       )

On the _6 TH_ day of _APRIL_ , 2011 A.D., before Adrian Rodwell, Power of Attorney for: **Ronald-Rattiem:Herron** (personally known to me, or) proved to me on the basis of satisfactory evidence to be the one whose name is subscribed to the within instrument and acknowledged to me that she signed the same in her authorized capacity and that by her signature on the instrument, the person or the entity upon behalf of which the person acted, signed under oath or asseveration, and accepts the truth thereof.

_____         _____
Notary Public,                                 Notary Signature

_____/_____/_____
My Commission Expires

                                 **Masiello, Salvatore A.**
                           **Notary Public, State** of New York      SEAL
                             **No. 01MA6095816**
                           **Qualified in Richmond County**
                          **Commission Expires 07-21-20 11**

## ORDER

Negotiate this discharge/asset item through the back office for settlement via the pass through account at the treasury discount window under public policy for discharge of debts in accordance HJR 192 June 5, 1933, 73rd Congress, 1st Session and all associated policies. Charge exempt employer / payer identification account # **078666884/F17967237** for use of my tax exemption.  Prepaid Stock and Levy.

                                    **Assured by:**
      House Joint Resolution 192, of March 5, 1933, 73rd Congress Public Law 95-109, Section 805-C, Birth Certificate #156-82-308627.
THE FAIR DEBT COLLECTION PRACTICES ACT, (15 U.S. Code 1692 et seq) UNIFORM COMMERCIAL CODES Article 1, Sec. 10 of the *Constitution of the United States.*
    (12 U.S.C. 152) 42 U.S.C. 1983 (Constitutional Injury), 1985 (Conspiracy) and 1986 ("Knowledge" and "Neglect to Prevent" a U.S. Constitutional Wrong).

This _26 th_ day of _march_ , 2011.

_____
***Signature of Acceptor of Bond***

December 10, 2010

# Notice of Acceptance of Oath of Office

By: _Adrian Rodwell_
Adrian Rodwell, Power of Attorney for:
**Ronald-Rattiem:Herron**, 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
C/o 150 Park Row
Nondomestic/Nonresident
New York Republican state
Grantor, Trustee, UCC1-308,
UCC1-103.6 in accordance with
28 CFR 16.41(D); 28 USC 1746 (1)
Sovereign American Citizen 8 USC 1408;
15 stat 223

Notice for:    Administrative Office of Courts
               One Columbus Circle N.E. Washington, DC  20544

Notice for:    Nicholas Garaufis, d/b/a JUDGE NICHOLAS GARAUFIS, PUBLIC SERVANT
               C/o United States Courthouse, 225 Cadman Plaza
               East Brooklyn, New York, 11201
               Via Registered Mail: RB 841 039 419 US

Notice for:    Robert C. Heinemann d/b/a ROBERT C. HEINEMANN, Prothonotary and Clerk of the
Court, for placing in the Sovereign's
               Folder for Public Notice
               C/o 225 Cadman Plaza #640
               East Brooklyn, New York 11201

   I hereby duly notice **ADMINISTRATIVE OFFICE of COURTS/Nicholas Garaufis d/b/a JUDGE
NICHOLAS GARAUFIS, PUBLIC SERVANT, Robert C. Heinemann d/b/a
ROBERT C. HEINEMANN, PUBLIC SERVANT CLERK OF COURT; with my instrument entitled,
"Notice of Acceptance of Oath of Office", is concerning his Case
No# 1:10-CR-00615-NGG, File #2010R01491, exemption #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, BC#156-82-308627 and
Bond #F17967237.**

   **ADMINISTRATIVE OFFICE OF COURTS/Nicholas Garaufis d/b/a JUDGE NICHOLAS
GARAUFIS, PUBLIC SERVANT, Robert C. Heinemann d/b/a ROBERT C. HEINEMANN,
PUBLIC SERVANT CLERK OF COURT, I hereby and herein <u>accept</u> your Oath of Office as your
open and binding offer of contract to form a firm and binding, private,
bilateral contract between you and me in which you agree to perform all of your promises and
uphold all of <u>my rights.</u>**

   **Further, I hereby and herein <u>claim</u> my right to common law jurisdiction and <u>refuse</u> statutory
jurisdiction.**

(1) I am Sovereign Citizen of the New York Republic.  I do not reside or earn income or compensation in any Territory, Possesion, Instrumentality or  Enclave which is under the"sovereignty of" or "subject to the jurisdiction of"the United States.

(2) I was natural born in the New York Republic.  This is one of the 50 States and not a Territory over which the sovereignty of the United States extends.

(3)  Iam not a Citizen of the United States subject to its jurisdiction.

(4)  Iam not a federal government employee or an officer of a corporation under a duty to withhold. If you feel that your agency has jurisdiction over me, please provide me with your appropiate **jurisdictional authority** within 30 Days.  If you cannot provide such authority, I will respectfully expect a letter from you stating that the"**case is closed".**

WITNESS *Delano Aldrich*

WITNESS *Mary Brown*

WITNESS *Tanisha Bell*

Respectfully,

**I do hereby certify that I have served ADMINISTRATIVE OFFICE OF COURTS/UNITED STATES EASTERN DISTRICT COURT OF NEW YORK /Nicholas Garaufis d/b/a JUDGE NICHOLAS GARAUFIS/Robert Soloway d/b/a ATTORNEY ROBERT SOLOWAY/Loretta E. Lynch d/b/a DISTRICT ATTORNEY LORETTA E. LYNCH/ Robert C. Heinemann d/b/a CLERK OF COURT ROBERT C. HEINEMANN with a true copy of the within documents by Certified Mail with Return Receipt Requested, from Adrian Rodwell, Power of Attorney for:  Ronald-Rattiem:Herron, Nonresident/Nondomestic ,150 Park Row, New York Republican state.**

Adrian Rodwell, Power of Attorney and

In Behalf of **Ronald-Rattiem:Herron**©Ens Legis

Secured Party, Authorized Representative, Trustee

UCC1-308, UCC1-103.6 in accordance with

28 CFR 16.41(D); 28 USC 1746 (1)

Sovereign American Citizen 8 USC 1408;

15 stat 223, All Rights Reserved, Sui Juris

March 28, 2011

## CERTIFIED DEMAND FOR PROOF JURISDICTION

TO:                                              RESPONSE TO NOTICE:

ADMINISTRATIVE OFFICE OF COURTS/                 **Ronald-Rattiem:Herron,** UCC1-308

U. S. DISTRICT COURT OF E.D.N.Y. /               C/o 150 Park Row

Nicholas Garaufis d/b/a JUDGE NICHOLAS GARAUFIS  Nonresident/Nondomestic

                                                 New York Republican state

REGARDING:  ACCOUNT #1:10-CR-00615-NGG/File #2010R01 491/exemption #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,

          Bond #F17967237, BC #156-82-308627.

DEAR MADAM OR SIR:

I have studied the law and I do not believe that I am a person under the jurisdiction of your agency, which is defined and limited by Article1, 8, Cl.17 of the Constitution for the united States of America.

"It is all well established principal of Law that all federal legislation applies only within the territorial jurisdiction of the United States unless a contrary intent appears." Foley Brothers vs Filardo 336, US 281(1948)

It is a principal of law that,  challenged, the person asserting jurisdiction must prove that jurisdiction do exist as a matter of law: Title 5 of the US Codes, 556 (d) states as follows: " When jurisdiction is challenged the burden of proof is on the government."

Also take Notice of the following: McNutt Vg.m.36S.Ct789, 80L.Ed.1135, Griffin v.Mattews, 310 Supp341, 423, F.2d 272, Basso v.U.P.L.495 F.2D 906

## Your jurisdiction is hereby challenged.

December 10, 2010

The foregoing "Notice of Acceptance of Oath of Office" is an instrument in commerce, and is made **explicitly under reserve and without recourse.**

Failure to respond to this offer of contract within three business days of receipt establishes your unconditional acceptance of the foregoing, and your promise to uphold all of my rights.

Verification:   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed, at arm's length,

on the ~~twenty eighth~~ day of the Third month in the year of our Lord, two-thousand, Eleventh, at the County of Kings.

By: _Adrian Rodwell,_

Adrian Rodwell, Power of Attorney for:
**Ronald-Rattiem:Herron,** UCC1-308
Trustee, the Only Authorized Representative
UCC1-308, UCC1-103.6 in accordance with
28 CFR 16.41(D); 28 USC 1746 (1)
Sovereign American Citizen 8 USC 1408;
15 stat 223

March 28, 2011


FOR THE RECORD:   I am Holder in Due Course.

This matter is in chambers.

The commercial agents, Administrative Office of Court/Nicholas Garaufis d/b/a JUDGE NICHOLAS GARAUFIS, Loretta E. Lynch  d/b/a DISTRICT ATTORNEY LORETTA E. LYNCH, Robert Soloway d/b/a ATTORNEY ROBERT SOLOWAY, Robert C. Garaufis d/b/a CLERK OF COURT ROBERT C. GARAUFIS and any/all the officers of NEW YORK STATE have made a fraudulent commercial claim against my copyrighted Character; **Ronald-Rattiem:Herron.**

Judge Nicholas Garaufis, I am accepting Case **#1:10-CR-00615-NGG** with all attachments front and back.  I have no controversy and wish only to discharge the debt owed and I affirm there are no facts in dispute.

Case **#1:10-CR-00615-NGG** is being returned to you with all attachments for closure and discharge at no cost, to be settled, finished and closes accounting books.

Equality under the Law is PARAMOUNT, and Mandatory by law.

I declare myself competent.

I declare Administrative Office of Courts/Nicholas Garaufis d/b/a JUDGE NICHOLAS GARAUFIS, Loretta E. Lynch d/b/a DISTRICT ATTORNEY LORETTA E. LYNCH, Robert Soloway d/b/a ATTORNEY ROBERT SOLOWAY, Robert C. Garaufis d/b/a CLERK OF COURT ROBERT C. GARAUFIS and all of the commercial agents and officers of the STATE of NEW YORK involved with claim **#1:10-CR-00615-NGG** are FIRED.

Release the voucher to me immediately.


**NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPLE, NOTICE TO THE PRINCIPLE IS NOTICE TO THE AGENT**


By: _Adrian Rodwell_

Adrian Rodwell, Power of Attorney for:
**Ronald-Rattiem:Herron,**
Trustee, Authorized Representative
UCC1-308, UCC1-103.6 in accordance with
28 CFR 16.41(D); 28 USC 1746 (1)
Sovereign American Citizen 8 USC 1408;
15 stat 223

Administrative Office of Courts, One Columbus Circle N.E. Washington, D.C. 20544

# UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK
## Kings County

| | | |
|---|---|---|
| Ex-parte **Ronald-Rattiem:Herron** | ] | |
| People of the united States of America, | ] | |
| ex. Rel. RONALD HERRON | ] | |
| C/o 150 Park Row | ] | |
| Nondomestic/Nonresident | ] | |
| New York Republican state | ] | |
| | ] | |
| VS | ] | **Motion for Instant Hearing** |
| | ] | |
| Nicholas Garaufis d/b/a Judge NICHOLAS | ] | |
| GARAUFIS | ] | |
| C/o U.S. Courthouse, 225 Cadman Plaza | ] | |
| Brooklyn, New York, 11201 | ] | |
| | ] | |
| Respondent | ] | |

To the Honorable Nicholas Garaufis d/b/a JUDGE NICHOLAS GARAUFIS.

Christian Appellation **Ronald-Rattiem:Herron** herein Petitioner, respectfully moves this Honorable Court for an instant hearing on the attached Emergency Petition for Writ of Habeas Corpus, and shows this Honorable Court the following:

Petitioner by affidavit of facts; states that his **warrant-less arrest, extradition without hearing, denial of procedural due process** were acts done without **jurisdiction** to do so and this immediate hearing is necessary and imperative to secure Petitioners **immediate release.**

Wherefore, Petitioner moves this Court to place this Petition on an emergency hearing track and render any immediate assistance to this Petitioner as this Court deems necessary and proper, **including allowing to be submitted necessary paperwork in Petitioner's defense on Petitioner's behalf to facilitate Petitioner release.**

By: _Adrian Rodwell_

Adrian Rodwell, Power of Attorney for:
**Ronald-Rattiem:Herron,** Trustee, UCC1-308
D/b/a RONALD HERRON
UCC1-103.6 in accordance with
28 CFR 16.41(D); 28 USC 1746 (1)
Sovereign American Citizen 8 USC 1408;
15 stat 223

# UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK KINGS COUNTY

Ex-parte **Ronald-Rattiem:Herron**                    ]
People of the united States of America,              ]
ex. rel. RONALD HERRON                               ]
C/o 150 Park Row                                     ]
New York Republican state                            ]
                                                     ]
                                                     ]     Case No. 1:10-CR-00615-NGG
            Petitioner                               ]
                                                     ]
            VS                                        ]
                                                     ]
Nicholas Garaufis d/b/a Judge NICHOLAS  ]
GARAUFIS                                              ]
U.S. Eastern District Court of New York      ]
225 Cadman Plaza                                     ]
East Brooklyn, New York, 11201               ]
                                                     ]
                                                     ]     **Order**
                                                     ]
                                                     ]
            Respondent                              ]

_____

    Christian Appellation having brought a petition before this Court in the Nature of a Habeas Corpus, said petition being verified, this Court reasonably believes that said Petition has merit and that the **Petitioner is being held without jurisdiction** of the **Respondent** to do so.

    It is on this 28th day of March, 2011 ordered that a Writ of Habeas Corpus, along with the Petition, Verified Complaints be filed into this Court's record and that a hearing be held on_____day of_____, 2011 in the courtroom of United States Eastern District Court of New York, 225 Cadman Plaza, East Brooklyn, New York 11201. This is an Order that the **Respondent** is present to represent himself in his own behalf in this matter. Respondent is hereby ordered to safely produce Petitioner **Ronald-Rattiem:Herron** before this Court at said hearing and show cause why he is holding Petitioner against his will and without jurisdiction to do so and to release the Petitioner **Ronald-Rattiem:Herron.**

    It is so ordered by this Court.
    Signed under Seal of the Court_____

**ADMINISTRATIVE OFFICE OF COURTS**
**U.S. DISTRICT COURT EASTERN DISTRICT OF NEW YORK**
**COUNTY OF KINGS**

Case No. **#1:10-CR-00615-NGG**

# MOTION FOR ADMINISTRATIVE NOTICE AFFIDAVIT OF NEGATIVE AVERMENT CERTIORARI

| | |
|---|---|
| IN THE MATTER OF | } **WRIT IN THE NATURE OF DISCOVERY** |
| | } |
| | } **REQUEST FOR DEBT VALIDATION ASSESSMENT** |
| **Ex Rel:  [RONALD HERRON]** | } |
| | } |
| | } |

COMES NOW:
In Propria Persona

The **Grantor, Trustee, Ronald-Rattiem:Herron,** in the matter of **Ex Rel:  [RONALD HERRON],** pursuant 27 CFR 72.11 does hereby request a validation of debt regarding the above styled case with attached presentments from **Agent: Nicholas Garaufis, d/b/a JUDGE NICHOLAS GARAUFIS** via **UNITED STATES DISTRICT COURT for the EASTERN DISTRICT OF NEW YORK "et al"**

Prepared and submitted this 28th day of   March, 2011.

