APPLICATION FOR WRIT OF HABEAS CORPUS
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | FILED<br>IN CLERK'S OFFICE<br>U.S. DISTRICT COURT E.D.N.Y.<br>★ MAY 19 2011 ★<br>BROOKLYN OFFICE |
| -against- | [X] 10-CR-615<br>[ ] Criminal Miscellaneous |
| RONALD HERRON,<br>                 Defendant(s). | |

The undersigned [X] Assistant United States Attorney [ ] Special Attorney hereby applies to the captioned court for the issuance of a writ of habeas corpus [X] ad prosequendum   [ ] ad testificandum [ ] in re a motion pursuant to 28 U.S.C. § 2255 and avers:

1. Name of detainee (and detainee number, if known): JORGE ALBERTO MEJIA, BLACK MALE, AGE 28, INMATE #77512-053

2. Detained by [ ] Warden, N.Y. Metropolitan Correctional, N.Y., N.Y.
[X] Warden: MCKEAN FCI
[ ] Other: _____
[specify title of custodian and name and location of detention facility]

3. Detainee is [ ] charged in this district by [ ] indictment [ ] information [ ] complaint with, OR [ ] was convicted in this district of, violating Title___, U.S.C. §____, OR [ ] is a witness not otherwise available by ordinary process of the Court.

4. Appearance is necessary on 6/1/11 at 10:00 o'clock AM [ ] in Courtroom number___ [ ] before _____ or [ ] before the Federal Grand Jury sitting in Room Number___ of the United States Courthouse for the district, for [ ] arraignment [ ] plea [ ] trial [ ] sentencing [ ] in re a motion pursuant to 28 U.S.C. § 2255 [ ] the purpose of giving necessary testimony in the captioned proceeding [ ] other purpose (s), specifically_____

Sworn to before me this
17 day of May, 2011

SAMUEL D. NOEL
Notary Public, State of New York
No. 01NO4964348
Qualified in Kings County
Commission Expires April 2, 2014

CARRIE BURWELL
[X] Assistant United States Attorney
Eastern District of New York
[ ] Special Assistant United States Attorney

WRIT OF HABEAS CORPUS

[X] Ad Prosequendum    [ ] Ad Testificandum    [ ] In Re Motion to Vacate

The instant application is granted and the above-named custodian, as well as the United States Marshal for this district, his deputies, and all other United States Marshals and their deputies, is and are each directed to produce the named detainee, in civilian clothes, on the date, at the time, and in the place recited above, and thereafter to maintain the said detainee within the jurisdiction of this Court pending the satisfaction of this writ or the further orders of the Court.

Dated: Brooklyn, New York
May 19, 2011

s/NGG
U.S.D.J.

ROBERT C. HEINEMANN
CLERK, U.S.D.C., E.D.N.Y.

Elizabeth Goddard
Deputy Clerk    MAY 19 2011

A TRUE COPY
ATTEST MAY 19 2011
ROBERT C. HEINEMANN
BY _____ CLERK
DEPUTY CLERK