# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

FRANKLIN A. ROTHMAN
JEREMY SCHNEIDER
ROBERT A. SOLOWAY
DAVID STERN

Tel: (212) 571-5500
Fax: (212) 571-5507

August 3, 2011

Hon. Nicholas G. Garaufis
United States District Court
225 Cadman Plaza East
Brooklyn, New York  11201

Re:   USA v. Ronald Herron
      10 Cr. 615 (NGG)

Dear Judge Garaufis:

I am assigned counsel for Ronald Herron. I write to advise the Court of ongoing matters which impact my ability to serve as Mr. Herron's attorney. As you know, in or about early April, 2011, my client served in this matter a document relating to jurisdictional matters. He has since advised me that he will proceed in accordance with the principles in the document, according to which he cannot be represented by an attorney as he is not the "party" the indictment names. At the same time, Mr. Herron has forbidden me to take steps in defense of this matter which would "give life" to an otherwise "illegitimate controversy." Hence, I am directed not to take action to move the matter to trial; nor to engage in or discuss plea negotiations. Similarly, I may not undertake factual investigation, and Mr. Herron will not sign authorizations for documents which I regard as relevant. When and if the matter is moved to trial, I am directed not to participate in jury selection, to cross-examine government witnesses, or to present evidence for the defense. I am directed not to present opening or closing statements.

I have advised my client that all of these tasks and functions are required of an attorney, and that he will have to act pro se if he does not permit me to proceed. His position remains steadfast. Accordingly, I have informed my client that we must call these matters to your attention, and he has authorized me to write this letter.

Sincerely,

Robert A. Soloway

RAS:sc