ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

FRANKLIN A. ROTHMAN
JEREMY SCHNEIDER
ROBERT A. SOLOWAY
DAVID STERN

LUCAS ANDERSON

Tel: (212) 571-5500
Fax: (212) 571-5507

May 11, 2012

**VIA ECF**
Hon. Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  USA v. Ronald Herron
     10 Cr. 615 (NGG)

Dear Judge Garaufis:

I am writing without objection from the government to request a one or two week adjournment of the court conference in the above-captioned matter to May 25 or June 1 from its currently scheduled date of May 18th. I will be out of town and therefore, I respectfully request that the conference be re-scheduled for May 25, June 1 or a date thereafter convenient to the Court and government.

Thank you very much for your attention.

Sincerely,

Robert A. Soloway

RAS:sc