

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*


January 21, 2014

By ECF

The Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  United States v. Ronald Herron
         Criminal Docket No. 10-615 (NGG)

Dear Judge Garaufis:

    As the Court is aware, trial in the above-referenced matter is scheduled to begin May 12, 2014 and the government has estimated that trial may continue for five weeks or more, depending on the length of the defense case. One of the Assistant U.S. Attorneys assigned to the government's trial team has an unavoidable conflict at the end of the fifth week of trial. As such, the government writes to respectfully request that the Court not hold trial in the matter for three days during the fifth week of trial, June 11, 12 and 13, 2014.

Counsel for the defendant has consented to the government's application.

Respectfully submitted,

LORETTA E. LYNCH
United States Attorney

By: _____/s/_____
Shreve Ariail
Rena Paul
Assistant U.S. Attorneys
(718) 254-6616/7575

cc: Robert Soloway, Esq. (via ECF)
James Neuman, Esq. (via ECF)