

U.S. Department of Justice

United States Attorney
Eastern District of New York

SA:SPN/RTP  
F.#2010R01491

271 Cadman Plaza East  
Brooklyn, New York 11201

May 28, 2014

By Hand and ECF

The Honorable Nicholas G. Garaufis  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York 11201

      Re:    United States v. Ronald Herron, 10-CR-615 (NGG)

Dear Judge Garaufis:

      The government intends to call the following witnesses to testify at trial tomorrow:  (1) the witness presently on the stand; (2) Charles Catanese (the Medical Examiner who handled the Brooks autopsy); (3) Det. Joseph Rivara; (4) Randy Zimpfer; (5) one other cooperating witness (as discussed in Court this afternoon); (6) Karen Bennett; and (7) Lewis Andruzzi.  The government no longer intends to call the witness with hearing/speech deficits, owing to difficulties with the sign-language interpretation process, among other issues, some of which we may address with the Court tomorrow morning.

      We hope that these witnesses will take us deep into the afternoon.  However, should their testimony end earlier than expected, the government requests that the Court adjourn the case for the week.  The government makes this request after close consultation with defense counsel, who join in this application.  The government notes that, given the

2

pace of the trial to date, we anticipate that the government will rest sometime during the beginning of the week of June 16th.

                                              Respectfully submitted,

                                              LORETTA E. LYNCH
                                              United States Attorney

By:          /s/
                                              Shreve Ariail
                                              Samuel P. Nitze
                                              Rena Paul
                                              Assistant U.S. Attorneys
                                              (718) 254-6616/6465/7575