**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SA:SPN/RTP                              *271 Cadman Plaza East*
F.#2010R01491                           *Brooklyn, New York 11201*

June 3, 2014

By ECF

The Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  United States v. Ronald Herron, 10-CR-615 (NGG)

Dear Judge Garaufis:

    The government respectfully submits this letter to provide public notice that it has filed a letter moving to close the courtroom for a limited time during trial in the above-captioned matter.  The government filed its motion and proposed order under seal.  The government requests that the Court schedule a public hearing on this motion, and that the date, time and place of the hearing be reflected on the public docket.

        Respectfully submitted,

        LORETTA E. LYNCH
        United States Attorney

By:     /s/
        Shreve Ariail
        Samuel P. Nitze
        Rena Paul
        Assistant U.S. Attorneys
        (718) 254-6616/6465/7575