UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------X

UNITED STATES OF AMERICA

   - against -

CRYSTAL LEWIS,

             Defendant.

------------------------------X

No. 10-CR-615 (NGG)

Whereas the United States Attorney's Office for the Eastern District of New York seeks to unseal transcripts of the defendant's bond hearings held on February 15, 2012; February 16, 2012; February 17, 2012; and March 1, 2012, for the limited purpose of complying with the government's discovery obligations in United States v. Herron, 10-CR-615 (NGG);

Wherefore, the United States Attorney Loretta E. Lynch, by Assistant U.S. Attorney Samuel Nitze, hereby respectfully requests that the Court "so order" the unsealing of the above-referenced transcript for the limited purpose of allowing the United States Attorney's Office for the Eastern District of New York to comply with its discovery obligations in United States v. Ronald Herron, 10-CR-615 (NGG).

Dated:    Brooklyn, New York
            June 4, 2014

SO ORDERED
s/Nicholas G. Garaufis

Hon. Nicholas G. Garaufis
United States District Court Judge
Eastern District of New York