**DOCKET NUMBERS:** CR 10-615 (NGG)

## CRIMINAL CAUSE FOR JURY TRIAL

Date Received By Docket Clerk:_____   Docket Clerk Initials:_____

**BEFORE JUDGE:** <u>GARAUFIS</u>  **DATE:** MAY 28, 2014  **TIME IN COURT** <u>8</u> **HRS    MINS**
@ 9:30 AM.

**1. DEFENDANT:** RONALD HERRON

Present X   Not Present        Custody X   Not Custody

  **DEFENSE COUNSEL:** ROBERT SOLOWAY / JAMES NEUMAN
  **FEDERAL DEFENDER:**   CJA: X   RETAINED:

**2. DEFENDANT:**
Present   Not Present        Custody   Not Custody

**DEFENSE COUNSEL:**
  **FEDERAL DEFENDER:**        CJA:        RETAINED:

**3. DEFENDANT:**
Present   Not Present   Custody        Not Custody

**DEFENSE COUNSEL:**
**FEDERAL DEFENDER:**   CJA:        RETAINED:


**A.U.S.A.:** SHREVE ARIAIL / RENA PAUL / SAMUEL NITZE

**COURT REPORTER:** VICTORIA TORRES BUTLER
**INTERPRETER:**   **LANGUAGE:**

- ☐ Change of Plea Hearing (~Util-Plea Entered)    ☐ Revocation of Probation contested
- ☐  Arraignment                                   ☐ Sentencing on a violation
- ☐  Bail Appeal                                   ☐ Motion Hearing
- ☐  Violation                                     ☐ Hearing
- ☐  Status Conference                             ☐ Sentencing
- ☐  Bail Violation Hearing                        ☐ Motion for sentence reduction
- ☐  Voir Dire Begun                               ☐ Oral Argument
- ☐  Voir Dire Held        Jury selection          X Jury trial
- ☐  Jury Trial Death Penalty  ☐   Sentence enhancement Phase        ☐   Bench Trial Begun

**Speedy Trial Start:   Speedy Trial Stop:     CODE TYPE: XT**

Do these minutes contain ruling(s) on motion(s)?    YES           NO  X

JURY TRIAL HELD; WITNESSES CALLED: JOHN TELESKY, AMBER HUDSON, WAYNE BILLUPS, LINDA PACK, TIMOTHY O'BRIEN, DARIEN QUASH AND SAQUAN WALLACE. JURY TRIAL WILL CONTINUE ON THURSDAY, MAY 29, 2014 AT 9:15 AM.