**DOCKET NUMBERS:** CR 10-615 (NGG)

## CRIMINAL CAUSE FOR JURY TRIAL

**Date Received By Docket Clerk:**_____  **Docket Clerk Initials:**_____

**BEFORE JUDGE:** <u>GARAUFIS</u>  **DATE:** MAY 29, 2014  **TIME IN COURT** __8__ **HRS** ____ **MINS**
@ 9:15 AM.

**1. DEFENDANT:** RONALD HERRON

Present X   Not Present       Custody X   Not Custody

  **DEFENSE COUNSEL:** ROBERT SOLOWAY / JAMES NEUMAN
  **FEDERAL DEFENDER:**   **CJA:** X   **RETAINED:**

**2. DEFENDANT:**
Present   Not Present       Custody   Not Custody

**DEFENSE COUNSEL:**
  **FEDERAL DEFENDER:**   **CJA:**   **RETAINED:**

**3. DEFENDANT:**
Present   Not Present   Custody    Not Custody

**DEFENSE COUNSEL:**
**FEDERAL DEFENDER:**   **CJA:**   **RETAINED:**


**A.U.S.A.:** SHREVE ARIAIL / RENA PAUL / SAMUEL NITZE

**COURT REPORTER:** VICTORIA TORRES BUTLER
**INTERPRETER:**   **LANGUAGE:**

- ☐ Change of Plea Hearing (~Util-Plea Entered)   ☐ Revocation of Probation contested
- ☐ Arraignment                                    ☐ Sentencing on a violation
- ☐ Bail Appeal                                    ☐ Motion Hearing
- ☐ Violation                                      ☐ Hearing
- ☐ Status Conference                              ☐ Sentencing
- ☐ Bail Violation Hearing                         ☐ Motion for sentence reduction
- ☐ Voir Dire Begun                                ☐ Oral Argument
- ☐ Voir Dire Held          Jury selection         X Jury trial
- ☐ Jury Trial Death Penalty ☐  Sentence enhancement Phase        ☐ Bench Trial Begun

**Speedy Trial Start:   Speedy Trial Stop:    CODE TYPE:** XT

**Do these minutes contain ruling(s) on motion(s)?**   YES           NO  X

JURY TRIAL HELD; WITNESSES CALLED: SAQUAN WALLACE, CHARLES CATANESE, JOSEPH RIVARA, KAREN BENNETT, RANDY ZIMPFER AND LOUIS ANDRUZZI. JURY TRIAL WILL CONTINUE ON MONDAY, JUNE 2, 2014 AT 9:15 AM.