**DOCKET NUMBERS**: CR 10-615 (NGG)

**CRIMINAL CAUSE FOR JURY TRIAL**

Date Received By Docket Clerk:_____   Docket Clerk Initials:_____

**BEFORE JUDGE**: <u>GARAUFIS</u>   **DATE**: JUNE 2, 2014   **TIME IN COURT** <u>8</u> **HRS** ___ **MINS**
@ 9:15 AM.

**1. DEFENDANT**: RONALD HERRON

Present X   Not Present   Custody X   Not Custody

  **DEFENSE COUNSEL**: ROBERT SOLOWAY / JAMES NEUMAN
  **FEDERAL DEFENDER**:   CJA: X   RETAINED:

**2. DEFENDANT**:
Present   Not Present   Custody   Not Custody

**DEFENSE COUNSEL**:
  **FEDERAL DEFENDER**:   CJA:   RETAINED:

**3. DEFENDANT**:
Present   Not Present   Custody   Not Custody

**DEFENSE COUNSEL**:
**FEDERAL DEFENDER**:   CJA:   RETAINED:

**A.U.S.A.**: SHREVE ARIAIL / RENA PAUL / SAMUEL NITZE

**COURT REPORTER**: NICOLE CANALES
**INTERPRETER**:   **LANGUAGE**:

| | | |
|---|---|---|
| ☐ Change of Plea Hearing (~Util-Plea Entered) | ☐ Revocation of Probation contested | |
| ☐ Arraignment | ☐ Sentencing on a violation | |
| ☐ Bail Appeal | ☐ Motion Hearing | |
| ☐ Violation | ☐ Hearing | |
| ☐ Status Conference | ☐ Sentencing | |
| ☐ Bail Violation Hearing | ☐ Motion for sentence reduction | |
| ☐ Voir Dire Begun | ☐ Oral Argument | |
| ☐ Voir Dire Held    Jury selection | X Jury trial | |
| ☐ Jury Trial Death Penalty  ☐ Sentence enhancement Phase | ☐ Bench Trial Begun | |

**Speedy Trial Start**:   **Speedy Trial Stop**:   **CODE TYPE**: XT

**Do these minutes contain ruling(s) on motion(s)?**   YES        NO  X

JURY TRIAL HELD; WITNESSES CALLED: JOSEPH GARCIA, NANCY COOPER, JOSEPH FAZZINGO, AGLAE CHARLOT AND RAFAEL GONZALEZ. JURY TRIAL WILL CONTINUE ON TUESDAY, JUNE 3, 2014 AT 9:15 AM.