**DOCKET NUMBERS:** CR 10-615 (NGG)

## CRIMINAL CAUSE FOR JURY TRIAL

Date Received By Docket Clerk:_____   Docket Clerk Initials:_____

**BEFORE JUDGE:** <u>GARAUFIS</u>  **DATE:** JUNE 3, 2014  **TIME IN COURT** __8__ HRS ___ MINS
@ 9:15 AM.

**1. DEFENDANT:** RONALD HERRON

Present X   Not Present       Custody X   Not Custody

  **DEFENSE COUNSEL:** ROBERT SOLOWAY / JAMES NEUMAN
  FEDERAL DEFENDER:   CJA: X   RETAINED:

**2. DEFENDANT:**
Present   Not Present       Custody   Not Custody

**DEFENSE COUNSEL:**
  FEDERAL DEFENDER:       CJA:       RETAINED:

**3. DEFENDANT:**
Present   Not Present   Custody       Not Custody

**DEFENSE COUNSEL:**
  FEDERAL DEFENDER:   CJA:       RETAINED:


**A.U.S.A.:** SHREVE ARIAIL / RENA PAUL / SAMUEL NITZE

**COURT REPORTER:** NICOLE CANALES
**INTERPRETER:**       **LANGUAGE:**

- ☐ Change of Plea Hearing (~Util-Plea Entered)   ☐ Revocation of Probation contested
- ☐ Arraignment                                   ☐ Sentencing on a violation
- ☐ Bail Appeal                                   ☐ Motion Hearing
- ☐ Violation                                     ☐ Hearing
- ☐ Status Conference                             ☐ Sentencing
- ☐ Bail Violation Hearing                        ☐ Motion for sentence reduction
- ☐ Voir Dire Begun                               ☐ Oral Argument
- ☐ Voir Dire Held         Jury selection         X Jury trial
- ☐ Jury Trial Death Penalty   ☐ Sentence enhancement Phase       ☐ Bench Trial Begun

**Speedy Trial Start:**   **Speedy Trial Stop:**   **CODE TYPE:** XT

Do these minutes contain ruling(s) on motion(s)?   YES                   NO  X

JURY TRIAL HELD; WITNESSES CALLED: RAFAEL GONZALEZ, ROBERT SAENZ, KENNETH MIKLAS, JOHN FIORAVANTE, THOMAS MARKARDT, RACHEL CRAWFORD, BRIAN MEICHSNER AND MUSA MARSHALL. JURY TRIAL WILL CONTINUE ON WEDNESDAY, JUNE 4, 2014 AT 9:15 AM.