**DOCKET NUMBERS:** CR 10-615 (NGG)

CRIMINAL CAUSE FOR JURY TRIAL

**Date Received By Docket Clerk:**_____  **Docket Clerk Initials:**_____

**BEFORE JUDGE:** <u>GARAUFIS</u>  **DATE:** JUNE 4, 2014  **TIME IN COURT** __8__ HRS ____ MINS
@ 9:15 AM.

**1. DEFENDANT:** RONALD HERRON

Present X   Not Present       Custody X   Not Custody

   **DEFENSE COUNSEL:** ROBERT SOLOWAY / JAMES NEUMAN
   **FEDERAL DEFENDER:**   **CJA:** X   **RETAINED:**

**2. DEFENDANT:**
Present   Not Present       Custody   Not Custody

**DEFENSE COUNSEL:**
   **FEDERAL DEFENDER:**   **CJA:**   **RETAINED:**

**3. DEFENDANT:**
Present   Not Present   Custody      Not Custody

**DEFENSE COUNSEL:**
**FEDERAL DEFENDER:**   **CJA:**   **RETAINED:**


**A.U.S.A.:** SHREVE ARIAIL / RENA PAUL / SAMUEL NITZE

**COURT REPORTER:** NICOLE CANALES
**INTERPRETER:**   **LANGUAGE:**

| | | |
|---|---|---|
| ☐ Change of Plea Hearing (~Util-Plea Entered) | ☐ Revocation of Probation contested | |
| ☐ Arraignment | ☐ Sentencing on a violation | |
| ☐ Bail Appeal | ☐ Motion Hearing | |
| ☐ Violation | ☐ Hearing | |
| ☐ Status Conference | ☐ Sentencing | |
| ☐ Bail Violation Hearing | ☐ Motion for sentence reduction | |
| ☐ Voir Dire Begun | ☐ Oral Argument | |
| ☐ Voir Dire Held   Jury selection | X Jury trial | |
| ☐ Jury Trial Death Penalty ☐ Sentence enhancement Phase | ☐ Bench Trial Begun | |

**Speedy Trial Start:**   **Speedy Trial Stop:**   **CODE TYPE:** XT

**Do these minutes contain ruling(s) on motion(s)?**   YES      NO X

JURY TRIAL HELD; WITNESSES CALLED: JEFFREY CHARLES BROESCHE AND VINCENT WINFIELD. JURY TRIAL WILL CONTINUE ON THURSDAY, JUNE 5, 2014 AT 9:15 AM.