DOCKET NUMBERS: CR 10-615 (NGG)

## CRIMINAL CAUSE FOR JURY TRIAL

Date Received By Docket Clerk:_____    Docket Clerk Initials:_____

BEFORE JUDGE: <u>GARAUFIS</u>  DATE: JUNE 5, 2014  TIME IN COURT <u>8</u> HRS    MINS
@ 9:15 AM.

**1. DEFENDANT:** RONALD HERRON

Present X    Not Present     Custody X    Not Custody

  DEFENSE COUNSEL: ROBERT SOLOWAY / JAMES NEUMAN
  FEDERAL DEFENDER:   CJA: X   RETAINED:

**2. DEFENDANT:**
Present    Not Present      Custody    Not Custody

**DEFENSE COUNSEL:**
  FEDERAL DEFENDER:        CJA:      RETAINED:

**3. DEFENDANT:**
**Present    Not Present    Custody      Not Custody**

**DEFENSE COUNSEL:**
**FEDERAL DEFENDER:  CJA:    RETAINED:**


**A.U.S.A.:** SHREVE ARIAIL / RENA PAUL / SAMUEL NITZE

**COURT REPORTER:** NICOLE CANALES
**INTERPRETER:    LANGUAGE:**

- ☐ Change of Plea Hearing (~Util-Plea Entered)   ☐ Revocation of Probation contested
- ☐ Arraignment                                    ☐ Sentencing on a violation
- ☐ Bail Appeal                                    ☐ Motion Hearing
- ☐ Violation                                      ☐ Hearing
- ☐ Status Conference                              ☐ Sentencing
- ☐ Bail Violation Hearing                         ☐ Motion for sentence reduction
- ☐ Voir Dire Begun                                ☐ Oral Argument
- ☐ Voir Dire Held          Jury selection         X Jury trial
- ☐ Jury Trial Death Penalty  ☐   Sentence enhancement Phase     ☐   Bench Trial Begun

**Speedy Trial Start:    Speedy Trial Stop:    CODE TYPE: XT**

**Do these minutes contain ruling(s) on motion(s)?    YES              NO X**

JURY TRIAL HELD; WITNESSES CALLED: VINCENT WINFIELD, MICHAEL CHIUSANO, DESIREE TAYLOR, DANIEL SMITH, JOEBIAN ORTIZ, JEFFREY BAHM, JAMES VALENTI AND WILLIAM BROWN. JURY TRIAL WILL CONTINUE ON MONDAY, JUNE 9, 2014 AT 9:15 AM.