UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------

United States of America,　　　　　　　　　　ORDER OF SUSTENANCE
　　　　　　　　　　　　　　　　　　　　　　ORDER OF TRANSPORTATION
　　　　　　　　　Plaintiff,　　　　　　　　　ORDER OF LODGING

-vs-

Ronald Herron,　　　　　　　　　　　　　　　CR 10-615 (NGG)

　　　　　　　　　Defendant.

-------------------------------------------------

**ORDERED** that the Marshal supply proper

( )　LODGING

(XX)　SUSTENANCE

( )　TRANSPORTATION

　　　to the (17) jurors empaneled in the above entitled case.

DATED: Brooklyn, New York
　　　　**June 5, 2014**

(XX)　DURING TRIAL

( )　DELIBERATING

( )　SEQUESTERED　　　　　　　　　　　　s/Nicholas G. Garaufis
　　　　　　　　　　　　　　　　　　　　　　―――――――――――――
(X)　LUNCH

( )　OTHER　　　　　　　　　　　　　　　Nicholas G. Garaufis, U.S.D.J.