**DOCKET NUMBERS**: CR 10-615 (NGG)

## CRIMINAL CAUSE FOR JURY TRIAL

Date Received By Docket Clerk:_____   Docket Clerk Initials:_____

**BEFORE JUDGE**: <u>GARAUFIS</u>  **DATE**: JUNE 9, 2014  **TIME IN COURT** __8__ **HRS** ____ **MINS**
@ 9:15 AM.

**1. DEFENDANT**: RONALD HERRON

Present X   Not Present       Custody X   Not Custody

  **DEFENSE COUNSEL**: ROBERT SOLOWAY / JAMES NEUMAN
  **FEDERAL DEFENDER**:   **CJA**: X   **RETAINED**:

**2. DEFENDANT**:
Present   Not Present       Custody   Not Custody

**DEFENSE COUNSEL**:
  **FEDERAL DEFENDER**:   **CJA**:   **RETAINED**:

**3. DEFENDANT**:
Present   Not Present   Custody       Not Custody

**DEFENSE COUNSEL**:
**FEDERAL DEFENDER**:  **CJA**:  **RETAINED**:


**A.U.S.A.**: SHREVE ARIAIL / RENA PAUL / SAMUEL NITZE

**COURT REPORTER**: FRED GUERINO
**INTERPRETER**:   **LANGUAGE**:

- ☐ Change of Plea Hearing (~Util-Plea Entered)   ☐ Revocation of Probation contested
- ☐ Arraignment   ☐ Sentencing on a violation
- ☐ Bail Appeal   ☐ Motion Hearing
- ☐ Violation   ☐ Hearing
- ☐ Status Conference   ☐ Sentencing
- ☐ Bail Violation Hearing   ☐ Motion for sentence reduction
- ☐ Voir Dire Begun   ☐ Oral Argument
- ☐ Voir Dire Held   Jury selection   X Jury trial
- ☐ Jury Trial Death Penalty   ☐ Sentence enhancement Phase   ☐ Bench Trial Begun

**Speedy Trial Start**:   **Speedy Trial Stop**:   **CODE TYPE**: XT

**Do these minutes contain ruling(s) on motion(s)?**   YES       NO X

JURY TRIAL HELD; WITNESSES CALLED: AALOK KANTHARIA, CRYSTAL LEWIS, RALPH LEWIS, FLORIANA PERSECHINO, CLINTON PHILBERT AND LOUIS YERO. JURY TRIAL WILL CONTINUE ON TUESDAY, JUNE 10, 2014 AT 9:15 AM.