DOCKET NUMBERS: CR 10-615 (NGG)

## CRIMINAL CAUSE FOR JURY TRIAL

Date Received By Docket Clerk:_____  Docket Clerk Initials:_____

BEFORE JUDGE: <u>GARAUFIS</u> DATE: JUNE 10, 2014  TIME IN COURT  <u>8</u>  HRS    MINS
@ 9:15 AM.

**1. DEFENDANT:** RONALD HERRON

Present X   Not Present     Custody X   Not Custody

   DEFENSE COUNSEL: ROBERT SOLOWAY / JAMES NEUMAN
   FEDERAL DEFENDER:  CJA: X   RETAINED:

**2. DEFENDANT:**
Present   Not Present     Custody   Not Custody

DEFENSE COUNSEL:
   FEDERAL DEFENDER:     CJA:     RETAINED:

**3. DEFENDANT:**
Present   Not Present   Custody   Not Custody

DEFENSE COUNSEL:
FEDERAL DEFENDER:  CJA:   RETAINED:


**A.U.S.A.:** SHREVE ARIAIL / RENA PAUL / SAMUEL NITZE

**COURT REPORTER: FRED GUERINO**
**INTERPRETER:   LANGUAGE:**

- ☐ Change of Plea Hearing (~Util-Plea Entered)   ☐ Revocation of Probation contested
- ☐ Arraignment   ☐ Sentencing on a violation
- ☐ Bail Appeal   ☐ Motion Hearing
- ☐ Violation   ☐ Hearing
- ☐ Status Conference   ☐ Sentencing
- ☐ Bail Violation Hearing   ☐ Motion for sentence reduction
- ☐ Voir Dire Begun   ☐ Oral Argument
- ☐ Voir Dire Held     Jury selection     X Jury trial
- ☐ Jury Trial Death Penalty ☐ Sentence enhancement Phase   ☐ Bench Trial Begun

**Speedy Trial Start:   Speedy Trial Stop:   CODE TYPE: XT**

**Do these minutes contain ruling(s) on motion(s)?   YES       NO X**

JURY TRIAL HELD; WITNESSES CALLED: LOUIS YERO, UC 0022, ERIC PERRY AND ALGENIS CARABALLO. JURY TRIAL WILL CONTINUE ON MONDAY, JUNE 16, 2014 AT 9:15 AM.