### KEVIN J. KEATING
ATTORNEY AT LAW
SUITE 501
666 OLD COUNTRY ROAD
GARDEN CITY, NEW YORK 11530-2004

(516) 222-1099

TELECOPIER
(516) 683-8410

MANHATTAN OFFICE:
EMPIRE STATE BUILDING
350 FIFTH AVENUE, SUITE 5411
NEW YORK, N.Y. 10118
(212) 964-2702

June 18, 2014

**VIA ECF & FACSIMILE**
Hon. Nicholas G. Garaufis
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

> Re: <u>United States v. Ronald Herron</u>
> 10-cr-00615-NGG-2
> My client: Jorge Mejia

Dear Judge Garaufis:

    As the Court is aware, yesterday I was assigned under the Criminal Justice Act to represent Jorge Mejia, who has been subpoenaed by counsel for Mr. Herron to appear at Mr. Herron's trial to provide testimony. As the Court is aware, Mr. Mejia is currently serving a sentence following his guilty plea before Your Honor.

    Today, I spoke by telephone with Mr. Mejia's former counsel (now retired), Robert Moore. Thereafter, I spoke by telephone with Mr. Mejia. Mr. Mejia has advised me that he does not wish to appear at trial in this matter, and if called to testify, has expressed his unequivocal intention to invoke his Fifth Amendment privilege against self incrimination in response to every question bearing on the subject of Mr. Herron's trial.

    I am available to answer further questions concerning this matter should the Court desire.

    Thank you for your consideration.

Very Truly Yours,

*/s/ Kevin J. Keating*
KEVIN J. KEATING

cc: Clerk of the Court
    Robert Solowey, Esq.
    Shreve Ariail, Esq.