**DOCKET NUMBERS**: CR 10-615 (NGG)

### CRIMINAL CAUSE FOR JURY TRIAL

Date Received By Docket Clerk:_____   Docket Clerk Initials:_____

**BEFORE JUDGE**: <u>GARAUFIS</u>  **DATE**: JUNE 16, 2014  **TIME IN COURT**  <u>8</u>  **HRS**      **MINS**
@ 9:15 AM.

**1. DEFENDANT**: RONALD HERRON

Present X   Not Present       Custody X   Not Custody

  **DEFENSE COUNSEL**: ROBERT SOLOWAY / JAMES NEUMAN
  **FEDERAL DEFENDER**:  CJA: X   RETAINED:

**2. DEFENDANT**:
Present    Not Present       Custody   Not Custody

**DEFENSE COUNSEL**:
  **FEDERAL DEFENDER**:       CJA:      RETAINED:

**3. DEFENDANT**:
Present   Not Present   Custody     Not Custody

**DEFENSE COUNSEL**:
**FEDERAL DEFENDER**:  CJA:   RETAINED:


**A.U.S.A.**: SHREVE ARIAIL / RENA PAUL / SAMUEL NITZE


**COURT REPORTER**: ANTHONY MANCUSO
**INTERPRETER**:   **LANGUAGE**:

- ☐ Change of Plea Hearing (~Util-Plea Entered)   ☐ Revocation of Probation contested
- ☐ Arraignment                                    ☐ Sentencing on a violation
- ☐ Bail Appeal                                    ☐ Motion Hearing
- ☐ Violation                                      ☐ Hearing
- ☐ Status Conference                              ☐ Sentencing
- ☐ Bail Violation Hearing                         ☐ Motion for sentence reduction
- ☐ Voir Dire Begun                                ☐ Oral Argument
- ☐ Voir Dire Held         Jury selection          X Jury trial
- ☐ Jury Trial Death Penalty  ☐ Sentence enhancement Phase        ☐ Bench Trial Begun

**Speedy Trial Start**:   **Speedy Trial Stop**:   **CODE TYPE**: XT

Do these minutes contain ruling(s) on motion(s)?   YES                       NO  X

JURY TRIAL HELD; WITNESSES CALLED: ALGENIS CARABALLO, ANGEL FIGUEROA AND PHILIP KEANE. JURY TRIAL WILL CONTINUE ON TUESDAY, JUNE 17, 2014 AT 9:30 AM.