**DOCKET NUMBERS:** CR 10-615 (NGG)

## CRIMINAL CAUSE FOR JURY TRIAL

**Date Received By Docket Clerk:** _____  **Docket Clerk Initials:** _____

**BEFORE JUDGE:** <u>GARAUFIS</u>  **DATE:** JUNE 17, 2014  **TIME IN COURT** <u> 8 </u> **HRS** ____ **MINS** @ 9:30 AM.

**1. DEFENDANT:** RONALD HERRON

Present X   Not Present      Custody X   Not Custody

   **DEFENSE COUNSEL:** ROBERT SOLOWAY / JAMES NEUMAN
   **FEDERAL DEFENDER:**   **CJA:** X   **RETAINED:**

**2. DEFENDANT:**
Present   Not Present      Custody   Not Custody

**DEFENSE COUNSEL:**
   **FEDERAL DEFENDER:**   **CJA:**   **RETAINED:**

**3. DEFENDANT:**
Present   Not Present   Custody   Not Custody

**DEFENSE COUNSEL:**
**FEDERAL DEFENDER:**   **CJA:**   **RETAINED:**


**A.U.S.A.:** SHREVE ARIAIL / RENA PAUL / SAMUEL NITZE

**COURT REPORTER:** ANTHONY MANCUSO
**INTERPRETER:**   **LANGUAGE:**

- ☐ Change of Plea Hearing (~Util-Plea Entered)   ☐ Revocation of Probation contested
- ☐ Arraignment                                    ☐ Sentencing on a violation
- ☐ Bail Appeal                                    ☐ Motion Hearing
- ☐ Violation                                      ☐ Hearing
- ☐ Status Conference                              ☐ Sentencing
- ☐ Bail Violation Hearing                         ☐ Motion for sentence reduction
- ☐ Voir Dire Begun                                ☐ Oral Argument
- ☐ Voir Dire Held       Jury selection            X Jury trial
- ☐ Jury Trial Death Penalty  ☐ Sentence enhancement Phase    ☐ Bench Trial Begun

**Speedy Trial Start:**   **Speedy Trial Stop:**   **CODE TYPE:** XT

**Do these minutes contain ruling(s) on motion(s)?**   YES       NO  X

JURY TRIAL HELD; ATTORNEY FLORIAN MIEDEL IS APPOINTED FOR THE LIMITED PURPOSE OF ADVISING RIGHTS TO WITNESS YAHADIN HOLLAWAY; ATTORNEY MICHAEL HUESTON IS APPOINTED FOR THE LIMITED PURPOSE OF ADVISING RIGHTS TO POTENTIAL WITNESS DIANE FLOWERS; ATTORNEY JEFFREY PITTELL IS APPOINTED FOR THE LIMITED PURPOSE OF ADVISING RIGHTS TO WITNESS STACEY KNIGHT; ATTORNEY JUSTINE HARRIS IS APPOINTED FOR THE LIMITED PURPOSE OF ADVISING RIGHTS TO WITNESS JOHNATHAN RICE; ATTORNEY ZACHARY MARGULIS-OHNUMA IS APPOINTED FOR THE LIMITED PURPOSE OF ADVISING RIGHTS TO WITNESS LEONARD GRANT. WITNESSES CALLED: YAHADIN HOLLAWAY AND CHARLES MARTELLO; GOVERNMENT RESTS. DEFENSE MOTION UNDER RULE 29 IS DENIED; DEFENSE WITNESSES CALLED: JOSEPH GARCIA, JOSEPH BRAXTON PETERSON AND STACEY KNIGHT.   JURY TRIAL WILL CONTINUE ON WEDNESDAY, JUNE 18, 2014 AT 9:30 AM.