UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------

United States of America,

                Plaintiff,

-vs-

Ronald Herron,

                Defendant.

-------------------------------------------------

ORDER OF SUSTENANCE
ORDER OF TRANSPORTATION
ORDER OF LODGING

CR 10-615 (NGG)

**ORDERED** that the Marshal supply proper

( ) LODGING

(XX) SUSTENANCE

( ) TRANSPORTATION

to the (17) jurors empaneled in the above entitled case.

DATED: Brooklyn, New York
**June 17, 2014**

(XX) DURING TRIAL

( ) DELIBERATING

( ) SEQUESTERED

(X) LUNCH

( ) OTHER

s/NGG

Nicholas G. Garaufis, U.S.D.J.