**DOCKET NUMBERS:** CR 10-615 (NGG)

## CRIMINAL CAUSE FOR JURY TRIAL

**Date Received By Docket Clerk:**_____    **Docket Clerk Initials:**_____

**BEFORE JUDGE:** <u>GARAUFIS</u>  **DATE:** JUNE 18, 2014  **TIME IN COURT** <u>5</u> **HRS**    **MINS**
@ 9:30 AM.

**1. DEFENDANT:** RONALD HERRON

Present X   Not Present       Custody X   Not Custody

  **DEFENSE COUNSEL:** ROBERT SOLOWAY / JAMES NEUMAN
  **FEDERAL DEFENDER:**   CJA: X   RETAINED:

**2. DEFENDANT:**
Present   Not Present       Custody   Not Custody

**DEFENSE COUNSEL:**
  **FEDERAL DEFENDER:**    CJA:    RETAINED:

**3. DEFENDANT:**
Present   Not Present   Custody    Not Custody

**DEFENSE COUNSEL:**
**FEDERAL DEFENDER:**   CJA:    RETAINED:


**A.U.S.A.:** SHREVE ARIAIL / RENA PAUL / SAMUEL NITZE


**COURT REPORTER:** ANTHONY MANCUSO
**INTERPRETER:**    **LANGUAGE:**

- ☐ Change of Plea Hearing (~Util-Plea Entered)    ☐ Revocation of Probation contested
- ☐ Arraignment                                     ☐ Sentencing on a violation
- ☐ Bail Appeal                                     ☐ Motion Hearing
- ☐ Violation                                       ☐ Hearing
- ☐ Status Conference                               ☐ Sentencing
- ☐ Bail Violation Hearing                          ☐ Motion for sentence reduction
- ☐ Voir Dire Begun                                 ☐ Oral Argument
- ☐ Voir Dire Held       Jury selection             X Jury trial
- ☐ Jury Trial Death Penalty   ☐   Sentence enhancement Phase       ☐    Bench Trial Begun

**Speedy Trial Start:**   **Speedy Trial Stop:**    **CODE TYPE: XT**

**Do these minutes contain ruling(s) on motion(s)?**    YES            NO  X

JURY TRIAL HELD; WITNESSES CALLED: LEONARD GRANT AND JOHNATHAN RICE. JURY TRIAL WILL CONTINUE ON THURSDAY, JUNE 19, 2014 AT 9:00 AM.