UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------

United States of America,

                      Plaintiff,

-vs-

Ronald Herron,

                      Defendant.

-----------------------------------------------

ORDER OF SUSTENANCE
ORDER OF TRANSPORTATION
ORDER OF LODGING

CR 10-615 (NGG)

**ORDERED** that the Marshal supply proper

( )  LODGING

(XX) SUSTENANCE

( )  TRANSPORTATION

    to the (17) jurors empaneled in the above entitled case.

DATED: Brooklyn, New York
         **June 18, 2014**

(XX) DURING TRIAL

( )  DELIBERATING

( )  SEQUESTERED

(X)  LUNCH

( )  OTHER

                      s/NGG

                      Nicholas G. Garaufis, U.S.D.J.