**DOCKET NUMBERS**: CR 10-615 (NGG)

### CRIMINAL CAUSE FOR JURY TRIAL

**Date Received By Docket Clerk**:_____   **Docket Clerk Initials**:_____

**BEFORE JUDGE**: <u>GARAUFIS</u>  **DATE**: JUNE 23, 2014  **TIME IN COURT** <u>11</u> **HRS**   **MINS**
@ 9:30 AM.

**1. DEFENDANT**: RONALD HERRON

Present X    Not Present       Custody X    Not Custody

   **DEFENSE COUNSEL**: ROBERT SOLOWAY / JAMES NEUMAN
   **FEDERAL DEFENDER**:   **CJA**: X   **RETAINED**:

**2. DEFENDANT**:
Present    Not Present       Custody    Not Custody

**DEFENSE COUNSEL**:
   **FEDERAL DEFENDER**:   **CJA**:   **RETAINED**:

**3. DEFENDANT**:
Present    Not Present    Custody    Not Custody

**DEFENSE COUNSEL**:
**FEDERAL DEFENDER**:   **CJA**:   **RETAINED**:

**A.U.S.A.**: SHREVE ARIAIL / RENA PAUL / SAMUEL NITZE

**COURT REPORTER**: GENE RUDOLPH
**INTERPRETER**:    **LANGUAGE**:

| | | |
|---|---|---|
| ☐ Change of Plea Hearing (*~Util-Plea Entered*) | ☐ Revocation of Probation contested | |
| ☐ Arraignment | ☐ Sentencing on a violation | |
| ☐ Bail Appeal | ☐ Motion Hearing | |
| ☐ Violation | ☐ Hearing | |
| ☐ Status Conference | ☐ Sentencing | |
| ☐ Bail Violation Hearing | ☐ Motion for sentence reduction | |
| ☐ Voir Dire Begun | ☐ Oral Argument | |
| ☐ Voir Dire Held   Jury selection | X Jury trial | |
| ☐ Jury Trial Death Penalty  ☐ Sentence enhancement Phase | ☐ | Bench Trial Begun |

**Speedy Trial Start**:    **Speedy Trial Stop**:    **CODE TYPE**: XT

**Do these minutes contain ruling(s) on motion(s)?**    YES               NO  X

JURY TRIAL HELD; WITNESSES CALLED: KENDALE ROBINSON AND SHONDELL WALKER; THE DEFENSE RESTS; SUMMATIONS; REBUTTAL; A CHARGE CONFERENCE WILL BE HELD ON TUESDAY, JUNE 24, 2014 AT 10:30 AM; JURY TRIAL WILL CONTINUE ON WEDNESDAY, JUNE 25, 2014 AT 9:30 AM.