By:  _Adrian Rodwell_
Adrian Rodwell, Power of Attorney for:
**Ronald-Rattiem:Herron**, Grantor, Trustee,
Nonresident/ Non-Domestic
First Class, U.S. Delivery
Care of 150 Park Row
New York Republican state
UCC1-308, UCC1-103.6 in accordance with
28 CFR 16.41(D); 28 USC 1746 (1)
Sovereign American Citizen 8 USC 1408;
15 stat 223

1

Case number:
**1:10-CR-00615-NGG**

March 28, 2011

## Administrative Notice of Affidavit
## &
## Judgment Estoppel in Pias

**Ronald-Rattiem:Herron**
**Nonresident /Non Domestic**
**First Class, U.S. Delivery**
**Care of  150 Park Row**
**New York Republican state**

KINGS County

**Ronald-Rattiem:Herron**, Being first duly sworn, deposes and says:
1) **Whereas,** I, **Ronald-Rattiem:Herron,** of the **Herron** Family, in correct public and private capacity as beneficiary to the Original Jurisdiction, being of majority in age, competent to state the matters set forth herein with first hand personal knowledge of the facts stated herein as true, correct, complete and certain, not misleading, admissible as evidence, and if called upon as a witness I will affirm to their veracity; and, **whereas** I am a free **Sovereign Aboriginal Indigenous Inhabitant,** part and parcel to said land; and not a mere resident thereof; and,

2) **Whereas**, know all men by these presents, all whom have eyes to see, ears to hear, **Ronald-Rattiem:Herron** is the exact spelling of the appellation given Me in proper English, upper and lower case; and **whereas** in correct public and private capacity as beneficiary to the Original Jurisdiction, at all times reserves all Absolute Rights to **RONALD HERRON,** appellation, at no time waiving, yielding up imprescriptable Rights to **RONALD HERRON** without the express written consent of **Ronald-Rattiem:Herron** and **whereas Ronald-Rattiem:Herron** avers, by this lawful affidavit, at no time is **Ronald-Rattiem:Herron** identified with, identified as, or has any nexus to any institutional, bifurcated, public, cestui que trust; and,

2

3) **Whereas, I, Ronald-Rattiem:Herron** am endowed by our Creator with perfect rights and perfect obligations as postulated in the Holy Scriptures and the law of the Declaration of Independence, which I have never with prior, informed consent voluntarily waived; and, **whereas** I further state that I am not a subject of Great Britain or the English Crown or of the so-called UNITED STATES, nor am I a party to the Constitution of the United States of America or to the **STATE OF NEW YORK** Constitution nor any other constitution, and thusly claim no 'constitutional absolute rights' to speak of; nor am I a resident or licensee of the **DISTRICT OF COLUMBIA**, nor the **STATE OF NEW YORK** nor any of the other fifty compact states, and; **whereas** I only have obligations to obey the <u>uncopyrighted</u> laws of our Creator alone; and,

4) **Whereas, I, Ronald-Rattiem:Herron**, am neither 'subject to', nor a 'subject of', the territorially-limited exclusive legislative jurisdiction of Congress by residence or otherwise, mandated for the municipality of Washington, DC known as the DISTRICT OF COLUMBIA or any other foreign 'federal areas'; and, **whereas** I have never with prior, informed consent, volunteered to enter into any contractual agreement, adhesion or otherwise, that would make Me subject to said jurisdiction of Congress or the DISTRICT OF COLUMBIA, nor can it be proven that any of the Constitutions for the UNITED STATES or the united States of America or the **STATE OF NEW YORK** operates either directly or indirectly upon me; and,

5) **Whereas,** the DISTRICT OF COLUMBIA and the UNITED STATES are defined as federal corporations and are acknowledged as bankrupt in the Emergency Banking Act, as declared by President Roosevelt through Executive Orders, and as confirmed by Congress on June 9, 1933 at 4:33 pm and by subsequent Supreme Court decisions, and is an obligator/grantor to the privately owned Federal Reserve Bank, created ultra vires by an Act of Congress on December 23, 1913, and that Congress agreed and contracted in international commercial law in the said Federal Reserve Bank Act to give the 'Fed' a paramount and permanent lien on the United States assets wherein the users of said bank notes agree as a 'parole promise' to accept the status as an obligor/grantor or surety, to hypothecate all user's assets to the UNITED STATES, thereby to the Federal Reserve System with the I.R.S. merely acting under a collection agreement as a user fee, for the use of Federal Reserve Bank Notes; and **whereas** there is no law in common with Great Britain or the English throne, who apparently are the Real Party of Interest and ultimate creditor of the above described debtors; and,

6) **Whereas,** the affiant denies the actual existence of all corporations including, but not limited to the following; the DISTRICT OF COLUMBIA, UNITED STATES, ADMINISTRATIVE OFFICE OF COURTS, JUDGE NICHOLAS GARAUFIS, D.A. LORETTA LYNCH, ATTORNEY ROBERT SOLOWAY, STATE OF **NEW YORK** , COUNTY OF KINGS, CITY OF EAST BROOKLYN, all BAR ASSOCIATIONS, and any and all other such fictitious organizations and/or statutorily created persons that **<u>exist no</u> <u>where</u>**, except perhaps as a concept on a piece of paper, or who are or who may be corporate members or may be associated with complaints against My natural body; and,

7) **Wherefore,** for the protection of My substantive unalienable Absolute Rights, I have declined any attempt to induce Me by fraud to be a tort feasor to the organic **NEW YORK  Republic state** Constitution or the Constitution for the united States of America where, at Article I, Section 10, Clause 1, it states: "No State shall … emit bills of credit, make any thing but gold and silver coin a tender in payment of debts";

3

and, **whereas** I have Specially Objected to the use of Federal Reserve Bank Notes; and, **whereas** I make public My special objection to the use of these United States Funds, namely Federal Reserve Notes or any other counterfeit security through constructive fraud; and,

8) **Whereas,** as a result of such sly entrapments over the years without full disclosure, I have unwittingly signed many documents, agreements or contracts, some even under the foreign 'perjury' jurat, as was supposedly required at the behest of clever liars, however, **wherein** fraud vitiates even the most solemn of contracts UCC 1-201(16) and UCC 1-207, and pursuant to the Rule Against Perpetuities found in the organic Constitution, I have removed My signatures and have revoked and rendered any and all such documents Null and Void, not bona fide, Nunc Pro Tunc; and, with all of the above in mind; and, **whereas** I am not a surety, obligator or grantor to any portion of the public national/federal hypothecated debt or any obligations other than My own private obligations; and **whereas** I state for the record that it has never been My intent or desire to be a voluntary participant or beneficiary in any institutional, bifurcated, public cestui que trust or any of the above described jurisdictions of mercantile equity under some ecclesiastical British/Roman Civil Law surreptitiously imposed by Acts of Congress and/or the **NEW YORK Republic state** Legislature under pretense of 'emergency' outside of their Constitutionally limited authority; and,

9) **Whereas,** I further do not access nor subscribe to the religious beliefs, dogma or private law commonly called 'United States Codes', '**NEW YORK** Republic state Codes', 'Federal Rules' or '**NEW YORK** Republic state Rules of Court', all of which have not been duly enacted and are privately owned as evidenced by the copyright notice(s) contained therein of said bankrupt debtors; namely the corporate ADMINISTRATIVE OFFICE OF COURTS, UNITED STATES, DISTRICT OF COLUMBIA and the **STATE OF NEW YORK**, or to any of their other political subdivisions, agents, officers, employees, etceteras, commonly called 'oath takers'; and,

10) **Whereas,** the law will always give a remedy, and to further protect My substantive rights I **Ronald-Rattiem:Herron** have exercised My absolute right to effect the remedy found in Article 9 of the Uniform Commercial Code and have so registered My claims as the Secured Party Grantor, Trustee to My Title and My private property and to the property of the debtors therein so listed, in Kentucky state UCC Branch Division Registration Number's **2011-2498406-07-01** providing the first in time, first in place priority claim therein, making My private property exempt from levy; and,

11) **Therefore,** anyone willfully violating My private Rights can and will be personally charged under an affidavit of probable cause as felon(s) under your own laws (Title 18 United States Code §§ 219, 241, 242, 876, 912, 913, 951, 1001) and/or otherwise; and any demands for payment or performance not specifically and currently authorized by Me personally, will be deemed to be an offer to engage into a contract, and will be Accepted For Value forthwith; and in fairness it can be added that no oath taker has My **written lawful 'Delegation of Authority' or Order,** to My knowledge, to function in or on My behalf without My express written consent; and,

4

12) If any man or woman desires to answer or **rebut this affidavit,** please answer in the manner of this affidavit, with a notarized affidavit of your own, using your Christian and family name for signature, by mailing a certified copy to the below named Notary Public, at the address provided, within **three (3)** calendar days or an Affidavit of Non-Rebuttal will be obtained and made part of the public record, and will place you under estoppel in pais; and,

Notice to Principal is Notice to Agent and Notice to Agent is Notice to Principal;

"Please See the Attached Notice for **Bill of Peace** "

Further Affiant Saith Naught.

Authorized Representative, Living Principal, Grantor, Trustee

By: _Adrian Rodwell_____"as good as Avail"
{Seal}          **Adrian Rodwell, Power of Attorney**

For: **Ronald-Rattiem:Herron** Grantor, Trustee,

**Nonresident/ Non-Domestic
First Class, U.S. Delivery
Care of 150 Park Row
New York Republican state
UCC1-308, UCC1-103.6 in accordance with
28 CFR 16.41 (d); 28 USC 1746 (1)
Sovereign American Citizen 8 USC 1408;
15 stat 223**

state of NEW YORK)
    Richmond ) §§
county of ~~KINGS~~      )
I _MASiELLO, SALVATORE A_____, a notary public

Of NEW YORK, County of KINGS, certify.  That,_Adrian Rodwell, Power of Attorney for:
**Ronald-Rattiem:Herron** personally appeared before me this day, and being duly sworn,
stated that she has the Authority as Power of Attorney to sign on behalf of **Ronald-
Rattiem:Herron**, as if he were signing himself.
                                                6TH         APRiL
Witness my hand and official seal, this 28th day of ~~March~~, 2011.

**(Official Seal)**

_____
        **Notary Public**
My commission expires: _____

**Masiello, Salvatore A.
Notary Public, State of New York
No. 01MA6095816
Qualified in Richmond County
Commission Expires 07-21-20_11_**

5

**U.S. EASTERN DISTRICT COURT STATE OF NEW YORK**
**KINGS COUNTY**

Case No. #1:10-CR-00615-NGG

IN THE MATTER OF }
RONALD HERRON}                    **JUDICIAL NOTICE**
                         }
                         }

COMES NOW:

The **Secured Party, Ronald-Rattiem:Herron** in the matter of RONALD HERRON **and now gives Notice to the court,** pursuant to Declaration of Political Status "I dismiss myself from this court case and move for a cease in all communications from all parties involved." Acts of Congress are not applicable to "Sovereigns" in the 50 States. 18 U.S.C. Rule 54 c Positive Law enacted-Titles of the United States Code. It is the doctrine of the Common Law that the Sovereign cannot be sued in his own court without his consent. The Siren, 74 U.S. (7 Wall) 152 (1869). United States vs Fox (94 U.S. 315) states….in common usage, the term "person" does not include the Sovereign. Statutes employing the phrase are ordinarily construed to exclude it.

I have done some research and I am hereby noticing you of the following laws pertaining to my particular case.

I remind Ni**cholas Garaufis d/b/a JUDGE NICHOLAS GARAUFIS** that Due Process means Due Process at **EVERY** stage of the proceeding, including right now. Due Process includes a meaningful opportunity to be heard. Due Process also includes a record for appeal. Also, the Court of Appeals would **prefer** that we resolve our differences at the lowest level.

I ask that you Nicholas Garaufis d/b/a **JUDGE NICHOLAS GARAUFIS** permit me to disclose the reason for me writing this affidavit. I have an offer of proof and I would like to make it for the record for consideration by the Court of Appeals.

The Supreme Court recognized the importance of Constitutional rights by establishing several Prophylactic Remedies for violation of my Constitutional Rights. The Government is one of limited powers. The sixth Amendment of the Constitution gives me the right to request the court to explain the nature of anything against me, and upon request the court has the **duty to answer.**

**I challenge Subject Matter Jurisdiction.**

Subject Matter Jurisdiction cannot be waived <u>voluntarily</u> or <u>involuntarily</u>. Subject Matter Jurisdiction cannot be defeated by consent of parties. Subject Matter Jurisdiction **is lost Immediately** by depriving party of Due Process. Subject Matter Jurisdiction can be challenged at anytime, even years after a judgment.

Rulings are Statutes Annotated: Compilation of past court holding that interpret the law. **Haines Vs. Kerner** 404 U.S. 519-421, Pro Se Litigants are held to a **less stringent pleading standard**

than Bar licensed Attorneys.  Regardless of the deficiencies in their pleadings, Pro Se Litigants are entitled to the opportunity to submit evidence in support of their claims.  When you're on a case, the Judge even has to tell you when you screwed up, how you screwed up and how to fix it. **The Courts says so.**

**Platsky vs. C.I.A.** 953 F. 2d. 25, Court errs if court dismisses the Pro Se Litigant without instructions of how pleadings are deficient and how to repair pleadings.  **Breck vs. Ulmer** , "The trial Judge should inform a Pro Se Litigant of the proper procedure for the action he or she is obviously attempting to accomplish".   **Void Judgment**:  When a Judge makes a ruling on a case and doesn't have Jurisdiction, you end up with a Void Judgment.

Judgment is Void when:
(1) Failure of Due Process.  (2) Fraud.  (3) Lack of In Personam.   (4) Lack of Subject Matter.

Void Judgment is one entered either without Jurisdiction of the person or of the Subject Matter. Eisenberg vs. Peyton 1978.  City of Lufkin vs. McVicker.  Thompson vs. Thompson.

Three things you can sue a Judge for:
1. Clear absence of Subject Matter Jurisdiction
2. Conspiracy to deprive rights
3. Acceding to Fraud

Two things you can sue a Prosecutor for:
1. Malicious prosecution – Federal Action
2. Abuse of Process – State Action

I find the Court practicing unlawful activities:
1. Defect in document (s) upon which the Plaintiff relies by law.
2. Plaintiff was not in compliance with the requirements of the Commercial Codes.
3. Unclean hands.
4. Lack of Jurisdiction and/or Venue.
5. Bad Faith Acts.
6. Unenforceable as constitutes an illegal practice.

You are ordered to Prove up the claim or Cease and Desist under Color of Law.

Prepared and submitted this 28th day of March, 2011.

By: _Adrian Rodwell_____
Adrian Rodwell, Power of Attorney for,
**Ronald-Rattiem:Herron,**
Nonresident / Non-Domestic
D/b/a **RONALD HERRON**
Care of 150 Park Row
New York Republican state
 UCC1 308, UCC1-103.6 in accordance with
28 CFR 16.41(D); 28 USC 1746 (1)
Sovereign American Citizen 8 USC 1408;
15 stat 223

**Ronald-Rattiem:Herron**

C/o 150 Park Row

Nondomestic/Nonresident

New York Republican state

### Within Admiralty

### Administrative Office of Courts

### IN THE U.S. EASTERN DISTRICT COURT STATE OF NEW YORK

### KINGS COUNTY

| | | |
|---|---|---|
| STATE OF NEW YORK/JUDGE | ) | Docket NO#**1:10-CR-00615-NGG** |
| NICHOLAS GARAUFIS/ | ) | |
| Administrative Office of | ) | |
| Courts/Respondent(s) | ) | |
|     Plaintiff | ) | |
| | ) | |
| Vs | ) | **PLEA IN BAR,** |
| | **)** | |
| **Ronald-Rattiem:Herron** | ) | |
| | ) | **EXEMPTION** |
| Injured Party/Accused | ) | |

_____/

MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED. **Ronald-Rattiem:Herron** the Injured party/Accused moves this court to dismiss this instant action based on the following plea in bar.

I

At all times relevant to this alleged charge and action **Ronald-Rattiem:Herron** the Injured party/Accused was and is **Sovereign** therefore exempt from the statutes and codes of the STATE OF NEW YORK and exempt from any levy thereunder.

II

Plaintiff, STATE OF NEW YORK/Nicholas Garaufis d/b/a JUDGE NICHOLAS GARAUFIS agent for Respondent(s) Administrative Office of Court, has failed to place facts upon the record in this instant case that invokes the **jurisdiction** of this or any other tribunal or court.

III

Only **accusations** have been presented to this tribunal unsupported by affidavit, deposition or documents under seal or evidence of any kind proving the Injured party/Accused was engaged in any activity that rendered him liable to the statutes and codes of the STATE OF NEW YORK.  This leaves this tribunal **without any jurisdiction** whatsoever.

IV

The assault that precipitated the Alleged charges No#**1:10-CR-00615-NGG** was committed vi et armis.  The information used to create the alleged charges was extorted from me vi et armis as was my name and promise to appear.

My appearance in this tribunal via motion and any personal appearance are being made under the **threat of further violence** to my person and property if I fail to do so.  This tribunal, whether operating judicially or administratively, cannot gain jurisdiction based upon treat of violence for non-performance on an extorted promise to appear.  Nicholas Garaufis d/b/a JUDGE NICHOLAS GARAUFIS failed to give this tribunal jurisdiction over case #**1:10-CR-00615-NGG.**

V

The accusations/charges contained in case **#1:10-CR-00615-NGG** are not supported by any affidavit, deposition or documents under seal that swears to any liability of the accuser's to the statutes or codes allegedly violated.   The accusations made on case **#1:10-CR-00615-NGG** was made with the threat of additional violence to the accused person if specific performance is not forthcoming.

Nicholas Garaufis d/b/a JUDGE NICHOLAS GARAUFIS is in violation of this Sovereign's exemption.   The issuance of case **#1:10-CR-00615-NGG,** vi et armis, was done in violation of the published doctrine of the Supreme Court of the United States set down in the case of Packard v. Banton, 264 US 140, 144 (1924) to wit:

> ".... A distinction must be observed between the regulation of an activity which may be engaged in as a matter of right and one carried on by government sufferance or permission.  In the latter case the power to exclude altogether generally includes the lesser power to condition and may justify a degree of regulation not admissible in the former. See Davis v. Commonwealth of Massachusetts 167 US 43, (1887)."

Nicholas Garaufis d/b/a JUDGE NICHOLAS GARAUFIS, agent for the STATE OF NEW YORK refused and failed to observe the doctrine of law set forth by the Supreme Court of the United States in the above cited case and did commit armed assault upon a Sovereign while the Sovereign was engaged in the exercise of a private right.

VII

The process under which case **#1:10-CR-00615-NGG** was created,

armed assault, extortion, and identity theft, and absent any

affidavit, deposition or document under seal, sets the character

of case **#1:10-CR-00615-NGG** as a **counterfeit** document that can

only purport to state a claim.  As a counterfeit document it

cannot give any court or tribunal **Jurisdiction** to **adjudicate** that

purported claim.  Anyone using that counterfeit document as a

basis of action would be compounding the already established

injury to the accused as stated in the affidavit attached hereto

and made a part hereof as if set forth fully herein.

   **TO THE MAGISTRATE**: This action is to be **dismissed** for the

reasons stated above and notice of that dismissal is to be sent

to me at the above address within 10 (ten) days of receipt and

all reference to this action stricken from all records.  Failure

to do so will be a further injury and another violation of my

exemption.

   I swear under the penalty of perjury the foregoing is true,

correct and certain to the best of my knowledge.

Executed on the Twenty Eighth Day in the Third Month Two Thousand

Eleven.

                    By:  _Adria Rodwell_____
                         Adrian Rodwell, Power of
                         Attorney for: **Ronald-Rattiem:
                         Herron**, Grantor, Trustee,
                         D/b/a RONALD HERRON, UCC1-308
                         USC 1746 (1), 28 CFR 16.41 (D)
                         8 USC 1408, UCC1-103.6


                    AFFIDAVIT OF

                **Ronald-Rattiem:Herron**

I, **Ronald-Rattiem:Herron,** the undersigned, do solemnly affirm, declare and depose that I am competent to state the matters set forth herein; that I have personal knowledge of the facts stated herein; that the facts stated herein are true correct and certain, admissible as evidence and if called upon as a witness I will affirm to their veracity;

1.  That at all times relevant to case **#1:10-CR-00615-NGG** and the above entitled action, I was and am Sovereign; exempt from the statutes and codes of the STATE OF NEW YORK and exempt from any levy therefrom.

2.  That at all times relevant to case **#1:10-CR-00615-NGG,** Nicholas Garaufis d/b/a **JUDGE NICHOLAS GARAUFIS** was an employee of the STATE OF NEW YORK, acting in his capacity of JUDGE IN THE STATE OF NEW YORK, and did issue to me, case **#1:10-CR-00615-NGG**

3.  That Nicholas Garaufis d/b/a **JUDGE NICHOLAS GARAUFIS** did extort information and my name from me, vi et armis, and did use them to create case **#1:10-CR-00615-NGG.**

4.  That in case **#1:10-CR-00615-NGG**, Nicholas Garaufis d/b/a **JUDGE NICHOLAS GARAUFIS** did not show or swear to any liability of mine to the statutes or codes of the STATE OF NEW YORK.

5.  That at all times pertinent to case **#1:10-CR-00615-NGG,** I was not engaged in any activity that could render me liable to the statutes and codes of the STATE OF NEW YORK.

6.  That no facts, sworn to by a competent witness for the STATE OF NEW YORK have been placed in the record of the Eastern District Court of the STATE OF NEW YORK that can **invoke its jurisdiction.**

7.  That I have been substantially and financially injured

by Nicholas Garaufis d/b/a **JUDGE NICHOLAS GARAUFIS'S** armed

assault, extortion, and theft of my identity used in issuing case

**#1:10-CR-00615-NGG**.

Further Affiant saith naught

I declare under the penalty of perjury the foregoing is true,

correct and certain to the best of my knowledge.

By: _Adrian Rodwell_

Adrian Rodwell, Power of Attorney

**For: Ronald-Rattiem:Herron,**

Trustee, Authorized Representative

D/b/a/RONALD HERRON, UCC1-308,

UCC1-103.6, USC 1746 (1), 8 USC

1408;

15 stat 223

## MOTION TO DISMISS INDICTMENT FOR FAILURE TO CITE OR ALLEGE

### Ronald-Rattiem:Herron

### A LIVING, FLESH AND BLOOD MORTAL AS AN ACCUSED

**COMES NOW,** the above-referenced Falsely Accused, *Sui Juris*, in Propria Persona, by Special Visitation and not by General Appearance, conferring no Jurisdiction whatsoever and without waving counsel or Jurisdiction, brings this motion under the American Flag of **Peace,** Title 4, United States Code, Section 1, and moves this Court to dismiss the indictment in this case for failure to cite or allege a living, flesh and blood mortal as an alleged Accused therein. As grounds for this motion, **Ronald-Rattiem:Herron,** by his proper Christian appellation, shows the following:

**- 1 -**

**Ronald-Rattiem:Herron** is a real live flesh and blood mortal possessing a soul and has been created in the image of God. Who can deny it?  He is not and never has been a dead person, an artificial entity, corporation, or any other fiction dispossessed of a soul. Who can deny it? *See* Genesis 1:26.

**- 2 -**

**Ronald-Rattiem:Herron** is not the creation or chattel property of any person or the corporate ADMINISTRATIVE OFFICE OF COURTS/U.S. DISTRICT COURT EASTERN DISTRICT of NEW YORK/Nicholas Garaufis d/b/a JUDGE NICHOLAS GARAUFIS, its Principals, or the United States, or any government agency whatsoever. Who can deny it? These are mere examples of legal fictions. They do not have the attributes of life and breathe as does a natural soul possessing flesh and blood mortal created in the image of God. Who can deny it?

**- 3 -**

Real live soul possessing flesh and blood mortals created in the image of God do not have the same relationship to their creator as does legal fictions. Who can deny it?  Instead, a legal fiction owes its creation to man's law through legal maneuvering (such as the courts, legislatures, etc. all of which were created by man, not God).  Who can deny it?

**- 4 -**

Given the above facts, we now turn to common dictionaries for the definitions of key words:

**Nom de guerre -** *n.* A fictitious name; pseudonym. [Fr. War name.] *(American Heritage Dictionary, Second College Edition, page 845)(See also World Book Dictionary, 1971 Ed., Vol. 2 [L-Z], pg. 1397)*

**Misnomer -** Mistake in name; giving incorrect name to person in accusation, indictment, pleading, deed or other instrument. Under rules practice in some states, **such is ground for dismissal by motion**. In most states, however, as well as federal courts, such misnomer can be corrected by amendment of the pleadings. *(Black's Law Dictionary, 6th Edition, page 1000).*

**Artificial persons -** Persons created and devised by human laws for the purpose of society and governments, as distinguished from natural persons. Corporations are examples of artificial persons. *(Black's Law Dictionary, 6th Edition, page 113).*

**Artificial -** As opposed to "natural", means created or produced by man....Created by art, or by law; existing only by force of or in contemplation of law. Humanly contrived... *(Black's Law Dictionary, 6th Edition, page 113).*

**Sic -** Lat. Thus, so; in such manner. *(Black's Law Dictionary, 6th Edition, page 1380)*

**Defendant -** The person defending or denying; the party against whom relief or recovery is sought in an action or suit or the accused in a criminal case. *(Black's Law Dictionary, 6th Edition, page 419).*

**Legal name -** Under common law consists of one Christian name and one surname, and the insertion, omission, or mistake in middle name or initial is immaterial. The "legal name" of an individual consists of a given or baptismal name, usually assumed at birth, and a surname derived from the common name of the parents. Application of Green, 54 Misc.2d 606, 283 N.Y.S.2d 242, 245. *(Black's Law Dictionary, 6th Edition, page 896).*

*See also* **Name,** *Black's Law Dictionary, 6th Edition, page 1023.*

These are just a few of the key words and phrases going to the heart of the issue in this motion.

- 5 -

We see from the above definitions that a flesh and blood soul possessing living mortal, of which **Ronald-Rattiem:Herron** is, is a "natural" person as opposed to an "artificial person" or "corporation" or "dead person". Who can deny it?

- 6 -

At this juncture it now needs to be determined what are the attributes of an artificial person, corporation or other fiction with respect to the spelling of such and grammatical construction of the words used to describe or identify such artificial person, corporation or other fiction. As an example, why does all modern day legal pleading paperwork always use all upper case lettering to identify both the plaintiff and the defendant, even when one, the other or both are natural flesh and blood living and breathing soul possessing persons? Is it because such construction just "looks good"? Is there some rule regarding that point, and if so, exactly why such a rule? Or, maybe there is some other sinister or diabolical reason that is not so obvious to the lay individual seeing such construction. Is that a possibility?

The alleged falsely accused herein says loudly, **YES,** that is the reason. And that reason consists of this: in order for the government to hide the fact and keep secret that a natural flesh and blood living and breathing soul possessing mortal **can- not** be sued except in his or her proper Christian appellation. And that appellation is always, without exception, identified by upper and lower case lettering of the spelling of such. Artificial and fictitious entities or persons are always identified by the use of all upper case lettering of the spelling of that entities or persons name.

Who can deny it?

In order to create and maintain the illusion of legitimacy in administrative/legislative court proceedings as distinguished from true common law, it is necessary to identify an Accused as though he is an artificial person, corporation or other fictitious entity. Who can deny it?

- 7 -

A Good and Lawful Christian Man does not have a *name*. He has a *Christian appellation.* Only animals, things, persons, human beings, individuals and residents have names, for commercial purposes, to wit:

**Name:** 'A **designation** by which a person, natural or artificial, is known.'

**Designation:** 'The use of an expression, instead of the name, to indicate a person or thing.' *(Dictionary of Law [1893] by William C. Anderson.)*

**Name:** 1. 'The particular combination of vocal sounds employed as the individual **designation** of a single person, animal, place, or thing.'

**Designation:** 5. *'In Law*, the statement of profession, trade, residence, etc., for purposes of identification 1824.' *(The Oxford Universal Dictionary [1933]).*

**Name:** 'The **designation** of an individual, person, or of a firm or corporation.'

**Designation:** 'A description or descriptive expression by which a person or thing is denoted in a will without using the name. *(Black's Law Dictionary, 3d Ed. [1933], page 1220).*

Who can deny it?

And two maxims of law: *Nomina sunt notoe rerum:* Names are the marks of things, and *Nomina sunt symbola rerum,* Names are the symbols of things.

A Good and Lawful Christian Man (which **Ronald-Rattiem:Herron** is) is not a **thing.** Who can deny it?   Therefore, if one from a foreign Jurisdiction wants to know his name, he tells them that a Good and Lawful Christian Man, he doesn't have a *name*, but a *Christian appellation* to which they can appeal.

His Christian appellation is therefore placed in the forefront.  It is known that an essential part of the evidence of every witness on Court....Everything must have a name. Many things cannot, in fact, exist without a name. *Judge Edgar Dale*, Foreword to *"The Law of Names', by Anthony Linell (1938)).*

All paperwork coming from imperial powers, under the Law of War, always has names spelled using all upper case lettering. Who can deny it?

When one asks **Ronald-Rattiem:Herron** his name, they obviously don't know him. They obviously are from a different or foreign Jurisdiction, outside of his community. If he were to answer to the name that comes out of their mouths, he would be answering to the fiction that foreign Jurisdiction has created for their purposes.

By answering to the name coming from their mouths, he would be removing himself from the Jurisdiction of Christendom and the church, and giving Jurisdiction to those who regulate natural persons, human beings and others of like 'species.' Who can deny it?

The commercial aspects of names are where the imperial governments are looking. By answering to the name that comes out of their mouths he would be answering as a belligerent in the field, operating in a commercial venue, making him fully regulate able through codes, rules and regulations. Who can deny it?

According to *Judge Edgar Dale*, Foreword to *'The Law of Names,'* by Anthony Linell (1938), "Everything must have a name. Many things cannot, in fact, exist without a name. However much dignity and importance there may be in a corporation, it can have no possible existence until it is given a name. The importance of names is thus manifest, and it is a little surprising that apparently no attempt has before been made to deal with their full legal aspect."

**- 8 -**

From the foregoing the herein above-referenced Falsely Accused submits that the paperwork filed in this case by the "**ADMINISTRATIVE OFFICE OF COURTS/UNITED STATES DISTRICT COURT EASTERN DISTRICT of NEW YORK/Nicholas Garaufis d/b/a JUDGE NICHOLAS GARAUFIS**" fails to properly or otherwise identify or allege a living, air breathing, flesh and blood mortal created in the image of God as a **Proper Party Accused**.

**- 9 -**

**WHEREFORE,** for all of the above reasons shown, the herein above-referenced Falsely Accused moves this Court to **dismiss** the purported indictment as purportedly, but falsely, identifying him as a "defendant" therein.

RESPECTFULLY SUBCRIBED and SUBMITTED this 28ᵗʰ day of March, 2011.

By: _Adrian Rodwell_

Adrian Rodwell, Power of Attorney for:

**Ronald-Rattiem:Herron,** Falsely Accused,

UCC1-308, Grantor, Trustee,

USC 1746 (1), 28 CFR 16.41 (D)

In Propria Persona - *Sui Juris*

C/o 150 Park Row

Nondomestic/Nonresident

New York Republican state

Case No. 1:10-00615-NGG

1  **ADMINISTRATIVE OFFICE OF COURTS/**

2  **U.S. EASTERN DISTRICT COURT OF NEW YORK/**

3  **KINGS COUNTY**

4

5  **Administrative Office of Courts/**　　§
   **UNITED STATES DISTRICT COURT**　§
6  **EASTERN DISTRICT OF NEW YORK/**　§
   **UNITED STATES OF AMERICA**　　§
7  　　**Plaintiff In Error,**　　　　§　　　**Case No. 1:10-00615-NGG**
   　　　　-vs-　　　　　　　§　　　Assigned to Judge Nicholas Garaufis
8  　　　　　　　　　　　§
   **Ronald-Rattiem:Herron, et al**　§
9  　　　　　　　　　　　§
   　　**Defendant In Error**　　　　§
10 　　　　　　　　　　　§
   　　　　　　　　　　　§
11 　　　　　　　　　　　§
   　　　　　　　　　　　§
12

13

14 <u>**MOTION TO CLAIM AND EXERCISE CONSTITUTIONAL RIGHTS and REQUIRE**</u>

15 <u>**THE PRESIDING JUDGE NICHOLAS GARAUFIS TO RULE UPON THIS**</u>

16 <u>**MOTION, and ALL PUBLIC OFFICERS OF THIS COURT TO UPHOLD SAID**</u>

17 <u>**RIGHTS**</u>

18

19 **NOW COMES** Alleged Defendant **Ronald-Rattiem:Herron** and moves the court,

20 pursuant to oaths sworn by the presiding **Judge NICHOLAS GARAUFIS** and the

21 attending public officers:

22

23 　　**1.**　　　To honor, uphold and abide by the oaths taken by the presiding **Judge**

24 **NICHOLAS GARAUFIS** and attending court officers, pursuant to the <u>Constitution</u>

25

Page 1 of 4

Case No. 1:10-00615-NGG

of the United States of America, Article VI, Clauses 2 and 3, and the Constitution of

the Republic of New York in this matter;

2.      **To provide Due Process of Law,** pursuant to the First, Fourth, Fifth,

Sixth, Seventh, Ninth and Fourteenth Amendments of the Constitution of the United

States of America, and as required by the aforementioned oaths taken by the presiding

**Judge NICHOLAS GARAUFIS** and attending court officers, in this matter;

3.      **To provide equal protection under the law**, as required by the

National and state Constitutions and pursuant to the referenced oaths;

4.      To respect, protect and uphold the Rights of **Ronald-Rattiem:Herron,**

an National American Citizen, in this matter, which Rights are guaranteed in the

National and state Constitutions, pursuant to referenced oaths;

5.      To acknowledge and affirm your oath, and uphold the Constitution of

the United States of America as the Supreme Law of this court, in this matter,

6.  to **acknowledge and so rule that any court and/or Judge which denies a**

**Citizen to present evidence in any hearing or trial in total support of his position,**

**which evidence had previously been sent to Plaintiff and is un-rebutted by**

**Plaintiff and counsel, is perjury of oath and denial of due process of law.  Since**

**neither Plaintiff nor Counsel rebutted this evidence, then, there is no dispute,**

**and since there is no dispute, there is no controversy, and since there is no**

**controversy, case must be dismissed;**

7.     To acknowledge and so rule that this court and no other court and no Judge in New York has jurisdiction over or can issue a judgment against a National American Citizen if that court and/or Judge:  (a) do not provide due process of law; (b) do not provide equal protection under the law; (c) do not respect and uphold the Constitutional Rights of National American Citizens, and in the instant action, the Rights of **Ronald-Rattiem:Herron**, an National American Citizen, pursuant to the Rights guaranteed in the Constitutions of the United States of America and the Republic of New York; and to **act with sufficient force so as to deny the powers of the National and state Constitutions.**

**Wherefore Ronald-Rattiem:Herron** respectfully moves this court to grant this Motion for the aforesaid reasons.

Dated this the 28th day of March, 2011

1

2

3

4                          <u>**CERTIFICATE OF SERVICE**</u>

5

6    I hereby certify that on March 28, 2011 a true and correct copy of the above and foregoing

7    document including any and all attachments were served on the Plaintiff as listed below by

8    First Class Mail to:

9

10   ADMINISTRATIVE OFFICE OF COURTS

11   ONE COLUMBUS CIRCLE N.E.

12   WASHINGTON, DC  20544

13   U. S.DISTRICT COURT EASTERN DISTRICT OF NEW YORK
     Nicholas Garaufis d/b/a JUDGE NICHOLAS GARAUFIS
14   C/O 225 CADMAN PLAZA
     EAST BROOKLYN, NEW YORK 11201
15

16   U.S. DISTRICT COURT EASTERN DISTRICT OF NEW YORK
     Robert C. Heinemann d/b/a CLERK OF COURT ROBERT C. HEINEMANN
17   C/O 225 CADMAN PLAZA #640
     EAST BROOKLYN, NEW YORK 11201
18

19                    By:   _Adrian Rodwell_____

20                          Adrian Rodwell, Power of Attorney for:

21                          **Ronald-Rattiem:Herron** , UCC1-308

22                          **The Only Authorized Representative,**

23                          Trustee, USC 1746 (1) d/b/a

24                          RONALD HERRON, UCC1-103.6

25                          28 CFR 16.41(d), 8 USC 1408; 15

                            stat

                          Page 4 of 4

In Admiralty
Notice of Appointment

Ronald-Rattiem:Herron
C/o 150 Park Row
Nonresident/Nondomestic
New York Republican state

ADMINISTRATIVE OFFICE OF COURTS
U.S. DISTRICT EASTERN DISTRICT OF NEW YORK
For the County of KINGS

| | | |
|---|---|---|
| AOC/U.S. DISTRICT COURT EASTERN DISTRICT OF NEW YORK | ) | In Admiralty |
| Plaintiff, | ) | |
| Vs. | ) | 1:10-CR-00615-NGG |
| | ) | |
| RONALD HERRON | ) | |
| Alleged Defendant | ) | |
| RONALD HERRON | ) | |
| 3rd Party Plaintiff | ) | |
| Vs. | ) | |
| | ) | |
| Attorney ROBERT SOLOWAY | ) | |
| 3rd Party Defendant | ) | NOTICE OF APPOINTMENT |
| Ronald-Rattiem:Herron | ) | OF FIDUCIARY DEBTOR |
| | ) | |
| Real Party in Interest | ) | |

I, **Ronald-Rattiem:Herron, "Third Party Interest Intervenor,"** having terminated the previous fiduciary to the corporate entity (ens legis), a documented vessel under United States registry, otherwise described as RONALD RATTIEM HERRON, a.k.a. HERRON, RONALD, "RA DIGGA", "RA", "RA DIGGS", "RAHEEM" or any alphabetical or numerical variation thereof, a.k.a. (Debtor), Nunc Pro Tunc the Third month, Thirtieth day, of the year Two Thousand C.E., said entity having as it's trustee the Secretary of Transportation of the United States pursuant to and in accordance with [Title 46 App. U.S.C. § 1247] and there being no living sentient being responsible to accept service of process or other documents, and cannot appear in a court of the United States or act as a duly appointed transfer agent, and <u>cannot achieve parity with real people.</u> Therefore I, **Ronald-Rattiem:Herron,** "Third Party Interest Intervenor," hereby nominate and do appoint Mr. Robert Soloway d/b/a **ROBERT SOLOWAY, an Attorney** as being qualified to fulfill the position of **"Fiduciary Debtor"** for the corporate entity described above in all-capital-letter-assemblages, the same to be effective immediately as of the date set forth below, and shall continue until further notice or reappointment, substitution or cancellation, within the venue as ordained and established by the **People of the Territory of New York**, through their original Organic Constitution of New York **state.**

Page 1 of 3

In Admiralty
Notice of Appointment

   **Whereas,** said fiduciary debtor's responsibilities are to exercise scrupulous good faith and candor **towards,** and for the **benefit** and on **behalf** of **Ronald-Rattiem:Herron, "Third Party Interest Intervenor,"** the exclusive and limited purpose of accepting and receiving all liabilities, accepting and receiving all services of process and other documents, **negotiable instruments,** bonds or other important papers, to appear and discharge, settle and close the accounting and any/all matters material to above referred (Debtor) in all-capital-letter-assemblages; at no cost, the same shall be by order of **Ronald-Rattiem:Herron, "Third Party Interest Intervenor"** or other delegated or appointee of **Ronald-Rattiem:Herron, "Third Party Interest Intervenor,"** including **assignments for or on behalf of the principal** (Debtor), **RONALD RATTIEM HERRON,** including any alphabetical or numerical variation thereof as described above, and **to do all other acts requisite to faithfully execute said appointment, fully, faithfully, specially under this appointment.**

   **Fiduciary Debtor, Robert Soloway d/b/a ROBERT SOLOWAY, as an Attorney,** is hereby authorized to use the **private exemption** of **Ronald-Rattiem:Herron,** i.e. **RONALD RATTIEM HERRON #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/F17967237,** for the adjustment and set-off of this instant matter, Case No#**1:10-CR-00615-NGG** (et seg.) which is Accepted for Value, and Returned for Settlement at **No Cost.** Fiduciary Debtor, **ATTORNEY ROBERT SOLOWAY** is to issue the appropriate IRS 1099 forms and to be in compliance with all revenue requirements in this matter timely. **Ronald-Rattiem:Herron** reserves the right to audit all records and activities of Fiduciary Debtor to maintain good faith.

I, **Ronald-Rattiem:Herron,** "Third Party Interest Intervenor" asseverate that the facts enumerated herein are set forth in good faith with clean hands and that the same are true, correct, complete and not misleading, so certified without United States.

Date: 03/28/2011

By: _Adrian Rodwell_
    *Adrian Rodwell, Power of Attorney for:*
    ***Ronald-Rattiem:Herron,* Third Party**
    **Interest Intervenor, UCC1-308,**
    Trustee, Only Authorized Representative
    d/b/a RONALD HERRON(ens legis)
    USC 1746(1), 28 CFR 16.41(D),
    15 stat 223    SC 1408

    Rt. th

In Admiralty
Notice of Appointment

## CERTIFICATION OF MAILING AND CONTENTS MAILED

I, Adrian Rodwell, Power of Attorney for: **Ronald-Rattiem:Herron,** over the age of twenty-one years, competent to witness and with firsthand knowledge do affirm and say that on the 28th day of March, 2011, I, Adrian Rodwell, Power of Attorney for: **Ronald-Rattiem:Herron,** did mail by regular first-class mail, postage prepaid the above document, NOTICE OF APPOINTMENT OF FIDUCIARY DEBTOR to the following party:

ADMINISTRATIVE OFFICE OF COURTS
ONE COLUMBUS CIRCLE N.E.
WASHINGTON DC  20544

Nicholas Garaufis d/b/a JUDGE NICHOLAS GARAUFIS
C/O UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK,
225 CADMAN PLAZA
EAST BROOKLYN, NEW YORK 11201

Loretta Lynch d/b/a DISTRICT ATTORNEY LORETTA LYNCH
C/O UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK,
271 CADMAN PLAZA
EAST BROOKLYN, NEW YORK 11201

Robert Soloway d/b/a ATTORNEY ROBERT SOLOWAY
C/O UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK,
KINGS COUNTY COURTHOUSE, 100 LAFAYETTE STREET #501,
NEW YORK, NEW YORK 10013

Robert C. Heinemann d/b/a ROBERT C. HEINEMANN, CLERK OF COURT
C/O UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK,
225 CADMAN PLAZA
EAST BROOKLYN, NEW YORK 11201

By: _Adrian Rodwell_
     Adrian Rodwell, Power of Attorney for:
     Ronald-Rattiem:Herron, Trustee,
     Grantor, Authorized Representative, UCC1-308

Page 3 of 3

# NOTICE OF DECLARATION OF ALLEGIANCE

March 28, 2011

**Administrative Office of Courts/**
**U.S. District Court Eastern District of New York**
**of Kings County/Nicholas Garaufis**
**d/b/a JUDGE NICHOLAS GARAUFIS**

**Ronald-Rattiem:Herron**
**In Care Of 150 Park Row**
**Non-Domestic Non-Federal zone**
**New York Republican state**

# AFFIDAVIT OF OATH OF ALLEGIANCE
## NOTICE OF DECLARATION OF ALLEGIANCE

I, **Ronald-Rattiem:Herron** a natural born real live flesh and Blood being, a Man and a member of the **Kingdom of Heavenly body/Sacred (The Children of The Almighty God, Elohim),** do Solemnly and Sincerely Affirm My Allegiance of both the ancient **Heavenly body** and the (New York) **Republic state,** knowingly and willingly. I declare that I am a Free Sovereign **American National (National),** and that I explicitly exercise My right to a nationality under the authority and ultimate jurisdiction of the New York Republic, while retaining My Sovereignty as a **Son of the Almighty God (Elohim) my Creator.** In the context of **"Diversity of Citizenship and "Congressional Pre-emption,"** I Solemnly and Sincerely Affirm that I will support and defend the organic **Constitution for the United States of America of 1789** for which **"We The People",** **American Nationals** are "part and parcel, to this said land" and the organic Constitution of the New York Republic against all enemies, foreign and domestic. I take this obligation freely and without any evasion.

I, **Ronald-Rattiem:Herron,** declare that I have not consciously or willingly waived My Sovereignty as a **American National**; for the federal United States has been created to serve the **Sovereign** American whose National **status cannot be abrogated by Defacto laws or statutes**. The American National is a Citizen of the Republic to the soil; and therefore **Ronald-Rattiem:Herron** is a dual national by automatic operation of the Dejure U.S. Constitution, International and National Treaties. I declare that I am an **American Citizen of Dual Nationality,** domicile on the soil and residing within the New York Republic, and that I will be faithful and bear true Allegiance to the United States of America on behalf of the **Kingdom of Heavenly body/Sacred (Within Almighty Creation).** Therefore, I Affirm My Dual Allegiance pursuant to:

1. Articles of Association of 1774 and the Declaration of Independence of 1776.
2. Articles of Confederation and Perpetual Union, March 1, 1781.
3. Republic form of government [Article IV, section 4, U.S. Constitution, March 4, 1789]. 4. 4. 4.
4. Northwest Ordinance, July13, 1787, "good faith" [Article VI, section 3 & 4, U.S. Constitution, 1789]. U.S.
5. Taking Clause, [Bill of Rights, Fifth Amendment, 1791] Compensation for loss of Nationality. Property Clause, [Article IV, section 3, Clause 2, U.S. Constitution, March 4, 1789],
   Contract Clause [Article I, section 10, Clause 1, U.S. Constitution, and March 4, 1789].
6. **The Holy Bible**: CONGRESS DECLARES THE BIBLE "THE WORD OF GOD" **97th Congress Joint Resolution, [S.J.Res. 165] 96 Stat. 1211, Public Law 97-280 - October 4, 1982.**
   "The rights of man come not from the generosity of the state, but from the hand of God." - John F. Kennedy Inaugural Address: "We believe that all men are created equal, because they are created in the image of **"God."**- Harry S. Truman Inaugural Address:
   "Our government rests upon religion. It is from that source that we derive our reverence for truth and justice, for equality and liberty, and for the rights of mankind." - Calvin Coolidge

# NOTICE OF DECLARATION OF ALLEGIANCE

By: *Adrian Rodwell*
**Adrian Rodwell, Power of Attorney for:**
**Ronald-Rattlem:Herron, American National**
  **Secured Party,   Holder In Due Course**
  **C/o 150 Park Row**
  **New York  Republican state**
  **Signature, Without Recourse UCC1-308 and UCC1- 103.6**
  **In accordance with 28 CFR 16.41(d); 28 USC 1746(1)**
  **Sovereign American Citizen 8 USC 1408; 15 Stat 223**

**UNITED NATIONS COMMISSIONER FOR HUMAN**

hereby Subscribe and Proclaim our Nationality under the following United Nations Statutes:

1.   **Article 15, Sections 1 & 2, <u>The Universal Declaration of Human Rights</u>**

2.   **Article 24, Section 3, <u>The International Covenant of Civil and Political Rights</u>**

3.   **Article 20, Sections 1, 2, & 3, <u>The American Convention on Human Rights</u>**

4.   **<u>UN Resolution 1865, Section LXI [1974]; UN Resolution 4A, Section XXXI [1979]; The Declaration on the Human Rights of Individuals who are not Nationals of the Country in Which they Live; And UN Resolution 40/144 [13 December, 1985] The Draft Declaration on Alien's Rights</u>**

                 **June 14, 1797 [Nunc Pro Tunc]**

BY: *Adrian Rodwell*
  Adrian Rodwell, Power of Attorney for:
  Ronald-Rattlem:Herron, Grantor , Trustee,
    American National, UCC1-308, UCC1-103.6; 28 CFR 16.41 (d); 28 USC 1746 (1)
    Sovereign Witness, Without Recourse: 8 USC 1408; 15 Stat 223

SUBSCRIBED, SEALED AND AFFIRMED

To before me this ___ 6TH  4TH MoyTH ___ day of the Third Month in the Year 2011.

_____
Notary Public

           **seal**

**Masiello, Salvatore A.**
**Notary Public, State of New York**
**No. 01MA6095816**
**Qualified in Richmond County**
**Commission Expires 07-21-20[1]**    2

**ADMINISTRATIVE OFFICE OF COURTS/U.S. EASTERN DISTRICT COURT OF NEW YORK, COUNTY OF KINGS**

**Special and Limited Appearance**
**By Ronald-Rattiem:Herron, Sui Juris,**
**a Lawful Man, Petitioner**

CASE No. **1:10-CR-00615-NGG**

| | |
|---|---|
| **THE UNITED STATES OF AMERICA** ) | |
| **(A CORPORATION)/ADMINISTRATIVE** ) | |
| **OFFICE OF COURTS/Nicholas Garaufis** ) | |
| **d/b/a JUDGE NICHOLAS GARAUFIS/** ) | |
| **U.S. EASTERN DISTRICT COURT OF** ) | |
| **NEW YORK** ) | |
| ) | |
| **PLAINTIFF** ) | **PETITION BY LAW BY RIGHT** |
| ) | **FOR WRIT OF HABEAS CORPUS** |
| ) | **&** |
| **VS** ) | **PETITION BY AFFIDAVIT** |
| ) | **IN COMMERCE FOR** |
| ) | **WRIT OF HABEAS CORPUS** |
| **RONALD RATTIEM HERRON** (Counts 1-4) | |
| Alleged Debtor ) | |
| **DEFENDANT** ) | |

**TO THE ADMINISTRATIVE OFFICES OF COURTS/UNITED STATES/JUDGES OF THE EASTERN DISTRICT COURT OF NEW YORK /KINGS COUNTY and the Court of record or in the alterative to a court of competent venue and jurisdiction to hear matters pertaining to a living soul One of We the People, the Creator of the State, the united States and the Constitutions. In the event that there is not found a Court of Competent Venue and Jurisdiction immediately, then this Great Writ of Right /Writ of Habeas Corpus are to be immediately transmitted to the U.S. Court of Appeals for the United States for an immediate hearing and release of my brother Ronald-Rattiem:Herron, a Lawful Man.**

**In the Matter of One of We the People's Life, Liberty and Property my brother Ronald-Rattiem:Herron, a Lawful Man,**

*NOTICE TO PRINCIPAL IS NOTICE TO AGENT AND NOTICE TO AGENT IS NOTICE TO PRINCIPAL*

**I, Me, One of, We, the People, Sovereigns, living souls, part and parcel to this said land, born upon the land in the Several States within the united states of America. I, the undersigned Posterity, Creditor, Trustee, Grantor, Claimant, and Secured Party, hereinafter "Secured Party," does hereby solemnly declare, say, and state:**

1

1. Secured Party is competent to state the matters set forth herewith.

2. Secured Party has personal knowledge of the facts stated herein.

3. All the facts stated herein are true, correct, complete, and certain, admissible as evidence, and if affirming Secured Party shall so state.

4. **"If the state law and federal law can coexist peacefully, then the state law is valid".**

### Plain Statement of Facts

1. The Writ of Habeas Corpus is a Writ of Right, and shall never be suspended. The Legislature shall enact laws to render the **remedy Speedy** and **effectual,** and pursuant to the 1787 Constitution of the United States, Article 1, Section 9. Clause 2 and the original Amendment 13.

2. Me, the undersigned petitioner and affiant, for and on the behalf of my brother **Ronald-Rattiem:Herron,** a Lawful Man, as my brother's keeper who is being unlawfully held in debtors prison at CORRECTIONAL FACILITY, 150 Park Row, New York, New York 10007. by commercial agent(s) of the commercial corporation of KINGS COUNTY, for and on behalf of the commercial corporation **UNITED STATES OF AMERICA/ADMINISTRATAIVE OFFICE OF COURTS/U.S. DISTRICT COURT EASTERN DISTRICT OF NEW YORK/Nicholas Garaufis d/b/a JUDGE NICHOLAS GARAUFIS** hereby aver and certify under the Federal law Title 28 USC 1746 (1), title 42 USC 1981 and Federal Public Law 97-280, 96 Stat 1211 and James 5: 12 when there is no conflict, that the facts stated herein are true, correct, complete and not misleading to the best of my knowledge and belief, and shows the court the following.,

3. Me, **Ronald-Rattiem:Herron,** the petitioner brings this petition for the Great Writ of Right Writ for Habeas Corpus by the Authority of the 1787 Constitution of the United States, Article 1, Section 9. Clause 2, and the original Amendment 13 on behalf of my brother **Ronald-Rattiem:Herron,** a Lawful Man, who is being held by the use of fraud for the debts of a fiction known as **RONALD HERRON,** ALLEGED DEFENDANT.

4. There is neither evidence of Rebellion nor Invasion, nor jeopardy of the public safety requiring the suspension of the great Writ of Right **(See: Ex Parte Mulligan 4 Wall 2, 1866).**

5. Me, the petitioner, the applicant, declares that my brother **Ronald-Rattiem:Herron**, a Lawful Man is being illegally and unlawfully restrained of Life, Liberty and property by the administrative agents of the Corporations of **ADMINISTRATIVE OFFICE OF COURTS/U.S. DISTRICT COURT EASTERN DISTRICT OF NEW YORK/KINGS COUNTY, Nicholas Garaufis d/b/a JUDGE NICHOLAS GARAUFIS, Loretta E. Lynch d/b/a DISTRICT ATTORNEY LORETTA E. LYNCH, Robert Soloway d/b/a ATTORNEY ROBERT SOLOWAY, Robert C. Heinemann d/b/a CLERK OF COURT ROBERT C. HEINEMANN and the UNITED STATES OF AMERICA.**

6. **The petitioner knows of No Order, nor Writ, nor Process for the restraint of Life, Liberty and Property of petitioner, neither under law, not Color Of Law, nor commercial process.**

7. **Ronald-Rattiem:Herron**, a Lawful Man, my brother is unlawfully restrained of his Life, Liberty and property as the "**surety**" for the debt obligations of the UNITED STATES in breach of the 13th Amendment to the 1787 Constitution of the, United States (and see: Bailey v. Alabama, 219 U, S. 21,9)" to wit:

8. Governor of NEW YORK "Interregnum" and his predecessor PRESENT GOVERNOR EDWARD G. RENDELL pledged the energy of the people of NEW YORK (Nullus jus alienum forisfacere potest, No man can forfeit another's right), for the faith and credit of "the State" on March 6, 1933 at the Conference of Governors and, by the continued creation of credit by use of the Birth Certificate **#156-82-308627** for the creation of debentures, indentures, accounts, pledges, bailments, appointments, through, and not limited to, Comprehensive Annual Financing Reports, and by fraudulent and unauthorized endorsements for maintaining "**Sub-Servitude**" over the people of NEW YORK by succeeding governors interregnum and administrations, all for the purpose of maintaining the bankruptcy of the United States and the unjust enrichment of the commercial officials, officers, and agents of the Nul tiel Corporations of **ADMINISTRATIVE OFFICE OF COURTS/U.S. DISTRICT COURT EASTERN DISTRICT OF NEW YORK/Nicholas Garaufis d/b/a JUDGE NICHOLAS GARAUFIS/UNITED STATES/KINGS COUNTY and its subdivisions.**

9. I, me, the applicant declares **Ronald-Rattiem:Herron**, a Lawful Man is the "Holder in Due Course" of the Birth Certificate, NEW YORK Bureau of Vital Statistics registration number **156-82-308627,** by virtue of the "Acceptance for Value" under NEW YORK Business and Commerce, and is the "Secured Party" having the security interest perfected by the filing of the UCC-1 financial statement, Kentucky Secretary of State file number **2011-2498406-07.01** filed January, 27, 2011, and it **being his own private property that secures his trade mark.**

3

10. By acts of criminal trespass and slander against his private property, his trademark, and his perfected registered security interest of **Ronald-Rattiem:Herron**, a Lawful Man, <u>specifically</u> the "**energy**". <u>Fraudulent commercial claim(s) are being made against</u> **Ronald-Rattiem:Herron**, a Lawful Man by the Commercial agents of the **ADMINISTRATIVE OFFICE OF COURTS/UNITED STATES/U.S. DISTRICT COURT EASTERN DISTRICT OF NEW YORK/KINGS COUNTY/Nicholas Garaufis d/b/a JUDGE NICHOLAS GARAUFIS.**

11. The "**energy**" of my brother **Ronald-Rattiem:Herron**, a Lawful Man, the "Holder in Due Course," is unlawfully seized as a commodity or article of commerce in violation of the laws of the United States, the Sherman Anti-Trust Act a Public Law, as amended and codified specifically at Title 15 USC 1, and USC 17 and the Hobbs act, Title 18 USC 1951 for the restraint of trade or commerce through a combination of conspiracy for unjust enrichment for themselves and for other officials, officers, and agents of the **UNITED STATES OF AMERICA/ADMINISTRATIVE OFFICE OF COURTS/U.S. DISTRICT COURT EASTERN DISTRICT OF NEW YORK/KINGS COUNTY/ Nicholas Garaufis d/b/a JUDGE NICHOLAS GARAUFIS and its subdivisions.**

12. <u>**It is hereby demanded**</u> me the Creator <u>**One**</u> <u>of</u> <u>**We the People**</u> <u>that the court take judicial notice (Federal rules of civil procedures Rule 201 (d) and (e), and of Title 27 Code of Federal regulations, Part 72.11, which declares all crimes, both Federal and State, to be "Commercial Crimes" or to be treated as "Commercial Crimes."</u>

13. **The courts have knowledge, or should have knowledge, of the distinction** between a "**claim**" and a "**charge**". Therefore, as there cannot be any <u>**legitimate claim**</u> against **Ronald-Rattiem:Herron**, a Lawful Man or his private property and security interests, the Commercial agents for the **ADMINISTRATIVE OFFICE OF COURTS/ UNITED STATES/U.S. DISTRICT COURT EASTERN DISTRICT OF NEW YORK/KINGS COUNTY/ Nicholas Garaufis d/b/a NICHOLAS GARAUFIS** <u>has failed to state a claim for which</u> relief <u>can be granted and the claim must be</u> <u>**dismissed or "discharged**</u>."

14. **Ronald-Rattiem:Herron,** a Lawful Man, is now offering his exemption by his right to discharge the debt as allowed by Public Law 73-10 and Public Policy HJR 192 of June 5th, 1933, at 4:33 p.m. by credit of the Estate of the aforementioned case number **#1:10-CR-00615-NGG** and can neither, Post Bond nor pay debts Without Committing felonies against the laws of the United States by reason of the following: The 1787 Constitution of the United States mandates, at Article 1, section 10, clause 1, that, "No state shall make any Thing but gold and silver Coin a Tender in Payments of Debts," this clause is remaining in full force and is presently <u>**un-repealed.**</u>

4

15. Title 18 USC, enacted as "Positive Law", **Mandates**, "All recognizance's, bail bonds, and undertaking of any kind, whereby a party becomes bound to pay money to the State, and all fines and forfeitures of a pecuniary character, shall be collected in the lawful money of the United States only," said law is in force and remains **un-repealed.**

16. Federal Public Law, as codified at Title 12 USC 152 defines Lawful Money of the United States to only be gold and silver Coin of the United States said Public Law is in force and remaining **un-repealed.**

17. By the authority and Acts of Congress, 48 Stat. 2, of March 9, 1933 and 48 Stat. 113 of June 4, 1933 (and see: executive Order of the President of April 5, 1933), all gold Coin is removed from circulation at Par, and said statutes and order are in force and remaining **un-repealed.**

18. By the authority and Act of Congress Public Law 8931 of July 23.1965, Senate # 2080 and Public Law 9029 of June 24, 1967 [Title 50 USC 9898] and 60 Stat. 596, all silver Coin is removed from circulation at par, and said statutes are in force remaining **un-repealed.**

19. By the authority and Act of Congress c. 645, 62 Stat. 685 of June 25, 1948 [Title 18 USC 8, and 12 USC 411], Federal Reserve Notes, checks, money orders, drafts, and other commercial instruments payable only in Federal Reserve Notes are not within the definition of those things **allowed by law** to be received by the United States or it's Nul tiel Corporation in payment of debt, bail bonds, fines, and forfeitures.

20. By the authority of Federal Law, debt obligations of the United States [18 USC 8] are exempt from taxation by a State political subdivision of a State under Title 31 USC 3124. [See: **Memphis Bank & Trust v. Garner, 459 U. S. 392.**]

21. The United States Supreme Court has held that involuntary contributions in the nature of taxes, assessment, penalties, or forfeitures cannot be enacted under State laws in things other than gold and silver Coin. [See: **Hagar v. Land Reclamation District 108, 111 U.S. 701.**]

22. The United States Supreme Court has held that the acts of any, including the State of NEW YORK, or acts of any State official, officer, or agent for the State, enforcing a debt in contravention of the original Organic Law under Article I, Section 10; Clause I is an impairment of the obligation of the duty and office of the official, officer, or agent is entrusted with, and expropriation of the property of the inhabitants of the state, as Principal Creditors, by **neglect of due process of law, due coarse of law**, and **warrant of law**. [See: **Home Bldg. & Loan Ass'n v. Blaisdell, 290 U. S. 389, 428-44.**]

23. By the authority cited in the above paragraphs, Federal Reserve Notes, checks money orders, and other commercial instruments payable only in Federal Reserve Notes are not within the meaning of those things allowed by Law to be received by the UNITED STATES OF AMERICA and further attempt or actions against **Ronald-Rattiem:Herron,** a Lawful Man, his private property and security interests, and **Immemorial Prescriptive Rights** must be deemed to be an attempt to **solicit an Honorarium in breach of the United States Code.**

24. By the authority cited in the 73d Congress Sess. II Chs. 651, 652 June 19, 1934 Chs 651.Sec. 2 "The court (Supreme Court) may at any time unite the general rules prescribed by it for cases in equity with those in actions at law so as to secure one form of civil action and procedure for both: Provided, however, That in such union of rules the right of trial by jury as at common law declared by the seventh amendment to the constitution shall be preserved to the parties inviolate", said act and order is in force and remaining **un-repealed.** Therefore the petitioner makes this demand upon this U.S. DISTRICT COURT EASTERN DISTRICT OF NEW YORK, Court of record for trial by jury by law as preserved by the seventh amendment of the Constitution for the United States.

25. **"By the authority cited in the first Congress Sess. I Chs. 20 1789 Sec.35 "And be it further enacted, That in all courts of the United States the parties may plead and manage their own causes personally or by assistance of such counsel or attorneys at law as by the rules of said courts respectively shall be permitted to manage and conduct causes therein".**

26. **"In all criminal prosecutions the accused shall have a speedy public trial by an impartial jury. He shall have the right to demand the nature and cause of the accusation against him, and to have a copy thereof. He shall not be compelled to give evidence against himself, and shall have the right of being heard by himself or counsel, or both, shall be confronted by the witnesses against him and shall have compulsory process for obtaining witnesses in his favor" said organic law is in force and remaining un-repealed.**

27. **Ronald-Rattiem:Herron,** a Lawful Man, does not consent nor assent for the making of a "gift" by or against the Lawful Man's "pledge" in the form of an "Income Tax" or "Receipts Tax" or "License Tax" to the State of NEW YORK **[see: Humble Oil and Refining Company v. Calvert, (1971), 464 S. W. 2d 926, Cert. Den. 409 U. S. 967.]** "Irrespective of what tax is called by state or federal law, if its purpose is to produce revenue, it is an income tax or receipts tax under the Buck Act [Title 4 USC 105 et seq.]

28. Impossibillum mulla obligatio est**, that is there is no obligation to do impossible things.**

## RELIEF

1. Therefore, the Petitioner requests that **Ronald-Rattiem:Herron**, a Lawful Man, and his **Life, Liberty and property be immediately released from restraint and** that the **order** of the Court be released to him **immediately** so the commercial account number **1:10-CR-00615-NGG** may be **discharged**. In the event that **Nicholas Garaufis d/b/a JUDGE NICHOLAS GARAUFIS, Loretta Lynch d/b/a DISTRICT ATTORNEY LORETTA E. LYNCH, Robert Soloway d/b/a** ATTORNEY **ROBERT SOLOWAY** of said **U.S. DISTRICT COURT EASTRN DISTRICT OF NEW YORK/KINGS COUNTY/ADMINISTRATIVE OFFICE OF COURTS/UNITED STATES**, Robert C. Heinemann d/b/a CLERK OF COURT ROBERT C. HEINEMANN, A CORPORATION, **refuses to release Applicant and move this cause to the proper Court of record to be heard by common law the attorneys and said Judge is herein placed on notice under 18 USC 241** "If two or more persons conspire to injure, oppress, threaten or intimidate any citizen in the free exercise or enjoyment of any right or privilege secured to him by the constitution or laws of the United States, or because of his having so exercised the same;" "They shall be fined not more then 10,000 dollars or imprisoned not more than ten years , or **both**;"

2. **Petitioner request issuance of federal subpoenas for all Plaintiffs and their witnesses so they may be brought before the proper Court and examined for their purported allegations of Ronald-Rattiem:Herron, a Lawful Man's violations of the laws of the United States, not limited to the Plaintiffs' violations of Ronald-Rattiem:Herron, a Lawful Man's Unalienable Rights, as he further alleges fraud, libel, and criminal trespass against his Life, Liberty and Private Property, as well as he being without due process of law and without bail or committed, as the law and nature of the causes may require. By the authority of the laws of the United States Title 18 USC 241 and 242 and the Hobbs act 18 USC 1951.**

3. **Petitioner further request that the Plaintiffs be bound over and brought before the proper tribunal for examination for violations of Treaties made under the authority and laws of the United States under the Constitution of the United States Art VI, Paragraph 2, including but not limited, the U. N. Charter, the U. N. Convention of Human Rights , The Genocide treaty, the Convention Concerning Forced or Compulsory Labour 28, June 1930 as Modified by the Final Article revision Convention 1946, the league of Nations Convention to Suppress the Slave Trade and Slavery of September 26, 1925 with Protocols Amending the Slavery Convention, December 7, 1953, and with Supplementary Convention on the Abolition of Slavery, the Slave Trade, and institutions and Practices Similar to Slavery, 7, September 1956.**

**Further Petitioner/affiant/applicant saith naught.**

7

EXECUTED pursuant to **Title 28 USC 1746 (1)** on this 28, day of March, 2011,

By: _Adrian Rodwell_

Adrian Rodwell, Power of Attorney for:
**Ronald-Rattiem:Herron,** UCC1-308, UCC1-103.6
Nondomestic/Nonresident
C/o 150 Park Row
New York Republican state
8 USC 1408; 15 stat 223

**At the mouths of two witnesses or at the mouths of three witnesses, so shall the matter be established? (Deut. 19:15)**

Witness _Mary Brown_      Date _03/28/2011_

Witness _Nelson Catlett_      Date _03/28/2011_

Witness _Tanisha Bell_      Date _03/28/2011_

The use of a notary on this document does not constitute any adhesion, nor does it alter my status in any manner. The purpose of notary is for verification and identification only and not for entrance into any foreign jurisdiction.

## VERIFICATION

State of NEW YORK

County of ~~KINGS~~ RICHMOND

This instrument was acknowledged before me, a Notary Public in and for the aforementioned State, on this the ~~6TH~~ 4TH day of the ~~Third~~ Month in the year of Two Thousand Eleven.

Name _____
Notary Public

Masiello, Salvatore A.
Notary Public, State of New York
No. 01MA6095816
Qualified in Richmond County
Commission Expires 07-21-20 11

Seal:

## CERTIFICATE OF SERVICE

The Undersigned, Declarant, Sui Juris do hereby certify that I have filed with the Clerk of Court and served all Respondents and all noted Judges of the United States District Court Eastern District of New York, Kings County with a copy of this **PETITION BY LAW**

**BY RIGHT FOR WRIT OF HABEAS CORPUS & PETITION BY AFFIDAVIT IN COMMERCE FOR WRIT OF HABEAS CORPUS** on this March 28th day of 2011 **by**

**USPS certified Mail** to the following address and addressee:

> **Administrative Office of Courts**
> One Columbus Circle N.E.
> Washington, DC 20544
> USPS Certified Mail RB 841 039 419 US
>
> Robert C. Heinemann d/b/a ROBERT C. HEINEMANN, Prothonotary and Clerk of Courts
> C/o Kings County Courthouse
> 225 Cadman Plaza #640
> East Brooklyn, New York 11201
> USPS Certified Mail RB 841 039 419 US
>
> **UNITED STATES  ATTORNEY "ET AL"**
> **Robert Soloway d/b/a ATTORNEY ROBERT SOLOWAY**
> **United States District Court of New York**
> **C/o KINGS County Courthouse**
> **100 Lafayette Street #501**
> **New York, New York 10013**
> **USPS certified Mail RB 841 039 419 US**
>
> **U.S. DISTRICT COURT EASTERN DISTRICT OF NEW YORK, KINGS COUNTY**
> **Nicholas Garaufis d/b/a JUDGE NICHOLAS GARAUFIS**
> **United States District Court Eastern District of New York**
> **C/o Kings County Courthouse**
>
> **225 Cadman Plaza**
>
> **East Brooklyn, New York 11201**
>
> **USPS certified Mail RB 841 039 419 US**
>
> **Loretta Lynch d/b/a D.A. LORETTA LYNCH**
>
> **U.S. DISTRICT COURT EASTEN DISTRICT OF NEW YORK**
>
> **C/o Kings County Courthouse**
>
> **271 Cadman Plaza**
>
> **East Brooklyn, New York 11201**
>
> **USPS certified Mail RB 841 039 419 US**

EXECUTED pursuant to **Title 28 USC 1746 (1)** on this 28th day of March, 2011.

By: _Adrian Rodwell_ _____
  Adrian      Rodwell,    Power    of    Attorney    for:
    **Ronald-Rattiem:Herron, a Lawful Man,  UCC1-308**
    **Nonresident/Non-Domestic**
    **C/o 150 Park Row**
     New York Republican state

9

March 28, 2011

Regarding: Unauthorized administration of the "RONALD HERRON Estate;

Enclosed you will find your "abandoned" paperwork "alleging" that Nicholas Garaufis d/b/a **JUDGE NICHOLAS GARAUFIS**, who appears to be fraudulently claiming authority from this Executor Office to administrate for the "RONALD HERRON", Estate.

You will forthwith return and transmit your written **Delegated Authority** to "represent" that you are authorized to administrate the "**RONALD HERRON**", Estate, together with a certified copy of your oath for the Office of KINGS COUNTY, accompanied by certified copies of your BAR BOND, of the office of U.S. DISTRICT COURT EASTERN DISTRICT OF NEW YORK, Nicholas Garaufis d/b/a **JUDGE NICHOLAS GARAUFIS** and a detailed list of "all" other bonds, sureties, indemnification, insurance and Court Registry Investment System (CRIS) CUSIP numbers and full-accounting, relating in any way to your personal and Professional acts referenced above and your arrogated paperwork intrusion upon the "**RONALD HERRON**", Estate.

With all due respect,
Govern yourself accordingly.

By: _Adrian Rodwell_
Adrian Rodwell Power of Attorney for:
The "RONALD HERRON", Estate,
Executor, Trustee, Grantor, UCC1-308
C/o 150 Park Row
New York Republican state
UCC1-103.6 in accordance with
28 CFR 16.41(D); 28 USC 1746 (1)
Sovereign American Citizen 8 USC 1408;
15 stat 223

Copy to: Office of Governor
New York state

Copy to: Administrative Office of Courts
Washington DC state

Copy to: Office of Attorney General
New York state

STATE OF NEW YORK)

KINGS COUNTY       )

In the matter of:  Ronald-Rattiem:Herron
Non-resident/Nondomestic
C/o 150 Park Row
New York Republican state [11201]

**NOTICE AND DECLARATION OF REVOCATION OF POWER OF ATTORNEY #077 AND
NOTICE AND DECLARATION OF FRAUD AND
NOTICE TO CEASE AND DESIST
NOTICE AND AFFIDAVIT OF POSTING AND
NOTICE OF CONTRACT REFUSAL #502
TO SUPERCEDE ALL PREVIOUS FILING**

In the Common Law and for the record, KNOW ALL MEN BY THESE PRESENTS:

That, I, **Ronald-Rattiem:Herron**, (hereinafter known as 'Principal'), do hereby declare all Power of Attorney by, for, and with these sole and aggregate corporations, agencies and agents, subsidiaries, representatives and employees thereof, and by which the undersigned Principal constituted attorney for the purpose set forth in said Power of Attorney through all contracts with the corporations enumerated below, and all related agencies, to include but not limited to "license" to drive, "certificate" of property "title" and "certificate" of birth **#156-82-308627, SS#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**, where "licenses" are voluntary and "certificates" are by color of title and color of law, is wholly revoked, extinguished, cancelled, expunged, made null and void as declared and signed on this 28th day of March, 2011 A.D. by Principal with praise to the goodness of our Creator.

1.)      The "COUNTY OF CENTRE, INC."
2.)      The "COUNTY OF EAST BROOKLYN, INC."
3.)      The "COUNTY OF BELLEFONTE, INC."
4.)      The "COUNTY OF GREAT NECK, INC."
5.)      The "COUNTY OF KINGS, INC."
6.)      The "COUNTY OF STATE COLLEGE, INC"
7.)      The "ADMINISTRATIVE OFFICE OF COURTS, INC."
8.)      The "UNITED STATES OF AMERICA, INC."
9.)      The "DEPARTMENT OF THE UNITED STATES TREASURY, INC."
10.)     The "MAGISTRATE DISTRICT NUMBER 49-3-04, INC."
11.)     The "INTERNAL REVENUE SERVICE, INC."
12.)     The "STATE OF GEORGIA, INC"
13.)     The "STATE OF NORTH CAROLINA, INC."
14.)     The "STATE OF NEW MEXICO, INC."
15.)     The "STATE OF CALIFORNIA, INC."
16.)     The "STATE OF TENNESSEE, INC."
17.)     The "STATE OF INDIANA, INC."
18.)     The "STATE OF NEW YORK, INC."
19.)     The "STATE OF TEXAS, INC."
20.)     The "STATE OF MICHIGAN, INC."
21.)     The "STATE OF FLORIDA, INC."
22.)     The "STATE OF PENNSYLVANIA, INC."
23.)     The "STATE OF COLORADO, INC."
24.)     The "SECOND JUDICIAL DISTRICT COURT, INC."
25.)     The "U.S. DISTRICT COURT EASTERN DISTRICT of NEW YORK, INC."
26.)     The "KINGS COUNTY METROPOLITAN COURT, INC."
27.)     The "FEDERAL TRADE COMMISSION, INC."
28.)     The "NEW MEXICO PUBLIC REGULATORY COMMISSION, INC."
29.)     The "SPRINT COMMUNICATIONS COMPANY, INC."
30.)     The "A T & T COMMUNICATIONS COMPANY, INC"

AG

STATE OF NEW YORK)

KINGS COUNTY        )

In the matter of:  Ronald-Rattiem:Herron
Non-resident/Nondomestic
C/o 150 Park Row
New York Republican state [11201]

## NOTICE AND DECLARATION OF REVOCATION OF POWER OF ATTORNEY #077 AND
## NOTICE AND DECLARATION OF FRAUD AND
## NOTICE TO CEASE AND DESIST
## NOTICE AND AFFIDAVIT OF POSTING AND
## NOTICE OF CONTRACT REFUSAL #502
## TO SUPERCEDE ALL PREVIOUS FILING

31.)         The "CRICKET COMMUNICATIONS COMPANY, INC."
32.)         The "CITIBANK, INC."
33.)         The EASTERN DISTRICT COURT OF PENNSYLVANIA, INC."
     34.)    The "BANK OF AMERICA, INC."
35.)         The "FEDERAL RESERVE, INC."
36.)         The "WELLS FARGO, INC."
37.)         The "DEPOSITORY TRUST CORPORATION, INC."
38.)         The "SECURITIES AND EXCHANGE COMMISSION, INC."
39.)         The "UNITED NATIONS, INC."
40.)         The "INTERNATIONAL MONETARY FUND, INC."
41.)         The "DISCOVER CARD, INC."
42.)         The "INTERNAL REVENUE SERVICES, INC."
              And all successors and assigns and all subdivisions and agents thereof

**IT IS DECLARED** that any warrant, bill, contract, financial obligation, order, security or other negotiable instrument or action against Principal and for any cause, contract or matter and from anyone other than Principal and signed by any man or woman or agent or signed for any man or woman or agent and other than Principal where said **NOTICE AND DECLARATION OF REVOCATION OF POWER OF ATTORNEY #077** is made public for all matters and causes related to Principal is noticed as fraudulent and criminal and is extinguished, canceled, expunged and made null and void Nunc Pro Tunc, made void Ab Initio, by this **NOTICE AND DECLARATION OF FRAUD,** and where all subsequent attempts to contract Principal without consideration of Principal's right to refuse to contract is without full disclosure, without prior, informed consent nor just compensation and where any copy of alleged **"WARRANT"** or **"ORDER"** or **"INVOICE"** or **"BILL"** or **"STATEMENT"** or **"DEBT"** mailed to Principal is evidence of fraud. All copies assume facts which are not in evidence in the official record in any matter which includes any bond or negotiable instrument created as a result of any adhesion contract from any Power of Attorney with Principal and for the profit of anyone other than Principal and without compensation to Principal or full disclosure of said profit.

**IT IS DECLARED** that these said and named sole and aggregate corporations so enumerated, agents and assigns and agencies and subsidiaries and employees and all derivatives of their names thereof are noticed specifically of this **NOTICE AND DECLARATION OF FRAUD** by public notice.

**IT IS DECLARED** that any attempts by any man or woman or agents thereof of transmission of fraudulent documents to Principal via U.S. Mail or by any other means will be treated as proof of predicate acts to racketeering and conspiracy to engage in a pattern of racketeering activity, in violation of the federal RICO laws at 18 U.S.C. 1961 et seq.  ("RICO" is the accepted legal acronym for the Racketeer-Influenced and Corrupt Organizations Act.) Mail fraud is a RICO predicate act.  See 18 U.S.C. 1961 (1) (B).

**IT IS FURTHER DECLARED** that dishonor of this **NOTICE AND DECLARATION OF REVOCATION OF POWER OF ATTORNEY #077** by force, duress, or any other fraudulent act in the coercion to contract Principal to any foreign jurisdiction and agents thereof and without warrant or other negotiable instrument issued by any corporate representative acting in judgment of Principal and without Principal's consent to agree to the

AG

STATE OF NEW YORK)

KINGS COUNTY        )

In the matter of:  Ronald-Rattiem:Herron
Non-resident/Nondomestic
C/o 150 Park Row
New York Republican state [11201]


### NOTICE AND DECLARATION OF REVOCATION OF POWER OF ATTORNEY #077 AND
### NOTICE AND DECLARATION OF FRAUD AND
### NOTICE TO CEASE AND DESIST
### NOTICE AND AFFIDAVIT OF POSTING AND
### NOTICE OF CONTRACT REFUSAL #502
### TO SUPERCEDE ALL PREVIOUS FILING

conspiracy of, or the engagement of any act to kidnap, extort, racketeer, and require subservience of Principal by color of law resulting in the loss of freedom, liberty and the substance of Principal is subject to affidavit of criminal complaint filed publicly and served by Article III court declaration **immediately** and against any said perpetrator(s) engaging in said acts to harm Principal.

**WHEREFORE** this **NOTICE AND AFFIDAVIT OF POSTING AND NOTICE OF CONTRACT REFUSAL #502** declares Principal's right to refuse to contract and declares Principal's refusal of contract by this **NOTICE OF CONTRACT REFUSAL#502** and with all reservation of rights for the corporate administrator.

**THEREFORE,** Principal declares this **NOTICE TO CEASE AND DESIST** by reservation of all rights and by **NOTICE AND DECLARATION OF REVOCATION OF POWER OF ATTORNEY #077** by Principal's signature of this declaration made public and of any public notice of fraudulent obligation, attempt, force, harassment, conspiracy by any means to include mail or personal appearance by any agent or representative acting in collusion and by conspiracy, and without loss of personal quality of life or interruption of any contracted service or standard conducive to any comfort of living of Principal or Principal's heirs and assigns as is afforded to said corporations taking comfort in provisions from fraudulent contracts by Principal's signature and without Principal's benefit, and on behalf of said corporations or by said corporations or by any subsidiary, agent, employee or representative of the corporations previously enumerated acting in any statutory or corporate administrative capacity thereof is **considered liable in both a corporate and personal capacity** by engaging Principal in any contract, cause or matter and/or by the voiding of consent of Principal forevermore.

**NOTICE:** Witness of this **NOTICE AND DECLARATION OF REVOCATION OF POWER OF ATTORNEY #077 AND NOTICE AND DECLARATION OF FRAUD AND NOTICE TO CEASE AND DESIST, NOTICE AND AFFIDAVIT OF POSTING AND NOTICE OF CONTRACT REFUSAL#502** does not constitute consent to any adhesion contracts for the corporations previously enumerated and all subsidiaries thereof where all matter is publicly declared under the jurisdiction of the common law.

By: _Adria Rodwell_____
    Adrian Rodwell, Power of Attorney for:
    **Ronald-Rattiem:Herron,**
    The Only Authorized Representative,
    Trustee, UCC1-308,
    UCC1-103.6 in accordance with
    28 CFR 16.41(D); 28 USC 1746 (1)
    Sovereign American Citizen 8 USC 1408;
    15 stat 223

AG

STATE OF NEW YORK)

KINGS COUNTY          )

In the matter of:  Ronald-Rattlem:Herron
Non-resident/Nondomestic
C/o 150 Park Row
New York Republican state [11201]

## NOTICE AND DECLARATION OF REVOCATION OF POWER OF ATTORNEY #077 AND
## NOTICE AND DECLARATION OF FRAUD AND
## NOTICE TO CEASE AND DESIST
## NOTICE AND AFFIDAVIT OF POSTING AND
## NOTICE OF CONTRACT REFUSAL #502
## TO SUPERCEDE ALL PREVIOUS FILING

## NOTICE TO PRINCIPAL IS NOTICE TO AGENT
## NOTICE TO AGENT IS NOTICE TO PRINCIPAL

### JURAT/ACKNOWLEDGMENT

STATE OF NEW YORK)
COUNTY OF KINGS  )  *Richmond*
                      *April*

On this _____6th_____ day of  March, 2011 A.D., Adrian Rodwell, Power of Attorney for Ronald-Rattlem:Herron did personally appear before me, known to be the agent operating in the requisite capacity for signature described herein, who executed the foregoing, acknowledged the contents thereof; and executed the same as her free act and deed. Subscribed and agreed to before the undersigned.

_____
Notary Signature, All Rights Reserved

_____          My commission expires: _____

Printed name of Notary
Seal/Stamp

Copy Claim under Reservation

By: _*Adrian Rodwell*_____
Adrian Rodwell, Power of Attorney for:
Ronald-Rattlem:Herron, Trustee, Grantor, UCC1-308
The Only Authorized Representative
28 USC 1746 (1)

Masiello, Salvatore A.
Notary Public, State of New York
No. 01MA6095816
Qualified in Richmond County
Commission Expires 07-21-20 11

AG

STATE OF NEW YORK)

KINGS COUNTY        )

In the matter of:  Ronald-Rattiem:Herron
Non-resident/Nondomestic
C/o 150 Park Row
New York Republican state [11201]

### NOTICE AND DECLARATION OF REVOCATION OF POWER OF ATTORNEY #077 AND
### NOTICE AND DECLARATION OF FRAUD AND
### NOTICE TO CEASE AND DESIST
### NOTICE AND AFFIDAVIT OF POSTING AND
### NOTICE OF CONTRACT REFUSAL #502
### TO SUPERCEDE ALL PREVIOUS FILING

### PROOF OF SERVICE

I, the undersigned witness, hereby certify that on the date listed below as date of certificate, I in fact witnessed the undersigned sender mail and post in the facilities of the US Postal Service the attached documents.

Prior to witnessing the sender mailing the said envelopes, I personally witnessed the below sender place the attached documents in the envelopes. I certify to the fact that the attached documents were actually contained in the envelopes/packages.

I certify that the sender prepared the envelopes with the proper amount of postage, with his correct return address, and the envelopes were addressed as stated below.  These documents were sent:

**NOTICE AND DECLARATION OF REVOCATION OF POWER OF ATTORNEY#077 AND NOTICE AND DECLARATION OF FRAUD AND NOTICE TO CEASE AND DESIST, NOTICE AND AFFIDAVIT OF POSTING AND NOTICE OF CONTRACT REFUSAL #502 - signed and witnessed:** _Tonisha. Bell_____, 2011 A.D.

The name of the first addressee is Administrative Office of Courts, STATE OF N.E. WASHINGTON, and all successors and assigns.  The address this mailing is sent to is C/o ONE COLUMBUS CIRCLE N.E. WASHINGTON, DC  20544, this mailing to first addressee is sent by Principal as sender.  This mailing is sent by registered mail number #RB 841 039 419 US

The name of the second addressee is Loretta Lynch d/b/a DISTRICT ATTORNEY LORETTA LYNCH STATE OF NEW YORK, COURT OF KINGS COUNTY and all successors and assigns.  The address this mailing is sent to is C/o 271 CADMAN PLAZA, EAST BROOKLYN, NEW YORK 11201 and this mailing to second addressee is sent by Principal as sender.  This mailing is sent by registered mail number # RB 841 039 419 US

The name of the third addressee is Robert Soloway d/b/a ATTORNEY ROBERT SOLOWAY, STATE OF NEW YORK, COURT OF KINGS COUNTY and all successors and assigns.  The address this mailing is sent to is C/o 100 LAFAYETTE STREET #501, NEW YORK, NEW YORK 10013 and this mailing to third addressee is sent by Principal as sender.  This mailing is sent by registered mail number #RB 841 039 419 US

The name of the forth addressee is Robert C. Heinemann d/b/a CLERK OF COURT ROBERT C. HEINEMANN, STATE OF NEW YORK, COURT OF KINGS COUNTY and all successors and assigns.  The address this mailing is sent to is C/o 225 CADMAN PLAZA EAST BROOKLYN, NEW YORK 11201 and this mailing to forth addressee is sent by Principal as sender.  This mailing is sent by registered mail number #RB 841 039 419 US.

AG

STATE OF NEW YORK)

KINGS COUNTY        )

In the matter of:  Ronald-Rattlem:Herron
Non-resident/Nondomestic
C/o 150 Park Row
New York Republican state [11201]

### NOTICE AND DECLARATION OF REVOCATION OF POWER OF ATTORNEY #077 AND
### NOTICE AND DECLARATION OF FRAUD AND
### NOTICE TO CEASE AND DESIST
### NOTICE AND AFFIDAVIT OF POSTING AND
### NOTICE OF CONTRACT REFUSAL #502
### TO SUPERCEDE ALL PREVIOUS FILING

Witness Signature By: _Adrian Rodwell_____

Adrian Rodwell, Power of Attorney for:
**Ronald-Rattlem:Herron**, UCC1-308,
Trustee, Grantor, D/b/a RONALD HERRON
UCC1-103.6 in accordance with
28 CFR 16.41(D); 28 USC 1746 (1)
Sovereign American Citizen 8 USC 1408;
15 stat 223

Date of Certificate: 03/28/2011_____

All Rights Reserved, At Arm's Length

Witness Name (printed): _Tonisha Bell_____        Date of Mailing: 04/06/2011___

### PROOF OF SERVICE

I, the undersigned witness, hereby certify that on the date listed below as date of certificate, I in fact witnessed the undersigned sender mail and post in the facilities of the US Postal Service the attached documents.

Prior to witnessing the sender mailing the said envelopes, I personally witnessed the below sender place the attached documents in the envelopes. I certify to the fact that the attached documents were actually contained in the envelopes/packages.

I certify that the sender prepared the envelopes with the proper amount of postage, with her correct return address, and the envelopes were addressed as stated above.  These documents were sent:

**NOTICE AND DECLARATION OF REVOCATION OF POWER OF ATTORNEY AND NOTICE AND DECLARATION OF FRAUD AND NOTICE TO CEASE AND DESIST #077 AND NOTICE AND AFFIDAVIT OF POSTING AND NOTICE OF CONTRACT REFUSAL #502 - signed and witnessed:** _Tonisha Bell_____, 2011 A.D.

**In the common law and for the record:**

Witness Signature By: _Tonisha Bell_____        Date of Certificate: 03/28/2011_____
All Rights Reserved, At Arm's Length

Witness Name (printed): _Tonisha Bell_____        Date of Mailing: 04/06/2011___

**AG**

# Affidavit of Specific Negative Averment
## Denying Existence of Corporation
## By Special Appearance

The United States of America, March 4, A.D. 1789)
The State of NEW YORK A.D. 1682                    ) ss
The County of KINGS A.D. 1855                      )

Under the political authority of the Sovereign National Constitutional republican form of government identified in the caption above, and only upon the soil and within the territorial jurisdiction under the sovereign control of that government, the Real Party in Interest as styled Ronald-Rattiem:Herron (hereinafter I, Me, My, One), of sound mind, under unlimited-commercial-liability, and the age of majority, make this affidavit as an Inhabitant upon the soil of the lands commonly known as the united states of America, a native to the Land, a sovereign, a constituent member of the Sovereign People of the Americas, who formed a State, under our Constitution of New York A.D. 1682, and Laws pursuant thereto, as one of the several States united, one of "The United States of America" formed by the document not named, but known as the Constitution of the United States of America, March 4, A.D. 1789, as amended A.D. 1791, and Laws pursuant thereto. I, only in relation to The United States of America, March 4, A.D. 1789, its soil and plane, its common law and law of money, as gold and silver coin, and perjury, out of the limits of the United States except by constitutional obligation, without perjury of legal memory of the same, as one of the Posterity of We the People and a Beneficiary of the public trust created by the Law(s) above, do hereby, at all times, claim, retain and invoke all the Law(s) above, and agree to tell the truth, the whole truth based upon current knowledge and belief and thereby agree to the penalty of perjury under our Law(s) of The United States of America, March 4, A.D. 1789, I, of my own firsthand personal knowledge, under no mental reservation, do depose and state the following facts as true, correct, certain, complete, and not misleading, that;

  i. I deny that any of the below-named undefined entities, persons, corporations, associations, trusts, unincorporated and/or incorporated associations, limited partnerships, whatever, RONALD RATTIEM HERRON, HERRON RATTIEM RONALD, UNITED STATES its subsidiary agencies and subdivisions including but not limited to, ADMINISTRATIVE OFFICE OF COURTS/U.S. DISTRICT COURT EASTERN DISTRICT OF NEW YORK/Nicholas Garaufis d/b/a JUDGE NICHOLAS GARAUFIS, Loretta E. Lynch d/b/a DISTRICT ATTORNEY LORETTA E. LYNCH, Robert Soloway d/b/a ATTORNEY ROBERT SOLOWAY, Robert C. Heinemann d/b/a CLERK OF COURT ROBERT C. HEINEMANN, exists In Rerum Natura[1], is solvent, has capacity to sue and be sued, can appear in court, and is in a bona fide, enforceable contract with any alleged party, and

  ii. The correct parties concerning any alleged dispute must be <u>accurately</u> and <u>legally identified</u> and present in court in order for any proceeding to commence, inasmuch as otherwise ambiguity prevails and no way exists to know who is involved with

---

[1] In a dilatory plea, an allegation that the Plaintiff *is not in rerum natura* is equivalent to averring that the person named is fictitious. 3B1. Comm. 301(**Black's Law Dictionary Third Edition**)

Copyright © 2010 Ronald-Rattiem:Herron
All rights Reserve

Affidavit of Specific Negative Averment

whom, how, and why, rendering any such proceeding, and all matters connected therewith and pertaining thereto void for vagueness as per 46 American Jurisprudence 2nd edition, reads in relevant parts;

a) Judgments:

100. Parties. A judgment should identify[2] the parties for and against whom it is rendered, with such certainty that it may be readily enforced, and a judgment, which does not do so, may be regarded as void for uncertainty... and

iii. There is no evidence contravening the maxim of law that an affidavit stands as truth in commerce, equity, admiralty, lex mercatoria and public policy unless rebutted point-by-point by an Affidavit, which is sworn to the same degree of commercial risk. This Affidavit constitutes a "SPECIFIC NEGATIVE AVERMENT" in accordance with Federal Rules of Civil Procedure Rule 9(a) re alleged UNITED STATES its subsidiary agencies and subdivisions including but not limited to THE PEOPLE OF THE STATE OF NEW YORK vs. RONALD HERRON, and any and all variations, allegedly involving some undefined, and unproven beings, entities, persons, corporations, associations, trusts, limited partnerships, unincorporated associations, whatever referenced as, ADMINISTRATIVE OFFICE OF COURTS, STATE OF NEW YORK, CITY OF BROOKLYN, COUNTY OF KINGS, U.S. DISTRICT COURT EASTERN DISTRICT OF NEW YORK, and all variations, hereinafter "Fictional Agency", "THE PEOPLE OF THE STATE OF NEW YORK," hereinafter "Fictional Plaintiff/Claimant," and RONALD HERRON, hereinafter "Fictional Debtor/Defendant," whereby I declare and assert absolutely that:

i. None of the above listed all-capital-letter assemblages of letters exist and are solvent.

ii. I am none of the aforementioned all-capital letter–assemblages of letters, i.e. not Fictional Agency, not Fictional Claimant, and not Fictional Debtor/Defendant and is a non party to UNITED STATES/ADMINISTRATIVE OFFICE OF COURTS/U.S. DISTRICT COURT EASTERN DISTRICT OF NEW YORK/JUDGE NICHOLAS GARAUFIS its subsidiary agencies and subdivisions including but not limited to THE PEOPLE OF THE STATE OF NEW YORK vs. RONALD HERRON and any all variations;

iii. At all times, My political relations, My nationality, My allegiance, My domicile, and all of my Rights, powers, privileges, remedies, immunities, defenses and duties with unlimited-commercial-liability, are only in relation to "The United States of America, March 4, 1789", as defined in Dixon, supra[3], and NOT to any alternative, or de facto, political system, purported government, by operation of law, or by any device, scheme, or trick, or term-of-art slight-of-hand definitions;

iv. Any presumptions, or assumptions, assertions that I have silently acquiesced or assented or have consented, to be a party to any proceeding concerning the UNITED STATES/ADMINISTRATIVE OFFICE OF COURTS/U.S. DISTRICT COURT EASTERN DISTRICT OF NEW YORK/JUDGE NICHOLAS GARAUFIS, its subsidiary agencies and subdivisions including but not limited to STATE OF NEW YORK vs. RONALD HERRON,

---

[2] In law of evidence Sameness: the fact that a subject, person, or thing before the court is the same as it is represented, claimed, or charged to be. See Burrill, Cir. Ev. 382, 453, 644 (**Black's Law Dictionary Third Edition**)

[3] Circuit Court, D Virginia DIXON et al v. UNITED STATES. May Term, 1811(**1Brock 177,7 F. Cas. 171**)

Copyright © 2010 Ronald-Rattiem:Herron
All rights Reserve

and any all variations, are null and void and of no force and effect ab initio[4]. **One is not a party to an imaginary dispute between non-existent and non-appearing, insolvent entities.**

v. I understand that the Constitution of The United States of America, March 4, A.D. 1789, as amended A.D. 1791 of which I am not party to, is the supreme Law of the United States of America the several States of America and the several states as people, their land and political Republic union;

vi. There is no authority whereby a law can be written compelling Me to contract territorially to United States[5] an insolvent federal Corporation and its subsidiary agencies and subdivisions;

vii. I am executing this affidavit under my own free will, of full knowledge and information and, as being a neutral, non-insurgent, non-belligerent, I am **without** any **Injurious Intent** to the United States, any state Or States in or of the Union of the United States of America, March 4, A.D. 1789, as amended A.D. 1791;

viii. There is no law pursuant to the constitution of the United States of America, March 4, A.D. 1789, as amended A.D. 1791 whereby I cannot invoke nationality in any contract;

ix. Fictional Agency and Fictional Plaintiff/Claimant do not possess, and can never possess, **jurisdiction** over Me, nor My property, nor My rights, and the issue of jurisdiction **cannot be waive;**

x. I hereby assert and enjoin that any private domestic law that relates to and/or is caused by a denizen[6] that is imposed by presumption or anything that is joined to such law or by implied adhesion that is implied whether by my error or not, is hereby void and canceled. I assert any and all available affirmative defenses including but not limited to misrepresentation, withholding of material facts, material omissions, undue influence, enticement, false statements, failure of fair and valuable consideration deceitful commercial (trade) practice, fraudulent concealment of the true nature of the forum, and unclean hands in commercial dealing in relation to the presumption of any implied private domestic law, or other, so to cause rebutted presumption(s) of obligation in relation to his/her person.

This is an "**Affidavit Denying Existence of Corporation**" ("Specific Negative Averment") per Federal Rules of Civil Procedure Rule 9(a) above, Pleading Special Matters requiring any man or woman desiring to rebut this Affidavit and disprove the Negative Averments asserted herein must rebut in the manner of this Affidavit, with **full personal** and **commercial responsibility** using Christian name for signature, executed true, correct, complete and notarized, in red ink, and mail to Ronald-Rattiem:Herron, In Care of 150 Park Row, Nondomestic/Nonresident, New York, New York state, within ten (10) calendar days of receipt of this affidavit or be in D**efault** hereof. Said default establishes **on the record** the confession and consent of judgment by every man and woman acting adversely concerning

---

[4] Lat. From the beginning, from the first act; entirely; as to all the acts done; in the inception (**Black's Law Dictionary Third Edition**)

[5] "United States" means— (A) a Federal corporation; (B) an agency, department, commission, board, or other entity of the United States; or (C) an instrumentality of the United States (**United States Code Title 28, Part VI Chapter 176 Subchapter A § 3002, 15**)

[6] A denizen, in the primary, obsolete, sense of the word is a natural-born **subject** of a country. Co. Litt. 129a; Levy v. MacCartee, 6 Pet.102, 116, 8 L. Ed. 334, (**Black's Law Dictionary Third Edition**)

Copyright © 2010 Ronald-Rattiem:Herron
All rights Reserve

Me in any manner that:

i.  None of the all-capital-letter-assemblage, which represent the description(s) of entities, beings, persons, trusts, corporations, associations, unincorporated beings, unincorporated entities, unincorporated persons, unincorporated trusts, unincorporated-associations, limited partnerships, whatever referenced herein exists, is solvent, possesses capacity to sue and be sued…[or] sue and be sued in a representative capacity, and can appear in court re this instant matter, whereby the UNITED STATES/ADMINISTRATIVE OFFICE OF COURTS/U.S. DISTRICT COURT EASTERN DISTRICT OF NEW YORK/JUDGE NICHOLAS GARAUFIS, its subsidiary agencies and subdivisions including but not limited to STATE OF NEW YORK/RONALD HERRON, and any and all variations does not exist ab initio and Fictional Agency has <u>no jurisdiction over the non-existent cause, the non-existent parties, and the non-existent thing.</u>

ii. <u>Any man or woman who is in default hereof who continues to act against Me in any manner is acting illegally, without authority, in private capacity, and in the complete absence of all jurisdiction.</u>

<u>I am fully authorized to employ any and all just and lawful means of remedy and recourse concerning action(s) against Me by any party who admits and confesses by default to be devoid of all right, authority, and official immunity.</u>

BY: _Adria Rodwell_ _____

**Adrian Rodwell, Power of Attorney for:**
Ronald-Rattiem:Herron by Special Appearance in rerum natura,
**All rights reserved without prejudice**
☒**Real Party in Interest under Injury**
Trustee, Grantor, D/b/a RONALD HERRON
UCC1-308, UCC1-103.6 in accordance with
28 CFR 16.41(D); 28 USC 1746 (1)
Sovereign American Citizen 8 USC 1408;
15 stat 223

Copyright © 2010 Ronald-Rattiem:Herron
All rights Reserve

Case 1:10-cr-00615-NGG   Document 122   Filed 04/12/11   Page 60 of 61

| | |
|---|---|
| **The United States of America, March 4, A.D. 1789** ) | |
| **The State of New York A.D. 1682** ) | **ss  Notary Public** |
| **The County of KINGS A.D. 1855** ) | |

**Before me, the Power of Attorney Adrian Rodwell for the undersigned, on this** _____ 6TH _____ **day of** ~~March~~ APRIL, **A.D. 2011, personally appeared and known to me to be the One who signs for assemblage; Ronald-Rattiem:Herron of the family of Herron, said assemblage with seal in written representation of the Sentient who executed the foregoing Affidavit of Specific Negative Averment Denying Existence of Corporation and therein acknowledged to me this free and voluntary act.**
**Given under my hand and seal this** __6__ **day of** ~~March~~ APRIL, **A.D. 2011**

_____          _____
**Notary Public in and for The State of New York,**          **Notary Printed Name - My commission expires**
**A.D. 1682 at the County of Kings**
*Void where prohibited by law Original: File*

*Notary stamp/ seal*

CC:  Office[7] of the United States Department of Justice/Office of the President of the United States/
Office of the Attorney General State of New York/Office of the Governor of the State of New York/
Administrative Office of Courts

Masiello, Salvatore A.
Notary Public, State of New York
No. 01MA6095816
Qualified in Richmond County
Commission Expires 07-21-2011

---

[7] A right, and correspondence duty, to exercise a public trust Whitehead v. Clark, 146 Tenn. 660,244 S W. 479, 482
**(Black's Law Dictionary Third Edition)**

Copyright © 2010 Ronald-Rattiem:Herron
All rights Reserve

| Form **COL** | **Violation Warning** |
| | **Denial of Rights Under Color of Law** |

▶ Violation Warning—18 U.S.C. §242; 18 U.S.C. §245; 42 U.S.C. §1983

| Name and address of Citizen | Name and address of Notice Recipient |
| Adrian Rodwell | Judge Nicholas Garaufis |
| 340 St John's Place apt 4E | U.S. Court House |
| Brooklyn, New York 11238 | 40 225 Cadman plaza |
| | East Brooklyn, New York, 11201 |

Citizen's statement:

I certify that the forgoing information stated here is true and correct.
**Citizen's signature**

▶ _Adrian Rodwell_      | Date ▶ 08/28/2011

## Legal Notice and Warning

**Federal law provides that it is a crime to violate the Rights of a citizen under the color-of-law. You can be arrested for this crime and you can also be held personally liable for civil damages.**

Attempting to cause a person to do something by telling that person that such action is required by law, when it is not required by law, may be a felony.

18 USC §242 provides that whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States ... shall be fined under this title or imprisoned not more than one year, or both.

18 USC §245 provided that Whoever, whether or not acting under color of law, intimidates or interferes with any person from participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States; [or] applying for or enjoying employment, or any perquisite thereof, by any agency of the United States; shall be fined under this title, or imprisoned not more than one year, or both.

42 USC §1983 provides that every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress.

**Warning,** you may be in violation of Federal Law and persisting with your demand may lead to your arrest and/or civil damages! Also understand that the law provides that you can be held personally responsible and liable, as well as your company or agency.

**You are advised** to cease and desist with your demand and to seek *personal* legal counsel if you do not understand the law.

Notice of Service:

I, _____ certify that I personally delivered this notice to above named recipient and address on _____ at _____.

Public Domain—Privacy Form COL(01)