1                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF NEW YORK
2

3   - - - - - - - - - - - -  X

4  UNITED STATES OF AMERICA,  :  10 CR 615 (NGG)

5                         :

6

       -against-          :
7                         United States Courthouse
                         Brooklyn, New York
8  RONALD HERRON,          :

9                         June 23, 2014
           Defendant.    :  9:30 o'clock a.m.
10  - - - - - - - - - - - -  X

11

12              TRANSCRIPT OF TRIAL
          BEFORE THE HONORABLE NICHOLAS G. GARAUFIS
13          UNITED STATES DISTRICT JUDGE, and a jury.

14

15  APPEARANCES:

16

17  For the Government:        LORETTA E. LYNCH
                         United States Attorney
18                      BY: SHREVE ARIAIL
                         SAM P. NITZE
19                         RENA PAUL
                      Assistant United States Attorneys
20                      271 Cadman Plaza East
                      Brooklyn, New York
21

22

  For the Defendant:         ROTHMAN, SCHNEIDER, SOLOWAY
23                       & STERN, P.C.
                      100 Lafayette Street
24                      New York, NY 10013
                      BY: ROBERT SOLOWAY, ESQ.
25                        JAMES E. NEUMAN, ESQ.

1    Court Reporter:              Gene Rudolph
                                  225 Cadman Plaza East
2                                 Brooklyn, New York
                                  (718) 613-2538
3


4
     Proceedings recorded by mechanical stenography, transcript
5    produced by computer-aided transcription.

6

7

8                      *****

9

10

11            (The following occurred in the absence of the jury.)

12            THE COURT:  All right.  Appearances.

13            MR. ARIAIL:  Good morning, Your Honor.

14            Shreve Ariail, Sam Nitze and Rena Paul with Special

15   Agent Ami Marayag for the United States.

16            THE COURT:  Good morning.

17            MR. SOLOWAY:  Good morning Your Honor.

18            Robert Soloway, James Neuman and our paralegal,

19   Samantha Cabral for Ronald Herron.

20            THE COURT:  And he is on his way in?

21            MR. SOLOWAY:  Yes, Your Honor.

22            THE COURT:  We will just wait for the defendant.

23            (Defendant present.)

24            THE COURT:  All right.  The defendant is present.

25            Mr. Soloway, who is your next witness?

GR     OCR     CM     CRR     CSR

1         MR. SOLOWAY:  Shondell Walker.

2         THE COURT:  What about Mr. Robinson?

3         MR. SOLOWAY:  It is not the defense intention to

4   call Kendale Robinson, Your Honor.

5         THE COURT:  All right.  Mr. Gentile, could you come

6   on up?

7         MR. GENTILE:  Yes, Your Honor.

8         THE COURT:  I take it, Mr. Robinson -- from the

9   marshals -- Mr. Robinson is downstairs or is he here?

10        THE MARSHAL:  Mr. Robinson is brought up.  He is

11  here right now.

12        THE COURT:  He is all right.  All right.

13        You heard what Mr. Soloway said?  Your client is not

14  going to be called by the defense.  Please inform him of the

15  same.

16        I thank you very much for assisting the Court and

17  your client in connection with this.  Once you have completed

18  that assignment, then we will just -- I think we are finished

19  with this individual, he will be sent back to MDC.

20        MR. GENTILE:  Fine, Judge.

21        Thank you.

22        THE COURT:  Thank you so much for your help.

23        THE DEFENDANT:  Your Honor, can I speak to my lawyer

24  about this for a second, please?  We didn't have a

25  conversation about that.

1       MR. SOLOWAY:  We had a conversation in the cellblock

2  for a few minutes about it.

3       THE DEFENDANT:  He didn't come to see me.

4       THE COURT:  That's fine.  Where would you like to

5  have this conversation?

6       MR. SOLOWAY:  I am finished with the conversations,

7  Your Honor.  The decision has been made.  I am not calling

8  Kendale Robinson.  It appears that Mr. Herron is not in accord

9  with that decision.  That's his prerogative and it's my

10  decision not to call him.  I am not calling him in the case.

11       THE COURT:  All right.

12       MR. SOLOWAY:  There is nothing else to say about it.

13       THE COURT:  The record has been made about that.

14       THE DEFENDANT:  It's against my wishes.

15       THE COURT:  I understand, sir.

16  Thank you, sir.

17       MR. GENTILE:  Thank you, Judge.

18       THE COURT:  Have a nice day.

19       MR. GENTILE:  You too, Your Honor.

20       THE COURT:  I see Mr. Siegel has arrived.

21       MR. ARIAIL:  Why don't we give -- I think if we

22  could let defense counsel and defendant have just a couple of

23  minutes to discuss the issue?

24       THE COURT:  Discuss what issue?

25       MR. ARIAIL:  Discuss whatever -- discuss whatever

1    disagreement they might have.

2              THE COURT:  I understand.  They'll have plenty of

3    time because I don't think Mr. Siegel has spoken to his

4    client.  Come on up, Mr. Siegel.  In fact, I think we ought to

5    bring Mr. Robinson down and bring Mr. Walker up.

6              THE MARSHAL:  Very good.

7              THE COURT:  So that Mr. Siegel could have a

8    conversation with his client, if he has not already done so.

9              Come on up, sir.  Good morning.

10             MR. SIEGEL:  Good morning, Your Honor.

11             THE COURT:  How are you, sir?

12             MR. SIEGEL:  Fine.  Thank you.

13             THE COURT:  Have you had a chance to talk to

14   Mr. Walker?

15             MR. SIEGEL:  I spoke to Mr. Walker about three days

16   ago.

17             THE COURT:  Yes?

18             MR. SIEGEL:  I would like to just speak to him

19   again, just to confirm what we understand is going to happen.

20             THE COURT:  Well, I --

21             MR. SIEGEL:  Let me apologize for being late, Your

22   Honor.  I had trouble with New Jersey Transit getting --

23             THE COURT:  That's all right.  The way things are

24   going with this trial, there is no such thing as late.  It is

25   just whatever happens to be the circumstance of the moment.

1  So I am not at all concerned about that.  But thank you.

2         MR. SIEGEL:  Yes.

3         THE COURT:  There are a couple of things that I

4  would like you to bring to your client's attention.

5         I note that at the time he pleaded guilty, there was

6  an issue regarding the possibility of a further prosecution of

7  some kind.

8         Do you recall that, Mr. Ariail?

9         MR. ARIAIL:  I do, Your Honor.

10         I actually recall it being a very in depth

11  conversation.  There were several breaks during the

12  proceedings in which Mr. Siegel stopped the allocution and had

13  side conversations with Mr. Walker.  But it was made very

14  clear to Mr. Walker and to Mr. Siegel that the defendant,

15  Mr. Walker, had potential liability for racketeering charges

16  and other charges outside of the scope of the plea agreement.

17         So, yes, I do recall that Your Honor.

18         THE COURT:  All right.  I just --

19         MR. SIEGEL:  I would --

20         THE COURT:  Would you like to see the transcript?

21         MR. SIEGEL:  Yes, exactly, Your Honor.

22         THE COURT:  We are going to provide it.

23         Do you have a copy of it that's not marked up?

24         MR. ARIAIL:  I am looking for one now.

25         THE COURT:  I think Mr. Neuman is going to hand it

1  to you.

2         MR. SIEGEL:  Thank you.

3         MR. ARIAIL:  I have the original plea agreement as

4  well.

5         THE COURT:  And the plea agreement too?  You have

6  that?

7         MR. ARIAIL:  I do.

8         THE COURT:  All right.  This I think will afford you

9  the opportunity to take a look at it briefly.

10        Has he been brought up?

11        THE MARSHAL:  He is coming up now.

12        THE COURT:  The other thing is that I will make it

13 clear to him, and I think you might want to raise with him,

14 the fact that if he should testify and do so dishonestly, if

15 he should lie under oath, that he could be subject to further

16 prosecution for perjury, and, in addition, if the Court finds

17 that he is giving perjurious testimony, it could affect the

18 sentence the Court imposes upon him when he is sentenced.

19 All right?  That's just a fact and the Court has the right to

20 take that into consideration should he not testify truthfully.

21        MR. SIEGEL:  I've already took the liberty of

22 relaying that conversation of the Court to the defendant.

23        THE COURT:  You can just mention it.  Please mention

24 it again because I am going to mention it to him so he

25 understands that those are the risks, that should he not

1  testify truthfully, that he takes.  His sentence for the crime

2  that he pleaded guilty to is a minimum of five years, a

3  maximum of 40 years in prison.  So that's a substantial range

4  of imprisonment.  I just want him to know this so there is no

5  misunderstanding regarding the risks that he takes if he

6  doesn't testify truthfully.  That's all.

7          MR. SIEGEL:  Correct.

8          THE COURT:  I assume he will testify truthfully

9  because that's his job.

10          MR. SIEGEL:  Thank you.

11          THE COURT:  If he takes an oath to do so.  I will

12  tell him that.

13          MR. SIEGEL:  Thank you, Your Honor.

14          THE COURT:  Okay.  He may have just arrived.

15          THE MARSHAL:  He is here.

16          THE COURT:  He is here.

17          All right.  Take a few minutes.

18          MR. SIEGEL:  Yes, sir.

19          THE COURT:  Since you've already spoken to him once.

20          All right.  This, of course, will afford the

21  defense, if there is anything further to be said between

22  Mr. Soloway and Mr. Herron, to have any further conversations

23  right here.  I will be here.  I am not going away.  All right?

24  I will just put on the white noise so we don't hear what you

25  all have to say.

1          MR. SOLOWAY:  Thank you, Your Honor.

2          (Pause in proceedings.)

3          THE COURT:  By the way, we are going to have another

4   version of the jury charge for you this morning at some point

5   and we will set up a brief charge conference for tomorrow.  If

6   you feel you need it, we'll have it.  If you feel you don't

7   need it, please confer and let me know.

8          MR. ARIAIL:  Your Honor, just to alert the Court,

9   just in terms of one issue, the government has -- believes it

10  will have a brief rebuttal case that I think can be resolved

11  by stipulation.  I am waiting this morning to hear from one of

12  the persons who is providing me information about what would

13  be contained in that stipulation.

14         So we are just going to need a few minutes, at

15  least, to talk that through with defense counsel afterwards

16  and then once the defense's case is closed and then also we

17  need to set up in terms of if we are doing summations this

18  morning exhibits and narcotics need to be transferred to the

19  courtroom.  So we are just going to need a little break at

20  some point.

21         THE COURT:  Okay.  We are going to have a break

22  after we finish the testimony.

23         How long is your closing expected to be?  You are

24  doing the closing?

25         MR. ARIAIL:  No.  Mr. Nitze is going to do the

1   closing.

2          THE COURT:  Mr. Nitze, we started with you.  We are

3   ending with you.

4          MR. NITZE:  Yes, Judge.

5          THE COURT:  More or less.  How long is your closing

6   expected to be?

7          MR. NITZE:  In the neighborhood of two-plus hours.

8          THE COURT:  All right.  And the defense, are we

9   still operating on the one-plus theory?

10          MR. SOLOWAY:  I believe, yes, between an hour and 15

11   and an hour and a half.

12          THE COURT:  And then the rebuttal, we don't quite

13   know but we think what?

14          MS. PAUL:  An hour.

15          THE COURT:  All right.  We are just going to wait on

16   Mr. Siegel then.

17          (Pause in proceedings.)

18          THE COURT:  All right.  Mr. Siegel?

19          MR. SIEGEL:  Yes, Your Honor.

20          THE COURT:  Are you ready?

21          MR. SIEGEL:  I am.

22          THE COURT:  Let's call in Mr. Walker, please.

23          (Shondell Walker is present.)

24          THE COURT:  All right.  Right up here, sir.

25          MR. SIEGEL:  Here, Mr. Walker.

1          MR. WALKER:  Yes, sir.

2          THE COURT:  All right.  What is your name, sir?

3          MR. WALKER:  Walker, Shondell.

4          THE COURT:  Mr. Walker, you've had a chance to talk

5   with your attorney, Mr. Siegel, about the possibility of your

6   testifying in this case, United States against Ronald Herron;

7   is that right?

8          MR. WALKER:  Yes.

9          THE COURT:  Mr. Siegel?

10         MR. SIEGEL:  Your Honor, I have spoken with

11  Mr. Walker.  I have advised him that if he elects to testify,

12  he must testify truthfully.  If he does not testify

13  truthfully, then that can, number one, be held against him at

14  sentencing before you, Your Honor, and it can also subject him

15  to further criminal prosecution for perjury.

16         I have reviewed his plea agreement as well as the

17  plea minutes in this case.  I have also advised Mr. Walker,

18  and he acknowledges that, is that pursuant to the terms of the

19  plea agreement when this case is over the prosecution may

20  elect to then go ahead and prosecute him for a charge of 1961,

21  which is a racketeering charge, and use certain of his plea

22  statements in his plea as certain alleged predicate acts.

23         I have explained all this to Mr. Walker, that if he

24  elects to testify, there is a possibility that may happen.

25         THE COURT:  All right.  Mr. Walker, do you

1  understand everything that your attorney has advised you

2  regarding your possible testimony in this trial?

3          MR. WALKER:  Yes.

4          THE COURT:  Do you understand that having pleaded

5  guilty to -- I think it's a drug conspiracy?

6          MR. SIEGEL:  Correct, Your Honor.

7          THE COURT:  That you are subject to a minimum

8  five-year sentence and a maximum of 40 years in jail at the

9  time that you are sentenced in the future?

10          Do you understand that?

11          MR. WALKER:  Yes.

12          THE COURT:  Okay.  It is important that you

13  understand the significance of taking an oath to tell the

14  truth and then telling the truth from the witness stand in

15  front of the jury in this case.  Do you understand the

16  importance of that?

17          MR. WALKER:  Yes.

18          THE COURT:  Do you understand the possible

19  consequences that have been outlined by your attorney if it

20  turns out that you did not tell the truth before the jury

21  after having sworn to tell the truth?  Do you understand that?

22          MR. WALKER:  Yes.

23          THE COURT:  Okay.  Is it your wish to testify in

24  this case with those warnings in mind?

25          MR. WALKER:  Yes.

1    THE COURT:  So you wish to testify?

2    MR. WALKER:  Yes.

3    THE COURT:  All right.  Mr. Siegel, have you given

4  your client any advice as to whether he should testify in this

5  case?

6    MR. SIEGEL:  Your Honor, that would be a violation

7  of the attorney-client privilege, whatever advice I gave to

8  Mr. Walker.  So I don't think I am in a position to answer

9  that question.

10    THE COURT:  That's fine.

11    MR. SIEGEL:  But I will say, as part of my duties

12  and obligations as an attorney, I have explored all matters

13  and issues with Mr. Walker.

14    THE COURT:  All right.  Very well.  Fine.

15    Are we ready to go with the next witness?

16    MR. SOLOWAY:  Yes.  Yes, we are, Judge.

17    There is just something I want to put on the record.

18    THE COURT:  On the record in front of the witness?

19    MR. SOLOWAY:  No.

20    THE COURT:  Let's take the witness out.

21    Sir, we are going to have to do something before you

22  come and testify and then you will be called to testify.

23    Do you understand that?

24    MR. WALKER:  Yes.

25    THE COURT:  Okay.  Thank you very much, sir.

1  Mr. Siegel, thank you very much.

2       MR. SIEGEL:  I will stand by, Your Honor.  If I can

3  just speak to Mr. Soloway?

4       THE COURT:  All right.

5       (Mr. Walker leaves courtroom.)

6       MR. SOLOWAY:  Should we do this at the side bar,

7  Judge?

8       THE COURT:  That's fine with me.  We will take a

9  side bar, please.

10      (Side bar.)

11      THE COURT:  Okay.

12      MR. SOLOWAY:  Your Honor, I know that I just said I

13 am not going to call Kendale Robinson, but I feel over my best

14 judgment, that he's in the building, obviously, and my client

15 is -- he -- while he doesn't have the right to make me call

16 him, and I have the tactical ability to make a judgment not to

17 call him, I feel that under all the circumstances, based on

18 the last conversation I had with him, that it is his right to

19 have me call him, I guess I would say.

20      I apologize to the Court for --

21      THE COURT:  There is no need for any apologies.  My

22 only concern is that the lawyer that I appointed for him has

23 left.

24      MR. SOLOWAY:  He was pretty completely allocuted by

25 the Court last week.

1    THE COURT:  That's true.

2    MR. SOLOWAY:  We haven't met with him since then.

3  Nothing has happened with him since then.

4    THE COURT:  Anything?

5    You have a right, the defense has a right to call

6  whomever it wants to call.

7    MR. SOLOWAY:  I understand.

8    THE COURT:  Subject to the rules.  I think I ought

9  to have the same conversation with him that I had with the

10  last witness.  Although he is serving life without the

11  possibility of release.  But then I don't know how --

12    MR. SOLOWAY:  I have no objection to that.

13    THE COURT:  How do we deal with the fact that he's

14  on appeal in the state courts?  My position has been that's

15  his problem.  It's not my problem.

16    MR. ARIAIL:  If I can just interject?

17    I think the one concern that we have here is that

18  Mr. Soloway is making this decision in the best interest of

19  his client's case and not for some other reason.  I think it

20  would be helpful to understand that.

21    MR. SOLOWAY:  Well, I think I have put on the record

22  my view.  I would also say that it is my tactical view that it

23  would be better for him not to call Kendale Robinson but it

24  could be my tactical view that it's better for him not to

25  testify as well.  I know he has an absolute right to testify

1  so it is in a different category in that respect legally.

2         THE COURT:  That is water under the bridge.  Let's

3  talk about the future, not the past.

4         MR. SOLOWAY:  My position is that I am going to call

5  him.

6         THE COURT:  All right.  I don't want to talk about

7  it anymore.  We have talked about it a long time.

8         I am going to allow the government to go into as

9  much of the crime for which we found guilty as we've

10  already discussed.

11         MS. PAUL:  We've already discussed.

12         MR. NEUMAN:  Just to clarify that scope, just to

13  make sure we are still on the same page about that.

14         My understanding is that the government can bring

15  out the fact that he was convicted, the title of the statute,

16  the conviction, the length of the sentence, and we had left

17  open, open issues last time, which does not affect the Fifth

18  Amendment but just affects opening the door, the two questions

19  I had.

20         The government had suggested they might want to ask

21  him about the elements of the crime.  My position is that that

22  would exceed the scope of what's been permissible in other

23  cases.  That's one question.

24         The second question is, if I elicit that he's

25  appealing that conviction, does that open the door?  My

GR    OCR    CM    CRR    CSR

1 position is it does not.  But if we get some guidance about

2 that before the direct so I know what the scope is.

3       THE COURT:  What's the government's position?

4       MS. PAUL:  With respect to the elements, we will not

5 go into the elements.  We will question about the title, the

6 date, time and place of the crime.

7       THE COURT:  And the appeal?

8       MS. PAUL:  No.

9       THE COURT:  If Mr. Neuman brings up the case is

10 being appealed?

11       MR. ARIAIL:  To the extent that he suggests in any

12 way that he is innocent of the crime, then I think we would

13 have a full exploration of the details.

14       MR. NEUMAN:  Agreed, agree with that.  Just talk

15 about the fact, the mere fact I am appealing it without any

16 kind of denial about guilt?

17       THE COURT:  And the fact that murder in the first

18 degree results in a sentence of life without the possibility

19 of parole, that will be brought out?

20       MR. NEUMAN:  Yes.

21       MS. PAUL:  Yes.

22       THE COURT:  Okay.

23       MR. NEUMAN:  The other matter, there is -- are we

24 done with that conviction?

25       MS. PAUL:  I just have a question.  You are

1  intending to elicit that he had -- he is taking it on appeal

2  at the moment. You are eliciting that. That's what you are

3  saying?

4          MR. NEUMAN: Yes.

5          MS. PAUL: Okay. In my view, that appears to be a

6  denial of his guilt of that crime. So I would ask that you

7  just not ask about that. If you do, that that opens the door

8  to us asking about the crime.

9          MR. NEUMAN: Last time I was here, I -- I cited one

10  case which I think I have a copy of. I don't have it in front

11  of me right at this moment. That the mention -- that

12  mentioned that issue. There are not a lot of cases on that.

13          THE COURT: I think that if he is appealing from a

14  conviction, it means he's taking the position that he was

15  erroneously found guilty of the crime, which means he didn't

16  do it, right? I understand that everyone appeals, even if

17  they know they did it. But the fact of the matter is, what

18  will be in the minds of the jurors. That's the question.

19          I think it would be unfair if the jury has the

20  impression by virtue of the answer that he will give to that

21  question if asked that he may believe that he is not guilty of

22  the crime. It is up to you. If you want to ask him the

23  question, you can ask him the question and open the door. If

24  you don't ask him the question, then it doesn't open the door.

25          MR. NEUMAN: I won't ask the question.

1            The other matter was he has a -- a conviction, I

2    don't remember the date, crack, misdemeanor.

3            MS. PAUL:  I don't either.  It's 2008 sometime.

4            MR. SOLOWAY:  The crack sale?

5            MR. NEUMAN:  Do you remember the date?  We don't

6    have the rap sheet, I don't think.

7            MR. SOLOWAY:  Oh.  Yes, and that he doesn't want --

8            MS. PAUL:  It is a misdemeanor.  He does six months.

9            THE COURT:  Is that coming up?

10            MS. PAUL:  We initially requested that it come up

11    not as a prior conviction in that scope but in terms of

12    orienting the jury as to where he was during the time that he

13    was shot by Winfield.

14            THE COURT:  I think it comes in.

15            MR. ARIAIL:  Your Honor, I believe Mr. Neuman has

16    some case that may be on point.  If we could have a minute, I

17    just respectfully would like a few minutes to look at the

18    case.

19            MR. NEUMAN:  Okay.

20            MR. ARIAIL:  And just given the way that this has

21    all come up, I think we are entitled to a little time to deal

22    with it and look at the issue.

23            THE COURT:  That's fine with me.  Come back and let

24    me know.  That may change things or it may not change things.

25            I really need to get this moving.  Every day is

1    another drama.

2              MS. PAUL:  Adventure.

3              MR. SOLOWAY:  Can we have him brought up, Your

4    Honor, Kendale Robinson, and put him on?

5              THE COURT:  You want to put him on first?

6              MR. SOLOWAY:  Yes.

7              THE COURT:  Up and down.

8              MR. NEUMAN:  We don't need his lawyer.  We resolved

9    there is no Fifth Amendment issue.

10             I will get you the case.

11             Are we done?

12             THE COURT:  I have the other guy here.  I will bring

13   him up.  I will bring him up.

14             (In open court.)

15             THE COURT:  All right.

16             (Pause in proceedings.)

17             THE COURT:  Side bar.

18             (Continued on next page.)

19

20

21

22

23

24

25

GR     OCR     CM     CRR     CSR

1    (CONTINUING)

2            (Side-bar conference held on the record out of the

3    hearing of the jury.)

4            THE COURT:  All right, yes, speak to me.

5            MR. NITZE:  We've reviewed the case that Mr. Neuman

6    was referring to earlier, it's a case out of the Seventh

7    Circuit and I think that fastest way to say it is, in an

8    excess of caution, the Government's intention is even if

9    Mr. Neuman elicits the fact of the appeal, to just limit its

10   cross to the -- not as we discussed before, which is the title

11   of the conviction the fact that he's convicted by a jury and

12   the other matters that we've already discussed in the previous

13   side-bar.

14           THE COURT:  That's fine.

15           MR. NEUMAN:  Length of sentence.

16           MR. NITZE:  Right.

17           Now if he goes into some factual detail on an

18   attempt to explain his innocence, that would be an entirely

19   different matter but my understanding from the proffer from

20   Mr. Neuman is they no have no intention of going down that

21   road.  But as we've seen on more than one occasion, predicting

22   what is going to happen hasn't been a science in that case.

23           MR. NEUMAN:  If I could have about ten seconds with

24   him to explain that aspect.

25           THE COURT:  Ten seconds.

1        MR. NEUMAN:  That's all I need.

2        THE COURT:  Go ahead.  He is up.

3        MR. NEUMAN:  Okay.

4        (Side-bar end.)

5        (In open court.)

6        THE COURT:  We have to wait for the lawyers.

7        (Pause in the proceedings.)

8        THE COURT:  Mr. Gentile, I understand that the

9   Defense has changed its mind and is going to call

10  Mr. Robinson.

11       MR. GENTILE:  Okay.

12       THE COURT:  Is that right?

13       MR. SOLOWAY:  Yes, Your Honor.

14       THE COURT:  All right.

15       Is there anything further that you wish to discuss

16  with Mr. Robinson before we proceed?

17       MR. GENTILE:  No, the only question I have for the

18  Court is, because of the discussions we had the other day

19  about the way the examination is going to go, do you want me

20  sit next to him or near him?

21       THE COURT:  No.  I don't think so.  We've had a

22  discussion about the limits of the inquiry into the conviction

23  for first degree murder and I think the parties have reached

24  an understanding at side-bar about the limits that are going

25  to be placed on cross-examination under certain circumstances.

1          Is that a fair statement?

2          MR. NITZE:  Yes, Your Honor.

3          MR. NEUMAN:  Yes, Your Honor.

4          THE COURT:  Now, do you think I ought to voir dire

5   your client about the risks of committing perjury?

6          MR. GENTILE:  No, it's not so much that aspect of

7   it, Judge, that would be a concern; it's just monitoring, like

8   you said.

9          I can understand on cross-examination when you're

10  supposed to ask a question a certain way, perhaps you might

11  omit the magic word conviction and just slip into a factual

12  and he might not have the wherewithal to understand that

13  distinction, but the Court can monitor that without any

14  problem.

15         THE COURT:  Also, I think the Defense has had a

16  conversation with the witness regarding the importance of

17  staying away from a discussion of the facts of that

18  prosecution underlying that prosecution.

19         Isn't that right?

20         MR. SOLOWAY:  That's correct.

21         THE COURT:  And so, you can monitor all you want,

22  but if it's out --

23         MR. GENTILE:  I understand.

24         THE COURT:  -- and the jury hears it, there is

25  nothing you can do, nothing I can do about it because the door

1   has been opened and there will be, possibly, some

2   cross-examination on the facts.  But I will listen very

3   carefully.

4            Yes?

5            MR. ARIAIL:  Your Honor, I just want to raise again

6   the issue that was brought up at side-bar, which is that

7   earlier in the proceedings Mr. Soloway way indicated that he

8   did not believe that it was in his clients's best interest for

9   this witness to testify.  He then subsequently had a

10  conversation, came to side-bar and said that he intended to

11  call this witness to testify.

12           At this point, I think his position is that there is

13  some sort of right, duty, that he has to call this witness but

14  what I think is clear is right now we do not have a clear

15  understanding of what Mr. Soloway's position is with respect

16  to calling that witness in terms of whether or not he believes

17  it is in his client's best interest for this witness to

18  testify.  And I think he needs to either make it clear that he

19  believes as a strategic matter, as an attorney representing

20  his client, that it's in his best interest for this witness to

21  testify or he should not call this witness.

22           I don't need anything about what the conversations

23  he was having with his client, but I want this record to

24  reflect that this is a strategic call or he shouldn't call

25  this witness.

1    THE COURT:  And the reason why that question is
2 being asked is that, should there be a conviction in this case
3 and should there be an appeal and should there be possibly a
4 petition for writ of habeas corpus using a <u>Strickland</u>
5 argument, that the argument may be made by some other lawyer
6 that there was an ineffective assistance of Counsel.

7    And so, the question is, whether you can have it
8 both ways.  I mean, in the end.

9    MR. SOLOWAY:  I understand.

10    THE COURT:  Let's make a record here as to whether
11 this is your strategic decision to call this witness or
12 whether it is not in the interest of your client, irrespective
13 of his views to call witness.

14    MR. ARIAIL:  And whether he believes it's in the
15 best interest of his client to call the witness.

16    THE COURT:  I understand.  That is the question.

17    So, you're on.

18    MR. SOLOWAY:  The answer is yes, it's in the best
19 interest.  It's my judgment to do so and we are going to call
20 him on the basis of my best judgment, tactical and legal, and
21 we're ready to do that.

22    THE COURT:  All right.

23    MR. ARIAIL:  Thank you, Your Honor.

24    MR. GENTILE:  Do you want me stay, though, Judge?

25    THE COURT:  Please, stay.

1          MR. GENTILE:  It might be a good idea.

2          Do you want me to speak to him one last time, Judge?

3          THE COURT:  Yes, why don't do you that.

4          MR. GENTILE:  Okay, I'll take two minutes.

5          THE COURT:  All right.

6          About how long is your direct for this witness,

7     Mr. Neuman?

8          MR. NEUMAN:  Ten minutes.

9          THE COURT:  And the cross?

10         MS. PAUL:  Probably the same.

11         THE COURT:  All right.

12         All set?

13         MR. GENTILE:  Yes.

14         THE COURT:  Are there any issues?

15         MR. GENTILE:  None, same situation.

16         THE COURT:  All right, thank you very much, sir.

17         Let's call in the witness, please.

18         (Witness enters and takes stand.)

19         (Jury enters.)

20         THE COURT:  Please, remain standing, sir.

21         Please, be seated.

22         Good morning, Members of the Jury.

23         THE JURY:  Good morning.

24         THE COURT:  All right, the Defense may call its next

25    witness.

1          MR. NEUMAN:  The Defense calls Kendale Robinson.

2          THE COURTROOM DEPUTY:  Sir, please raise your right

3    hand.

4    **K E N D A L E   R O B I N S O N**,

5               called by The Defense, having been

6               first duly sworn, was examined and testified

7               as follows:

8          THE COURTROOM DEPUTY:  Please, have a seat.

9          Please, state and spell your full name for the

10   record.

11         THE WITNESS:  Kendale Robinson -- K-E-N-D-A-L-E,

12   R-O-B-I-N-S-O-N.

13         THE COURT:  You may enquire.

14   DIRECT EXAMINATION

15   BY MR. NEUMAN:

16   Q    Good morning, Mr. Robinson.

17   A    Good morning.

18   Q    How old are you?

19   A    I didn't hear.

20   Q    How old are you?

21   A    I'm 23.

22   Q    And where did you grow up?

23   A    In Brooklyn, downtown area.

24   Q    Can you be more specific?  What neighborhood it was?

25   A    Wyckoff and Gowanus area.

1  Q    Did you spend time in both Wyckoff and Gowanus?

2  A    Yes.

3  Q    Okay.  And where are you residing right now?

4  A    Great Meadows Correction Facility.

5  Q    Is that because you've been convicted of a crime?

6  A    Yes.

7  Q    And what crime was that?

8  A    Murder in the first.

9  Q    And what was the sentence imposed for that crime?

10 A    Life without parole, plus 15 years.

11 Q    And are you presently appealing that conviction?

12 A    Yes.

13 Q    Do you know Ronald Herron?

14 A    Yes.

15 Q    Can you tell me how you met Mr. Herron?

16 A    I met him, I met him, I actually met him at a basketball

17 tournament, I think.

18 Q    Around what time was that?

19 A    2007 or '08, I can't really remember.

20 Q    And can you describe the nature your relationship 2007,

21 2008, 2009?

22 A    I mean, he, he was like, like, an older dude that was

23 actually annoying, he tried to keep telling everybody, tried

24 to keep telling me not to, you know what I'm saying, live the

25 life that I was living.

1          MS. PAUL:  Objection, Your Honor.

2          THE COURT:  Sustained.

3    Q    Without telling me what he said, I'm just trying to ask

4    you what your relationship was like.

5    A    Our relationship was like a big brother little brother

6    relationship.

7    Q    Okay.  And you knew him you said in maybe 2007, 2008 is

8    when you met, you said?

9    A    Yes.

10   Q    And how long did that continue for?

11   A    I mean --

12         MR. NEUMAN:  Withdrawn, I'm sorry.

13   Q    How often did you see him in 2008?

14   A    I seen him like every two days and -- every two days.

15   Q    How long did that continue?

16   A    I mean, he used, I used to not see him only when he was

17   like, away rapping doing concerts or something.  Other than

18   that, he was in the neighborhood every day.

19   Q    And did Mr. Herron supply you with illegal drugs?

20   A    No.

21   Q    And as far as you know, was Mr. Herron involved in

22   selling drugs?

23   A    To my knowledge, no.

24   Q    Do you know someone named Vincent Winfield or Dip Set?

25   A    Yes.

1  Q    And how long have you known him?

2  A    2008.

3  Q    And do you know any of his relatives?

4  A    Yes.

5  Q    Who?

6  A    Somebody named EJ.

7  Q    And who is EJ?

8  A    Supposedly his godbrother.

9  Q    Now, did there come a time that you were shot?

10 A    Yes.

11 Q    And when did that happen?

12 A    September of 2008.

13 Q    And how old were you at the time?

14 A    I was 17.

15 Q    Now, in the months leading up to that shooting, what was

16 your relationship with that guy named EJ or E, the godbrother?

17 A    We had problems, we had problems with each other just

18 because where he was, like just the neighborhoods they had

19 problems with each other, his block and where I was hanging

20 out at.

21 Q    Well, when you say problems --

22 A    Yeah.

23 Q    -- were these verbal disputes?

24 A    Fighting disputes.

25 Q    So, you had physical altercations with EJ?

1  A    Yes.

2  Q    And how many times do you think you fought with EJ?

3  A    Several.

4  Q    Well, you said several?

5  A    Yes.

6  Q    Would that be about five times?

7  A    Be with about like, seven.

8  Q    Seven times?

9  A    Yeah.

10 Q    And that was over what stretch of time?  Is it over a

11 period of weeks, months?

12 A    That was over a period of years.

13 Q    And as you sit here now, can you tell me how that began?

14 A    I mean, I actually don't know how it began.  It's like

15 when I started hanging out in Wyckoff one day, we was going to

16 a school on Smith Street and we walked through Bond Street and

17 we saw EJ and the guys that he hang out with.  We had an

18 argument, they was talking about, they was talking about the

19 last fight that they had, whatever.  Then somebody swung and

20 we started to fight again.  A lot of us.

21 Q    And we're talking about the 2008 period of time?

22 A    No, that happened in 2005.

23 Q    Okay.  And you said you were shot in 2008, though; right?

24 A    Yes.

25 Q    And how old were you at that time when you were shot?

1   A     Seventeen.

2   Q     Seventeen.  Now, did there come a time that your dispute

3   with EJ involved Vincent Winfield?

4   A     Yes.

5   Q     And did that ever become physical with Vincent Winfield?

6   A     Yes.

7   Q     Can you tell me about that?

8   A     Yes, we was in a club, called Rockwell's and EJ was there

9   with Winfield.  I think, I think he was, I think he was

10  dancing with somebody's girl or somebody, and we had some

11  words.

12  Q     Let me just stop you for a second.  Who was dancing with

13  someone's girl?

14  A     EJ.

15  Q     Okay.  Go ahead.

16  A     EJ was dancing with somebody's girl.  We had some words

17  or whatever.  Then Dip Set said something.  I didn't know who

18  he was at the time, he started talking, and me and him started

19  arguing, so I hit him and everybody started fighting.

20  Q     Who did you hit?

21  A     Winfield.

22  Q     Do you remember exactly how you hit him?

23  A     I punched him in the face.

24  Q     You punched him hard?

25  A     Yes.  As hard as I could.

1  Q    As hard as you could?

2  A    Yes.

3  Q    Could you tell whether you hurt him?

4  A    I mean, there was blood.

5  Q    How much time passed after that fight with Winfield

6  before you were shot?

7  A    A day or two.

8  Q    A day or two?

9  A    Yes.

10  Q    And at the time that you were shot, what was your

11  relationship with Mr. Herron?

12  A    Same as it always been, it was cool.

13  Q    What is your understanding for the reason that Vincent

14  Winfield shot you?

15          MS. PAUL:  Objection.

16          THE COURT:  Sustained.

17  Q    After you were shot, did you speak to the police?

18  A    No.

19  Q    Did they try to speak to you?

20  A    Yes.

21  Q    And you were not cooperative?

22  A    No.

23  Q    No, meaning you are agreeing that you were not

24  cooperative, is that what you mean?

25  A    Yes.

1          MR. NEUMAN:  Your Honor, one moment, please.

2          THE COURT:  Yes.

3          (Pause in the proceedings.)

4    Q    As far as you know, did Ronald Herron have anything to do

5    with you getting shot in September?

6          MS. PAUL:  Objection.

7          THE COURT:  Sustained.

8    Q    Can you recall, can you describe when you were being --

9    the shooting incident?  In other words, who was there and

10   other details?

11   A    You want me to explain exactly how it happened?

12   Q    Best of your memory, yes.

13   A    All right.  I was it was a hot day.  I was walking into

14   185 Nevins.  Somebody, somebody was rapping or something.  We

15   stood around and it was a couple of people.  I stood around

16   and watched or whatever.  Then, somebody -- everybody started

17   like walking off like something's about to happen.  So, I

18   turned around and I saw Dip Set.  He had on a black hoodie, I

19   think.  I saw him, he pulled out a gun and whatever.  He said

20   yo, what up now, you thought you was tough in the club.  Then

21   he was like yo, run your pockets, he tried to rob me.

22         MS. PAUL:  Objection, Your Honor.

23         THE COURT:  Sustained.

24         THE WITNESS:  Continue?

25         THE COURT:  No.

1  Q    Who was present when you were shot?

2  A    I mean, I really don't know because I wasn't with

3  anybody.  The only person -- I was with Dip Set.

4         MR. NEUMAN:  One moment, Your Honor.

5  Q    Well, after you saw Winfield, what happened?

6  A    With the shooting?

7  Q    Yes.

8  A    We had some words.  He tried to rob me.  When he got

9  closer to me, I went for the gun.  We tousled over the gun and

10  a shot went off.  I ran in the building he chased behind me

11  shooting.  He shot me twice.  I ran out the back.  I fell, got

12  back up and I was running down the stairs.  He shot again and

13  hit me.  I fell again, got back up.  I hid.  I ran on Nevins

14  Street, police pulled me over.  I told them I was shot, they

15  still asked me for a gun, and searched me, and I told them I

16  was shot, I didn't have nothing on me, they searched me and

17  kicked me to the floor, told me to lay down there until the

18  ambulance got there.

19         MR. NEUMAN:  No further questions.

20         THE COURT:  Cross-examination.

21         MS. PAUL:  Thank you, Judge.

22  CROSS EXAMINATION

23  BY MS. PAUL:

24  Q    Good morning, Mr. Robinson.

25  A    Morning.

1  Q    My name is Rena Paul.  I'm an Assistant U.S. Attorney

2  here in Brooklyn and I would like to ask you a couple of

3  questions.

4  A    All right.

5  Q    So, you told us here just this morning that you were, in

6  fact, shot by Vincent Winfield; is that right?

7  A    Yes.

8  Q    And that happened on September 13th, 2008; isn't that

9  right?

10 A    I'm not sure exactly what day, but it was September of

11 2008.

12 Q    In September.  And in September of 2008 and in and around

13 that period, you were selling drugs; right?

14 A    In -- yes.

15 Q    Yes, you were selling drugs.

16       You were selling crack cocaine; right?

17 A    Yes.

18 Q    And you were selling in Wyckoff; is that right?

19 A    Yes.

20 Q    In the Wyckoff Housing Development; right?

21 A    Yes.

22 Q    And, in fact, you were convicted of selling crack cocaine

23 on September 1st of 2008; right?

24 A    I'm not sure exactly when, but yes, I was convicted in

25 2008 for a crack charge.

1  Q    And that was because you sold drugs to an undercover

2  officer one time; right?

3  A    No.  I sold drugs to a crackhead, but he had marked

4  money.  He got money from an undercover officer.

5  Q    Okay.  And that happened at the corner of Third Avenue

6  and Warren Street; sound about right?

7  A    Yes.

8  Q    And you told us that you got shot by Vincent Winfield a

9  couple of times; right?  Two times?

10  A    Yes.

11  Q    And you told us just a moment ago about how that went

12  down, something about tousling for the gun and running out;

13  right?

14  A    Yes.

15  Q    He's running after you.

16        Do you remember a time during that altercation, as

17  you describe it, where he put the gun in the back of your neck

18  and pulled the trigger?

19  A    No.

20  Q    And there are other people around, you said, at the time;

21  right?

22  A    Yes.

23  Q    Moose was around; right?

24  A    I didn't see him.

25  Q    How about D-Wild, you see him?

1    A    No.

2    Q    But you know D-Wild?

3    A    I know who he is.

4    Q    You know Moose?

5    A    Yes.

6    Q    Jorge Mejia?

7    A    I don't know his real name, I know him as Moose.

8    Q    And you know Manny; right?

9    A    Manny, no, I don't think I know who that is.

10   Q    You don't know Manny?

11   A    I'm not sure.  I don't recall somebody named Manny right

12   now.

13   Q    Okay.  And you told us that that shooting happened after

14   you had a dispute with EJ; right?

15   A    Yes.

16   Q    And that was Vincent Winfield's godbrother; isn't that

17   true?

18   A    Yes.

19   Q    And you told us around that time, when that happened,

20   that the defendant Ronald Herron was in the neighborhood all

21   the time; right?

22   A    Yes.

23   Q    That sometimes he was rapping, according to you, but he

24   was in the neighborhood all the time; right?

25   A    Yes.

1    Q    And you said that this beef with EJ began over a dispute

2    between people in your, I think you said, block where you were

3    hanging out and his block; right?

4    A    Yes.

5    Q    When you're saying that, you're referring to your block

6    being Wyckoff; right?

7    A    Yes.

8    Q    And his block being Gowanus; right?

9    A    Bond Street, only that part.

10   Q    Because Bond Street's in Gowanus?

11   A    Yes.

12   Q    198 Bond Street is in Gowanus?

13   A    Yes.

14   Q    And that was what that dispute was about; right?

15   A    Yes.

16   Q    And Ronald Herron is from Gowanus; right?

17   A    Yes.

18   Q    Now you told us that part of this altercation happened at

19   a club, but we can agree it was over someone's girl; right?

20   A    Yes.

21   Q    It was over your girl; right?

22   A    No.

23   Q    It was over someone else's girl?

24   A    Yes.

25   Q    That's your testimony?

1  A    Yes.

2  Q    Are you familiar with the term chuck?  Do you know what

3  that means?

4  A    That's a name, right?

5  Q    Chucking you.  What does that mean?

6  A    Oh, pistol-whip.

7  Q    And you told us that the police came after you got shot

8  by Vincent Winfield; right?

9  A    Yes.

10  Q    And this happened at 185 Nevins Street, just so we're

11  clear?

12  A    Yes.

13  Q    And that's Wyckoff?

14  A    Yes.

15  Q    That was your project where you were selling drugs?

16  A    Yes.

17  Q    And you told us that the police came; correct?

18  A    Yes.

19  Q    And in your view, what happened is, is that they kicked

20  you to the floor; right?

21  A    Yes.

22  Q    Then they called the ambulance to help you; right?

23  A    I would assume so.

24  Q    You would assume so.  Did the ambulance come?

25  A    Yeah, they came.

1    Q    And you went to the hospital.  So, after they were done

2    kicking you and throwing you on the floor, they called the

3    ambulance --

4              MR. NEUMAN:  Objection.

5    Q    -- to pick you up?

6              THE COURT:  Sustained.

7    Q    And you told us today that you know exactly what happened

8    to you in September of 2008 when you got shot; right?

9              MR. NEUMAN:  Objection.

10             THE COURT:  Overruled.

11             You may answer.

12   Q    You knew exactly what happened to you in 2008 September

13   when you got shot; right?

14   A    Yes.

15   Q    You knew when the police asked you who shot you right?

16   A    Yes.

17   Q    But you didn't tell them at the time?

18   A    No.

19   Q    Right?

20   A    No.

21   Q    You didn't tell them?

22   A    No.

23   Q    You didn't want to be a snitch; right?

24   A    No, because he was being a jerk, that's why.

25   Q    They came to you on more than one occasion; isn't that

1  true?

2  A    No.

3  Q    They didn't?

4  A    Inside the hospital after I got out of surgery, that's

5  it.

6  Q    Your testimony is that you talked to the police one time?

7  A    Like, be specific.  Like, was it just for that occasion

8  for that specific reason?

9  Q    If you don't understand my question --

10 A    No, I don't.

11 Q    -- I'll ask a different question.

12          THE COURT:  Sustained.

13          MR. NEUMAN:  The witness has got to be allowed to

14 finish.

15          THE COURT:  Excuse me.

16          MS. PAUL:  I'll try to make it clearer, Judge.

17          THE COURT:  It's been withdrawn, so it doesn't

18 require an answer.

19          Go ahead.

20 Q    When you got shot you were interviewed by police; is that

21 true?

22 A    Like during?

23 Q    Right there, when they came and kicked you on the ground,

24 picked you up and put you in the ambulance, they interviewed

25 you?

1   A    They said which way did he run, that was the only

2   question besides did I have a gun on me.

3   Q    And you told them; right?

4   A    No.

5   Q    You said he went that way?

6   A    No.

7   Q    No.

8   A    I mean, I really don't know because I had passed out for

9   a second, I don't know.

10  Q    Right.  You didn't tell them?

11  A    I do not remember.

12  Q    Now you don't remember?

13  A    I don't want to give an answer that I'm not sure of, so.

14  Q    I wouldn't want you to do that either, I just want you to

15  answer my questions yes or no or if you don't understand, let

16  me know.  Okay?

17  A    All right.

18        MR. NEUMAN:  Objection.

19        THE COURT:  Sustained.

20        Next.

21  Q    All right.  So, after you went to the hospital, the

22  police interviewed you after that; right?

23  A    Yes.

24  Q    More than once; right?

25  A    I don't recall.

1    Q    All right.  Do you recall anyone going to your mother's

2    house and hearing from your mother that they were there

3    looking for you?

4              MR. NEUMAN:  Objection.

5              THE COURT:  Overruled.

6              You may answer.

7    A    No.

8

9              (Continued on following page.)

 1  BY MS. PAUL:

 2  Q    You don't remember that?

 3  A    It didn't happen.

 4  Q    It didn't happen?

 5  A    Yes.

 6  Q    It's fair to say you did not cooperate with the police?

 7  A    Yes.

 8  Q    And you know a person by the name of China?

 9  A    Right.  Yes.

10  Q    She lived in 185 Nevins Street; right?

11  A    Yes.

12  Q    You know her baby's father, his name is Greezy; right?

13  A    Yes.

14  Q    Acquaintances, and you hung out in her apartment at

15  times; right?

16  A    No.

17  Q    She had some kids in that apartment?

18  A    Yes, she had some kids.

19  Q    Been in that apartment?

20  A    Yes.

21  Q    And you know that in 2008, when you got shot by Winfield,

22  that Winfield was working for Ronald Herron; isn't that true?

23  A    Working for him?  I don't know.

24  Q    He was with him; right?

25  A    Yeah.  They was in the same set.

1  Q    The same set of the Bloods?

2  A    Yes.

3  Q    And Crystal was with him, too; right?

4  A    Yes.

5  Q    You told us that you're serving a life sentence

6  currently, at the age of twenty-three; right?

7  A    Yes.

8  Q    And that is because you yourself were convicted of

9  murder?

10 A    Yes.

11 Q    Yes?

12 A    Yes.

13 Q    You smiled?

14       MR. NEUMAN:  Objection.

15       MS. PAUL:  I'll ask a different question, Judge.

16       THE COURT:  All right.

17 Q    You were convicted of murder in the first degree?

18 A    Yes.

19       MR. NEUMAN:  Objection.

20 Q    You were convicted of murder in the first degree?

21 A    Yes.

22 Q    And that was the murder of a witness; right?  You were

23 convicted of murdering a witness?

24       MR. NEUMAN:  Objection.

25       THE COURT:  Overruled.

1    A    Yes.

2    Q    And the murder that you were convicted of, the murder of

3    a witness that you were convicted of, that murder took place

4    on May 26, 2010; right; that's what you were convicted of?

5    A    Yes.

6    Q    And you were convicted of committing that murder of a

7    witness at about 10:00 o'clock at night?

8              MR. NEUMAN:  Objection.

9              THE COURT:  Sidebar.

10             (Continued on next page.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          (Sidebar.)

2          THE COURT:  What opened the door to that question?

3          MS. PAUL:  I don't think anything opened the door.

4   I thought we were doing date, time and location.

5          MR. NEUMAN:  You also brought out, you were getting

6   into the facts, Did you murder a witness?, which is different

7   than the title of the conviction.

8          MS. PAUL:  The title of the conviction is murdering

9   a witness.

10         MR. NEUMAN:  You're asking about that, and you're

11  asking about the date and time of the actual event, not the

12  date of the conviction.

13         MS. PAUL:  My position is that we should be

14  permitted to elicit the date, time and place of the incident.

15         MR. NEUMAN:  That's not what we discussed before.

16         MS. PAUL:  Then I misunderstood what we discussed

17  before.

18         THE COURT:  Well, it's already in, so it is what it

19  is.

20         MS. PAUL:  All right.

21         THE COURT:  If I sustain the objection, then it

22  appears that it's erroneous.  I'm not doing that, either.

23  We're stuck with what we've got here.

24         MS. PAUL:  I'll move along.

25         (Continued on next page.)

1          (In open court.)

2          MS. PAUL:  Judge, I'm going to withdraw the last

3   question.

4   BY MS. PAUL:

5   Q    I want to ask you, Mr. Robinson, in 2010, May, you knew

6   the defendant; right?

7   A    Yes.

8   Q    Still knew him.  And your phone number at that time was

9   347-262-4276; does that sound right?

10  A    Yes.

11  Q    And you communicated with Ronald Herron at that time;

12  right?

13  A    Yes.

14  Q    Had a relationship with him, some kind?

15  A    Yes.

16  Q    And you knew that he -- you've told us -- was a rapper?

17  A    Yes.

18  Q    And a Blood; Right, a Blood?

19  A    Yes.

20  Q    A Murderous Mad Dawg Blood?

21  A    Yes.

22  Q    You were aware, were you not, that he had a Twitter

23  account at that time?

24  A    No.  I don't have Twitter, so I don't be on Twitter.

25  Q    You know what Twitter is; right?

 1  A    Yes.

 2  Q    Are you aware that in May of 2010, there was some

 3  articles written about the crime for the case that you got

 4  convicted of?

 5            MR. NEUMAN:  Objection.

 6  A    Answer?

 7            THE COURT:  Sustained.

 8  Q    You yourself are a Blood; right?

 9  A    Yes.

10  Q    Yes.  What set of the Blood are you?

11  A    L Gang.

12  Q    L Gang?

13  A    Yes.

14  Q    That's a different set; right?

15  A    Yes.

16  Q    But Bloods are all under -- even different sets are all

17  sort of under the same umbrella; right?

18  A    Supposed to be.

19  Q    They are all Bloods, and the Bloods is a gang?

20  A    Yes.

21  Q    Right?

22  A    Yes.

23  Q    It's a gang on the street; right?

24  A    Yes.

25  Q    It's a gang in jail?

1  A    Gang everywhere.

2  Q    Gangs everywhere.  And like other gangs, it has leaders;

3  isn't that true?

4             MR. NEUMAN:  Objection.

5             THE COURT:  Sustained.

6  A    Answer?

7             THE COURT:  No.  If I sustain an objection, you

8  don't have to answer.

9             THE WITNESS:  All right.

10  Q    Does the Bloods have a hierarchy?  Do you understand what

11  I mean?

12  A    I don't understand what you mean.

13  Q    Are some people higher up in the Bloods and some people

14  lower down in the Bloods?

15  A    Yes.

16  Q    There's like levels; right?

17  A    Yes.

18  Q    And being in jail, being in a gang can protect you;

19  right?

20  A    I didn't hear you.

21  Q    Being in jail, being in a gang in jail could offer you

22  some protection; right?

23  A    Yes.

24  Q    It could offer you some security in jail?

25  A    Yes.

1  Q    Allow you to be part of a group; right?

2  A    You mean you already a part of them?

3  Q    Yes.  In jail; right?

4  A    Yes.

5  Q    People will look out for you in jail?

6  A    Yes.

7  Q    And Ronald Herron is a big homey; right?

8  A    Yes.

9  Q    You laughed.  Tell us what that means to you.

10 A    No.  That's what he calls his self in his raps.

11 Q    That's what he calls himself in his raps?

12 A    Yes.

13 Q    Is it your testimony that the big homeys have nothing to

14 do with the Bloods organization?

15      MR. NEUMAN:  Objection.

16      THE COURT:  Overruled.

17      You may answer.

18 A    Repeat that.

19 Q    Is it your testimony that "big homey" is just a rap term?

20 A    I mean -- I mean, it's -- people consider a position in

21 Blood a big homey.

22 Q    So, it's a position in the gang?

23 A    It's a nickname for a position.

24 Q    What position?

25 A    Somewhere on the lineup.

1    Q    I'm sorry?

2    A    I mean, it's like somewhere -- it's somewhere high.

3    Q    Somewhere high, you said, on the lineup; right?

4    A    Yes.

5    Q    High up on the lineup?

6    A    Yes.

7    Q    Yes, that's what the defendant is?

8    A    I don't know what he is.  I'm not in his set.  I would

9    have to be in his set to actually know for sure.

10   Q    Is that really true?

11             MR. NEUMAN:  Objection.

12             THE COURT:  Sustained.

13   Q    Don't you receive literature as a Blood member; right?

14   A    Yes.

15   Q    You received literature to learn about other sets in the

16   Bloods?

17   A    Other sets, no.

18   Q    Okay.  It's your testimony, as you sit here today under

19   oath, that you don't know whether or not Ronald Herron is a

20   big homey of the Murderous Mad Dawg Bloods?

21             MR. NEUMAN:  Objection.

22             THE COURT:  Overruled.

23             You may answer.

24   A    I know he referred to himself as that.  As far as me

25   knowing, no, I don't know what exactly position he has.

1   Q    You are testifying under today; right?

2             MR. NEUMAN:  Objection.

3             THE COURT:  Overruled.

4   A    Yes.

5   Q    You took an oath earlier before this jury and you swore

6   to tell the truth?

7   A    Yes.

8   Q    Yes.  But you don't have any respect for this process?

9             MR. NEUMAN:  Objection.

10            THE COURT:  Sustained.

11  Q    A jury, just like this jury, convicted you, and that

12  conviction was for murder of a witness; right?

13  A    Yes.

14  Q    You're going to be in jail for the rest of your life;

15  isn't that true?

16  A    I answer that?

17            I don't know.

18  Q    You received a sentence of life -- what did you say, life

19  without the possibility of parole plus fifteen years?

20  A    Yes.

21  Q    If you lie under oath today in front of this jury, you

22  know that you could be convicted of a crime called perjury;

23  right?

24  A    Yes.

25  Q    Perjury might come with additional jail sentences that

1   you could serve?

2   A    Yes.

3   Q    And you're doing a life sentence; right?

4   A    Yes.

5   Q    How much additional time would a perjury conviction add

6   to your sentence?

7   A    I don't know.

8            MS. PAUL:  I have no further questions.

9            THE COURT:  Redirect?

10           MR. NEUMAN:  One moment, your Honor.

11           (Pause.)

12           MR. NEUMAN:  No further questions.

13           THE COURT:  We'll take a brief recess.

14           All rise for the jury.

15           (Jury excused.)

16           THE COURT:  Please be seated.

17           (Pause.)

18           THE COURT:  You may stand down.

19           (Witness excused.)

20           THE COURT:  About how long will it take to bring the

21   next witness up?

22           THE MARSHAL:  Right now.  We're going to bring him

23   right up.

24           THE COURT:  We'll just wait.

25           (Pause.)

1    THE COURT:  About how long is the next witness?

2    MR. SOLOWAY:  Fifteen minutes on direct, if that.

3    MR. SOLOWAY:  We're going to rest after this

4  witness, but we have a few stipulations that we're going to

5  read in.

6    THE COURT:  All right.

7    (Pause.)

8    (In open court; jury not present.)

9    THE COURT:  All right.  Let's have the witness come

10  in, please.

11    (Pause.)

12    (Jury present.)

13    THE COURT:  Please be seated.

14    Would the defense call its next witness.

15    MR. SOLOWAY:  The defense will call Shondell Walker,

16  your Honor.

17  S H O N D E L L   W A L K E R,

18        having been duly sworn, was examined and

19            testified as follows:

20    THE CLERK:  State your name for the record.

21    THE WITNESS:  Shondell Walker.

22    THE CLERK:  Spell your last name.

23    THE WITNESS:  W A L K E R.

24

25    THE COURT:  You may inquire.

1          MR. SOLOWAY:  Thank you, your Honor.

2     DIRECT EXAMINATION

3     BY MR. SOLOWAY:

4     Q    Good morning, Mr. Walker.

5     A    Good morning.

6     Q    Mr. Walker, where are you living now?

7     A    I'm living in Manhattan right now.

8     Q    And where?

9     A    Amsterdam, 1945 Amsterdam.

10    Q    Are you actually living at that place now, or is that

11    just your address?

12    A    That's just my address.

13    Q    How about where you are residing currently?

14    A    Gowanus Projects, Gowanus Houses.

15    Q    You are wearing certain kinds of clothing; does that come

16    from somewhere?

17    A    Yes, MDC Brooklyn.

18    Q    Is that where you are living right now?

19    A    Yes.

20    Q    Why?

21    A    Why?

22    Q    Yes.  Why are you living at MDC?

23    A    I'm incarcerated.

24    Q    Why?

25    A    For allegedly -- for drugs.

1  Q    How old are you?

2  A    I'm twenty-nine.

3  Q    So, what year were you born?

4  A    1985.

5  Q    Now, you said that you're currently incarcerated for

6  something to do with drugs; right?

7  A    Yes.

8  Q    And what's the status of the drug case that you refer to

9  right now?

10 A    I don't understand.

11 Q    What stage of the case is your case at?  What's happened

12 in your case since the time when you were arrested until now?

13 A    I mean, I pled guilty.

14 Q    When was that?

15 A    October 6, 2011.

16 Q    And have you been sentenced yet?

17 A    No.

18 Q    When were you arrested?

19 A    I was arrested October 5, 2010.

20 Q    Do you have any other convictions specifically in 2003?

21 A    Yes, robbery in the third.

22 Q    Tell us about that.

23 A    I mean -- what you mean?

24 Q    What happened?

25 A    I took a chain.  I snatched somebody's chain.

1  Q    Where were you?

2  A    I was on the corner of Hoyt Street.

3  Q    Why did you do that?

4  A    No justification, just young, dumb.  I did it.  I thought

5  it was cool.

6  Q    Did you do that with a weapon or not?

7  A    No weapon.

8  Q    Do you have a nickname on the street?

9  A    Yes.

10  Q    What is it?

11  A    M Dot.

12  Q    Do you know Ronald Herron?

13  A    Yes.

14  Q    Do you see him in the courtroom today?

15  A    Yes.

16  Q    Can you point him out by just identifying an article of

17  clothing he's wearing?

18  A    He's wearing sky blue, with glasses on.

19          THE COURT:  Let the record indicate that the witness

20  has identified the defendant.

21  Q    Now, you said you were arrested in October of 2010;

22  right?

23  A    Yes.

24  Q    For the case you are locked up on now?

25          Were you at liberty on the street during the period

1    2007 to October 2010, when you were arrested?

2    A    Was I what?

3    Q    Were you free, were you on the street?

4    A    I mean, back and forth.  I was going back and forth to

5    jail for parole violations.

6    Q    Okay.  Tell us about that.

7    A    I was smoking weed and violating curfew and things like

8    that, going back and forth.

9    Q    Were you on some kind of supervision?

10   A    Yes.

11   Q    What kind of supervision was that?

12   A    Parole, state.

13   Q    What case were you on parole for?

14   A    The robbery in the third.

15   Q    That was from 2003?

16   A    Yes.

17   Q    Are you a member of the Bloods?

18   A    Yes.

19   Q    And what set are you in?

20   A    I'm a Mad Dawg.

21   Q    How long have you been a Mad Dawg?

22   A    2005.

23   Q    Where did you join?

24   A    In jail.

25   Q    Why are you, if for any reason, a member of the Mad

1  Dawgs?

2  A    I just was a follower.  It was like a fashion.  I just

3  wanted to be a part of it.

4  Q    Are the Mad Dawgs located in any particular area of

5  Brooklyn?

6  A    Gowanus.

7  Q    And so, if you are a Blood and you are from Gowanus, can

8  you become a Mad Dawg?

9  A    No.

10  Q    You can become other sets, too?

11  A    Absolutely.

12  Q    You said that you've been a member of the Bloods and a

13  member of the Mad Dawgs since 2005; right?

14  A    Yes.

15  Q    And during that time, have you ever been told or ordered

16  to commit crimes by the Bloods?

17  A    Absolutely not.

18  Q    Why did you commit the crimes that you committed in your

19  life?

20  A    I only committed one crime.

21  Q    You said you had a robbery and you pled guilty --

22  A    I pled guilty to drugs.  I tell you, the robbery, I was

23  just young and dumb.  I sold drugs so I could support myself.

24  Q    When you joined the Bloods, was there any kind of ritual

25  that you went through?

1   A   Absolutely not.

2   Q   Any kinds of initiation of any sort?

3   A   No.

4   Q   How did it happen?

5   A   I just told the person that I wand to be joining, and he

6   told me I'm in.

7   Q   Who was that?

8   A   Mario Jones, a guy incarcerated.

9   Q   Has anyone ordered you to come in here today and testify?

10  A   What you mean "ordered," like made me?

11  Q   Has anybody given you an order to come and testify?

12          MR. ARIAIL:  Objection.

13  A   No.

14          MR. ARIAIL:  Objection, your Honor.

15          THE COURT:  Sustained.

16  Q   Now, in the periods from around 2008 until the time you

17  were arrested on your current case, do you go to any bars or

18  clubs or things like that?

19  A   Yes.

20  Q   Which ones?

21  A   Perks.

22  Q   And is that a place where Mr. Herron goes?

23  A   Yes.

24  Q   And do you see him there sometimes?

25  A   Yes.

1  Q    How often?

2  A    Three days, four days.

3  Q    Per week, per month, per year?

4  A    Per week.

5  Q    You know where Perks is; right?

6  A    Yes.

7  Q    Where is it?

8  A    Smith Street.

9  Q    Smith Street?

10          MR. SOLOWAY:  Judge, I'm going to put on the Elmo

11  something that's already in evidence and marked Government's

12  Exhibit 2.  It's an aerial map.

13          THE COURT:  Do you see it on there?

14          THE WITNESS:  Yes.

15          THE COURT:  It's on all the screens, but the

16  projector is still warming up.  Is it also on the screens in

17  the gallery?  It's on the screens in the gallery, as well.

18  So, everyone has it.

19          Go ahead.

20  BY MR. SOLOWAY:

21  Q    Do you recognize what's shown on your screen there,

22  Mr. Walker?

23  A    Yes.

24  Q    And what, generally speaking, is it?

25  A    What?

1  Q    What just, generally speaking, do you recognize it to be?

2  A    Some streets, like my area.

3  Q    In your area?

4  A    Yes, Southside Brooklyn, where I'm from.

5  Q    Can you see on that map, Government's Exhibit 2, where

6  Perks is located?  Take a minute and look around there on the

7  map and tell us where Perks, the club you referred to, is

8  located.

9  A    Well, it doesn't have Smith Street on here.

10 Q    Look at the upper left-hand corner of the screen.  Take

11 your time.  I'm going to point to something here.

12 A    All right.

13 Q    Okay?

14 A    Yes.

15 Q    Do you know where Perks is located?

16 A    Yes.

17 Q    Where?

18 A    Right here, top-left side.

19 Q    Okay.  So, it's -- is it actually on Smith Street?

20 A    Yes, it's on Smith Street.

21 Q    And somewhere in the area you pointed, it looks like

22 around Wyckoff Street, around Warren Street, those cross

23 streets?

24 A    I mean, I know it's Smith street and it's a Citibank and

25 a Rite Aid across the street.  I'm not sure in between, if

 1  it's Smith and something else.  I just know Smith Street.

 2  Q    Smith Street but you are not exactly sure of the cross

 3  streets?

 4  A    No.

 5  Q    But it's somewhere around the area where you've indicated

 6  with that arrow, to the best of your recollection?

 7  A    Yes.

 8  Q    And that, for the record, is somewhere around Smith and

 9  Wyckoff?

10       When you would go to Perks, was Ronald Herron

11  someone who was known there.

12  A    Yes.

13  Q    What would happen when he was there, if anything?

14  A    They would show him love and play his music.

15  Q    Now, based on what you were able to observe, was Ronald

16  Herron generally someone that people wanted to be around?

17  A    Yes.

18            MR. ARIAIL:  Objection.

19            THE COURT:  Sustained.

20  Q    Did you want to be around him?

21  A    Yes.

22  Q    Why?

23  A    He's a positive role model.

24  Q    From the place -- you said you grew up in Gowanus; right?

25  A    Yes.

1  Q    And the place that you grew up, have there been any

2  famous entertainers or athletes who come out of the Gowanus

3  Projects?

4  A    Never.

5  Q    Now, do you know someone by the name of Crystal Lewis?

6  A    Yes.

7  Q    Is she some friend of yours in some way?

8  A    Yes.

9  Q    During the period when you've been describing, 2008 to

10 2010, what are the kinds of things that you saw Crystal Lewis

11 doing?

12 A    Nothing, really; smoke weed, chill around the projects.

13 Q    Has there ever come a time that you tell -- when you say

14 the "projects," do you mean Gowanus?

15 A    Yes.

16 Q    Has there ever come a time that you tell Crystal Lewis to

17 stop selling drugs at 423 Baltic Street on the orders of

18 Ronald Herron?

19 A    Never.

20 Q    Did you ever work for Mr. Herron?

21 A    Never.

22 Q    Did you sell drugs for him?

23 A    No.

24 Q    Did you ever carry firearms for him?

25 A    No.

1   Q    Now, when you were around Gowanus, did you see Ronald

2   Herron around there, too?

3   A    Sometimes.

4   Q    What were the things that you saw him doing?

5   A    Shooting videos, playing basketball, working out.

6   Q    Have you ever owned a firearm?

7   A    Never.

8   Q    Have you ever fired a firearm?

9   A    Yes.

10  Q    Tell us about that, when you did that, and what were the

11  circumstances?

12  A    Probably fourteen years old, me and a couple of friends

13  went on the roof and shot in the air.

14  Q    When would you say that was?

15  A    Probably around when I was fourteen years old, thirteen,

16  fourteen, something like that.

17  Q    During the period from 2008, 2010 or thereabouts, did you

18  ever see Ronald Herron involved in any narcotics activity?

19  A    Negative.

20  Q    When you say "negative"?

21  A    No.

22  Q    And were you friends with Ronald Herron?

23  A    Yes.

24  Q    Now, you said that there comes a time that you get

25  arrested.  Why don't you tell us about the night or day,

1  whatever it was, that you get arrested?  What happened?

2  A    We arrived at the club, Club Amnesia.

3  Q    Who is "we"?

4  A    Me, Caraballo and Herron.

5  Q    Let me back up.  Before that?

6  A    Yes.

7  Q    Earlier in the night?

8  A    Yes.

9  Q    How does it come about that you are at the club?

10 A    All right.

11 Q    Why don't you go back to earlier in the day?

12 A    It was rappers release parties, and we were going to

13 support him that night.  So, Caraballo called me and told me

14 that we going to support Waka, the rapper, for the Club

15 Amnesia party.  So, he picks me up, and me and Caraballo alone

16 drives to the studio.

17                (Continued on next page.)

18

19

20

21

22

23

24

25

1   EXAMINATION CONTINUES

2   BY  MR. SOLOWAY:

3   Q    Where is the studio, if you remember?

4   A    The studio is on 30th between Seventh and Eighth.

5   Q    Is that a place that you have been before?

6   A    Yes.

7   Q    What kinds of things go on at that studio?

8   A    Music.

9   Q    Who is making music at that studio, as far as you

10  observed?

11  A    Herron.

12  Q    Anybody else in?

13  A    Yes; Uncle Murda, Waka Flocka.

14  Q    You said that you went there sometime on the night that

15  you were arrested together with this guy Caraballo?

16  A    Yes.

17  Q    Do you know him, Caraballo, by any other name?

18  A    Yes.

19  Q    What's that?

20  A    Henny.

21  Q    So what happens at the studio?

22  A    We stay at the studio for a little while.

23  Q    Who is we?

24  A    Me and Caraballo, we was waiting.  Herron wasn't there

25  yet.  Then he came.  We all left to go to club, the club.

1  Q    When you left to go to the club, who left with you?

2  A    Me, Caraballo, Herron, Uncle Murda and another guy.

3  Q    Do you all go in the same car or do you go in separate

4  cars?

5  A    Yes, we went in the same car.

6  Q    Who went in the car that you went in?

7  A    Herron, Caraballo, Uncle Murda and the other guy.

8  Q    You are saying that Uncle Murda was in car with you and

9  Caraballo and Herron?

10 A    Yes.  They just got let out before us.

11 Q    He what?

12 A    He got let out the car before us, before we parked.

13 Q    In this car, tell us where people are seated.

14 A    Caraballo is driving.  Herron is in the passenger side.

15 I'm in the back seat.

16 Q    And as best you can remember, the car goes from where to

17 where in terms of the studio to this club?

18 A    It goes from the studio to the Club Amnesia.

19 Q    Do you know where Club Amnesia was, how long it took to

20 you get there, how far it was?

21 A    Probably 20 minutes.

22 Q    Before you go to the club or before you go to the studio,

23 are you asked by Mr. Herron to bring a gun with you?

24 A    Never.

25

1          MR. ARIAIL:  Objection.

2          THE COURT:  Sustained.

3          MR. SOLOWAY:  Can we approach, Your Honor?

4          THE COURT:  All right.  Side bar.

5          (Side bar.)

6          THE COURT:  Yes, sir?

7          MR. SOLOWAY:  Your Honor, I really can't imagine how

8   this could be hearsay or anything of that sort because

9   testimony was -- from Henny that Henny, Hi Henny Caraballo,

10  that he was directed to pick up a gun that M-Dot or that --

11  was going to have.  He called it the blickey, I went to get

12  M-Dot and the blickey.  And when I picked up M-Dot, M-Dot had

13  the gun and I believe it was Henny's testimony that he had

14  directed M-Dot to have this gun and to bring it with him.

15          So he -- he should be allowed to answer that

16  question as to whether he was asked by Herron to bring a gun,

17  to bring the blickey or any other word that he would use for

18  it.

19          MR. ARIAIL:  It seemed like he was about to elicit a

20  conversation of some sort.  I assumed it was hearsay.

21          THE COURT:  All right.

22          MR. ARIAIL:  If he just asks the one question.

23          THE COURT:  That's fine.  Withdraw your objection.

24          MR. ARIAIL:  Yes.

25

1          (In open court.)

2          MR. ARIAIL:  Your Honor, we withdraw our objection.

3          THE COURT:  All right.  You may ask your question

4   again.

5   EXAMINATION CONTINUES

6   BY MR. SOLOWAY:

7   Q    Before you went to the studio with Mr. Caraballo, were

8   you asked by Mr. Herron to bring a gun with you to the studio

9   or the club?

10  A    No.

11  Q    Did you have any knowledge of there being -- what kind of

12  car were you in when you were going with Mr. Caraballo to the

13  studio?

14  A    Charger.

15  Q    A Charger?

16  A    Yes.

17  Q    Where did he pick you up?

18  A    He picked me up in Gowanus.

19  Q    Did you have any knowledge as to whether or not there was

20  a gun in the car that he picked you up in?

21  A    No.

22  Q    So when you get to the club, can you describe what

23  happens?

24  A    We get -- we get to the club.  As we park, as we park we

25  are talking.  I tell Herron that it's too many people.  I

1  don't like partying with like too many people and he agreed.

2  He said yeah, Waka, send my love and then we going to get him

3  somewhere else.

4          MR. ARIAIL:  Objection.

5  A    So after that, after that, he -- he gets out the car

6  after we --

7  Q    Who is he?

8  A    Herron.  He gets out the car.  I am in the car with

9  Caraballo.  Then we just sitting there.  Then Caraballo gets

10 out of the car.  I ask Caraballo what he got out the car for.

11 He said to smoke a cigarette.  He smoke a cigarette.  I am on

12 the phone texting.  Caraballo gets back in the car and tell me

13 Herron got locked up.

14 Q    He gets back in the car and tells you Herron got locked

15 up.

16 A    They just lock Herron up.

17 Q    What happens to you?

18 A    I get out the car and walk off, like trying to walk away.

19 Q    Then what happens?

20         MR. ARIAIL:  Objection, Your Honor.

21 A    They grabbed me.

22 Q    Who is they?

23         THE COURT:  Overruled.

24 A    The detective.

25 Q    What about Caraballo, do you see what happens to him?

1   A    No.

2   Q    Now, you referred to Crystal Lewis.

3        Was Crystal Lewis working for Ronald Herron in 2009

4   and 2010?

5   A    No, I don't think so.

6        MR. ARIAIL:  Objection.

7        THE COURT:  Sustained.

8   Q    Mr. Walker, are you getting anything for testifying here

9   today?

10  A    Absolutely not.

11  Q    Am I or is anyone from the defense paying you to testify

12  here?

13  A    No.

14  Q    Have we given you anything at all?

15  A    No.

16  Q    Have you been intimidated or forced to testify today?

17  A    No.

18  Q    Am I or is Mr. Herron able to get you a better sentence

19  on your case?

20  A    No.

21       MR. SOLOWAY:  Nothing further.

22       THE COURT:  Cross-examination.

23       MR. ARIAIL:  Thank you.

24       (Continued on next page.)

25

1   CROSS-EXAMINATION

2   BY MR. ARIAIL:

3   Q    Mr. Walker, my name is Shreve Ariail.  I'm an Assistant

4   United States Attorney.  I will ask you a few questions.

5   Okay?

6            Just to confirm, you are M-Dot, right?

7   A    Why I.

8   Q    And your brother is Tyhe Walker, right?

9   A    Yes.

10  Q    G-I-B?

11  A    Absolutely.

12  Q    Guy In the Bushes?

13  A    Yes.

14  Q    And he was indicted in the same case with you, right?

15  A    Yes.

16  Q    He was indicted with conspiring to sell crack cocaine,

17  right?

18  A    Yes.

19  Q    And he was indicted with conspiring to sell crack cocaine

20  with you?

21  A    Yes.

22  Q    Mr. Herron, he was indicted to sell crack cocaine with

23  you and Mr. Herron?

24  A    Yes, the whole indictment.

25  Q    Crystal Lewis?

1  A     Yes.

2  Q     Joseph Garcia?

3  A     Yes.

4  Q     Musa Marshall?

5  A     Yes.

6  Q     Jorge Mejia also known as Moose?

7  A     Yes.

8  Q     Verdreea Olmstead, also known as ante?

9  A     Yes.

10          MR. SOLOWAY:  Objection.

11          THE COURT:  Overruled.

12 Q     Is that correct?

13 A     Yes.

14 Q     And he pled guilty, right?

15 A     Yes.

16          MR. SOLOWAY:  Objection.

17          THE COURT:  Sustained.

18 Q     Now, just so we are clear, October 5, 2010, is that when

19 you were arrested, right?

20 A     Yes.

21 Q     Earlier in the evening, you met Algenis Caraballo in the

22 Gowanus Houses, right?

23 A     Yes.

24 Q     And you and Mr. Caraballo went together to go meet

25 Mr. Herron at the studio, right?

1  A     Yes.

2  Q     And then when you got to the studio, you went downtown to

3  Club Amnesia, right?

4  A     Yes.

5  Q     I think you said Uncle Murda was in the car, is that what

6  you said?

7  A     Yes.

8  Q     Okay.  And Mr. Caraballo was driving?

9  A     Yes.

10  Q     You are in the back seat?

11  A     Yes.

12  Q     Uncle Murda is sitting where?

13  A     On the way going there, on the way going there, we all

14  was in the back.  Me, as in me, Uncle Murda and the other guy

15  was in the back.  Caraballo was driving.  Herron was on the

16  passenger side.  Before we got in front of the entrance to the

17  club, we let them out, the two guys, Uncle Murda and the other

18  guy, we let them out the club and then we continued to park.

19  Q     And they got out of the car before you parked?

20  A     Yes, yes.

21  Q     So Mr. Herron, just so we are clear, Mr. Herron is in the

22  passenger front seat?

23  A     Yes.

24  Q     And you later learned that there was a gun in the glove

25  box right in front of that seat, right?

1  A    Yes, later.

2  Q    Now, when you got to Club Amnesia, Mr. Herron got out of

3  the car, right?

4  A    Yes.

5  Q    And he got arrested?

6  A    Yes.

7  Q    And you got arrested when you got out of the car?

8  A    Yes.

9  Q    And Mr. Caraballo went out to the West Side Highway,

10 right?

11 A    That's what they said.

12 Q    And he was arrested?

13 A    Yes.

14 Q    With the gun in the glove box, right?

15 A    Yes.

16 Q    And you were charged as a result of that, right?

17 A    Yes.

18       MR. SOLOWAY:  Objection.  He was charged?

19 Objection.

20       THE COURT:  Sustained.

21 Q    You were indicted with conspiring to sell drugs, were you

22 not?

23 A    Yes.

24 Q    And you were indicted for conspiring to sell drugs with

25 Ronald Herron, right?

1    MR. SOLOWAY:  Objection to what he was indicted for.

2    THE COURT:  Sustained.

3  Q    At some point you were indicted, right?

4  A    Yes.

5  Q    For conspiring to sell drugs?

6  A    Yes.

7    MR. SOLOWAY:  Objection.

8  Q    And you were indicted for conspiring to sell drugs in the

9  Gowanus, right?

10  A    Yes.

11    MR. SOLOWAY:  I object.

12    THE COURT:  Overruled.

13  Q    And it was crack cocaine that you were indicted for,

14  right, selling crack cocaine with others?

15  A    Yes.

16  Q    Now, Ronald Herron, your testimony I think was he was a

17  Blood, right?

18  A    I didn't say that.

19  Q    You didn't say he was Blood?

20  A    No.

21  Q    You don't know that Ronald Herron is a Blood?

22  A    Yes, I know that but I didn't say that.

23  Q    Is Ronald Herron a Blood?

24  A    Yes.

25  Q    Are you a Blood?

1    A    Yes.

2    Q    You are a Mad Dawg, right?

3    A    Yes.

4    Q    He's a Mad Dawg?

5    A    Yes.

6    Q    You are a soldier, right?

7    A    No.

8    Q    You have a rank?

9    A    No.

10   Q    You are just a member --

11   A    Yes.

12   Q    -- of the Murderous Mad Dawgs?

13   A    Yes.

14   Q    He has rank, right?

15   A    No.

16   Q    He doesn't have a rank?

17        It is your testimony he doesn't have rank?

18   A    I don't know what he got.

19   Q    You don't know where he's at?

20        He is not a Big Homey?

21   A    No.

22   Q    He's not a significant member of the Bloods, that's your

23   testimony?

24   A    I don't understand what you mean by that.

25   Q    Okay.  Your testimony is you don't know what rank

1  Mr. Herron is within the Bloods?

2  A    Yes, I don't.

3  Q    That's not important to you, is it?

4  A    No.

5         MR. SOLOWAY:  Objection.

6         THE COURT:  Overruled.

7  Q    Your testimony is that it's not important to you what

8  rank he's in in the Bloods?

9  A    Absolutely.

10  Q    Is that your testimony?

11  A    Yes.

12  Q    At some point after you get indicted for conspiring to

13  sell crack cocaine with other people, you decide not to

14  contest your case, right?

15  A    I don't understand.

16  Q    You decided to go for a plea deal, right?

17  A    Yes.

18  Q    You decide that you are not going to go to trial?

19  A    Yes.

20  Q    And ultimately, you took a plea, right?

21  A    Yes.

22  Q    And you pled guilty to conspiring to sell crack cocaine

23  with other people?

24  A    Yes.

25  Q    In or about 2007 and 2010, right?

1  A    Yes.

2  Q    And that was in the Gowanus, right?

3  A    Yes.

4  Q    And you stipulated that you were responsible for the sale

5  of at least 200 grams of crack cocaine, right?

6  A    Yes.

7  Q    On October 6, 2011, you went before a judge?

8  A    Yes.

9  Q    And you pled guilty?

10 A    Yes.

11 Q    Judge Carter, do you remember that?

12 A    Yes.

13 Q    And you pled guilty to the charges in the indictment,

14 right?

15 A    Yes.

16      MR. SOLOWAY:  Objection, Judge.

17      THE COURT:  Sustained.  That's sustained.

18 Q    You pled guilty to conspiring --

19 A    I pled guilty to drugs.

20 Q    You pled guilty to conspiring to sell crack cocaine with

21 others?

22 A    Yes.

23 Q    In the Gowanus?

24 A    That's the only thing I pled to.

25 Q    Now, after you pled guilty, there was a presentence

1    report prepared, right?

2    A    Yes.

3    Q    And in that presentence report, there were certain facts

4    that were set forth in that presentence report, right?

5    A    No.

6    Q    You don't remember -- did you look at the presentence

7    report?

8    A    Yes.

9    Q    The presentence report had certain specifics about the

10   organization that you pled guilty to being involved in?

11              MR. SOLOWAY:  Objection.

12              THE COURT:  Sustained.

13   A    You said facts.  That's not --

14              THE COURT:  No.  It was sustained.  You don't have

15   to answer.

16              THE WITNESS:  Oh.

17   Q    Ultimately, after this presentence report was prepared,

18   you met with your attorney, right?

19   A    Yes.

20   Q    And you talked about the facts that were set out in the

21   presentence report, did you not?

22   A    Yes.

23   Q    And at the time you were talking with your attorney about

24   whether you would challenge some of the facts or the things in

25   the PSR?

1       MR. SOLOWAY:  Objection.

2       THE COURT:  You may answer that.

3   A   Repeat it.

4   Q   At the time you were talking about whether you would

5   challenge some of the facts in the presentence report?

6   A   Some of the things, not the facts.

7   Q   Some of the things in the presentence report?

8   A   Yes.  It's no facts in there.

9   Q   Ultimately, your attorney filed a letter on your behalf,

10  right?

11  A   Yes.

12          (Continued on next page.)

13

14

15

16

17

18

19

20

21

22

23

24

25

1    Q    In that letter you did not challenge the fact that there

2    was a conspiracy involving Mr. Herron in the Gowanus houses?

3              MR. SOLOWAY:  Objection.

4              MR. ARIAIL:  May we approach, Your Honor?

5              THE COURT:  Yes.

6              (Side bar.)

7              THE COURT:  You have an objection on what?

8              MR. SOLOWAY:  On whether or not it's Shondell

9    Walker's burden or duty or roll or anything to object to what

10   Mr. Herron may or may not have done.  He has never pled guilty

11   specifically to participating in a conspiracy to sell drugs

12   with Ronald Herron.  The fact that the government has an

13   offense conduct section or doesn't have an offense conduct

14   section in the PSR that sets forth the government's theory of

15   what this was about doesn't put any burden on Mr. Walker to

16   say what Herron did or didn't ever do in this case.

17             THE COURT:  All right.

18             MR. SOLOWAY:  That's the implication of all this.

19             MR. ARIAIL:  Your Honor, I think the point is here

20   it's clearly a prior inconsistent statement.  He's testified

21   on direct that he had nothing to do with Ronald Herron, that

22   Ronald Herron wasn't involved in the drug enterprise.  After

23   the PSR was prepared he's testified that he consulted with his

24   attorney about the facts or the statements that were in the

25   PSR and then based on that conversation with those -- his

1   attorney, his attorney filed a letter objecting to certain

2   aspects of the PSR.  He's very clear about that.

3           But the main thing that he did not object to was the

4   existence of the conspiracy and the fact that Ronald Herron

5   was the leader of the enterprise.  It's a prior inconsistent

6   statement.  I think I am entirely entitled to ask him about

7   it.  We should go from there.

8           THE COURT:  Objection is overruled.

9           (Continued on next page.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          (In open court.)

2    EXAMINATION CONTINUES

3    BY  MR. ARIAIL:

4    Q    Mr. Walker, I think you testified just a second ago that

5    after the PSR came out, your attorney and you discussed making

6    some objections --

7    A    Yes.

8    Q    -- to it, right?

9    A    Yes.

10   Q    Your attorney and you sat down and talked about a letter,

11   right, filing a letter with the objections in it?

12   A    Yes.

13   Q    Your attorney filed that letter on your behalf?

14   A    Yes.

15   Q    Okay.  In that letter, Mr. Walker, isn't it a fact that

16   you did not contest any of the information in the PSR about

17   Ronald Herron's leadership of the drug trafficking operation?

18             MR. SOLOWAY:  Objection.

19             THE COURT:  Overruled.

20   A    I don't -- repeat again.

21   Q    Isn't it a fact that in that letter you didn't challenge

22   the fact that Ronald Herron was the leader of the drug

23   operation that you pled guilty to?

24   A    My PSR is about me.  I challenged things that said about

25   me.

1  Q    I am talking about the letter, Mr. Walker.  In the letter

2  that you filed with your attorney, isn't it a fact that you

3  actually said that you pleaded guilty to participating in a

4  drug conspiracy with the other defendants in the indictment?

5            MR. SOLOWAY:  Objection.

6            THE COURT:  Overruled.

7  A    I don't understand your question.

8  Q    Mr. Walker, isn't it a fact that you and your attorney

9  sent a letter to the Court in which you said that you pleaded

10 guilty to participating in a drug conspiracy with the other

11 people charged in the indictment?

12           MR. SOLOWAY:  Objection.

13 A    Yes.

14 Q    You did say that?

15 A    I challenged that?

16 Q    You didn't challenge that?

17 A    Yes, I did challenge.  No, I didn't challenge that.  I

18 pled to that.

19 Q    You pled to that?

20 A    Yes.

21 Q    The other people in the indictment, just so we are clear,

22 were Ronald Herron?

23 A    Yes.

24 Q    Crystal Lewis?

25 A    Yes.

1        MR. SOLOWAY:  Objection.

2   Q    Jorge Mejia?

3   A    Yes.  We just said that.

4   Q    Joseph Garcia?

5   A    Yes.

6   Q    Verdreea Olmstead?

7   A    Yes.

8   Q    And the charges were for crack?

9        You pled guilty to selling crack, right?

10  A    Why I.

11  Q    In the Gowanus during that time period?

12  A    Yes.

13       THE COURT:  Overruled.

14  Q    Now, Mr. Herron, you were arrested with him, right?

15  A    Yes.

16  Q    And your testimony today is that I think you said that

17  you know he's a Blood?

18  A    Yes.

19  Q    You knew at the time that he was a Mad Dawg, right?

20  A    Yes.

21  Q    And you are a Mad Dawg?

22  A    Yes.

23  Q    And at some point you learn that Mr. Herron wants to talk

24  to you, right?

25  A    No.

1    Q    You learn that Mr. Herron wants to talk to you about

2    possibly having you testify at this trial, right?

3    A    No.

4    Q    You didn't have a meeting with Mr. Herron in May of 2013,

5    where you talked with Mr. Herron about testifying at this

6    trial?

7    A    We didn't talk about that.

8    Q    Okay.  You had a meeting with Mr. Herron?

9    A    Yes.

10   Q    Mr. Soloway was present at that meeting?

11   A    Yes.

12   Q    Your attorney was present at that meeting?

13   A    Yes.

14   Q    You were present at that meeting?

15   A    Yes.

16   Q    And your testimony today is that you did not talk about

17   your testimony or your potential testimony in this trial, is

18   that your testimony?

19   A    No.  We didn't talk about that.

20   Q    You didn't talk about that?

21   A    No.

22   Q    Now, you know what a snitch is?

23   A    No.  What's a snitch?

24   Q    You don't know what a snitch is?

25   A    No.

1  Q    That's your testimony, you don't know what a snitch is?

2  A    No.

3  Q    Do you know what a rat is?

4  A    No.

5           What is that.

6  Q    You don't know what a rat is?

7  A    No.

8  Q    Do you know what it means to tell on someone?

9  A    Yes, I know what the means to tell on someone.

10 Q    What does it mean to tell on someone?

11 A    To tell what you saw.

12 Q    Tell what you saw?

13 A    Yes.

14 Q    When we talk about tell, we are talking about telling on

15 criminal conduct, right?

16 A    Yes.

17 Q    Bad things that people did, telling on other people,

18 right?

19 A    Yes.

20 Q    But you don't know what a snitch is?

21 A    No.

22 Q    Well, isn't there a rule in the Bloods about not telling

23 on people?

24 A    No.

25 Q    You are not aware of that rule?

1  A    No.

2  Q    You are not aware of the rule about not snitching when

3  you are in the Bloods?

4  A    No.

5  Q    The Bloods, I think you said, it was just -- what were

6  the Bloods to you?

7  A    It was a fashion.  I just wanted to be a part of

8  something.  It was cool.

9  Q    It was cool.

10  A    Yes.

11  Q    Fashion?

12  A    Yes.

13  Q    Not about loyalty, is it?

14  A    No.

15  Q    Do you know a guy named Rashah Holmes?

16  A    No.

17  Q    You don't know who Rashah Holmes is?

18  A    Rashah Holmes?

19  Q    G-Blaze, do you know who G-Blaze?

20  A    Yes, I know who G-Blaze is.

21  Q    You know who G-Blaze is?

22  A    Yes.

23  Q    He lives in 423 Baltic, right?

24  A    Yes.

25  Q    Apartment 10-E, right?

1   A    Yes.

2   Q    His brother is a guy named Sharif Holmes, right?

3   A    I don't know who Sharif Holmes is.

4   Q    You know who Shaguns is?

5   A    Yes.

6   Q    Shaguns is his brother, right?

7   A    Yes.

8   Q    Shaguns is a good friend of the defendant's, right?

9   A    Yes.

10  Q    G-Blaze is a good friend of the defendant's, right?

11  A    Yes.

12  Q    G-Blaze is a Blood, right?

13  A    I don't know.

14  Q    You don't know that G-Blaze is a Blood?

15  A    No.

16  Q    Sharif Holmes, he's a Blood too right?

17  A    No.

18  Q    He is not a Blood?

19  A    No.

20  Q    But he's a close friend of the defendant's?

21  A    Yes.

22  Q    Do you know who Bam and Crime were?

23  A    Yes.

24  Q    Who were they?

25  A    It was Bam and Crime.

1  Q    Who were they in the Gowanus?

2  A    They was people from the Gowanus Houses.

3  Q    Did they sell drugs?

4  A    I don't know what they did.

5  Q    You don't know that they sold drugs?

6  A    No.

7  Q    You sold drugs in the Gowanus Houses, right?

8  A    Yes.

9  Q    You don't know who Bam and Crime were?

10        MR. SOLOWAY:  He didn't say -- objection.

11  A    I said I know what they was.  I said I don't know what

12  they did.

13        THE COURT:  Overruled.

14  Q    You don't know -- you didn't know that Bam and Crime were

15  selling drugs?

16  A    No.

17  Q    Do you know they got arrested, right?

18  A    Yes, I know they got arrested.

19  Q    You know that Bam and Crime went to jail for a long time,

20  right?

21  A    Yes.

22  Q    For selling drugs in the Gowanus?

23  A    I don't know what they did.  I just know they went to

24  jail for a long time.

25  Q    They went to jail for a long time.

1    You know there were people who testified against

2  them?  You know that, right?

3  A    Yes.

4  Q    Cooperators?

5        Do you know a guy named Smiley?

6  A    Yes.

7  Q    He was a cooperator, right?

8  A    If you say so.

9  Q    You don't know?

10  A    No.

11  Q    You don't know one way or the other?

12  A    No.

13  Q    Big Lou, Big Lou was a cooperator; do you remember him?

14  A    I know him but I don't know if he's a cooperator.

15  Q    All right.  You don't know who Smiley was?

16  A    No.

17  Q    You don't know that Smiley cooperated?

18  A    I know Smiley but I didn't know that he cooperated.

19  Q    Have you ever heard the term being on a plate?

20  A    No.

21  Q    Being food?

22  A    No.

23  Q    Now, Mr. Walker, after you got arrested, there came a

24  time when people started cooperating in this case.

25        Do you remember that?

1  A    In my case?

2  Q    Yes.

3  A    No.

4  Q    You don't know that?

5  A    No.

6  Q    There came a time when there was a rumor going around

7  that you were cooperating; do you remember that?

8  A    Yes.

9  Q    And that upset you, right?

10  A    Yes.

11  Q    It upset you because you didn't want people on the street

12  to think that you were a snitch, right?

13  A    Yes.

14  Q    Okay.  So we now agree that you know what the term snitch

15  is?

16  A    No.  Because you put it with -- with cooperating and rat.

17  So it's not hard to make the connection, what you're talking

18  about.

19  Q    So you know what the term rat is too?

20  A    Yes.

21  Q    Okay.  You didn't want people in the neighborhood to

22  think you were a rat, right?

23  A    It wasn't about that.

24  Q    It wasn't about that?

25  A    No.

1  Q    You were concerned for some reason?

2  A    It's about having morals and principles and not lying.

3  Q    About morals and principles?

4  A    Yes.  And being real with yourself.

5  Q    And not tell on others, right?

6  A    No, I don't have nothing to do with that.

7  Q    Mr. Walker, there came a time when you got upset about

8  that, right?

9  A    You can't tell on something you don't know.

10  Q    Mr. Walker, I asked you a question.  There came a time

11  when you got upset about that, right?

12  A    Yes.

13  Q    You were mad?

14  A    Yes.

15  Q    You were mad that people on the street were calling you a

16  snitch, right?

17  A    Yes.

18  Q    When you were holding it down?

19            MR. SOLOWAY:  Objection, objection.

20            THE COURT:  Overruled.

21            Sit down.

22  Q    Yes or no, you were made that people --

23  A    Yes.

24  Q    -- were -- you were mad about it, right?

25  A    Yes.

1    Q    You were really mad because they were saying you were

2    snitching on Ra?

3    A    No.

4    Q    You weren't mad about that at all?

5    A    They were saying I was snitching, period, not

6    specifically on him.

7    Q    Mr. Walker, you got so mad you wrote a letter, right?

8    A    Yes.

9    Q    You wrote a letter from jail?

10   A    Yes.

11   Q    And you wrote that letter to Rashah Holmes, right?

12   G-Blaze?

13   A    Oh.  Yes.

14   Q    You wrote a letter in which you told G-Blaze that you

15   were pissed, right?

16   A    Yes.

17   Q    Because people were calling you a rat?

18   A    Yes.

19   Q    But you weren't a rat?

20   A    Yes.

21   Q    You weren't like Smiley, right?

22   A    No.

23   Q    You weren't telling on people --

24   A    No.

25   Q    -- about the crimes that you saw?

1   A    Never seen no crimes.

2   Q    You weren't telling on people about the crimes that you

3   saw?

4   A    I never seen no crimes.

5   Q    You wrote that letter in July of 2013, right?

6   A    I don't remember the date.

7   Q    Sometime in 2013?

8   A    I don't remember.  I don't remember.  I know I wrote a

9   letter, though.

10  Q    It was before you met with the defendant, right?

11  A    Yes.

12  Q    Before you went to meet with the defendant and his

13  attorney and your attorney, right?

14  A    Yes.

15          MR. ARIAIL:  May I approach, Your Honor?

16          THE COURT:  Yes, you may.

17  Q    Showing the witness what's been marked as Government's

18  Exhibit 1500.

19          Do you recognize this?

20  A    Yes.

21  Q    Is this the letter you wrote?

22  A    Yes.

23          MR. ARIAIL:  Offer Government's Exhibit 1500, Your

24  Honor.

25          MR. SOLOWAY:  You mind if I see it?

1      MR. ARIAIL:  I will give you a copy.

2      (Pause.)

3      THE COURT:  Any objection?

4      MR. SOLOWAY:  No.

5      THE COURT:  Government Exhibit 1500 is received in

6  evidence.

7      (Marked.)

8  Q    Mr. Walker, at that meeting with the defendant, isn't it

9  a fact that you told the defendant you never cooperated in the

10 case?

11     You told him that, right?

12 A    Yes.

13 Q    You told him that you weren't a snitch?

14 A    Yes.

15 Q    Right?

16     And just before you did that, you sent this letter?

17 A    Yes.

18     MR. ARIAIL:  Request permission to publish, Your

19 Honor.

20     THE COURT:  Yes, you may.

21 Q    On the cover of exhibit's 1500, Mr. Walker, is that your

22 name in the upper left-hand corner?

23 A    Yes.

24 Q    That number to the right of that, is that your marshal's

25 number?

1  A     Yes.

2  Q     And the address there, 423 Baltic Street, apartment 10-E,

3  that's Rashah Holmes's address, G-Blaze, right?

4  A     Yes.

5  Q     That's in the Gowanus?

6  A     Yes.

7  Q     Right?

8         And Chris Paul, he's an NBA basketball player,

9  right?

10 A     Yes.

11 Q     He doesn't live in the Gowanus, does he?

12 A     No.

13        That's what I call him.

14 Q     You call G-Blaze Chris Paul?

15 A     Yes.

16 Q     In the letter here on the next page, these are your

17 words, right?

18        You wrote this?

19 A     Yes.

20 Q     You wrote this letter?

21 A     Yes.

22 Q     I want you to read it aloud to the jury.

23 A     I am going to get right to it.  If -- if -- if niggaz

24 think I'm a rat, niggaz  never know me.  Soup Fuk the money.

25 You all ain't answering my calls like I'm Smiley or one of

1  these dudes.  I got morals and principles.  This is me.  Dolo

2  Son.  Jail shit don't break me.  Niggaz should know that.  If

3  you all know my love for homie.  No frank ocean.  I'm forever

4  barking.  I seen him last week.  Niggaz be talking.  In tell

5  Dracy this ain't no threat.  I put hands on that nigga on new

6  money.  You see when I come home the right way.  Tell the hood

7  this.  If niggaz think otherwise when the smoke clears niggaz

8  see.  Tell don't change up.  Keep it like that.  I rather no

9  love than fake love.  You can put this on Facebook whatever.

10  Mad love.  Stay tuned.  Me telling?  Picture that.

11  Q    Mr. Walker, those are your words?

12  A    Yes.

13  Q    Mad love?

14  A    Yes.

15  Q    Those are your words?

16  A    Yes.

17  Q    I am forever barking, right?

18  A    Yes.

19  Q    Those are your words?

20  A    Yes.

21  Q    Jail shit don't break me, those are your words?

22  A    Yes.

23  Q    You all know my love for homey, those are your words,

24  right?

25  A    Yes.

1  Q    Tell the hood this, those are your words?

2  A    Yes.

3  Q    And when the smoke clears, those are your words, right?

4  A    Yes.

5  Q    The smoke is clearing, Mr. Walker, right?

6  A    Yes.

7  Q    And you are on the stand testifying for Ronald Herron,

8  are you not?

9  A    Yes.

10            MR. ARIAIL:  Nothing further, Your Honor.

11            THE COURT:  Redirect.

12            (Continued on next page.)

13

14

15

16

17

18

19

20

21

22

23

24

25

1  (CONTINUING)

2  BY MR. SOLOWAY:

3  Q    Mr. Walker, in the letter that you wrote, what did you

4  mean when you said morals and principles?

5  A    I mean I got to live with myself knowing that I lied on

6  somebody.

7  Q    And when you say lied on somebody, what are you referring

8  to?

9  A    People in the case, including Herron.

10 Q    Why are you testifying here?

11 A    Because I know these things that's being said is not true

12 about him.

13 Q    When you were asked about a letter that your lawyer wrote

14 objecting to things in the PSR, is that a letter that you

15 wrote?

16 A    No.

17 Q    And when that letter was written, did you believe that

18 you were agreeing that you worked for Ronald Herron selling

19 drugs?

20 A    No.

21 Q    Was it your intention in this case to admit that you

22 conspired to sell drugs in that letter or in any other way?

23 A    No.

24 Q    When you pled guilty, you went in front of a judge;

25 right?

1    A    Yes.

2    Q    Did you ever admit to the Judge that you sold drugs with

3    Ronald Herron?

4    A    Never.

5    Q    Is it that you said I conspired to sell drugs with

6    others?

7    A    Yes.

8    Q    And did you say anything about who those others were?

9    A    No.

10   Q    Did you ever believe that anything you did in this case

11   was a concession by you or an admission by you that you sold

12   drugs with Ronald Herron?

13   A    No.

14   Q    Did you sell drugs with Ronald Herron ever?

15   A    No.

16   Q    Or for him?

17   A    No.

18   Q    Now, when you were in the car, you were asked questions.

19         When you were in the car, you remember you were

20   asked questions by Mr. Ariail about being in the car and where

21   everybody was; right?  Do you remember that?

22   A    Yes.

23   Q    And he pointed out with great specificity how close

24   Mr. Herron was to that glove compartment where a gun was

25   recovered.

1        Do you remember those questions?

2  A    Yes.

3  Q    Did you ever see Mr. Herron put a gun in that glove

4  compartment?

5  A    No.

6  Q    Did you ever see anybody put a gun in that glove

7  compartment?

8  A    No.

9  Q    Did you put a gun in the glove compartment?

10 A    No.

11 Q    Do you know whether the glove compartment was open or

12 locked?

13 A    I know it was locked.

14 Q    You know it was locked?

15 A    Yes.

16 Q    How do you know that?

17 A    Because I seen him lock it.

18 Q    Who?

19 A    Caraballo.

20 Q    Now, when I met with you, remember Mr. Ariail asked you

21 questions about we had a meeting in jail; right?  When

22 Mr. Ariail asked you questions about how I came to the jail?

23 A    Yes.

24 Q    Do you remember that, those questions?

25 A    Yes.

1  Q    And we had a meeting where it was you, your lawyer,

2  right?

3  A    Yes.

4  Q    And Mr. Herron was there?

5  A    Yes.

6  Q    And you were there, right?

7  A    Yes.

8  Q    And when we had that meeting what, in general, did we

9  talk about?

10 A    Why I'm not able to get sentenced due to his trial.

11 Q    And did we talk about what you did in the case that made

12 you guilty?

13 A    Yes.

14 Q    And did there ever come a time that I or anyone at that

15 meeting told you to lie about anything?

16 A    No.

17 Q    You know it's the job of lawyers to investigate cases;

18 right?

19 A    Yes.

20 Q    You've had cases before; right?

21 A    Yes.

22 Q    To meet with witnesses, that's part of investigating;

23 right?

24 A    Yes.

25 Q    And the meeting that we had was with the permission of

1   your lawyer; right?

2   A    Yes.

3   Q    Mr. Walker, are you afraid of Mr. Herron?

4   A    No.

5   Q    Are you afraid of him doing something to you if you don't

6   testify here?

7   A    No.

8   Q    Are you afraid of the Government?

9   A    No.

10  Q    Are you afraid that somehow you're going to get a worse

11  sentence because you came in here and testified because of

12  something the Government might do to you?

13  A    No.

14  Q    Do you have anything to gain her personally by

15  testifying?

16  A    No.

17  Q    Do you have anything to lose, as far as you know?

18  A    My freedom.

19  Q    What do you mean by that?

20  A    My, my, my lawyer making me aware that other charges

21  could be brung up with me for testifying.

22  Q    By who?

23  A    What you mean by who?

24  Q    Well, you said other charges could be brought up against

25  you for testifying.

1              Who could bring those other charges?

2    A    Oh, the Government.

3    Q    Is does that worry you?

4    A    Little bit.

5    Q    But you're here testifying anyway?

6    A    Yes.

7    Q    Why?

8    A    Because it's the right thing to do.

9    Q    Why?

10   A    Because it's the right thing to do.

11   Q    What makes it the right thing to do?

12   A    Because I know he's innocent.

13             MR. SOLOWAY:  Thank you.

14             THE COURT:  Anything further?

15             MR. ARIAIL:  No, Your Honor.

16             THE COURT:  All right, we'll take a brief break.

17             All rise for the jury.

18             (Jury exits.)

19             (In open court; outside the presence of the jury.)

20             THE COURT:  You may be seated.

21             You are excused.

22             (Witness excused.)

23             THE COURT:  Are we ready for the stipulations?

24             MR. ARIAIL:  Your Honor, in terms of scheduling

25   today, I'm just thinking about what we have to get done after

1  the Defense case is done.

2          I think we have a general agreement on a stipulation

3  for our rebuttal case, but I have to finish drafting it and

4  making sure I have the pieces of paper correct.  What I was

5  going to suggest, Your Honor, is that we read stipulations.

6  The Defense can rest and then maybe we take an early lunch and

7  start summations after early lunch; that we have say, an hour

8  in which we can get all of our things squared away, get our

9  evidence here and have our stipulation finalized.  We could

10  read the stipulation right as we come back and then, go right

11  into summations.

12          THE COURT:  Are there stipulations that you have

13  that can be read now?

14          MR. SOLOWAY:  Yes, Defense stipulations.

15          THE COURT:  Defense stipulations.

16          MR. SOLOWAY:  Yes.

17          THE COURT:  How long will that take, five-minutes?

18  Ten minutes?

19          MR. NEUMAN:  I think we have six or seven

20  stipulations, Judge.

21          THE COURT:  All right, so ten minutes, fifteen

22  minutes and then we'll take an early lunch.

23          During that one-hour period, any further

24  stipulations will need to be completed and they will be read

25  immediately after lunch and we'll go directly into closings.

1          Is that agreeable?

2          MR. SOLOWAY:  Absolutely, Judge.

3          MR. ARIAIL:  Yes, Your Honor.

4          THE COURT:  Let's bring the jury back.

5          So there will be no further witnesses, right,

6     Mr. Ariail, on rebuttal?  You don't anticipate that.

7          MR. ARIAIL:  I've had a conversation with Defense

8     Counsel and they've indicated that they would be willing to

9     stipulate to the types of things that we're going to be

10    putting in.

11         THE COURT:  Okay.

12         MR. ARIAIL:  But I don't know, I mean, if I get some

13    information back over lunch and there's some change in

14    position.

15         THE COURT:  I'll say if there is any further

16    testimony or stipulations, they will be read after lunch.

17         MR. ARIAIL:  If the issue, Your Honor, is the event

18    that they do not stip, our witness is in Albany gathering

19    documents that we need for the stipulation and wouldn't be

20    available until Wednesday.  I have every expectation we will

21    have a stipulation worked out, but just so the Court is aware

22    of that.

23         MR. SOLOWAY:  I mean, I'm not looking to have

24    Mr. Ariail bring witnesses from Albany, but to the extent that

25    there are relevancy objections or other legal objections,

1  Your Honor might be called upon to rule on those.

2          (Jury enters.)

3          THE COURT:  Please, be seated.

4          Mr. Neuman.

5          MR. NEUMAN:  Judge, I'd like to first read a

6  stipulation that's been marked Defendant's Exhibit Y.

7          THE COURT:  Very well.

8          MR. NEUMAN:  It is hereby stipulated and agreed by

9  and between the defendant Ronald Herron by his attorneys

10  Robert Soloway and James Neuman and the United States of

11  America by Assistant U.S. Attorneys Shreve Ariail, Rena Paul

12  and Samuel Nitze as follows:

13          1)  On July 18th, 2001, Rafael Gonzalez, a/k/a Feo

14  was arrested by officers of the New York City Police

15  Department for making five illegal sales of crack cocaine to

16  undercover police officers in Brooklyn between April 25th,

17  2001 and July 12th, 2001.

18          2)  The dates and locations where those five sales

19  were made were April 25th, 2001, front of 186 Bergen Street;

20  May 15th, 2001, lobby of 198 Bond Street; May 29th, 2001,

21  front of 427 Baltic Street; July 1st, 2001, behind 186

22  Bond Street and; July 12th, 2001, inside 198 Bond Street.

23          3)  The parties agree that this stipulation may be

24  received into evidence.

25          And the document is dated and signed by Counsel for

1   both parties.

2           The Defense would offer this Exhibit Y into

3   evidence.

4           THE COURT:  Any objection?

5           MR. ARIAIL:  No, Your Honor.

6           THE COURT:  Defendant's Exhibit Y is received in

7   evidence.

8           (Defendant's Exhibit Y was received in evidence.)

9           MR. NEUMAN:  I am now going to read a stipulation

10  that's been marked Defendant's Exhibit Z.

11          It is hereby stipulated and agreed by and between

12  the United States of America by Assistant United States

13  Attorneys Shreve Ariail, Rena Paul and Samuel Nitze and Ronald

14  Herron with the consent of his attorneys, Robert Soloway and

15  James Neuman.

16          1)  The distance from the front door of 198

17  Bond Street straight to the curb line on Bond Street is

18  66 feet.  The measurements of the glass window are two feet

19  and five inches by one feet and nine inches.

20          2)  It is agreed this stipulation may be received in

21  evidence at trial.

22          And we offer this stipulation marked as Defendant's

23  Exhibit Z into evidence.

24          THE COURT:  Any objection?

25          MR. ARIAIL:  No, Your Honor.

1      THE COURT:  Defendant's Exhibit Z is received in

2  evidence.

3      (Defendant's Exhibit Z was received in evidence.)

4      MR. NEUMAN:  I am now going to read a stipulation

5  that's been marked Defendant's Exhibit DD.

6      It is hereby stipulated and agreed by and between

7  the United States of America by Assistant U.S. Attorney Shreve

8  Ariail, Rena Paul and Samuel Nitze and Ronald Herron with the

9  consent of his attorneys Robert Soloway and James Neuman that:

10     1)  An agent's report from a proffer session dated

11 July 24th, 2011, reflects that Rafael Gonzalez stated that he

12 was given a 22-caliber firearm by an individual he identified

13 as Shah and that he sold the gun two to three months later.

14     2)  An agent's report from a proffer session dated

15 June 6th, 2011, reflects that Gonzalez stated that after

16 switching cars, Ronald Herron dropped him off at his

17 baby-mom's house in Sunset Park and did not say that he had

18 Herron drop him off at a location in Park Slope so Herron

19 would not know where his baby mother lived.

20     3)  A report from a proffer session dated

21 December 14th, 2011 reflects that Gonzalez stated that he used

22 the gun to rob an individual named Dave of approximately two

23 pounds of weed.

24     4)  This stipulation may be received into evidence

25 as a Defense Exhibit at trial.

1          The Defense would offer this stipulation marked

2   Exhibit DD into evidence.

3          THE COURT:  Any objection?

4          MR. ARIAIL:  No objection, Your Honor.

5          THE COURT:  All right.  Defendant's Exhibit DD is

6   received in evidence.

7          (Defendant's Exhibit DD was received in evidence.)

8          MR. NEUMAN:  I will now read a stipulation that's

9   been marked Defendant's Exhibit EE.

10         It is hereby stipulated and agreed by and between

11  United States of America by Assistant United States Attorneys

12  Shreve Ariail, Rena Paul and Samuel Nitze and Ronald Herron,

13  with the consent of his attorneys Robert Soloway and James

14  Neuman, that:

15         1)  On November 4th, 2010 an indictment was filed

16  charging Algenis Caraballo with two Counts:  One, conspiracy

17  to distribute cocaine base and heroin in violation of

18  21 U.S.C. Section 841(b)(1)(a)(3) and 841(b)(1)(c) and two,

19  being a felon in possession of a firearm in violation of

20  18 U.S.C. Section 922(g)(1).

21         2)  The statutory penalty for the first count of the

22  indictment accusing Mr. Caraballo of conspiracy to distribute

23  drugs was ten years to life.

24         3)  This stipulation may be received into evidence

25  as a Defense Exhibit at trial.

1          The Defense would offer this stipulation into

2    evidence as Defendant's Exhibit EE.

3          THE COURT:  Any objection?

4          MR. ARIAIL:  No, Your Honor.

5          THE COURT:  Defendant's Exhibit EE is received in

6    evidence.

7          (Defendant's Exhibit EE was received in evidence.)

8          MR. NEUMAN:  I will now read into the record a

9    stipulation that has been marked Defendant's Exhibit FF.

10          It is hereby stipulated and agreed by and between

11    the United States of America by Assistant United States

12    Attorneys Shreve Ariail, Rena Paul and Samuel Nitze and Ronald

13    Herron, with the consent of his attorneys Robert Soloway and

14    James Neuman, that:

15          If called as a witness Officer Ricardo Nuñez would

16    testify to the following facts:

17          1)  On April 18th, 2001 Algenis Caraballo was

18    arrested at approximately 9:38 p.m. at 414 Baltic Street,

19    County of Kings, State of New York.

20          2)  At approximately 9:45 p.m. while en route to the

21    precinct, Officer Nuñez overheard Mr. Caraballo state, quote,

22    I'm a gambler, I have a problem, I owed an $800 bet and was

23    forced to sell drugs or I would be killed if I did not pay off

24    my debt, close quote.

25          3)  It is agreed that this stipulation may be

1   received into evidence as Defendant's Exhibit at trial.

2            It's dated and signed by the parties.  The Defense

3   offers this stipulation into evidence as Defendant's

4   Exhibit FF.

5            THE COURT:  Any objection?

6            MR. ARIAIL:  No, Your Honor.

7            THE COURT:  Defendant's Exhibit FF is received in

8   evidence.

9            (Defendant's Exhibit FF was received in evidence.)

10           MR. NEUMAN:  And I will now read into the record a

11  stipulation that's been marked Defendant's Exhibit GG.  This

12  is GG.

13           It is hereby stipulated and agreed by and between

14  United States of America by Assistant United States Attorneys

15  Shreve Ariail, Rena Paul and Samuel Nitze, and Ronald Herron

16  with the consent of his attorneys Robert A. Soloway and James

17  Neuman that:

18           1)  Defense Exhibit AA are true and accurate bank

19  records of Chase Bank checking account number -- there's a

20  long number ending with the digits -- 7065 and Chase Bank

21  savings account number -- and it's a long number ending in the

22  digits -- 7001, both belonging to account holder Jonathan Rice

23  for the time period July 2007 through December 2010.

24           2)  Defense Exhibit AA-X contains selected --

25           MR. SOLOWAY:  I don't mean to interrupt, Jim.

1        This is already in evidence, Your Honor.

2        THE COURT:  All right.

3        MR. NEUMAN:  The underlying document is in evidence.

4        MR. SOLOWAY:  Okay, I'm going to sit down, I'm

5   sorry.

6        THE COURT:  AA is in evidence, is it not?

7        MR. NEUMAN:  Yes.

8        MR. SOLOWAY:  Oh, the stipulation not.

9        MR. NEUMAN:  This is a stipulation.  The AA is in

10  evidence.

11       So, number two was that Defense Exhibit AA-X

12  contains selected documents excerpted from Defendant's

13  Exhibit AA.

14       3)  It is agreed this stipulation may be received in

15  evidence at trial.

16       And it's dated and signed by the parties and Defense

17  would offer this stipulation into evidence as Defendant's

18  Exhibit GG.

19       THE COURT:  Defendant's Exhibit GG is received in

20  evidence without objection.

21       (Defendant's Exhibit GG was received in evidence.)

22       MR. NEUMAN:  Lastly, this stipulation marked

23  Defendant's Exhibit HH.

24       It is hereby stipulated and agreed, by and between

25  the United States of America by Assistant United States

1  Attorneys Shreve Ariail, Rena Paul and Samuel Nitze, and

2  Ronald Herron, with the consent of his attorneys Robert

3  Soloway and James Neuman that:

4          1)  An agent's report of a proffer session held on

5  June 24th, 2010 reflects that Angel Figueroa stated that Crime

6  Smiley and Ronald Herron slashed and gun-butted Pete in the

7  face in the late 1990s.

8          2)  An agent's report of a proffer session held on

9  October 28th, 2010 indicates that Angel Figueroa stated that

10  he never got along with Ronald Herron.

11          3)  This stipulation may be received into evidence

12  as a Defense Exhibit at trial.

13          And it's dated and signed by the parties.  We offer

14  this stipulation at Defendant's Exhibit HH into evidence.

15          THE COURT:  Any objection?

16          MR. ARIAIL:  No, Your Honor.

17          THE COURT:  All right, Defendant's Exhibit HH is

18  received into evidence.

19          (Defendant's Exhibit HH was received in evidence.)

20          MR. NEUMAN:  That's all of them.

21          THE COURT:  Thank you.

22          MR. SOLOWAY:  Your Honor, the final thing before we

23  rest is simply that Defendant's Exhibit II, pursuant to

24  stipulation with the Government, Rafael Gonzalez's cooperation

25  agreement will also be put into evidence.

1          MR. ARIAIL:  On consent, Your Honor.

2          THE COURT:  All right.  Defense Exhibit II is the

3     cooperation agreement of Rafael Gonzalez.  It is admitted into

4     evidence without objection.

5          Correct?

6          MR. ARIAIL:  Correct, Your Honor.

7          (Defendant's Exhibit II was received in evidence.)

8          THE COURT:  That's it.

9          MR. SOLOWAY:  The Defense rests, Your Honor.

10         THE COURT:  The Defense rests.  Very well.

11         Members of the Jury, at this time we are going to

12    take our lunch break.  There may be some additional testimony

13    or stipulations after lunch, after which we will begin closing

14    arguments.  The Government will give its closing first, the

15    Defense will then give its closing and then, the Government

16    will give its rebuttal.

17         I expect that we may go a little later than normal,

18    but we will try to get in all the closings today so that on

19    Wednesday, when you return, we can go right in to the jury

20    charge.  If that creates a problem for anybody, try to resolve

21    it because it would be helpful if we could just move the case

22    along very smartly.

23         Lunch will be here in the next 20 minutes.

24         At this time, we will take a one-hour break for

25    lunch.

1          All rise for the jury.

2          (Jury exits.)

3          (In open court; outside the presence of the jury.)

4          THE COURT:  Please, be seated.

5          I'm not quite sure how we're going get it all done

6     this afternoon, frankly, but we'll try.  If we get to the

7     point where we're at 6:00 o'clock at night, something's got to

8     happen.  So, when I count 1:30 to 4:30, and then another two

9     hours is 6:30, and I haven't even gotten to rebuttal yet.  So,

10    I will see how long the jury can go.

11         How long will these stipulations take, Shreve?

12         MR. ARIAIL:  The stipulation, I think it's probably

13    a three, maybe four-page document, so it shouldn't take very

14    long at all.  I'm going to go draft it right now.

15         THE COURT:  And if there is no stipulation, it means

16    that we're go to have to adjourn until Wednesday and then do

17    it all on Wednesday and Thursday?

18         MR. ARIAIL:  I think, based on my conversation with

19    Mr. Soloway, we should be in a good spot.

20         That would be what would happen.

21         THE COURT:  I've been in a lot of spots in the last

22    five hours and I haven't always known where the next spot

23    would be, so I'm trying to anticipate all the possibilities in

24    the grand world, in the constellation of possibilities, where

25    we might be on Wednesday morning.

1          MR. ARIAIL:  Well, I couldn't have conceived of

2     being in this situation at this point in the trial,

3     Your Honor, so.

4          THE COURT:  We'll see what happens.  We'll start

5     again at 1:30.  Thank you.

6          You'll be ready to go with closings at 1:30.  Set

7     yourselves up, we're going to go at 1:30.

8          All right, thank you.

9          ALL:  Thank you.

10

11          (Continued on following page.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1              A F T E R N O O N    S E S S I O N

2

3              (In open court; jury not present.)

4              THE COURT:  Please be seated.

5              (Pause.)

6              THE COURT:  Are we going to needs the Elmo?

7              MR. NITZE:  No, your Honor.  I have a laptop that's

8     set up to play here.  I may need some help putting the lights

9     down twice and up again.

10             MR. ARIAIL:  Your Honor, we're waiting for a

11    stipulation to be signed off by the defendant.  They are

12    looking at it now.

13             (Pause.)

14             THE COURT:  All right.  We're giving out the second

15    draft of the charge as to the law.

16             (Pause.)

17             MR. NEUMAN:  We're trying to work out a stipulation.

18    We want to let you know, so that you are not in the dark.

19             (Pause.)

20             MR. SOLOWAY:  Judge, we're ready.  Mr. Ariail is

21    just finalizing.  There's going to be no argument.  We'll be

22    ready to go into the proceedings after he's finished with the

23    language.  No argument.

24             (Pause.)

25             MR. ARIAIL:  I'm ready, your Honor.  I thought

1   Mr. Soloway indicated we were ready.

2           THE COURT:  He said he's ready.

3           MR. ARIAIL:  I'm sorry.  We're ready, your Honor.

4           MR. SOLOWAY:  Judge, there was just one thing, and I

5   was going to do this at the end of the day.  I wanted to make

6   sure -- I thought that a lot of the questions that were asked

7   of Shondell Walker were improper regarding what he was

8   indicted for and regarding what the letters relating to the

9   PSR and objections to the PSR indicated.  And it seems to me

10  that there is not a basis for the government to argue on

11  summations that the letters Mr. Siegel wrote relating to

12  objections can be construed as an admission by the witness, by

13  Mr. Walker, as to the structure of the organization or any of

14  those.  That's my position.  The government shouldn't be able

15  to argue that.  It's not fair.  The fact -- for the reasons

16  that I argued at sidebar, actually.  And I don't really want

17  to go into this at any greater length at this stage, but I'm

18  going to have a motion for a mistrial at the end of the day,

19  later.

20          THE COURT:  That's fine.

21          Yes.

22          MR. NITZE:  The government's doesn't intend to make

23  arguments in summation or rebuttal about that particular

24  letter.  And to the extent that the defense wants to raise the

25  possibility of an instruction, my guess is, we would oppose

1   it.  But we have tomorrow to work out adjustments of that

2   sort.  I don't plan to reference that letter in closing.  I

3   may reference the letter that's in evidence.

4                MR. SOLOWAY:  I'm not talking about that letter.

5   I'm not talking about the letter Mr. Walker wrote.  I'm

6   talking about conclusions that the government's suggested by

7   virtue of Mr. Siegel's objections and all of the things that

8   flowed from that.  I'm not talking about the letter that

9   Mr. Walker wrote.

10               THE COURT:  Go ahead.

11               MR. NITZE:  I mean, I don't know, as I stand here,

12  whether I would reference the letter that Mr. Siegel wrote to

13  the Court saying that his client pled guilty to the crimes he

14  was charged with committing along with others in the

15  indictment, because it's fairly clear that a statement of the

16  lawyer is a statement of the clients, and that is utterly

17  inconsistent with the testimony that was given from the

18  witness stand.  I don't see that there's any evidentiary

19  issue, a reason why we couldn't refer to it.  It's my

20  expectation that we are not going to.

21               THE COURT:  The implication from questions and the

22  answers is that the witness didn't object to portions of the

23  Presentence Report which linked him to the defendant and other

24  alleged coconspirators.  I think that's the issue.

25               Is that the issue?

1        MR. SOLOWAY:  That is the issue.  And also whether
2   or not it's a adoption of a lengthy offense conduct in
3   connection with a PSR that includes things that
4   many -- that clients don't necessarily have any reason to
5   address
6        THE COURT:  Right.
7        So, if you want to propose an additional charge to
8   the jury that might rectify, clarify or address that
9   particular issue, just let me know tomorrow what that is.
10       MR. SOLOWAY:  Yes, your Honor.
11       THE COURT:  But if it's the basis for a mistrial,
12  you can make your motion, as well.  Do whatever you want.
13       MR. NITZE:  Your Honor, I'm going to clarify the
14  record briefly.
15       THE COURT:  Yes.
16       MR. NITZE:  I take the points -- while I disagree
17  with it -- about the objections to the PSR.  But there is also
18  a letter that is submitted by Mr. Walker's attorney.  I'm not
19  talking about the jail letter about snitching.  I'm talking
20  about a separate letter.
21       THE COURT:  What's snitching?
22       MR. NITZE:  What is snitching?
23       THE COURT:  Have you ever heard of that term before?
24       MR. NITZE:  I have, your Honor.  So, telling on.
25       And this letter affirmatively states that "The

1  defendant pleaded guilty to participating in a drug conspiracy

2  with others charged herein." That's not a failure to object.

3  That's not adoption by silence. I mean, that's an affirmative

4  statement by a man's attorney which is inconsistent with what

5  he said on the stand. I don't plan to reference it in

6  closing. Maybe this is all beside the point at the moment.

7  That's the letter we're talking about.

8           THE COURT: What I am saying is, if the defense

9  wants an instruction about it, if the defense believes it was

10 not appropriate, they can request an instruction. They can

11 include case law. They can identify why that may have been an

12 error, even if it's not reversible error, all right. And so,

13 they can do that tomorrow. That's tonight's project.

14          MR. ARIAIL: Your Honor, just to fill out the

15 record, there was testimony by Mr. Walker that he sat down and

16 consulted with Mr. Siegel when he drafted the letter, and

17 there were specific objections that he -- sorry -- there were

18 certain aspects of the PSR that he took exception to, so

19 that's clear.

20          MR. SOLOWAY: He objected, Judge, to being an

21 enforcer for Mr. Herron. He objected to having a gun at

22 Mr. Herron -- this is just my recollection. I have not read

23 the letter in a long time. He certainly never admitted --

24 what Mr. Nitze just said doesn't mean that he admitted that

25 Mr. Herron was involved. The fact that Mr. Siegel may have

1  referenced -- I forget exactly the way Mr. Nitze phrased it.

2  There was no admission that Mr. Herron was the head of this

3  hierarchy.  There was no admission about that.

4           THE COURT:  The problem is, he pleaded guilty to a

5  conspiracy, didn't he?

6           MR. NITZE:  Yes.

7           MR. SOLOWAY:  Yes.

8           THE COURT:  Except there were no coconspirators,

9  apparently.  He did it all by himself?

10          MR. SOLOWAY:  He didn't say that, Judge.

11          THE COURT:  Did he say that?

12          MR. SOLOWAY:  He did not.  I'm sorry, your Honor, he

13  did not say that.

14          THE COURT:  I'll go back and look at the transcript.

15          MR. SOLOWAY:  His plea, he was asked, Did you

16  conspire with others?

17          THE COURT:  I didn't take his plea.

18          MR. SOLOWAY:  It was a Magistrate Judge.  It was

19  Magistrate Judge Carter at that time.

20          MR. ARIAIL:  The government is ready, your Honor.

21          (Pause.)

22          (Jury present.)

23          THE COURT:  Please be seated.

24          Rebuttal?

25          MR. ARIAIL:  Yes, your Honor.  The government has

1    one stipulation that it seeks to read at this time.

2              THE COURT:  All right.

3              MR. ARIAIL:  "It is hereby stipulated and agreed by

4    and between the United States of America by Assistant United

5    States Attorney Shreve Ariail, Rena Paul and Samuel Nitze and

6    the defendant Ronald Herron by his attorneys Robert Soloway,

7    Esq. and James Neuman Esq., that:

8              "1.  In order to qualify for the appointment of

9    counsel in a federal criminal case under the Criminal Justice

10   Act, a defendant must fill out an affidavit stating that he or

11   she does not have funds available with which to retain his own

12   lawyer.  The Court retains authority to revoke an appointment

13   of an attorney under the Criminal Justice Act should there be

14   a finding that the defendant doesn't qualify.

15             "2.  Government's Exhibit 1502 is a true and

16   accurate copy of the plea minutes related to the defendant's

17   2002 conviction for criminal possession of a controlled

18   substance in the third degree, a Class B felony."

19             And at this point, I'll read certain effects of that

20   allocution.  When the defendant was asked if he sold drugs out

21   of 130 3rd Avenue, the defendant said, no.  And when asked

22   what he was doing in the location, the defendant first stated

23   that he was only responsible to watch this lady's kids.  Later

24   in the allocution, the defendant pled guilty, and stated that

25   he seen drugs there at the apartment and that he knew there

1  was drugs in the house and also who brought drugs there into

2  the house.

3        "If called to testify, a representative of the New

4  York State Department of Corrections would state that between

5  January 30, 2003 and August 9, 2006, the defendant was

6  sanctioned for twenty-three total disciplinary actions related

7  to various violations of the rules of inmate conduct of the

8  New York State Department of Corrections.

9        "These violations resulted in various penalties,

10  including loss of good time, as well as the defendant

11  sentenced to over fifty-five months in various Special Housing

12  Units within the state's prison facilities.

13        On January 30, the defendant was sanctioned for

14  fighting and refusal to obey a direct order.

15        "On March 6, 2003, the defendant was sanctioned for

16  his possession of materials related to an unauthorized

17  organization and failure to follow the rules for prison

18  correspondence.

19        "On April 2, 2003, the defendant was sanctioned for

20  smuggling and failure to follow the rules of prison

21  correspondence.

22        "On April 18, 2003, the defendant was sanctioned for

23  his involvement in violent conduct and his participating in an

24  unhygienic act.

25        "On April 21, 2003, the defendant was sanctioned for

1    his possession of materials related to an unauthorized

2    organization.

3            "If called to testify, a parole officer with the New

4    York State Department of Corrections and Community Supervision

5    Board of Parole would state that on April 25, 2003, during a

6    parole interview at the Lakeview correctional facility, when

7    asked about his conviction in connection with his arrest in

8    130 3rd Avenue, the defendant 'denied possession of any drugs

9    found in an apartment [which he said] belong[ed] to a "lady"

10   who allowed [the defendant] to stay in her apartment on

11   occasion.'

12           "Additionally, the defendant stated that [a]t the

13   time the police executed a search warrant...[he] was there to

14   baby-sit the owner's children, ranging in age from one and a

15   half to nine years [old].'  The defendant also [stated] that

16   the owner of the apartment was a drug user and he indicated

17   that all of the drugs belonged to [her].'  The defendant also

18   noted that 'he was present at the time the police arrived at

19   the apartment and that the owner was out at the time' and

20   therefore, he believed that that is the reason why he was

21   charged with possession of the drugs and weapons.

22           "During the same interview, the defendant

23   admitted 'to prior involvement in the Bloods gang,' but denied

24   current involvement in the gang, 'report[ing] that he joined

25   the gang at fourteen but walked away at about sixteen or

1    seventeen.'  He advised that he left the Bloods because he

2    'saw a fellow friend and gang member killed 'over that

3    nonsense.'

4            "On May 5, 2003, the defendant was sanctioned for

5    his possession of materials related to an unauthorized

6    organization.

7            "On July 11, 2003, the defendant was sanctioned for

8    interference with staff.

9            "On November 1, 2003, the defendant was sanctioned

10   for possession of unauthorized medicine.

11           "On November 6, 2003, the defendant was sanctioned

12   for possession of contraband.

13           "On December 18, 2003, the defendant was sanctioned

14   for refusal to obey a direct order and obstructing visibility

15   in his cell.

16           "On December 29, 2003, the defendant was sanctioned

17   for violent conduct, refusal to obey a direct order and

18   failure to follow the rules related to inmate movement within

19   the prison.

20           "On April 3, 2004, the defendant was sanctioned for

21   possession of contraband and refusal to obey a direct order.

22           "On April 7, 2004, the defendant was sanctioned for

23   possession of contraband and smuggling.

24           "On April 12, 2004, the defendant was sanctioned for

25   possession of contraband and failure to abide by mess hall

1  regulations.

2          "On April 30, 2004, the defendant was sanctioned nor

3  refusal to obey a direct order.

4          "On 6, 2004, the defendant was sanctioned for

5  refusal to obey a direct order and failure to follow rules

6  related to inmate movement within the prison.

7          "On September 15, 2004, the defendant was sanctioned

8  for possession of a dangerous weapon and smuggling.  If called

9  to testify, an officer with the New York State Department of

10 Corrections would state that he found a one and a half inch

11 cutting instrument with a handmade sheath wrapped in plastic

12 wrap and part of a latex glove which was inside of the

13 defendant's mattress.

14         "If called to testify, a parole officer with the New

15 York State Department of Corrections and Community Supervision

16 Board of Parole would testify that during a parole interview

17 at Lakeview correctional facility on May 13, 2005, the

18 defendant denied his guilt in connection with the 2002

19 conviction related to his arrest in 130 3rd Avenue.  The

20 defendant denied 'possession of drugs which were found in the

21 apartment [which he said] belong[ed] to a 'lady' who allowed

22 the defendant to stay in her apartment on occasion.'  The

23 defendant told the parole officer that 'he was there to

24 baby-sit the owner's children' and that when the 'police

25 arrived the apartment...the owner was out at the time.'  The

1    defendant told the officer that 'he believ[ed] this is the

2    reason why he was charged with both the drugs and the

3    weapons.'

4

5           "On May 5, 2006, the defendant was sanctioned for

6    smuggling and possession of an item in a prohibited place.

7           "On May 7, 2006, the defendant was sanctioned for

8    violent conduct and assault on prison staff.

9           "On July 26, 2006, the defendant was sanctioned for

10   smuggling and failure to obey prison rules on correspondence.

11          "On August 9, 2006, the defendant was sanctioned for

12   his involvement in violent conduct, assault on an inmate,

13   refusal to obey a direct order of staff and refusal to accept

14   a double cell assignment.  If called to testify, an officer

15   with the New York State Department of Corrections would

16   testify that on June 23, 2006, 'while making rounds,' he

17   approached the defendant's 'cell and observed' the defendant

18   'standing in front of his cell window blocking [the officer's]

19   view of the cell interior.'  After issuing 'several direct

20   orders [to the defendant] to step away from the window' of the

21   cell, the officer 'observed [the defendant's cell mate] lying

22   on the floor bound [with his] wrists [tied] behind his back,

23   his 'ankles' tied together and 'gagged' in his mouth with bed

24   sheets.

25          "For the remainder of his term of prison, the

1  defendant was incarcerated in a Special Housing Unit."

2         This stipulation, which has been marked for

3  identification as Government's Exhibit 1501, is admissible as

4  evidence in the trial of this case.

5         The government offers 1501 and 1502.

6         THE COURT:  Any objection?

7         MR. SOLOWAY:  No objection.

8         THE COURT:  All right.  Government's Exhibits 1501

9  and 1502 are received in evidence.

10        MR. ARIAIL:  And the government rests its rebuttal

11  case, your Honor.

12        THE COURT:  Very well.

13        Members of the jury, at this time, the parties have

14  completed their presentation of evidence in this case and at

15  this time we will have closing arguments.

16        The government will give its argument first.

17        MR. NITZE:  Thank you, Judge.

18        Good afternoon.  When I stood here before you a few

19  weeks ago, I showed you these photographs -- of Frederick

20  Brooks, of Richard Russo, of Victor Zapata -- and I told you

21  that these men are dead, cut down during the prime of their

22  life -- their lives, because Ronald Herron, the man sitting

23  across the courtroom murdered them in cold blood.

24        And now that you have heard and seen the evidence in

25  this case, you know that that's true.  These aren't just

1  abstract faces, abstract names, words from a lawyer standing

2  in a courtroom.

3          You know what happened.  You've been here for the

4  better part of a month.  You've listened to sixty witnesses.

5  You've looked at countless exhibits.  You've seen the lobby

6  where the defendant shot Frederick Brooks in the face.  You

7  heard from the witnesses, including Darnell Saunders and Amber

8  Hudson about what happened in that lobby.  You can picture

9  what happened.  You've seen the elevator where Richard Russo

10  was murdered, where the defendant shot him in the head and

11  left him to die on the elevator floor.

12          You've heard about how the defendant left after the

13  Russo murder, went to Flatbush, got rid of the weapon, changed

14  cars.  You know what happened.  You've seen the defendant

15  threaten to murder Victor Zapata and you know why.  You heard

16  him threaten to put him in a cemetery, and you saw the

17  chilling video of the defendant making good on that promise,

18  chasing Zapata from the lobby of 185 Nevins Street, gunning

19  him down as he ran, and finishing him off with a bullet to the

20  head.

21          At the start of this trial, we told you that the

22  evidence would show that Ronald Herron created and ran a

23  violent criminal enterprise, a crack dealing enterprise, in

24  the Gowanus and Wyckoff Housing Projects.  You're now familiar

25  with those places.  You've seen the map -- you've seen the

1   maps many times.  You've seen witnesses drawing their routes.

2   You know what we're talking about.

3          You know that Ronald Herron found people he could

4   manipulate, threaten, coerce into doing his bidding, people

5   who looked up to him, people like M Dot, who testified from

6   the stand this morning.  More on him to come.

7          We told you that Ronald Herron values money and

8   power and respect above all else, certainly more than he

9   values other people's lives.  We told you that the evidence

10  would show that he committed murder, attempted murder and

11  robbery, that he sold crack cocaine and heroin, that he and

12  his henchmen carried and used firearms.  We told you that we

13  would prove his guilt beyond a reasonable doubt, and that is

14  what we have done.

15         Based on the evidence before you in this case, the

16  testimony of the witnesses, exhibit after exhibit after

17  exhibit, we submit this is not a close call.  This is not a

18  close case.  The evidence of guilt in this case is

19  overwhelming.

20         Now, for running, creating and running his criminal

21  enterprise for the crack and heroin dealing, for the murders

22  of Brooks and Russo and Zapata, for the guns, for the

23  violence, the defendant is charged in a twenty-one-count

24  indictment.  And as you no doubt saw for yourselves, the

25  evidence didn't come in in neat, tidy, chronological steps

1    with notes explaining how it all fits together as it came in.

2    And that's part of the point of a closing argument, a

3    summation.

4            There may have been times during trial when you

5    wondered why you were learning about a particular vehicle or a

6    particular date, a particular street corner, a particular set

7    of associations.  And I'm going as to spend some time now

8    walking you through each count of the indictment and how the

9    evidence fits those charges.  And obviously I'm not going to

10   go through all of the evidence that you heard and saw.  We

11   would be here for another month.  It's going to be a summary.

12           My job today is to pull it together, explain how it

13   fits together with the charges, and make a note of anything

14   you want to see as you deliberate.  I'll provide transcripts,

15   pages number as I go, the best I can.  I'll refer to exhibit

16   numbers.  And you can ask to look at those exhibits, to read

17   transcripts.  You're also free to ask for testimony from a

18   particular witness or for testimony on a particular topic,

19   large or small.

20           Examine the evidence.  Bring it back into the jury

21   room with you.  You will be instructed by the judge that my

22   arguments, what Mr. Soloway says in summation and Ms. Paul

23   says in rebuttal, that's not the evidence.  The evidence is

24   the testimony and the exhibits, and that's what you are to

25   base your verdict on.

1          At the end of the arguments, before you deliberate,

2    you'll have instructions on the law as Judge Garaufis has

3    indicated to you, and he'll tell you what the government has

4    to prove in order for you to find the defendant guilty.  And,

5    of course, if I say anything about the law here that differs

6    from what Judge Garaufis ultimately tells you during the

7    charge, of course, what Judge Garaufis says controls.  But I'm

8    going to spend some time walking through the charges to frame

9    the evidence for you.

10          As you know from the beginning of the case, from

11   opening arguments, this is a racketeering case, and the first

12   two counts of the indictment are racketeering and conspiracy

13   to commit racketeering, and I'm going to start there.

14          The crime of racketeering is essentially the crime

15   of committing a pattern of related crimes in the service of a

16   criminal organization or enterprise.  And here, the enterprise

17   that is charged is the Ronald Herron enterprise, and there are

18   five elements that we must prove to establish guilt, proof

19   beyond a reasonable doubt for you to find the defendant guilty

20   of the racketeering charge that's Count One.

21          And just to briefly summarize the evidence before I

22   go through them.  First is that an enterprise as described in

23   the indictment existed on or about the time alleged in the

24   indictment.

25          Did the Ronald Herron enterprise actually exist?

1   You'll have the indictment language before you, Judge Garaufis
2   indicated.  You'll have the jury charge with you, so you'll be
3   able to refer to that.  The enterprise engaged in or its
4   activity affecting interstate or foreign commerce.  The
5   defendant was employed by or was associated with the
6   enterprise.  The defendant knowingly conducted or
7   participated, either directly or indirectly, in the affairs of
8   the enterprise.

9          And finally, that the defendant, in his
10  participation, in the conduct of the affairs of the
11  enterprise, did so through a pattern of racketeering activity,
12  and that's what I was talking about just a moment ago.  That's
13  a pattern of crimes that are related to each other and also
14  related to this criminal organization.

15         I'm going to walk through these in order.  You'll
16  see that some will require more of your attention than others.

17         We'll start with the first one, and this is that an
18  enterprise as described in the indictment existed on or about
19  the time alleged in the indictment.  Here, the enterprise is
20  alleged to span from 1998 until the defendant's arrest in
21  October of 2010.  And you'll be instructed that this doesn't
22  have to be a formal organization.  They are not filing
23  incorporation documents.  They don't keep minutes.  This is
24  not an organization that has business cards, as you might
25  imagine.

1          The Ronald Herron enterprise is called that for the

2    purposes of the indictment, because that's what it was.  It

3    was an association of people with a structure.  People played

4    roles that reported to him.  It was his enterprise.

5          And you'll be instructed that over time, the

6    enterprise, its makeup can change.  Personnel can come and go.

7    Some people leave.  Some people come in.  In this case, the

8    enterprise -- the indictment charges the enterprise is a gang

9    comprised primarily of individuals residing in and around the

10   Gowanus Houses that included members of the Bloods street

11   gang, who have engaged in drug trafficking and acts of

12   violence, including murder, attempted murder, robbery,

13   extortion and assault.

14         So, let's start at the beginning.  These are the

15   earlier years of the enterprise starting in 1998.  That's when

16   the defendant returns to the Gowanus after his time in

17   juvenile detention -- you heard some testimony about that from

18   the defendant himself and from others -- until July 12, 2001.

19   Just to orient you, that is the day he's arrested, a month or

20   so after the murder of Frederick Brooks.  He's holed up in a

21   stash house Saquan Wallace put him, Apartment 7C in 130 3rd

22   Avenue.

23         There's a search warrant executed.  The police

24   arrive.  They finally find him there.  There are little kids

25   there with him, and there's crack cocaine, and the .38 caliber

1   revolver.  That's the revolver that Saquan Wallace gave him.

2        And you'll recall that after his arrest, because

3   he's found with those drugs, he's brought from the 78th

4   Precinct to the 76th Precinct, and that's when Darnell

5   Saunders and Amber Hudson, who have picked him out of a photo

6   book, do an actual lineup.  They catch him a month later.

7   Here, they pick him out of a live lineup, and he's charged

8   with the murder, and that then results in the trial, the

9   witness intimidation, his acquittal.  He pleads to the drugs

10  and he goes to prison.  I'm racing through that.  I'm going to

11  spend lots of time on the Brooks homicide.  I'm telling you

12  that now, to orient you in time.  What I am focusing on right

13  now is just the time period, we're talking about 1998 until

14  that arrest in July of 2001.

15       And here, you should remember what the defendant

16  himself has conceded both in opening arguments, through

17  stipulation, and in his own testimony from the witness stand

18  during this period.  He conceded that during this period, he

19  was a drug dealer, he carried guns, he did all this in the

20  Gowanus and the surrounding areas.

21       You had testimony from Angel Figueroa, who told you

22  a few days ago that in 1998, when he came back to Apartment

23  4E, that's when he's with his cousin, Tom Tom, Naquan King.

24  He talks about other people who are with him there, Nesto, Big

25  Head D. He has ready access to guns.  They are selling crack.

1    He's going to Washington Heights to get resupplied.  Angel

2    Figueroa is selling for him.

3              This is from the defendant's direct examination.

4    There's a transcript cite there, page 3468.  "I bought my own

5    drugs.  Sometimes we would all travel, depending on who needed

6    to recoup, re-up, you know, but for the most part, we all

7    bought our own drugs."

8              And who is "we"?  "Depending.  Just people who are

9    around selling drugs in the building, whether it be my cousin

10   Naquan, Tom, my friend D, my friend Nesto."

11             "So, during this period, did you learn how to do

12   this?

13              "Yes, I learned pretty earlier on when I was 14,

14   but I didn't do much for a long time at that age.  When I got

15   to be sixteen, I did a little more."

16             Sixteen, that's starting this period we're talking

17   about.  He's starting to deal drugs in earnest.  He has Angel

18   was working for him.  Has people in the apartment, his

19   mother's apartment, 4E, who have guns that he can use.

20             He was arrested in that apartment with his mother

21   and with Angel.  That's, you know, from the stipulation and

22   also from Detective Fazzingo, who testified fairly early on.

23   This is where they find the Mach 11 semiautomatic machine

24   pistol in the flower pot.  The clips are behind the couch.

25   There's

1   a .38.  There's lots of bagging material for narcotics.  And

2   that's a couple of weeks after Detective Fazzingo saw the

3   defendant toss a different .38 caliber revolver in the grass.

4          Angel Figueroa was selling the defendant's drugs.

5   He's there when they go to resupply in Manhattan, and Angel

6   told you that how at this time, he's not satisfied with just

7   being there in 423 Baltic.

8          (Continued on next page.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          MR. NITZE:  (Continuing)

2          With the small time operations he's got going.  So

3     he starts to expand, to 427 Baltic, 198 Bond Street.  All of

4     that is happening during this early period.

5          You have testimony from Darnell Saunders, you

6     remember Darnell.  He testified in great detail about the

7     Brooks murder.  He's the man who was in the lobby with the

8     defendant when the defendant shot Frederick Brooks.  Darnell

9     also gave testimony about these early years.  He knew the

10    defendant.  They went to school together.  There is testimony

11    about that.

12         Darnell testified that as he was selling crack at

13    198 Bond Street, Herron was selling at 423.  He had Tom-Tom

14    and a guy named Angel selling drugs for him.  That's at page

15    723 in the transcript.  That's Angel Figueroa who you also

16    heard from.  He also testified that Rafael Gonzalez, Feo,

17    began to sell for him at this time.

18         The defendant goes to Rikers Island.  He's arrested.

19    He's in C-74.  That's the cell block.  And he testified, the

20    defendant, that this is where his Bloods affiliation starts to

21    gain strength.  He actually ends up running a committee.  He's

22    becoming a powerful force in the Bloods while he's in prison.

23    As you know, the Bloods and the Murderous Mad Dawgs are in

24    part -- that provides him with personnel and with some of the

25    structure of his enterprise.

1       The enterprise is not charged as a formal Bloods

2  set.  That's just part of it.  As you will see, there are all

3  kinds of other people that he employees and uses but that's --

4  that's an aspect of it, his involvement with the Bloods.

5       Vincent Winfield, Dipset, who you also heard from,

6  he testified about this period of it also.  He worked for

7  Herron.  He would sell drugs for Herron.  You heard from

8  Saquan Wallace about Herron's activities during this period.

9  This was Saquan Wallace who testified early early on.  I am

10 guessing some of his testimony was fairly seared in your

11 memories.  It was dramatic testimony and he -- powerful

12 testimony, I should say, and he held Herron down, as they put

13 it.  This was the time when Wallace would go from Wyckoff with

14 Herron to 423 Baltic and help him collect money from his

15 sellers.  He carried a gun in case something happened.

16      At least three times he did that, from 423 and 198

17 Bond, which is entirely consistent with what the other

18 witnesses said about these early years, that he starts in 423,

19 his base of operations, where he grew up, where his mother's

20 apartment is, and he expands into 198 Bond, which is where

21 Brooks is ultimately murdered.

22      You heard about Trinny, a guy named Trinny who

23 Saquan Wallace described as Herron's right-hand man, his

24 partner in crime.  That's at transcript 1005.  That's in the

25 middle of the Wallace testimony.

1      The defendant himself admitted to being around

2  selling drugs at the time of the Brooks murder, which you know

3  is in 2001.

4      Now, at this time, around the time of this shooting,

5  in June of 2001, how are you supporting yourself at that time,

6  that specific time?

7      I was selling drugs.

8      And where, specifically?

9      A little bit everywhere.

10     He's expanding.

11     Of course, you have the stipulation and testimony

12 about the arrest that I just talked about in July of 2001,

13 where he's found with all that crack cocaine.  He's found with

14 a .38-caliber revolver.  He pleads guilty to felony drug

15 possession and you have his own testimony, as I say, about the

16 Bloods.

17     So Angel, Feo, Dipset, Quan, Tom-Tom, other workers,

18 sources of supply in Washington Heights, ready access to guns,

19 a Bloods affiliation, the structure of the Bloods, this is the

20 beginning of the Ronald Herron enterprise.  It's not fully

21 mature at this point.  But that's what it is.  People have

22 roles and he is finding his place at the center of this

23 organization.

24     Then he goes to prison and that's where in the fable

25 that the defendant has put before you undergoes a

1   transformation, where he reforms himself.  And that is

2   nonsense, as you know, because the evidence proves that it is

3   nonsense.

4           Starting with the stipulation that was just read

5   into evidence about the type of activity the defendant was

6   involved in in the prison during this supposed transformation,

7   violence, smuggling, gang activity, tying a bunky up with

8   sheets in his mouth.  More on the supposed transformation

9   later but that's what's going on in prison and the enterprise

10  continues.  He continues to build it there.  You have evidence

11  about the continuation of the enterprise through this period

12  of incarceration.

13          You learned from Rafael Gonzalez, that's Feo, that

14  soon after his arrest the defendant reaches out to Gonzalez

15  from Rikers Island.  He's not in prison yet -- he's in the

16  jail -- to continue to collect his money from 198 Bond Street.

17  There is testimony about the defendant using one of his

18  girlfriends to reach out to Feo to collect that money.

19          You learned how from jail he carries out

20  obstruction, the obstruction that would ultimately let him

21  beat the murder charge in the state court, the obstruction

22  that resulted in the intimidation of Darnell Saunders and

23  Amber Hudson, and was the reason they didn't testify, which I

24  will talk some more about when I get to that murder.

25          You also learned that Herron used his position as

1   someone who had beat a body to enhance, to build up his status

2   in the prison, his renown.  He was emboldened ut by what he

3   had pulled off and he starts to plan for his return.  He

4   crosses paths with Feo.  He crosses paths with Vincent

5   Winfield, Dipset.  They are in that holdover custody together

6   as they are being transported.  He evaluates Dipset to see if

7   this is a guy who can help him when gets back to the street.

8   And he can't.  He does, as you found out.

9        You heard that Herron reached out to Crystal Lewis

10  through a friend and asks her to come visit him.  Why?  Well,

11  because Crystal Lewis is a pro and she sells in Gowanus and

12  she sells in Wyckoff.  You might infer from the fact that he

13  is trying to get her to come visit him, although she doesn't

14  make it out to prison, that he is looking toward building

15  workers, a crew of workers as well, and that would prove to be

16  a good choice later.  We will get into the narcotics activity.

17  You know Crystal Lewis was a busy worker as a crack cocaine

18  dealer.

19       And, of course, you have the evidence that the

20  defendant's ties to the Bloods only deepened.  You saw

21  exhibits of letters he wrote from the facility.  You saw

22  worldwide lineups, which you heard a fair amount about from

23  various witnesses, where the hierarchy, the positions, the

24  leadership of the various sets are sent out through the

25  prisons so there aren't -- there isn't confusion about

1   authority, structure, who is supposed to listen to who.

2   Caraballo learned of it.  Winfield learned of it.

3           This is just a blown up portion of one of those

4   lineups.  This is from the document that Crystal Lewis

5   provided the government.  He gave it to her when he inducted

6   her into the Bloods, but you can see Ra Digga is listed there

7   as one of the generals and this is the sort of the lineup that

8   you heard testimony about going throughout the prisons.  This

9   is Murderous Mad Dawg, Blood, a/k/a Frank Matthews, the

10  godfather, is Soul B.

11          So the enterprise continues.  He lays the groundwork

12  to expand it.  He still has people working for him.  The

13  personnel is changing somewhat.  Then he returns to the

14  streets with a vengeance.  Here the enterprise grows and

15  matures and its means and methods are refined, put it that

16  way, making money through drug sales and robberies and

17  intimidation and violence and evading the authorities.

18          By the time he comes home, the competition is gone.

19  Remember, at this point the federal authorities have locked up

20  Bam and Crime and Cheeb.  You heard a fair amount about these

21  older figures from the neighborhood, who in 2000 and 2001 were

22  the most powerful dealers in the Gowanus.

23          By 2006, Saquan Wallace and his twin brother are

24  locked up.  They are gone from Wyckoff.  And just as Herron

25  tells Winfield at the Auburn depot when they are there

1   together, there is no one there has the neighborhood in a
2   grip.  It's open market.  Perfect time to come back and do
3   this.

4       Joseph Garcia, you may remember, Jo-Jo he went by,
5   he testified.  You heard lots of testimony about him.  He told
6   you a bit about how the defendant went about reasserting his
7   control.  He's in the lobby, in 423.  He's about to go to a
8   club with his friends and he gets robbed at gunpoint.  The
9   defendant and two of his guys show up, put a gun on Jo-Jo,
10  take his earrings, his $600 in cash, which you know he had
11  from drug proceeds.  At that point they are selling however
12  they want to sell.

13      And after that happens, Jo-Jo testified he goes
14  upstairs to the twelfth floor, to get high.  Maybe he's
15  stressed out about what just happened.  The defendant comes
16  back up and he explains hey, it wasn't personal.  But I put a
17  lot of work into that building before I left and we are not
18  having it like this anymore, none of this free-lancing.  I'm
19  back.  This is my spot.  You are with me or you're not here.

20      This is from Garcia's direct testimony, 1,300 to
21  1,301 in the transcript.

22      We had a conversation about what took place in the
23  lobby.  He let me know it wasn't personal.  He ain't like all
24  the free-lancing that was going on in the building.  As far as
25  the drug selling and explained to me how, you know, he had to

1  put a lot of work in for the building and he didn't like

2  everyone free-lancing, doing they own thing.

3          Question:  And you mentioned that he put a lot of

4  work for the building.  Can you explain what you understood

5  that to mean?

6          Answer:  Whatever it is that, you know, people got

7  to do to have a territory in the project.  You know, beat

8  somebody up, you know, whatever it comes to.

9          You know what it comes to.  We are going to get to

10 it.

11         Garcia left, scared, but he comes back.  He starts

12 selling drugs with a guy named Loco and eventually he gets

13 into some trouble with the defendant and before long Garcia is

14 selling directly for the defendant and he becomes a good

15 worker.  He pays on time, gets the money up.  And we will get

16 into that.  But you know Jo-Jo and his folks in apartment 7-B

17 are moving a lot of the defendant's crack cocaine, with

18 Verdreea, his cousin Musa Marshall, Crystal Lewis sometimes.

19         After that robbery, Garcia told you no one else

20 could sell and that conversation on the twelfth floor, no one

21 else could sell in 423 unless they are affiliated with the

22 defendant or they would face quote any type of bodily harm.

23 To be honest, he said, I couldn't tell you what would happen

24 because nobody crossed that line.  Nobody crossed that line

25 because people knew that who this guy was, what he had done.

1    He beat a body.  And he used that reputation to cement his

2    control.

3            By 2008 you've got Tyhe Walker also known as G-I-B,

4    Guy in the Bushes.  His brother M-Dot, you heard from him this

5    morning.

6            You heard from Rafael Gonzalez who is now out of

7    jail at this point as well, selling in 423, 198 Bond Street.

8    He runs into Herron on the street and he's very excited.  It's

9    over, he says, meaning we are going to do this.  Now is the

10   time.  He's hoping he's going to get a better position.  I

11   think you tell from Mr. Gonzalez that he has intense loyalty,

12   you might call it a type of worship.  He is enthralled with

13   the defendant.  This is a witness who can't read.  And he

14   doesn't end up with more responsibility.  He ends up huffing

15   and puffing 24 hours a day in the lobby of 423 Baltic Street,

16   slinging crack cocaine, day in, day out, as a worker.  But

17   he's there.

18           You heard testimony from him about the defendant

19   giving him a test.  This has to do with Astro or Stro, a guy

20   who is getting supplied on the side, which is not allowed, not

21   supposed to happen.  And the defendant hears that Stro has

22   been snitching.  He knows what snitching means.  You know what

23   snitching means.  M-Dot knew what snitching means.

24           So they pistol whip him and take him into the

25   stairway and they beat him in the head with a gun, kick him

1    down the stairs and drag him back up again and pistol whip him

2    some more and they beat him and he leaves and he doesn't come

3    back.  And you know why he doesn't come back.

4         You learned that Herron did follow up with Crystal

5    Lewis.  He finds her, wants her to start selling crack

6    cocaine, which she does.  You heard detailed testimony from

7    her about that, started out with $500 at a time, 70-30 split.

8    She keeps 150 of the 500.  He gets 350.  She goes back to him

9    to get resupplied, there she is in the lobby selling again.

10   You saw her on tape, the undercover videos of Crystal Lewis

11   selling to the undercover officers.

12        This is the enterprise at work.  This is the Ronald

13   Herron enterprise.  This is people who sell, people who hold

14   him down, muscle, enforcers.  That's how he makes his money,

15   that's what he does.

16        As Vincent Winfield put it, people just fell in

17   line.  That's the transcripts at 1819.

18        Now, you know Jo-Jo wasn't the only person he

19   robbed.  You heard about robberies up in Wyckoff from numerous

20   witnesses, including Crystal Lewis, Yahadin Halloway who goes

21   by China.  This is the person who is in her apartment with a

22   baby and other little kids when Herron and Moose and Winfield

23   show up with masks and guns looking for Smurf.  She testified

24   that she saw the robberies by Herron's people.  So did

25   Crystal.

1      You heard Saquan Wallace's testimony on this period
2  and that's also instructive, or, rather, excuse me, his
3  testimony about how these drug operations work.  He had his
4  own with his twin brother, violent, ruthless, cruel.  Told you
5  about stash houses, about people moving product and money
6  around.  He told you about wearing bulletproof vests, the
7  roles the people played, shooters, workers.  He gave you a
8  little overview of how a crack dealing enterprise works and it
9  looks like an awful loot like the one you have with this
10 defendant.  He told you about fear, about making examples of
11 people, about how beating a murder case made him untouchable.
12      Herron set up a similar operation.  He called the
13 shots.  He put in work himself, of course, but he also
14 assembled a crew.
15      So let's recap some of who they are.  You've got
16 enforcers and muscle.  Vincent Winfield, Dip or Jorge Mejia,
17 that's Moose.  I am not going to summarize the testimony about
18 those people or many of these others because you heard it over
19 and over, consistently, from witness after witness.
20      Cakes, M-Dot.  M-Dot is the guy who you heard from
21 this morning, who would have you believe that he is just kind
22 of a buddy of the defendant and his crack cocaine conspiracy
23 with some other people and he wasn't involved.  And you know
24 that's preposterous based on all of the evidence that you have
25 heard in this case.

1          Jo-Jo and Crystal, talked about them.  Feo, Tyhe,

2     that's G-I-B.  These are crack dealers.  This is the group in

3     apartment 7-B, Verdreea Olmstead's apartment.  Rizzle,

4     Randolph Joseph, you heard about him from the undercover who

5     sold to Rizzle.  You know that Rizzle is Randy, the friend of

6     Musa.  Musa talked about him.  Algenis Caraballo, who ends up

7     driving the defendant around.  Diane Flowers, helps him get

8     rid of weapons, support staff you might say.

9          Bloods, there is Herron, Tyhe, M-Dot, Moose,

10    Crystal, Dipset, Feo, Cakes, Buck whose picture is not up

11    there but Buck is the guy in East New York.  He ends up over

12    there after more than one of his crimes to lay low, to find

13    cover.

14         These enforcers, Moose and Dipset, Cakes, eventually

15    M-Dot, you heard lots of testimony about that.  Musa called

16    M-Dot the muscle.  This is Musa Marshall who -- tall thin guy.

17    He's out working in a liquor store right now.  He's got

18    children.  Both his parents pass away.  He doesn't have

19    violent conduct in his -- he has a cooperation agreement but

20    doesn't have violent conduct there.  We are going to get into

21    credibility of witnesses, but ask yourself whether this is a

22    guy who is going to spin some yarn about all of this.  I

23    submit, he is not.

24         You know that Herron was arrested on October 5, 2010

25    with M-Dot in a car with a gun, in the glove compartment, this

1   nine-millimeter, with a longer clip.  You heard lots of

2   testimony about that gun.

3           You know that the defendant has acknowledged he was

4   a Blood.  You've had testimony from Musa Marshall and Joseph

5   Garcia and Crystal Lewis and Vincent Winfield and Rafael

6   Gonzalez and jail letters and I'm sure I'm skipping some

7   things, all about -- I should say, defense witnesses from this

8   morning, M-Dot, Shondell Walker, Smurf, everybody acknowledges

9   and says under oath that the defendant was in the Murderous

10  Mad Dawgs.  He was a Blood.  You know he's a leader of that

11  organization.

12          He gives Crystal Lewis, Government Exhibit 1315.

13  This is the Mad Dawg history.  It's got the code words.  Code

14  words for criminal conduct, by the way, which you don't need

15  if you are an organization that's here to help and provide

16  business classes.

17          There is his tattoo, if Ra ruled the world above the

18  Blood sign.  That's on his arm.

19          There he is flashing gang signs.  There he is with

20  Murderous Mad Dawgs.  There he is flashing the Blood sign.

21          And here, to round things out on the enterprise,

22  this -- these are telephone calls and this is an important bit

23  of evidence.  The phone activity, there is a stipulation in

24  evidence about these phone numbers.  These are contacts

25  between the defendant and the people in his enterprise.  They

1    don't have his phone records, obviously.  They couldn't know

2    that the phone records are going to reveal this, but you

3    should look at that stipulation.  It's Government Exhibit 601.

4    It talks about the dates of these contacts, which are from

5    2008 to 2010 from various periods.

6            That's an enterprise.  Ronald Herron is talking to

7    Joseph Garcia 1,245 times over that timeframe.  Not because

8    they played ball together sometimes and he kind of knows

9    Joseph Garcia through Al Harrington.  He's a guy he saw around

10   but because Joseph Garcia works for him.

11           He's not talking to Crystal Lewis 281 times, to

12   Mr. Walker 455 times, et cetera, et cetera, because these are

13   folks he just kind of new from back in the day and are around

14   in the neighborhood.  No.  He's calling them and they are

15   calling him and he's keeping tabs on them just like they all

16   said, because they work for him, because they are in the

17   Ronald Herron enterprise.  That's what these people are,

18   that's what they do.  Overwhelming evidence of it.

19           The enterprise, as I said, is charged as a gang

20   comprised primarily of individuals residing in and around the

21   Gowanus Houses.  That included members of the Blood street

22   gang, who have engaged in drug trafficking and acts of

23   violence, including murder, attempted murder, robbery,

24   extortion and assault.  That element is proved beyond a

25   reasonable doubt.  Check.  You know the enterprise existed.

1        Now, we turn to number two, the enterprise engaged

2   in, or its activities affected, interstate or foreign

3   commerce.

4        This element is not really in dispute.  You have a

5   stipulation that guns used in connection with the enterprise

6   were manufactured outside of the State of New York, which

7   means they traveled into the State of New York.  You have

8   testimony from Detective Charles Martello.  He was the

9   detective with the short gray hair, I waved at him through the

10  window there.  He explained that cocaine -- your common sense

11  may tell you that cocaine is not grown and manufactured in the

12  State of New York.  It's manufactured in South America.  That

13  means it traveled in interstate and foreign commerce. You will

14  be instructed that the effect on interstate commerce can be

15  minimal.

16       That element is also met, proved beyond a reasonable

17  doubt.

18       Number three, that the defendant was employed by or

19  was associated with the enterprise.

20       This just means that if you find that the enterprise

21  existed and was established, you have to find that the

22  defendant was a part of it and this is not a case where we are

23  dealing with somebody at the outskirts of an enterprise who

24  may or may not have been part of the enterprise.  If you find

25  that the enterprise existed, which we have proven it does,

1   this element is not going to take a lot of work because it's

2   the Ronald Herron enterprise.

3           Number four, the defendant knowingly conducted or

4   participated, either directly or indirectly, in the conduct of

5   the affairs of the enterprise.

6           Here too, when we get into the crimes committed on

7   behalf of the enterprise, this will be sort of obvious.  But I

8   am going to pause for a moment on this element.

9           The instructions you will receive will indicate to

10  you that you don't need to exercise significant control.  You

11  don't have to play an important role in the enterprise.  But

12  here again we are dealing with its leader.  And before I move

13  on to the next element, I am going to talk about some ways in

14  which the defendant led and was involved in the affairs of

15  this enterprise outside of the context of the particular

16  crimes that we have charged in connection with that.  This is

17  important evidence because it provides further proof of the

18  existence of the enterprise but also of its means and its

19  methods, its modes of operation, how this enterprise

20  functioned, the relationships of trust among the people in the

21  enterprise.

22          This is Vincent Winfield.  I have talked about him

23  already.  You heard him testify at great length.  He might

24  have been the longest witness you heard from.  That's because

25  he was close to the defendant for his time out on the streets,

1    for those five months or so, and he gave you some very

2    detailed testimony about how this all works.

3            He's the guy who filled -- filmed, excuse me, some

4    of the documentary style videos.  He's the guy behind the

5    camera.  You can actually hear his voice and you had testimony

6    that he is the one who filmed them.  He's also responsible for

7    carrying weapons.  He's the one who is arrested with this

8    little 22 Lorcin, the nine-millimeter he also had, skidded off

9    in the bushes.  That was an icy day.  We will get to that.

10           This is the one that Herron, the defendant, is with

11   at the Auburn depot.  They are both in prison.  They cross and

12   they are there together and Herron starts to recruit him and

13   asks if he is going to be able to help him out back on the

14   street.

15           Well, he does and he starts selling drugs but he

16   doesn't -- he realizes that's not for him.  Moose is already

17   in place as the lieutenant.  Cakes is home too.  And Winfield

18   becomes like an enforcer or a bodyguard, a guy who is carrying

19   weapons, handling beefs and so on.

20           This is a period when Herron, the defendant's

21   control at the top of his enterprise is solid.  His people

22   haven't been locked up yet.  This is the period in 2008 and

23   following when you heard lots of testimony about this period.

24   He's got his workers.  He's got his enforcers.

25           And Winfield told you that he put out the word.  He

1   quote gave people an ultimatum.  You cop your work from me.

2   You sell my drugs.  There is no more doing shit on your own.

3   That's in keeping with what he did with Joseph Garcia, people

4   he robbed at Wyckoff, with his whole approach to getting this

5   community in his grip.

6          And it is soon after he returns that he pushes into

7   Wyckoff Gardens.  You heard that Crystal Lewis stopped selling

8   for him briefly, just a period of days, and M-Dot shows up and

9   says -- M-Dot, the guy you heard from this morning, tells her

10  beat it.  You can't be selling in 423 if you are not with me

11  and that all changes.  She comes back into the fold.

12         You had testimony from Musa Marshall, again the tall

13  guy, cousin of Jo-Jo, nephew of Verdreea Olmstead, that when

14  he his friend Randy, Rizzle, this guy who is also selling in

15  7-B, he has a problem with some guys from Wyckoff who come

16  down and Marshall, Musa Marshall complains to Jo-Jo.  The next

17  thing you know Ra Herron, the defendant, is down there saying,

18  you got no more problems.  If you do.  You let me know or you

19  let M-Dot know and we'll take care of it.

20         You know that Herron is the one who has the

21  authority, the power, to dead a beef, as the expression goes,

22  on the street.  A beef, a fight, a dispute, that can cause

23  problems for business, that can cause friction in the

24  neighborhood.  And he can go to somebody and say, no more.

25  That beef is over.  Because I say so and he can put an end to

1   it.

2          You heard from Feo, from Rafael Gonzalez, that when

3   Herron took him under his wing, Herron explained to him when

4   you are walking with me, you don't got in problems.

5          Well, it wouldn't turn out that way for

6   Mr. Gonzalez, obviously.  But you know what he meant.

7          Caraballo told you about Herron deading a beef for

8   him with D-Block.  This is after a fight Caraballo told you

9   about, a number of odd and violent disputes and Herron put an

10  end to one of those.

11         You heard about the beef with Smurf and you heard

12  how -- that's Kendale Robinson, the guy who murdered a witness

13  who you heard from this morning, who laughed about that when

14  he was asked questions about it.

15         He -- he deaded that beef although that didn't work

16  out, which is why Dipset winds up chasing him and shooting

17  him.  We will get to that in just a minute.

18         But this is what Winfield says about it.  It's Ra.

19  He do -- we listen to him.  It ain't just me.  Other people

20  around us.  They listen to him.  If he say no, it's no.  If he

21  says yes, it's yes.

22         It's like he boss.  We got to listen to the boss

23  basically.  That's just the way I'm putting it but it's paying

24  homey.  He's the boss.  We eating off him.  Like he providing

25  stuff for us and fair play, part of that you don't want to be

1    on his bad side basically.

2           They are eating off him.  He's giving them work,

3    their business.  These folks aren't holding down regular jobs

4    and fair play, some clarity to the extent there is any on the

5    street, some places where you can sell, some places where you

6    can conduct this criminal business.  That's what the boss

7    provides.  That's the boss.

8           (Continued on next page.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1   (CONTINUING)

2           MR. NITZE:  Remember the evidence you heard and here

3   again, this is not conduct that is charged as a separate

4   offense or as a Racketeering Act, but it is relevant for the

5   way this enterprise functions and the relationships of trust

6   and respect that these people have.

7           This shooting of Jarel Moore.  This is the guy,

8   Vincent Winfield gets a tip that he can rob this guy, he

9   throws his keys, there's some little ruse and he goes and he

10  robs from him, he steals from him and it turns out he's

11  connected to people in Fort Greene and he gets in trouble.

12  And Herron is like, what are you doing robbing someone when

13  you don't know who they are and now I've got to deal with this

14  problem.

15          And Winfield explains Jarel Moore told me about

16  this, that I could do it and Herron says well, that's not how

17  things work and now I've got to settle it.  And he calls the

18  people in Fort Greene and he basically puts it on Jarel Moore

19  and he says how do you want him; do you want us to kill him or

20  do you want us to tie him up and get him to you so you can do

21  what you want to do.  They decide they're going deliver Moore

22  to Fort Greene and this is where you have the testimony about

23  them cleaning out the Navigator, duct-taping the back so we're

24  not going to have hair fibers or blood or whatever other mess

25  you might have when you tie somebody up to deliver them.  This

1   is, by the way, 1881 in the transcript is near where this is.

2   1878 and 79 is where Herron gets upset that this has happened.

3           And so you've good D-Wild and Moose and Dick and

4   this guy Jarel Moore in the car and they give Jarel Moore an

5   empty gun so that he thinks that the ruse is that we're all

6   going to Fort Greene together to talk it over with the

7   Fort Greene guys.  Of course that's not what's going to

8   happen.  He gets wind of it because Winfield gets out to pee

9   next to the fence and D-Block comes out and does something

10  clumsy and approaches him.  Remember Winfield testifying about

11  this?  He's like what are you doing, get back in the car.  And

12  anyway, Jarel Moore takes off and Winfield shoots at him and

13  the one gun jams, and he shoots at him again, and he hits him.

14          He goes to the hospital and the police see him in

15  the hospital and he doesn't want to talk to them because he's

16  maybe got other things going on that he doesn't feel like

17  sharing with the police.  And this is all corroborated and I'm

18  going to be hitting on this theme, this point a lot, but you

19  had Mr. Broesche who came with his -- he lives in the

20  neighborhood.  He happened to see the black SUV coming out by

21  the Gowanus after he hears these shots.

22          There's a little back and forth about well, didn't

23  he say it was a medium-sized SUV or was it a large, black SUV?

24  And I submit that doesn't matter because this guy is just

25  saying what he saw.  It completely corroborates what you know

1    from Winfield happened, which is that a dark SUV Navigator

2    comes bolting out of there when Jarel Moore is not taken down.

3         You had Detective Meischner from the NYPD.  He went

4    and interviewed Jarel Moore and he tells Meischner I'm not

5    talking to you.  You have a stipulation, 1316-ST, which says

6    that on September 24th, 2008, while Jarel Moore is at the

7    parole office, this guy is on parole, the parole officer sees

8    the black Lincoln Navigator and she calls the police.  And

9    that stipulation also explains that the Navigator is in the

10   name of Halima Whelless.  You know who that is, that's Ronald

11   Herron's girlfriend.

12        Angel told you about that Navigator.  He's kidnapped

13   in it.  Dip Set told you about it, they keep masks and a bag

14   of guns in the back of it.  Feo tells you about it.  They use

15   it to drive after the Russo homicide to Diane Flowers where

16   they ditched the gun.  And Halima Whelless, in whose name this

17   car is registered, also in that stipulation is putting money

18   in the defendant's account, visits him 14 times at Rikers

19   Island, she is tied to him.  That is Ronald Herron at the helm

20   of his enterprise.

21        Here is a video clip, one of the documentary-style

22   videos that shows him talking about this, surveying his

23   terrain.  And just to be clear about this point, which I will

24   come back to when I talk about the Defense case a bit.  The

25   videos that were filmed to promote his rap career, the rap

1  music, that is not on trial here.  You have overwhelming proof

2  beyond a reasonable doubt without those clips, but they are

3  telling because the way this defendant is trying to promote

4  himself is as the authentic guy from the street.  And he talks

5  about what he's done and you know it's about what he's done

6  because it matches up with the other testimony that you heard.

7         You're not going to hear an argument from us because

8  it's not the argument that's being made to you and it's not

9  the point of this evidence that somehow this is generally

10  violent and offensive stuff and so, that's a problem for the

11  defendant.  No.  It's specific, very specific things that he

12  is saying to promote himself.  And just because he happens to

13  be using it to promote his career doesn't give him a pass for

14  trying to exploit his crimes to make a name for himself.

15         You will evaluate the videos for yourselves just

16  like you will evaluate every other piece of evidence.  That's

17  your job, but it is telling.

18         (Video plays.)  (Video stops.)

19         MR. NITZE:  It's not my hood like I'm from this

20  hood, it's my hood.  I'm around surveying my terrain.

21         You heard from Dip Set Winfield about that, that's

22  actually what he would do, drive around make sure his people

23  are in place.  So the defendant conducted and participated in

24  the conduct of the affairs of the enterprise.  That much is

25  very, very clear, it's his enterprise.  That leaves the fifth

1  element.

2          Did he, in the conduct of the affairs of the

3  enterprise, commit a pattern of racketeering activity?  And

4  that's at least two of the charged Racketeering Acts committed

5  in the service of his enterprise.  And this is just the way

6  this RICO or racketeering statute works.  You're going to have

7  instruction on it, clear instruction from the Judge.

8          But basically, the indictment charges a set of

9  crimes:  Conspiracy to distribute crack cocaine, the murder of

10  Frederick Brooks, the robbery of Joseph Garcia that I just

11  talked about.  The conspiracy to distribute heroin, the murder

12  of Richard Russo.  Murder and attempted murder of Kendale

13  Robinson, that's Smurf, and conspiracy to murder and the

14  murder of Victor Zapata and you, in order to complete -- to

15  find him guilty of racketeering on this fifth element, you all

16  have to unanimously agree on at least two of those, that two

17  of those were committed by the defendant.

18          And now, because the crime of racketeering is the

19  commission of the series, the pattern of acts for the

20  enterprise, that is the conduct that's criminalized, the

21  underlying crimes can also be charged and are in this case

22  charged as their own offenses, separate offenses.  All of them

23  except for the Smurf, attempted murder of Kendale Robinson,

24  Smurf.

25          So, what I'm going to do is I'm going hold off on

1   checking the box on this last element because I'm going talk

2   briefly about Smurf because that's the only one of these

3   Racketeering Acts that's not also its own crime.  And then I'm

4   going to get to the others as I walk you through the remaining

5   counts of the indictment and I'll circle back to this.  But

6   once I am through, you will see that the all of these have

7   been committed and that will complete the racketeering

8   offense.

9           So, just to start with, Smurf, Kendale Robinson.

10  Again, that's the man who is doing prison for the rest of his

11  life because he murdered a witness.  You saw him testify and

12  it's for you, part of your job in evaluating the credibility

13  of witnesses is to see how their stories check out, how they

14  match up to other evidence, but also the witness stand is

15  right there near you for a reason; so you can eyeball him and

16  see what you think and I submit he laughed when he was asked

17  about the murder of a witness.

18          A conspiracy is an agreement to commit a murder, an

19  attempt is taking steps toward committing it although it isn't

20  necessarily finished and that was the case here.  He got shot

21  several times but didn't actually die; clearly, he was here in

22  the flesh.  Vincent Winfield told that you there were problems

23  with Kendale Robinson and the crew in Gowanus.  There was this

24  Wyckoff-Gowanus tension that you heard about in various

25  iterations throughout the course of the trial.  This was the

1    testimony you heard about Smurf hitting Winfield's godbrother

2    and Herron debting the beef and I'm not going revisit all the

3    details of that back and forth.  You can find the testimony on

4    this beef begins at 1835 in the transcript or you can just ask

5    for it if you want to see testimony about Smurf.  But

6    essentially, he starts shooting up the area and Herron steps

7    in to debt the beef and when that doesn't work because

8    Mr. Robinson has a temper problem or something, we don't know

9    exactly why he comes back and it escalates some more, and

10   Winfield, he threatens to kill Herron.  He makes threats and

11   Winfield, Dip Set goes to Herron and says we've got this

12   problem.  Didn't work, we still have all this problem.

13           And as he explained at 1854 in the transcript, I

14   can't just take it on my own hand and just dictate something

15   on my own if at the end of day I'm under him.

16           You know that's true because you heard it from lots

17   of people.  And so, Herron says he's got to go.  We've got to

18   get rid of this problem and they go hunting for Smurf, hunting

19   for Kendale Robinson.  And eventually they find him and shoot

20   him.  Dip Set shoots him and you have testimony from Crystal

21   Lewis, by the way, you have testimony corroborating that, she

22   sees Dip Set running by with a gun and hears the shots on the

23   day that Smurf is shot.

24           But the most powerful corroboration of this story is

25   the time when they get into the Navigator with the guns and

1   the masks and they go up to what they think is Smurf's mom's

2   place to find him, and Winfield told you about this, they get

3   that kid outside the door to knock, they think the woman is

4   going to know him and open the door and they bust in and

5   there's a lady there with a baby and children in the

6   apartment, and they have masks and guns and they are asking

7   where is he, they're trying to find him, he's not there and

8   they leave.

9          And Winfield told you that was Herron, Moose, and

10  himself who were there.  He told you about the masks that they

11  had and the specific guns that they brought.  And the reason

12  that that is powerful testimony is because you know who the

13  woman was who lived there because she testified in court.

14  That's Yahadin Holloway.  Chyna.  She's not a cooperating

15  witness.  She didn't want to be here, I submit you could tell,

16  she was here under subpoena.  And she was in the apartment.

17  And what did she tell you?  Three guys came in with masks and

18  guns and one was tall, one was medium-sized with dreadlocks

19  coming out the back and one was smaller.  And they all had

20  guns and they said they're looking for Kendale Robinson.

21         Now, who do you think was tall, medium and small?

22  Just like Winfield told you it's tall, it's medium, this is

23  from Government's Exhibit 13, this is Moose, it's not that

24  clear but he's the with one with dreadlocks out the back.

25  Medium, you've seen pictures of Moose you know what he looks

1  like.  And you saw Winfield on the stand, smaller.

2          And there's more because Holloway testified that she

3  told her friend Crystal Lewis about this and said she was

4  freaked out about what had happened and Crystal Lewis

5  explained that Holloway, Chyna, Holloway had come to her

6  hysterical crying and that afterwards she went to Moose and

7  asked Moose did you go up there.  And what did Moose do?  He

8  laughed.  He didn't say no, didn't say what are you talking

9  about.  He laughed.

10         Now, the Defense is trying, it seems, to make this

11 look like a personal beef.  This is Winfield and Kendale

12 Robinson, this doesn't have anything to do with Ronald Herron.

13 Has to do with the godbrother, somebody dancing with

14 somebody's girlfriend this morning.  That's nonsense and you

15 know it is because he's in a mask with a gun in somebody's

16 house looking for him.  Why?  Because it matters to him and

17 because he says what goes.

18         I'm going say more about the testimony of

19 cooperating witnesses later and about corroboration, but

20 that's what corroboration is.  You have testimony from

21 Winfield but you have Chyna testifying.  She has no dog in

22 this fight.  She's in here to say what she saw.  She's not

23 naming who it was, but it matches what you heard from the

24 cooperators and he couldn't know that she was going to come

25 and say that.

1          And another bit of corroboration.  Winfield told you

2    that he had a nine, that Moose has a 45, I'm talking about the

3    calibers, a .9-millimeter, 45, and that Herron had a Glock 40.

4    Well, you know that Herron has a nine because he was arrested

5    with that.  That's this one.  And you know that Moose, at

6    least sometimes uses a 45, because he got arrested with one,

7    that's this one.  And you know that Herron sometimes uses a 40

8    because Herron, as we'll talk about in a minute, murdered

9    Victor Zapata with a 40-caliber and the 40-caliber shell

10   casings were all over the Wyckoff parking lot.  That's also

11   corroboration.  So, that's Racketeering Act 6, the attempted

12   murder of Kendale Robinson and that is proved beyond a

13   reasonable doubt by the evidence I just described.

14         Okay.  The second count is racketeering conspiracy

15   and I'm not going to spend a lot of time on this but

16   essentially if you find the enterprise and all the substantive

17   racketeering crime I described to you proved, well then

18   there's if you conspire to commit that crime, basically that

19   he conspires with another person to participate through a

20   pattern of activity, this racketeering activity, then this is

21   proven.  You will have detailed instructions on it.  Of

22   course, there are agreements which is what conspiracy is.

23   This is not drafting contracts or formal agreements.  There's

24   not a file about this.  It just means you talk on the phone,

25   you say let's do it, you ride around in a car, you hang out in

1   the 'hood, you make the agreements to do these things and they

2   can't happen without that because these are elaborate

3   multi-person crimes that are committed.  So, that one is

4   proven.

5            Now, Count 3, conspiracy to distribute crack cocaine

6   which is also charged as one of the Racketeering Acts.

7            This count focuses on the crack dealing operation.

8   It's Racketeering Act 1 and worth knowing what the defendant

9   concedes, don't want to spend a lot of time going through the

10  early years but this conspiracy runs from '98 to 2010 and you

11  have the defendant's concession that is he's selling crack

12  cocaine in the projects in Gowanus during that period I talked

13  about earlier from '98 to 2001.  He's arrested with crack

14  cocaine in the stash house that Saquan Wallace provides, he

15  pled guilty to that being his crack cocaine.  There's a

16  stipulation about that.

17           He goes to prison and, as I just went through

18  before, he's keeping this operation up and running while he's

19  in prison.  It's a set-back.  It's a pause.  And then he comes

20  back and it continues in earnest.  And then you have Operation

21  Trident and here again, I don't think I need to spend a lot of

22  time on it, but this is the undercover buy-and-walk operation.

23           You saw videotape of the people in apartment 7-B

24  selling hand-to-hand crack cocaine.  Verdreea Olmstead, Musa

25  Marshall, Joseph Garcia, Tyhe Walker.  You have a stipulation

1    in evidence that shows, this is one page of it, but it's

2    actually many pages and it indicates who these undercovers

3    bought from, where and what quantities they purchased the

4    cocaine.  That's 1100-ST and it's what brought all this crack

5    cocaine into evidence.

6           If you care to look at the crack cocaine that's in

7    evidence, all of this is can be -- and bear in mind, these are

8    the sales to two undercovers who stopped by to see what they

9    can do how and then to buy from these people.  It's the tip of

10   the iceberg.  They're selling crack every day in these lobbies

11   and buildings.  So, while this is a fair amount of crack

12   cocaine, it doesn't scratch the surface of what is actually

13   being pushed into these neighborhoods.

14          You heard from the people who are involved in the

15   crack cocaine conspiracy, the people who sell, you heard from

16   Joseph Garcia.  Crystal Lewis, Feo, Musa Marshall, you heard

17   from a lot of people and what they said about how this works.

18   It matches up, one witness to the other, and with what you saw

19   on tape.  You know that they got resupplied by Ronald Herron

20   who had his own supplier somewhere.  You know from Crystal

21   Lewis that when she's finished selling her 500, she gets on

22   the cell phone and she re-ups, she goes to meet him in the

23   hallway, she meets him.  Sometimes it's they meet near

24   Desiree's apartment, more on her in a bit, that's Desiree

25   Taylor.  This is the apartment the defendant basically took

1    over, painted red and kicked through his aunt's or Des's

2    aunt's stuff into the dumpster.  He had a safe there.

3            You heard from Joseph Garcia that there were other

4    apartments they would go to.  Heard from Vincent Winfield that

5    he's wheeling safes around in a grocery cart because they

6    don't want to get caught.  You have a window into this from

7    Saquan Wallace, stash houses they keep moving, they're not in

8    one place all the time, lots of telephones, lots of changing

9    numbers.  Crystal Lewis, I think on every video you saw is

10   like oh, yeah, I got to give you my new number.  You know why

11   that is.  Because they don't want to get caught.

12           You had testimony from Vincent Winfield that on one

13   trip to pick up crack cocaine from Herron's supplier he saw so

14   many bags filled with crack, each 6 by 8 inches, those are

15   large quantities of crack cocaine.  When you look at these

16   dime bags they're not, these are small little bags.  For ten

17   dollars each, you can imagine what a large brick of crack

18   cocaine would sell for.

19           You know that as part of this crack cocaine

20   conspiracy he needs to maintain control, location matters.

21   This fits in with all that I was telling you before about the

22   enterprise, but this is just one snippet from Musa Marshall's

23   direct, Ra told us it was going to be okay, if there were any

24   problems tell M-Dot.  Did you tell M-Dot?  We didn't have no

25   problems after that anymore.  This is what I was talking about

1   earlier when the folks from Wyckoff come down and Rizzle is

2   selling and there are problems maintaining control,

3   maintaining a clear lobby, maintaining their customers.  All

4   of this is part of the crack cocaine conspiracy.

5          You heard from Feo about his long days in the

6   buildings.  GIB, Tyhe.  Now, there was the hint of a

7   suggestion in the questioning from Defense Counsel that maybe

8   they're going to argue that Joseph Garcia is, in fact, the guy

9   who's running the show.  You know that's not right for a

10  number of reasons.  Not a single witness supported that

11  theory, first of all.

12         Musa Marshall said when he was asked who controlled

13  the drug dealing that it was his cousin Joseph Garcia.  But

14  you know what he meant by that.  He gets supplied by Joseph

15  Garcia but he went on to say that Garcia is supplied by Herron

16  and that was his testimony, that was just on the screen which

17  is if there's a problem, if you need to clear some people out

18  of the lobby, you get in touch with Herron's people, M-Dot,

19  and they'll take care of it.

20         You have Jo-Jo involved in hand-to-hand sales and

21  that's significant.  You heard from Detective Martello and the

22  undercovers that the way a large drug organization works, and

23  this will make sense to you if you just apply your basic

24  common sense, is that the people who have the power are not

25  out shrinking these little bags of crack cocaine.  They've got

1   other people doing it for them so they don't get caught.  Or

2   at least so they can try not to get caught.

3           Take a look at Joseph Garcia --

4           Can you play this.

5           -- outside of apartment 7-B, cluttered apartment 7-B

6   with kids crying in there sometimes and Verdreea selling crack

7   on the bed and ask yourself if it makes any sense that Joseph

8   Garcia is the guy running the show.

9           (Video plays.)

10          MR. NITZE:  Here he comes.

11          Okay, that's Joseph Garcia doing hand-to-hand with

12  the baseball hat on outside his aunt's apartment and you know

13  that that's not the guy running the show because there's all

14  these other people selling drugs who don't get it from Joseph

15  Garcia.  He testified, as did the others, about Herron being

16  the supplier of those drugs.

17          Another clip.  This is, before we play it, from one

18  of the Project Music videos and this is the scene where a

19  crackhead comes out of the lobby.  It's like she's wandered

20  into this video that they're filming and you can see her

21  turning to Ronald Herron and asking where -- she needs her

22  drugs and she wants a discount and you just watch the

23  interaction.  Watch who she's turning to, who she thinks of as

24  the person who's going get her the drugs and watch how Herron

25  handles it and interacts with Joseph Garcia and see if it

1  makes any sense at all that Joseph Garcia is, in fact, they

2  guy that's running the show.

3          Press play.

4          (Video plays.)

5          MR. NITZE:  First of all, that shit's so good it

6  looks scripted.  What does he mean by that?  It's not

7  scripted.  That's wild, that she came out, a real crackhead

8  and tried to get cocaine from me, perfect for my video, so

9  good it looked scripted.

10          But you can see, you can ask to see that again, you

11  can watch it as many as times as you like back there, that at

12  first he's kind of amused that this person comes up to him,

13  but then that's enough.  He's being hassled.  Where's your

14  stuff?  You're going to make he sober.  Where is my discount?

15  Jo-Jo, aren't you taking care of her, are you taking care of

16  her?  It's a telling clip because she wanders into that scene

17  and she's real and you can see what's going on there, you can

18  see the power dynamic.

19          Now, to finish on the cocaine conspiracy.  Desiree

20  Taylor's testimony is powerful.  This is the woman who came

21  and testified about her apartment, she had an auntie she lived

22  with, she passed away.  Herron comes and wants to have an

23  apartment there and he says he's going to talk to her about it

24  but, in fact, he shows up, and throws the stuff in the

25  garbage, paints the room red, and puts a lock and a peephole

1   and a flat screen and all that in the room?

2           And you remember her, she's had a hard go of it, I

3   think everybody could agree.  But she sees more than once

4   cocaine on the table, a shape of a gun under a cloth, Herron

5   cooking on the stove in the way that she associates with

6   cooking crack cocaine.  She sees Joseph Garcia show up with a

7   stack money and go into the room with Herron.  Why?  You know

8   why.  Because he's got his hundred and he's coming to the boss

9   to give the boss the money.  Not because he's some guy that

10  Herron knows from the neighborhood and played ball with a

11  couple times.  Because he works for Herron and it's why the

12  other people show up in that apartment and that's why he's got

13  a lock, and a peephole, and a safe.

14          So that's Racketeering Act 3 and the cocaine

15  conspiracy proven.  Overwhelmingly proven beyond a reasonable

16  doubt.

17          Count 4 is the unlawful possession of a firearm in

18  connection with that crack cocaine conspiracy.  I'm not going

19  to spend a lot time on that.  You know that in connection with

20  this crack dealing enterprise they used firearms, that Herron

21  himself used them.  He used one to shoot Frederick Brooks in

22  the face, he used one to murder Victor Zapata, one to murder

23  Richard Russo.  We've got guns on the table, three of them.

24  The one that Dip is arrested with, the one that Moose is

25  arrested with, the one in the glove compartment when the

1   defendant is arrested with M-Dot.  We'll turn to this one at

2   the end.  The guns they had when they went to Chyna's house

3   with the masks.

4          You heard about, from Crystal Lewis, about his

5   holster sometimes and others where she referred to herself as

6   that.  You heard why he wants her to have it in her purse even

7   if he's playing ball or walking to the car.  Because if the

8   police stop them A, maybe they're less likely to search

9   Crystal but B, if they do, it's not on him, he doesn't have

10  the gun.

11

12          (Continued on following page.)

13

14

15

16

17

18

19

20

21

22

23

24

25

1          MR. NITZE:  That's what you get when you are the

2     boss.  Somebody carries a gun around for you, if you want to

3     go play ball or go to your car.

4          Counts Five, Six, Seven and Eight are all related to

5     the murder of Frederick Brooks, and there's several different

6     theories of guilt here, all of them proved beyond a reasonable

7     doubt.

8          Before I get into the details of the murders, I'm

9     going to outline how those different charges work.  The first

10    is murder in aid of racketeering, and that means it's a murder

11    committed for the purpose of maintaining or advancing your

12    position in the enterprise.  You know that's why he did it.

13    Because he got some guy selling in the lobby that's not

14    supposed to be there.  This is, in fact, a murder that makes a

15    big name for him and he can carry with him as a badge of

16    honor.  He beat a body.

17         You have a drug-related murder.  That's kind of

18    self-explanatory.  You'll have instructions on it.  Count

19    Seven not a murder charge.  It's the use of a firearm in

20    connection with a murder, similar to the one I described in

21    connection with the use of a firearm in connection with drug

22    activity, for a crime of violence, which is the murder and

23    finally causing death through the use of a firearm.  Each of

24    these of different federal statutes.  They all relate to the

25    same crime.  I'm treating them all together.

1    Let's talk about the murder of Frederick Brooks.

2  This is when he takes his first irreversible steps away from

3  being a small-time guy and small-time violence, because he

4  takes the life of another human being.  He's not content to

5  work with his family in 423 Baltic.  He wants to work at Bond,

6  and in order to assert that, he has to assert his control, put

7  in his work, as they say.

8    I'm going to spend some time on the evidence that

9  shows that he shot Frederick Brooks in the face.  He shot him

10  again and again and again.

11    Darnell Saunders.  He testified on the very first

12  day of trial.  He's the guy in the lobby with him during the

13  murder of Frederick Brooks.  He's the guy who was in prison

14  for selling drugs in Sullivan County.  His girlfriend is Amber

15  Hudson, who is in the pickup truck and can see the murder

16  through the window.

17    He told you how it happened.  It's early in the

18  morning on June 16, 2001, 2:30 in the morning or so.  He's

19  there to meet Amber.  They are in the pickup truck.  He pulls

20  up in front of 198 Bond, and there is Herron, the defendant,

21  and there is Brooks, who he knows as Bishop.  Saunders also

22  knows Herron from growing up.  They went to school together.

23  You have testimony about that.

24    And there's an argument going on.  Darnell Saunders

25  is also dealing crack cocaine at this time, and he knows that

1   Herron is making his move on this lobby, and so it doesn't

2   take him long to figure out what's going on in this argument.

3   Herron doesn't want this guy there.  This is a new face.

4   Somebody new to the neighborhood.  He has family in the

5   building.

6          Unlike Darnell, who you had testimony from, his

7   family goes way back.  He probably has a little more leeway to

8   be selling there, but not this guy Frederick Brooks.

9          Darnell gets out of the truck and tries to calm

10  things down.  He tries to explain that Bishop's family lives

11  in the building.  We had testimony about he's the grandson of

12  Spoon, who lives in the building, and Herron says, I don't

13  give a fuck whose grandson he is.  He's not going to be

14  selling drugs in this building.  That's from page 731 in the

15  transcript, starting at line five.

16         Herron gets Brooks to join him in the lobby, and

17  Darnell follows, and he pleads with Herron, Don't do it.

18  Linda Pack, the older lady who lived in the building at that

19  time, who also came down, she heard the pleading for him to

20  stop and heard this defendant say, Mind your own business.

21  And then the murder happens.  He pulls his gun out of his back

22  pocket, he takes him by the neck and puts him to the mailbox

23  and shoots him in the face, and he drops and shoots him three

24  more times and he leaves.

25         There is Frederick Brooks, eighteen years old, with

1    a bullet through his face.  There's Frederick Brooks rolled

2    over after the crime scene people arrive.  The drugs from his

3    pocket.  The blood on his body from shots to the head and to

4    the neck and to the back.

5          You heard from the medical examiner -- and he can't

6    tell you, not what they do.  You heard from all the medical

7    examiners.  They can't tell you the sequence of shots.  You

8    know the sequence, because you heard more than one witness

9    testify about the shots to the face first.  That's the only

10   wound that has stippling, which you heard was like a gun

11   powder residue that means the weapon was as close as ten

12   inches, and that matches perfectly with what you heard.  Then

13   you have a shot in the neck, the back, and the back of the

14   head, which is from the picture you just saw.  It doesn't

15   matter which one of those three came in which order.  You know

16   they came after the shot to the face.

17         You can look at the medical examiner's report.  It's

18   Government's Exhibit 201 evidence.  You can ask for the

19   medical examiner report.  Darnell runs out of the building as

20   soon as he hears that first shot.  He hears the others.  He

21   gets in the truck and they leave.

22         And that day, he and his girlfriend, Amber Hudson,

23   that day go to the precinct and independently they pick out

24   Ronald Herron from the photo books.  Detective Wayne Billups,

25   long-time detective, testified about that procedure.  They

1   don't go in the same room together, and they pick him out of

2   the photo books.

3         Now, before I get to the rest of the aftermath of

4   the murder, I want to talk about Amber Hudson's testimony,

5   because it matches up with Darnell Saunders's testimony.  You

6   may remember she had a yellow ribbon in her hair, and she came

7   in and testified there, and, I submit, you can see how scared

8   she was sitting on that witness stand.  That's for you to

9   determine, demeanor and how these witnesses are as they

10  testify.  She's a civilian witness.  She testified under

11  subpoena.  She's got no deal.

12        There are a few things she didn't remember, you may

13  recall, if she was inside the truck or outside the truck, and

14  which corner they went around.  And that makes sense, because

15  it's thirteen years ago.  She remembers seeing a guy, that

16  man, shooting Brooks in the face while her boyfriend, eventual

17  father of her child, is standing there next to him.

18        Now, just briefly in case you are wondering whether

19  she could actually see through that window.  As you may have

20  gathered, that was the point of Detective Martello standing

21  behind the witness chair.  And I walked through that doorway,

22  and there's a stipulation now in evidence that said it's

23  sixty-six feet from the lobby window to the curb, and I put

24  myself -- there's testimony in the record about it --

25  sixty-six feet through there, lights on in here, some light in

1    there, and Detective Martello testified that he can see me

2    waving perfectly fine.  He can see who I am.

3              That window is, I don't know, half the size of the

4    window in the lobby door.  That's also in the stipulation, the

5    dimensions of that window.  And you may have had the

6    experience of driving home at night or past houses at night

7    with lights on inside.  It is easier, not harder, to see into

8    a lit window when it is dark outside.  The light illuminated

9    what is through the window, and you are in the darkness, and

10   it's 2:30 in the morning, and you have a testimony about a

11   lobby light.  And more on that.  This is the lobby, and, your

12   Honor, if I could have the lights dimmed just for this point?

13             There are these posters here on the wall.  Now, this

14   is the door is over here, the mailboxes are here, and you've

15   got these posters on the wall, and you look.  There's a dark

16   bar on the top of this one on the right, and there's some dark

17   boxes on this third one over here.  And this is a shot taken

18   by the crime scene folks from the curb, and it might look like

19   this is blocking the window, but actually, if you look, and

20   you can take this exhibit, we have the glossy photographs that

21   you can look at, there are the dark on that one poster.  This

22   here has dark on the top of the other poster.

23             What you are seeing through that window there is the

24   far wall through the lobby.  I submit to you -- this is where

25   I get to what I submit to you.

1          You also have Detective Billups, who, as he was

2     investigating the case, he heard from Amber Hudson that she

3     seen it through the window, and he testified he went to check

4     it out for himself.  He went out there, and he testified, yes,

5     you can see through the window.

6          Take all of that together, and I submit there's no

7     question that Amber Hudson could see through that window,

8     especially because she's watching the whole thing.  Darnell

9     Saunders is a larger man and not tall, and Ronald Herron is

10    tall, and she sees them go into the lobby.  So, she has these

11    two people, one of them she knows very well, in her sight as

12    they enter and then she watches the murder.

13          Darnell Saunders is also corroborated by Linda Pack.

14    I just mentioned her.  She hears the voices.  She recognizes

15    Raheem, as she calls the defendant.  She knows him from the

16    neighborhood, and she knows Darnell.

17          There was some confusion in her testimony.  You can

18    read it.  There was the janitor's closet.  There was some

19    cross-examination about a door.  There's more than one

20    stairwell.  But she doesn't have a deal, and she says that she

21    heard Darnell telling Raheem, Don't do that, man.  I know his

22    family.  And Raheem responded, Mind your business.  She hears

23    the shot and she bolts.

24          She goes up to her apartment and looks out her

25    window and sees the defendant walking out, walking.  And that

1   timing makes sense, because you know that Darnell Saunders
2   left after the first shot.  So, if Pack runs and Saunders is
3   out behind her, you have testimony about him coming out of the
4   back door.  By the time she gets upstairs, Herron, who has
5   finished shooting before, is walking out, smart walking, not
6   running, and she sees him coming out.

7           And you have the crime scene sketch here, which
8   shows these two stairs, what she testified about.  She comes
9   down here at first, and then she testified that you can come
10  to the second floor and go over here and wind up here, looking
11  into the lobby.

12          Now, she mentioned seeing Lydia and her cousin.  You
13  may have remembered there's this moment at the end where she
14  said she saw somebody else there.  You have from Rafael
15  Gonzalez where Lydia lives, and it's over here, and -- you
16  could infer that she comes down here first, where she said she
17  did.  And saw Lydia there, and even while she's here, she can
18  see across to Lydia here, which anybody here would not be
19  seeing, especially if they are facing the mailboxes where the
20  murder occurred.

21          You can look at this sketch.  You can compare it to
22  her testimony.  As I say and I said it many times, all
23  evidence is available to you.  She winds up here.

24          This next photograph shows the view of this door,
25  and this is the back stairway where Darnell runs out back to

1   the truck on Bond Street.  You have the map that shows that.
2   So, this is the view of the doorway where she comes down, and
3   she says she sees them in the lobby and takes off.
4           Rafael Gonzalez saw it from a different vantage
5   point altogether, and that provides corroboration.  He's
6   outside.  Gonzalez is trying to make a good impression on
7   Herron at this point, considers him an older brother.  One
8   night, Herron appears to him out of nowhere.  There's
9   testimony that somebody says, There goes your father.  People
10  refer to him as "your father," sort of teasing him, because
11  he's so in a thrall of this guy.
12          He hears shots, and what does he say he sees?
13  Darnell Saunders running out yelling, This guy's crazy, this
14  guy's crazy, and Amber Hudson screaming in the pickup truck,
15  and they take off.
16          Rafael Gonzalez, there's no evidence in the record
17  to suggest that Rafael Gonzalez and Amber Hudson have somehow
18  put this together.  Rafael Gonzalez on Darnell Saunders:  The
19  reason it fits together is because they are testifying about
20  what they saw and it matches up.
21          Saquan Wallace has also provided corroboration of
22  the aftermath of the murder.  You've got Herron coming to him
23  and saying he needs muscle, the kind that Wallace was ready to
24  provide, and that he needs to take care of this guy Fred, that
25  Frederick Brooks.

1           And instead, Wallace says, Sure, I'll do it, I'll
2     kill him.  Knock his block off, I believe it was, knock his
3     head off.  And then Herron does it himself.

4           And then he comes back and says he needs a different
5     kind of help.  He needs a gun, first of all, and a place to
6     lay low.  He gets a .38 revolver, and he gets to apartment 7C.
7     Saquan Wallace told you all of that.  You know it's true,
8     because the police showed up, and what do they find?  He's in
9     Apartment 7C, and there's a .38 revolver.

10          Now, Saquan Wallace described that apartment to you.
11    You can pull his testimony, and there's in, by stipulation, a
12    diagram of the apartment that the police made afterwards, and
13    it's the same.  Saquan Wallace knows what that apartment is,
14    because it's his stash house, like he said it was.

15          A little more on the Brooks murder on obstruction.
16    You heard that when Herron was arrested, Darnell and Amber
17    were rushed to do the lineup.  Again, Detective Billups
18    testified about the lineup procedures.  They find people who
19    look similar, and they picked him out of this lineup, and he's
20    charged with murder.

21          Darnell Saunders gets a phone call in the park,
22    Herron on the line.  O gives the phone, and Herron says, Why
23    are you snitching on me.

24          There's another time he hears gunshots he thinks are
25    for him and his son, and he leaves and hasn't been back since.

1   He goes to the Bronx with Amber Hudson, and the state murder

2   trial is approaching, and he finds them again and calls them

3   again.  There's testimony in the record about this, and they

4   refuse to testify.  They won't do it.

5            And you had important testimony from the Assistant

6   District Attorney Karen Bennett about what she heard and saw

7   when she comes down there.  They are having a material witness

8   hearing to see what's going on with these witnesses who won't

9   testify.

10           And what does Darnell Saunders do?  This was

11  admitted for a limited purpose, which is to show the state of

12  mind of Darnell Saunders.  What was his state of mind?  He was

13  weeping and saying, I have a family, and I won't do it.  I

14  won't be looking over my shoulder the rest of my life.

15  Crying.  Why?  Because he's scared of the man who shot

16  Frederick Brooks in the face, and he's not going to take a

17  chance.  That's the transcript at 1185.  I can't live the rest

18  of my life looking over my shoulder and getting shot at with

19  my son.  You have to understand, I have a family.  I have a

20  family.  I can't testify.  I have a family.  And he's crying.

21           The trial comes and goes, and the defendant gets

22  away with murder.

23           Now, I suspect there may be some attack on

24  Mr. Saunders's credibility.  I submit the interlocking

25  testimony that I have just described, in addition to the fact

1  that this man is in the courthouse weeping with fear for his

2  family, his demeanor on the witness stand, all of those things

3  show that he told you what he saw, and that Darnell Saunders

4  didn't shoot Frederick Brooks in the face.  He told you why

5  it's different this time.  Why he was there in the chair.  I'm

6  a little older now.  I have a family of my own.  I have four

7  daughters, and I need some closure to my life.  I've been

8  holding onto this for like thirteen years.  You know what I am

9  saying?  So it was like it's a little burden off my shoulders.

10 Also, if something was to happen to my daughters, I would want

11 justice.  Transcript 739.

12         He would want justice.  And that's why we're here.

13 This time was different.  This time, Darnell Saunders sat in

14 that chair, federal court, and testified, and Amber Hudson sat

15 in that chair in federal court and she testified.

16         Saquan Wallace, Rafael Gonzalez, they testified that

17 the defendant murdered Frederick Brooks and shot him in the

18 face, in the back, in the neck, he left him on that floor to

19 die, and got away with it.  He's guilty of that murder.  He's

20 guilty of Counts Five, Six, Seven and Eight and Racketeering

21 Act Two.

22         Counts Nine and Ten charge robbery of narcotics

23 proceeds and the use of a firearm in connection with that

24 robbery.  This is the Joseph Garcia robbery.  I already told

25 you about that.  You have heard testimony from Joseph Garcia

1    about that robbery.  It's corroborated, and fits completely

2    with the other testimony you've heard about, how the defendant

3    reasserted his control over this project, these housing

4    developments, his crack cocaine business, when he came out of

5    prison.

6            It's corroborated by Crystal Lewis, who explained

7    that's how he asserted control.  It's corroborated by Vincent

8    Winfield, who explained that's how he took control.  By China.

9    By Saquan Wallace.  Guns, fear, control.  You have evidence to

10   show that, Counts Nine and Ten.  The defendant is guilty of

11   Counts Nine and Ten, and that's also Racketeering Act Three.

12   The heroin conspiracy, this count alleges a heroin conspiracy

13   covering most of the calendar year of 2008 and goes into

14   December of 2008.  There was less testimony on this.  It was

15   not the heart of his drug dealing, clearly.  Crack cocaine is

16   the core of Ronald Herron's drug dealing enterprise.

17           You have testimony from Crystal Lewis that she sold

18   heroin she got from Moose in 2008 -- that's at 2333 -- and

19   Angel Figueroa, who was kidnapped by the defendant, so he

20   could be put to work paying back his debt, was given heroin to

21   sell, not so he could make any money for himself, but so he

22   can pay back Ronald Herron, and he was arrested with heroin.

23           You don't have to have a huge, massive drug-dealing

24   operation to be guilty of a conspiracy to distribute drugs,

25   although you do have that with respect to crack cocaine.  You

1  have to have an agreement with others to distribute heroin,

2  and that's what you have here in 2008.  That's Counts Nine and

3  Ten -- excuse me.  That's Count Eleven, and Racketeering Act

4  Four.

5          Now, we get to the murder of Richard Russo.  Here

6  again, it's charged in several different ways.  This is Counts

7  Twelve, Thirteen, Fourteen and Fifteen.  Just like the Brooks

8  murder.  I'm not going to go through all those different

9  forms.  It's a murder in aid of racketeering.  It's a

10  drug-related murder.  It's a murder committed with a firearm.

11  And there's a firearm count, not a murder count, but a

12  separate firearm count, which is using a firearm in connection

13  with the murder.

14          Feo Gonzalez told you that the defendant's violence

15  continued after Brooks and after he came back, and there's

16  this guy Richard Russo who ends up in the lobby of 423 Baltic

17  and he's not falling in line, and he's saying he's not scared

18  of the defendant, and he doesn't really see what the big deal

19  is with this guy.  He's a talker.  He's a drunk.  He's a

20  junkie.  You know he's a junkie from the substances, several

21  of them found in his blood in the toxicology report.  And you

22  know he has a big mouth because of what happened to him.

23          Gonzalez told you that he knew of Russo before he

24  first saw him that spring in 2008.  He heard that his brother

25  got into an argument with him about the stereo, you may

1   remember.  The volume was too loud.  It's a bit of a sideshow.

2   It's obviously not why he died.  But you know something about

3   him.

4           Gonzalez comes back and he sees him, and he's still

5   talking about -- he's talking about Herron.  You know your're

6   man.  And Feo Gonzalez says, I'm like, Who you talking about?

7   He was like the big dude, Ra.  Every time you come around

8   here, people act like they are scared of him.  If he confronts

9   me one day or crosses the line, I'm going to kill him.  That's

10  what he said about Ronald Herron.  He walks to Tyhe Walker,

11  GIB and says, I'm going to get a gun.  I want to shoot him,

12  kick him out of the building.  Not kill him.

13          Tyhe Walker says, Be cool, don't do that.  A couple

14  of days later, Russo brings it up again and says, I'll kill

15  him.  Gonzalez, speaking from experience, says, You can't talk

16  like that.  You're going to get yourself into trouble talking

17  like that.

18          Of course, that's what happens.  The morning of the

19  murder, you've got maybe a fairly typical morning for these

20  folks who are selling crack cocaine.  They are in the lobby.

21  They are high.  They have been up all night.  They are selling

22  crack.  They are getting calls to leave and coming and going

23  and they are drinking.  And Herron shows up.

24          Joseph Garcia testifies that he also sees Russo and

25  Gonzalez hanging out in the building not long before the

1  murder.  Then he goes back upstairs.  Having seen Herron,

2  Russo turns to Feo and says, There goes your man.

3         And as Herron comes into the building, he talks to

4  Gonzalez, and he doesn't know exactly what's going to happen,

5  Gonzalez, but they go into the elevator.  Herron takes him

6  into the elevator and tells Russo to go into the elevator, and

7  that's where the murder happens.  And you have detailed

8  testimony from Rafael Gonzalez about the murder of Richard

9  Russo.  He is shot in the head, crumbles to the floor of the

10 elevator, and he dies on the elevator floor.

11        Gonzalez turns to see what happens, and the

12 testimony, Ra Diggs with his eyes wide open, like he seen a

13 ghost, like you see the devil in him.  And Gonzalez turns to

14 his left and he sees that.  He sees Richard Russo with a

15 bullet in his head and blood coming out onto the elevator

16 floor.

17        Gonzalez is trying to figure out how -- he's

18 worried, first of all, that he's in trouble, because he didn't

19 report this sooner.  You heard his testimony about what he

20 does.  He takes the gun, they drive away to get rid of the

21 murder weapon.  They get in the Lincoln Navigator.  Herron

22 stops off at Subway, so Herron can have a sandwich, and they

23 go to Flatbush to a woman's house that Gonzalez didn't know,

24 but who you know is Diane Flowers.  They get rid of the gun.

25 It's on Caton Avenue.  She takes the gun from Gonzalez and

1    wraps it in cloth.  Herron washes his hands in the sink.  He

2    leaves the Navigator and he gets into Diane Flowers's car, and

3    that is important, because -- I'll get to that in a moment.

4              Now, let's talk about corroboration of Rafael

5    Gonzalez.  This is the story about the Brooks murder, matches

6    up with independent evidence, as I just said.  Amber Hudson

7    screaming about the pickup truck.

8              From the Brooks homicide, also, he talks about that

9    stash house 130 3rd Third Avenue.  He goes there to get drugs,

10   selling crack.  That matches up with Saquan Wallace.

11             Now, we're on Richard Russo, and there's testimony

12   about how the murder happens.  Matches up with the medical

13   examiner.  That's Dr. Sharlet.  She's from Haiti.  She had a

14   little accent.  You may remember her.  Her medical examiner

15   report is in evidence.

16             Russo's blood had alcohol and narcotics, just like

17   Gonzalez told you.  He described how the elevator, the blood

18   was in the elevator.  He doesn't have the crime scene photos.

19   That's exactly how the body was.

20             And then Diane Flowers, you learned from Winfield,

21   which Gonzalez couldn't have known, they go to her house to

22   pick up a bag full of guns, including the .22 caliber Lorcin.

23   There's testimony from Winfield about that.

24             You have phone data.  Remember the phone, what

25   Special Agent Perry told you.  I'm going to be coming back to

1  him with pictures of the Zapata murder.  You can pull his

2  testimony, his report that's in evidence.  And those repoll

3  numbers you remember.  There's a repole, and there's a way to

4  narrow down the numbers.

5          Zapata number, you have a much more specific area.

6  Even just the repole numbers, which is a collection of these

7  towers, indicates that Herron's number goes from the Gowanus

8  repole 272 to 18.  That's the repole that covers Caton Avenue,

9  that matches up with the Flowers address.

10         How could Gonzalez possibly, if he's inventing that

11 story, how could he know the phone records are going to line

12 up with it?

13         And perhaps most fortuitous in terms of

14 corroborating his testimony, he says they go out there, they

15 swap cars, and that Ronald Herron leaves in Diane Flowers'

16 car, and leaves his Navigator there.  That's Gonzalez's

17 testimony.

18         Well, it turns out Ronald Herron rear-ends somebody

19 on Fourth Avenue and Baltic Street, he in Diana Flowers' car

20 the day after the Richard Russo murder.  How could Gonzalez

21 possibly know that?  He's not in the car when that happens.

22 You have the insurance records that show it.  Look at Exhibit

23 120-ST, that's the insurance stipulation, and the insurance

24 paperwork that comes in as 1301.  He couldn't guess what that

25 paperwork says.  He couldn't know that that accident happened.

1   It's there in black and white.  Ronald Herron is alone in

2   Diana Flowers' car the day after the murder.

3            Joseph Garcia -- this is another little point of

4   corroboration -- Joseph Garcia goes upstairs after he heard

5   the shot.  He tells you the next day he got a call, there's

6   testimony about this, he got a call from Ronald Herron.  You

7   might think if Herron was not involved in that murder, a

8   murder of someone right in the elevator of the lobby where his

9   drug-dealing business goes on, he would be upset, because

10  that's going to bring a lot of heat, police, crime scene

11  people, detectives, people knocking on doors, all of which

12  happened.

13           Garcia told you, the law enforcement officers told

14  you.  But he said he got a call from Ronald Herron, in which

15  the defendant said, You don't need to worry about moving the

16  drugs.  There's going to be a lot of heat.  Just basically

17  stay cool now, that his tone was calm.  That's in the record,

18  that testimony.  Why is his tone calm?  His tone is calm

19  because he knows what happened, because he did it, and he's

20  just saying, Sit tight, folks with my crack until the heat

21  goes down, and then we'll start again.

22           And the phone records for May 10, 2008, this is

23  Government's Exhibit 600, which is an awful lot of phone

24  records, but you can ask for it and find this one, that's

25  Ronald Herron's phone number calling Joseph Garcia's phone

1  number on May 10, 2008 at 1:39 in the afternoon, the day after

2  the murder.

3          Just like Joseph Garcia said, we don't have a

4  wiretap.  You can't hear that phone call.  But that

5  corroborates what Joseph Garcia told you.  That is the murder

6  of Richard Russo, and it's proven beyond a reasonable doubt.

7  All of that interlocking evidence shows you that it is so.

8          (Continued on next page.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          MR. NITZE:   (Continuing.)

2          Counts 11, 12, 13, 14 and 15, racketeering act five,

3   are therefore proven to you beyond a reasonable doubt.

4          Counts 16 through 20 are the murder of Victor

5   Zapata.  He's charged with a conspiracy to murder Zapata, in

6   November 2008 until September 2009, and with the September 27,

7   2009 murder of Zapata, who is known as Macho from Wyckoff

8   Gardens.  Macho, this is him without the skull showing from

9   when he was shot in the forehead.

10         Here again, conspiracy I mentioned to you and the

11  other counts are murder in aid of racketeering, the firearm

12  related murder, drug related murder.  You'll have instructions

13  on how that all that works.  But you know this is a drug

14  related murder because of the testimony you heard about Macho.

15         Here you learn that on November 9, 2008, Moose was

16  shot in Wyckoff Gardens.  You heard a fair amount about this

17  shooting.  Moose goes up there.  He ends up injured.  They go

18  to Lutheran Hospital and Herron wants revenge.  His guy got

19  shot.  They are going to go after these people.

20         Manny and Macho at one time were part of his crew.

21  There is testimony about them selling crack for him in

22  Wyckoff.  They could be on this board for a period of the

23  enterprise but as you will be instructed, the personnel

24  changes.  There are beefs on the street.  People get angry

25  with each other.  They are jockeying for territory.

1        At this point they shoot Moose.  By the way, you

2   know why Moose goes up there?  Because you have testimony from

3   Crystal Lewis that Manny and Macho tell her enough.  It's here

4   or there.  Wyckoff or Gowanus.  And Lewis doesn't like that.

5   She is upset about it.  It's her birthday.  You will remember

6   the testimony.  And Moose, who is a friend of Lewis,

7   confederate of Lewis, both working for Herron, goes to see

8   her.  He finds out.  He doesn't like that.  So he goes to see

9   them and he gets shot.  You know he is shot.  You see him in

10  the hospital.  I will show you the video in a moment.

11  Obviously, they are hunting for this guy.  I am going to get

12  to the hunt.

13        Let's watch this video.

14        Here they're in the hospital.  There is Cakes, there

15  is the defendant, and here is what happens.

16        (Video plays.)

17        There is Moose, shot in the hospital and that's an

18  extraordinary thing to see in many ways, I submit.  But not

19  the sort of video you see every day, I submit.  But it's real.

20  It was filmed.  That's Moose in the hospital.  They are

21  laughing a little bit but it's not a joke.  Because you know

22  what happens.

23        The defendant said something about he's just

24  ad-libbing.  That doesn't make any sense.  The defendant is

25  supposed to be this reformed music rap artist trying to turn

1  over a new leaf and bring something positive to the

2  neighborhood and he's in here joking about putting someone a

3  cemetery after someone got shot?  Frank Boys in the building,

4  that's code for Murderous Mad Dawgs.  You heard that.  It is

5  on that sheet that I showed you before with the lineup.

6          See you soon in a cemetery near you.  And then they

7  hunt.  They hunt for him.  And Crystal Lewis told you that she

8  texts when she sees them and Jo-Jo told you that there is a

9  time when Cakes and Ra go up there and come back and Herron

10 says, I'm going to find him one of these days.  Jo-Jo doesn't

11 know who he is talking about but he has an idea.  It's in the

12 testimony.

13         Months go by.  They are trying to find -- he's

14 trying to find a time to do this.

15         On October 7, 2008, the defendant is stopped by

16 Officer Ouk.  He is wearing a bulletproof vest.  Who wears a

17 bulletproof vest?  Somebody who is in the middle of a beef,

18 that's who.  Winfield wears bulletproof vests.  Officer Ouk

19 said the only times he's ever stopped somebody with a

20 bulletproof vest are the times when it happened in connection

21 with this case, and one of them was when Herron had the

22 bulletproof vest on.

23         On December 21, 2008, they are looking for Macho and

24 Manny.  They are both wearing vests.  Herron has the Glock 40

25 in the glove box.  Somebody calls the police.  They are

1    looking for -- the cops are looking for them.  They are in a

2    tan Acura this time.  By the way, there are a lot of vehicles,

3    a lot expensive vehicles that you heard about in this trial.

4          Winfield jumps out of the passenger seat and he runs

5    and he throws a gun in the process.  Officer Ouk arrests him.

6    That's when Winfield is caught.  That's when he goes away.

7    That's when he's got this gun, the Lorcin, the 22.

8          Officer Ouk told you he recognized Herron because

9    he'd stopped him before wearing bulletproof armor.

10          In February of 2009, during a parole search of

11    Moose's house, there is a stipulation on this, they find the

12    45.

13          So the hunt is on and then, of course, you know he

14    finds him and he kills him.  Let's talk about that.

15          Let's watch some of the video.  We will start with

16    this one.

17          Can you play this?

18          This is during the -- Vincent Winfield told you this

19    is during that period of the beef with Macho.

20          (Video plays and stops.)

21          I will stop it there.

22          He doesn't care about some beef with a rapper.

23    These feuds you heard about from the expert about people are

24    getting into a feud.  Is he real?  He doesn't care about that

25    because he's got real beefs to deal with.  That's what he's

1    sailing.

2          If you listen to it again, he doesn't care about all

3    that soft phony stuff because he's doing real work on the

4    street.

5          And here is the day, the night that Victor Zapata is

6    killed.  He's selling drugs out in front of the building.  You

7    can see him leave and then come back.  You see him -- you

8    essentially see the murder.

9          Can we play this?

10          This, you will recall, is the surveillance video

11    from outside.  There he is.  There was testimony about this.

12    Leaving.  Testimony from an officer who knows who he is.

13          (Video continues to play.)

14          Here he comes back.  This is -- this is several

15    clips from, as you can see, from the various surveillance

16    videos.  Here comes Victor Zapata back to the building and

17    here comes Ronald Herron to the door and then he sees him.

18          There he is and he chases him down.

19          You know his body is found out in that courtyard.

20    You know the 40-caliber shell casings are found in that

21    courtyard.  You know that Victor Zapata is taken to the

22    hospital from that courtyard with bullet holes all through

23    him, including in his head.

24          Now, how do you know that that was Ronald Herron?  I

25    guess the short answer is because you just saw it on the

1    videotape and I am going to talk a bit more about that video

2    tape, although that's not the only reason.

3             You had Angel Figueroa on the stand.  He knows

4    Ronald Herron.  He lived in the same apartment with Ronald

5    Herron back in '98 to 2000, that period.  He knows how he

6    moves.  You heard the testimony from the police officer that

7    sometimes they put these videos out because they are trying to

8    see if there is somebody who can recognize a person where a

9    stranger might not.

10            He was unequivocal.  I know who that is.

11            But that's not all.

12            You know that Ronald Herron is six-foot-four inches

13   and you saw that Detective Martello went and took a

14   measurement of that door.  That shot is in evidence.  If you

15   look up toward the top above the window there is the black box

16   where six feet is and four inches above that.  You know where

17   six-four is.  That's up sort of between the window and the

18   joint, the elbow on the door, a little higher toward the elbow

19   on the door.  That the where six-foot-four is.

20            You saw, and I am going to show you again, that the

21   defendant walks through and it's six-foot-four because you can

22   see the hood of the hoody is just below where six-foot-four

23   would be but his legs are not straight and he's not standing

24   up the way you would for a measurement.  You can look at that

25   picture and watch the video for yourselves but the height

1   matches.

2           You also saw some excerpts of the defendant wearing

3   rolled up jeans.  You also have in evidence a video where the

4   defendant is wearing a hoody, one of his rap videos, Slow Down

5   remix.  This is going to show you a clip from Slow Down remix

6   next to a clip from this video, in addition to one of the

7   videos with the rolled up jeans.  You will see what I am

8   saying in a moment.

9           We are going to play this.

10          (Video plays.)

11          There he is coming in.  That's a good shot for the

12  height.  His feet are spread.  There is a shot of the lower

13  part of his face, from the hoody.

14          That's from -- Slow Down remix.  No dispute that

15  that's the defendant.  It's his rap video.  You can watch it.

16  It's in evidence.

17          (Video continues to play.)

18          There they are one next to the other.

19          There is the defendant walking through again.  You

20  can watch his -- you see his jeans and his boots.

21          That's the defendant from one of his rap videos with

22  jeans and boots.  Here is his gait.  He got shot in the leg,

23  you remember, in the leg and the groin.  Here he is walking

24  through.  You can watch his gait.  See how that left leg,

25  right leg are.  Here he is, jeans and boots.  That's from his

1   Project Music, walking into a different doorway.

2          You can't see the face perfectly, obviously.  But

3   put all that together, rolled up jeans, the hoody, the shape

4   of the lower portion of the face, the way he walks, his height

5   matching perfectly, the fact that he is in a hospital room

6   threatening to kill the person who dies on -- just off screen

7   here.

8          And that's not all.

9          Because here the phone evidence is important.  You

10  know where he was the night of the murder because you have the

11  cell site information.  Here it's not just the towers.  You've

12  got the towers in addition to the poles, and so you know from

13  Special Agent Perry, whose testimony on this point you should

14  look at, if you want to big down into it, that at 12:47, less

15  than 30 minutes before this murder, his phone hits off a cell

16  tower that puts him in the Wyckoff and Gowanus area.  Not in

17  Bushwick or wherever it was that the defendant tried to

18  suggest he might have been, but in this area.

19         His analysis, by the way, is at 2615 of the

20  transcript or you can just ask for Special Agent Perry 's

21  transcript.

22         And I am going to go ahead and put the phone slide

23  up and, Your Honor, if you could dim the lights briefly?

24         Check the testimony on what I just said about

25  Bushwick because I may be misremembering when he said

1   Bushwick.  As I said before, what we say is not evidence.  The

2   evidence is what's in evidence, the transcripts and the

3   exhibits and you can see those back with you.  So if I

4   misspoke about that, I apologize.

5          But here, 12:47 in the morning, that's half an hour

6   before the murder.  271, there is a map in evidence about

7   where he is and he's in that area.  It doesn't put him in a

8   lobby.  It doesn't put him in a bedroom.  It doesn't put him

9   somewhere else.  We didn't have a drone flying around or some

10  other things doing that but he's there.

11         This is a text which is not actually at 1:09

12  because as you heard from Special Agent Perry, the text

13  messages for reasons to do with how they route those messages,

14  the time is actually in Central time, I believe it is, but

15  it's off.  So that -- it doesn't even occur there.  Special

16  Agent Perry walks you through that he gets that text and then

17  a voicemail and then by the time you get to 232, 12:47 here.

18  By the time you are out here -- I'm sorry.  The pole 232, at

19  1:57, he's in East New York.  Who lives in East New York?

20  Buck lives in East New York.  He's gone to buck's place

21  before.  The phone record doesn't put him at Buck's house.  We

22  can't say that you know from the phone record that that's

23  where he is.  But you can apply your common sense to what

24  happens, what this defendant does, when he is looking for

25  cover.

1         His phone hits off a cell tower near the Alabama

2    projects.  That's where Buck lives.  595 Blake Avenue.  You

3    heard Angel tell you who Buck was.  You heard Vincent Winfield

4    tell you who Buck was.  He's a Blood.  He's a cousin he's

5    known for years.  After he's arrested in 1998, in that

6    shoot-out in Wyckoff, you remember, he's on the run.  Where

7    does he go for safety?  He went to Buck's house.  Angel told

8    you that.

9         Then he goes to Flatbush, to Caton Avenue.  That's

10   the -- the tower 33.  If you move down in the night to here.

11   He ends up in Flatbush.  That's when he's at -- it's actually

12   the pole number is 18.  It's this one.

13        If you watch what happens during the night, there is

14   an eight-hour period here, from three to ten, when he's out in

15   the Flatbush area, which is where Diane Flowers is, by the

16   way, where he sleeps.  Or you could infer that that's what the

17   seven-hour blank space is, that he sleeps.

18        Now, the point of all this is just that all this

19   evidence fits together and so the guy who is on the video, who

20   is the same height and has the same pant roll and has the same

21   facial structure and has the same gait is also a guy who is in

22   a hotel room threatening to put him in a cemetery, also a guy

23   who has been on the hunt looking for this guy, just happens to

24   be half an hour before the murder in that area, just happens

25   to go dark for the period surrounding the actual murder, just

1   happens to go to an area that's consistent with Buck's house

2   and then just happens to wind up resting his head in an area

3   where he's gone before, where he got rid of the weapon after

4   the Russo murder.

5           Those things are all true for one simple reason, and

6   that's because Ronald Herron murdered Victor Zapata.  That's

7   what the evidence proves beyond a reasonable doubt.

8           That's Counts 16 to 20 and racketeering act seven.

9           This is just a return to the racketeering acts that

10  are listed in the indictment but I have now been through them

11  all.  This is element five that I mentioned from the initial

12  racketeering and we have walked through each of these crimes.

13  They will be listed for you in the jury charge and that's a

14  check, in addition to on all the crimes on the final element

15  here of the RICO racketeering charge.

16          Now, there is one more crime which is a felon in

17  possession count and that is -- it's unlawful to -- to hold --

18  to have a firearm, possess a firearm if you already have a

19  previous felony conviction.

20          It has been stipulated and you know that the

21  defendant has a felony conviction.  That's what he went to

22  prison for those years and he's arrested in the car or he's

23  arrested after he gets out of a car in which this

24  nine-millimeter is found in the glove compartment.

25          You will be instructed on constructive possession,

1  which means that even if you are not actually holding the

2  firearm, if you exert control over it, such that you can

3  determine if it is going to be used, if one of your people is

4  carrying it for you, for example, you constructively possess

5  that firearm and that is sufficient proof of possession,

6  constructive possession.

7          You know from witness after witness that that is

8  what he does.  He has a holster.  He has some other people

9  carry his gun.  They are in a glove compartment.  They are in

10 a purse.  They are somewhere else, not on him, unless he's

11 using it when he needs to use it.  You know he knows how to

12 use it.

13         I am almost done.  But I want the talk about

14 cooperating witnesses because they are important to this case.

15 I expect you are going to hear a lot about them during the

16 defense summation, and a few points about how to assess their

17 testimony.

18         You heard from gang members.  You heard from

19 enforcers like Vincent Winfield.  You heard from drug dealers,

20 Joseph Garcia, Crystal Lewis, Musa Marshall.  You heard from

21 Caraballo, who is the driver.  You heard from a number of

22 people, Saquan Wallace, an ally, not a member of this

23 enterprise but a guy who was on the street with him for a

24 time, gave you insight as to what happened and gave you

25 powerful, powerful evidence on the Brooks homicide, about what

1    happened after the homicide.  Put him up in the stash house,

2    gave him the 38 revolver he was found with.

3             These are the people who are in the best position to

4    tell you how this works.  They are the people that he chose to

5    be in his organization.  They are the people who saw these

6    crimes, who carried them out with the defendant.  He did not

7    choose law-abiding citizens, good people to surround himself

8    with like yourselves.  He chose criminals.  He chose the weak,

9    he chose people he could manipulate.  He chose illiterate

10   people, Rafael Gonzalez.  He chose people who would kill for

11   him.  Murders like Saquan Wallace.  He chose drug dealers,

12   like Joseph Garcia, Crystal Lewis, who could carry out his

13   crack dealing operation.  He chose them for a reason.

14            And now maybe in some fantasy land for criminals you

15   can't make a case unless you've got the teacher and the choir

16   boy and the boy scout to build your case.  If you don't have

17   clean witnesses, shucks, no case.

18            But that's not how it works, because this is planet

19   earth, in Brooklyn, New York, where we are dealing with the

20   real world.  And the reason you know what happened, the reason

21   you get to see inside of this enterprise is because these

22   people who worked with him told you so.  They are the ones who

23   know it.

24            So the question is whether to believe them, whether

25   to believe what they say.

1          Here, there are three questions you might ask
2    yourselves as you evaluate their testimony.
3          The first is whether they had an incentive to tell
4    the truth.
5          The second is, did what they say make sense, as they
6    were on the stand.
7          The third is, was it -- and this is the most
8    important -- was it corroborated by independent evidence.
9          I want to go through those three things in a little
10   bits of detail.
11         The first question is, the incentive question.
12         I think everybody can agree -- first of all, the
13   cooperation agreements, many of them, are in evidence.  You
14   should look at them.  They set out the structure of the
15   cooperation.  So that's clear to you.
16         I think everybody can agree that Saquan Wallace is
17   thinking about one person and that is Saquan Wallace.  Vincent
18   Winfield is thinking about one person and that's Vincent
19   Winfield.
20         Saquan Wallace didn't come in here and waive his
21   status as a juvenile and put himself into a murder out of the
22   kindness of his heart or because he turned over a new leaf or
23   because you should admire him or wants you to.  Vincent
24   Winfield and Crystal Lewis and Joseph Garcia didn't come in
25   here because all of a sudden they are good samaritans.

1          No, they have an interest and that interest is in

2    reducing their sentences and that's what they hope is going to

3    happen.

4          Now, the defense is suggesting, they did in opening

5    arguments, I suspect you'll hear some more about it, because

6    they have an interest to help themselves, they lied and there

7    is a simplicity, a clarity to that argument, but it falls

8    apart if you examine how the incentives actually work.

9          The fact that these people are self-interested is

10   the beginning, the beginning, of your analysis.  That part is

11   true.  Nobody is disputing it.  Nobody is asking you to like a

12   single one of the people who took the witness stand.

13         The question is, can you believe them?

14         Which way does the incentive cut?  You heard about

15   the cooperation agreements.  If they lie, and it is found out

16   that they lie, the government can rip up the agreement and

17   they may not withdraw their guilty plea.  For many of these

18   cooperators, almost all of them, that means they are stuck

19   with serious -- life in prison potentially.  Many of them put

20   themselves into murders.  Many of them put themselves into

21   murders that they hadn't been charged with before.

22         Crystal Lewis pled to her involvement in the murder

23   of Macho, to texting, for texting Herron about where those

24   guys were.  She didn't do it because she thought she wanted to

25   have a longer sentence, obviously.

1          But it is significant that the risk, what they face

2     if the agreement goes away.

3          This is not a question about telling a story about

4     why you were late for curfew or what you did with the last

5     cookies in the cookie jar.  This is complex.  There are lots

6     of moving parts.  You have been here four weeks.  So ask

7     yourselves, is the incentive to come in and tell some yarn

8     that is then going to be blown out of the water by phone

9     records or by what somebody else says or by where the cell

10    towers say they were or about where they were when they got in

11    an accident or about what some other witness saw or about how

12    the crime scene photos and ballistics and everything else

13    works out?  And say oops, that didn't work.  Now I am going to

14    go spend the rest of my life in prison or is the incentive

15    that I have information and I want to help myself and I am

16    going to tell it.

17         That's for you to figure out.  That's going to be

18    the importance of corroboration.  But the first point on

19    incentives is that it's way too pat and easy to say they are

20    self-interested, so they lied.  It's not that simple.

21         The second thing is really just the evaluation of

22    the witness on the stand.  How did they seem to you?  Was it

23    coherent?  Were they witnesses who could answer questions from

24    both parties?  Did their answers hang together or did they

25    find themselves in some spot where they couldn't respond?  Did

1  they strike you as credible?

2          I would say, I submit, and it's for you to

3  determine, to a witness, with some wrinkles here and there,

4  some nerves here and there, these people gave you lots of

5  detail.  They were correcting lawyers from both parties for

6  the government and the defense about amounts, about streets,

7  about where it happened.

8          (Continued on next page.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    (CONTINUING)

2         MR. NITZE:  Vincent Winfield, to take an example.

3    His knowledge of the Bloods of how the operation worked, of

4    where they were, of how the structure operated, of what those

5    videos are, of where, I mean, if you want read his testimony,

6    it's lengthy.  Did it have the ring of truth?  That's what

7    that's about.

8         And finally, and definitely most important is this

9    question of corroboration.  I'm not going to go through all

10   the ways in which these witness's testimony were corroborated,

11   I've done a fair amount of it already, but the point of that

12   is when a corroborating witness's testimony matches up with a

13   civilian witness's testimony and matches up with other

14   physical evidence that they couldn't know about, that is

15   important information in evaluating their credibility.

16        You have to ask yourself if it is remotely plausible

17   that everyone -- that the world's most massive conspiracy is

18   underway and somehow everybody got together, everybody fit

19   their stories together and they pulled in Amber Hudson from

20   wherever she is and Linda Pac and other people who don't have

21   agreements, and the photographs, and everybody stitched it

22   together, people who don't even like each other, people who

23   don't know each other, and they made it all fit with the

24   physical evidence and that's absurd, I submit.

25        This isn't one witness telling a story and saying

1    believe me.  It's not three witnesses telling a story with a

2    couple documents and saying believe me.  It fits with the

3    documents.  This is four weeks of interlocking crimes and

4    personnel and it all fits.  There are lapses of memory here or

5    there.  There are points you're going to wrestle with about

6    did this information match up or not and you'll be instructed

7    about how to evaluate inconsistencies and it's for you to

8    decide what to make of them.

9         But some inconsistencies, some texture to what to

10   remember from years ago, that is the texture that comes with

11   truth-telling, those are the hallmarks of truth.  Somebody

12   asks you about something that happened years ago, fill a room

13   with people and ask they're not all going to be exactly the

14   same, but some things you remember.  Seeing somebody get shot

15   in the face might be an example.

16        I'm going conclude with some brief remarks on the

17   Defense case and I want to say as I do this that first of all,

18   Mr. Neuman and Mr. Soloway are skilled lawyers and they're

19   zealous advocates for their client and that is the way it

20   should be.  And remember, as you've been told and as you'll be

21   told again, the burden is entirely with the Government to

22   prove the case beyond a reasonable doubt.  Defense has no

23   burden, don't have to say a word, don't have to put on a

24   witness, don't have to object, don't have to do anything

25   because the burden of proof rests with the Government and

1    that's also the way it should be.  And the Government embraces

2    that burden, but when the defendant puts on a case, when the

3    defendant presents you with a theory about what happened, you

4    must test it.  That's your job, it's your oath, it's your

5    sworn duty to see if it makes any sense.  Test it against the

6    facts and the evidence.

7            The Defense theory that has been advanced thus far,

8    I submit, does not make any sense.  It doesn't fit the

9    evidence.  What you've been told is that Ronald Herron went to

10   prison and became a different person.  You were told in

11   opening arguments that he read a lot, he wanted to make a

12   contribution.  The defendant himself told you that he

13   underwent a radical transformation and you know that is not

14   true and the reason you know it is because you know what he

15   did when he was in prison; smuggling gang literature,

16   violence.  You've got a stipulation with a litany of things

17   that he did in prison.  He spent his last ten months in prison

18   in the SHU after he tied up his bunkie.  Perhaps you're to

19   think that the transformation took place in that last ten

20   months he was alone in the SHU.

21           You have the letter Lieutenant Zimpfer testified

22   about.  As for this little lightweight shit, I beat that body

23   on every count.  Hen they knock me, I was in the spa, with a

24   ratchet and a hundred G's of that hard way, so I have to take

25   this little light ass two to six, I see them people next

1    month -- parole people -- they going to smash me because I

2    fuck up boot camp.  They got me square 'til summer but it's

3    monkey shit to a gorilla like me.

4          Were those the first steps towards transformation,

5    towards doing something positive?  No.  He got in with the

6    Bloods, he planned for what he was going to do when he got

7    out, and then he did it.  He scoffed at the time he was doing,

8    he bragged about beating a body.

9          The Defense would have you believe he left his

10   criminal ways behind to become an artist, a gangsta rap artist

11   and the Government does not dispute that the defendant cared

12   deeply about his music, about rap.  The Government put in some

13   of those rap videos.  There's nothing at all inconsistent

14   about being an aspiring gangsta rap artist and a real life

15   hardcore criminal.

16         In fact, as you know from the Defense expert, it's a

17   pretty good combination because in gangsta rap, what is valued

18   is association with criminality and authenticity and being a

19   hard.  So, if you really are hard and you really are a

20   criminal, you really did the stuff you say you did and you

21   have some talent and you can rhyme, well you're on your way.

22   That's what all those project music videos are about.  He's

23   trying to capitalize on what he's done.  That's why he's

24   talking about the things that you have all this other evidence

25   about.  He doesn't care about some industry rapper.  I'm the

1  real thing.  I'm different.  I'm cut from a different cloth.

2           (Video plays.)  (Video stops.)

3       MR. NITZE:  Now, maybe he's making a transformation

4  slowly at some point, maybe he wants to do music, but that's

5  not what he's doing from 2008 to 2010, he's got real stuff

6  going on.  He's killing people is what he's doing, selling

7  crack cocaine and drugs and running his enterprise.

8           You heard Uncle Murda testify, Leonard Grant.  The

9  defendant had been with Uncle Murda and they've gone in the

10  studio and spend some time together.  To who?  Uncle Murda

11  doesn't live in the Gowanus, go look at the testimony when

12  he's asked about Wyckoff.  He doesn't know what it is.  He's

13  not with him.  We're not arguing that they didn't make music

14  together, but it's just not the point of the case.

15           Jonathan Rice came in here and testified, this is

16  the gentleman with the black glasses who's in prison and his

17  testimony was important and revealing because if we're talking

18  about the Defense theory that this is a transformed man trying

19  to do something positive, well, Jonathan Rice's experience is

20  a window into what kind of influence we have here.

21           Jonathan Rice got $550,000 or whatever it was in a

22  settlement and that's what he's got, and he's going to get out

23  of prison at some point and try to make a life for himself.

24  And what does he have left?  Sixty grand.  And why?  Because

25  he invested in the rap career, so he thought.  He bought a BMW

1   with his money, he went and showed him some CDs.  That's not

2   the only person.  Desiree Taylor.  He goes in there, kicks her

3   out of that room, takes her auntie's room, paints it, tells

4   her mind your own business, throws her auntie's stuff in the

5   garbage and sets up his drug spot there.  Chyna, he's up in

6   that apartment with a mask and a gun while she's carrying her

7   baby.  This guy's not a positive influence.  He runs a

8   criminal enterprise and he manipulates people to do what he

9   wants to promote his own interests.

10          Probably anyone watching this trial could agree that

11  many of the people who sat on that witness chair and indeed,

12  maybe even Ronald Herron, could have used more support at some

13  point in their lives.  That might be a topic of conversation.

14  That's an important issue, but that's not what this case is

15  about and to the extent you're concerned about influences,

16  what effect people are having on the people around them in the

17  community that is already struggling, trying to make it, what

18  you have here is a racketeer and somebody who kills and

19  murders and beats people, poisons a community with drugs.

20  That's not a positive influence.

21          You know, Dr. Peterson, the rap expert, grew up in

22  Newark in the projects, he said, and he got a scholarship and

23  he went to school and he clawed his way out.  Now he's got a

24  Ph.D.  Nobody's saying that's an easy thing to do.  But it's

25  sure a whole lot harder with the kind of influence that you're

looking at here, so consider whether it makes any sense to you

at all that this defendant came back a reformed man looking to

have a positive influence, which brings me to the notion that

the Bloods street gang is also an organizations designed for a

positive influence.

Jonathan Rice, on direct examination, talked about

business classes and history, fellowship.  And then on

cross-examination acknowledged that there's also violence and

murder and threatening with witnesses and dealing drugs and

retaliating against law enforcement.  The Bloods are no

community organization.  They don't have code words for

criminal conduct because they're trying to help out.  No.

Read the defendant's testimony in its entirety.

I want to emphasize again because it's important.

There is no burden, none, for the defendant to say anything,

put on any evidence in this case.  That burden is ours, the

Government's.  But what you had was no, I didn't do that.  No,

I didn't do that.  No, I didn't do that.  And who are these

people?  Who's Joseph Garcia?  Who's M-Dot?  Who is Crystal

Lewis?  Who's Vincent Winfield?  Who's Rafael Gonzalez?  These

are just people in the neighborhood, I'm kind of catching up

with them when I get back.  Really?  That's who you're calling

1,200 times?  Take a look at the phone chart.  It doesn't make

any sense.  It doesn't match up at all.  That theory is

absolutely obliterated by the evidence that was put in front

1    of you in this case.

2              He tells you he came back to lead a movement, to do

3    something positive.  Well, he came back to take advantage of

4    people, to promote himself and to commit crime.  It's been

5    more than a decade since the Brooks murder, since he got away

6    with murder, since he beat the system, and in that time he's

7    murdered two more people, taken their lies, he executed them.

8    He's poisoned a community with crack cocaine and heroin.  He's

9    robbed people, he's beaten people.  It's time to hold him

10   accountable for creating and leading this criminal

11   organization, for the guns and the drugs and the violence, for

12   the murder of Frederick Brooks, for the murder of Richard

13   Russo, for the murder of Victor Zapata.

14             We ask you to find him guilty on all counts because

15   the evidence in this case, the overwhelming evidence in this

16   case proves him guilty beyond a reasonable doubt.  Find him

17   guilty.

18             Thank you.

19             THE COURT:  All right, at this time we will take a

20   five-minute break.

21             All rise for the jury.

22             (Jury exits.)

23             (In open court; outside the presence of the jury.)

24             THE COURT:  Please, be seated.

25             We're going to have another charge conference

1    tomorrow morning at 10:30, all right?  We'll take five

2    minutes.

3              (Recess taken.)

4              (In open court.)

5              (Judge NICHOLAS G. GARAUFIS enters the courtroom.)

6              THE COURT:  Okay.  How long do you think your

7    closing will be, Mr. Soloway?

8              MR. SOLOWAY:  I think it's going to be over an hour,

9    Your Honor, somewhere between an hour and an hour-and-a-half.

10             THE COURT:  That's fine.

11             The jury is ready to go right through, so we're

12   going to go right through.

13             I've also ordered some cookies for the jury.  I'll

14   take a very quick break before the rebuttal and that way, if

15   anyone needs a sugar lift, they're going to get it.  But I'm

16   sure it will be fine, they won't need it.  You'll keep them

17   fully engaged.

18             MR. SOLOWAY:  We shall see.

19             We're ready, Your Honor.

20             THE COURT:  Okay.  Let's call in the jury.

21             Are you going to need the ELMO?

22             MR. SOLOWAY:  Yes.

23             THE COURT:  All right.

24             (Jury enters.)

25             THE COURT:  Please be seated, everyone.

1          All right.  Mr. Soloway, you may close.

2          The closing argument from the defendant.

3          MR. SOLOWAY:  Thank you, Your Honor.

4   SUMMATION

5   BY MR. SOLOWAY:

6          MR. SOLOWAY:  Good afternoon.

7          THE JURY:  Good afternoon.

8          MR. SOLOWAY:  It's late.  You just listened to the

9   Government's initial closing argument and the way the rules

10  work is that the Government closes first and last and Defense

11  closes in the middle and even though it's a long day and I'm

12  going to be speaking for a while, I'm going to tell you that

13  it's because I have a lot to say about what has been a long

14  case.

15         And of course, it's my hope that everybody will bear

16  with me because what's important here is really one thing and

17  that's for you, you people here, to make up your own mind

18  about what to do in this case, for you people to decide.  You

19  know, what we do here, we call it argument, you know, and I am

20  not going to talk about every piece of evidence, every

21  witness, everything you've heard over the course of whatever

22  this three-and-a-half-odd week trial has displayed here.  And

23  the things that I don't talk about, many times I'll say to you

24  it doesn't mean that we agree about those things or that we

25  concede those things.  It's just really not possible or

1    practical to go through everything.

2            And since one of the things that I have an

3    opportunity to do here is to respond, because I've heard what

4    the Government has to say on their opening summation, I'm

5    going to just try to do that in the beginning, to respond to a

6    couple of things that Mr. Nitze said and then, sort of deliver

7    the summation that I kind of planned to deliver.  But we're

8    here because the Government says that Ronald Herron is a

9    vicious monster and that's why we're all assembled here.

10           They brought charges against him that he's a

11   mass-murderer, that he is a man that kills over the smallest

12   slight, kills to maintain power and control over territories

13   where his people sell drugs for him and when those people get

14   out of line, he robs them, hurts them, kills them, sends them

15   or sends people to hurt them, lieutenants in his army, Bloods,

16   do things for him.  And I tell that you not much of what I'm

17   going to say here is probably going to come as a very big

18   surprise to you, because you've heard the things that

19   Mr. Neuman and I have been doing over the course of these

20   three-and-a-half weeks.

21

22           (Continued on following page.)

23

24

25

1          MR. SOLOWAY:  But I want to really talk, again, like

2    I said, about some of the things quickly that the government

3    talked about while they were speaking and one of the things

4    that Mr. Nitze sort of ended with was when he played the tape,

5    the surveillance tape, at Wyckoff and he had all of these

6    observations about how that person, who clearly is a large

7    African American or black man who killed Victor Zapata is

8    Ronald Herron.

9          And he described those different ways that tell you

10   that that's the right man.  We've got the right guy.  And some

11   of the things that he said just weren't fair and just weren't

12   right.  I just want to start out, pointing that out.

13         Because one of the main features or one of the main

14   points he made was that Angel Figueroa, you remember him, is a

15   guy who said, when he saw the video, that's him.  Oh, I know

16   him.  I slept in the same place with him.  I forgot the exact

17   words.

18         And Mr. Nitze said he was with him this period of

19   time from '98 to 2000.  And when you're with somebody from '98

20   to 2000 and you're with him all the time and you know them

21   like your friend or your best friend, who is in a better

22   position to say when you see an image of somebody walking,

23   that's the guy.

24         But the reality of the situation is that that's not

25   really what happened and it's just not really true and the

1   reason it's not true is that -- judge, can I have the Elmo up?

2   -- is that this is a custody time line here on your screens.

3   It's a demonstrative.  It's not in evidence.  It comes from

4   the testimony and it's up to you to decide what the facts are.

5          But the reality is -- and if we could just move it

6   up a little bit here -- is that from March of '99, you'll

7   recall, my client was arrested, based on information that was

8   given by this very same Angel Figueroa in that Wyckoff

9   shooting that ultimately got dismissed.  So from March of '99

10  to May of 2000 my client was at Rikers Island.  He was

11  released on the case in May of 2000.  So when you say he was

12  with Angel Figueroa from '98 until 2000, that's just not true,

13  because in March of '99 my client was arrested and stays in

14  jail until May of 2000.

15         And the picture that you saw that was displayed to

16  you of that slow down, remix song, slow down.  The pictures

17  that we saw when slow down was played, the actual music video

18  that was create by Ronald Herron and Uncle Murda it was not

19  blurry like that.  It was turned by the government into some

20  kind of blurry image of a black man, when the video itself is

21  not blurry.  It's clear.  I'm not sure how that happened.

22  Watch the video.  It's Ronald Herron and Uncle Murda singing

23  music.

24         How it turns into that blurry image I'm not really

25  sure.  I don't know how that happened.  Nobody disputes that a

1    large black man comes out of that stairwell, walks into that

2    vestibule, walks out of -- runs out of 185 Nevins and kills

3    Victor Zapata.  And I'm going to talk more about, obviously,

4    that later and what the evidence that my client did that is,

5    and what the evidence that my client didn't do that is.

6            Also at that point in the case, when Mr. Nitze was

7    closing, he talks about how the cell site information puts my

8    client there and you know the cell item information you have

9    to go back, you have to remember, you have to look at it, was

10   that there was a cell tower at 88 Wyckoff, according to

11   Mr. Perry, who was the cell site witness the government

12   called, 8 Wyckoff is on the corner of Smith and Wyckoff

13   Streets.  And that's for the neighborhood of Gowanus and also

14   there's a cell site tower that's at -- that's somewhere south

15   of 185 Nevins that was closer to 185 Nevins where the murder

16   was committed that my client's phone was not pinging off of or

17   not being routed through at the time when the last call was

18   made was something like 12:47 a.m., something like that.

19           So, look, the government's whole chase that we don't

20   dispute is that my client is in and around the Gowanus area

21   all the time.  Perks, a place where you heard he spends a lot

22   of time, frequents often, is somewhere on the corner of

23   Wyckoff and Smith Street.  He's in the neighborhood.  You know

24   I want to talk also about that video that Mr. Nitze played of

25   Project Music One Part Two, where Joe-Joe Garcia and Ronald

1   Herron and this guy named Goldie and then this person that he

2   referred to as a Crackhead come out of 423 Baltic and you play

3   that video for yourselves.

4           Mr. Nitze characterized it in certain ways.  She was

5   talking about my client, about his work, his drugs.  You know

6   what really happens there, this real lady that comes out in

7   the middle of this video they are making, you listen to it.

8   She says to him, You don't have your business on you any more,

9   talking to Ronald Herron, looking right at him.  Because in

10  2007 or 2008, when that video was played, this is a lady who

11  could have known Ronald Herron from the days back when he's

12  told you he was selling drugs in and around the Gowanus

13  projects.  She says to him, you trying to make a sober person

14  out of me, just like Mr. Nitze says, that's right.  I heard

15  that too.  By what?  By not selling me drugs?  You don't have

16  your business on you any more.  Joseph, Ronald says, take care

17  of this lady or something like that.  Like this is your

18  customer.  Get her out of my video.

19          You know, she knows Ronald Herron, she walks out of

20  423 Baltic, potentially as somebody she used to buy drugs

21  from.  But it's up to you.  All I say to you is you decide.

22  Like don't just accept these interpretations.  Don't accept my

23  interpretations, just do your job.  That's all I can ask.

24          You know, Caton Avenue, oh, after the Feo shooting

25  -- after the Feo, Rafael Gonzalez, Richard Russo murder my

1  client is at repole -- no.  No.  No.  There's times where my

2  client is at what they refer to in the cell site evidence as

3  repole 18 which is in the area of Caton Avenue in Brooklyn.

4  You know, my client testified that his girlfriend lives on

5  Caton Avenue also, 830 Caton Avenue, a few blocks away from

6  the location where Diana Flowers' apartment is.  He lived with

7  Tanya Ambrose, his girlfriend, from shortly after the time he

8  got out of jail in July of 2007 until he was arrested on

9  October 5 of 2010.

10         You look, you look, at the sell site records.  The

11  totality of them.  They have about 30 days, 35 days of cell

12  site records and see how many times he's there.  The

13  conclusion to be drawn from that is not the conclusion the

14  government wants you to draw that he's at Diana Flowers'

15  house, some kind of coconspirator of his.  He's in that

16  neighborhood a lot.  Take a look.

17         You know, there's one photograph -- Mr. Nitze

18  mentioned, he put up a photograph, talking about Frederick

19  Brooks.  He put up a photograph in connection with the

20  Frederick Brooks murder that was taken by the crime scene

21  officer or detective that he identified was a photograph taken

22  from the curb line on Bond Street looking towards the front

23  door of 198 Bond and look back at the evidence of the crime

24  scene unit officer's testimony because what he said, what that

25  photograph was not taken from the curb line.  That photograph

1   was taken from somewhere further toward the front door of 198

2   Bond, that is between the curb line and the front door of 198

3   Bond, not from the curb line.  That's specifically what he

4   said.

5           However, Detective Billups did testify that after he

6   spoke to Darnell Saunders, that after he spoke to Darnell

7   Saunders and Amber Hudson, that he went back to 198 Bond or to

8   the area and he did, in fact, take a photograph from the curb

9   line.  That's the evidence.  He took a Polaroid.  I guess

10  that's the only camera he had with him.  And that's the only

11  photograph that's actually taken, that's in evidence in this

12  case, from the curb line of Bond Street in front of 198 Bond

13  in the direction of the front door.  And that's this.

14          And then you remember Detective Billups described

15  how he wrote on the bottom, labeling the photograph as to what

16  it was.  And that was put in as a defense exhibit.  This is a

17  Polaroid photo that Detective Billups took from the curb line

18  in the direction of 198 Bond.  Okay, it's 66 feet.  Okay.

19  Detective Martello stood outside, 66 feet.  Did that recreate

20  the conditions under which Amber Hudson was watching that

21  whole situation unfold?  I would say I doubt it.  Again,

22  that's something I'll talk a little bit about later.

23          Now, so Ronald Herron is charged with a lot of

24  crimes here and one of the things that Mr. Neuman said to you

25  when he opened was, Gee, we're really worried that you're just

1   going to throw up your hands here and say, well, there's a lot

2   of crimes charged here, he must be guilty of something or a

3   lot of things or he must be guilty of everything.

4          And we try cases here, sometimes we try cases and

5   there's one count in the indictment and it's the job of the

6   jury to say, Does the evidence that the government has

7   presented as to this one count in the indictment satisfy me,

8   prove all of the elements beyond a reasonable doubt of this

9   crime?

10         And here you have an indictment with 20, 21 counts.

11  And it's your job to take each and every one of those counts

12  individually and say what's the evidence in this case that

13  goes with this count?  Obviously, it's much more of a job than

14  taking a one count indictment and trying to figure that out.

15         But that's really what your job is here.  We ask you

16  to do that job.  We ask you to take each and every one of

17  these counts charged in the indictment, charged against my

18  client, and do exactly that, figure out what is the evidence

19  and when you figure that out, whether it convinces you beyond

20  a reasonable doubt that my client is guilty on that count.

21  Again, that's your job.  That's what we ask you to do.  And we

22  ask you to do it yourself.  Make these decisions yourself.

23         Now, I'm going to start, I just want to talk, start

24  where the government started.  Because the first day of the

25  trial you heard from Darnell Saunders.  Mr. Nitze talked about

1    him a little bit.  And I want to talk to you about Darnell

2    Saunders a little bit and sort of start with that part.  And,

3    again, it's the beginning, first day, first substantive

4    witness you heard.

5            Now, the government says in 1996 -- 1998, rather --

6    you know, when Darnell Saunders' testimony starts that my

7    client, he's a boss.  You know, the government really sort of

8    wants to keep things kind of simple here with Darnell

9    Saunders.  They put him on the stand.  And his testimony was

10   that he's selling drugs out there in the Gowanus projects.

11   Ronald Herron is out there.

12           And there's this racketeering enterprise that begins

13   in that year in 1998 when Darnell Saunders he's testifying he

14   comes home from college and starts selling drugs out there.

15   And there's facts and evidence that you should really pay

16   attention to when you're considering what Darnell Saunders has

17   to say and what all the witnesses have to say.  And try to

18   figure out whether what the witnesses say really accords with

19   the government's narrative here, the government theory here.

20   With Saunders, for example, like here's how it goes in the

21   real world here in this courtroom.

22           Darnell Saunders testifies, they bring this out,

23   that he comes home, 1998, sells drugs at 198 Bond and where is

24   Ra, the guy he calls Ra, who is Ronald Herron?  The testimony

25   is, oh, he's selling at 423 Baltic, Ra's building.  And that's

1  the testimony.  If you could put up 72, please, page 72.  This

2  is a page of the transcript of the trial that I want to just

3  direct your attention to on this topic.

4       Okay.  This is Darnell Saunders on direct:  Turning

5  your attention again to this period of time after you returned

6  to the Gowanus houses after college, were you selling drugs at

7  the time?

8       Yes.

9       Where were you selling?

10      198 Bond.

11      Okay, great.  Beautiful.

12      And then the testimony continues on page 72.  Right.

13 He asks, sort of at the bottom of the page, page 72.  He says:

14 There, the next page -- these transcripts are obviously all

15 available to you if you want them.  Are you familiar with the

16 building mark 423 here?  Mr. Saunders says, that's where Ra be

17 at.  My girlfriend family lived on the first floor over there.

18 My godmother live in that building.

19      "QUESTION:  And at the time that you were selling

20 crack cocaine at 198 Bond who, if anyone, was selling drugs in

21 423 Baltic if you know?

22      "ANSWER:  Ra."

23      And that's the government's story here, that people

24 are selling wherever they are selling, but 423, that's where

25 Ra's selling.  When you say Ra, you mean Ronald Herron?

1          Darnell Saunders:  I was selling at 198.  He was

2   selling at 423.  The building where him and all of these other

3   people were controlling everything.

4          That's the government narrative.  That's what's

5   happening according to the government.  Great.

6          But then there's cross-examination and reality

7   intrudes.  Okay.  Because what happens on cross -- I'm just

8   going to try to remind you of this because it's a long time

9   ago.  What happens is that the picture painted comes a little

10  bit unhinged.  Okay.  Because a document is shown to

11  Mr. Saunders on cross that reminds him that he gets arrested

12  and convicted in 1998 for selling crack cocaine to an

13  undercover police officer in an elevator at 423 Baltic, of all

14  places.

15         And that's page 760 of the transcript, again, of

16  Mr. Saunders' testimony now on cross.  Where he says or I say:

17  Having had a chance to read that document, I just want to ask

18  you some questions.  Is it correct, that you were arrested in

19  '98 for a case involving a sale of crack that you made to an

20  undercover police officer at 423 Baltic in Gowanus?

21         "ANSWER:  Yes.

22         Okay and in that case the sale that you made was

23  inside the elevator in 423, right?

24         "ANSWER:  Yes."

25         So, where's the tidy, torrent racketeering

1   enterprise that's controlling 423 and the crack sales there in

2   Gowanus if Darnell Saunders is getting caught in the elevator

3   at 423 in 1998 selling crack cocaine to an undercover police

4   officer?

5            Now, undaunted, the government stands up on

6   redirect, after these facts are elicited, and there's sort of

7   a little bit of a shift.  And you should notice, it's your job

8   to notice and to figure out what the evidence tells you.

9            You know, the evidence and the facts should shape

10  the reality.  The narrative doesn't shape the facts.  It's the

11  opposite.  So after the cross there's redirect by the

12  government and what happens on redirect is that Mr. Saunders

13  is now asked -- this is at page 784 -- he's asked:  Okay.

14  Let's talk about 2001 now.

15           Can you show the top of the page for one second so

16  the jury can see that this is redirect?

17           In 2001, at the time of the homicide that we've been

18  discussing, you were still selling drugs over in 423 Baltic,

19  right?  Now it's been shown in '98, he was selling drugs in

20  423 Baltic.

21           On redirect:  Were you still selling drugs over in

22  423 Baltic?

23           "ANSWER:  No."

24           "QUESTION:  Where were you selling drugs by then?

25           "ANSWER:  198."

1           Why weren't you selling at 423?

2           That was somebody else's building.

3           Just like he said in '98.  That was somebody else's

4    building, who is Ra.  The same question.

5           That was somebody else's building?  Whose building

6    was it?

7           That was Ra's building.

8           So now we're talking about 2001.  Ra's building,

9    racketeering, 423, Ra's building, racketeering, 423.  That's

10   the mantra that we have here.  Now, okay, 2001.  It's Ra's

11   building.

12          But really, really, really the evidence that you

13   should look at is that the fact is that in 2001 this is what

14   is going on.  Ronald Herron's mother has lost her apartment

15   sometime in 1999 due to the New York City Housing Authority

16   eviction proceedings that you heard evidence about.  She's

17   evicted.  Ronald Herron is homeless and in October of 2000

18   Ronald Herron is shot by Terrence Smalls outside of 423.

19          And he testifies that he's actually during this

20   time, after October of 2000, afraid to go inside of Gowanus

21   because he no longer feels comfortable inside the confines of

22   Gowanus and tries to stay on the perimeter of Gowanus at that

23   time.  He doesn't have an apartment.  His two cousins, Naquan

24   King and Thomas Rodwell that lived in 423 are actually on the

25   run because two days after Terrence Smalls shot Ronald Herron,

1  they shot and killed Terrence Smalls.

2         Ronald is trying to sell drugs on the outskirts of

3  Gowanus.  He's not very mobile.  And that's where 198 Bond is,

4  on the perimeter of the project you'll recall from all the

5  evidence.  And so that really, really is also not terribly

6  consistent with the government's narrative here, but it is

7  consistent with the evidence.  And the picture that emerges

8  from the evidence is also something about Rafael Gonzalez, who

9  they also talk about because he also gave testimony in

10 connection with this period of time, including drug sales in

11 and around Gowanus, Ronald Herron and the murder of Frederick

12 Brooks.

13        But really more kind of messy facts emerge

14 underlying Rafael Gonzalez' testimony because you will recall

15 that Rafael Gonzalez said, oh, I was working for Ra.  He

16 posted me to sell at 198 Bond.  This is where I was supposed

17 to sell for him.  And it came out, however, that some other

18 facts emerged because Mr. Gonzalez, you learned, was arrested

19 in July of 2001 for making five crack sales to undercover

20 police officers, between April and July of 2001.

21        And, again, this neat, racketeering picture that the

22 government is trying to deliver is somewhat messed up by what

23 really happened with Rafael Gonzalez.  Because he also is

24 questioned on cross and shown documents.  And now, now,

25 skipping ahead a little bit, we have a stipulation about where

1    those five crack sales took place.  And this is a stipulation

2    that was put into evidence today, Defense Exhibit Y, that is

3    about the locations of those crack sales.

4           And you can see where they are.  April 25, 2001, the

5    front of 186 Bergen Street.  May 15, 2001, the lobby of 198

6    Bond.  Okay.  Made a sale in 198 Bond.  Made another one

7    later, May 29, 2001, the front of 426 Baltic.  July 1, behind

8    186 Bond Street.  And July 17, 2001, inside 198 Bond.

9           Now, Bergen Street, you know, you have evidence,

10   including Government's Exhibit 2, which is that aerial map

11   that we were looking at earlier.  You'll see that Bergen

12   Street is not even in Gowanus because Gowanus is bordered on

13   the north by Wyckoff Street and the next street north above

14   that is Bergen.  He's not even in Gowanus when he makes this

15   sale in April of 2001.

16          So the reason I'm pointing all of this out to you is

17   because I'm just really begging you to pay attention to the

18   real facts and to go back into the jury room when it's time

19   for you to do that, which will be very shortly, and to figure

20   this stuff out yourself based on the evidence and not to

21   accept anybody's tidy little picture of how things were really

22   working when he was the boss and everything and everybody did

23   what he said, the way the government suggests to you it

24   happened.  That's all.

25          (Continued on next page.)

1        MR. SOLOWAY:  (Continuing)

2        Now, the Brooks June 2001 murder case, you know, you

3   have evidence that comes from Amber Hudson and Darnell

4   Saunders and Linda Pack and they blame, they all blame Ronald

5   Herron, and the evidence really is that at the time Darnell

6   Saunders goes to the police, which is the day after Frederick

7   Brooks is murdered in the lobby of 198 Bond.  He is on

8   probation for selling drugs.  Amber is his girlfriend, who is

9   five months pregnant at the time.  That's in the evidence.

10  He's selling drugs at 198 Bond Street.

11        And he goes to this trial at the time when Ronald

12  Herron is on trial and appears before the presiding judge in

13  that case and he tells her in connection with his presence

14  there in the courtroom, to Judge Chambers, that he went to the

15  precinct when he first blamed Ronald.  This is 782.  This is

16  his testimony from the transcript.

17        He says, among other things, that, at the bottom,

18  when you said --these are questions that I was asking him with

19  what he said to judge chambers.

20        He said, starting at line 13, right.

21        Because you were hearing or were worried that people

22  were going to think that you did it, right?

23        Answer:  No.  Because I was in the building and I

24  know people seen me in the building, people that lived on the

25  first floor.

1     Referring to what it is that motivated him to go to

2 the precinct the day after this murder.

3     Question:  Okay.  So when you said to Judge Chambers

4 in the material witness hearing, I went to the precinct to

5 clear my name, that's because you were worried that you were

6 going to get in trouble for the murder of Frederick Brooks,

7 right?

8     Answer:  Yes.

9     And that was about Mr. Saunders's s earlier

10 testimony about saying that he went to the precinct, among

11 other reasons, to clear his name.

12     Now, this particular crime is a crime in which you

13 have only the testimony of witnesses to help you.  You have

14 this drug dealer, Darnell Saunders, and he is a big drug

15 dealer.  He was caught in 2013 with 15 ounces of large rocks

16 of crack cocaine, resulting in charges of an A felony, the

17 most serious drug felony in New York.  This is not some little

18 guy here, who lives in a world, going back into the nineties,

19 of constant violence, crime, deception. He told you in his

20 direct testimony, you should read it, what kind of world it

21 was he was living in.

22     And he doesn't act out of charity for Frederick

23 Brooks.  He is a guy who has his eye on money.  He has his eye

24 on getting rid, like drug dealers often do, of the competition

25 so more drug profits can go to him and less drug profits can

1   go to other people.

2           If you want to talk, like Mr. Nitze mentioned on his

3   summation, about the fantastic world that the defense is going

4   to live in, that you are going to hear about from me, you

5   know, the fantasy about why Darnell Saunders is here now, he's

6   older, he has children, he's a changed man, he's not the guy

7   he was, he would want justice for his family if something like

8   this happened, is really the fantasy.  That part is the real

9   fantasy that we are talking about.

10          Because all of that is fantasy when you are talking

11  about Darnell Saunders.  Because Darnell Saunders, from 1998,

12  consistently his entire life, has committed drug crimes in

13  this world of drug dealing and has gone back and forth to jail

14  and has become a bigger and bigger drug dealer as time has

15  gone on.

16          When he goes to precinct, it is just really up to

17  you to try to figure out what exact ulterior motivate he might

18  have.  Because he might want to get Ronald Herron off the

19  street, who is part of the competition.  He could have all

20  kinds of motives to get Frederick Brooks off the street,

21  including killing him himself, or one of his associates doing

22  that.  Again, because that's where he sells drugs.

23          And the point of all that is that you have to decide

24  whether or not the proof in the case proves Ronald Herron is

25  guilty beyond a reasonable doubt.  The proof in the case is

1   Darnell Saunders and his family.  Because there is no other

2   evidence.  There is evidence of people who are unreliable

3   people.  There is no physical evidence.  There is no -- there

4   is no physical evidence.  There is no scientific evidence.

5   There is no DNA.  There are no fingerprints.  There are just

6   the words of these people.

7           And it is true, the government tells you that -- and

8   it is true, that Amber Hudson, for example, is not a criminal.

9   She is not.  She has no criminal record that we are aware of.

10  And she is Darnell Saunders's girlfriend, who is pregnant with

11  his child at the time when all of this happens, and he tells

12  her what to do.  It's possible that she would just go and do

13  it, to help Darnell Saunders with whatever the agenda it is

14  that Darnell Saunders has at that time.

15          But the bottom line is, that these pieces of

16  evidence are for you not to just accept, you know, because the

17  government says he is now coming in here and telling the truth

18  for all these reasons that might -- that could be true.  But

19  you should figure it out and you should think about it and you

20  should talk about it.

21          Now, it is also really important to try and

22  understand that when Darnell Saunders and Amber Hudson go to

23  the precinct in June of 2001, you know, they don't really

24  necessarily understand all of the ramifications of going to

25  the precinct and making this complaint.  They don't really

1    understand how that criminal justice system at that point is

2    necessarily going to move forward.  They don't know really

3    whether or not it is ever even going to be revealed that they

4    did that.  There is no way, real way that you could say to

5    yourself that they understand all the things that are going to

6    flow from this complaint they made at the precinct the next

7    day.

8            And it sounded like, when Mr. Nitze was talking, he

9    referred to this phone call that Darnell Saunders got from Ra

10   when Ra was locked up, when Mr. Herron was locked up at Rikers

11   Island and he became aware at that point from this phone call

12   that Mr. Herron knew that he was the one that told on him and

13   that's why Ronald Herron was arrested.  Darnell Saunders, he's

14   kind of like surprised by that.  You know, you go to the

15   police.  He might just think that you go to the police and

16   Ronald Herron magically disappears off the street.  You know,

17   one less person to deal with.

18           But, of course, there is much more to it than that,

19   and he doesn't really understand all of that at the time.

20           So when you consider the evidence in the Frederick

21   Brooks homicide case, those are some of the things that I ask

22   you to think about, and, again, it is up to you to figure out

23   what all these pieces of evidence mean and what the lack of

24   evidence that Ronald Herron did this crime means.

25           Now, I want to talk to you about a few things that

1    are generally important in this case, you know, pieces of

2    evidence that are not specific to any particular crime.  You

3    know, Ronald Herron, you heard is arrested in 2010.  The

4    government talks some about money, Jonathan Rice, these kinds

5    of things.

6              He's arrested in October 2010.  According to the

7    government, at that time he is the leader of an enterprise, a

8    narcotics enterprise, and you know, where is the money?  Okay?

9    Where is the money?  Is that like a crazy thought?  I don't

10   know.

11             And I say to you that you should be saying that to

12   the government in this case.  Where is the money?  Have you

13   seen it?

14             My client is broke, okay.  He has been broke

15   throughout the time that he was on the street.  And, according

16   to the government, at the same time that he is broke, he's in

17   control of this large narcotics organization.

18             We presented Jonathan Rice to show where the money

19   that he had to live on came from and why.  He buys a car with

20   it but Jonathan Rice told him to do whatever you have to do

21   with that money -- you heard his testimony -- in order to move

22   yourself forward in this world of rap, of entertainment.

23   That's what you should do.  He buys a car with it.

24             You know, in the defense exhibit with all of the

25   bank records from July of 2007 to the end of 2010, the

1   entirety of those bank records are in evidence if you want to

2   look at them.  But we excerpted some of them for you for

3   you -- nothing other than your convenience.  You can look at

4   all of them.

5            You will see the $15,000 down payment on the car,

6   and then when Detective Martello was testifying about

7   different things in the case.  He was that lead detective in

8   connection with the buy operation.  I asked him about the

9   monthly payments on the car and does he know who made the

10  monthly payments.  Look at the transcript.  When I ask him,

11  doesn't Tanya Ambrose, the registered owner of the car, and

12  Ronald's girlfriend, make the monthly payments on the car?  He

13  doesn't know.  He has no answer.  And I would say, go find

14  out.  Know the answer.

15           You know, you are the detective.  You are the police

16  working in a joint state and federal task force.  The FBI

17  represents the federal government in that task force.

18  Prosecutors in the Justice Department are involved in this

19  investigation, working for the United States.  Find out.  You

20  guys are bringing this massive racketeering case against my

21  client.  So do some investigation.  Do some police work.

22           Where is this racketeer's assets?  The man

23  supposedly has, Ronald Herron, Tyhe Walker, Jo-Jo Garcia,

24  Crystal Lewis, Musa Marshall, Rafael Gonzalez, Verdreea

25  Olmstead, Jose Valentin, Joseph Randolph, Shondell Walker,

1    they are all selling crack for him and who knows who else.

2    He's expanding, this drug empire, into Wyckoff.  He must be

3    making tons of money.

4             Is he giving this money away to charity?  Because

5    the guy has no assets.  That is the evidence.

6             The crack trade in Gowanus is sewn up and he has

7    nothing to show for it.  Uncle Murda buys the booze.  He pays

8    for transportation.  He finances the studio time.  The guy in

9    the 30th Street studio, whose name is Dan the Man, who they go

10   to his studio to record their work, he charges Ra $20 instead

11   of 50 to $70 an hour because he doesn't have, according to

12   Uncle Murda. My client has to beg and borrow and ask Dan the

13   Man to do that for him.

14            He wants and seeks to attract investors.  You heard

15   about Al Harrington.  He's the one you heard about.  Not just

16   from Ronald, but from Joseph Garcia, the government's own

17   witness.

18            Yet, despite all of this, the government has charged

19   him with being this major, major drug dealer, controlling this

20   lucrative crack trade and looking to expand into Wyckoff, to

21   make even more money, ready to fight a turf war to do that,

22   including committing murder to do that, to take over a new

23   lucrative drug market.

24            But he owns no real estate, no houses, no fleet of

25   expensive cars and motorcycles and boats, no bags of cash are

1    found, no suitcases containers, his car is not filled with

2    cash.  He has a nice white BMW, which you know where that came

3    from.  He drives around in a Navigator that's registered to a

4    former girlfriend named Hallima Whelless.  There is no proof

5    he paid rent at Tanya's house, where he lived.  He didn't live

6    in a lavish apartment on Fifth Avenue or in an expensive

7    apartment in Brooklyn and pay ten or $15,000 a month rent.

8         None of this really computes or adds up or makes

9    sense.  Because drug dealers have lots of money.  Sometimes

10   millions of dollars in cash.  And he doesn't have that.

11        And the government -- they go out of their way at

12   one point to point out that he had $2,000 on him in one of

13   these kind of minor arrests, that he was arrested for, from

14   2007 to 2010.  I don't even remember really which one.  Maybe

15   it was the gravity knife or one of those arrests, that he had

16   $2,000 on him.  I mean, are you kidding me?  So what, in the

17   context of what we are talking about in this case.

18        He can't afford a lawyer in the case.  His lawyers

19   are assigned and appointed for him by the Court.  There are no

20   bank accounts identified, no money is wired offshore, no

21   accounts in Switzerland or the Cayman Islands.  Nothing of any

22   value is ever found on him.  He doesn't flash large amounts of

23   money around clubs or public events he's at.

24        Knowing Ronald Herron, the kind of person he is, if

25   he had money, he is not the person or the kind of person that

1   would be looking for this kind of charity.  He'd want to be

2   the man.

3              But he wasn't the man because, according to Leonard

4   Grant, Uncle Murda, he didn't have it like that.

5              So, okay, the government talked about Richard Russo.

6   I want to talk about Richard Russo.  You know, trying to talk

7   about the evidence and the Richard Russo murder and the

8   evidence in the Richard Russo murder to say it in just the

9   most straightforward way totally shows that my client did not

10  commit that murder.

11             Now, I don't have any burden to prove that he is

12  innocent, but the evidence totally shows that Ronald Herron

13  did not commit that murder.  That's what I am going to talk

14  about for a couple of minutes.

15             First, I -- again, there is zero, and you know, you

16  can't really like ignore this just because the government

17  talks about all these witnesses and how could this happen.

18  But there is zero physical evidence or scientific evidence

19  that connects my client to that crime.  There are no

20  fingerprints, there is no DNA evidence, there is no ballistics

21  evidence, there is no fiber evidence.  There is no nothing.

22             And, in addition to that, there is no reliable,

23  objective, concrete evidence, like a weapon found in his

24  possession that was used at the crime, no surveillance camera

25  that shows him, no confession.  All of these pieces of

1   evidence that exist in the world, in the world of the criminal

2   justice system, are not here.

3           And as to the Richard Russo murder, there is no

4   reliable eyewitness who says my client committed the crime,

5   someone that you can invest in as a truth-teller, a reliable

6   person, because the only person that they have to tell you

7   that my client committed the Richard Russo murder is Rafael

8   Gonzalez.  Nobody who comes in here and can objectively in an

9   unbiased way, with no cooperation agreement, report that my

10  client had anything to do with that.

11          Again, instead, there is Rafael Gonzalez, who is the

12  opposite of that and who you can't really invest in in terms

13  of what he says anything.

14          Now, to take it one step further, it is really not a

15  stretch to say, it's -- in this case that there is far more

16  evidence that Rafael Gonzalez killed Richard Russo than that

17  my client did it or that my client had anything to do with it.

18          That person, Rafael Gonzalez, is the only person

19  from whose mouth you hear evidence about my client in

20  connection with Russo.

21          First, you know, Ronald Herron, according to the

22  government's theory, is this drug kingpin who is trying to

23  reap profits at 423 Baltic by selling crack, and, you know,

24  killing people in the building where you are trying to run a

25  drug enterprise is really not that great for business and we

1   heard about that.  But it's really not something to just be

2   ignored.

3           I mean, it is true, if they are saying this is what

4   he's doing, to make all of this money, then in the middle of

5   the day, to shoot somebody in an elevator at that very

6   location, is going to bring a heck of a lot of police

7   attention to the building and is going to result in you not

8   being able to make money there. So from that standpoint it

9   just doesn't make any sense.

10          And also, the idea that Ronald Herron would kill

11  this man in the way that they described or that not they, but

12  Rafael Gonzalez described, and for the reasons that he

13  described, totally defies common sense and really can barely

14  hold up under even the most slight analysis.

15          I am asking you to do more than slight analysis, but

16  that's the reality.  Ronald Herron doesn't even know this guy,

17  Richard Russo.

18          But the evidence you heard is that when Gonzalez

19  comes home from jail in July of 2007, at some point he's heard

20  from his family -- 1582 -- he's heard from his family that his

21  family has had some kind of beef with Russo, that the two

22  families are having these problems because Feo's older brother

23  Mito is playing music too loud and Russo is going up there and

24  complaining about it.

25          And Feo learns this and he learns also -- and this

1   is all laid out here in 1582, in the transcript where Russo

2   would complain about it.

3           Right.  Yes.  That's what this is all about.

4           Your brother would keep playing the music loud,

5   right?

6           Yeah.

7           And you learned this while you were in prison,

8   right?

9           Yes.

10          So that's what he's talking about.

11          And then on page 1583, he says, also, that he

12  learned that not only was there this problem but that Russo

13  actually went so far as to pull a gun on his brother, Mito,

14  over this beef, that was going on between them.

15          That's on page 1583 of the transcript, where Rafael

16  Gonzalez acknowledges that, your brother -- Russo actually

17  pulled a gun on your brother at line six and correct, yes.

18          (Continued on next page.)

19

20

21

22

23

24

25

                GR    OCR    CM    CRR    CSR

1    (CONTINUING)

2         MR. SOLOWAY:  Okay, so, Feo learns all of this and

3    that he actually does this and when Feo is released from

4    prison, he says you know, he's now makes the acquaintance for

5    the first time of this guy Russo and one of the things that

6    happens, happens that's relevant, a few days before Richard

7    Russo is murdered and you heard about that when Mr. Nitze was

8    talking, Russo is bad-mouthing Ronald.  He says he doesn't

9    like him.  Herron is not so tough, you know, that he's not

10   afraid of him and if he, Ronald Herron confronts him, Richard

11   Russo, Russo's going kill Ronald Herron.

12        And it's a result of hearing these things Gonzalez

13   decides that he's going to go upstairs and get a gun so he can

14   shoot Russo.  That's at 1439, 1539 something like that, 1493,

15   yes.  On direct examination by Mr. Ariail we have this

16   particular piece of evidence.  What did you talk about and

17   Gonzalez says that Russo brought it up to me.  He was talking

18   and he was like yo, you know your man and all this kind of

19   things and at the end there, line eight, like if he confront

20   me one day or he cross the line, I'm going to kill him.

21        Okay.  So, then at the bottom of the page, right, I

22   told Tyhe at line 23 that I'm going upstairs, get the gun and

23   bring it back down and I'm going to shoot him a couple of

24   times and kick him out of the building.  Okay, and this is

25   Rafael Gonzalez talking.  Now, on cross, Gonzalez sort of

1    changes his story a little bit and says he wasn't going to go

2    get the gun himself, but he told Tyhe Walker to go get it,

3    that's on page 1584.  Talks about this again.  And this is the

4    story from Rafael Gonzalez, right?  He says that he is going

5    to go upstairs, all this bad-mouthing was going on.  He says

6    at the bottom at line 24 I didn't say I was going to get it,

7    Tyhe was going to get it, but that's not really what he said

8    on direct.  I don't know if that doesn't matter very much.

9            But on page 1585 of this transcript again he says I

10   was going go get this gun or have Tyhe go get it for the

11   purpose of shooting Richard Russo.  And what else is important

12   here is that this is a couple of days before Russo is killed

13   and according to this witness, Ronald Herron learns about

14   this.  He hears about these things that Russo is saying.  And

15   so he just executes Richard Russo in the elevator at 423 for

16   saying these things about him because he is such a vicious

17   monster.

18           And Gonzalez says that he's not aware of any beef

19   that Herron ever had with Russo.  He's not aware that Russo

20   ever had any problem or beef with Herron or anyone in Herron's

21   family, so of course this murder is just a vicious, senseless

22   assassination by Ronald Herron because of something, some

23   words that Russo is saying about him because if someone talks

24   disrespectfully about Ronald Herron, he will just immediately

25   pull out a gun and kill you.  That's the story here.  And I

1   have a few thing to point out about that.

2          So, first of all, is that the way he seemed to you?

3   Is that the human being he appeared to be when he testified at

4   the trial, number one?  Because not only does it not make any

5   sense for him to commit this crime, but the evidence is that

6   he didn't have anything to do with it.  He doesn't know the

7   guy.  He's not a rival drug dealer.  He has no beef with him.

8   They've never fought before.  They've never even presented any

9   evidence that he ever had any interaction with the guy at all.

10         And in addition to that, you heard from Joseph

11  Garcia, as Mr. Nitze pointed out on his summation.  And what

12  did Joseph Garcia, what testimony did Joseph Garcia give about

13  this?  It's important.  He gives a bit of testimony about it.

14  He says that the day when Richard Russo gets killed, he's

15  around.  He's in the building.  He's in the lobby.  Other

16  people are around, too.  And what he describes in the trial

17  here is really just more evidence -- that is, Joseph Garcia's

18  testimony -- is more evidence that Ronald Herron had nothing

19  to do with the death of Richard Russo.

20         And I want to be very clear, I'm not suggesting here

21  that we credit the testimony that Joseph Garcia gave at this

22  trial with respect to the things he said about Ronald Herron

23  selling drugs, supplying drugs to him, controlling the

24  drug-trafficking in Gowanus, but there's evidence that comes

25  from Joseph Garcia's mouth at this trial about the Richard

1   Russo murder and I want to point out to you what it is.

2          So, first, what Garcia says, he describes being in

3   the lobby and seeing Herron and others down there, including

4   GIB and Feo and some guy he identifies as Rich.  And he says

5   there comes a time that he sees Ronald talk to GIB and you

6   remember GIB is Tyhe Walker, the guy in the bushes, and he

7   describes how after he sees this, he returns to the 7th floor

8   where his aunt Verdreea lives and he later learns that learns

9   that there's been a shooting, someone has been killed.

10         And he also describes a conversation he has with

11  Rafael Gonzalez after the murder of Richard Russo in which

12  they're kind of talking about wow, you know the police are

13  around and it's kind of difficult for us to do our business

14  here, it's hot, the building is hot.  And this is 1330 of the

15  transcript.  And he describes or says that this is the

16  conversation he has with Feo about a shooting.  And it starts

17  at line 19, what I'm talking about.

18         Did you ever have a conversation with Feo about the

19  shooting?

20         ANSWER:  Yes.

21         When was that?

22         A couple of weeks later.

23         And what, if anything, did he say to you, what did

24  Feo say to you?

25         He said I see him come in the building kind of

1  asking me how the police presence has been or whatever.

2      And describing it to him and what Garcia's saying.

3  Then there's a question at line 8 on direct -- I'm sorry,

4  going up here.  He talks about and he just casually

5  apologized, Feo did, right, in talking about this police

6  presence in the building.  Then he casually apologized saying

7  you know, my bad, bozo Blood had to go.  And that's what

8  Joseph Garcia says Feo told him in this conversation about

9  what's going on at 423 after the murder of Richard Russo.

10     Now, on cross-examination there's another bit of

11 testimony about this because he says something, he says a

12 little bit more.  He describes what else he saw at 423 Baltic

13 on the day Richard Russo was killed, and this is 1356 of the

14 transcript.  This is Joseph Garcia again describing that he's

15 in the lobby with Tyhe Walker and others, and Feo comes in at

16 some point and Ronald Herron comes in at some point.  Right?

17 And then there's a time where he describes how GIB says

18 something like I'm leaving, I'm going downtown.

19     And at the top, at line four, I ask him okay, does

20 GIB actually leave to go someplace after saying he's going

21 downtown.

22     He says yes.

23     And then Garcia describes how he does leave and he's

24 asked about whether he saw Herron leave with GIB and he says

25 no.

1      QUESTION:  Or anyone else; right?

2      That's correct.

3      QUESTION:  But you don't really know what Herron

4  did.  You don't know if he went out the back door of the

5  building, too, at some point; right?

6      ANSWER:  (Of Joseph Garcia)  That's correct.

7      And what happens after that?  After that is that

8  Joseph Garcia sees, and this is the last thing he sees, Feo,

9  Rafael Gonzalez and Richard Russo in the lobby of 423 alone.

10  And what happens next with Joseph Garcia is he goes upstairs

11  to the 7th floor, leaving Russo and Feo alone in the lobby and

12  five minutes later, he hears what he believes is a shot at

13  1357, right, of the transcript that's available to you.

14  Right?  So he says when you leave, on 1356, when you leave,

15  Feo and Russo, that's at the bottom, right?

16      QUESTION:  And when you do that, you leave Feo and

17  Russo in the lobby; right?

18      1357.

19      ANSWER:  That's correct.

20      And five minutes later after you get out on seven,

21  that's what you hear what you believe is a gunshot; right?

22      That's Joseph Garcia's evidence.  Right?  GIB

23  leaves.  He doesn't see Ronald Herron; right?  Ronald Herron,

24  as far as he knows, as far as he says, wasn't there.  Could

25  have left, he doesn't know.  But what he does know is Feo and

1    Russo are there alone.

2          And what do you know about Rafael Gonzalez?  You

3    know, Rafael Gonzalez described when he was testifying here a

4    crime that he committed shortly before he was arrested two or

5    three or four months before he was arrested.  You may not

6    remember this, you know this is a lot of testimony here, of a

7    guy by the name of Dave the weed dealer in some neighborhood

8    in Brooklyn.  And he described how he got a gun to do that

9    robbery.  He described how he found out this guy Dave the weed

10   dealer was selling weed.

11         He contacted him to buy some weed from him.  He got

12   a gun from a guy named Slick to do the robbery to scare Dave

13   up to get the weed from him.  And he did all of these things,

14   what he said, by himself.  It was a robbery that he did

15   himself with a gun that he had by himself that he did, planned

16   and executed entirely on his own.  And it's very easy for Feo,

17   given all of these things that happened to him in relation to

18   Richard Russo and based on the evidence in this case that's

19   before you to kill Richard Russo himself in that elevator.

20   Okay.

21         All of this stuff about Diane Flowers that the

22   Government talks about, about Ronald Herron having a car the

23   next day, that Diane Flowers owned, that Feo said we went to

24   Caton Avenue and we gave the gun and the car was switched.

25   All of that stuff that the Government thinks is so important

1  they're corroborating, that comes from Feo, okay?  That's

2  where that comes from.

3           Ronald Herron, this is his sister, you know.  He

4  uses her car, he uses her car regularly.  The fact that he's

5  in that car the day after the Richard Russo murder doesn't

6  prove anything.  That's like saying you can have a complaint

7  of the robbery, go to the police and say, my God, I got robbed

8  in Central Park, and the police can say to you where did you

9  get robbed, in Central Park, and can you show us where?  Yeah.

10 It was by an oak tree.  You know, okay, great.  So, you go

11 with the police you go back to Central Park as a complainant

12 in the robbery case, you walk into Central Park, see there's

13 an oak tree, oh, there's the oak tree, that proves I was

14 robbed.

15          You know there's corroboration and there's

16 corroboration.  The fact that Feo says all of these things

17 that happened, that we get into the Navigator, we drive to

18 this particular location, we go to this particular apartment,

19 that's, that doesn't prove that happened.  Again, we don't

20 concede any of that.  That's just what he says.  Ronald Herron

21 was not there and the fact that he's making up this story, and

22 this is a story that he doesn't tell until February of 2012 to

23 law enforcement, that's the first time he ever accuses Ronald

24 Herron of committing this crime, okay?  To law enforcement.

25          He says in February 2012 when he's arrested, facing

1   serious narcotics crimes, that he's going to go to jail for,

2   for a very long time, he accuses to Detective Fazzingo in the

3   76th Precinct, Ronald Herron, of killing Richard Russo.  In

4   April of 2014, he picks out Diane Flowers's photograph as the

5   lady who owns the house where they went to.

6           You know, Diane Flowers is somebody that lived in

7   Gowanus for years and years.  The Government shows Diane

8   Flowers's picture to Gonzalez in April of 2014 and he says oh,

9   yeah, she's the lady that did it.  You know, he knows who

10  Dianne's Flowers is.  He grew up in Gowanus, she was around

11  Gowanus all the time.  She looks at the picture.  That's

12  Ronald Herron's sister.  He doesn't say that.  He says that's

13  the lady who did it.  Great.  Does that prove that Ronald

14  Herron did this crime, any of that taken together, separately,

15  whatever parts you want to put it in?  The answer is no, I

16  submit.

17          You know what else makes the answer no?  Is that Feo

18  has a motive.  The Government is saying oh, Ronald Herron is

19  like his big brother, like his father, et cetera, et cetera,

20  whatever all those things are that they're saying.  And you

21  know you heard about the video that was made, We All Fucked

22  Up, the music video that Ronald made.  And I'm not going to go

23  through this in any great detail, but you heard evidence from

24  Feo, from Rafael Gonzalez that he expected that day to be in

25  the video rolling the dice and in the dice scene that begins

1  the video, there are all these different parts in the video

2  that he could have had that he never got.  He was offended by

3  that.  He was upset by that.  He felt resentful by that.  And

4  you could say and the Government will probably get up on

5  rebuttal because they have another opportunity, you know

6  Soloway's crazy.  Are you going accuse somebody of murder

7  because you didn't get to roll the dice in the video?

8          And what I have to say about that is that you have

9  to think about, when you think about this and when you analyze

10  this, not just any particular person on the street that you

11  might want to be analyzing but Rafael Gonzalez.  That's the

12  person we're talking about.  Because Rafael Gonzalez is a

13  person who has, I guess, I'll just say very little in his

14  life.  He's not going very far in life.  He has very little in

15  his life and when you are that kind of person and that's the

16  kind of life you have, this is the kind of thing that's very

17  important to you.  You're going to be in a video.  You're

18  going to roll the dice in the video.  You're going to be

19  invited on to the bus.

20          Because Ronald Herron, unlike Rafael Gonzalez, is a

21  person that's going places in life.  And so when he's slighted

22  by Ronald Herron that day in the way that Rafael Gonzalez

23  describes, it's very big for him.  You know, he talked about

24  it on the street with other people.  That's why we talked

25  about it in court.  Because we knew about it.  Because it was

1  something that was really bothering him.  And he was really

2  upset about it.  And because of the kind of person that he is,

3  he was so upset about it and so angry at Ronald Herron for

4  this, that yes, it is the kind of thing that will contribute

5  to a motive for a person like him to accuse Ronald Herron of

6  doing something, even murder, that he didn't do.

7          You know, Angel Figueroa also kind of factors into

8  this whole story here about Richard Russo in a way.  Because

9  it's kind of worth mentioning at this point that Angel

10  Figueroa is alive and well and I've got to tell you that if

11  Ronald Herron is really the vicious monster that the

12  Government makes him out to be, how could that be?  Because

13  you know that Mr. Angel Figueroa in 1998 and 1999 had this

14  relationship with Ronald Herron.  They liked each other.  And

15  he informed on Ronald Herron, told the police where Ronald was

16  when they were looking for him for this 1998 Wyckoff shooting

17  that Ronald was arrested for in March of 1999.

18          That happened in September of 1998 in March of 1999

19  because of Rafael, because of Angel Figueroa, Ronald was

20  arrested.  And Ronald Herron, the guy that you just have to

21  say bad words about and he will take a gun an put it to your

22  head in an elevator and execute you didn't do anything to

23  Angel Figueroa.

24          Ronald Herron was detained on Rikers Island from

25  March of '99 to May of 2000, 14 months because of Angel

1   Figueroa.  Comes out of jail and he tells his cousin Tom-Tom

2   this guy betrayed me, I don't want him around anymore.  He

3   doesn't kill him.  He doesn't shoot him.  He doesn't stab him.

4   He don't break every bone in his body or even some of them.

5   He runs him out of the neighborhood because he is six four,

6   240 solid, like he says in the music.  And that's what he

7   does.

8           And Angel Figueroa, despite everything that he says,

9   including that nonsensical story that I'm going to talk about

10  in a few minutes of Herron abducting him and forcing him to

11  sell heroin in 272 Wyckoff in May of 2008, is alive and well,

12  very well other than that he's in jail.

13          So, this witness is a witness that the Government

14  presents to you, Angel Figueroa.  This is a witness who does

15  these things to Ronald Herron who Ronald Herron says I never

16  liked the guy and Figueroa says about Ronald Herron, I never

17  liked him.  Now, that's not what he said on direct.  He said I

18  didn't like him at some point, but there's a stipulation that

19  say, there's agent's notes where Figueroa said about Ronald

20  Herron I never liked the guy.  Ronald Herron never liked him.

21          But this witness, who the Government presents to you

22  and his story that the Government presents to you is entirely

23  contradictory with the concept that Ronald Herron would commit

24  this murder of Richard Russo the way they've described.  Now,

25  it's just more proof that Herron is not the person they argue

1  that he is.  It's not consistent with the tiny package that

2  they present ever consistent.

3           Now, the Government has the power to use whatever

4  words they want and they have the power to explain what

5  happened and why people did things in any way they want and

6  they can get up here and they can say to you from beginning to

7  end, today, tomorrow, next week, next month, everything Ronald

8  Herron did he did because he's a vicious murderer.  But again,

9  I just come back to the point that it's really up to you to

10 analyze for yourself whether or not that is consistent with

11 the evidence you've heard.

12

13          (Continued on following page.)

14

15

16

17

18

19

20

21

22

23

24

25

1          MR. SOLOWAY:  Okay.  Now, I have to just touch on a

2     couple of things that Figueroa said because he was an

3     important witness for the government.  He's a guy who comes

4     home from parole in March of 08 and he's only on the street

5     for two months you may recall.  He's a guy who comes home in

6     March of 08, after spending about five years in state prison

7     for drugs and he immediately goes out and sells drugs as soon

8     as he gets out in March and on May 6 of 2008 he gets caught

9     selling heroin at 272 Wyckoff Street.

10          And he tells the story about how Ron abducted him

11     off the street with two people he doesn't identify and forced

12     him to sell drugs at 272 Wyckoff.  It seems like there's a lot

13     of people around Wyckoff and Gowanus that are dying to go out

14     there and sell drugs.  The idea that you abduct somebody and

15     post somebody in the lobby of 272 Wyckoff to make sure they

16     sell the drugs you give them instead of running away when you

17     have all these people, why?  Because he needs the money?

18          Is it because he wants to do something bad to the

19     guy to hurt him?  I mean this is a guy, you know, that goes,

20     this Figueroa guy, that goes in front of a judge in October

21     1999 and pleads guilty on a case where he was arrested in

22     apartment 4 E at 423 Baltic for drugs and pleads guilty with a

23     promise of probation and he gets probation in November of '99.

24     Five years probation.

25          And he at that very moment in his life is in the

1    middle of a conspiracy to sell guns that goes on at that very

2    time.  Right.  You look back at the evidence, September,

3    October, November, December of 1999.  That's what he was

4    doing.  You know, I'm not going to go through it in any great

5    detail.

6           This is a guy that blatantly lies about his

7    interview with the probation officer Michelle Statler, now

8    called Michelle Power.  Just for a minute, you remember,

9    because it says something about the government's case.  Like

10   it says something about the kind of people we're talking about

11   here.  I don't want to do this in any way that -- there's

12   things that are important in certain ways.  You know, Angel

13   Figueroa gets arrested in February of 2003 in Staten Island on

14   Oder Avenue in possession of 8 Ziploc bags of crack cocaine

15   and that's the case that you'll recall he described how the

16   police came and they arrested him and he was going to go into

17   a drug program and he messed it up and the judge gave him four

18   and a half to nine years in state prison.  Right.

19          When I was asking him questions about the fact that

20   he was on federal supervised release at the same time all this

21   was going on for this gun trafficking case he had, he said --

22   I asked him, Well, you know, the probation officer who was

23   supervising you on your federal supervised release she wanted

24   to talk to you, right?  So she made arrangements for you to

25   come to her office on Livingston Street with an escort from

1  the drug program and be interviewed about what happened on

2  Oder Avenue in Staten Island in 2003.  And the guy says, when

3  I asked him:  Hey, you know, didn't you say that when you

4  spoke to the probation officer, that the drugs were planted on

5  you by the detective?  He says, no.  No.  I never said that.

6  Didn't you say you were completely innocent?  No.  I never

7  said that.  Didn't the interview happen on Livingston street

8  with an escort?  No.  I never said any of that.

9       Then we brought Michelle Power in.  We brought

10  Michelle Power in.  This is what Michelle Power just said

11  about her interview with Angel Figueroa on that August date, I

12  forget what it was, 2000 and something, when she said the

13  exact opposite of what Angel Figueroa said.  Right.  On August

14  18, 2003, the subject was -- this is what she said, Angel

15  Figueroa told her when he came to be interviewed for the

16  purpose of preparing a report about the supervised release

17  violation.

18       He was permitted to leave Samaritan Village with an

19  escort and meet with the undersigned officer.  He informed

20  that on the day of the arrest he was in a Staten Island

21  residence.  That his cousins were arguing about who would use

22  the home and one of them called the police.  He said that the

23  police, right, responded and found cocaine, searched everybody

24  and asked if anyone was on probation or parole.  He replied

25  yes.  And the police then they planted the cocaine on him and

1   then he informed that no marijuana or drug paraphernalia was

2   found.  He declared his innocence to the Probation Department

3   and explained that he pled guilty because he would have gone

4   to jail had he not -- he would have gone to jail if he not.

5           This cooperator, this witness of the government's,

6   gets on the witness stand and that's the way that goes, right.

7           And now the point of all of this really is that when

8   Angel Figueroa was on the witness stand right there and I was

9   asking him these questions right there, saying didn't you say

10  these things to the probation officer?  Didn't you say this

11  and this and this to the probation officer?  He said no.  I

12  never said any of those things.  And he was lying right to

13  your faces.

14          He was lying and when he was doing that there was

15  not really too much I could do about it at that point.  We

16  hadn't heard from Michelle Power yet.  And when he was up on

17  the witness stand there and he was saying these lies, it's not

18  like the sky opened up and a bunch of angels came down or

19  there was any big sign that lit up, a neon light with a big L

20  flashing over it for lying and the floor didn't open up below

21  him and swallow him up at that point.  It just looked like he

22  was telling the truth and it was not revealed that he was

23  lying until Michelle Power was called and said that.

24          Now, this guy is a government witness and I know

25  that really in the grand scheme of things and in the context

1    of this person's life of crime and dishonesty it's really far

2    from the worst thing he ever did.  I wouldn't suggest that it

3    is.  The guy has done everything in his life to advance and

4    promote his self-interest and has lied to probation officers

5    and judges and other officials of the government always.  So

6    it's really not the most significant thing.

7           But, you know, it shows you something about how this

8    prosecution is going against my client and that's why I'm

9    really talking about it.  It's a part of how this cooperation

10   thing, this process works.  And it's important because really

11   in this case what the government has used to prosecute my

12   client really to the exclusion of all other law enforcement

13   techniques is turning cooperators to testify against him,

14   people that are totally unreliable.  That's why it's

15   important.  People whose lies they can't control.

16          Although they say they can, they pretend they can,

17   with these pieces of paper that they call cooperation

18   agreements, that make these people in some way magically, some

19   magic serum, truth elixir, these are people that you can rely

20   on.  This is an argument they made.  Mr. Nitze just made it.

21   It's a lot of things.  It's fascinating.

22          You know, you are talking about, when you talk about

23   these folks, these cooperators, you're talking about people

24   whose whole lives very often have been filled with committing

25   crimes.  You know they say I'm living in a fantasy world.  And

1   you know there's really nothing that -- the lawyers obviously

2   are not witnesses.  The lawyers are not there when these

3   things are all happening and the witnesses are the witnesses.

4   Some of these people like Angel Figueroa, they just live the

5   life of lying and committing crimes their whole life.  And now

6   the government argues to you that's all changed because of

7   this piece of paper.

8           But the truth is, real truth, is that these people

9   are risk takers, right.  These are people who have spent their

10  life making decisions to act in their self-interest at the

11  expense of other people in ways that violate the criminal law

12  and to take the risk that it's going to benefit them.  And

13  when they do that they deal with the moment.  They live in the

14  moment.  That's the kind of people they are.  Whatever is

15  dictated by the moment that they think will help them, that's

16  what they'll do.  And that's the thing that the government

17  doesn't have control over.

18          Okay.  I want to talk about Crystal Lewis for a

19  moment.  That's really where I'm going to try to talk a little

20  bit about and kind of the last thing I want to talk about,

21  you'll be happy to learn, about this cooperation process.

22  Because Mr. Nitze spent some time on it in the end and I'm

23  going to respond to it in a certain way.

24          And before I do that I just want to talk for a

25  second about something else that's really important in this

1   case and which I think is kind of mountainous importance to my

2   client.  That's the lack of evidence in this case, what I call

3   the lack of evidence.  Because the government here has brought

4   a prosecution against my client and has failed to bring you or

5   to even try to bring you or to explain its failure to bring

6   you, any sort of concrete evidence that he's the person who

7   these criminal witnesses say he is.

8            They, the government, law enforcement people

9   involved in this case, they failed to try to buy drugs from my

10  client or to introduce an informant to buy drugs from him.

11  Why?  Why?  I don't know.  There's no explanation.  They

12  failed to try to sell him drugs with an undercover police

13  officer or an informant.  Why?  There's no explanation.

14           They failed to try to get a wiretap and to intercept

15  and record his phone calls for you to listen to and make

16  conclusions for yourself about what's going on in his life at

17  that time.

18           Drug dealers use phones.  You've heard.  Mr. Nitze

19  referred to the fact that Crystal said here's my number and

20  she says here's my number to the undercover because she wants

21  him to call her when he wants to buy drugs.

22           And by not getting this kind of evidence, they are

23  insulated against what that evidence would reveal to you.

24  They prevent you from knowing what this evidence would show.

25  They have denied you the kind of proof that would provide

1   important information to you and inform your deliberations and

2   assist you in deciding this case accurately and justly.

3          And what's important about that is something that

4   you should try to remember.  You know, my client, Ronald

5   Herron, sitting all the way over there, whatever else he has,

6   he doesn't have a police force.  He was not in a position to

7   get a wiretap on his own phone to prove he's not a drug dealer

8   and a murderer, just in case the police might arrest him one

9   day.  He just wasn't.

10         They are the police.  They are the ones who brought

11   serious criminal charges.  They are the ones with the burden

12   of proof to show that he's engaged in these activities that

13   they have charged him with.  And if they don't do the police

14   work to accomplish these goals for you during the

15   investigation that reason and common sense shows would provide

16   important evidence about what was going on in this case, you

17   know, my client is not the one to blame for that.

18         What's also important is that you are entitled to

19   consider that the reason that you don't have this kind of

20   evidence in the case is because they didn't bother to try to

21   get it for you and they didn't bother to get it for you.  And

22   although the judge is going to tell you -- and he is going to

23   tell you -- that the government is not under any burden to

24   utilize any particular kind of investigative techniques in a

25   particular case, it's also true that there's a burden of proof

1  here and it's proof beyond a reasonable doubt and you are

2  entitled to and you are under a duty in reaching your verdict

3  here to consider the evidence and the lack of evidence in this

4  and all criminal cases in deciding whether the government has

5  met its burden of proving my client is guilty.

6         And you should do that.  So when you are in the jury

7  room, use your reason and your logic and your common sense in

8  the jury room and think about and discuss the kind of evidence

9  you have in this case and the kind of evidence that you don't

10  have.  Just talk about it in the jury room and come up

11  yourselves as to what it means and doesn't mean in a case

12  where my client is charged with being the head of a narcotics

13  organization from 2007 to 2010 and is supposedly this enormous

14  drug dealer and is never caught with any narcotics, these

15  things matter.  Never seen supplying narcotics to anyone,

16  receiving narcotics from anyone.  These are not just words.

17  These are facts.  These are reality and they contradict the

18  government's theory of this case.

19         So you are entitled to think about what it means and

20  to debate what it means as a juror in this case, this kind of

21  evidence, the lack of this kind of evidence.  No seizures, no

22  surveillance of the defendant engaged in narcotics activities.

23  No major assets identified.  No wiretap evidence, no

24  undercover buys or sales.  No tape-recordings of the defendant

25  in any narcotics deals.

1          And so that leads me to what I said I was going to

2     talk about at the end, which is that when you get right down

3     to it, the brass tacks of this case, leads you to realize that

4     all of these investigative techniques were not employed that

5     might yield evidence of what was going on in this case and

6     instead one kind of investigative technique is the technique

7     that the government decided to rely on in this case, to the

8     exclusion of all others, and that's cooperating witnesses

9     testifying pursuant to leniency deals, criminals, facing

10    crushing evidence of their own crimes and lengthy prison

11    sentences if they did not testify.

12         Now, Crystal Lewis is someone that I want to talk a

13    little bit about because Crystal Lewis is an example of what

14    really goes on here and I want to talk about her because of

15    that.

16         You know, you heard from Crystal Lewis.  There she

17    is, Crystal Lewis.  These are all the people that testified

18    against my client there, these cooperators.  The government's

19    word cooperators.  They like that word.  Cooperate is a word

20    that we all like.  It's kind of warm and fuzzy.  We like

21    people who are cooperative.  When our children are cooperative

22    we reward them.  When someone is cooperative at work, we give

23    them a raise.  Cooperative.  Cooperators.  Oh.  It's nice.

24         You know, Crystal Lewis gets arrested after a few

25    months as a fugitive and it's no secret that she's desperate,

1    right, to get out of jail?  She misses her child.  You heard

2    her testimony.  I miss my child.  My child is everything to

3    me.  I can't stand to be without her.  I have to get home.

4    That's her overriding goal, right.

5            But she can't get bail and she can't get out.  And

6    the government opposes bail and they win and instead of

7    getting bail what happens to her she tells you at some point

8    is that in June of 2012, after being in jail from February of

9    2012, about four months of detention, she's suddenly brought

10   to the courthouse without her prior knowledge to meet with

11   agents and prosecutors by her lawyer.  And she doesn't say

12   what the government wants to hear.  This is the message she

13   receives in the form of the government agents' words and this

14   is 2404, please.

15           This is Crystal Lewis talking about the day that she

16   went to meet with, without her knowledge, agents and

17   prosecutors of the government in this courthouse.  And what

18   happened is that what she says here, right.

19           You said you didn't want to talk about anything at

20   the meeting relating to the criminal activity of other people,

21   right?  Yes.

22           And at that point at least one of the agents became

23   frustrated with the answers you were giving, right?

24           "ANSWER:  Yes."

25           And he told you words to this effect:  I'm going to

1 | put all of these charges on you and I will make sure that you
2 | will never see your daughter and your family again, isn't that
3 | correct?
4 |         "ANSWER:  Yes."
5 |         (Continued on next page.)
6 |
7 |
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |

1          MR. SOLOWAY:  (Continuing)

2          And you took that as a threat, didn't you?

3          Answer:  Yes.

4          And you became very scared, didn't you?

5          Answer:  Somewhat.

6          Question.  Scared, right, that's the word?

7          Answer:  Yes.

8          Now, this whole cooperation process that the

9     government tells you is a tool of truth seeking and that the

10    government puts before you in this case, you have to decide

11    whether or not it has produced reliable evidence, evidence

12    that you can rely on, to send my client to prison for the rest

13    of his life.

14         But there is really more to this than just this.

15    Because Crystal Lewis goes back to jail after this meeting and

16    she gets a new lawyer, she tells you, and in September of

17    2012, we learn that she and her lawyer go to court to try to

18    convince the judge, over the strident objection of the

19    government, that she should be released on bail.

20         That's 2384.  This is what Crystal Lewis says about

21    that.

22         At the hearing you had been in jail at that point

23    for about seven months, right?

24         Answer:  Yes.

25         And you really wanted to get bail, right?

1          Yes.

2          And at that time the government was opposing?

3          Yes.

4          In fact, they were stridently opposing bail for you,

5     weren't they?

6          Answer:  Yes.

7          Notwithstanding that, you, together with your lawyer

8     made a decision, even though the government was in opposition,

9     you would try to convince the judge to grant you bail, right?

10         Answer:  Yes.

11         Now, next page.

12         There is a period of time in your case, Ms. Lewis,

13    by the way, you didn't get bail, right?

14         Answer:  No.

15         And that's the end of that section about her bail

16    hearing.

17         It is only at that point, after all these things

18    have happened to her, that she starts voluntarily to meet with

19    the government in the quest of getting a cooperation

20    agreement.  Remember, the Special Agent who is here in court

21    testified that she started attending proffers sometime like in

22    the middle of October, a month or so after this bail hearing

23    happens in 2012.

24         And she knows, she testified, from public

25    announcements in court that she is charged with working for

1  Ronald Herron and also she is charged with having a leadership

2  role in his organization.  This is 2415.  I will show that.

3          2415, where she says -- this is when she comes to

4  court for the first time.  You can look at these transcripts.

5  She hears that she is charged with a ten-year mandatory

6  minimum narcotics distribution case and at line nine she says,

7  that's pretty devastating news.

8          At line 15, and the government claims that in this

9  case in which you were working for Ronald Herron, the

10  government claims that you had a leadership role in the

11  operation?

12          And that's what happens to her.  So she knows from

13  the very first day of her case what the government is say and

14  announcing, and ultimately when she starts proffering in

15  October of 2012, it leads to, very quickly -- I'm sorry,

16  2011 -- to a cooperation agreement.

17          And then after she gets that cooperation agreement,

18  after a few months of trying, she goes back to court for

19  another bite at the bail apple.  And that -- and this time,

20  cooperation agreement in hand, the government does not oppose

21  and she gets out on bail.

22          And she goes home and she has been home ever since

23  and you can look at the transcripts and you will see that.

24          Now, you have to decide what to make of all of that.

25  That's your job.

1        The government says, this whole process is about
2   seeking and securing the truth, presenting the truth.  Taking
3   these kinds of people and putting the screws to them in this
4   way, yields the truth and information that you people can rely
5   on.
6        Okay.  And with due respect to the prosecutors and
7   agents, all of that defies logic and reason.
8        But you should be the ones to decide.  Don't take
9   their word for it.  Talk about it.  Not just with Crystal
10  Lewis and come to your own conclusion.  Talk about it with
11  respect to all the witnesses.  And come to your own conclusion
12  and decide if these tactics of the government deliver the
13  truth, deliver reliable evidence.
14       Now, I really don't want to you get me wrong here.
15  I am not suggesting that these prosecutors or any of these
16  agents that are involved in this case, accusing them of any
17  wrongdoing.  Okay.  I am not saying that they are deliberately
18  trying to force or coerce or deliberately pressure people to
19  lie.  I am not saying that.
20       But what I am saying is that they are wielding these
21  methods and when they do that, when they wield these methods,
22  different things happen.
23       Now, again, most of the evidence in this case, you
24  know, comes from these people, these people who have committed
25  the crimes that they have said they committed.  There is no

1  real other kinds of proof.  And you know, the -- so really --

2         Okay.  You know, in a nutshell, boiling it down, I

3  would say that when you analyze this, that these methods and

4  tactics are really the enemies of the truth.  They are the

5  opposite of a process that can be relied on to deliver the

6  truth.

7         Because these tools that are wielded against these

8  criminals, they are in a way, they have the tendency to be

9  received by these people as coercive and the people that they

10 are wielded against, they are weak people in many cases.  They

11 are vulnerable people, and they are also unscrupulous people

12 and these people want to do what they believe is going to help

13 them, regardless of whether it involves telling the truth or

14 not telling the truth.

15        And these people know what the government wants to

16 hear.  Because you heard from the witnesses that when they go

17 to court, the government says from jump street in this case

18 that these people are guilty and what they are guilty of is

19 selling drugs for Ronald Herron and aiding him in acts of

20 violence.

21        So people like Crystal Lewis, she spends from

22 February 2012 when she is arrested until September -- I'm

23 sorry -- February 2011, desperately wanting to go home and she

24 has no criminal record.  She hs never been in jail before.

25 She is told she is facing a lot of time in jail.

1     This particular terrifying situation that she finds
2   herself in is what is going to happen to her unless she gets a
3   cooperation agreement by saying that's the guy that I worked
4   for.
5     Now, as soon as she says that, it's kind of like
6   rubbing the magic lamp that Genie comes out of, because she
7   goes home and if she didn't say it, where would she be?
8     The answer to that is obvious, and that is what
9   happened to Crystal Lewis, the genesis, the origin, of the
10  kind of proof that the government tells you you should rely on
11  here, to send Ronald Herron to prison.
12    And the problem with all of this is that this whole
13  process that the government uses and talks about in the way
14  that they do is really about two things.  It is about hope and
15  it is about power.  Okay.
16    Starting when they get arrested, these witnesses,
17  these criminals, that the government has called as witnesses
18  here, they learn and recognize the awesome power that the
19  government has over them and they have hope that they can
20  please the government and the agents of the government so that
21  these people will be happy with them and help them.
22    So their desire or their motivation is to please the
23  people who have this power over them.
24    I want you to think of it in a different way for a
25  second, like imagine in some other alternate parallel universe

 1    what would happen if I had the power to let these people go

 2    home.

 3          If I had the power to let these people go, those

 4    witnesses would say what they believe I want to hear, in the

 5    hope that I would be satisfied and they would not be thinking

 6    about what the truth is or what the not truth is.  They would

 7    be thinking of the things that I just described.

 8          Because that is the kind of people that we are

 9    dealing with, and it is, I submit to you, at best naive of the

10    government to come in here with this case and tell you that

11    they have transformed these people, not transformed them

12    morally, but transformed them into truth tellers, people that

13    you can rely on, because the way these people work is not like

14    that.  Whoever has power over them, that's who they cater to.

15          Now, these people are unreliable and they are

16    unreliable just because that is the kind of people they are.

17    They are like kind of unguided missiles in certain ways.  You

18    know, they have their own agenda, and the government really

19    makes believe that they have the power to control the agenda,

20    the power to control the impulse it is these people have to

21    lie, to lie to get what they want.

22          But it is really not true.  You know, it is not

23    really that difficult for Joseph Garcia to describe exactly

24    everything that he ever did in his life, involved with selling

25    drugs, and to just change one single fact, which is, I did it

1    for Ronald Herron.  All he has to do is say, every day, I was

2    out on the street in the project in Gowanus, selling drugs.

3    Because that's what he was doing every day out on the street

4    in Gowanus.

5           And all he has to do to satisfy the government to

6    get out of jail and out from under the mandatory minimum

7    sentence he is facing is to say I did it for Ronald Herron.

8           All of the explanations that Ronald Herron has for

9    these phone calls, you know, we are talking about -- look at

10   the phone calls.  He's on the phone with lots and lots of

11   people.  You have all the phone records.

12          Ronald Herron is a very busy, very active person.

13   These are not the only people he talks to.  Look at the phone

14   numbers.  Take all the phone records and look at them.

15          You are going to see that there is a lot of phone

16   numbers that don't belong to any of these people.  There are a

17   lot of calls that are with these people, because these people

18   are involved in his life.  They are involved in him making the

19   project music videos.  They are involved in all of the kinds

20   of things that he is involved in, especially Joseph Garcia,

21   who they tell you has twelve hundred calls over some period of

22   some years.  I don't remember.

23          You know, we have here a system of justice that

24   people have to feel and believe can deliver justice, a system

25   that we have to feel we can rely on, to that in our

1  communities, for your families, for our neighbors and for us.

2      My client has been locked up in this case or he was

3  arrested in October 2010.  You have heard from these

4  codefendants, cooperators, that are facing these crushing

5  cases with crushing evidence of their own serious federal

6  crimes, that they say he did all these things that they say he

7  did.

8      That's what the government has brought you.  And I

9  say to you, and I submit to you, that what that really is is

10  the opposite of police work and the opposite of bringing

11  reliable proof and the opposite of delivering to us a system

12  of justice that can be relied on.

13      So I am finished, figuratively not literally, but I

14  am finished.  And right here, right now, you know, you people

15  have a job to do in this case and you are the only people in

16  the whole planet who have the power to decide this case and to

17  deliver a verdict and to pass judgment on a man who is being

18  prosecuted by the government and soon that's what you are

19  going to be called upon to do.

20      I just really ask you to do one thing and to ask

21  some of the questions that I have proposed to you are relevant

22  in this case and make the government give you answers as to

23  why they don't have the kinds of evidence that I have talked

24  about, but also to treat this case as one of the most

25  important things that you have ever been involved in in your

1   life.  Because you know that the verdict you deliver, that

2   that is something that my client's fate depends on.

3            (Continued on next page.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1   (CONTINUING)

2        MR. SOLOWAY:  Your verdict is going to determine

3   whether my client goes to jail for the rest of his life or

4   whether he goes home to his family and the people who love

5   him.  So, you should, in doing that job, think about and

6   inquire individually and collectively whether the evidence

7   that the Government has given you is the kind of evidence that

8   makes you say that you can rely on to say this case is proved.

9   Can we rely on the evidence the Government has delivered to

10  send this man to prison or not?  I submit to you that the

11  Government has failed to do that and that you should find him

12  not guilty.

13        Thank you.

14        THE COURT:  We'll take a five-minute break.

15        All rise for the jury.

16        (Jury exits.)

17        (In open court; outside the presence of the jury.)

18        THE COURT:  All right, please be seated.

19        We've gone an hour past the hour-and-a-half that you

20  mentioned, which is fine, but I'm going to have Mr. Reccoppa

21  ask them whether they're willing to stay until 8:30 and if

22  they are, we'll just go right ahead with it.  If not, we'll

23  come back Wednesday morning and finish.

24        (Pause in the proceedings.)

25        THE COURT:  Mr. Reccoppa advises me that the jury

1    wants to stay and finish, so now this is my first opportunity

2    to conduct night court.

3              So, let's take five minutes and then we'll have

4    night court.

5              (Recess taken.)

6              (In open court.)

7              (Judge NICHOLAS G. GARAUFIS enters the courtroom.)

8              THE COURT:  Are you ready to proceed?

9              MS. PAUL:  Can you give me just another minute or

10   two, Judge?

11             THE COURT:  Sure.  The sun goes down today at 8:31.

12   Is there a chance we'll be done by then?

13             MS. PAUL:  Yes, yes, I hope so.

14             (Pause in the proceedings.)

15             THE COURT:  All right, are you ready?

16             MS. PAUL:  Why not, Judge, it's late.

17             THE COURT:  Bring in the jury, please.

18             (Jury enters.)

19             THE COURT:  Please, be seated.

20             All right, the Government may give its rebuttal.

21             I also want to, before Ms. Paul begins, thank the

22   jury for making itself available to complete the closing

23   arguments this evening.

24             You may proceed.

25             MS. PAUL:  Thank you.

1    REBUTTAL SUMMATION

2    BY MS. PAUL:

3            MS. PAUL:  We do thank you.  Did everyone have a

4    cookie?

5            THE JURY:  Yes.

6            MS. PAUL:  Okay.

7            Mr. Soloway told you over the last few hours that

8    all we have here are cooperating witnesses.  We've got no DNA

9    evidence, no fingerprint evidence, all we have are witnesses.

10           Now, some cases are solved by DNA evidence.  A

11   sexual assault case, for example.  A whodunit where all you

12   have is a piece of science that links a person to a crime and

13   some cases are solved by fingerprint evidence, a crime like a

14   burglary where a burglar hangs on to a window and no one knows

15   who did it until they get the print and it's him.

16           But most often, as you heard from Detective Yero,

17   the homicide detective from the Victor Zapata homicide,

18   remember him?  As you heard from him, more often than not,

19   cases are solved by witnesses.  People.  People that were

20   there to see it with their own eyes.  And in this case the

21   witnesses are the people that the defendant chose to be with.

22   Criminals.  People that work for him.  His eyes and his ears

23   on the street.  They're not law-abiding hard-working people

24   with nine to five jobs that pay taxes.  They are criminals.

25           Feo is your witness because if Feo didn't tell you

1    what happened in the elevator when Richard Russo lost his

2    life, how he saw the devil in the defendant's eyes and how

3    they casually stopped for a snack at Subway after the

4    defendant murdered Richard Russo in cold blood, there would be

5    nobody to tell you that because no one else was there.

6            Jo-Jo Garcia, Crystal Lewis are your witnesses

7    because they're his workers.  They're people that are doing

8    his bidding on the street.  They're the people taking risks,

9    they're the people getting arrested, they're the people on an

10   undercover buy video handing out drugs.  Not him.  You're not

11   going to see him on an operation trident undercover video

12   because that is not how Ronald Herron operates.  He built an

13   organization, an enterprise around people that do things for

14   him and insulate him from detection by the police.  He's the

15   boss and he's always on the move.

16           So you see the cooperating witnesses are not

17   witnesses that the Government chose.  They are witnesses the

18   defendant chose to have around him.  And they decided to

19   cooperate and we're going to get to Mr. Soloway's argument in

20   a bit, but it's not because they have out of the goodness of

21   their own hearts as Mr. Nitze told you.  It's because they

22   want a chance at leniency.  But as Mr. Nitze also told you,

23   that's the beginning of the inquiry you have to make when you

24   consider these witnesses.  They're the beginning of the

25   inquiry.

1          What the defendant was counting on at this trial was

2    that these witnesses, these people, the people that are around

3    him that know firsthand his capacity for violence, the people

4    that know that he's the big homey of the Murderous Mad Dog

5    Bloods, that they would be too scared to testify here in court

6    or loyal enough to testify for him, perhaps, as we saw this

7    morning when M-Dot took the stand.

8          Because we all know how Ronald Herron feels about

9    snitches and rats.  You saw earlier when Mr. Nitze played his

10   Project Music video, you know it because of the life that

11   Angel Figueroa has led since 1999 when he had the poor sense

12   to snitch on Ronald Herron and he spent the rest of his life

13   running away from this man, terrified that he's going to kill

14   him if he sees him.  All of these witnesses are scared.

15         Imagine what it might be like to be a cooperating

16   witness in prison cooperating against the big homey of the

17   Murderous Mad Dog Bloods.  Imagine.  But you don't have to

18   imagine because you saw it on display.  You saw the fear on

19   full display.  You saw men, grown men in prison, facing long

20   sentences, long periods of incarceration who lied to you

21   because they're concerned about the reach that Ronald Herron

22   has.

23         And Vincent Winfield told you what it means to be on

24   a plate, what it means in the Bloods when you're on a plate.

25   That you are food for the Bloods and if they see you in prison

1   they're going to kill you on sight or assault you.  Like Moose

2   says in that video that you saw at the hospital.  We eat

3   those.  That means we kill them.

4           So, cooperating against Ronald Herron is not

5   something that any of these witnesses takes lightly and you

6   should consider that when you evaluate their testimony.  All

7   of them.  Even a killer like Saquan Wallace was nervous about

8   doing it, I submit to you, about coming here and facing the

9   defendant.

10          Mr. Soloway doesn't mention that.  He's going to

11  have you disregard and dismiss the fear that Ronald Herron

12  puts into the heart of cold-blooded killers.  Witnesses for

13  the Government you saw it in and witnesses for the Defense.

14  And you all know that the Bloods is a street gang that deals

15  in violence and murder and retaliation and drug dealing.  You

16  heard from the members of the Bloods about what Bloods did to

17  the Gowanus Houses.

18          They terrorized the community, they sold drugs on

19  the street, in apartments, they took over other people's

20  apartments, they made them stash houses, they shot rivals,

21  they had innocent people in the day and night with shootings

22  around them; people going to the laundromat, people going to

23  pick up their kids from school.  The Bloods terrorized the

24  Gowanus.  So, for the Defense witnesses to get up and tell

25  that you this is some kind of benevolent street gang is

1    absurd.

2         But Mr. Soloway didn't mention any of these

3    witnesses when he summed up before you.  That's because all of

4    them, I submit to you, were getting on the stand and lying to

5    you for Ronald Herron.  Let's start with M-Dot.

6         M-Dot who tells you that he doesn't know what a

7    snitch is and what a rat is, that's nonsense.  You all knew

8    what that was before you walked in this courtroom, I would

9    imagine.  M-Dot, a self confessed member of the racketeering

10   enterprise run by Ronald Herron for which he pleaded guilty to

11   and is awaiting sentence, he doesn't know what a rat is or a

12   snitch is.  Nonsense.  Why is he doing this?  He's not doing

13   it because he has morals and principles.  He's not doing it

14   because he thinks it's what's right.  He's doing it for the

15   big homey.  He's holding down the big homey.

16        And what about Jonathan rice?  Same thing.  Jonathan

17   Rice, I submit to you, was a good Defense witness but he was

18   one of the most sympathetic victims in this case.  That guy's

19   an armed robber in jail for 15 years and he is under the thumb

20   of Ronald Herron in a way that the witnesses that testified

21   for the Government used to be.  Jonathan Rice still is.  That

22   guy gave up his entire settlement money for the defendant, for

23   some promise of a rap career.  And the defendant never did

24   anything for him.  He didn't drop a dollar in his commissary

25   account.  No.  Ronald Herron doesn't care about Jonathan Rice.

1          And why is Kendale Robinson testifying at this

2    trial?  He's the victim of that shooting.  He's the victim and

3    he's testifying for the Defense.  Why is he doing that?  He's

4    lying for the big homey.  He's here, convicted himself of

5    murdering a witness.  He feels the same way about snitches

6    that Ronald Herron does.  He's got nothing to lose and

7    everything to gain by testifying for the big homey.  He's in

8    jail for the rest of his life and he's currying favor with

9    Ronald Herron.

10         Now, Mr. Soloway's argument about cooperators would

11   suggest that this is a huge conspiracy between a bunch of

12   people with some motivation to frame the defendant.  These

13   people are involved in the defendant's life in different ways

14   from different time periods and they all tell you the same

15   thing.  Their testimony is interlocking and it is corroborated

16   by all of the evidence.  And you know why?  Because it's the

17   truth.  It's the truth.  Half of these people don't even know

18   each other.  Let's talk about some instances of that.

19         Angel Figueroa has been incarcerated since May 6th

20   of 2008.  He doesn't know Vincent Winfield or Saquan Wallace.

21   Desiree Taylor doesn't know Musa Marshall.  And they all tell

22   you the same thing.  Why?  Because they're coached by the

23   Government, which we'll get to in a minute?  No.  Because it's

24   the truth.  It's the truth.

25         Some of them have every reason to hate each other.

1   Do any of you remember when you learned that Saquan Wallace

2   killed Crystal Lewis's sister's baby's father?  Do you

3   remember hearing that?  That her sister got shot by Saquan

4   Wallace.  Saquan Wallace and Crystal Lewis are not in some

5   conspiracy lying to frame Ronald Herron.

6           And Mr. Soloway talked to you a lot about meeting

7   with the Government.  Saquan Wallace came in and told the

8   Government about the 2001 homicide of Frederick Brooks in

9   April 2008.  April 2008.  You want to know what was going on

10  in April of 2008?  It was a month before the Russo homicide.

11  Rafael Gonzalez was on the street working for Ronald Herron,

12  as was Crystal Lewis and all of the other people that you've

13  heard about.  He tells you about that homicides -- he tells

14  the Government about that homicide in 2008 and sure enough, it

15  is entirely consistent with Rafael Gonzalez's testimony about

16  what happened.

17          With all respect to Mr. Soloway, maybe he is living

18  in a fantasy world.  Mr. Soloway would have you believe that

19  it's some kind of an unfortunate coincidence that all of the

20  physical and forensic evidence and the other witnesses

21  powerfully corroborate the testimony of each and every

22  witness.  It is not a coincidence that all of the people that

23  testified before you told you who the holsters were and the

24  muscle were for Ronald Herron and who held the pistols.  And

25  'lo and behold, who's arrested with Ronald Herron in a car

1   with a gun?  December 21st, 2008, Ronald Herron's in the car.

2   He admitted to you that he was in the car with Vincent

3   Winfield and Vincent Winfield jumped out and ran and had that

4   22 caliber gun and the other one that he threw and the police

5   didn't find.  Ronald Herron was in the car.  He told you that.

6   It's not a coincidence.

7            And on October 1st, 2009 three days after Victor

8   Zapata was killed Ronald Herron is in the car with another one

9   of his co-conspirators Sharif Holmes.  And guess what?

10  There's a gun in the car.  Why?  Because he's running this

11  enterprise.  And because he just killed Victor Zapata.

12           And on October 5th, 2010, when he's arrested in

13  front of the Club Amnesia, 'lo and behold M-Dot and Caraballo

14  are in the car with him and there's a gun.  Not coincidence.

15  Corroborating evidence of all these witnesses.

16           Now, Mr. Soloway spent a lot of time on all of the

17  different cooperating witnesses, so I am going to go through

18  some of them with you now.  Let's start with Rafael Gonzalez.

19           You saw and you met Rafael Gonzalez.  Do you think

20  any of you were fooled by Rafael Gonzalez?  The guy who's

21  nickname means ugly in Spanish?  The guy who can't read.  The

22  guy whose master criminal caper that he undertook by himself

23  was the robbery of a weed guy named Dave.  Does anyone

24  remember how the weed guy named Dave, that caper, turned out

25  for Rafael Gonzalez?  Dave just ran away.

1          MR. SOLOWAY:  Objection.

2          THE COURT:  Overruled.

3          MS. PAUL:  Well, it's your recollection that

4   controls, but my recollection is that the weed guy named Dave

5   ran away from Rafael Gonzalez and that was the end of that

6   sophisticated plot to rob him that Feo came up with all by

7   himself.

8          Feo didn't fool you.  He didn't fool the Government.

9   He didn't fool Ronald Herron because Ronald Herron saw in him

10  the exact same thing that you all did when he testified before

11  you and that was dumb loyalty.  Feo loved Ronald Herron like a

12  brother.  He looked up to him.  He worshipped him.  He was

13  willing to kill for him and Mr. Soloway is right, that Feo had

14  very little in his life.  That's true.  You saw that.  And the

15  blind worship of Ronald Herron is the reason that he ended up

16  in that elevator with him when the defendant murdered Richard

17  Russo.

18          Now, Mr. Soloway wants to suggest that he's some

19  sort of a criminal mastermind that undertook this testimony

20  and got on the stand before you and lied because he's the real

21  killer in the elevator.  It's him.  And Mr. Soloway suggests

22  to you that there is no reason that Ronald Herron would kill

23  Richard Russo in the elevator.  That killing someone for

24  disrespecting you is a trivial and senseless thing and that is

25  something Ronald Herron wouldn't do.

1      I would submit the opposite.  It's exactly something

2  that Ronald Herron would do.  It is certainly trivial and

3  senseless to murder somebody in an elevator in a lobby of the

4  Gowanus Housing Development in broad daylight.  It's trivial

5  and senseless to anyone who's thinking clearly.  But Ronald

6  Herron is not thinking clearly.

7      And Mr. Soloway asks you why would you kill someone

8  in your own building where you're trying to sell drugs and

9  mess up the drug business and that initially sounds like an

10  interesting argument.  But you saw a little window into Ronald

11  Herron's mind when he testified before you and that guy in the

12  V-neck sweater and the tie and the glasses, the guy who's

13  apologizing for curse words, that is not Ronald Herron.  But I

14  submit to you that there is a little glimmer of Ronald Herron

15  here and there when you listen closely.  And one of the times

16  was when he talked about his beef that he had with Slow.  The

17  beef that ended in Slow's murder two days after Herron got

18  shot in the leg.  And what he tells you is this.  Eventually

19  we had a fight and I beat him up.  Why?  I felt disrespected

20  by him.

21      And how?  What did he do that you felt disrespected?

22      I felt he snubbed me.  He had my money and he wasn't

23  trying to pay me back my money, I just felt slighted.

24      Slighted.  That's how he felt.  And that is enough

25  for Ronald Herron to murder Richard Russo in the elevator.

1        And it does relate to his business.  It does relate

2   to his business.  Because Ronald Herron demands respect in his

3   business and now and again, when there's someone yapping

4   around in the lobby of 423 Baltic about how he's not afraid of

5   you in front of your workers, it makes sense to put an end to

6   his life, right there in the lobby of 423 Baltic where he's

7   talking about you.

8        Mr. Soloway suggests that Rafael Gonzalez has a

9   motive to kill Richard Russo.  Well, I agree.  But it's not a

10  motive over a loud stereo.  You saw him on the stand.  He

11  doesn't care about that beef that his brother had with Richard

12  Russo.  You saw him, he couldn't care less.  What he did care

13  about, the only thing that he cared about that he actually did

14  get upset is when Richard Russo was talking about Ronald

15  Herron.  He got upset.  He told you about that.  He said he's

16  going go get a gun and kill him.

17       And Tyhe Walker talks him out of it.  Why would he

18  tell you that?  Why did he tell you that?  If he's trying to

19  pin a murder on Ronald Herron, he's telling you that because

20  that is how he felt in the moment.  Rafael Gonzalez is a

21  confused individual, okay?  But Rafael Gonzalez is not stupid

22  enough to kill someone in the lobby of the defendant's

23  building without his permission.  He's not sophisticated.  I

24  bet you if Ronald Herron had asked him to kill Richard Russo,

25  he would have done it, but he didn't.  And he told you that.

1  And he is not smart enough to make up that kind of a lie and

2  keep it up.  And everything corroborates Rafael Gonzalez.

3        Now, Mr. Soloway wants you to listen to one part of

4  Joseph Garcia's testimony and he likes that part, so he wants

5  you to listen to that part but not the other part, but I

6  submit you should listen to all of Joseph Garcia's testimony

7  because he was telling you the truth.  But in any case, Joseph

8  Garcia's testimony about what's happening in the lobby of 423

9  Baltic on the day that this murder occurs corroborates Rafael

10 Gonzalez.

11        What does he tell you?  Ronald Herron's there, Tyhe

12 Walker is there.  Feo's there.  Russo's there.  And then Jo-Jo

13 leaves and he doesn't know what happens next.  He sees Herron

14 and Tyhe talking in the back, presumably about the fact that

15 Rafael Gonzalez told Tyhe Walker that Russo was saying things

16 about Ronald Herron and then Joseph Garcia goes upstairs and

17 that's when the murder happens.  They are not inconsistent.

18 They are consistent.  His testimony corroborates Rafael

19 Gonzalez.

20

21        (Continued on following page.)

22

23

24

25

VB        OCR        CRR

1          MS. PAUL:  Mr. Soloway talked about the motive that

2   Rafael Gonzalez had to lie because he didn't get the part in

3   the We All Fucked Up video and Mr. Soloway said I'm going to

4   get up and say he's crazy.  I'm not going to see he's crazy.

5          What I am going to say is that Rafael Gonzalez was

6   all over that video.  You saw that video.  The guy had

7   basically one of the lead parts in that video.  He's not mad

8   about the video.  What he's upset about in 2010 when that

9   happens is the deterioration of his relationship are Ronald

10  Herron because you know that after that murder Rafael Gonzalez

11  distanced himself and the phone contacts show you that if you

12  read the stipulation that's in evidence.

13         And the truth about that video shoot is it was the

14  time for Rafael Gonzalez after years and years of following

15  behind Ronald Herron, of watching all of these acts of

16  violence go down and protecting him in his mind, in Rafael

17  Gonzalez's mind, that it finally clicked for him, that they

18  were not friends, that they were not brothers, that the way

19  that Rafael Gonzalez felt for Ronald Herron was not the same

20  way that Ronald Herron felt for him.  And shortly thereafter

21  the defendant threatened to kill him over some cash and at

22  that point Rafael Gonzalez had enough.

23         Mr. Soloway said something about the Diana Flowers

24  insurance records from the car accident in 2010 being like a

25  oak tree, a oak tree I think he said in Central Park.  She can

1  make whatever you want up and the oak tree is going to be

2  right there.  The insurance records are not the oak tree.  The

3  insurance records are an extremely powerful piece of

4  corroboration that Rafael Gonzalez could have never known

5  about, never known about.  When he said that he went to Diana

6  Flowers's house with the defendant and switched cars, how

7  could he know that Ronald Herron would happen to be in an

8  accident in that very car the day after the murder?

9          And what about Angel Figueroa?  Mr. Soloway says

10 that Angel Figueroa is alive and well.  Angel Figueroa is

11 lucky to be alive and well.  Angel Figueroa is not the

12 sharpest knife in the drawer.  He's certainly not a master

13 manipulator who is pulling the wool over everyone's eyes, who

14 is a master cooperator that's coming in and telling the

15 government things and at the same time not telling the

16 government things.

17         The guy has been in jail for the better part of his

18 life.  The guy did a year in a drug program and then did five

19 additional years after that.  This guy is not some master

20 manipulator.

21         And yes it appears to be true that Angel Figueroa

22 was not honest when he talked to his probation officer.  Seems

23 like he lied about his own criminal conduct back in 2003 when

24 he was interviewed by probation.

25         I don't think it's going to come to you as a

1    surprise that criminals sometimes lie when faced with their

2    criminal conduct.  You saw it on the witness stand when the

3    defendant took the stand just a few days ago.

4              And Probation Officer Power told you that she

5    couldn't remember exactly what happened, that she looked at

6    her notes and then Mr. Soloway showed you what she wrote down

7    in her report.  She didn't remember and I submit to you that

8    Angel didn't remember that either.  He remembered a

9    conversation, which is what he testified about, that he had

10   with a female probation officer who came to the Samaritan

11   Village and he was right, that did happen.  The probation

12   officer told you that someone visited him in the Samaritan

13   Village and perhaps at that time is when he told the truth

14   about what he did.

15             MR. SOLOWAY:  Objection.

16             THE COURT:  Overruled.

17             MS. PAUL:  This is not a lie.  He is not lying.

18   This is not I don't know what a snitch is.  It's not M Dot.

19   He forgot about that conversation.  He doesn't remember it.

20   He clearly lied about it in 2003, if you read that report, but

21   he doesn't remember it today.

22             And it's difficult for Mr. Soloway to say that

23   everything Angel Figueroa says is a lie when his own client

24   corroborates almost all of it.  Should you disregard his

25   entire testimony because he lied once in 2003?  No.

1   Everything he says is corroborated by the defendant, that he

2   lived with him at 423 Baltic in 1998 and 1999, that he -- they

3   were running a drug organization there in 423 Baltic with

4   Nesto and Tom Tom and Quan and D, everyone that Angel said was

5   there, they were all there and Angel was there.  It's all

6   true.

7           The only thing that's in dispute is a three-month

8   period in 2008 when Angel Figueroa was home and the defendant

9   kidnapped him and threatened to kill him and made him sell

10  heroin for him until Angel Figueroa was busted by an

11  undercover.

12          And when you consider that, you should ask yourself,

13  this is May 6 of 2008 and you all know what happened on May 9

14  of 2008.  Richard Russo was murdered.  Does this sound like --

15  what Angel Figueroa described to you, does that sound like

16  Ronald Herron in May of 2008?  Where was his head at three

17  days before the murder of Richard Russo and Mr. Soloway asks

18  you why didn't he kill Angel?  This is not a tidy little

19  package that the government would have you believe it is.  No.

20  It's not tidy.  It's murder.  It's murder.

21          I don't know why he didn't kill him.  Maybe he

22  didn't kill him because he wanted him to go and make some

23  money.  He wanted to humiliate him, make him stay downstairs

24  and sell his heroin.  Maybe he didn't kill him because there

25  were witnesses there and he learned from 2001 that witnesses

1   make powerful evidence when they see what you did.

2           This is a guy who stopped at Subway after he killed

3   Richard Russo.  I mean, talk about tidy, it's not tidy.  It's

4   inside of the defendant's mind.

5           And Angel Figueroa didn't know when he got arrested

6   by the police on that day that just three days later the

7   defendant would commit the murder.  And then all of these

8   witnesses would come in and would corroborate him even more.

9           He testified about why he's testifying here.  He

10  said I'm trying to get the lowest sentence I can, but also to

11  protect myself.  I'm tired of being scared of him.  I'm tired

12  of running from him.  I'm tired of having to watch my back

13  every time I walk down the street or my family being

14  threatened if I don't do what he says.

15          Then Mr. Soloway also talked to you about Crystal

16  Lewis.  And he spun a narrative designed to put the government

17  in a bad light.  Mr. Soloway can't have it both ways.  He's

18  suggesting he's not saying that the government did anything

19  improper.  He's not suggesting that we put ideas in their

20  heads or that we're coercing people into saying something.

21          That's exactly what he's saying and there is no

22  support for that in the record before you.  There's no support

23  for that and you shouldn't speculate about that because

24  there's no evidence of that.  Every witness told you, every

25  witness told you, they don't know who is testifying at this

1   trial.  They were told by the government to tell the truth.

2   That is what the evidence is.

3           And there's testimony from Crystal Lewis in the

4   record that she was hostile and abusive to the government when

5   she came in at first.  And she said why that was.  She said

6   that she was covering for other people in the beginning, that

7   she was advised by the lieutenant of Ronald Herron, Mr. Mejia,

8   Moose, not to snitch, to say a little bit to the government

9   but don't say too much.  Don't be a snitch.

10          And that's what she did.  She covered for Ronald

11  Herron in the beginning.  And she was denied bail.  That's

12  true.  By a judge.  And eventually she told you that she had a

13  choice to make and here's what she told you:  On page 2435:

14          "QUESTION:  Ms. Lewis, why did you change your mind

15  about how to approach your case?  Why did you decide to start

16  telling the truth?

17          "ANSWER:  Because my daughter suffered.  She had

18  sleepless nights.  She was failing in school and it wasn't

19  fair to her that she lost her father to the system, to the

20  streets, and then she's going to lose her mother to the

21  system.

22          How did you view your choice when you made that

23  decision?

24          It was either Herron or my daughter.

25          And you chose your daughter?

1              Yes.

2              She's not pressured by the government to say

3      something that's not true.  She's confronted with the reality

4      of her situation, that she conspired to murder Victor Zapata

5      with Ronald Herron, that she was a member of his drug

6      organization.

7              And Mr. Soloway read to you from page 2404.  I'm

8      going to read to you from the next page, 2405 which he didn't

9      read to you:

10             "QUESTION:  And you felt like you were being

11     threatened by the agent to make you to confess to things that

12     you did not know?  Is that right?

13             "ANSWER:  No.

14             "QUESTION:  I'm sorry.

15             "ANSWER:  No.

16             "QUESTION:  Okay.  Didn't you feel like you were

17     being threatened so the agent could make you confess to things

18     you didn't know?

19             "ANSWER:  No.

20             "QUESTION:  Oh.

21             "ANSWER:  I wasn't being threatened for things I

22     didn't know.  It was for things I didn't want to say."

23             And these threats you heard from special agent

24     Marayag about how proffers work, how proffers work, and she

25     told you in the beginning they don't trust us and we don't

1   trust them.  Something like that.  I don't remember her exact

2   words.  And that there are meeting after meeting after meeting

3   where the government meets with these people and talks to

4   them.  It's not come on in and tell the government what you

5   think that the government would like to hear and you could

6   just walk out the door.  It's true Crystal Lewis did get bail.

7   She was out on bail at some point.  The government took no

8   position at her bail hearing and the judge let her out of

9   jail.

10          That is not how this works.  Remember, there is

11  other evidence in this case.  It is not just witnesses that

12  are coming in and saying something to frame Ronald Herron and

13  the government is playing along.  I mean like the government

14  has nothing better to do than frame Ronald Herron with a bunch

15  of random people who don't know anything about him.

16          And after all Crystal Lewis talked about a lot of

17  things.  But if she were going to be lying here because of

18  something that the government told her to say I would submit

19  to you that it would be a lot better than she doesn't know who

20  shot Moose.  She came at the tail end and saw Moose there.

21  She doesn't know who shot him.  Mr. Soloway asked her isn't it

22  possible, isn't it possible it could have been because Moose

23  was robbing people and she said I guess so.  It's possible.

24  Anything is possible, right?  If she was testifying to frame

25  Ronald Herron or because the government somehow gave her a

1   script and told her what she had to say, she wouldn't say

2   that.  That's not what's happening here.

3        Mr. Soloway asks you where the money is.  Where is

4   the money?  He says his client is broke.  This is a guy who

5   had the means to purchase an automobile shortly after being

6   shot in the groin by Slow.  This is a guy with Jonathan Rice's

7   ATM at the ready.  This is a guy with no job.  Drug dealers do

8   not file income taxes.  They don't take credit cards in their

9   drug operations.  They don't put their illegal money into a

10  savings account so it can be traced.  This is a cash business.

11  Cash in, cash out.  Cash to buy guns, cash to by body armor,

12  cash to by jewelry, cash at Perks.

13       Saquan Wallace told you exactly what drug dealers

14  spend their money on:  Cars, jewelry, apartments, furniture,

15  traveling, clothes.  You all know of at least three places

16  where Ronald Herron was living, Desiree Taylor's apartment he

17  paid her rent.  His girlfriend's apartment, of course, which

18  we know nothing about and his mother's place.

19       And you know at least three cars that he had.  Why

20  is this guy with no job have three cars in Brooklyn?  What

21  does he need the Lincoln navigator and BMW and the Acura that

22  he was driving when Officer Ouk saw him when he was with

23  Vincent Winfield and he got out of the car and was arrested

24  with that gun.  What does he need those for?  Not to rap.

25  Because he's a drug dealer driving around, spending his

1    disposable income on whatever he feels like spending it on at

2    the moment, cars, for example.

3           And Mr. Soloway says, oh, the government's going to

4    point out that he had $2,000 in cash on that one day.  Yes.

5    We're going to point that out.  Who has $2,000 in cash on a

6    casual day in the Gowanus housing development?  He's just

7    standing around with $2,000 in cash in his pocket.  That's a

8    drug dealer who just picked up some money from one of his

9    workers.

10          This is a guy that has everything in his life

11   registered in everybody else's name.  You heard that.  Halima

12   Whelless, his girlfriend, the Navigator is registered to her.

13   His phone, Halima Whelless, registered to her.  His other

14   phone, it's in evidence Government's Exhibit 600, James

15   Benbow, registered to him.  Why is that?  Why is that?  That's

16   to evade capture by the police.  That's to hide what you're

17   doing from law enforcement.

18          So it's really not a huge surprise that there is no

19   document to show you that reflects his annual earnings to let

20   you know how much he exactly made in one year when he was

21   slinging crack in the Gowanus with Jo-Jo and Crystal.  There's

22   plenty of evidence.  There may be no evidence like that, no

23   document like that, to show you how much money he made, but

24   there's plenty of evidence that shows you how much -- sorry --

25   there's plenty of evidence that shows you that he made it.

1        And Mr. Soloway spent a lot of time talking to you

2   about different additional types of evidence that the

3   government might have produced to you in this case.  You will

4   hear an instruction from Judge Garaufis about investigative

5   techniques.  The government does not have to prove its case in

6   one particular way or another.  The question is not did you

7   dream up some other type of evidence that you could think of

8   that could have been here and is not here.  It's what evidence

9   do you have here and does that prove the defendant's guilt

10  beyond a reasonable doubt and it does.

11        Now, I'll spend a second on fingerprints because it

12  was a subject of a lot of cross-examination.  Fingerprints,

13  spent shell casings, fingerprints on the spent shell casings

14  and you heard witness after witness after witness get on the

15  stand and tell you that that is a very difficult thing to get

16  off of a spent shell casing that is fired through a gun with

17  such high heat.

18        (Continued on next page.)

19

20

21

22

23

24

25

1          MS. PAUL:  (Continuing)

2          You heard also, I don't know what trial Mr. Soloway

3     was at, but you heard also that all of these scenes are dusted

4     for prints.  The guns are dusted for prints, the scenes are

5     dusted for prints.  Unfortunately, there were negative results

6     here.

7          That's not a lack of evidence.  It's not lack of

8     evidence.

9          This is not CSI.  This is real life.

10         What about a wiretap?  Don't speculate about what a

11    wiretap entails or why one wasn't done on Ronald Herron's

12    phone.  That is a distraction that Mr. Soloway brings to your

13    attention to distract you from the 60 witnesses that testified

14    before you about all the different types of evidence that

15    there are in this case, about all of the evidence that you

16    have seen as you sat here day after day after day over the

17    last few weeks, and watched the testimony.

18         You know, the burden of proof beyond a reasonable

19    doubt is the same in every criminal case.  It's the same in a

20    turnstile jump case and a murder case.  People are convicted

21    every day in courtrooms with the same burden of reasonable

22    doubt.

23         A turnstile jump, a person can be found guilty of

24    turnstile jumping with the testimony of a single officer that

25    observed the person jump the turnstile.

1          This is not how much evidence else can you think

2     about that you might want to have or you might dream might be

3     useful to you.  It is what do you have and does it prove the

4     defendant's guilt beyond a reasonable doubt, and it does.

5          I will point out one thing.  Mr. Soloway mentioned

6     that the defendant was not on the Operation Trident videos.

7     That's true.  He is not.  He is not in Verdreea Olmstead's

8     apartment slinging crack with Joseph Garcia as you saw in the

9     video earlier today.  He's in Desiree Taylor's apartment

10    waiting to reup the people that come over and pick up drugs

11    and give him money.

12         But you know very well that he is in the Gowanus.  I

13    don't know if you noticed when you all were watching the video

14    of the undercover, it was the second undercover, the one that

15    was still undercover.  There was the video from October 7,

16    2008.  It was the video that Moose was on.  He was walking

17    around and Tyhe Walker was there.  It happened at about 1:20

18    in the afternoon.

19         Do you remember what else happened on October 7,

20    2008?  At 6:00 pm?  The defendant stopped in the Gowanus after

21    police respond to a call about illegal activity and he's

22    wearing body armor.

23         What is he doing in the Gowanus at 6:00 pm on the

24    day that you saw wearing body armor?  You know what he's

25    doing.  You saw it in his reality television series project

1   music.  He's riding around his hood surveying his terrain.

2   They're protecting his drug organization with his lieutenant

3   and his muscle.

4           I am going to spend a moment on the 2001 homicide.

5   Mr. Nitze reviewed how each witness in that homicide was

6   corroborated.  I am not going to go over it again in great

7   detail because it's late.  I am going to go through some

8   specific arguments.

9           First of all, why are we arguing so much about the

10  distance between the door and whether or not you could have

11  actually seen through the window.  Why are we arguing so much

12  about that?  Why is Mr. Soloway making so much of that?

13          Because the evidence in the Brooks homicide is

14  overwhelming.  Overwhelming.  There are independent

15  eyewitnesses that testified before you that have absolutely no

16  reason to lie to you, that all interlock with each other.

17          He's arguing about that window, which Mr. Nitze

18  showed you is perfectly, in twelve different ways, you can

19  perfectly see through, because that's all there is to argue

20  about.

21          This is not Darnell Saunders.  Darnell Saunders is

22  not the real killer.

23          First of all, does Darnell Saunders seem to you like

24  the type of person that can pull the trigger?  It's true, he's

25  a crack dealer.  He is not a murderer.

1      If he has the fortitude, the cruel strength to shoot

2  a person in the face and then frame Ronald Herron, get

3  Ms. Pack, who is not related to him, Amber Hudson, in on the

4  frame, then why not take the next step?  Why not put the nail

5  in the coffin when he's there, ready to take the stand in

6  2002?

7      When he's faced with testifying at the trial in

8  2002, he doesn't jump on the stand, point the finger at Ronald

9  Herron and say, it wasn't me.  He weeps in the corner of the

10 District Attorney's office about his family because he's

11 scared.

12     Mr. Soloway again said there is no forensic evidence

13 that links his client to this scene.  I don't know what trial

14 Mr. Soloway was at.  There are 380 shell casings at that

15 scene.  The same type of gun that Saquan Wallace told you that

16 he had, that Ralph Gonzalez told you that he had, that the

17 medical examiner told were shot into the body of Frederick

18 Brooks.

19     Let's spend a moment talking about the defendant's

20 testimony.  The defendant has no burden or obligation to tell

21 you anything.  The burden is on the government, as Mr. Nitze

22 told you.  But he testified and you should evaluate his

23 testimony.

24     You all were here and I'm sure many of you have

25 children and some of you have children that have lied to you

1    and you know what that sounds like.

2              Did you do it?

3              No.

4              Did you kill Richard Russo?

5              Russo?  No.  Russo, like he doesn't know who Richard

6    Russo -- he has been sitting in this trial for a month.

7              The entire testimony was an act.

8              You saw him on his project music video.  That's him.

9    People to clean up on the street, see you soon at a cemetery

10   near you.  That's not ad-libbing.  It's not ad-libbing.

11             The most significant thing that many of you may not

12   have noticed though when the defendant took the stand in a

13   dark room was that he looks exactly like the guy in the

14   surveillance video that killed Victor Zapata.  He was sitting

15   there with his glasses in a dark room reflecting the light in

16   the same exact way that it is on that video.  It's him.

17             What does he have to tell you about where he was on

18   June 16, 2001?  He doesn't have to tell you anything but here

19   is what he tells you.

20             He admits what he can't deny and he denies what he

21   can't admit.  He admits that he is selling drugs there, 198

22   Bond at the time.  That's true.

23             He knows Darnell is selling there.  That's true.

24             But of course he can't say that he shot Frederick

25   Brooks in the case, so what does he say?

1          I was with a female friend at 130 Third Avenue in

2    Zeina's apartment and I didn't come outside until the next

3    morning.

4          So everyone was framing him, Linda Pack, Darnell

5    Saunders, Rafael Gonzalez, Saquan Wallace, they were all

6    framing him then and they are frame being him now.

7          It is nonsense.  That testimony was nonsense.

8          What about the story about Zeina's stash house and

9    why he's there?  Curiously, he admits that he knows Omar

10   Ransom.  You remember Omar Ransom, Saquan Wallace's mentor,

11   the guy who was running Wyckoff at that time?  That's his

12   friend.  That's who Saquan Wallace said he met him through.

13         He tells you that Saquan Wallace was just a little

14   kid in the neighborhood that was attracted to the streets and

15   he wanted to be around.  That sounds about right.

16         Of course, Saquan Wallace is 29 today and Ronald

17   Herron is 32 so at the time they were 19 and 16.  He's not

18   some little kid running around.  They are not that far apart.

19   It is probably true, like many of the people in Ronald

20   Herron's life, Saquan Wallace thinks they are friends and

21   Ronald Herron sees what he can use that guy for for his own

22   interests.

23         And who better to commit a murder for you than an

24   eager kid who wants to be out on the streets?  Someone who the

25   defendant testified had better shoes and dirt bikes and

1    fashionable sneakers who was trying to prove that he was a

2    violent guy.  That's the guy that you ask to kill someone.

3    That's the guy who you ask to get rid of your murder weapon.

4           First he tells you that he -- Omar Ransom had a

5    dispute with Zeina so that the defendant made his own

6    arrangements with her to go in the stash house.  Then he says

7    that Omar Ransom was actually still keeping drugs there.  It

8    was confusing because it's nonsense.

9           He gives you no explanation about who -- whose 38 is

10   in Zeina's apartment and you want to know why?  Because there

11   is no explanation because it's the gun that Saquan Wallace

12   gave him.

13          Ladies and gentlemen, it is now quite late.  I am

14   going to thank you again for being very patient and diligent

15   and sitting through this trial for the last few weeks.  We all

16   thank you.  You have been here.  You have been taking notes.

17   You have been paying attention.  You are here tonight and we

18   all appreciate it.

19          It has been 13 years almost to the day since the

20   defendant shot Frederick Brooks in the face.  And year after

21   year after year has gone by and there has been no justice.  He

22   got away with it because he threatened to kill the people who

23   were going to take the stand and tell a jury like you what

24   happened in that lobby.  He beat it.  He got away with it.  He

25   got away with murder.

1          And what did he do?  He murdered more people.  He

2     executed Richard Russo.  He left him for dead on the floor of

3     an elevator.  He gunned down Victor Zapata.  He watched Victor

4     Zapata run for his life before the defendant ended it.

5          And Ronald Herron just kept on going.  No

6     consequences.  Only concerned for his power and his money and

7     his reputation.

8          And it is time for it to stop.  It's time to put an

9     end to the Ronald Herron enterprise and the senseless and

10    unnecessary violence that it brought to the Gowanus and

11    Wyckoff communities.

12         It is time to hold him accountable for the crimes

13    that the evidence proved that he committed beyond a reasonable

14    doubt.  Not because we say it.  Because the evidence proved it

15    beyond a reasonable doubt.

16         It is time for you to find him guilty, find him

17    guilty of each and every crime that he is charged with,

18    because the evidence has shown that he is guilty and because

19    that is what justice now demands a.

20         Thank you.

21    THE COURT:  Members of the jury, this concludes

22    closing argument.  On Wednesday morning, we will have the

23    charge as to the law which I will give to the jury.  It won't

24    be necessary for you to bring any notes with you or take any

25    notes because, as I told you previously, you are going to

1   receive copies of the charge when you go back to deliberate.

2          The charge should take all morning and then

3   afterwards 12 jurors will retire to consider the verdict.  The

4   five alternates will remain in a separate room.  You may want

5   to bring something to read because you will be there as long

6   as it takes for the jury to complete its deliberations.  If at

7   any point any juror can't continue to deliberate, the first

8   alternate will take the place of that juror and the

9   deliberations will have to start from scratch.

10         So what I ask you to do is get some rest.  We are

11  not sitting tomorrow and we will resume on Wednesday.

12         Notwithstanding that we are here until 8:30 at night

13  tonight, I don't permit juries to deliberate past 6:00 pm.  If

14  you haven't completed your deliberations on any given day by

15  6:00 pm, you will have to come back the next week day and if

16  you are still deliberating after Thursday, you will have to

17  deliberate on Friday.

18         I am going to remind you not to discuss the case

19  with anyone, not to discuss it among yourselves.  Please leave

20  your notes in the jury deliberation room when you leave for

21  the night.  Please don't contact anyone about the case.  Don't

22  discuss it with any friends, neighbors, fellow workers or each

23  other, unless and until you are sitting in that jury

24  deliberation room and engaged in actual deliberations.

25         Please don't engage in any kind of research about

1  the case.  Don't communicate on any social media.  Please

2  don't visit any of the locations identified during the course

3  of the testimony.

4          On behalf everyone, both sides, we deeply appreciate

5  your attention, your willingness to be cooperative and stay

6  late tonight.  We will see you Wednesday morning.

7          All rise for the jury.

8          (Jury leaves courtroom and the following occurs.)

9          (Continued on next page.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

GR     OCR     CM     CRR     CSR

1    (CONTINUING)

2            (Jury exits.)

3            (In open court; outside the presence of the jury.)

4            THE COURT:  Be seated, please.

5            We're going to have a second charge conference at

6    10:30 tomorrow morning.

7            Is there anything else from either side for tonight?

8            MR. ARIAIL:  Nothing, Your Honor, from the

9    Government.

10            THE COURT:  All right, thank you.

11

12            (Adjourned to Tuesday, June 24th at 10:30 a.m.)

13

14                         ooo0ooo

15

16

17

18

19

20

21

22

23

24

25

I N D E X

W I T N E S S E S :

                                                3733

K E N D A L E   R O B I N S O N

DIRECT EXAMINATION                              3733

BY MR. NEUMAN

CROSS EXAMINATION                               3741

BY MS. PAUL

                                                3762

S H O N D E L L   W A L K E R

DIRECT EXAMINATION                              3763

CROSS-EXAMINATION                               3781

                                                3935

SUMMATION

BY MR. SOLOWAY

REBUTTAL SUMMATION                              4001

BY MS. PAUL

GR     OCR     CM     CRR     CSR

1   E X H I B I T S:

2

3    1500                                      3805

4    Defendant's Exhibit Y                     3819

5    Defendant's Exhibit Z                     3820

6    Defendant's Exhibit DD                    3821

7    Defendant's Exhibit EE                    3822

8    Defendant's Exhibit FF                    3823

9    Defendant's Exhibit GG                    3824

10   Defendant's Exhibit HH                    3825

11   Defendant's Exhibit II                    3826

12   1501 and 1502                             3841

13

14

15

16

17

18

19

20

21

22

23

24

25

## $

**$15,000** [2] - 3957:5, 3959:7
**$2,000** [5] - 3959:12, 3959:16, 4022:4, 4022:5, 4022:7
**$20** [1] - 3958:10
**$500** [1] - 3860:7
**$550,000** [1] - 3930:21
**$600** [1] - 3857:10
**$70** [1] - 3958:11
**$800** [1] - 3822:22

## '

**'08** [1] - 3734:19
**'98** [9] - 3881:10, 3881:13, 3914:5, 3937:19, 3938:12, 3946:19, 3947:19, 3948:3
**'99** [5] - 3938:6, 3938:9, 3938:13, 3974:25, 3977:23
**'ankles'** [1] - 3840:23
**'cell** [1] - 3840:17
**'denied'** [1] - 3837:8
**'gagged'** [1] - 3840:23
**'he** [3] - 3837:18, 3839:23, 3840:1
**'hood** [1] - 3881:1
**'lady'** [1] - 3839:21
**'lo** [2] - 4007:25, 4008:13
**'observed** [1] - 3840:21
**'over'** [1] - 3838:2
**'police** [1] - 3839:24
**'possession** [1] - 3839:20
**'report[ing** [1] - 3837:24
**'saw** [1] - 3838:2
**'several** [1] - 3840:19
**'standing** [1] - 3840:18
**'to** [1] - 3837:23
**'while** [1] - 3840:16

## 0

**08** [2] - 3977:4, 3977:6

## 1

**1** [11] - 3818:13, 3819:16, 3820:10, 3821:15, 3822:17, 3823:18, 3825:4, 3835:8, 3838:9, 3881:8, 3950:7
**1,200** [1] - 3932:23
**1,245** [1] - 3864:7
**1,300** [1] - 3857:20
**1,301** [1] - 3857:21
**10** [3] - 3707:4, 3907:22, 3908:1
**10-E** [2] - 3798:25, 3807:2
**100** [1] - 3707:23
**10013** [1] - 3707:24
**1005** [1] - 3852:24

**10:00** [1] - 3753:7
**10:30** [3] - 3934:1, 4034:6, 4034:12
**11** [3] - 3838:7, 3849:23, 3909:2
**1100-ST** [1] - 3882:4
**1185** [1] - 3899:17
**12** [4] - 3838:24, 3847:18, 3909:2, 4032:3
**120-ST** [1] - 3906:23
**12:47** [4] - 3916:14, 3917:5, 3917:17, 3939:18
**12th** [2] - 3818:17, 3818:22
**13** [5] - 3839:17, 3878:23, 3909:2, 3951:20, 4030:19
**130** [6] - 3835:21, 3837:8, 3839:19, 3847:21, 3905:9, 4029:1
**1301** [1] - 3906:24
**1315** [1] - 3863:12
**1316-ST** [1] - 3873:5
**1330** [1] - 3967:14
**1356** [2] - 3968:13, 3969:14
**1357** [2] - 3969:13, 3969:18
**13th** [1] - 3742:8
**14** [4] - 3849:13, 3873:18, 3909:2, 3974:25
**1439** [1] - 3964:14
**1493** [1] - 3964:14
**14th** [1] - 3820:21
**15** [8] - 3716:10, 3734:10, 3839:7, 3909:2, 3950:5, 3952:15, 3991:8, 4005:19
**150** [1] - 3860:8
**1500** [5] - 3805:18, 3805:23, 3806:5, 3806:21, 4036:3
**1501** [4] - 3841:3, 3841:5, 3841:8, 4036:12
**1502** [4] - 3835:15, 3841:5, 3841:9, 4036:12
**1539** [1] - 3964:14
**1582** [2] - 3962:20, 3963:1
**1583** [2] - 3963:11, 3963:15
**1584** [1] - 3965:3
**1585** [1] - 3965:9
**15th** [1] - 3818:20
**16** [5] - 3890:18, 3909:4, 3919:8, 4028:18, 4029:17
**17** [2] - 3736:14, 3950:8
**18** [7] - 3821:20, 3836:22, 3838:13, 3906:8, 3918:12, 3941:3, 3979:14
**1819** [1] - 3860:17
**1835** [1] - 3877:4
**185** [7] - 3740:14, 3746:10, 3751:10, 3842:18, 3939:2, 3939:15
**1854** [1] - 3877:13
**186** [4] - 3818:19, 3818:21, 3950:5, 3950:8
**1878** [1] - 3872:2
**1881** [1] - 3872:1
**18th** [2] - 3818:13, 3822:17
**19** [2] - 3967:17, 4029:17

**1945** [1] - 3763:9
**1961** [1] - 3717:20
**198** [30] - 3745:12, 3818:20, 3818:22, 3819:16, 3851:3, 3851:13, 3852:16, 3852:20, 3854:16, 3859:7, 3890:20, 3941:23, 3942:1, 3942:2, 3942:7, 3942:12, 3942:18, 3944:23, 3945:10, 3945:20, 3946:1, 3947:25, 3949:3, 3949:16, 3950:5, 3950:6, 3950:8, 3951:7, 3951:10, 4028:21
**1985** [1] - 3764:4
**1990s** [1] - 3825:7
**1996** [1] - 3944:5
**1998** [15] - 3846:20, 3847:15, 3848:13, 3848:22, 3918:5, 3944:5, 3944:13, 3944:23, 3946:12, 3947:3, 3953:11, 3974:13, 3974:16, 3974:18, 4016:2
**1999** [8] - 3948:15, 3974:13, 3974:17, 3974:18, 3977:21, 3978:3, 4003:11, 4016:2
**1:09** [1] - 3917:11
**1:20** [1] - 4025:17
**1:30** [4] - 3827:8, 3828:5, 3828:6, 3828:7
**1:39** [1] - 3908:1
**1:57** [1] - 3917:19
**1st** [3] - 3742:23, 3818:21, 4008:7

## 2

**2** [12] - 3769:12, 3770:5, 3818:18, 3819:20, 3820:14, 3821:21, 3822:20, 3823:24, 3825:8, 3835:15, 3836:19, 3950:10
**20** [5] - 3776:21, 3826:23, 3909:4, 3919:8, 3943:10
**200** [1] - 3788:5
**2000** [3] - 3856:21, 3914:5, 3937:19, 3937:20, 3938:10, 3938:11, 3938:12, 3938:14, 3948:17, 3948:20, 3974:25, 3979:12
**2001** [35] - 3818:13, 3818:17, 3818:19, 3818:20, 3818:21, 3818:22, 3822:17, 3847:18, 3848:14, 3853:3, 3853:5, 3853:12, 3856:21, 3881:13, 3890:18, 3947:14, 3947:17, 3948:8, 3948:10, 3948:13, 3949:19, 3949:20, 3950:4, 3950:5, 3950:7, 3950:8, 3950:15, 3951:2, 3954:23, 4007:8, 4016:25, 4026:4, 4028:18
**2002** [4] - 3835:17, 3839:18, 4027:6, 4027:8
**2003** [20] - 3764:20, 3766:15, 3836:5, 3836:15, 3836:19, 3836:22, 3836:25, 3837:5, 3838:4, 3838:7, 3838:9, 3838:11, 3838:13, 3838:16, 3978:13, 3979:2, 3979:14, 4014:23, 4015:20, 4015:25
**2004** [6] - 3838:20, 3838:22, 3838:24,

3839:2, 3839:4, 3839:7

**2005** [4] - 3737:22, 3766:22, 3767:13, 3839:17

**2006** [7] - 3836:5, 3840:5, 3840:7, 3840:9, 3840:11, 3840:16, 3856:23

**2007** [12] - 3734:19, 3734:20, 3735:7, 3766:1, 3787:25, 3823:23, 3940:10, 3941:8, 3956:25, 3959:14, 3962:19, 3985:13

**2008** [50] - 3725:3, 3734:21, 3735:7, 3735:13, 3736:2, 3736:12, 3737:21, 3737:23, 3742:8, 3742:11, 3742:12, 3742:23, 3742:25, 3747:8, 3747:12, 3751:21, 3768:16, 3772:9, 3773:17, 3859:3, 3864:5, 3867:22, 3873:6, 3901:13, 3901:14, 3901:18, 3902:2, 3902:24, 3907:22, 3908:1, 3909:6, 3909:15, 3911:15, 3911:23, 3930:5, 3940:10, 3975:11, 3977:8, 4006:20, 4007:9, 4007:10, 4007:14, 4008:1, 4016:8, 4016:13, 4016:14, 4016:16, 4025:16, 4025:20

**2009** [6] - 3734:21, 3780:3, 3909:6, 3909:7, 3912:10, 4008:7

**201** [1] - 3892:18

**2010** [30] - 3753:4, 3755:5, 3756:2, 3764:19, 3765:21, 3766:1, 3772:10, 3773:17, 3780:4, 3782:18, 3787:25, 3821:15, 3823:23, 3825:5, 3825:9, 3846:21, 3862:24, 3864:5, 3881:10, 3930:5, 3941:9, 3956:3, 3956:6, 3956:25, 3959:14, 3985:13, 3997:3, 4008:12, 4013:8, 4013:24

**2011** [7] - 3764:15, 3788:7, 3820:11, 3820:15, 3820:21, 3991:16, 3993:23

**2012** [8] - 3971:22, 3971:25, 3987:8, 3987:9, 3989:17, 3990:23, 3991:15, 3993:22

**2013** [4] - 3796:4, 3805:5, 3805:7, 3952:15

**2014** [3] - 3707:9, 3972:4, 3972:8

**21** [4] - 3821:18, 3836:25, 3911:23, 3943:10

**21st** [1] - 4008:1

**22** [4] - 3867:8, 3905:22, 3912:7, 4008:4

**22-caliber** [1] - 3820:12

**225** [1] - 3708:1

**23** [4] - 3707:9, 3733:21, 3840:16, 3964:22

**232** [2] - 3917:17, 3917:18

**2333** [1] - 3901:18

**2384** [1] - 3989:20

**24** [2] - 3859:15, 3965:6

**240** [1] - 3975:6

**2404** [2] - 3987:14, 4019:7

**2405** [1] - 4019:8

**2415** [2] - 3991:2, 3991:3

**2435** [1] - 4018:13

**24th** [4] - 3820:11, 3825:5, 3873:6,

4034:12

**25** [2] - 3837:5, 3950:4

**25th** [2] - 3818:16, 3818:19

**26** [2] - 3753:4, 3840:9

**2615** [1] - 3916:19

**27** [1] - 3909:6

**271** [2] - 3707:20, 3917:6

**272** [5] - 3906:8, 3975:11, 3977:9, 3977:12, 3977:15

**281** [1] - 3864:11

**28th** [1] - 3825:9

**29** [3] - 3838:16, 3950:7, 4029:16

**29th** [1] - 3818:20

**2:30** [2] - 3890:18, 3894:10

---

### 3

**3** [9] - 3818:23, 3820:20, 3821:24, 3822:25, 3824:14, 3825:11, 3838:20, 3881:5, 3887:14

**30** [3] - 3836:5, 3836:13, 3839:2, 3916:15, 3941:11

**30th** [2] - 3775:4, 3958:9

**32** [1] - 4029:17

**33** [1] - 3918:10

**3468** [1] - 3849:4

**347-262-4276** [1] - 3755:9

**35** [1] - 3941:11

**350** [1] - 3860:8

**3733** [2] - 4035:4, 4035:6

**3741** [1] - 4035:8

**3762** [1] - 4035:10

**3763** [1] - 4035:12

**3781** [1] - 4035:13

**38** [7] - 3847:25, 3850:1, 3850:3, 3898:6, 3898:9, 3921:2, 4030:9

**38-caliber** [1] - 3853:14

**380** [1] - 4027:14

**3805** [1] - 4036:3

**3819** [1] - 4036:4

**3820** [1] - 4036:5

**3821** [1] - 4036:6

**3822** [1] - 4036:7

**3823** [1] - 4036:8

**3824** [1] - 4036:9

**3825** [1] - 4036:10

**3826** [1] - 4036:11

**3841** [1] - 4036:12

**3935** [1] - 4035:14

**3rd** [5] - 3835:21, 3837:8, 3839:19, 3847:21, 3905:9

---

### 4

**4** [3] - 3820:24, 3887:17, 3977:22

**40** [5] - 3714:3, 3718:8, 3880:3, 3880:7, 3911:24

**40-caliber** [3] - 3880:9, 3913:20

---

**4001** [1] - 4035:19

**414** [1] - 3822:18

**423** [46] - 3772:17, 3798:23, 3807:2, 3850:7, 3851:13, 3852:14, 3852:16, 3852:18, 3857:7, 3858:21, 3859:7, 3859:15, 3868:10, 3890:5, 3902:16, 3940:2, 3940:20, 3944:25, 3945:16, 3945:21, 3945:24, 3946:2, 3946:13, 3946:20, 3946:23, 3947:1, 3947:3, 3947:18, 3947:20, 3947:22, 3948:1, 3948:9, 3948:18, 3948:24, 3961:23, 3965:15, 3968:9, 3968:12, 3969:9, 3977:22, 4011:4, 4011:6, 4012:8, 4016:2, 4016:3

**426** [1] - 3950:7

**427** [2] - 3801:18, 3851:3

**45** [4] - 3880:2, 3880:3, 3880:6, 3912:12

**455** [1] - 3864:12

**4:30** [1] - 3827:8

**4E** [2] - 3848:23, 3849:19

**4th** [1] - 3821:15

---

### 5

**5** [6] - 3764:19, 3782:18, 3838:4, 3840:5, 3862:24, 3941:9

**50** [1] - 3958:11

**500** [2] - 3860:8, 3882:21

**595** [1] - 3918:2

**5th** [1] - 4008:12

---

### 6

**6** [9] - 3764:15, 3788:7, 3836:15, 3838:11, 3839:4, 3880:11, 3883:14, 3977:8, 4016:13

**60** [1] - 4024:13

**600** [2] - 3907:23, 4022:14

**601** [1] - 3864:3

**613-2538** [1] - 3708:2

**615** [1] - 3707:4

**66** [3] - 3819:18, 3942:18, 3942:19

**6:00** [5] - 3827:7, 4025:20, 4025:23, 4032:13, 4032:15

**6:30** [1] - 3827:9

**6th** [2] - 3820:15, 4006:19

---

### 7

**7** [5] - 3838:22, 3840:7, 3911:15, 4025:15, 4025:19

**7-B** [5] - 3858:16, 3862:3, 3868:15, 3881:23, 3885:5

**70-30** [1] - 3860:7

**7001** [1] - 3823:22

**7065** [1] - 3823:20

**718** [1] - 3708:2

**72** [4] - 3945:1, 3945:12, 3945:13
**723** [1] - 3851:15
**731** [1] - 3891:14
**739** [1] - 3900:11
**760** [1] - 3946:15
**76th** [2] - 3848:4, 3972:3
**782** [1] - 3951:15
**784** [1] - 3947:13
**78th** [1] - 3848:3
**79** [1] - 3872:2
**7C** [3] - 3847:21, 3898:6, 3898:9
**7th** [2] - 3967:7, 3969:11

## 8

**8** [4] - 3883:14, 3939:12, 3968:3, 3978:14
**830** [1] - 3941:5
**841(b)(1)(a)(3** [1] - 3821:18
**841(b)(1)(c** [1] - 3821:18
**88** [1] - 3939:10
**8:30** [2] - 3999:21, 4032:12
**8:31** [1] - 4000:11

## 9

**9** [4] - 3836:5, 3840:11, 3909:15, 4016:13
**9-millimeter** [1] - 3880:3
**922(g)(1)** [1] - 3821:20
**9:30** [1] - 3707:9
**9:38** [1] - 3822:18
**9:45** [1] - 3822:20

## A

**a.m** [3] - 3707:9, 3939:18, 4034:12
**a/k/a** [2] - 3818:13, 3856:9
**a]t** [1] - 3837:12
**AA** [6] - 3823:18, 3823:24, 3824:6, 3824:9, 3824:11, 3824:13
**AA-X** [2] - 3823:24, 3824:11
**abduct** [1] - 3977:14
**abducted** [1] - 3977:10
**abducting** [1] - 3975:10
**abide** [1] - 3838:25
**abiding** [2] - 3921:7, 4001:23
**ability** [1] - 3720:16
**able** [8] - 3771:15, 3780:18, 3813:10, 3830:14, 3846:3, 3867:13, 3962:8
**absence** [1] - 3708:11
**absolute** [1] - 3721:25
**absolutely** [9] - 3767:11, 3767:17, 3768:1, 3780:10, 3781:14, 3787:9, 3817:2, 3932:25, 4026:15
**abstract** [2] - 3842:1
**absurd** [2] - 3926:24, 4005:1

**abusive** [1] - 4018:4
**accent** [1] - 3905:14
**accept** [5] - 3840:13, 3940:22, 3950:21, 3954:16
**access** [2] - 3848:25, 3853:18
**accident** [4] - 3906:25, 3924:11, 4013:24, 4014:8
**accomplish** [1] - 3984:14
**accord** [1] - 3710:8
**according** [9] - 3744:23, 3939:10, 3946:5, 3956:6, 3956:15, 3958:11, 3960:3, 3961:21, 3965:13
**accords** [1] - 3944:18
**account** [7] - 3755:23, 3823:19, 3823:21, 3823:22, 3873:18, 4005:25, 4021:10
**accountable** [2] - 3933:10, 4031:12
**accounts** [2] - 3959:20, 3959:21
**accurate** [2] - 3823:18, 3835:16
**accurately** [1] - 3984:2
**accuse** [2] - 3973:6, 3974:5
**accuses** [2] - 3971:23, 3972:2
**accusing** [2] - 3821:22, 3992:16
**acknowledged** [2] - 3863:3, 3932:8
**acknowledges** [3] - 3717:18, 3863:8, 3963:16
**acquaintance** [1] - 3964:4
**acquaintances** [1] - 3751:14
**acquittal** [1] - 3848:9
**Act** [9] - 3835:10, 3835:13, 3871:4, 3880:11, 3881:8, 3887:14, 3900:21, 3901:11, 3902:3
**act** [7] - 3836:24, 3903:8, 3909:2, 3919:8, 3952:22, 3982:10, 4028:7
**actions** [1] - 3836:6
**active** [1] - 3996:12
**activities** [4] - 3852:8, 3865:2, 3984:12, 3985:22
**activity** [13] - 3773:18, 3846:4, 3846:11, 3854:5, 3854:7, 3855:16, 3863:23, 3875:3, 3880:20, 3889:22, 3987:20, 4025:21
**acts** [7] - 3717:22, 3847:11, 3864:22, 3875:19, 3919:9, 3993:19, 4013:15
**Acts** [3] - 3875:4, 3876:3, 3881:6
**actual** [5] - 3754:11, 3848:6, 3918:25, 3938:17, 4032:24
**Acura** [2] - 3912:2, 4021:21
**ad** [3] - 3769:12, 4028:10
**ad-libbing** [3] - 3910:24, 4028:10
**add** [1] - 3761:5
**addition** [4] - 3713:16, 3899:25, 3915:6, 3916:12, 3919:14, 3960:22, 3966:10
**additional** [6] - 3760:25, 3761:5, 3826:12, 3832:7, 4014:19, 4023:2
**Additionally** [1] - 3837:12
**address** [7] - 3763:11, 3763:12, 3807:2, 3807:3, 3832:5, 3832:8, 3906:9
**adds** [1] - 3959:8

**adjourn** [1] - 3827:16
**adjourned** [1] - 4034:12
**adjustments** [1] - 3831:1
**admire** [1] - 3922:23
**admissible** [1] - 3841:3
**admission** [4] - 3811:11, 3830:12, 3834:2, 3834:3
**admit** [3] - 3810:21, 3811:2, 4028:21
**admits** [4] - 4028:20, 4028:21, 4029:9
**admitted** [7] - 3826:3, 3833:23, 3833:24, 3837:23, 3853:1, 3899:11, 4008:2
**adoption** [2] - 3832:2, 3833:3
**advance** [1] - 3981:3
**advanced** [1] - 3928:7
**advancing** [1] - 3889:11
**advantage** [1] - 3933:3
**adventure** [1] - 3726:2
**advice** [2] - 3719:4, 3719:7
**advised** [5] - 3717:11, 3717:17, 3718:1, 3838:1, 4018:7
**advises** [1] - 3999:25
**advocates** [1] - 3927:19
**aerial** [2] - 3769:12, 3950:10
**affairs** [6] - 3846:7, 3846:10, 3866:5, 3866:14, 3874:24, 3875:2
**affect** [2] - 3713:17, 3722:17
**affected** [1] - 3865:2
**affecting** [1] - 3846:4
**affects** [1] - 3722:18
**affidavit** [1] - 3835:10
**affiliated** [1] - 3858:21
**affiliation** [1] - 3851:20, 3853:19
**affirmatively** [1] - 3832:25
**afford** [3] - 3713:8, 3714:20, 3959:18
**afraid** [9] - 3814:3, 3814:5, 3814:8, 3814:10, 3948:20, 3964:10, 4011:4
**African** [1] - 3937:7
**aftermath** [2] - 3893:3, 3897:22
**afternoon** [6] - 3827:6, 3841:18, 3908:1, 3935:6, 3935:7, 4025:18
**afterwards** [4] - 3715:15, 3879:6, 3898:12, 4032:3
**age** [3] - 3752:6, 3837:14, 3849:14
**agenda** [3] - 3954:13, 3995:18, 3995:19
**Agent** [7] - 3708:15, 3905:25, 3916:13, 3916:20, 3917:12, 3917:16, 3990:20
**agent** [3] - 4019:11, 4019:17, 4019:23
**agent's** [5] - 3820:10, 3820:14, 3825:4, 3825:8, 3975:19
**agents** [6] - 3987:11, 3987:16, 3987:22, 3992:7, 3992:16, 3994:20
**agents'** [1] - 3987:13
**ago** [11] - 3711:16, 3743:11, 3793:4, 3841:19, 3846:12, 3848:22, 3893:15, 3927:10, 3927:12, 3946:9, 4015:3
**agree** [11] - 3723:14, 3745:19, 3802:14, 3818:23, 3875:16, 3887:3,

3922:12, 3922:16, 3931:10, 3935:24, 4011:9

**agreeable** [1] - 3817:1
**agreed** [13] - 3723:14, 3779:1, 3818:8, 3819:11, 3819:20, 3820:6, 3821:10, 3822:10, 3822:25, 3823:13, 3824:14, 3824:24, 3835:3
**agreeing** [2] - 3739:23, 3810:18
**agreement** [19] - 3712:16, 3713:3, 3713:5, 3717:16, 3717:19, 3816:2, 3825:25, 3826:3, 3862:19, 3876:18, 3902:1, 3923:16, 3924:2, 3961:9, 3990:20, 3991:16, 3991:17, 3991:20, 3994:3
**agreements** [7] - 3880:22, 3880:23, 3881:1, 3922:13, 3923:15, 3926:21, 3981:18
**ahead** [9] - 3717:20, 3728:2, 3738:15, 3748:19, 3769:19, 3831:10, 3916:22, 3949:25, 3999:22
**aid** [3] - 3889:10, 3902:9, 3909:11
**Aid** [1] - 3770:25
**aided** [1] - 3708:5
**aiding** [1] - 3993:19
**ain't** [4] - 3807:25, 3808:5, 3857:23, 3869:19
**air** [1] - 3773:13
**Al** [2] - 3864:9, 3958:15
**Alabama** [1] - 3918:1
**Albany** [2] - 3817:18, 3817:24
**alcohol** [1] - 3905:16
**alert** [1] - 3715:8
**Algenis** [4] - 3782:21, 3821:16, 3822:17, 3862:6
**alive** [4] - 3974:10, 3975:11, 4014:10, 4014:11
**ALL** [1] - 3828:9
**alleged** [5] - 3717:22, 3831:24, 3845:23, 3846:19, 3846:20
**allegedly** [1] - 3763:25
**alleges** [1] - 3901:12
**allocuted** [1] - 3720:24
**allocution** [3] - 3712:12, 3835:20, 3835:24
**allow** [2] - 3722:8, 3758:1
**allowed** [5] - 3748:13, 3777:15, 3837:10, 3839:21, 3859:20
**ally** [1] - 3920:22
**almost** [4] - 3920:13, 3923:18, 4015:24, 4030:19
**alone** [6] - 3774:15, 3907:1, 3928:20, 3969:9, 3969:11, 3970:1
**aloud** [1] - 3807:22
**altercation** [2] - 3743:16, 3745:18
**altercations** [1] - 3736:25
**alternate** [2] - 3994:25, 4032:8
**alternates** [1] - 4032:4
**altogether** [1] - 3897:5
**Amber** [23] - 3842:7, 3848:5, 3854:23, 3890:14, 3890:19, 3892:22, 3893:4,

3895:2, 3895:7, 3897:14, 3897:17, 3898:16, 3899:1, 3900:14, 3905:6, 3926:19, 3942:7, 3942:20, 3951:3, 3951:8, 3954:8, 3954:22, 4027:3
**Ambrose** [2] - 3941:7, 3957:11
**ambulance** [5] - 3741:18, 3746:22, 3746:24, 3747:3, 3748:24
**Amendment** [2] - 3722:18, 3726:9
**America** [9] - 3818:11, 3819:12, 3820:7, 3821:11, 3822:11, 3823:14, 3823:24, 3835:4, 3865:12
**AMERICA** [1] - 3707:4
**American** [1] - 3937:7
**Ami** [1] - 3708:15
**Amnesia** [7] - 3774:2, 3774:15, 3776:18, 3776:19, 3783:3, 3784:2, 4008:13
**amount** [5] - 3855:22, 3856:20, 3882:11, 3909:16, 3926:11
**amounts** [2] - 3925:6, 3959:22
**Amsterdam** [2] - 3763:9
**amused** [1] - 3886:12
**analysis** [4] - 3916:19, 3923:10, 3962:14, 3962:15
**analyze** [3] - 3973:9, 3976:10, 3993:3
**analyzing** [1] - 3973:11
**Angel** [47] - 3825:5, 3825:9, 3848:21, 3849:17, 3849:21, 3850:5, 3851:14, 3851:15, 3853:17, 3873:12, 3901:19, 3914:3, 3918:3, 3918:7, 3937:14, 3938:8, 3938:12, 3974:7, 3974:9, 3974:13, 3974:19, 3974:23, 3974:25, 3975:8, 3975:14, 3978:12, 3979:11, 3979:13, 3979:14, 3980:8, 3982:4, 4003:11, 4006:19, 4014:9, 4014:10, 4014:21, 4015:8, 4015:23, 4016:4, 4016:5, 4016:8, 4016:10, 4016:15, 4016:18, 4017:5
**angel** [2] - 3849:1, 3850:4
**angels** [1] - 3980:18
**angry** [2] - 3909:24, 3974:3
**announcements** [1] - 3990:25
**announcing** [1] - 3991:14
**annoying** [1] - 3734:23
**annual** [1] - 4022:19
**answer** [33] - 3719:8, 3724:20, 3731:18, 3747:11, 3748:18, 3749:13, 3749:15, 3750:6, 3756:6, 3757:6, 3757:8, 3758:17, 3759:23, 3760:16, 3777:15, 3789:15, 3790:2, 3858:6, 3913:25, 3924:23, 3951:23, 3952:8, 3957:13, 3957:14, 3972:15, 3972:17, 3989:3, 3989:5, 3989:7, 3989:24, 3990:6, 3990:10, 3994:8
**Answer** [1] - 3990:14
**ANSWER** [15] - 3945:22, 3946:21, 3946:24, 3947:23, 3947:25, 3967:20, 3969:6, 3969:19, 3987:24, 3988:4, 4018:17, 4019:13, 4019:15, 4019:19, 4019:21

**answering** [1] - 3807:25
**answers** [4] - 3831:22, 3924:24, 3987:23, 3997:22
**ante** [1] - 3782:8
**anticipate** [2] - 3817:6, 3827:23
**anyway** [2] - 3815:5, 3872:12
**apart** [2] - 3923:8, 4029:18
**apartment** [51] - 3751:14, 3751:17, 3751:19, 3798:25, 3807:2, 3835:25, 3837:9, 3837:10, 3837:16, 3837:19, 3839:21, 3839:22, 3849:18, 3849:19, 3849:20, 3852:20, 3858:16, 3860:21, 3862:3, 3878:6, 3878:16, 3881:23, 3882:24, 3882:25, 3885:5, 3885:12, 3886:21, 3886:23, 3887:12, 3895:24, 3898:6, 3898:10, 3898:12, 3898:13, 3914:4, 3931:6, 3941:6, 3948:14, 3948:23, 3959:6, 3959:7, 3971:18, 3977:22, 4021:16, 4021:17, 4025:8, 4025:9, 4029:2, 4030:10
**Apartment** [3] - 3847:21, 3848:22, 3898:9
**apartment...the** [1] - 3839:25
**apartments** [3] - 3883:4, 4004:19, 4004:20, 4021:14
**apologies** [1] - 3720:21
**apologize** [3] - 3711:21, 3720:20, 3917:4
**apologized** [2] - 3968:5, 3968:6
**apologizing** [1] - 4010:13
**appeal** [5] - 3721:14, 3723:7, 3724:1, 3727:9, 3731:3
**appealed** [1] - 3723:10
**appealing** [3] - 3722:25, 3723:15, 3724:13, 3734:11
**appeals** [1] - 3724:16
**appearances** [1] - 3708:12
**APPEARANCES** [1] - 3707:15
**appeared** [1] - 3966:3
**apple** [1] - 3991:19
**apply** [2] - 3884:23, 3917:23
**appointed** [2] - 3720:22, 3959:19
**appointment** [2] - 3835:8, 3835:12
**appreciate** [2] - 4030:18, 4033:4
**approach** [5] - 3777:3, 3791:4, 3805:15, 3868:4, 4018:15
**approached** [1] - 3840:17
**approaches** [1] - 3872:10
**approaching** [1] - 3899:2
**appropriate** [1] - 3833:10
**April** [19] - 3818:16, 3818:19, 3822:17, 3836:19, 3836:22, 3836:25, 3837:5, 3838:20, 3838:22, 3838:24, 3839:2, 3949:20, 3950:4, 3950:15, 3972:4, 3972:8, 4007:9, 4007:10
**area** [19] - 3733:23, 3733:25, 3767:4, 3770:2, 3770:3, 3770:21, 3771:5, 3877:6, 3906:5, 3916:16, 3916:18, 3917:7, 3918:15, 3918:24, 3919:1, 3919:2, 3939:20, 3941:3, 3942:8

**areas** [1] - 3848:20
**argue** [5] - 3830:10, 3830:15, 3884:8, 3975:25, 4026:19
**argued** [1] - 3830:16
**argues** [1] - 3982:6
**arguing** [6] - 3738:19, 3930:13, 3979:21, 4026:9, 4026:11, 4026:17
**argument** [21] - 3731:5, 3737:18, 3829:21, 3829:23, 3841:16, 3844:2, 3874:7, 3874:8, 3890:24, 3891:2, 3902:25, 3923:7, 3935:2, 3935:9, 3935:19, 3981:20, 4002:19, 4006:10, 4010:10, 4031:22
**arguments** [11] - 3826:14, 3830:23, 3841:15, 3844:22, 3845:1, 3845:11, 3848:16, 3923:5, 3928:11, 4000:23, 4026:8
**ARIAIL** [64] - 3707:18, 3708:13, 3710:21, 3710:25, 3712:9, 3712:24, 3713:3, 3713:7, 3715:8, 3715:25, 3721:16, 3723:11, 3725:15, 3725:20, 3730:5, 3731:14, 3731:23, 3768:12, 3768:14, 3771:18, 3777:1, 3777:19, 3777:22, 3777:24, 3778:2, 3779:4, 3779:20, 3780:6, 3780:23, 3781:2, 3791:4, 3791:19, 3793:3, 3805:15, 3805:23, 3806:1, 3806:18, 3809:10, 3815:15, 3815:24, 3817:3, 3817:7, 3817:12, 3817:17, 3819:5, 3819:25, 3821:4, 3822:4, 3823:6, 3825:16, 3826:1, 3826:6, 3827:12, 3827:18, 3828:1, 3829:10, 3829:25, 3830:3, 3833:14, 3834:20, 3834:25, 3835:3, 3841:10, 4034:8
**Ariail** [18] - 3708:14, 3712:8, 3781:3, 3811:20, 3812:20, 3812:22, 3817:6, 3817:24, 3818:11, 3819:13, 3820:8, 3821:12, 3822:12, 3823:15, 3825:1, 3829:20, 3835:5, 3964:15
**arm** [1] - 3863:18
**armed** [1] - 4005:19
**armor** [4] - 3912:9, 4021:11, 4025:22, 4025:24
**army** [1] - 3936:15
**arrangements** [2] - 3978:24, 4030:6
**arrest** [9] - 3837:7, 3839:19, 3846:20, 3848:2, 3848:14, 3853:12, 3854:14, 3979:20, 3984:8
**arrested** [62] - 3764:12, 3764:18, 3764:19, 3765:21, 3766:1, 3768:17, 3773:25, 3774:1, 3775:15, 3782:19, 3784:5, 3784:7, 3784:12, 3795:14, 3800:17, 3800:18, 3801:23, 3818:14, 3822:18, 3847:19, 3849:20, 3851:18, 3862:24, 3867:7, 3880:4, 3880:6, 3881:13, 3887:24, 3887:25, 3888:1, 3898:16, 3901:22, 3918:5, 3919:22, 3919:23, 3938:7, 3938:13, 3944:1, 3946:11, 3946:18, 3949:18, 3955:13, 3956:3, 3956:6, 3959:13, 3970:4,

3970:5, 3971:25, 3974:17, 3974:20, 3977:21, 3978:13, 3978:16, 3986:24, 3993:22, 3994:16, 3997:3, 4002:9, 4007:25, 4008:12, 4017:5, 4021:23
**arrests** [3] - 3912:5, 3959:13, 3959:15
**arrive** [2] - 3847:24, 3892:2
**arrived** [5] - 3710:20, 3714:14, 3774:2, 3837:18, 3839:25
**arrow** [1] - 3771:6
**article** [1] - 3765:16
**articles** [1] - 3756:3
**artist** [4] - 3910:25, 3929:10, 3929:14
**aspect** [3] - 3727:24, 3729:6, 3852:4
**aspects** [2] - 3792:2, 3833:18
**aspiring** [1] - 3929:14
**ass** [1] - 3928:25
**assassination** [1] - 3965:22
**assault** [4] - 3840:8, 3840:12, 3847:13, 3864:24, 4001:11, 4004:1
**assembled** [2] - 3861:14, 3936:9
**assert** [2] - 3890:6
**asserted** [1] - 3901:7
**assess** [1] - 3920:16
**assets** [3] - 3957:22, 3958:5, 3985:23
**assigned** [1] - 3959:19
**assignment** [2] - 3709:18, 3840:14
**assist** [1] - 3984:2
**assistance** [1] - 3731:6
**Assistant** [12] - 3707:19, 3742:1, 3781:3, 3818:11, 3819:12, 3820:7, 3821:11, 3822:11, 3823:14, 3824:25, 3835:4, 3899:5
**assisting** [1] - 3709:16
**associated** [2] - 3846:5, 3865:19
**associates** [2] - 3887:5, 3953:21
**association** [2] - 3847:3, 3929:18
**associations** [1] - 3844:7
**assume** [3] - 3714:8, 3746:23, 3746:24
**assumed** [1] - 3777:20
**Astro** [1] - 3859:19
**athletes** [1] - 3772:2
**ATM** [1] - 4021:7
**attack** [1] - 3899:23
**attempt** [2] - 3727:18, 3876:19
**attempted** [6] - 3843:10, 3847:12, 3864:23, 3875:12, 3875:23, 3880:11
**attending** [1] - 3990:21
**attention** [10] - 3712:4, 3846:16, 3944:16, 3945:3, 3945:5, 3950:17, 3962:7, 4024:13, 4030:17, 4033:5
**attorney** [23] - 3717:5, 3718:1, 3718:19, 3719:7, 3719:12, 3730:19, 3789:18, 3789:23, 3790:9, 3791:24, 3792:1, 3793:5, 3793:10, 3793:13, 3794:2, 3794:8, 3796:12, 3805:13, 3832:18, 3833:4, 3835:13
**Attorney** [6] - 3707:17, 3742:1, 3781:4, 3820:7, 3835:5, 3899:6
**Attorney's** [1] - 4027:10

**attorney-client** [1] - 3719:7
**attorneys** [8] - 3818:9, 3819:14, 3820:9, 3821:13, 3822:13, 3823:16, 3825:2, 3835:6
**Attorneys** [7] - 3707:19, 3818:11, 3819:13, 3821:11, 3822:12, 3823:14, 3825:1
**attract** [1] - 3958:14
**attracted** [1] - 4029:14
**Auburn** [2] - 3856:25, 3867:11
**August** [4] - 3836:5, 3840:11, 3979:11, 3979:13
**aunt** [1] - 3967:8
**aunt's** [3] - 3883:1, 3883:2, 3885:12
**auntie** [1] - 3886:21
**auntie's** [2] - 3931:3, 3931:4
**authentic** [1] - 3874:4
**authenticity** [1] - 3929:18
**authorities** [2] - 3856:17, 3856:19
**Authority** [1] - 3948:15
**authority** [3] - 3835:12, 3856:1, 3868:21
**automobile** [1] - 4021:5
**available** [6] - 3817:20, 3835:11, 3896:23, 3945:15, 3969:13, 4000:22
**Avenue** [20] - 3743:5, 3835:21, 3837:8, 3839:19, 3847:22, 3904:25, 3905:9, 3906:8, 3906:19, 3918:2, 3918:9, 3940:24, 3941:3, 3941:5, 3959:6, 3970:24, 3978:14, 3979:2, 4029:1
**awaiting** [1] - 4005:11
**aware** [10] - 3755:22, 3756:2, 3797:25, 3798:2, 3814:20, 3817:21, 3954:9, 3955:11, 3965:18, 3965:19
**awesome** [1] - 3994:18
**awful** [2] - 3861:9, 3907:23

---

# B

**baby** [7] - 3820:17, 3820:19, 3837:14, 3839:24, 3860:22, 3878:5, 3931:7
**baby's** [2] - 3751:12, 4007:2
**baby-mom's** [1] - 3820:17
**baby-sit** [2] - 3837:14, 3839:24
**bad** [8] - 3797:17, 3870:1, 3964:8, 3965:5, 3968:7, 3974:21, 3977:18, 4017:17
**bad-mouthing** [2] - 3964:8, 3965:5
**badge** [1] - 3889:15
**bag** [2] - 3873:13, 3905:22
**bagging** [1] - 3850:1
**bags** [6] - 3883:14, 3883:16, 3884:25, 3958:25, 3978:14
**bail** [16] - 3987:5, 3987:6, 3987:7, 3989:19, 3989:25, 3990:4, 3990:9, 3990:13, 3990:15, 3990:22, 3991:19, 3991:21, 4018:11, 4020:6, 4020:7, 4020:8
**ball** [4] - 3864:8, 3887:10, 3888:7,

3889:3
**ballistics** [2] - 3924:12, 3960:20
**Baltic** [30] - 3772:17, 3798:23, 3807:2, 3818:21, 3822:18, 3850:7, 3851:3, 3852:14, 3859:15, 3890:5, 3902:16, 3906:19, 3940:2, 3940:20, 3944:25, 3945:21, 3946:13, 3946:20, 3947:18, 3947:20, 3947:22, 3950:7, 3961:23, 3968:12, 3977:22, 4011:4, 4011:6, 4012:9, 4016:2, 4016:3
**Bam** [6] - 3799:22, 3799:25, 3800:9, 3800:14, 3800:19, 3856:20
**bank** [4] - 3823:18, 3956:25, 3957:1, 3959:20
**Bank** [2] - 3823:19, 3823:20
**bar** [14] - 3720:6, 3720:9, 3720:10, 3726:17, 3727:2, 3727:13, 3728:4, 3728:24, 3730:6, 3730:10, 3777:4, 3777:5, 3791:6, 3894:16
**barely** [1] - 3962:13
**barking** [2] - 3808:4, 3808:17
**bars** [1] - 3768:17
**base** [3] - 3821:17, 3844:25, 3852:19
**baseball** [1] - 3885:12
**based** [9] - 3720:17, 3771:15, 3791:25, 3827:18, 3843:15, 3861:24, 3938:7, 3950:20, 3970:18
**basic** [1] - 3884:23
**basis** [3] - 3731:20, 3830:10, 3832:11
**basketball** [3] - 3734:16, 3773:5, 3807:8
**bear** [2] - 3882:7, 3935:15
**beat** [12] - 3854:21, 3855:1, 3858:7, 3859:1, 3859:25, 3860:2, 3868:10, 3889:16, 3928:22, 3933:6, 4010:19, 4030:24
**beaten** [1] - 3933:9
**beating** [2] - 3861:11, 3929:8
**beats** [1] - 3931:19
**beautiful** [1] - 3945:11
**became** [4] - 3928:10, 3955:11, 3987:22, 3989:4
**become** [5] - 3738:5, 3767:8, 3767:10, 3929:10, 3953:14
**becomes** [2] - 3858:14, 3867:18
**becoming** [1] - 3851:22
**bed** [2] - 3840:23, 3885:7
**bedroom** [1] - 3917:8
**beef** [22] - 3745:1, 3868:21, 3868:22, 3868:25, 3869:7, 3869:11, 3869:15, 3877:2, 3877:4, 3877:7, 3879:11, 3911:17, 3912:19, 3912:22, 3962:21, 3963:14, 3965:18, 3965:20, 3966:7, 4010:16, 4010:17, 4011:11
**beefs** [3] - 3867:19, 3909:24, 3912:25
**BEFORE** [1] - 3707:12
**beg** [1] - 3958:12
**began** [4] - 3737:13, 3737:14, 3745:1, 3851:17
**begging** [1] - 3950:17

**begin** [1] - 3826:13
**beginning** [13] - 3845:10, 3847:14, 3853:20, 3923:10, 3936:5, 3944:3, 3976:6, 4002:23, 4002:24, 4018:6, 4018:11, 4019:25
**begins** [4] - 3877:4, 3944:12, 3972:25, 4000:21
**behalf** [4] - 3790:9, 3793:13, 3866:7, 4033:4
**behind** [10] - 3741:10, 3818:21, 3840:22, 3849:24, 3867:4, 3893:21, 3896:3, 3929:10, 3950:7, 4013:15
**behold** [2] - 4007:25, 4008:13
**believ[ed** [1] - 3840:1
**believes** [6] - 3715:9, 3730:16, 3730:19, 3731:14, 3833:9, 3969:12
**belong** [1] - 3996:16
**belong[ed** [2] - 3837:9, 3839:21
**belonged** [1] - 3837:17
**belonging** [1] - 3823:22
**below** [2] - 3914:22, 3980:20
**Benbow** [1] - 4022:15
**benefit** [1] - 3982:12
**benevolent** [1] - 4004:25
**Bennett** [1] - 3899:6
**Bergen** [5] - 3818:19, 3950:5, 3950:9, 3950:11, 3950:14
**beside** [1] - 3833:6
**best** [15] - 3720:13, 3721:18, 3730:8, 3730:17, 3730:20, 3731:15, 3731:18, 3731:20, 3740:12, 3771:6, 3776:16, 3844:15, 3921:3, 3937:21, 3995:9
**bet** [2] - 3822:22, 4011:24
**betrayed** [1] - 3975:2
**better** [11] - 3721:23, 3721:24, 3780:18, 3842:4, 3859:10, 3937:21, 4014:17, 4020:14, 4020:19, 4029:23, 4029:25
**between** [23] - 3714:21, 3716:10, 3745:2, 3770:25, 3775:4, 3818:9, 3818:16, 3819:11, 3820:6, 3821:10, 3822:10, 3823:13, 3824:24, 3835:4, 3836:4, 3863:25, 3914:17, 3934:9, 3942:2, 3949:20, 3963:14, 4006:11, 4026:10
**beyond** [22] - 3843:13, 3845:19, 3864:24, 3865:16, 3874:2, 3880:12, 3887:15, 3889:6, 3908:6, 3909:3, 3919:7, 3927:22, 3933:16, 3943:8, 3943:19, 3953:25, 3985:1, 4023:10, 4024:18, 4025:4, 4031:13, 4031:15
**bidding** [2] - 3843:4, 4002:8
**big** [23] - 3715:5, 3758:7, 3758:13, 3758:19, 3758:21, 3759:20, 3889:15, 3902:18, 3902:22, 3903:7, 3916:14, 3936:17, 3952:14, 3972:19, 3973:23, 3980:19, 4003:4, 4003:16, 4005:15, 4006:4, 4006:7
**Big** [2] - 3786:20, 3801:13, 3848:24
**bigger** [2] - 3953:14

**bikes** [1] - 4029:25
**Billups** [6] - 3892:24, 3895:1, 3898:17, 3942:5, 3942:14, 3942:17
**birthday** [1] - 3910:5
**Bishop** [1] - 3890:21
**Bishop's** [1] - 3891:10
**bit** [25] - 3815:4, 3853:9, 3857:6, 3863:22, 3873:24, 3880:1, 3882:24, 3903:1, 3910:21, 3914:1, 3938:6, 3942:22, 3944:1, 3944:2, 3946:10, 3947:7, 3949:25, 3965:1, 3966:13, 3968:10, 3968:12, 3982:20, 3986:13, 4002:20, 4018:8
**bite** [1] - 3991:19
**bits** [1] - 3922:10
**black** [10] - 3740:18, 3872:20, 3872:23, 3873:8, 3907:1, 3914:15, 3930:16, 3937:7, 3938:20, 3939:1
**Blake** [1] - 3918:2
**blame** [3] - 3951:4, 3984:17
**blamed** [1] - 3951:15
**blank** [1] - 3918:17
**blatantly** [1] - 3978:6
**Blaze** [5] - 3798:19, 3798:20, 3798:21, 3799:10, 3799:12, 3799:14, 3804:12, 3804:14, 3807:3, 3807:14
**blickey** [3] - 3777:11, 3777:12, 3777:17
**blind** [1] - 4009:15
**Block** [2] - 3869:8, 3872:9
**block** [7] - 3736:19, 3745:2, 3745:3, 3745:5, 3745:8, 3851:19, 3898:2
**blocking** [2] - 3840:18, 3894:19
**blocks** [1] - 3941:5
**blood** [9] - 3739:4, 3841:23, 3871:24, 3892:3, 3902:21, 3904:15, 3905:16, 3905:17, 4002:4
**Blood** [26] - 3755:18, 3755:20, 3756:8, 3756:10, 3758:21, 3759:13, 3767:7, 3785:17, 3785:19, 3785:21, 3785:23, 3785:25, 3795:17, 3799:12, 3799:14, 3799:16, 3799:18, 3856:9, 3863:4, 3863:10, 3863:18, 3863:20, 3864:21, 3918:4, 3968:7
**blooded** [1] - 4004:12
**Bloods** [48] - 3752:1, 3756:16, 3756:19, 3757:10, 3757:13, 3757:14, 3758:14, 3759:16, 3759:20, 3766:17, 3767:12, 3767:16, 3767:24, 3786:22, 3787:1, 3787:8, 3797:22, 3798:3, 3798:5, 3798:6, 3837:23, 3838:1, 3847:10, 3851:20, 3851:22, 3851:23, 3852:1, 3852:4, 3853:16, 3853:19, 3855:20, 3856:6, 3862:9, 3926:3, 3929:6, 3932:4, 3932:10, 3936:15, 4003:5, 4003:17, 4003:24, 4003:25, 4004:14, 4004:16, 4004:23
**blown** [2] - 3856:3, 3924:8
**blue** [1] - 3765:18
**blurry** [4] - 3938:19, 3938:20, 3938:21,

3938:24

**BMW** [3] - 3930:25, 3959:2, 4021:21

**board** [1] - 3909:22

**Board** [2] - 3837:5, 3839:16

**boats** [1] - 3958:25

**bodily** [1] - 3858:22

**body** [13] - 3855:1, 3859:1, 3889:16, 3892:3, 3905:19, 3913:19, 3928:22, 3929:8, 3975:4, 4021:11, 4025:22, 4025:24, 4027:17

**bodyguard** [1] - 3867:18

**boiling** [1] - 3993:2

**bolting** [1] - 3873:2

**bolts** [1] - 3895:23

**Bond** [38] - 3737:16, 3745:9, 3745:10, 3745:12, 3818:20, 3818:22, 3819:17, 3851:3, 3851:13, 3852:17, 3852:20, 3854:16, 3859:7, 3890:5, 3890:20, 3897:1, 3941:22, 3941:23, 3942:2, 3942:3, 3942:7, 3942:12, 3942:18, 3944:23, 3945:10, 3945:20, 3949:3, 3949:16, 3950:6, 3950:8, 3951:7, 3951:10, 4028:22

**bone** [1] - 3975:4

**book** [1] - 3848:6

**books** [2] - 3892:24, 3893:2

**boot** [1] - 3929:2

**boots** [3] - 3915:20, 3915:22, 3915:25

**booze** [1] - 3958:7

**bordered** [1] - 3950:12

**born** [1] - 3764:3

**borrow** [1] - 3958:12

**boss** [11] - 3869:22, 3869:24, 3870:6, 3870:7, 3887:8, 3887:9, 3889:2, 3944:7, 3950:22, 4002:15

**bother** [2] - 3984:20, 3984:21

**bothering** [1] - 3974:1

**bottom** [7] - 3942:15, 3945:13, 3951:17, 3954:15, 3964:21, 3965:6, 3969:15

**bought** [4] - 3849:4, 3849:7, 3882:3, 3930:25

**bound** [1] - 3840:22

**box** [5] - 3783:25, 3784:14, 3876:1, 3911:25, 3914:15

**boxes** [1] - 3894:17

**boy** [2] - 3921:16

**boyfriend** [1] - 3893:16

**Boys** [1] - 3911:3

**bozo** [1] - 3968:7

**bragged** [1] - 3929:8

**brass** [1] - 3986:3

**break** [11] - 3715:19, 3715:21, 3808:2, 3808:21, 3815:16, 3826:12, 3826:24, 3933:20, 3934:14, 3975:4, 3999:14

**breaks** [1] - 3712:11

**brick** [1] - 3883:17

**bridge** [1] - 3722:2

**brief** [5] - 3715:5, 3715:10, 3761:13, 3815:16, 3927:16

**briefly** [7] - 3713:9, 3832:14, 3845:21, 3868:8, 3876:2, 3893:18, 3916:23

**bring** [28] - 3711:5, 3712:4, 3722:14, 3726:12, 3726:13, 3761:20, 3761:22, 3776:23, 3777:14, 3777:16, 3777:17, 3778:8, 3815:1, 3817:4, 3817:24, 3844:20, 3907:10, 3911:1, 3944:22, 3962:6, 3964:23, 3983:4, 3983:5, 4000:17, 4031:24, 4032:5

**bringing** [2] - 3957:20, 3997:10

**brings** [4] - 3723:9, 3903:14, 3932:3, 4024:12

**broad** [1] - 4010:4

**Broesche** [1] - 3872:19

**broke** [4] - 3956:14, 3956:16, 4021:4

**Bronx** [1] - 3899:1

**Brooklyn** [14] - 3707:7, 3707:20, 3708:2, 3733:23, 3742:2, 3763:17, 3767:5, 3770:4, 3818:16, 3921:19, 3941:3, 3959:7, 3970:8, 4021:20

**Brooks** [47] - 3841:20, 3842:6, 3843:22, 3847:20, 3848:11, 3851:7, 3851:8, 3852:21, 3853:2, 3875:10, 3887:21, 3889:5, 3890:1, 3890:9, 3890:13, 3890:21, 3891:8, 3891:16, 3891:25, 3892:1, 3893:16, 3897:25, 3898:15, 3899:16, 3900:4, 3900:17, 3902:7, 3902:15, 3905:5, 3905:8, 3920:25, 3933:5, 3933:12, 3941:19, 3941:20, 3949:12, 3951:2, 3951:7, 3952:6, 3952:23, 3953:20, 3955:21, 4007:8, 4026:13, 4027:18, 4028:25, 4030:20

**brother** [18] - 3735:5, 3781:8, 3799:2, 3799:6, 3856:23, 3859:4, 3861:4, 3897:7, 3902:24, 3962:22, 3963:4, 3963:13, 3963:16, 3963:17, 3972:19, 4009:12, 4011:11

**brothers** [1] - 4013:18

**brought** [20] - 3709:10, 3713:10, 3723:19, 3726:3, 3730:6, 3754:5, 3814:24, 3836:1, 3848:3, 3878:11, 3882:4, 3936:10, 3964:17, 3979:9, 3983:3, 3984:10, 3987:9, 3997:8, 4031:10

**brung** [1] - 3814:21

**Buck** [6] - 3862:10, 3862:11, 3917:20, 3918:2, 3918:3, 3918:4

**buck's** [1] - 3917:20

**Buck's** [3] - 3917:21, 3918:7, 3919:1

**buddy** [1] - 3861:22

**build** [3] - 3854:10, 3855:1, 3921:16

**building** [44] - 3720:14, 3741:10, 3849:9, 3855:14, 3857:17, 3857:24, 3858:1, 3858:4, 3891:5, 3891:11, 3891:12, 3891:14, 3891:18, 3892:19, 3903:12, 3903:25, 3904:3, 3911:3, 3913:6, 3913:16, 3944:25, 3945:16, 3945:18, 3946:2, 3948:2, 3948:4, 3948:5, 3948:7, 3948:8, 3948:9,

3948:11, 3951:23, 3951:24, 3961:24, 3962:7, 3964:24, 3966:15, 3967:14, 3967:25, 3968:6, 3969:5, 4010:8, 4011:23

**buildings** [2] - 3882:11, 3884:6

**built** [1] - 4002:12

**bullet** [4] - 3842:19, 3892:1, 3904:15, 3913:22

**bulletproof** [7] - 3861:6, 3911:16, 3911:17, 3911:18, 3911:20, 3911:22, 3912:9

**bunch** [3] - 3980:18, 4006:11, 4020:14

**bunkie** [1] - 3928:18

**bunky** [1] - 3854:7

**burden** [18] - 3791:9, 3791:15, 3900:9, 3927:21, 3927:23, 3927:25, 3928:2, 3932:15, 3932:16, 3960:11, 3984:11, 3984:23, 3984:25, 3985:5, 4024:18, 4024:21, 4027:20, 4027:21

**burglar** [1] - 4001:14

**burglary** [1] - 4001:14

**bus** [1] - 3973:19

**bushes** [2] - 3867:9, 3967:6

**Bushes** [2] - 3781:12, 3859:4

**Bushwick** [3] - 3916:17, 3916:25, 3917:1

**business** [20] - 3846:24, 3863:16, 3868:23, 3870:3, 3870:6, 3891:20, 3895:22, 3901:4, 3907:9, 3931:4, 3932:7, 3940:8, 3940:16, 3961:25, 3967:13, 4010:9, 4011:1, 4011:2, 4011:3, 4021:10

**bust** [1] - 3878:4

**busted** [1] - 4016:10

**busy** [2] - 3855:17, 3996:12

**butted** [1] - 3825:6

**buy** [10] - 3881:22, 3882:9, 3940:20, 3957:8, 3970:11, 3983:9, 3983:10, 3983:21, 4002:10, 4021:11

**buy-and-walk** [1] - 3881:22

**buys** [4] - 3956:19, 3956:23, 3958:7, 3985:24

**BY** [19] - 3707:18, 3707:24, 3733:15, 3741:23, 3751:1, 3755:4, 3763:3, 3769:20, 3775:2, 3778:6, 3781:2, 3793:3, 3810:2, 3935:5, 4001:2, 4035:7, 4035:9, 4035:18, 4035:20

## C

**C-74** [1] - 3851:19

**Cabral** [1] - 3708:19

**Cadman** [2] - 3707:20, 3708:1

**cakes** [2] - 3861:20, 3867:17

**Cakes** [4] - 3862:10, 3862:14, 3910:14, 3911:9

**calendar** [1] - 3901:13

**caliber** [4] - 3847:25, 3850:3, 3905:22, 4008:4

**calibers** [1] - 3880:3
**calm** [4] - 3891:9, 3907:17, 3907:18
**camera** [3] - 3867:5, 3942:10, 3960:24
**camp** [1] - 3929:2
**capacity** [1] - 4003:3
**caper** [2] - 4008:22, 4008:24
**capitalize** [1] - 3929:23
**capture** [1] - 4022:16
**car** [60] - 3776:3, 3776:5, 3776:6, 3776:8, 3776:12, 3776:13, 3776:16, 3778:12, 3778:20, 3779:5, 3779:8, 3779:10, 3779:12, 3779:14, 3779:18, 3783:5, 3783:19, 3784:3, 3784:7, 3811:18, 3811:19, 3811:20, 3862:25, 3872:4, 3872:11, 3873:17, 3880:25, 3888:7, 3889:3, 3905:2, 3906:16, 3906:19, 3906:21, 3907:2, 3919:22, 3919:23, 3956:19, 3956:23, 3957:5, 3957:9, 3957:11, 3957:12, 3959:1, 3970:22, 3970:24, 3971:4, 3971:5, 4007:25, 4008:1, 4008:2, 4008:5, 4008:8, 4008:10, 4008:14, 4013:24, 4014:8, 4021:23
**Caraballo** [34] - 3774:4, 3774:13, 3774:15, 3775:15, 3775:17, 3775:24, 3776:2, 3776:7, 3776:9, 3776:14, 3777:9, 3778:7, 3778:12, 3779:9, 3779:10, 3779:12, 3779:25, 3782:21, 3782:24, 3783:8, 3783:15, 3784:9, 3812:19, 3821:16, 3821:22, 3822:17, 3822:21, 3856:2, 3862:6, 3869:7, 3869:8, 3920:21, 4008:13
**cards** [2] - 3846:24, 4021:8
**care** [15] - 3868:19, 3882:6, 3884:19, 3886:15, 3897:24, 3912:22, 3912:24, 3913:2, 3929:25, 3940:16, 4005:25, 4011:11, 4011:12
**cared** [2] - 3929:11, 4011:13
**career** [4] - 3873:25, 3874:13, 3930:25, 4005:23
**carefully** [1] - 3730:3
**carried** [4] - 3843:12, 3848:19, 3852:15, 3921:6
**carries** [2] - 3854:19, 3889:2
**carry** [4] - 3772:24, 3889:15, 3920:9, 3921:12
**carrying** [4] - 3867:7, 3867:18, 3920:4, 3931:6
**cars** [10] - 3776:4, 3820:16, 3842:14, 3906:15, 3958:25, 4014:6, 4021:14, 4021:19, 4021:20, 4022:2
**cart** [1] - 3883:5
**Carter** [2] - 3788:11, 3834:19
**case** [149] - 3710:10, 3715:10, 3715:16, 3717:6, 3717:17, 3717:19, 3718:15, 3718:24, 3719:5, 3721:19, 3723:9, 3724:10, 3725:16, 3725:18, 3726:10, 3727:5, 3727:6, 3727:22, 3731:2, 3756:3, 3764:8, 3764:11, 3764:12, 3765:24, 3766:13, 3768:17,

3780:19, 3781:14, 3787:14, 3791:16, 3801:24, 3802:1, 3806:10, 3810:9, 3810:21, 3811:10, 3813:11, 3816:1, 3816:3, 3826:21, 3833:11, 3835:9, 3841:4, 3841:11, 3841:14, 3841:25, 3843:15, 3843:18, 3845:10, 3845:11, 3847:7, 3852:15, 3861:11, 3861:25, 3865:22, 3873:24, 3875:21, 3876:20, 3893:18, 3895:2, 3911:21, 3920:14, 3921:15, 3921:16, 3921:17, 3927:17, 3927:22, 3928:2, 3930:14, 3931:14, 3932:16, 3933:1, 3933:15, 3933:16, 3935:14, 3935:18, 3938:11, 3939:6, 3942:12, 3943:12, 3946:19, 3946:22, 3951:2, 3951:13, 3953:24, 3953:25, 3955:21, 3956:1, 3956:12, 3957:7, 3957:20, 3959:17, 3959:18, 3961:15, 3970:18, 3977:12, 3977:21, 3978:9, 3978:15, 3978:21, 3981:11, 3983:1, 3983:2, 3983:9, 3984:2, 3984:8, 3984:16, 3984:20, 3984:25, 3985:9, 3985:11, 3985:18, 3985:20, 3986:3, 3986:5, 3986:7, 3989:10, 3990:12, 3991:6, 3991:9, 3991:13, 3992:16, 3992:23, 3993:17, 3995:10, 3997:2, 3997:15, 3997:16, 3997:22, 3997:24, 3999:8, 4001:11, 4001:20, 4005:18, 4012:7, 4018:15, 4020:11, 4023:3, 4023:5, 4024:15, 4024:19, 4024:20, 4028:25, 4032:18, 4032:21, 4033:1
**cases** [12] - 3722:23, 3724:12, 3813:17, 3813:20, 3943:4, 3985:4, 3993:10, 3997:5, 4001:10, 4001:13, 4001:19
**cash** [15] - 3857:10, 3958:25, 3959:2, 3959:10, 4013:21, 4021:10, 4021:11, 4021:12, 4022:4, 4022:5, 4022:7
**casing** [1] - 4023:16
**casings** [5] - 3880:10, 3913:20, 4023:13, 4027:14
**casual** [1] - 4022:6
**casually** [3] - 3968:4, 3968:6, 4002:3
**catch** [1] - 3848:6
**catching** [1] - 3932:21
**category** [1] - 3722:1
**cater** [1] - 3995:14
**Caton** [8] - 3904:25, 3906:8, 3918:9, 3940:24, 3941:3, 3941:5, 3970:24
**caught** [9] - 3883:6, 3883:11, 3885:1, 3885:2, 3912:6, 3947:2, 3952:15, 3977:8, 3985:14
**causing** [1] - 3889:23
**caution** [1] - 3727:8
**Cayman** [1] - 3959:21
**CDs** [1] - 3931:1
**cell** [19] - 3838:15, 3840:14, 3840:18, 3840:19, 3840:21, 3851:19, 3882:22, 3916:11, 3916:15, 3918:1, 3924:9, 3939:7, 3939:8, 3939:10, 3939:11, 3939:14, 3941:2, 3941:11

**cellblock** [1] - 3710:1
**cement** [1] - 3859:1
**cemetery** [5] - 3842:16, 3911:3, 3911:6, 3918:22, 4028:9
**center** [1] - 3853:22
**Central** [6] - 3917:14, 3971:8, 3971:9, 3971:11, 3971:12, 4013:25
**certain** [14] - 3717:21, 3717:22, 3728:25, 3729:10, 3763:15, 3789:3, 3789:9, 3792:1, 3833:18, 3835:19, 3940:4, 3978:12, 3982:23, 3995:17
**certainly** [4] - 3833:23, 3843:8, 4010:2, 4014:12
**cetera** [4] - 3864:12, 3972:19
**chain** [2] - 3764:25
**chair** [5] - 3893:21, 3900:5, 3900:14, 3900:15, 3931:11
**challenge** [7] - 3789:24, 3790:5, 3791:1, 3793:21, 3794:16, 3794:17
**challenged** [2] - 3793:24, 3794:15
**Chambers** [2] - 3951:14, 3952:3
**chambers** [1] - 3951:19
**chance** [6] - 3711:13, 3717:4, 3899:17, 3946:17, 4000:12, 4002:22
**change** [7] - 3725:24, 3808:8, 3817:13, 3847:6, 3995:25, 4018:14
**changed** [4] - 3728:9, 3842:13, 3953:6, 3982:6
**changes** [3] - 3868:11, 3909:24, 3965:1
**changing** [2] - 3856:13, 3883:8
**characterized** [1] - 3940:4
**charge** [21] - 3715:4, 3715:5, 3717:20, 3717:21, 3742:25, 3826:20, 3829:15, 3832:7, 3845:7, 3845:20, 3846:2, 3854:21, 3889:19, 3900:22, 3919:13, 3919:15, 3933:25, 4031:23, 4032:1, 4032:2, 4034:5
**charged** [33] - 3784:16, 3784:18, 3794:11, 3831:14, 3833:2, 3837:21, 3840:2, 3843:23, 3845:17, 3848:7, 3852:1, 3864:19, 3866:16, 3871:3, 3875:4, 3875:21, 3875:22, 3881:6, 3898:20, 3902:6, 3909:5, 3923:21, 3942:23, 3943:2, 3943:17, 3958:18, 3984:13, 3985:12, 3990:25, 3991:1, 3991:5, 4031:17
**charger** [1] - 3778:14
**Charger** [1] - 3778:15
**charges** [18] - 3712:15, 3712:16, 3788:13, 3795:8, 3814:20, 3814:24, 3815:1, 3844:9, 3844:13, 3845:8, 3847:8, 3875:8, 3889:9, 3936:10, 3952:16, 3958:10, 3984:11, 3988:1
**charging** [1] - 3821:16
**charity** [3] - 3952:22, 3958:4, 3960:1
**Charles** [1] - 3865:8
**chart** [1] - 3932:23
**Chase** [2] - 3823:19, 3823:20
**chase** [1] - 3939:19

**chased** [1] - 3741:10
**chases** [1] - 3913:18
**chasing** [2] - 3842:15, 3869:16
**check** [5] - 3864:25, 3876:13, 3895:3, 3916:24, 3919:14
**checking** [2] - 3823:19, 3876:1
**Cheeb** [1] - 3856:20
**child** [5] - 3893:17, 3954:11, 3987:1, 3987:2
**children** [7] - 3837:14, 3862:18, 3878:5, 3953:6, 3986:21, 4027:25
**children'** [1] - 3839:24
**chill** [1] - 3772:12
**chilling** [1] - 3842:17
**China** [3] - 3751:8, 3860:21, 3901:8
**choice** [3] - 3855:16, 4018:13, 4018:22
**choir** [1] - 3921:15
**choose** [1] - 3921:7
**chose** [12] - 3921:4, 3921:8, 3921:9, 3921:10, 3921:11, 3921:13, 4001:21, 4002:17, 4002:18, 4018:25
**Chris** [2] - 3807:8, 3807:14
**chronological** [1] - 3843:25
**chuck** [1] - 3746:2
**Chucking** [1] - 3746:5
**Chyna** [4] - 3878:14, 3879:5, 3879:21, 3931:5
**Chyna's** [1] - 3888:2
**cigarette** [2] - 3779:11
**circle** [1] - 3876:5
**Circuit** [1] - 3727:7
**circumstance** [1] - 3711:25
**circumstances** [3] - 3720:17, 3728:25, 3773:11
**cite** [1] - 3849:4
**cited** [1] - 3724:9
**Citibank** [1] - 3770:24
**citizens** [1] - 3921:7
**City** [2] - 3818:14, 3948:15
**civilian** [2] - 3893:10, 3926:13
**claims** [2] - 3991:8, 3991:10
**clarify** [3] - 3722:12, 3832:8, 3832:13
**clarity** [2] - 3870:4, 3923:7
**Class** [1] - 3835:18
**classes** [2] - 3863:16, 3932:7
**clawed** [1] - 3931:23
**clean** [2] - 3921:17, 4028:9
**cleaning** [1] - 3871:23
**clear** [23] - 3712:14, 3713:13, 3730:14, 3730:18, 3746:11, 3782:18, 3783:21, 3792:2, 3794:21, 3831:15, 3833:19, 3873:23, 3874:25, 3875:7, 3878:24, 3884:3, 3884:17, 3922:15, 3938:21, 3952:5, 3952:11, 3966:20
**clearer** [1] - 3748:16
**clearing** [1] - 3809:5
**clearly** [7] - 3791:20, 3876:21, 3901:15, 3937:6, 4010:5, 4010:6, 4015:20

**clears** [2] - 3808:7, 3809:3
**CLERK** [2] - 3762:20, 3762:22
**clicked** [1] - 4013:17
**client** [55] - 3709:13, 3709:17, 3711:4, 3711:8, 3719:4, 3719:7, 3720:14, 3729:5, 3730:20, 3730:23, 3731:12, 3731:15, 3831:13, 3927:19, 3938:7, 3938:10, 3938:13, 3939:4, 3939:5, 3939:8, 3939:20, 3940:5, 3941:1, 3941:2, 3941:4, 3943:18, 3943:20, 3944:7, 3956:14, 3957:21, 3958:12, 3960:9, 3960:19, 3961:4, 3961:7, 3961:10, 3961:17, 3961:19, 3981:8, 3981:12, 3983:2, 3983:4, 3983:10, 3984:4, 3984:17, 3985:5, 3985:12, 3986:18, 3989:12, 3997:2, 3999:3, 4015:23, 4021:4, 4027:13
**client's** [4] - 3712:4, 3721:19, 3730:17, 3939:16, 3998:2
**clients** [2] - 3831:16, 3832:4
**clients's** [1] - 3730:8
**clip** [6] - 3863:1, 3873:21, 3885:17, 3886:16, 3915:5, 3915:6
**clips** [3] - 3849:24, 3874:2, 3913:15
**close** [8] - 3799:20, 3811:23, 3822:24, 3843:17, 3843:18, 3866:25, 3892:11, 3935:1
**closed** [1] - 3715:16
**closely** [1] - 4010:15
**closer** [2] - 3741:9, 3939:15
**closes** [2] - 3935:10, 3935:11
**closet** [1] - 3895:18
**closing** [17] - 3715:23, 3715:24, 3716:1, 3716:5, 3826:13, 3826:14, 3826:15, 3831:2, 3833:6, 3841:15, 3844:2, 3934:7, 3935:2, 3935:9, 3939:7, 4000:22, 4031:22
**closings** [3] - 3816:25, 3826:18, 3828:6
**closure** [1] - 3900:7
**cloth** [3] - 3887:4, 3905:1, 3930:1
**clothes** [1] - 4021:15
**clothing** [2] - 3763:15, 3765:17
**club** [17] - 3738:8, 3740:20, 3745:19, 3770:7, 3774:2, 3774:9, 3775:25, 3776:1, 3776:17, 3776:22, 3778:9, 3778:22, 3778:24, 3783:17, 3783:18, 3857:8
**Club** [7] - 3774:2, 3774:14, 3776:18, 3776:19, 3783:3, 3784:2, 4008:13
**clubs** [2] - 3768:18, 3959:23
**clumsy** [1] - 3872:10
**cluttered** [1] - 3885:5
**co** [1] - 4008:9
**co-conspirators** [1] - 4008:9
**coached** [1] - 4006:22
**cocaine** [60] - 3742:16, 3742:22, 3781:16, 3781:19, 3781:22, 3785:13, 3785:14, 3787:13, 3787:22, 3788:5, 3788:20, 3818:15, 3821:17, 3843:11,

3847:25, 3853:13, 3855:17, 3858:17, 3859:16, 3860:6, 3861:22, 3865:10, 3865:11, 3875:9, 3881:5, 3881:12, 3881:14, 3881:15, 3881:24, 3882:4, 3882:5, 3882:6, 3882:12, 3882:15, 3883:13, 3883:15, 3883:18, 3883:19, 3884:4, 3884:25, 3886:8, 3886:19, 3887:4, 3887:6, 3887:14, 3887:18, 3890:25, 3901:4, 3901:15, 3901:25, 3903:20, 3930:7, 3933:8, 3945:20, 3946:12, 3947:3, 3952:16, 3978:14, 3979:23, 3979:25
**coconspirator** [1] - 3941:15
**coconspirators** [2] - 3831:24, 3834:8
**code** [4] - 3863:13, 3911:4, 3932:11
**codefendants** [1] - 3997:4
**coerce** [2] - 3843:4, 3992:18
**coercing** [1] - 4017:20
**coercive** [1] - 3993:9
**coffin** [1] - 4027:5
**coherent** [1] - 3924:23
**coincidence** [4] - 4007:19, 4007:22, 4008:6, 4008:14
**cold** [3] - 3841:23, 4002:4, 4004:12
**cold-blooded** [1] - 4004:12
**collect** [3] - 3852:14, 3854:16, 3854:18
**collection** [1] - 3906:6
**collectively** [1] - 3999:6
**college** [2] - 3944:14, 3945:6
**combination** [1] - 3929:17
**comfortable** [1] - 3948:21
**coming** [16] - 3713:11, 3725:9, 3872:20, 3878:19, 3887:8, 3896:3, 3896:6, 3897:22, 3903:22, 3904:15, 3905:25, 3915:11, 3954:17, 4004:8, 4014:14, 4020:12
**commerce** [3] - 3846:4, 3865:3, 3865:13, 3865:14
**commissary** [1] - 4005:24
**commission** [1] - 3875:19
**commit** [13] - 3767:16, 3767:18, 3845:13, 3875:3, 3876:18, 3880:18, 3933:4, 3960:10, 3960:13, 3966:5, 3975:23, 4017:7, 4029:23
**committed** [18] - 3767:18, 3767:20, 3843:10, 3866:6, 3875:4, 3875:17, 3876:7, 3881:3, 3889:11, 3902:10, 3939:16, 3953:12, 3961:4, 3961:7, 3970:4, 3992:24, 3992:25, 4031:13
**committee** [1] - 3851:21
**committing** [9] - 3729:5, 3753:6, 3831:14, 3845:15, 3876:19, 3958:22, 3971:24, 3981:24, 3982:5
**common** [6] - 3865:10, 3884:24, 3917:23, 3962:13, 3984:15, 3985:7
**communicate** [1] - 4033:1
**communicated** [1] - 3755:11
**communities** [2] - 3997:1, 4031:11
**Community** [2] - 3837:4, 3839:15
**community** [6] - 3868:5, 3931:17,

3931:19, 3932:11, 3933:8, 4004:18

**compare** [1] - 3896:21

**compartment** [9] - 3811:24, 3812:4, 3812:7, 3812:9, 3812:11, 3862:25, 3887:25, 3919:24, 3920:9

**competition** [3] - 3856:18, 3952:24, 3953:19

**complain** [1] - 3963:2

**complainant** [1] - 3971:11

**complaining** [1] - 3962:24

**complains** [1] - 3868:16

**complaint** [3] - 3954:25, 3955:6, 3971:6

**complete** [4] - 3875:14, 3876:7, 4000:22, 4032:6

**completed** [4] - 3709:17, 3816:24, 3841:14, 4032:14

**completely** [4] - 3720:24, 3872:25, 3901:1, 3979:6

**complex** [1] - 3924:5

**comprised** [2] - 3847:9, 3864:20

**computer** [1] - 3708:5

**computer-aided** [1] - 3708:5

**computes** [1] - 3959:8

**concede** [2] - 3935:25, 3971:20

**conceded** [2] - 3848:16, 3848:18

**concedes** [1] - 3881:9

**conceived** [1] - 3828:1

**concept** [1] - 3975:23

**concern** [3] - 3720:22, 3721:17, 3729:7

**concerned** [5] - 3712:1, 3803:1, 3931:15, 4003:21, 4031:6

**concerts** [1] - 3735:17

**concession** [2] - 3811:11, 3881:11

**conclude** [1] - 3927:16

**concludes** [1] - 4031:21

**conclusion** [4] - 3941:13, 3992:10, 3992:11

**conclusions** [2] - 3831:6, 3983:16

**concrete** [2] - 3960:23, 3983:6

**conditions** [1] - 3942:20

**conduct** [23] - 3791:13, 3797:15, 3832:2, 3836:7, 3836:23, 3838:17, 3840:8, 3840:12, 3846:10, 3862:19, 3862:20, 3863:14, 3866:4, 3870:6, 3871:3, 3874:24, 3875:2, 3875:20, 3932:12, 4000:2, 4014:23, 4015:2

**conducted** [3] - 3846:6, 3866:3, 3874:23

**confederate** [1] - 3910:7

**confer** [1] - 3715:7

**conference** [4] - 3715:5, 3727:2, 3933:25, 4034:5

**confess** [2] - 4019:11, 4019:17

**confessed** [1] - 4005:9

**confession** [1] - 3960:25

**confines** [1] - 3948:21

**confirm** [2] - 3711:19, 3781:6

**confront** [1] - 3964:19

**confronted** [1] - 4019:3

**confronts** [2] - 3903:8, 3964:10

**confused** [1] - 4011:21

**confusing** [1] - 4030:8

**confusion** [2] - 3855:25, 3895:17

**connected** [1] - 3871:11

**connection** [20] - 3709:17, 3802:17, 3832:3, 3837:7, 3839:18, 3865:5, 3866:16, 3887:18, 3887:19, 3889:20, 3889:21, 3900:23, 3902:12, 3911:20, 3941:19, 3949:10, 3951:13, 3957:8, 3961:20

**connects** [1] - 3960:19

**consent** [7] - 3819:14, 3820:9, 3821:13, 3822:13, 3823:16, 3825:2, 3826:1

**consequences** [2] - 3718:19, 4031:6

**consider** [5] - 3758:20, 3932:1, 3955:20, 3984:19, 3985:3, 4002:24, 4004:6, 4016:12, 4032:3

**consideration** [1] - 3713:20

**considering** [1] - 3944:16

**considers** [1] - 3897:7

**consistent** [9] - 3852:17, 3919:1, 3949:6, 3949:7, 3976:1, 3976:2, 3976:10, 4007:15, 4012:18

**consistently** [2] - 3861:19, 3953:12

**conspiracy** [35] - 3718:5, 3791:2, 3791:11, 3792:4, 3794:4, 3794:10, 3821:16, 3821:22, 3833:1, 3834:5, 3845:12, 3861:22, 3875:9, 3875:11, 3875:13, 3876:18, 3880:14, 3880:22, 3881:5, 3881:10, 3882:15, 3883:20, 3884:4, 3886:19, 3887:15, 3887:18, 3901:12, 3901:24, 3909:5, 3909:10, 3926:17, 3978:1, 4006:11, 4007:5

**conspirators** [1] - 4008:9

**conspire** [2] - 3834:16, 3880:18

**conspired** [3] - 3810:22, 3811:5, 4019:4

**conspires** [1] - 3880:19

**conspiring** [10] - 3781:16, 3781:19, 3784:21, 3784:24, 3785:5, 3785:8, 3787:12, 3787:22, 3788:18, 3788:20

**constant** [1] - 3952:19

**constellation** [1] - 3827:24

**constructive** [2] - 3919:25, 3920:6

**constructively** [1] - 3920:4

**construed** [1] - 3830:12

**consulted** [2] - 3791:23, 3833:16

**contact** [1] - 4032:21

**contacted** [1] - 3970:11

**contacts** [3] - 3863:24, 3864:4, 4013:11

**contained** [1] - 3715:13

**containers** [1] - 3959:1

**contains** [2] - 3823:24, 3824:12

**content** [1] - 3890:4

**contest** [2] - 3787:14, 3793:16

**context** [3] - 3866:15, 3959:17, 3980:25

**continuation** [1] - 3854:11

**continue** [5] - 3735:10, 3735:15, 3740:24, 3854:16, 4032:7

**continued** [8] - 3774:17, 3783:18, 3850:8, 3902:15, 3908:8, 3950:25, 3988:5, 4023:18

**Continued** [18] - 3726:18, 3750:9, 3753:10, 3754:25, 3780:24, 3790:12, 3792:9, 3809:12, 3828:11, 3870:8, 3888:12, 3925:8, 3936:22, 3963:18, 3976:13, 3998:3, 4012:21, 4033:9

**continues** [7] - 3854:10, 3856:11, 3881:20, 3913:13, 3915:17, 3945:12

**CONTINUES** [3] - 3775:1, 3778:5, 3793:2

**continuing** [5] - 3851:1, 3909:1, 3951:1, 3989:1, 4024:1

**CONTINUING** [7] - 3727:1, 3810:1, 3871:1, 3926:1, 3964:1, 3999:1, 4034:1

**contraband** [4] - 3838:12, 3838:21, 3838:23, 3838:25

**contracts** [1] - 3880:23

**contradict** [1] - 3985:17

**contradictory** [1] - 3975:23

**contribute** [1] - 3974:4

**contribution** [1] - 3928:12

**control** [18] - 3857:7, 3859:2, 3866:10, 3867:21, 3883:20, 3884:2, 3890:6, 3901:3, 3901:7, 3901:8, 3901:9, 3920:2, 3936:12, 3956:17, 3981:15, 3982:17, 3995:19, 3995:20

**controlled** [3] - 3835:17, 3884:12

**controlling** [4] - 3946:3, 3947:1, 3958:19, 3966:23

**controls** [2] - 3845:7, 4009:4

**convenience** [1] - 3957:3

**conversation** [23] - 3709:25, 3710:1, 3710:5, 3711:8, 3712:11, 3713:22, 3720:18, 3721:9, 3729:16, 3730:10, 3777:20, 3791:25, 3817:7, 3827:18, 3857:22, 3858:20, 3931:13, 3967:10, 3967:16, 3967:18, 3968:8, 4015:9, 4015:19

**conversations** [4] - 3710:6, 3712:13, 3714:22, 3730:22

**convicted** [19] - 3722:15, 3727:11, 3734:5, 3742:22, 3742:24, 3752:8, 3752:17, 3752:20, 3752:23, 3753:2, 3753:3, 3753:4, 3753:6, 3756:4, 3760:11, 3760:22, 3946:12, 4006:4, 4024:20

**conviction** [21] - 3722:16, 3722:25, 3723:24, 3724:14, 3725:1, 3725:11, 3727:11, 3728:22, 3729:11, 3731:2, 3734:11, 3754:7, 3754:8, 3754:12, 3760:12, 3761:5, 3835:17, 3837:7, 3839:19, 3919:19, 3919:21

**convictions** [1] - 3764:20

**convince** [2] - 3989:18, 3990:9
**convinces** [1] - 3943:19
**cookie** [2] - 3924:5, 4001:4
**cookies** [2] - 3924:5, 3934:13
**cooking** [2] - 3887:5, 3887:6
**cool** [6] - 3739:12, 3765:5, 3798:8, 3798:9, 3903:13, 3907:17
**cooperate** [3] - 3751:6, 3986:19, 4002:19
**cooperated** [3] - 3801:17, 3801:18, 3806:9
**cooperating** [13] - 3801:24, 3802:7, 3802:16, 3878:14, 3879:19, 3920:14, 3986:8, 4001:8, 4002:16, 4003:15, 4003:16, 4004:4, 4008:17
**cooperation** [16] - 3825:24, 3826:3, 3862:19, 3922:13, 3922:15, 3923:15, 3961:9, 3981:9, 3981:17, 3982:21, 3989:8, 3990:19, 3991:16, 3991:17, 3991:20, 3994:3
**cooperative** [7] - 3739:21, 3739:24, 3986:21, 3986:22, 3986:23, 4033:5
**cooperator** [5] - 3801:7, 3801:13, 3801:14, 3980:5, 4014:14
**cooperators** [10] - 3801:4, 3879:24, 3923:18, 3981:13, 3981:23, 3986:18, 3986:19, 3986:23, 3997:4, 4006:10
**cop** [1] - 3868:1
**copies** [1] - 4032:1
**cops** [1] - 3912:1
**copy** [4] - 3712:23, 3724:10, 3806:1, 3835:16
**core** [1] - 3901:16
**corner** [9] - 3743:5, 3765:2, 3770:10, 3806:22, 3844:6, 3893:14, 3939:12, 3939:22, 4027:9
**corpus** [1] - 3731:4
**correct** [14] - 3714:7, 3718:6, 3729:20, 3746:17, 3782:12, 3816:4, 3826:5, 3826:6, 3946:18, 3963:17, 3969:2, 3969:6, 3969:19, 3988:3
**correcting** [1] - 3925:5
**Correction** [1] - 3734:4
**correctional** [2] - 3837:6, 3839:17
**Corrections** [6] - 3836:4, 3836:8, 3837:4, 3839:10, 3839:15, 3840:15
**correspondence** [3] - 3836:18, 3836:21, 3840:10
**corroborate** [2] - 4007:21, 4017:8
**corroborated** [10] - 3872:17, 3895:13, 3901:1, 3901:6, 3901:7, 3922:8, 3926:10, 4006:15, 4016:1, 4026:6
**corroborates** [6] - 3872:25, 3908:5, 4012:2, 4012:9, 4012:18, 4015:24
**corroborating** [5] - 3877:21, 3906:14, 3926:12, 3971:1, 4008:15
**corroboration** [14] - 3877:24, 3879:19, 3879:20, 3880:1, 3880:11, 3897:5, 3897:21, 3905:4, 3907:4, 3924:18, 3926:9, 3971:15, 3971:16, 4014:4

**couch** [1] - 3849:24
**Counsel** [4] - 3731:6, 3817:8, 3818:25, 3884:7
**counsel** [3] - 3710:22, 3715:15, 3835:9
**count** [18] - 3821:21, 3827:8, 3843:23, 3844:8, 3880:14, 3881:7, 3889:18, 3901:12, 3902:11, 3902:12, 3919:17, 3928:23, 3943:5, 3943:7, 3943:13, 3943:14, 3943:20
**Count** [4] - 3845:20, 3881:5, 3887:17, 3902:3
**counting** [1] - 4003:1
**countless** [1] - 3842:5
**Counts** [8] - 3821:16, 3900:20, 3901:10, 3901:11, 3902:2, 3902:6, 3909:2, 3919:8
**counts** [10] - 3845:12, 3876:5, 3889:4, 3900:22, 3909:4, 3909:11, 3933:14, 3943:10, 3943:11, 3943:17
**County** [2] - 3822:19, 3890:14
**couple** [16] - 3710:22, 3712:3, 3740:15, 3742:2, 3743:9, 3773:12, 3850:2, 3887:11, 3903:13, 3927:2, 3936:6, 3960:14, 3964:23, 3965:12, 3967:22, 3977:2
**course** [20] - 3714:20, 3845:5, 3845:7, 3853:11, 3855:19, 3861:13, 3872:7, 3876:25, 3880:22, 3903:18, 3912:13, 3935:15, 3935:21, 3936:19, 3955:18, 3965:21, 4021:17, 4028:24, 4029:16, 4033:2
**court** [28] - 3726:14, 3728:5, 3755:1, 3762:8, 3778:1, 3793:1, 3815:19, 3827:3, 3829:3, 3854:21, 3878:13, 3900:14, 3900:15, 3933:23, 3934:4, 3973:25, 3989:17, 3990:20, 3990:25, 3991:4, 3991:18, 3993:17, 3999:17, 4000:2, 4000:4, 4000:6, 4003:5, 4034:3
**COURT** [273] - 3707:1, 3708:12, 3708:16, 3708:20, 3708:22, 3708:24, 3709:2, 3709:5, 3709:8, 3709:12, 3709:22, 3710:4, 3710:11, 3710:13, 3710:15, 3710:18, 3710:20, 3710:24, 3711:2, 3711:7, 3711:11, 3711:13, 3711:17, 3711:20, 3711:23, 3712:3, 3712:18, 3712:20, 3712:22, 3712:25, 3713:5, 3713:8, 3713:12, 3713:23, 3714:8, 3714:11, 3714:14, 3714:16, 3714:19, 3715:3, 3715:21, 3716:2, 3716:5, 3716:8, 3716:12, 3716:15, 3716:18, 3716:20, 3716:22, 3716:24, 3717:2, 3717:4, 3717:9, 3717:25, 3718:4, 3718:7, 3718:12, 3718:18, 3718:23, 3719:1, 3719:10, 3719:14, 3719:18, 3719:20, 3719:25, 3720:4, 3720:8, 3720:11, 3720:21, 3721:1, 3721:4, 3721:8, 3721:13, 3722:2, 3722:6, 3723:3, 3723:7, 3723:9, 3723:17, 3723:22, 3724:13,

3725:9, 3725:14, 3725:23, 3726:5, 3726:7, 3726:12, 3726:15, 3726:17, 3727:4, 3727:14, 3727:25, 3728:2, 3728:6, 3728:8, 3728:12, 3728:14, 3728:21, 3729:4, 3729:15, 3729:21, 3729:24, 3731:1, 3731:10, 3731:16, 3731:22, 3731:25, 3732:3, 3732:5, 3732:9, 3732:11, 3732:14, 3732:16, 3732:20, 3732:24, 3733:13, 3735:2, 3739:16, 3740:2, 3740:7, 3740:23, 3740:25, 3741:20, 3747:6, 3747:10, 3748:12, 3748:15, 3748:17, 3749:19, 3750:5, 3752:16, 3752:25, 3753:9, 3754:2, 3754:18, 3754:21, 3756:7, 3757:5, 3757:7, 3758:16, 3759:12, 3759:22, 3760:3, 3760:10, 3761:9, 3761:13, 3761:16, 3761:18, 3761:20, 3761:24, 3762:1, 3762:6, 3762:9, 3762:13, 3762:25, 3765:19, 3768:15, 3769:13, 3769:15, 3771:19, 3777:2, 3777:4, 3777:6, 3777:21, 3777:23, 3778:3, 3779:23, 3780:7, 3780:22, 3782:11, 3782:17, 3784:20, 3785:2, 3785:12, 3787:6, 3788:17, 3789:12, 3789:14, 3790:2, 3791:5, 3791:7, 3791:17, 3792:8, 3793:19, 3794:6, 3795:13, 3800:13, 3803:20, 3805:16, 3806:3, 3806:5, 3806:20, 3809:11, 3815:14, 3815:16, 3815:20, 3815:23, 3816:12, 3816:15, 3816:17, 3816:21, 3817:4, 3817:11, 3817:15, 3818:3, 3818:7, 3819:4, 3819:6, 3819:24, 3820:1, 3821:3, 3821:5, 3822:3, 3822:5, 3823:5, 3823:7, 3824:2, 3824:6, 3824:19, 3825:15, 3825:17, 3825:21, 3826:2, 3826:8, 3826:10, 3827:4, 3827:15, 3827:21, 3828:4, 3829:4, 3829:6, 3829:14, 3830:2, 3830:20, 3831:10, 3831:21, 3832:6, 3832:11, 3832:15, 3832:21, 3832:23, 3833:8, 3834:4, 3834:8, 3834:11, 3834:14, 3834:17, 3834:23, 3835:2, 3841:6, 3841:8, 3841:12, 3933:19, 3933:24, 3934:6, 3934:10, 3934:20, 3934:23, 3934:25, 3999:14, 3999:18, 3999:25, 4000:8, 4000:11, 4000:15, 4000:17, 4000:19, 4009:2, 4015:16, 4031:21, 4034:4, 4034:10
**Court** [16] - 3708:1, 3709:16, 3713:16, 3713:18, 3713:19, 3713:22, 3715:8, 3720:20, 3720:25, 3728:18, 3729:13, 3794:9, 3817:21, 3831:13, 3835:12, 3959:19
**courthouse** [3] - 3900:1, 3987:10, 3987:17
**Courthouse** [1] - 3707:7
**courtroom** [14] - 3715:19, 3720:5, 3765:14, 3841:23, 3842:2, 3934:5, 3944:21, 3951:14, 4000:7, 4005:8, 4033:8

**COURTROOM** [2] - 3733:2, 3733:8

**courtrooms** [1] - 4024:21

**courts** [1] - 3721:14

**courtyard** [3] - 3913:19, 3913:21, 3913:22

**cousin** [8] - 3848:23, 3849:9, 3858:18, 3868:13, 3884:13, 3896:12, 3918:4, 3975:1

**cousins** [2] - 3948:23, 3979:21

**cover** [3] - 3806:21, 3862:13, 3917:25

**covered** [1] - 4018:10

**covering** [2] - 3901:13, 4018:6

**covers** [1] - 3906:8

**CR** [1] - 3707:4

**crack** [83] - 3725:2, 3725:4, 3742:16, 3742:22, 3742:25, 3781:16, 3781:19, 3781:22, 3785:13, 3785:14, 3787:13, 3787:22, 3788:5, 3788:20, 3795:8, 3795:9, 3818:15, 3842:23, 3843:11, 3843:21, 3847:25, 3848:25, 3851:12, 3853:13, 3855:17, 3858:17, 3859:16, 3860:5, 3861:8, 3861:22, 3862:2, 3875:9, 3881:5, 3881:7, 3881:11, 3881:13, 3881:15, 3881:24, 3882:4, 3882:6, 3882:10, 3882:11, 3882:15, 3883:13, 3883:14, 3883:15, 3883:17, 3883:19, 3884:4, 3884:25, 3885:6, 3887:6, 3887:18, 3887:20, 3890:25, 3901:4, 3901:15, 3901:25, 3903:20, 3903:22, 3905:10, 3907:20, 3909:21, 3921:13, 3930:7, 3933:8, 3945:20, 3946:12, 3946:19, 3947:1, 3947:3, 3949:19, 3950:1, 3950:3, 3952:16, 3958:1, 3958:6, 3958:20, 3961:23, 3978:14, 4022:21, 4025:8, 4026:25

**Crackhead** [1] - 3940:2

**crackhead** [3] - 3743:3, 3885:19, 3886:7

**crazy** [6] - 3897:13, 3897:14, 3956:9, 3973:6, 4013:4

**create** [1] - 3938:18

**created** [1] - 3842:22

**creates** [1] - 3826:20

**creating** [2] - 3843:20, 3933:10

**credibility** [4] - 3862:21, 3876:12, 3899:24, 3926:15

**credible** [1] - 3925:1

**credit** [2] - 3966:21, 4021:8

**crew** [4] - 3855:15, 3861:14, 3876:23, 3909:20

**crime** [51] - 3714:1, 3722:9, 3722:21, 3723:6, 3723:12, 3724:6, 3724:8, 3724:15, 3724:22, 3734:5, 3734:7, 3734:9, 3756:3, 3760:22, 3767:20, 3845:14, 3852:24, 3875:18, 3876:3, 3880:17, 3880:18, 3889:22, 3889:25, 3892:2, 3894:18, 3896:7, 3905:18, 3907:10, 3919:16, 3924:12, 3933:4, 3941:20, 3941:23, 3943:9, 3952:12, 3952:19, 3955:24, 3956:2, 3960:19,

3960:24, 3961:4, 3966:5, 3970:4, 3971:24, 3972:14, 3981:1, 4001:12, 4001:13, 4031:17

**Crime** [7] - 3799:22, 3799:25, 3800:9, 3800:14, 3800:19, 3825:5, 3856:20

**crimes** [30] - 3767:16, 3767:18, 3804:25, 3805:1, 3805:2, 3805:4, 3831:13, 3845:15, 3846:13, 3862:12, 3866:6, 3866:16, 3874:14, 3875:9, 3875:21, 3881:3, 3919:12, 3919:14, 3921:6, 3927:3, 3942:24, 3943:2, 3953:12, 3972:1, 3981:25, 3982:5, 3986:10, 3992:25, 3997:6, 4031:12

**criminal** [31] - 3717:15, 3797:15, 3835:9, 3835:17, 3842:23, 3843:20, 3845:16, 3846:14, 3863:14, 3870:6, 3929:10, 3929:15, 3929:20, 3931:8, 3932:12, 3933:10, 3954:8, 3954:9, 3955:1, 3961:1, 3982:11, 3983:7, 3984:11, 3985:4, 3987:20, 3993:24, 4008:22, 4009:19, 4014:23, 4015:2, 4024:19

**Criminal** [1] - 3835:9, 3835:13

**criminality** [1] - 3929:18

**criminalized** [1] - 3875:20

**criminals** [8] - 3921:8, 3921:14, 3986:9, 3993:8, 3994:17, 4001:22, 4001:24, 4015:1

**cross** [22] - 3727:10, 3728:25, 3729:9, 3730:2, 3732:9, 3741:20, 3770:22, 3771:2, 3780:22, 3867:11, 3895:19, 3932:8, 3946:6, 3946:7, 3946:11, 3946:16, 3947:11, 3949:24, 3964:20, 3964:25, 3968:10, 4023:12

**CROSS** [4] - 3741:22, 3781:1, 4035:8, 4035:13

**CROSS-EXAMINATION** [2] - 3781:1, 4035:13

**cross-examination** [10] - 3728:25, 3729:9, 3730:2, 3741:20, 3780:22, 3895:19, 3932:8, 3946:6, 3968:10, 4023:12

**crossed** [2] - 3858:24

**crosses** [3] - 3855:4, 3903:9

**cruel** [2] - 3861:4, 4027:1

**crumbles** [1] - 3904:9

**crushing** [3] - 3986:10, 3997:4, 3997:5

**crying** [4] - 3879:6, 3885:6, 3899:15, 3899:20

**Crystal** [63] - 3752:3, 3772:5, 3772:10, 3772:16, 3780:2, 3780:3, 3781:25, 3794:24, 3855:9, 3855:11, 3855:17, 3856:4, 3858:18, 3860:4, 3860:10, 3860:20, 3860:25, 3862:1, 3862:10, 3863:5, 3863:12, 3864:11, 3868:7, 3877:20, 3879:3, 3879:4, 3882:16, 3882:20, 3883:9, 3888:4, 3888:9, 3901:6, 3901:17, 3910:3, 3911:7, 3920:20, 3921:12, 3922:24, 3923:22, 3932:19, 3957:24, 3982:18, 3983:19,

3986:12, 3986:13, 3986:16, 3986:17, 3986:24, 3987:15, 3989:15, 3989:20, 3992:9, 3993:21, 3994:9, 4002:6, 4007:2, 4007:4, 4007:12, 4017:15, 4018:3, 4020:6, 4020:16, 4022:21

**CSI** [1] - 4024:9

**curb** [10] - 3819:17, 3893:23, 3894:18, 3941:22, 3941:25, 3942:2, 3942:3, 3942:8, 3942:12, 3942:17

**curfew** [2] - 3766:7, 3924:4

**curiously** [1] - 4029:9

**current** [2] - 3768:17, 3837:24

**currying** [1] - 4006:8

**curse** [1] - 4010:13

**custody** [2] - 3855:5, 3938:2

**customer** [1] - 3940:18

**customers** [1] - 3884:3

**cut** [3] - 3841:21, 3923:14, 3930:1

**cutting** [1] - 3839:11

## D

**D-Block** [2] - 3869:8, 3872:9

**D-Wild** [3] - 3743:25, 3744:2, 3872:3

**Dan** [2] - 3958:9, 3958:12

**dancing** [4] - 3738:10, 3738:12, 3738:16, 3879:13

**dangerous** [1] - 3839:8

**dark** [10] - 3829:18, 3873:1, 3894:8, 3894:15, 3894:16, 3894:21, 3894:22, 3918:25, 4028:13, 4028:15

**darkness** [1] - 3894:9

**Darnell** [58] - 3842:7, 3848:4, 3851:5, 3851:6, 3851:8, 3851:12, 3854:22, 3890:11, 3890:24, 3891:6, 3891:9, 3891:17, 3892:19, 3893:5, 3895:8, 3895:13, 3895:16, 3895:21, 3896:1, 3896:25, 3897:13, 3897:18, 3898:16, 3898:21, 3899:10, 3899:12, 3900:3, 3900:13, 3942:6, 3943:25, 3944:1, 3944:6, 3944:8, 3944:13, 3944:16, 3944:22, 3945:4, 3946:1, 3947:2, 3951:3, 3951:5, 3952:14, 3953:5, 3953:11, 3954:1, 3954:10, 3954:13, 3954:14, 3954:22, 3955:9, 3955:13, 4026:21, 4026:23, 4028:23, 4029:4

**data** [1] - 3905:24

**date** [10] - 3723:6, 3725:2, 3725:5, 3754:4, 3754:11, 3754:12, 3754:14, 3805:6, 3844:6, 3979:11

**dated** [7] - 3818:25, 3820:10, 3820:14, 3820:20, 3823:2, 3824:16, 3825:13

**dates** [2] - 3818:18, 3864:4

**daughter** [4] - 3988:2, 4018:17, 4018:24, 4018:25

**daughters** [2] - 3900:7, 3900:10

**Dave** [8] - 3820:22, 3970:7, 3970:9, 3970:12, 4008:23, 4008:24, 4008:25, 4009:4

**Dawg** [11] - 3755:20, 3759:20, 3766:20, 3766:21, 3767:8, 3786:2, 3786:4, 3795:19, 3795:21, 3856:9, 3863:13

**Dawgs** [8] - 3767:1, 3767:4, 3767:13, 3786:12, 3851:23, 3863:10, 3863:20, 3911:4

**daylight** [1] - 4010:4

**days** [21] - 3711:15, 3735:14, 3769:2, 3848:22, 3868:8, 3884:5, 3903:14, 3911:10, 3940:11, 3944:11, 3948:25, 3964:6, 3965:12, 4008:7, 4010:17, 4015:3, 4016:17, 4017:6

**DD** [5] - 3820:5, 3821:2, 3821:5, 3821:7, 4036:6

**dead** [3] - 3841:21, 3868:21, 4031:2

**deaded** [1] - 3869:15

**deading** [1] - 3869:7

**deal** [11] - 3721:13, 3725:21, 3787:16, 3849:17, 3871:13, 3893:11, 3895:20, 3902:18, 3912:25, 3955:17, 3982:13

**dealer** [14] - 3848:19, 3855:18, 3952:14, 3952:15, 3953:14, 3958:19, 3966:7, 3970:7, 3970:10, 3984:7, 3985:14, 4021:25, 4022:8, 4026:25

**dealers** [9] - 3856:22, 3862:2, 3920:19, 3921:11, 3952:24, 3959:9, 3983:18, 4021:7, 4021:13

**dealing** [19] - 3842:23, 3843:21, 3861:8, 3865:23, 3866:12, 3881:7, 3884:13, 3887:20, 3890:25, 3901:15, 3901:16, 3901:23, 3907:9, 3921:13, 3921:19, 3932:9, 3953:13, 3995:9, 4004:15

**deals** [3] - 3985:25, 3986:9, 4004:14

**death** [2] - 3889:23, 3966:19

**debate** [1] - 3985:20

**debt** [3] - 3822:24, 3877:7, 3901:20

**debting** [1] - 3877:2

**decade** [1] - 3933:5

**December** [8] - 3820:21, 3823:23, 3838:13, 3838:16, 3901:14, 3911:23, 3978:3, 4008:1

**deception** [1] - 3952:19

**decide** [14] - 3787:13, 3787:18, 3871:21, 3927:8, 3935:18, 3938:4, 3940:21, 3953:23, 3989:10, 3991:24, 3992:8, 3992:12, 3997:16, 4018:15

**decided** [3] - 3787:16, 3986:7, 4002:18

**decides** [1] - 3964:13

**deciding** [2] - 3984:2, 3985:4

**decision** [5] - 3710:7, 3710:9, 3710:10, 3721:18, 3731:11, 3990:8, 4018:23

**decisions** [2] - 3943:22, 3982:10

**declared** [1] - 3980:2

**deepened** [1] - 3855:20

**deeply** [2] - 3929:12, 4033:4

**defendant** [174] - 3708:22, 3708:23, 3708:24, 3710:22, 3712:14, 3713:22, 3744:20, 3755:6, 3759:7, 3765:20, 3805:10, 3805:12, 3806:8, 3806:9, 3818:9, 3829:11, 3831:23, 3833:1, 3835:6, 3835:10, 3835:14, 3835:20, 3835:21, 3835:22, 3835:24, 3836:5, 3836:10, 3836:13, 3836:15, 3836:19, 3836:22, 3836:25, 3837:8, 3837:10, 3837:12, 3837:15, 3837:17, 3837:22, 3838:4, 3838:7, 3838:9, 3838:11, 3838:13, 3838:16, 3838:20, 3838:22, 3838:24, 3839:2, 3839:4, 3839:7, 3839:18, 3839:20, 3839:22, 3839:23, 3840:1, 3840:5, 3840:7, 3840:9, 3840:11, 3840:17, 3840:20, 3841:1, 3842:6, 3842:10, 3842:12, 3842:14, 3842:17, 3843:23, 3845:4, 3845:19, 3846:5, 3846:6, 3846:9, 3847:16, 3847:18, 3848:15, 3850:3, 3851:8, 3851:10, 3851:18, 3851:20, 3853:1, 3853:25, 3854:5, 3854:14, 3854:17, 3857:6, 3857:9, 3857:15, 3858:13, 3858:14, 3858:22, 3859:13, 3859:18, 3859:21, 3861:10, 3861:22, 3862:7, 3863:3, 3863:9, 3863:25, 3865:18, 3865:22, 3866:3, 3866:14, 3866:25, 3867:10, 3868:17, 3874:3, 3874:11, 3874:23, 3875:17, 3881:8, 3882:25, 3888:1, 3890:20, 3891:20, 3895:15, 3895:25, 3899:21, 3900:17, 3901:2, 3901:10, 3901:19, 3902:18, 3907:15, 3910:15, 3910:23, 3910:24, 3911:15, 3914:21, 3915:2, 3915:4, 3915:15, 3915:19, 3915:21, 3916:17, 3917:24, 3919:21, 3921:6, 3928:2, 3928:3, 3928:12, 3929:11, 3930:9, 3932:2, 3932:15, 3935:2, 3985:22, 3985:24, 4001:21, 4002:4, 4002:18, 4003:1, 4004:9, 4005:22, 4005:23, 4006:12, 4009:16, 4013:21, 4014:6, 4015:3, 4016:1, 4016:8, 4017:7, 4025:6, 4025:20, 4027:20, 4028:12, 4029:25, 4030:5, 4030:20, 4031:4

**Defendant** [2] - 3707:9, 3707:22

**DEFENDANT** [3] - 3709:23, 3710:3, 3710:14

**Defendant's** [38] - 3818:6, 3819:6, 3819:8, 3819:10, 3819:22, 3820:1, 3820:3, 3820:5, 3821:5, 3821:7, 3821:9, 3822:2, 3822:5, 3822:7, 3822:9, 3823:1, 3823:3, 3823:7, 3823:9, 3823:11, 3824:12, 3824:17, 3824:19, 3824:21, 3824:23, 3825:14, 3825:17, 3825:19, 3825:23, 3826:7, 4036:4, 4036:5, 4036:6, 4036:7, 4036:8, 4036:9, 4036:10, 4036:11

**defendant's** [24] - 3799:8, 3799:10, 3799:20, 3835:16, 3839:13, 3840:17, 3840:21, 3846:20, 3849:3, 3850:4, 3855:20, 3858:17, 3867:20, 3873:18, 3881:11, 3902:14, 3932:13, 4002:2,

**defendants** [1] - 3794:4

**Defense** [40] - 3728:9, 3729:15, 3732:24, 3733:1, 3733:5, 3816:1, 3816:6, 3816:14, 3816:15, 3817:7, 3819:2, 3820:25, 3821:1, 3821:25, 3822:1, 3823:2, 3823:18, 3823:24, 3824:11, 3824:16, 3825:12, 3826:2, 3826:9, 3826:10, 3826:15, 3873:24, 3879:10, 3884:7, 3927:17, 3927:22, 3928:7, 3929:9, 3929:16, 3930:18, 3935:10, 3950:2, 4004:13, 4004:24, 4005:17, 4006:3

**defense** [20] - 3709:3, 3709:14, 3710:22, 3714:21, 3715:15, 3716:8, 3721:5, 3762:14, 3762:15, 3780:11, 3830:24, 3833:8, 3833:9, 3863:7, 3920:16, 3923:4, 3925:6, 3942:16, 3953:3, 3956:24

**defense's** [1] - 3715:16

**defies** [2] - 3962:13, 3992:7

**definitely** [1] - 3926:8

**degree** [5] - 3723:18, 3728:23, 3752:17, 3752:20, 3835:18

**deliberate** [6] - 3844:14, 3845:1, 4032:1, 4032:7, 4032:13, 4032:17

**deliberately** [2] - 3992:17, 3992:18

**deliberating** [1] - 4032:16

**deliberation** [2] - 4032:20, 4032:24

**deliberations** [5] - 3984:1, 4032:6, 4032:9, 4032:14, 4032:24

**deliver** [1] - 3871:21, 3871:25, 3936:6, 3936:7, 3949:22, 3992:12, 3992:13, 3993:5, 3996:24, 3997:17, 3998:1

**delivered** [1] - 3999:9

**delivering** [1] - 3997:11

**demands** [2] - 4011:2, 4031:19

**demeanor** [2] - 3893:9, 3900:2

**demonstrative** [1] - 3938:3

**denial** [2] - 3723:16, 3724:6

**denied** [5] - 3837:23, 3839:18, 3839:20, 3983:25, 4018:11

**denies** [1] - 4028:20

**deny** [1] - 4028:20

**Department** [9] - 3818:15, 3836:4, 3836:8, 3837:4, 3839:9, 3839:15, 3840:15, 3957:18, 3980:2

**depot** [2] - 3856:25, 3867:11

**depth** [1] - 3712:10

**DEPUTY** [2] - 3733:2, 3733:8

**Des's** [1] - 3883:1

**describe** [5] - 3734:20, 3740:8, 3743:17, 3778:22, 3995:23

**described** [21] - 3845:22, 3846:18, 3852:23, 3880:13, 3880:17, 3889:20, 3898:10, 3899:25, 3905:17, 3937:9, 3942:14, 3962:11, 3962:12, 3962:13, 3970:3, 3970:8, 3970:9, 3975:24,

3978:15, 3995:7, 4016:15
 describes [9] - 3966:16, 3967:2,
3967:7, 3967:10, 3967:15, 3968:12,
3968:17, 3968:23, 3973:23
 describing [3] - 3772:9, 3968:2,
3968:14
 designed [2] - 3932:4, 4017:16
 desire [1] - 3994:22
 Desiree [6] - 3882:24, 3886:19,
3931:2, 4006:21, 4021:16, 4025:9
 Desiree's [1] - 3882:24
 desperate [1] - 3986:25
 desperately [1] - 3993:23
 despite [2] - 3958:18, 3975:8
 detail [7] - 3727:17, 3851:6, 3922:10,
3925:5, 3972:23, 3978:5, 4026:7
 detailed [4] - 3860:6, 3867:2, 3880:21,
3904:7
 details [4] - 3723:13, 3740:10, 3877:3,
3889:8
 detained [1] - 3974:24
 detection [1] - 4002:14
 Detective [16] - 3849:22, 3850:2,
3865:8, 3873:3, 3884:21, 3893:20,
3894:1, 3895:1, 3898:17, 3914:13,
3942:5, 3942:14, 3942:17, 3957:6,
3972:2, 4001:16
 detective [10] - 3779:24, 3865:9,
3892:24, 3892:25, 3941:21, 3942:19,
3957:7, 3957:15, 3979:5, 4001:17
 detectives [1] - 3907:11
 detention [2] - 3847:17, 3987:9
 deterioration [1] - 4013:9
 determine [4] - 3893:9, 3920:3,
3925:3, 3999:2
 devastating [1] - 3991:7
 Development [2] - 3742:20, 4010:4
 development [1] - 4022:6
 developments [1] - 3901:4
 devil [2] - 3904:13, 4002:2
 diagram [1] - 3898:12
 Diana [6] - 3906:19, 3907:2, 3941:6,
3941:14, 4013:23, 4014:5
 Diane [12] - 3862:7, 3873:15, 3904:24,
3905:2, 3905:20, 3906:15, 3918:15,
3970:21, 3970:23, 3972:4, 3972:6,
3972:7
 Dianne's [1] - 3972:10
 dice [4] - 3972:25, 3973:7, 3973:18
 Dick [1] - 3872:3
 dictate [1] - 3877:14
 dictated [1] - 3982:15
 die [3] - 3842:11, 3876:21, 3900:19
 died [1] - 3903:2
 dies [2] - 3904:10, 3916:6
 different [32] - 3722:1, 3727:19,
3748:11, 3752:15, 3754:6, 3756:14,
3756:16, 3850:3, 3889:5, 3889:9,
3889:24, 3897:4, 3898:4, 3900:5,
3900:13, 3902:6, 3902:8, 3916:1,

3928:10, 3930:1, 3937:9, 3957:7,
3973:1, 3992:22, 3994:24, 4006:13,
4006:14, 4008:17, 4023:2, 4024:14,
4026:18
 differs [1] - 3845:5
 difficult [4] - 3967:13, 3995:23,
4015:22, 4023:15
 Digga [1] - 3856:6
 Diggs [1] - 3904:12
 digits [2] - 3823:20, 3823:22
 diligent [1] - 4030:14
 dim [1] - 3916:23
 dime [1] - 3883:16
 dimensions [1] - 3894:5
 dimmed [1] - 3894:12
 Dip [11] - 3735:24, 3738:17, 3740:18,
3741:3, 3861:16, 3873:13, 3874:21,
3877:11, 3877:20, 3877:22, 3887:24
 Dipset [7] - 3852:5, 3853:17, 3855:5,
3855:6, 3862:10, 3862:14, 3869:16
 dire [1] - 3729:4
 DIRECT [4] - 3733:14, 3763:2, 4035:6,
4035:12
 direct [23] - 3723:2, 3732:6, 3762:2,
3791:21, 3836:14, 3838:14, 3838:17,
3838:21, 3839:3, 3839:5, 3840:13,
3840:19, 3849:3, 3857:20, 3883:23,
3932:6, 3945:3, 3945:4, 3952:20,
3964:15, 3965:8, 3968:3, 3975:17
 directed [2] - 3777:10, 3777:14
 direction [2] - 3942:13, 3942:18
 directly [4] - 3816:25, 3846:7,
3858:14, 3866:4
 dirt [1] - 4029:25
 disagree [1] - 3832:16
 disagreement [1] - 3711:1
 disappears [1] - 3955:16
 disciplinary [1] - 3836:6
 discount [1] - 3885:22, 3886:14
 discuss [9] - 3710:23, 3710:24,
3710:25, 3728:15, 3985:8, 4032:18,
4032:19, 4032:22
 discussed [7] - 3722:10, 3722:11,
3727:10, 3727:12, 3754:15, 3754:16,
3793:5
 discussing [1] - 3947:18
 discussion [2] - 3728:22, 3729:17
 discussions [1] - 3728:18
 dishonestly [1] - 3713:14
 dishonesty [1] - 3981:1
 dismiss [1] - 4004:11
 dismissed [1] - 3938:9
 display [2] - 4003:18, 4003:19
 displayed [2] - 3935:22, 3938:15
 disposable [1] - 4022:1
 dispute [11] - 3738:2, 3744:14, 3745:1,
3745:14, 3865:4, 3868:22, 3915:14,
3929:11, 3939:20, 4016:7, 4030:5
 disputes [4] - 3736:23, 3736:24,
3869:9, 3938:25

 disputing [1] - 3923:11
 disregard [2] - 4004:11, 4015:24
 disrespected [2] - 4010:19, 4010:21
 disrespectfully [1] - 3965:24
 disrespecting [1] - 4009:24
 distance [2] - 3819:16, 4026:10
 distanced [1] - 4013:11
 distinction [1] - 3729:13
 distract [1] - 4024:13
 distraction [1] - 4024:12
 distribute [7] - 3821:17, 3821:22,
3875:9, 3875:11, 3881:5, 3901:24,
3902:1
 distribution [1] - 3991:6
 DISTRICT [3] - 3707:1, 3707:1,
3707:13
 District [2] - 3899:6, 4027:10
 ditched [1] - 3873:16
 DNA [4] - 3954:5, 3960:20, 4001:8,
4001:10
 document [8] - 3818:25, 3824:3,
3827:13, 3856:4, 3946:10, 3946:17,
4022:19, 4022:23
 documentary [2] - 3867:4, 3873:21
 documentary-style [1] - 3873:21
 documents [6] - 3817:19, 3824:12,
3846:23, 3927:2, 3927:3, 3949:24
 Dog [2] - 4003:4, 4003:17
 dog [1] - 3879:21
 dollar [1] - 4005:24
 dollars [2] - 3883:17, 3959:10
 Dolo [1] - 3808:1
 done [19] - 3711:8, 3723:24, 3726:11,
3747:1, 3791:10, 3815:25, 3816:1,
3827:5, 3843:14, 3858:25, 3874:5,
3920:13, 3926:11, 3929:23, 3981:3,
4000:12, 4011:25, 4024:11
 door [27] - 3722:18, 3722:25, 3724:7,
3724:23, 3724:24, 3729:25, 3754:2,
3754:3, 3819:16, 3878:3, 3878:4,
3894:4, 3894:14, 3895:19, 3896:4,
3896:24, 3913:17, 3914:14, 3914:18,
3914:19, 3941:23, 3942:1, 3942:2,
3942:13, 3969:4, 4020:6, 4026:10
 doors [1] - 3907:11
 doorway [3] - 3893:21, 3897:2, 3916:1
 Dot [31] - 3765:11, 3777:10, 3777:12,
3777:14, 3781:6, 3843:5, 3859:4,
3859:23, 3861:20, 3862:9, 3862:15,
3862:16, 3862:25, 3863:8, 3868:8,
3868:9, 3868:19, 3883:24, 3884:18,
3888:1, 3932:19, 4003:7, 4005:5,
4005:6, 4005:9, 4008:13, 4015:18
 double [1] - 3840:14
 doubt [25] - 3843:13, 3843:24,
3845:19, 3864:25, 3865:17, 3874:2,
3880:13, 3887:16, 3889:7, 3908:6,
3909:3, 3919:7, 3927:22, 3933:16,
3942:21, 3943:8, 3943:20, 3953:25,
3985:1, 4023:10, 4024:19, 4024:22,

4025:4, 4031:14, 4031:15

**Down** [3] - 3915:4, 3915:5, 3915:14

**down** [50] - 3711:5, 3726:7, 3727:20, 3741:12, 3741:17, 3743:12, 3757:14, 3761:18, 3793:10, 3803:18, 3803:21, 3824:4, 3829:9, 3833:15, 3841:21, 3842:19, 3852:12, 3860:1, 3860:14, 3868:16, 3868:17, 3870:3, 3873:2, 3884:1, 3891:10, 3891:19, 3896:9, 3896:16, 3897:2, 3899:7, 3906:4, 3907:21, 3913:18, 3916:14, 3918:10, 3938:16, 3938:17, 3957:5, 3964:23, 3967:3, 3980:18, 3986:2, 3993:2, 4000:11, 4005:15, 4013:16, 4015:6, 4017:13, 4031:3

**downstairs** [2] - 3709:9, 4016:23

**downtown** [4] - 3733:23, 3783:2, 3968:18, 3968:21

**Dr** [2] - 3905:13, 3931:21

**Dracy** [1] - 3808:5

**draft** [2] - 3827:14, 3829:15

**drafted** [1] - 3833:16

**drafting** [2] - 3816:3, 3880:23

**drag** [1] - 3860:1

**drama** [1] - 3726:1

**dramatic** [1] - 3852:11

**draw** [1] - 3941:14

**drawer** [1] - 4014:12

**drawing** [1] - 3843:1

**drawn** [1] - 3941:13

**dreadlocks** [2] - 3878:18, 3878:24

**dream** [2] - 4023:7, 4025:2

**drinking** [1] - 3903:23

**drive** [4] - 3873:15, 3874:22, 3904:20, 3971:17

**driver** [1] - 3920:21

**drives** [2] - 3774:16, 3959:3

**driving** [7] - 3776:14, 3783:8, 3783:15, 3862:7, 3894:6, 4021:22, 4021:25

**drone** [1] - 3917:9

**drop** [2] - 3820:18, 4005:24

**dropped** [1] - 3820:16

**drops** [1] - 3891:23

**drug** [66] - 3718:5, 3764:8, 3791:22, 3793:17, 3793:22, 3794:4, 3794:10, 3833:1, 3837:16, 3847:11, 3848:19, 3853:14, 3856:16, 3857:11, 3857:25, 3861:3, 3864:22, 3884:13, 3884:22, 3889:17, 3889:21, 3901:15, 3901:16, 3901:23, 3902:10, 3907:9, 3909:12, 3909:13, 3920:19, 3921:11, 3931:5, 3949:10, 3952:14, 3952:17, 3952:24, 3952:25, 3953:12, 3953:13, 3953:14, 3958:2, 3958:19, 3958:23, 3959:9, 3961:22, 3961:25, 3966:7, 3966:24, 3978:17, 3979:1, 3980:1, 3983:18, 3984:7, 3985:14, 4004:15, 4010:9, 4014:18, 4016:3, 4019:5, 4021:7, 4021:9, 4021:13, 4021:25, 4022:8, 4026:2

**drug-dealing** [2] - 3901:23, 3907:9

**drug-related** [2] - 3889:17, 3902:10

**drug-trafficking** [1] - 3966:24

**drugs** [110] - 3735:19, 3735:22, 3742:13, 3742:15, 3743:1, 3743:3, 3746:15, 3763:25, 3764:6, 3767:22, 3767:23, 3772:17, 3772:22, 3784:21, 3784:24, 3785:5, 3785:8, 3788:19, 3791:11, 3800:3, 3800:5, 3800:7, 3800:15, 3800:22, 3810:19, 3810:22, 3811:2, 3811:5, 3811:12, 3811:14, 3821:23, 3822:23, 3835:20, 3835:25, 3836:1, 3837:8, 3837:17, 3837:21, 3839:20, 3840:2, 3848:3, 3848:9, 3849:5, 3849:7, 3849:9, 3849:17, 3850:4, 3851:14, 3852:7, 3853:2, 3853:7, 3858:12, 3867:15, 3868:2, 3885:14, 3885:16, 3885:22, 3885:24, 3890:14, 3891:14, 3892:2, 3901:24, 3905:9, 3907:16, 3913:6, 3930:7, 3931:19, 3932:9, 3933:11, 3936:13, 3940:5, 3940:12, 3940:15, 3940:20, 3944:10, 3944:14, 3944:23, 3945:6, 3945:20, 3947:18, 3947:19, 3947:21, 3947:24, 3949:2, 3951:8, 3951:10, 3953:22, 3966:23, 3977:7, 3977:12, 3977:14, 3977:16, 3977:22, 3979:4, 3983:9, 3983:10, 3983:12, 3983:21, 3993:19, 3995:25, 3996:2, 4002:10, 4004:18, 4010:8, 4025:10, 4028:21, 4030:7

**drunk** [1] - 3902:19

**duct** [1] - 3871:23

**duct-taping** [1] - 3871:23

**dude** [2] - 3734:22, 3903:7

**dudes** [1] - 3808:1

**due** [3] - 3813:10, 3948:15, 3992:6

**duly** [2] - 3733:6, 3762:18

**dumb** [3] - 3765:4, 3767:23, 4009:11

**dumpster** [1] - 3883:2

**During** [1] - 3837:22

**during** [31] - 3712:11, 3725:12, 3743:16, 3748:22, 3765:25, 3767:15, 3772:9, 3773:17, 3795:11, 3816:23, 3837:5, 3839:16, 3841:21, 3844:4, 3845:6, 3848:18, 3849:11, 3851:4, 3852:8, 3854:6, 3881:12, 3890:12, 3912:10, 3912:18, 3912:19, 3918:13, 3920:15, 3948:19, 3984:14, 4033:2

**dusted** [3] - 4024:3, 4024:4, 4024:5

**duties** [1] - 3719:11

**duty** [4] - 3730:13, 3791:9, 3928:5, 3985:2

**dying** [1] - 3977:13

**dynamic** [1] - 3886:18

## E

**eager** [1] - 4029:24

**early** [11] - 3816:6, 3816:7, 3816:22, 3849:22, 3851:4, 3851:9, 3852:9, 3852:18, 3881:10, 3890:17

**earnest** [2] - 3849:17, 3881:20

**earnings** [1] - 4022:19

**earrings** [1] - 3857:10

**ears** [1] - 4001:22

**earth** [1] - 3921:19

**easier** [1] - 3894:7

**East** [6] - 3707:20, 3708:1, 3862:11, 3917:19, 3917:20

**EASTERN** [1] - 3707:1

**easy** [3] - 3924:19, 3931:24, 3970:16

**eat** [1] - 4004:2

**eating** [2] - 3869:24, 3870:2

**EE** [5] - 3821:9, 3822:2, 3822:5, 3822:7, 4036:7

**effect** [3] - 3865:14, 3931:16, 3987:25

**effects** [1] - 3835:19

**eight** [2] - 3918:14, 3964:19

**Eight** [2] - 3889:4, 3900:20

**eight-hour** [1] - 3918:14

**eighteen** [1] - 3891:25

**Eighth** [1] - 3775:4

**either** [9] - 3725:3, 3730:18, 3749:14, 3754:22, 3846:7, 3866:4, 4015:8, 4018:24, 4034:7

**EJ** [12] - 3736:6, 3736:7, 3736:16, 3736:25, 3737:2, 3737:17, 3738:3, 3738:8, 3738:14, 3738:16, 3744:14, 3745:1

**elaborate** [1] - 3881:2

**elbow** [2] - 3914:18

**elect** [1] - 3717:20

**elects** [2] - 3717:11, 3717:24

**element** [11] - 3864:24, 3865:4, 3865:16, 3866:1, 3866:8, 3866:13, 3875:1, 3875:15, 3876:1, 3919:11, 3919:14

**elements** [5] - 3722:21, 3723:4, 3723:5, 3845:18, 3943:8

**elevator** [25] - 3842:9, 3842:11, 3904:5, 3904:6, 3904:10, 3904:15, 3905:17, 3905:18, 3907:8, 3946:13, 3946:23, 3947:2, 3962:5, 3965:15, 3970:19, 3974:22, 4002:1, 4009:16, 4009:21, 4009:23, 4010:3, 4010:25, 4031:3

**Eleven** [1] - 3902:3

**elicit** [4] - 3722:24, 3724:1, 3754:14, 3777:19

**elicited** [1] - 3947:6

**eliciting** [1] - 3724:2

**elicits** [1] - 3727:9

**elixir** [1] - 3981:19

**ELMO** [1] - 3934:21

**Elmo** [3] - 3769:10, 3829:6, 3938:1

**emboldened** [1] - 3855:2

**embraces** [1] - 3928:1

**emerge** [1] - 3949:13

**emerged** [1] - 3949:18

**emerges** [1] - 3949:7

**emphasize** [1] - 3932:14

**empire** [1] - 3958:2

**employed** [3] - 3846:5, 3865:18, 3986:4

**employees** [1] - 3852:3

**empty** [1] - 3872:5

**en** [1] - 3822:20

**end** [21] - 3728:4, 3731:8, 3830:5, 3830:18, 3845:1, 3859:14, 3868:25, 3869:10, 3877:15, 3888:2, 3896:13, 3956:25, 3964:19, 3976:7, 3982:22, 3986:2, 3990:15, 4009:5, 4011:5, 4020:20, 4031:9

**ended** [4] - 3937:4, 4009:15, 4010:17, 4031:4

**ending** [3] - 3716:3, 3823:20, 3823:21

**ends** [8] - 3851:21, 3859:14, 3862:6, 3862:11, 3902:16, 3906:18, 3909:17, 3918:11

**enemies** [1] - 3993:4

**enforcement** [7] - 3907:13, 3932:10, 3971:23, 3971:24, 3981:12, 3983:8, 4022:17

**enforcer** [2] - 3833:21, 3867:18

**enforcers** [5] - 3860:14, 3861:16, 3862:14, 3867:24, 3920:19

**engage** [1] - 4032:25

**engaged** [8] - 3846:3, 3847:11, 3864:22, 3865:1, 3934:17, 3984:12, 3985:22, 4032:24

**enhance** [1] - 3855:1

**enormous** [1] - 3985:13

**enquire** [1] - 3733:13

**entails** [1] - 4024:11

**enter** [1] - 3895:12

**enterprise** [80] - 3791:22, 3792:5, 3842:23, 3843:21, 3845:16, 3845:17, 3845:22, 3845:25, 3846:3, 3846:6, 3846:8, 3846:11, 3846:18, 3846:19, 3847:1, 3847:4, 3847:6, 3847:8, 3847:15, 3851:25, 3852:1, 3853:20, 3854:9, 3854:11, 3856:11, 3856:14, 3860:12, 3860:13, 3861:8, 3863:21, 3863:25, 3864:6, 3864:17, 3864:19, 3864:25, 3865:1, 3865:5, 3865:19, 3865:20, 3865:23, 3865:24, 3865:25, 3866:2, 3866:5, 3866:7, 3866:11, 3866:15, 3866:18, 3866:19, 3866:21, 3867:21, 3871:5, 3873:20, 3874:24, 3874:25, 3875:3, 3875:5, 3875:20, 3880:16, 3883:22, 3887:20, 3889:12, 3901:16, 3909:23, 3920:23, 3921:21, 3930:7, 3931:8, 3944:12, 3947:1, 3956:7, 3956:8, 3961:25, 4002:13, 4005:10, 4008:11, 4031:9

**enters** [7] - 3732:18, 3732:19, 3818:2, 3934:5, 3934:24, 4000:7, 4000:18

**entertainers** [1] - 3772:2

**entertainment** [1] - 3956:22

**enthralled** [1] - 3859:12

**entire** [4] - 3953:12, 4005:22, 4015:25, 4028:7

**entirely** [7] - 3727:18, 3792:6, 3852:17, 3927:21, 3970:16, 3975:22, 4007:15

**entirety** [2] - 3932:13, 3957:1

**entitled** [6] - 3725:21, 3792:6, 3984:18, 3985:2, 3985:19

**entrance** [1] - 3783:16

**erroneous** [1] - 3754:22

**erroneously** [1] - 3724:15

**error** [2] - 3833:12

**escalates** [1] - 3877:9

**escort** [5] - 3978:25, 3979:8, 3979:19

**especially** [3] - 3895:8, 3896:19, 3996:20

**Esq** [2] - 3835:7

**ESQ** [2] - 3707:24, 3707:25

**essentially** [4] - 3845:14, 3877:6, 3880:16, 3913:8

**establish** [1] - 3845:18

**established** [1] - 3865:21

**estate** [1] - 3958:24

**et** [4] - 3864:12, 3972:19

**evade** [1] - 4022:16

**evading** [1] - 3856:17

**evaluate** [6] - 3874:15, 3874:16, 3922:2, 3927:7, 4004:6, 4027:22

**evaluates** [1] - 3855:6

**evaluating** [2] - 3876:12, 3926:15

**evaluation** [1] - 3924:21

**evening** [2] - 3782:21, 4000:23

**event** [2] - 3754:11, 3817:17

**events** [1] - 3959:23

**eventual** [1] - 3893:16

**eventually** [5] - 3858:12, 3862:14, 3877:19, 4010:18, 4018:12

**everywhere** [3] - 3757:1, 3757:2, 3853:9

**evicted** [1] - 3948:17

**eviction** [1] - 3948:16

**evidence** [221] - 3769:11, 3806:6, 3816:9, 3818:24, 3819:3, 3819:7, 3819:8, 3819:21, 3819:23, 3820:2, 3820:3, 3820:24, 3821:2, 3821:6, 3821:7, 3821:24, 3822:2, 3822:6, 3822:7, 3823:1, 3823:3, 3823:8, 3823:9, 3824:1, 3824:3, 3824:6, 3824:10, 3824:15, 3824:17, 3824:20, 3824:21, 3825:11, 3825:14, 3825:18, 3825:19, 3825:25, 3826:4, 3826:7, 3831:3, 3841:4, 3841:9, 3841:14, 3841:24, 3842:22, 3843:9, 3843:15, 3843:18, 3843:25, 3844:9, 3844:10, 3844:20, 3844:23, 3845:9, 3845:21, 3854:2, 3854:5, 3854:10, 3855:19, 3861:24, 3863:23, 3863:24, 3864:18, 3866:17, 3871:2, 3874:9, 3874:16,

**emerged**
[continued in right column]

3876:14, 3880:13, 3882:1, 3882:5, 3882:7, 3890:8, 3892:18, 3893:22, 3896:23, 3897:16, 3901:9, 3905:6, 3905:15, 3906:2, 3908:7, 3914:14, 3915:3, 3915:16, 3916:9, 3917:1, 3917:2, 3917:6, 3918:19, 3919:7, 3920:25, 3922:8, 3922:13, 3926:14, 3926:24, 3928:6, 3928:9, 3929:24, 3932:16, 3932:25, 3933:15, 3935:20, 3938:3, 3939:4, 3939:5, 3941:2, 3941:23, 3942:9, 3942:11, 3943:6, 3943:12, 3943:18, 3944:15, 3947:8, 3947:9, 3948:12, 3948:16, 3949:5, 3949:7, 3949:8, 3950:2, 3950:9, 3950:20, 3951:3, 3951:5, 3951:9, 3954:2, 3954:3, 3954:4, 3954:16, 3955:20, 3955:23, 3955:24, 3956:2, 3957:1, 3958:5, 3960:7, 3960:8, 3960:12, 3960:18, 3960:20, 3960:21, 3960:23, 3961:1, 3961:16, 3961:19, 3962:18, 3964:16, 3966:5, 3966:9, 3966:17, 3966:18, 3966:24, 3969:22, 3970:18, 3972:23, 3976:11, 3978:2, 3983:2, 3983:3, 3983:6, 3983:22, 3983:23, 3983:24, 3984:16, 3984:20, 3985:3, 3985:8, 3985:9, 3985:21, 3985:23, 3986:5, 3986:10, 3989:11, 3992:13, 3992:23, 3997:5, 3997:23, 3999:6, 3999:7, 3999:9, 4001:9, 4001:10, 4001:13, 4006:16, 4007:20, 4008:15, 4013:12, 4017:1, 4017:24, 4018:2, 4020:11, 4022:14, 4022:22, 4022:24, 4022:25, 4023:2, 4023:7, 4023:8, 4024:7, 4024:8, 4024:14, 4024:15, 4025:1, 4026:13, 4027:12, 4031:13, 4031:14, 4031:18

**evidentiary** [1] - 3831:18

**exact** [5] - 3937:16, 3953:17, 3979:13, 4009:10, 4020:1, 4028:16

**exactly** [22] - 3712:21, 3738:22, 3740:11, 3742:10, 3742:24, 3747:7, 3747:12, 3759:25, 3771:2, 3834:1, 3877:9, 3904:4, 3905:19, 3927:13, 3943:18, 3995:23, 4010:1, 4015:5, 4017:21, 4021:13, 4022:20, 4028:13

**examination** [14] - 3728:19, 3728:25, 3729:9, 3730:2, 3741:20, 3780:22, 3849:3, 3895:19, 3932:6, 3932:8, 3946:6, 3964:15, 3968:10, 4023:12

**EXAMINATION** [11] - 3733:14, 3741:22, 3763:2, 3775:1, 3778:5, 3781:1, 3793:2, 4035:6, 4035:8, 4035:12, 4035:13

**examine** [2] - 3844:20, 3923:8

**examined** [2] - 3733:6, 3762:18

**examiner** [5] - 3892:5, 3892:19, 3905:13, 3905:14, 4027:17

**examiner's** [1] - 3892:17

**examiners** [1] - 3892:7

**example** [8] - 3920:4, 3926:2, 3927:15,

3944:20, 3954:8, 3986:13, 4001:11, 4022:2

**examples** [1] - 3861:10
**exceed** [1] - 3722:22
**except** [2] - 3834:8, 3875:23
**exception** [1] - 3833:18
**excerpted** [2] - 3824:12, 3957:2
**excerpts** [1] - 3915:2
**excess** [1] - 3727:8
**excited** [1] - 3859:8
**exclusion** [1] - 3981:12, 3986:8
**excuse** [4] - 3748:15, 3861:2, 3867:3, 3902:3
**excused** [4] - 3761:15, 3761:19, 3815:21, 3815:22
**execute** [1] - 3974:22
**executed** [5] - 3837:13, 3847:23, 3933:7, 3970:16, 4031:2
**executes** [1] - 3965:15
**exercise** [1] - 3866:10
**exert** [1] - 3920:2
**exhibit** [7] - 3843:16, 3843:17, 3844:15, 3894:20, 3942:16, 3956:24
**Exhibit** [63] - 3769:12, 3770:5, 3805:18, 3805:23, 3806:5, 3818:6, 3819:2, 3819:6, 3819:8, 3819:10, 3819:23, 3820:1, 3820:3, 3820:5, 3820:25, 3821:2, 3821:5, 3821:7, 3821:9, 3821:25, 3822:2, 3822:5, 3822:7, 3822:9, 3823:1, 3823:4, 3823:7, 3823:9, 3823:11, 3823:18, 3823:24, 3824:11, 3824:13, 3824:18, 3824:19, 3824:21, 3824:23, 3825:12, 3825:14, 3825:17, 3825:19, 3825:23, 3826:2, 3826:7, 3835:15, 3841:3, 3863:12, 3864:3, 3878:23, 3892:18, 3906:22, 3907:23, 3950:2, 3950:10, 4022:14, 4036:4, 4036:5, 4036:6, 4036:7, 4036:8, 4036:9, 4036:10, 4036:11
**exhibit's** [1] - 3806:21
**Exhibits** [1] - 3841:8
**exhibits** [5] - 3715:18, 3842:5, 3844:16, 3844:24, 3855:21, 3917:3
**exist** [2] - 3845:25, 3961:1
**existed** [5] - 3845:23, 3846:18, 3864:25, 3865:21, 3865:25
**existence** [2] - 3792:4, 3866:18
**exits** [5] - 3815:18, 3827:2, 3933:22, 3999:16, 4034:2
**expand** [3] - 3851:3, 3856:12, 3958:20
**expanding** [2] - 3853:10, 3958:2
**expands** [1] - 3852:20
**expect** [2] - 3826:17, 3920:15
**expectation** [2] - 3817:20, 3831:20
**expected** [3] - 3715:23, 3716:6, 3972:24
**expense** [1] - 3982:11
**expensive** [3] - 3912:3, 3958:25, 3959:6

**experience** [3] - 3894:6, 3903:15, 3930:19
**expert** [3] - 3912:23, 3929:16, 3931:21
**explain** [8] - 3727:18, 3727:24, 3740:11, 3844:12, 3858:4, 3891:10, 3976:4, 3983:5
**explained** [9] - 3717:23, 3857:25, 3865:10, 3869:3, 3877:13, 3879:5, 3901:6, 3901:8, 3980:3
**explaining** [1] - 3844:1
**explains** [3] - 3857:16, 3871:15, 3873:9
**explanation** [4] - 3983:11, 3983:13, 4030:9, 4030:11
**explanations** [1] - 3996:8
**explanatory** [1] - 3889:18
**exploit** [1] - 3874:14
**exploration** [1] - 3723:13
**explored** [1] - 3719:12
**expression** [1] - 3868:21
**extent** [5] - 3723:11, 3817:24, 3830:24, 3870:4, 3931:15
**extortion** [2] - 3847:13, 3864:24
**extraordinary** [1] - 3910:18
**extremely** [1] - 4014:3
**eye** [2] - 3952:23
**eyeball** [1] - 3876:15
**eyes** [5] - 3904:12, 4001:20, 4001:22, 4002:2, 4014:13
**eyewitness** [1] - 3961:4
**eyewitnesses** [1] - 4026:15

## F

**fable** [1] - 3853:24
**face** [22] - 3738:23, 3825:7, 3842:6, 3858:22, 3887:22, 3890:9, 3891:3, 3891:23, 3892:1, 3892:9, 3892:16, 3893:16, 3899:16, 3900:4, 3900:18, 3915:13, 3916:2, 3916:4, 3924:1, 3927:15, 4027:2, 4030:20
**Facebook** [1] - 3808:9
**faced** [2] - 4015:1, 4027:7
**faces** [2] - 3842:1, 3980:13
**facial** [1] - 3918:21
**facilities** [1] - 3836:12
**Facility** [1] - 3734:4
**facility** [3] - 3837:6, 3839:17, 3855:21
**facing** [8] - 3896:19, 3917:25, 3986:9, 3993:25, 3996:7, 3997:4, 4003:19, 4004:8
**fact** [43] - 3711:4, 3713:14, 3713:19, 3721:13, 3722:15, 3723:15, 3723:17, 3724:17, 3727:9, 3727:11, 3742:6, 3742:22, 3791:1, 3791:12, 3792:4, 3793:15, 3793:21, 3793:22, 3794:2, 3794:8, 3806:9, 3830:15, 3833:25, 3855:12, 3884:8, 3886:1, 3886:24, 3889:14, 3899:25, 3916:5, 3923:9,

3929:16, 3942:8, 3948:13, 3971:4, 3971:16, 3971:21, 3978:19, 3983:19, 3990:4, 3995:25, 4012:14
**factors** [1] - 3974:7
**facts** [22] - 3729:17, 3730:2, 3754:6, 3789:3, 3789:13, 3789:20, 3789:24, 3790:5, 3790:6, 3790:8, 3791:24, 3822:16, 3928:6, 3938:4, 3944:15, 3947:6, 3947:9, 3947:10, 3949:13, 3949:18, 3950:18, 3985:17
**factual** [2] - 3727:17, 3729:11
**failed** [5] - 3983:4, 3983:9, 3983:12, 3983:14, 3999:11
**failing** [1] - 4018:18
**failure** [8] - 3833:2, 3836:17, 3836:20, 3838:18, 3838:25, 3839:5, 3840:10, 3983:5
**fair** [12] - 3729:1, 3751:6, 3830:15, 3855:22, 3856:20, 3869:25, 3870:4, 3882:11, 3909:16, 3926:11, 3937:11, 4018:19
**fairly** [4] - 3831:15, 3849:22, 3852:10, 3903:19
**fake** [1] - 3808:9
**falling** [1] - 3902:17
**falls** [1] - 3923:7
**familiar** [3] - 3746:2, 3842:24, 3945:15
**families** [2] - 3962:22, 3997:1
**family** [22] - 3890:5, 3891:4, 3891:7, 3891:10, 3895:22, 3899:13, 3899:19, 3899:20, 3900:2, 3900:6, 3945:17, 3953:7, 3954:1, 3962:20, 3962:21, 3965:21, 3988:2, 3999:4, 4017:13, 4027:10
**famous** [1] - 3772:2
**fantastic** [1] - 3953:3
**fantasy** [7] - 3921:14, 3953:5, 3953:8, 3953:9, 3953:10, 3981:25, 4007:18
**far** [16] - 3735:21, 3740:4, 3759:24, 3775:9, 3776:20, 3814:17, 3857:24, 3894:24, 3928:7, 3961:15, 3963:13, 3969:24, 3973:14, 3981:1, 4029:18
**fascinating** [1] - 3981:21
**fashion** [3] - 3767:2, 3798:7, 3798:11
**fashionable** [1] - 4030:1
**fastest** [1] - 3727:7
**fate** [1] - 3998:2
**father** [7] - 3751:12, 3893:17, 3897:9, 3897:10, 3972:19, 4007:2, 4018:19
**favor** [1] - 4006:8
**Fazzingo** [3] - 3849:22, 3850:2, 3972:2
**FBI** [1] - 3957:16
**fear** [5] - 3861:10, 3900:1, 3901:9, 4003:18, 4004:11
**features** [1] - 3937:13
**February** [7] - 3912:10, 3971:22, 3971:25, 3978:13, 3987:8, 3993:22, 3993:23
**federal** [10] - 3835:9, 3856:19, 3889:24, 3900:14, 3900:15, 3957:16,

3957:17, 3978:20, 3978:23, 3997:5

**feet** [9] - 3819:18, 3819:19, 3893:23, 3893:25, 3914:16, 3915:12, 3942:18, 3942:19

**fell** [3] - 3741:11, 3741:13, 3860:16

**fellow** [2] - 3838:2, 4032:22

**fellowship** [1] - 3932:7

**felon** [2] - 3821:19, 3919:16

**felony** [6] - 3835:18, 3853:14, 3919:19, 3919:21, 3952:16, 3952:17

**felt** [10] - 3973:3, 4010:19, 4010:21, 4010:22, 4010:23, 4010:24, 4011:20, 4013:19, 4013:20, 4019:10

**female** [2] - 4015:10, 4029:1

**fence** [1] - 3872:9

**Feo** [44] - 3818:13, 3851:16, 3853:17, 3854:13, 3854:18, 3855:4, 3862:1, 3862:10, 3869:2, 3873:14, 3882:16, 3884:5, 3902:14, 3903:6, 3904:2, 3940:24, 3940:25, 3962:25, 3964:2, 3964:3, 3967:4, 3967:16, 3967:18, 3967:24, 3968:5, 3968:8, 3968:15, 3969:8, 3969:11, 3969:15, 3969:16, 3969:25, 3970:16, 3970:23, 3971:1, 3971:16, 3972:17, 3972:24, 4001:25, 4009:6, 4009:8, 4009:11, 4009:13

**Feo's** [2] - 3962:22, 4012:12

**feud** [1] - 3912:24

**feuds** [1] - 3912:23

**few** [21] - 3710:2, 3714:17, 3715:14, 3725:17, 3762:4, 3781:4, 3841:18, 3848:22, 3893:12, 3920:16, 3941:5, 3955:25, 3964:6, 3966:1, 3975:10, 3986:24, 3991:18, 4001:7, 4015:3, 4024:17, 4030:15

**FF** [5] - 3822:9, 3823:4, 3823:7, 3823:9, 4036:8

**fiber** [1] - 3960:21

**fibers** [1] - 3871:24

**Fifteen** [1] - 3902:7

**fifteen** [3] - 3760:19, 3762:2, 3816:21

**Fifth** [3] - 3722:17, 3726:9, 3959:6

**fifth** [2] - 3874:25, 3875:15

**fifty** [1] - 3836:11

**fifty-five** [1] - 3836:11

**fight** [8] - 3737:19, 3737:20, 3739:5, 3868:22, 3869:8, 3879:22, 3958:21, 4010:19

**fighting** [3] - 3736:24, 3738:19, 3836:14

**Figueroa** [41] - 3825:5, 3825:9, 3848:21, 3849:2, 3850:4, 3851:15, 3901:19, 3914:3, 3937:14, 3938:8, 3938:12, 3974:7, 3974:10, 3974:13, 3974:19, 3974:23, 3975:1, 3975:8, 3975:14, 3975:16, 3975:19, 3977:2, 3977:20, 3978:13, 3979:11, 3979:13, 3979:15, 3980:8, 3982:4, 4003:11, 4006:19, 4014:9, 4014:10, 4014:11, 4014:21, 4015:23, 4016:8, 4016:10, 4016:15, 4017:5

**figuratively** [1] - 3997:13

**figure** [12] - 3891:2, 3904:17, 3924:17, 3943:14, 3943:18, 3943:19, 3944:18, 3947:8, 3950:19, 3953:17, 3954:19, 3955:22

**figures** [1] - 3856:21

**file** [2] - 3880:24, 4021:8

**filed** [5] - 3790:9, 3792:1, 3793:13, 3794:2, 3821:15

**filing** [2] - 3793:11, 3846:22

**fill** [3] - 3833:14, 3835:10, 3927:12

**filled** [4] - 3867:3, 3883:14, 3959:1, 3981:24

**filmed** [4] - 3867:3, 3867:6, 3873:25, 3910:20

**filming** [1] - 3885:20

**final** [2] - 3825:22, 3919:14

**finalized** [1] - 3816:9

**finalizing** [1] - 3829:21

**finally** [5] - 3846:9, 3847:24, 3889:23, 3926:8, 4013:17

**finances** [1] - 3958:8

**fine** [14] - 3709:20, 3710:4, 3711:12, 3719:10, 3719:14, 3720:8, 3725:23, 3727:14, 3777:23, 3830:20, 3894:2, 3934:10, 3934:16, 3999:20

**finger** [1] - 4027:8

**fingerprint** [2] - 4001:9, 4001:13

**fingerprints** [5] - 3954:5, 3960:20, 4023:11, 4023:12, 4023:13

**finish** [6] - 3715:22, 3748:14, 3816:3, 3886:19, 3999:23, 4000:1

**finished** [5] - 3709:18, 3710:6, 3829:22, 3876:20, 3882:21, 3896:5, 3997:13, 3997:14

**finishing** [1] - 3842:19

**firearm** [8] - 3773:6, 3773:8, 3820:12, 3821:19, 3887:17, 3889:19, 3889:21, 3889:23, 3900:23, 3902:10, 3902:11, 3902:12, 3909:11, 3919:18, 3920:2, 3920:5

**firearms** [3] - 3772:24, 3843:12, 3887:20

**fired** [2] - 3773:8, 4023:16

**first** [56] - 3723:17, 3726:5, 3728:23, 3733:6, 3734:8, 3752:17, 3752:20, 3818:5, 3821:21, 3826:14, 3835:22, 3841:16, 3845:11, 3845:22, 3846:17, 3884:11, 3886:5, 3886:12, 3889:9, 3890:2, 3890:11, 3892:9, 3892:20, 3896:2, 3896:9, 3896:16, 3898:5, 3902:24, 3904:18, 3922:3, 3922:11, 3922:12, 3924:18, 3927:17, 3929:4, 3935:10, 3943:24, 3944:3, 3945:17, 3951:15, 3951:25, 3960:15, 3961:21, 3964:5, 3966:2, 3967:2, 3971:23, 3991:4, 3991:13, 4000:1, 4018:5, 4026:9, 4026:23, 4030:4, 4032:7

**firsthand** [1] - 4003:3

**fit** [3] - 3926:18, 3926:23, 3928:8

**fits** [9] - 3844:1, 3844:9, 3844:13, 3883:21, 3897:19, 3901:1, 3918:19, 3927:2, 3927:4

**five** [28] - 3714:2, 3718:8, 3737:6, 3816:17, 3818:15, 3818:18, 3819:19, 3827:22, 3836:11, 3845:18, 3867:1, 3891:15, 3909:2, 3919:11, 3933:20, 3934:1, 3949:19, 3950:1, 3951:9, 3969:12, 3969:20, 3977:6, 3977:24, 3999:14, 4000:3, 4001:24, 4014:18, 4032:4

**Five** [2] - 3889:4, 3900:20

**five-minute** [2] - 3933:20, 3999:14

**five-minutes** [1] - 3816:17

**five-year** [1] - 3718:8

**flash** [1] - 3959:22

**flashing** [3] - 3863:19, 3863:20, 3980:20

**flat** [1] - 3887:1

**Flatbush** [5] - 3842:13, 3904:23, 3918:9, 3918:11, 3918:15

**fleet** [1] - 3958:24

**flesh** [1] - 3876:22

**Flocka** [1] - 3775:13

**floor** [18] - 3741:17, 3746:20, 3747:2, 3840:22, 3842:11, 3857:14, 3858:20, 3896:10, 3900:18, 3904:9, 3904:10, 3904:16, 3945:17, 3951:25, 3967:7, 3969:11, 3980:20, 4031:2

**flow** [1] - 3955:6

**flowed** [1] - 3831:8

**flower** [1] - 3849:24

**Flowers** [11] - 3862:7, 3873:15, 3904:24, 3905:20, 3906:9, 3918:15, 3970:21, 3970:23, 3972:6, 3972:10, 4013:23

**Flowers'** [5] - 3906:15, 3906:19, 3907:2, 3941:6, 3941:14

**Flowers's** [4] - 3905:2, 3972:4, 3972:8, 4014:6

**flying** [1] - 3917:9

**focuses** [1] - 3881:7

**focusing** [1] - 3848:12

**fold** [1] - 3868:11

**folks** [8] - 3858:16, 3864:13, 3870:3, 3884:1, 3894:18, 3903:20, 3907:20, 3981:23

**follow** [5] - 3836:17, 3836:20, 3838:18, 3839:5, 3860:4

**follower** [1] - 3767:2

**following** [11] - 3708:11, 3750:9, 3822:16, 3828:11, 3867:23, 3888:12, 3936:22, 3976:13, 4012:21, 4013:14, 4033:8

**follows** [4] - 3733:7, 3762:19, 3818:12, 3891:17

**food** [2] - 3801:21, 4003:25

**fool** [2] - 4009:8, 4009:9

**fooled** [1] - 4008:20

**foot** [4] - 3914:12, 3914:19, 3914:21, 3914:22
**force** [5] - 3851:22, 3957:16, 3957:17, 3984:6, 3992:18
**forced** [3] - 3780:16, 3822:23, 3977:11
**forcing** [1] - 3975:10
**forehead** [1] - 3909:9
**foreign** [3] - 3846:4, 3865:2, 3865:13
**forensic** [2] - 4007:20, 4027:12
**forever** [2] - 3808:3, 3808:17
**forget** [2] - 3834:1, 3979:12
**forgot** [2] - 3937:16, 4015:19
**form** [1] - 3987:13
**formal** [3] - 3846:22, 3852:1, 3880:23
**former** [1] - 3959:4
**forms** [1] - 3902:9
**Fort** [5] - 3871:11, 3871:18, 3871:22, 3872:6, 3872:7
**forth** [8] - 3766:4, 3766:8, 3789:4, 3791:14, 3872:22, 3877:3, 3953:13
**fortitude** [1] - 4027:1
**fortuitous** [1] - 3906:13
**forward** [2] - 3955:2, 3956:22
**fought** [2] - 3737:2, 3966:8
**four** [17] - 3769:2, 3827:13, 3866:3, 3900:6, 3914:12, 3914:16, 3914:17, 3914:19, 3914:21, 3914:22, 3924:6, 3927:3, 3968:19, 3970:5, 3975:5, 3978:17, 3987:9
**Four** [1] - 3902:4
**four-page** [1] - 3827:13
**fourteen** [4] - 3773:12, 3773:15, 3773:16, 3837:25
**Fourteen** [1] - 3902:7
**Fourth** [1] - 3906:19
**frame** [9] - 3845:8, 4006:12, 4007:5, 4020:12, 4020:14, 4020:24, 4027:2, 4027:4, 4029:6
**framing** [2] - 4029:4, 4029:6
**frank** [2] - 3808:3, 3911:3
**Frank** [1] - 3856:9
**frankly** [1] - 3827:6
**freaked** [1] - 3879:4
**Fred** [1] - 3897:24
**Frederick** [30] - 3841:19, 3842:6, 3847:20, 3851:8, 3875:10, 3887:21, 3889:5, 3890:1, 3890:9, 3890:13, 3891:8, 3891:25, 3892:1, 3897:25, 3899:16, 3900:4, 3900:17, 3933:12, 3941:18, 3941:20, 3949:11, 3951:6, 3952:6, 3952:22, 3953:20, 3955:20, 4007:8, 4027:17, 4028:24, 4030:20
**free** [5] - 3766:3, 3844:17, 3857:18, 3857:24, 3858:2
**free-lancing** [3] - 3857:18, 3857:24, 3858:2
**freedom** [1] - 3814:18
**frequents** [1] - 3939:22
**friction** [1] - 3868:23
**Friday** [1] - 4032:17

**friend** [16] - 3772:7, 3799:8, 3799:10, 3799:20, 3838:2, 3849:10, 3855:10, 3862:5, 3868:14, 3879:3, 3910:6, 3937:21, 4029:1, 4029:12
**friends** [6] - 3773:12, 3773:22, 3857:8, 4013:18, 4029:20, 4032:22
**front** [25] - 3718:15, 3719:18, 3724:10, 3760:21, 3783:16, 3783:22, 3783:25, 3810:24, 3818:19, 3818:21, 3819:16, 3840:18, 3890:20, 3913:6, 3932:25, 3941:22, 3942:1, 3942:2, 3942:12, 3942:13, 3950:5, 3950:7, 3977:20, 4008:13, 4011:5
**frustrated** [1] - 3987:23
**fuck** [2] - 3891:13, 3929:2
**Fucked** [2] - 3972:21, 4013:3
**fugitive** [1] - 3986:25
**Fuk** [1] - 3807:24
**full** [4] - 3723:13, 3733:9, 3905:22, 4003:19
**fully** [2] - 3853:20, 3934:17
**functioned** [1] - 3866:20
**functions** [1] - 3871:5
**funds** [1] - 3835:11
**furniture** [1] - 4021:14
**future** [2] - 3718:9, 3722:3
**fuzzy** [1] - 3986:20

# G

**G's** [1] - 3928:24
**G-Blaze** [5] - 3798:19, 3798:20, 3798:21, 3799:10, 3799:12, 3799:14, 3804:12, 3804:14, 3807:3, 3807:14
**G-I-B** [1] - 3862:2
**gain** [3] - 3814:14, 3851:21, 4006:7
**gait** [3] - 3915:22, 3915:24, 3918:21
**gallery** [1] - 3769:17
**gambler** [1] - 3822:22
**Gang** [2] - 3756:11, 3756:12
**gang** [22] - 3756:19, 3756:23, 3756:25, 3757:1, 3757:18, 3757:21, 3758:22, 3837:23, 3837:24, 3837:25, 3838:2, 3847:8, 3847:11, 3854:7, 3863:19, 3864:19, 3864:22, 3920:18, 3928:15, 3932:4, 4004:14, 4004:25
**gangs** [2] - 3757:2
**gangsta** [3] - 3929:10, 3929:14, 3929:17
**GARAUFIS** [3] - 3707:12, 3934:5, 4000:7
**Garaufis** [5] - 3845:2, 3845:6, 3845:7, 3846:1, 4023:4
**garbage** [2] - 3886:25, 3931:5
**Garcia** [57] - 3782:2, 3795:4, 3857:4, 3858:11, 3858:13, 3858:19, 3863:5, 3864:7, 3864:9, 3864:10, 3868:3, 3875:10, 3881:25, 3882:16, 3883:3, 3884:8, 3884:13, 3884:15, 3885:3,

3885:8, 3885:11, 3885:15, 3885:25, 3886:1, 3887:6, 3900:24, 3900:25, 3903:24, 3907:3, 3907:4, 3907:13, 3908:3, 3908:5, 3920:20, 3921:12, 3922:24, 3932:19, 3939:25, 3957:23, 3958:16, 3966:11, 3966:12, 3966:21, 3967:2, 3968:8, 3968:14, 3968:23, 3969:6, 3969:8, 3969:10, 3995:23, 3996:20, 4002:6, 4012:16, 4025:8
**Garcia's** [9] - 3857:20, 3907:25, 3966:17, 3966:25, 3968:2, 3969:22, 4012:4, 4012:6, 4012:8
**Gardens** [3] - 3868:7, 3909:8, 3909:16
**gathered** [1] - 3893:20
**gathering** [1] - 3817:18
**Gee** [1] - 3942:25
**Gene** [1] - 3708:1
**general** [2] - 3813:8, 3816:2
**generally** [5] - 3769:24, 3770:1, 3771:16, 3874:9, 3956:1
**generals** [1] - 3856:7
**genesis** [1] - 3994:9
**Genie** [1] - 3994:6
**Gentile** [2] - 3709:5, 3728:8
**GENTILE** [13] - 3709:7, 3709:20, 3710:17, 3710:19, 3728:11, 3728:17, 3729:6, 3729:23, 3731:24, 3732:1, 3732:4, 3732:13, 3732:15
**gentleman** [1] - 3930:16
**gentlemen** [1] - 4030:13
**GG** [6] - 3823:11, 3823:12, 3824:18, 3824:19, 3824:21, 4036:9
**ghost** [1] - 3904:13
**GIB** [11] - 3781:10, 3859:3, 3884:6, 3903:11, 3967:4, 3967:5, 3967:6, 3968:17, 3968:20, 3968:24, 3969:22
**girl** [6] - 3738:10, 3738:13, 3738:16, 3745:19, 3745:21, 3745:23
**girlfriend** [12] - 3873:11, 3879:14, 3890:14, 3892:22, 3941:4, 3941:7, 3945:17, 3951:8, 3954:10, 3957:12, 3959:4, 4022:12
**girlfriend's** [1] - 4021:17
**girlfriends** [1] - 3854:18
**given** [11] - 3719:3, 3725:20, 3768:11, 3780:14, 3820:12, 3831:17, 3901:20, 3938:8, 3970:17, 3999:7, 4032:14
**glass** [1] - 3819:18
**glasses** [4] - 3765:18, 3930:16, 4010:12, 4028:15
**glimmer** [1] - 4010:14
**Glock** [2] - 3880:3, 3911:24
**glossy** [1] - 3894:20
**glove** [13] - 3783:24, 3784:14, 3811:24, 3812:3, 3812:6, 3812:9, 3812:11, 3833:19, 3862:25, 3887:25, 3911:25, 3919:24, 3920:9
**goal** [1] - 3987:4
**goals** [1] - 3984:14
**God** [1] - 3971:7

**godbrother** [5] - 3736:8, 3736:16, 3744:16, 3877:1, 3879:13

**godfather** [1] - 3856:10

**godmother** [1] - 3945:18

**Goldie** [1] - 3940:1

**Gonzalez** [92] - 3818:13, 3820:11, 3820:15, 3820:21, 3826:3, 3851:16, 3854:13, 3854:14, 3859:6, 3859:11, 3863:6, 3869:2, 3869:6, 3896:15, 3897:4, 3897:6, 3897:16, 3897:17, 3897:18, 3900:16, 3902:14, 3902:23, 3903:4, 3903:6, 3903:15, 3903:25, 3904:4, 3904:5, 3904:8, 3904:11, 3904:13, 3904:17, 3904:23, 3904:25, 3905:5, 3905:17, 3905:21, 3906:10, 3906:20, 3921:10, 3932:20, 3940:25, 3949:8, 3949:15, 3949:18, 3949:23, 3957:24, 3961:8, 3961:11, 3961:16, 3961:18, 3962:12, 3962:18, 3963:16, 3964:12, 3964:17, 3964:25, 3965:4, 3965:18, 3967:11, 3969:9, 3970:2, 3970:3, 3972:8, 3972:24, 3973:11, 3973:12, 3973:20, 3973:22, 4007:11, 4008:18, 4008:19, 4008:20, 4008:25, 4009:5, 4011:8, 4011:20, 4011:21, 4012:2, 4012:10, 4012:15, 4012:19, 4013:2, 4013:5, 4013:10, 4013:14, 4013:19, 4013:22, 4014:4, 4027:16, 4029:5

**Gonzalez'** [1] - 3949:14

**Gonzalez's** [4] - 3825:24, 3906:16, 4007:15, 4013:17

**goodness** [1] - 4002:20

**gorilla** [1] - 3929:3

**government** [103] - 3715:9, 3722:8, 3722:14, 3722:20, 3791:12, 3830:10, 3830:14, 3834:20, 3834:25, 3841:5, 3841:10, 3841:16, 3845:3, 3856:5, 3923:16, 3925:6, 3937:2, 3938:19, 3939:11, 3941:14, 3943:6, 3943:24, 3944:5, 3944:7, 3944:19, 3946:4, 3946:5, 3947:5, 3947:12, 3949:22, 3950:23, 3954:7, 3954:17, 3956:4, 3956:7, 3956:12, 3956:16, 3957:17, 3958:18, 3959:11, 3960:5, 3960:16, 3977:3, 3980:24, 3981:5, 3981:11, 3982:6, 3982:16, 3983:3, 3983:8, 3984:23, 3985:4, 3986:7, 3987:6, 3987:12, 3987:13, 3987:17, 3989:9, 3989:10, 3989:19, 3990:2, 3990:8, 3990:19, 3991:8, 3991:10, 3991:13, 3991:20, 3992:1, 3992:12, 3993:15, 3993:17, 3994:10, 3994:13, 3994:17, 3994:19, 3994:20, 3995:10, 3995:18, 3996:5, 3997:8, 3997:18, 3997:22, 4014:15, 4014:16, 4016:19, 4017:16, 4017:18, 4018:1, 4018:4, 4018:8, 4019:2, 4020:3, 4020:4, 4020:5, 4020:7, 4020:13, 4020:18, 4020:25, 4023:3, 4023:5, 4027:21

**Government** [41] - 3707:17, 3806:5, 3814:8, 3814:12, 3815:2, 3825:24, 3826:14, 3826:15, 3863:12, 3864:3, 3927:21, 3927:25, 3928:1, 3929:11, 3929:12, 3935:10, 3936:4, 3936:8, 3970:22, 3970:25, 3972:7, 3972:18, 3973:4, 3974:12, 3975:13, 3975:21, 3975:22, 3976:3, 3999:7, 3999:9, 3999:11, 4000:20, 4002:17, 4004:13, 4005:21, 4006:23, 4007:7, 4007:8, 4007:14, 4009:8, 4034:9

**government's** [15] - 3723:3, 3791:14, 3830:22, 3831:6, 3939:19, 3944:19, 3945:23, 3949:6, 3958:16, 3961:22, 3978:9, 3980:5, 3985:18, 3986:18, 4022:3

**Government's** [15] - 3727:8, 3769:11, 3770:5, 3805:17, 3805:23, 3835:15, 3841:3, 3841:8, 3878:23, 3892:18, 3907:23, 3932:17, 3935:9, 3950:10, 4022:14

**Gowanus** [74] - 3733:25, 3734:1, 3745:8, 3745:10, 3745:12, 3745:16, 3763:14, 3767:6, 3767:7, 3771:24, 3772:2, 3772:14, 3773:1, 3778:18, 3782:22, 3785:9, 3788:2, 3788:23, 3791:2, 3795:11, 3800:1, 3800:2, 3800:7, 3800:22, 3807:5, 3807:11, 3842:24, 3847:10, 3847:16, 3848:20, 3855:11, 3856:22, 3864:21, 3872:21, 3876:23, 3876:24, 3881:12, 3906:7, 3910:4, 3916:16, 3930:11, 3939:13, 3939:20, 3940:12, 3944:10, 3945:6, 3946:20, 3947:2, 3948:20, 3948:22, 3949:3, 3949:11, 3950:12, 3950:14, 3958:6, 3966:24, 3972:7, 3972:10, 3972:11, 3977:13, 3996:2, 3996:4, 4004:17, 4004:24, 4010:4, 4022:6, 4022:21, 4025:12, 4025:20, 4025:23, 4031:10

**grabbed** [1] - 3779:21

**grams** [1] - 3788:5

**grand** [3] - 3827:24, 3930:24, 3980:25

**grandson** [2] - 3891:11, 3891:13

**Grant** [2] - 3930:8, 3960:4

**grant** [1] - 3990:9

**grass** [1] - 3850:3

**gravity** [1] - 3959:15

**gray** [1] - 3865:9

**great** [12] - 3734:4, 3811:23, 3851:6, 3866:23, 3945:11, 3946:5, 3961:25, 3971:10, 3972:13, 3972:23, 3978:4, 4026:6

**greater** [1] - 3830:17

**Greene** [5] - 3871:11, 3871:18, 3871:22, 3872:6, 3872:7

**Greezy** [1] - 3751:12

**grew** [5] - 3771:24, 3772:1, 3852:19, 3931:21, 3972:10

**grip** [2] - 3857:2, 3868:5

**grocery** [1] - 3883:5

**groin** [2] - 3915:23, 4021:6

**ground** [1] - 3748:23

**groundwork** [1] - 3856:11

**group** [2] - 3758:1, 3862:2

**grow** [1] - 3733:22

**growing** [1] - 3890:22

**grown** [2] - 3865:11, 4003:19

**grows** [1] - 3856:14

**guess** [8] - 3720:19, 3830:25, 3906:24, 3913:25, 3942:9, 3973:13, 4008:9, 4020:23

**guessing** [1] - 3852:10

**guidance** [1] - 3723:1

**guilt** [9] - 3723:16, 3724:6, 3839:18, 3843:13, 3843:18, 3845:18, 3889:6, 4023:9, 4025:4

**guilty** [58] - 3712:5, 3714:2, 3718:5, 3722:9, 3724:15, 3724:21, 3764:13, 3767:21, 3767:22, 3782:14, 3787:22, 3788:9, 3788:13, 3788:18, 3788:19, 3788:20, 3788:25, 3789:10, 3791:10, 3793:23, 3794:3, 3794:10, 3795:9, 3810:24, 3813:12, 3831:13, 3833:1, 3834:4, 3835:24, 3845:4, 3845:19, 3853:14, 3875:15, 3881:15, 3900:19, 3900:20, 3901:10, 3901:24, 3923:17, 3933:14, 3933:16, 3933:17, 3943:2, 3943:3, 3943:20, 3953:25, 3977:21, 3977:22, 3980:3, 3985:5, 3993:18, 3999:12, 4005:10, 4024:23, 4031:16, 4031:17, 4031:18

**gun** [70] - 3740:19, 3741:9, 3741:15, 3743:12, 3743:17, 3749:2, 3776:23, 3777:10, 3777:13, 3777:14, 3777:16, 3778:8, 3778:20, 3783:24, 3784:14, 3811:24, 3812:3, 3812:6, 3812:9, 3820:13, 3820:22, 3825:6, 3833:21, 3852:15, 3857:9, 3859:25, 3862:25, 3863:2, 3872:5, 3872:13, 3873:16, 3877:22, 3879:15, 3887:4, 3888:10, 3889:2, 3891:21, 3892:10, 3898:5, 3903:11, 3904:20, 3904:24, 3904:25, 3912:5, 3912:7, 3920:9, 3931:6, 3963:13, 3963:17, 3964:13, 3964:22, 3965:2, 3965:10, 3965:25, 3970:8, 3970:12, 3970:15, 3970:24, 3974:21, 3978:21, 4008:1, 4008:4, 4008:10, 4008:14, 4011:16, 4021:24, 4023:16, 4027:15, 4030:11

**gun-butted** [1] - 3825:6

**gunned** [1] - 4031:3

**gunning** [1] - 3842:18

**gunpoint** [1] - 3857:8

**guns** [21] - 3843:22, 3848:19, 3848:25, 3849:19, 3853:18, 3860:23, 3865:5, 3873:14, 3877:25, 3878:6, 3878:11, 3878:18, 3878:20, 3887:23, 3888:2, 3901:9, 3905:22, 3933:11, 3978:1, 4021:11, 4024:4

**gunshot** [1] - 3969:21

**gunshots** [1] - 3898:24

**Guy** [1] - 3859:4

**guy** [117] - 3726:12, 3736:16, 3768:8, 3775:15, 3776:2, 3776:7, 3781:12, 3783:14, 3783:18, 3798:15, 3799:2, 3801:5, 3851:14, 3852:22, 3855:7, 3858:12, 3858:25, 3859:19, 3861:20, 3862:11, 3862:16, 3862:22, 3864:9, 3867:3, 3867:4, 3867:18, 3868:9, 3868:13, 3868:14, 3869:12, 3871:7, 3871:8, 3872:4, 3872:24, 3873:7, 3874:4, 3884:8, 3885:8, 3885:13, 3886:2, 3887:9, 3889:13, 3890:3, 3890:12, 3890:13, 3891:3, 3891:8, 3893:15, 3897:11, 3897:24, 3902:16, 3902:19, 3909:18, 3910:11, 3918:19, 3918:21, 3918:22, 3918:23, 3920:23, 3937:10, 3937:15, 3937:23, 3940:1, 3944:24, 3952:18, 3952:23, 3953:6, 3958:5, 3958:8, 3962:16, 3964:5, 3966:7, 3966:9, 3967:4, 3967:6, 3970:7, 3970:9, 3970:12, 3974:20, 3975:2, 3975:16, 3975:20, 3977:3, 3977:5, 3977:19, 3977:20, 3978:6, 3979:2, 3980:24, 3981:3, 3994:3, 4005:22, 4008:20, 4008:21, 4008:22, 4008:23, 4008:24, 4009:4, 4010:11, 4010:12, 4013:6, 4014:17, 4014:18, 4014:19, 4017:2, 4021:4, 4021:6, 4021:7, 4021:20, 4022:10, 4028:13, 4029:11, 4029:21, 4030:2, 4030:3

**guys** [8] - 3737:17, 3783:17, 3857:9, 3868:15, 3872:7, 3878:17, 3923:24, 3957:20

# H

**habeas** [1] - 3731:4

**hair** [3] - 3865:9, 3871:24, 3893:6

**Haiti** [1] - 3905:13

**half** [12] - 3716:11, 3837:15, 3839:10, 3894:3, 3917:5, 3918:24, 3934:9, 3935:22, 3936:20, 3978:18, 3999:19, 4006:17

**Halima** [4] - 3873:10, 3873:16, 4022:11, 4022:13

**hall** [1] - 3838:25

**Hallima** [1] - 3959:4

**hallmarks** [1] - 3927:11

**Halloway** [1] - 3860:20

**hallway** [1] - 3882:23

**hand** [13] - 3712:25, 3733:3, 3770:10, 3806:22, 3852:23, 3877:14, 3881:24, 3884:20, 3885:11, 3991:20

**hand-to-hand** [3] - 3881:24, 3884:20, 3885:11

**handing** [1] - 4002:10

**handles** [1] - 3885:25

**handling** [1] - 3867:19

**handmade** [1] - 3839:11

**hands** [3] - 3808:5, 3905:1, 3943:1

**hang** [3] - 3737:17, 3880:25, 3924:24

**hanging** [4] - 3736:19, 3737:15, 3745:3, 3903:25

**hangs** [1] - 4001:14

**happy** [2] - 3982:21, 3994:21

**hard** [9] - 3738:24, 3738:25, 3739:1, 3802:17, 3887:2, 3928:24, 3929:19, 4001:23

**hard-working** [1] - 4001:23

**hardcore** [1] - 3929:15

**harder** [2] - 3894:7, 3931:25

**harm** [1] - 3858:22

**Harrington** [2] - 3864:9, 3958:15

**hassled** [1] - 3886:13

**hat** [1] - 3885:12

**hate** [1] - 4006:25

**head** [14] - 3834:2, 3842:10, 3842:20, 3859:25, 3892:3, 3892:14, 3898:3, 3904:9, 3904:15, 3913:23, 3919:2, 3974:22, 3985:12, 4016:16

**Head** [1] - 3848:25

**heads** [1] - 4017:20

**hear** [17] - 3714:24, 3715:11, 3733:19, 3757:20, 3867:5, 3874:7, 3908:4, 3920:15, 3923:5, 3953:4, 3961:19, 3969:21, 3987:12, 3993:16, 3995:4, 4020:5, 4023:4

**heard** [123] - 3709:22, 3801:19, 3832:23, 3841:24, 3842:7, 3842:12, 3842:15, 3844:10, 3847:17, 3851:16, 3852:5, 3852:7, 3852:22, 3855:9, 3855:22, 3856:8, 3856:20, 3857:5, 3859:4, 3859:6, 3859:18, 3860:6, 3860:19, 3861:1, 3861:18, 3861:20, 3861:25, 3862:4, 3862:15, 3863:1, 3866:23, 3866:24, 3867:23, 3868:7, 3868:9, 3869:2, 3869:11, 3869:13, 3871:2, 3874:6, 3874:21, 3876:24, 3877:1, 3877:16, 3879:23, 3882:14, 3882:15, 3882:16, 3883:3, 3883:4, 3884:5, 3884:21, 3888:4, 3888:6, 3891:19, 3891:20, 3892:5, 3892:6, 3892:8, 3892:10, 3892:12, 3895:2, 3895:21, 3898:16, 3899:6, 3900:25, 3901:2, 3902:24, 3904:19, 3907:4, 3909:14, 3909:16, 3911:4, 3912:3, 3912:23, 3914:6, 3917:12, 3918:3, 3920:18, 3920:19, 3920:20, 3920:21, 3923:14, 3930:8, 3935:21, 3936:3, 3936:18, 3939:21, 3940:14, 3943:25, 3944:4, 3948:16, 3956:3, 3956:21, 3958:14, 3958:15, 3962:1, 3962:18, 3962:19, 3962:20, 3964:7, 3966:10, 3972:21, 3972:23, 3976:11, 3980:16, 3983:18, 3986:16, 3987:1, 3989:16, 3997:3, 4001:16, 4001:18, 4004:16, 4007:13, 4019:23, 4022:11, 4023:14,

4024:2, 4024:3

**hearing** [11] - 3727:3, 3750:2, 3899:8, 3951:21, 3952:4, 3964:12, 3989:22, 3990:16, 3990:22, 4007:3, 4020:8

**hears** [13] - 3729:24, 3859:21, 3872:21, 3877:22, 3892:20, 3895:14, 3895:22, 3897:12, 3898:24, 3965:14, 3969:12, 3991:5

**hearsay** [2] - 3777:8, 3777:20

**heart** [3] - 3901:15, 3922:22, 4004:12

**hearts** [1] - 4002:21

**heat** [4] - 3907:10, 3907:16, 3907:20, 4023:17

**heck** [1] - 3962:6

**height** [4] - 3914:25, 3915:12, 3916:4, 3918:20

**Heights** [2] - 3849:1, 3853:18

**held** [6] - 3717:13, 3727:2, 3825:4, 3825:8, 3852:12, 4007:24

**helm** [1] - 3873:19

**help** [16] - 3709:22, 3746:22, 3829:8, 3852:14, 3855:7, 3863:15, 3867:13, 3898:5, 3923:6, 3924:15, 3932:12, 3952:13, 3954:13, 3982:15, 3993:12, 3994:21

**helpful** [2] - 3721:20, 3826:21

**helps** [1] - 3862:7

**hen** [1] - 3928:23

**henchmen** [1] - 3843:12

**Henny** [4] - 3775:20, 3777:9

**Henny's** [1] - 3777:13

**her** [1] - 3837:17

**hereby** [8] - 3818:8, 3819:11, 3820:6, 3821:10, 3822:10, 3823:13, 3824:24, 3835:3

**herein** [1] - 3833:2

**heroin** [15] - 3821:17, 3843:11, 3843:21, 3875:11, 3901:12, 3901:18, 3901:20, 3901:22, 3902:1, 3933:8, 3975:11, 3977:9, 4016:10, 4016:24

**Herron** [343] - 3708:19, 3710:8, 3714:22, 3717:6, 3734:13, 3734:15, 3735:19, 3735:21, 3739:11, 3740:4, 3744:20, 3745:16, 3751:22, 3755:11, 3758:7, 3759:19, 3765:12, 3768:22, 3771:10, 3771:16, 3772:18, 3772:20, 3773:2, 3773:18, 3773:22, 3774:4, 3775:11, 3775:24, 3776:2, 3776:7, 3776:9, 3776:14, 3776:23, 3777:16, 3778:8, 3778:25, 3779:8, 3779:13, 3779:14, 3779:16, 3780:3, 3780:18, 3781:22, 3781:23, 3782:25, 3783:15, 3783:21, 3784:2, 3784:25, 3785:16, 3785:21, 3785:23, 3787:1, 3791:2, 3791:10, 3791:12, 3791:16, 3791:21, 3791:22, 3792:4, 3793:22, 3794:22, 3795:14, 3795:23, 3796:1, 3796:4, 3796:5, 3796:8, 3809:7, 3810:9, 3810:18, 3811:3, 3811:12, 3811:14, 3811:24, 3812:3, 3813:4, 3814:3,

3818:9, 3819:14, 3820:8, 3820:16,
3820:18, 3821:12, 3822:13, 3823:15,
3825:2, 3825:6, 3825:10, 3833:21,
3833:22, 3833:25, 3834:2, 3835:6,
3841:22, 3842:22, 3843:3, 3843:7,
3845:17, 3845:25, 3847:1, 3851:13,
3852:7, 3852:12, 3852:14, 3853:20,
3854:25, 3855:9, 3856:24, 3859:8,
3860:4, 3860:13, 3860:22, 3861:12,
3862:9, 3862:24, 3864:6, 3864:17,
3866:2, 3867:10, 3867:12, 3867:20,
3868:17, 3868:20, 3869:3, 3869:7,
3869:9, 3871:12, 3871:16, 3872:2,
3873:19, 3877:2, 3877:6, 3877:10,
3877:11, 3877:17, 3878:9, 3879:12,
3880:3, 3880:4, 3880:7, 3880:8,
3882:19, 3884:15, 3885:15, 3885:21,
3885:24, 3886:22, 3887:4, 3887:7,
3887:10, 3887:11, 3887:20, 3890:20,
3890:22, 3891:1, 3891:3, 3891:12,
3891:16, 3891:17, 3892:24, 3895:9,
3896:4, 3897:7, 3897:8, 3897:22,
3898:3, 3898:16, 3898:22, 3901:22,
3903:5, 3903:10, 3903:23, 3904:1,
3904:3, 3904:5, 3904:21, 3904:22,
3905:1, 3906:15, 3906:18, 3907:1,
3907:6, 3907:7, 3907:14, 3909:18,
3910:7, 3911:9, 3911:21, 3911:24,
3912:8, 3913:17, 3913:24, 3914:4,
3914:5, 3914:12, 3916:9, 3923:23,
3928:9, 3931:12, 3936:8, 3937:8,
3938:18, 3938:22, 3940:1, 3940:9,
3940:11, 3940:19, 3942:23, 3944:11,
3944:24, 3945:25, 3948:17, 3948:18,
3948:25, 3949:11, 3951:5, 3951:12,
3953:18, 3953:24, 3955:10, 3955:12,
3955:13, 3955:16, 3955:24, 3956:3,
3957:23, 3959:24, 3960:12, 3961:21,
3962:10, 3962:16, 3964:9, 3964:10,
3964:11, 3965:13, 3965:19, 3965:20,
3965:22, 3965:24, 3966:18, 3966:22,
3967:3, 3968:16, 3968:24, 3969:3,
3969:23, 3970:22, 3971:3, 3971:20,
3971:24, 3972:3, 3972:14, 3972:18,
3973:20, 3973:22, 3974:3, 3974:5,
3974:11, 3974:14, 3974:15, 3974:20,
3974:24, 3975:10, 3975:15, 3975:16,
3975:20, 3975:23, 3975:25, 3976:8,
3984:5, 3991:1, 3991:9, 3993:19,
3994:11, 3996:1, 3996:7, 3996:8,
3996:12, 4002:12, 4003:8, 4003:12,
4003:21, 4004:4, 4004:11, 4005:5,
4005:10, 4005:20, 4005:25, 4006:6,
4006:9, 4007:5, 4007:11, 4007:24,
4007:25, 4008:5, 4008:8, 4009:9,
4009:11, 4009:15, 4009:22, 4009:25,
4010:2, 4010:6, 4010:13, 4010:14,
4010:17, 4010:25, 4011:2, 4011:15,
4011:19, 4011:24, 4012:13, 4012:16,
4013:10, 4013:15, 4013:19, 4013:20,
4014:7, 4016:16, 4018:7, 4018:11,

4018:24, 4019:5, 4020:12, 4020:14,
4020:25, 4021:16, 4027:2, 4027:9,
4029:17, 4029:21, 4031:5, 4031:9
**HERRON** [1] - 3707:8
**Herron's** [18] - 3793:17, 3852:8,
3852:23, 3860:24, 3873:11, 3883:13,
3884:18, 3901:16, 3906:7, 3907:25,
3948:14, 3965:20, 3972:12, 4008:1,
4010:11, 4012:11, 4024:11, 4029:20
**herself** [2] - 3888:5, 3994:2
**HH** [5] - 3824:23, 3825:14, 3825:17,
3825:19, 4036:10
**Hi** [1] - 3777:9
**hid** [1] - 3741:13
**hide** [1] - 4022:16
**hierarchy** [3] - 3757:10, 3834:3,
3855:23
**high** [6] - 3759:2, 3759:3, 3759:5,
3857:14, 3903:21, 4023:17
**higher** [2] - 3757:13, 3914:18
**Highway** [1] - 3784:9
**himself** [31] - 3758:11, 3759:24,
3834:9, 3847:18, 3848:16, 3853:1,
3854:1, 3861:13, 3874:4, 3874:12,
3874:14, 3878:10, 3887:21, 3895:4,
3898:3, 3901:21, 3921:7, 3922:21,
3928:12, 3930:23, 3933:4, 3953:21,
3965:2, 3970:14, 3970:15, 3970:19,
4006:4, 4008:22, 4009:7, 4013:11
**hint** [1] - 3884:6
**history** [2] - 3863:13, 3932:7
**hit** [4] - 3738:19, 3738:20, 3738:22,
3741:13
**hits** [3] - 3872:13, 3916:15, 3918:1
**hitting** [2] - 3872:18, 3877:1
**hold** [6] - 3860:13, 3875:25, 3919:17,
3933:9, 3962:14, 4031:12
**holder** [1] - 3823:22
**holding** [5] - 3803:18, 3870:3, 3900:8,
3920:1, 4005:15
**holdover** [1] - 3855:5
**holed** [1] - 3847:20
**holes** [1] - 3913:22
**Holloway** [4] - 3878:14, 3879:2,
3879:5
**Holmes** [8] - 3798:15, 3798:17,
3798:18, 3799:2, 3799:3, 3799:16,
3804:11, 4008:9
**Holmes's** [1] - 3807:3
**holster** [2] - 3888:5, 3920:8
**holsters** [1] - 4007:23
**home** [18] - 3808:6, 3856:18, 3867:17,
3894:6, 3944:14, 3944:23, 3962:19,
3977:4, 3977:5, 3979:22, 3987:3,
3991:22, 3993:23, 3994:7, 3995:2,
3999:4, 4016:8
**homeless** [1] - 3948:17
**homey** [12] - 3747:3, 3758:19,
3758:21, 3759:20, 3808:23, 3869:24,
4003:4, 4003:16, 4005:15, 4006:4,

4006:7
**Homey** [1] - 3786:20
**homeys** [1] - 3758:13
**homicide** [15] - 3848:11, 3873:15,
3905:8, 3920:25, 3921:1, 3947:17,
3955:21, 4001:17, 4007:8, 4007:10,
4007:14, 4026:4, 4026:5, 4026:13
**homicides** [1] - 4007:13
**homie** [1] - 3808:3
**honest** [2] - 3858:23, 4014:22
**Honor** [84] - 3708:13, 3708:17,
3708:21, 3709:4, 3709:7, 3709:23,
3710:7, 3710:19, 3711:10, 3711:22,
3712:9, 3712:17, 3712:21, 3714:13,
3715:1, 3715:8, 3716:19, 3717:10,
3717:14, 3718:6, 3719:6, 3720:2,
3720:12, 3725:15, 3726:4, 3728:13,
3729:2, 3729:3, 3730:5, 3731:23,
3735:1, 3740:1, 3740:22, 3741:4,
3761:10, 3762:16, 3763:1, 3768:14,
3777:3, 3777:7, 3778:2, 3779:20,
3791:4, 3791:19, 3805:15, 3805:24,
3806:19, 3809:10, 3815:15, 3815:24,
3816:5, 3817:3, 3817:17, 3818:1,
3819:5, 3819:25, 3821:4, 3822:4,
3823:6, 3824:1, 3825:16, 3825:22,
3826:1, 3826:6, 3826:9, 3828:3,
3829:7, 3829:10, 3829:25, 3830:3,
3832:10, 3832:13, 3832:24, 3833:14,
3834:12, 3834:20, 3834:25, 3841:11,
3894:12, 3916:23, 3934:9, 3934:19,
3935:3, 4034:8
**honor** [1] - 3889:16
**HONORABLE** [1] - 3707:12
**hood** [7] - 3808:6, 3809:1, 3874:19,
3874:20, 3914:22, 4026:1
**hoodie** [1] - 3740:18
**hoody** [4] - 3914:22, 3915:4, 3915:13,
3916:3
**hope** [6] - 3923:2, 3935:15, 3994:14,
3994:19, 3995:5, 4000:13
**hoping** [1] - 3859:10
**hospital** [12] - 3747:1, 3748:4,
3749:21, 3872:14, 3872:15, 3910:10,
3910:14, 3910:17, 3910:20, 3913:22,
3916:5, 4004:2
**Hospital** [1] - 3909:18
**hostile** [1] - 4018:4
**hot** [3] - 3740:13, 3967:14
**hotel** [1] - 3918:22
**hour** [16] - 3716:10, 3716:11, 3716:14,
3816:7, 3816:23, 3826:24, 3917:5,
3918:14, 3918:17, 3918:24, 3934:8,
3934:9, 3958:11, 3999:19
**hour-and-a-half** [2] - 3934:9, 3999:19
**hours** [5] - 3716:7, 3827:9, 3827:22,
3859:15, 4001:7
**house** [23] - 3750:2, 3820:17, 3836:1,
3836:2, 3847:21, 3879:16, 3881:14,
3888:2, 3898:14, 3904:23, 3905:9,

3905:21, 3912:11, 3917:21, 3918:7, 3919:1, 3921:1, 3941:15, 3959:5, 3972:5, 4014:6, 4029:8, 4030:6

**Houses** [7] - 3763:14, 3782:22, 3800:2, 3800:7, 3847:10, 3864:21, 4004:17

**houses** [7] - 3791:2, 3861:5, 3883:7, 3894:6, 3945:6, 3958:24, 4004:20

**housing** [2] - 3901:3, 4022:6

**Housing** [6] - 3742:20, 3836:11, 3841:1, 3842:24, 3948:15, 4010:4

**Hoyt** [1] - 3765:2

**hs** [1] - 3993:24

**Hudson** [19] - 3842:8, 3848:5, 3854:23, 3890:15, 3892:22, 3895:2, 3895:7, 3897:14, 3897:17, 3899:1, 3900:14, 3905:6, 3926:19, 3942:7, 3942:20, 3951:3, 3954:8, 3954:22, 4027:3

**Hudson's** [1] - 3893:4

**huffing** [1] - 3859:14

**huge** [3] - 3901:23, 4006:11, 4022:18

**human** [2] - 3890:4, 3966:3

**humiliate** [1] - 4016:23

**hundred** [3] - 3887:8, 3928:24, 3996:21

**hung** [1] - 3751:14

**hunt** [5] - 3910:12, 3911:7, 3912:13, 3918:23

**hunting** [3] - 3877:18, 3910:11

**hurt** [3] - 3739:3, 3936:15, 3977:19

**hurts** [1] - 3936:14

**hysterical** [1] - 3879:6

## I

**iceberg** [1] - 3882:10

**icy** [1] - 3867:9

**idea** [4] - 3732:1, 3911:11, 3962:10, 3977:14

**ideas** [1] - 4017:19

**identification** [1] - 3841:3

**identified** [6] - 3765:20, 3820:12, 3941:21, 3959:20, 3985:23, 4033:2

**identifies** [1] - 3967:4

**identify** [2] - 3833:11, 3977:11

**identifying** [1] - 3765:16

**ignore** [1] - 3960:16

**ignored** [1] - 3962:2

**II** [4] - 3825:23, 3826:2, 3826:7, 4036:11

**illegal** [4] - 3735:19, 3818:15, 4021:9, 4025:21

**illiterate** [1] - 3921:9

**illuminated** [1] - 3894:8

**image** [3] - 3937:22, 3938:20, 3938:24

**imagine** [8] - 3777:7, 3846:25, 3883:17, 3994:25, 4003:15, 4003:17, 4003:18, 4005:9

**immediately** [3] - 3816:25, 3965:24, 3977:7

**implication** [2] - 3791:18, 3831:21

**importance** [4] - 3718:16, 3729:16, 3924:18, 3983:1

**important** [33] - 3718:12, 3787:3, 3787:7, 3863:22, 3866:11, 3866:17, 3899:5, 3905:3, 3916:9, 3920:14, 3922:8, 3926:8, 3926:15, 3930:17, 3931:14, 3932:14, 3935:16, 3954:21, 3956:1, 3965:11, 3966:13, 3970:25, 3973:17, 3977:3, 3978:12, 3981:10, 3981:15, 3982:25, 3984:1, 3984:3, 3984:16, 3984:18, 3997:25

**imposed** [1] - 3734:9

**imposes** [1] - 3713:18

**impression** [2] - 3724:20, 3897:6

**imprisonment** [1] - 3714:4

**improper** [2] - 3830:7, 4017:19

**impulse** [1] - 3995:20

**incarcerated** [5] - 3763:23, 3764:5, 3768:8, 3841:1, 4006:19

**incarceration** [2] - 3854:12, 4003:20

**incentive** [5] - 3922:3, 3922:11, 3923:14, 3924:7, 3924:14

**incentives** [2] - 3923:8, 3924:19

**inch** [1] - 3839:10

**inches** [6] - 3819:19, 3883:14, 3892:12, 3914:12, 3914:16

**incident** [2] - 3740:9, 3754:14

**include** [1] - 3833:11

**included** [3] - 3847:10, 3864:21

**includes** [1] - 3832:3

**including** [14] - 3810:9, 3836:10, 3842:7, 3847:12, 3860:20, 3864:23, 3905:22, 3913:23, 3949:10, 3950:10, 3953:21, 3958:22, 3967:3, 3975:9

**income** [2] - 4021:8, 4022:1

**inconsistencies** [2] - 3927:7, 3927:9

**inconsistent** [3] - 3791:20, 3792:5, 3831:17, 3833:4, 3929:13, 4012:17

**incorporation** [1] - 3846:23

**indeed** [1] - 3931:11

**independent** [3] - 3905:6, 3922:8, 4026:14

**independently** [1] - 3892:23

**indicate** [2] - 3765:19, 3866:9

**indicated** [8] - 3730:7, 3771:5, 3817:8, 3830:1, 3830:9, 3837:16, 3845:3, 3846:2

**indicates** [3] - 3825:9, 3882:2, 3906:7

**indicted** [12] - 3781:14, 3781:16, 3781:19, 3781:22, 3784:21, 3784:24, 3785:1, 3785:3, 3785:8, 3785:13, 3787:12, 3830:8

**indictment** [26] - 3781:24, 3788:13, 3794:4, 3794:11, 3794:21, 3821:15, 3821:22, 3831:15, 3843:24, 3844:8, 3845:12, 3845:23, 3845:24, 3846:1, 3846:18, 3846:19, 3847:2, 3847:8,

3875:8, 3876:5, 3919:10, 3943:5, 3943:7, 3943:10, 3943:14, 3943:17

**indirectly** [2] - 3846:7, 3866:4

**individual** [4] - 3709:19, 3820:12, 3820:22, 4011:21

**individually** [2] - 3943:12, 3999:6

**individuals** [2] - 3847:9, 3864:20

**inducted** [1] - 3856:5

**industry** [1] - 3929:25

**ineffective** [1] - 3731:6

**infer** [3] - 3855:12, 3896:16, 3918:16

**influence** [6] - 3930:20, 3931:7, 3931:20, 3931:25, 3932:3, 3932:5

**influences** [1] - 3931:15

**inform** [2] - 3709:14, 3984:1

**informant** [2] - 3983:10, 3983:13

**information** [12] - 3715:12, 3793:16, 3817:13, 3916:11, 3924:15, 3926:15, 3927:6, 3938:7, 3939:7, 3939:8, 3984:1, 3992:4

**informed** [3] - 3974:15, 3979:19, 3980:1

**initial** [2] - 3919:11, 3935:9

**initiation** [1] - 3768:2

**injured** [1] - 3909:17

**inmate** [3] - 3836:7, 3838:18, 3839:6, 3840:12

**innocence** [2] - 3727:18, 3980:2

**innocent** [5] - 3723:12, 3815:12, 3960:12, 3979:6, 4004:21

**inquire** [2] - 3762:25, 3999:6

**inquiry** [3] - 3728:22, 4002:23, 4002:25

**inside** [11] - 3748:4, 3818:22, 3839:12, 3893:13, 3894:7, 3921:21, 3946:23, 3948:20, 3948:21, 3950:8, 4017:4

**insight** [1] - 3920:24

**instances** [1] - 4006:18

**instead** [6] - 3898:1, 3958:10, 3961:11, 3977:16, 3986:6, 3987:6

**instructed** [7] - 3844:21, 3846:21, 3847:5, 3865:14, 3909:23, 3919:25, 3927:6

**instruction** [6] - 3830:25, 3833:9, 3833:10, 3875:7, 4023:4

**instructions** [5] - 3845:2, 3866:9, 3880:21, 3889:18, 3909:12

**instructive** [1] - 3861:2

**instrument** [1] - 3839:11

**insulate** [1] - 4002:14

**insulated** [1] - 3983:23

**insurance** [6] - 3906:22, 3906:23, 4013:24, 4014:2, 4014:3

**intend** [1] - 3830:22

**intended** [1] - 3730:10

**intending** [1] - 3724:1

**intense** [1] - 3859:11

**intention** [4] - 3709:3, 3727:8, 3727:20, 3810:21

**interaction** [2] - 3885:23, 3966:9

**interacts** [1] - 3885:25
**intercept** [1] - 3983:14
**interest** [12] - 3721:18, 3730:8, 3730:17, 3730:20, 3731:12, 3731:15, 3731:19, 3923:1, 3923:6, 3981:4, 3982:10
**interested** [2] - 3923:9, 3924:20
**interesting** [1] - 4010:10
**interests** [2] - 3931:9, 4029:22
**interference** [1] - 3838:8
**interior** [1] - 3840:19
**interject** [1] - 3721:16
**interlock** [1] - 4026:16
**interlocking** [4] - 3899:24, 3908:7, 3927:3, 4006:15
**interpretations** [2] - 3940:22, 3940:23
**interrupt** [1] - 3823:25
**interstate** [4] - 3846:4, 3865:2, 3865:13, 3865:14
**interview** [6] - 3837:6, 3837:22, 3839:16, 3978:7, 3979:7, 3979:11
**interviewed** [7] - 3748:20, 3748:24, 3749:22, 3873:4, 3979:1, 3979:15, 4014:24
**intimidated** [1] - 3780:16
**intimidation** [3] - 3848:9, 3854:22, 3856:17
**introduce** [1] - 3983:10
**intrudes** [1] - 3946:7
**inventing** [1] - 3906:10
**invest** [2] - 3961:5, 3961:12
**invested** [1] - 3930:25
**investigate** [1] - 3813:17
**investigating** [2] - 3813:22, 3895:2
**investigation** [3] - 3957:19, 3957:21, 3984:15
**investigative** [4] - 3984:24, 3986:4, 3986:6, 4023:4
**investors** [1] - 3958:14
**invited** [1] - 3973:19
**involved** [22] - 3735:21, 3738:3, 3773:18, 3789:10, 3791:22, 3833:25, 3854:6, 3861:23, 3866:14, 3882:14, 3884:20, 3907:7, 3957:18, 3983:9, 3992:16, 3995:24, 3996:18, 3996:19, 3996:20, 3997:25, 4006:13
**involvement** [6] - 3836:23, 3837:23, 3837:24, 3840:12, 3852:4, 3923:22
**involves** [1] - 3993:13
**involving** [2] - 3791:2, 3946:19
**irrespective** [1] - 3731:12
**irreversible** [1] - 3890:2
**Island** [9] - 3851:18, 3854:15, 3873:19, 3938:10, 3955:11, 3974:24, 3978:13, 3979:2, 3979:20
**Islands** [1] - 3959:21
**issue** [15] - 3710:23, 3710:24, 3712:6, 3715:9, 3724:12, 3725:22, 3726:9, 3730:6, 3817:17, 3831:19, 3831:24, 3831:25, 3832:1, 3832:9, 3931:14

**issues** [3] - 3719:13, 3722:17, 3732:14
**issuing** [1] - 3840:19
**item** [2] - 3840:6, 3939:8
**iterations** [1] - 3876:25
**itself** [2] - 3938:20, 4000:22

## J

**jail** [46] - 3718:8, 3756:25, 3757:18, 3757:21, 3757:24, 3758:3, 3758:5, 3760:14, 3760:25, 3766:5, 3766:24, 3800:19, 3800:24, 3800:25, 3804:9, 3808:2, 3808:21, 3812:21, 3812:22, 3832:19, 3854:16, 3854:19, 3859:7, 3863:6, 3938:14, 3941:8, 3953:13, 3962:19, 3972:1, 3975:1, 3975:12, 3980:4, 3987:1, 3987:8, 3989:15, 3989:22, 3993:24, 3993:25, 3996:6, 3999:3, 4005:19, 4006:8, 4014:17, 4020:9
**JAMES** [1] - 3707:25
**James** [10] - 3708:18, 3818:10, 3819:15, 3820:9, 3821:13, 3822:14, 3823:16, 3825:3, 3835:7, 4022:14
**jams** [1] - 3872:13
**janitor's** [1] - 3895:18
**January** [2] - 3836:5, 3836:13
**jar** [1] - 3924:5
**Jarel** [9] - 3871:7, 3871:15, 3871:18, 3872:4, 3872:12, 3873:2, 3873:4, 3873:6
**jeans** [6] - 3915:3, 3915:7, 3915:20, 3915:22, 3915:25, 3916:3
**jerk** [1] - 3747:24
**Jersey** [1] - 3711:22
**jewelry** [2] - 4021:12, 4021:14
**Jim** [1] - 3823:25
**Jo** [32] - 3857:4, 3857:9, 3857:13, 3858:16, 3860:18, 3862:1, 3868:13, 3868:16, 3884:20, 3886:15, 3911:8, 3911:10, 3957:23, 4002:6, 4012:12, 4022:21
**Jo-Jo** [16] - 3857:4, 3857:9, 3857:13, 3858:16, 3860:18, 3862:1, 3868:13, 3868:16, 3884:20, 3886:15, 3911:8, 3911:10, 3957:23, 4002:6, 4012:12, 4022:21
**job** [19] - 3714:9, 3813:17, 3844:12, 3874:17, 3876:12, 3928:4, 3940:23, 3943:5, 3943:11, 3943:13, 3943:15, 3943:16, 3943:21, 3947:7, 3991:25, 3997:15, 3999:5, 4021:7, 4021:20
**jobs** [2] - 3870:3, 4001:24
**jockeying** [1] - 3909:25
**Joe** [1] - 3939:25
**Joe-Joe** [1] - 3939:25
**join** [2] - 3766:23, 3891:16
**joined** [2] - 3767:24, 3837:24
**joining** [1] - 3768:5

**joint** [2] - 3914:18, 3957:16
**joke** [1] - 3910:21
**joking** [1] - 3911:2
**Jonathan** [13] - 3823:22, 3930:15, 3930:19, 3930:21, 3932:6, 3956:4, 3956:18, 3956:20, 4005:16, 4005:21, 4005:25, 4021:6
**Jones** [1] - 3768:8
**Jorge** [3] - 3744:6, 3782:6, 3795:2, 3861:16
**Jose** [1] - 3957:25
**Joseph** [57] - 3782:2, 3795:4, 3857:4, 3862:4, 3863:4, 3864:7, 3864:9, 3864:10, 3868:3, 3875:10, 3881:25, 3882:16, 3883:3, 3884:8, 3884:13, 3884:14, 3885:3, 3885:7, 3885:11, 3885:14, 3885:25, 3886:1, 3887:6, 3900:24, 3900:25, 3903:24, 3907:3, 3907:4, 3907:25, 3908:3, 3908:5, 3920:20, 3921:12, 3922:24, 3932:19, 3940:16, 3957:25, 3958:16, 3966:10, 3966:12, 3966:17, 3966:21, 3966:25, 3968:8, 3968:14, 3969:6, 3969:8, 3969:10, 3969:22, 3995:23, 3996:20, 4012:4, 4012:6, 4012:7, 4012:16, 4025:8
**Judge** [34] - 3709:20, 3710:17, 3716:4, 3719:16, 3720:7, 3729:7, 3731:24, 3732:2, 3741:21, 3748:16, 3752:15, 3788:11, 3788:16, 3811:2, 3816:20, 3817:2, 3818:5, 3833:20, 3834:10, 3834:18, 3834:19, 3841:17, 3845:2, 3845:6, 3845:7, 3846:1, 3875:7, 3934:5, 3951:14, 3952:3, 4000:7, 4000:10, 4000:16, 4023:4
**JUDGE** [1] - 3707:13
**judge** [17] - 3755:2, 3769:10, 3788:7, 3810:24, 3829:20, 3830:4, 3844:21, 3938:1, 3951:12, 3951:19, 3977:20, 3978:17, 3984:22, 3989:18, 3990:9, 4018:12, 4020:8
**judges** [1] - 3981:5
**judgment** [5] - 3720:14, 3720:16, 3731:19, 3731:20, 3997:17
**July** [19] - 3707:9, 3818:13, 3818:17, 3818:21, 3818:22, 3820:11, 3823:23, 3838:7, 3840:9, 3847:18, 3848:14, 3853:12, 3941:8, 3949:19, 3949:20, 3950:7, 3950:8, 3956:25, 3962:19
**jump** [5] - 3993:17, 4024:20, 4024:23, 4024:25, 4027:8
**jumped** [1] - 4008:3
**jumping** [1] - 4024:24
**jumps** [1] - 3912:4
**June** [1] - 3707:9, 3820:15, 3825:5, 3840:16, 3853:5, 3890:18, 3951:2, 3954:23, 3987:8, 4028:18, 4034:12
**junkie** [2] - 3902:20
**juries** [1] - 4032:13
**juror** [3] - 3985:20, 4032:7, 4032:8

jurors [2] - 3724:18, 4032:3
Jury [11] - 3732:19, 3732:22, 3815:18, 3818:2, 3826:11, 3827:2, 3933:22, 3934:24, 3999:16, 4000:18, 4034:2
jury [58] - 3707:13, 3708:11, 3715:4, 3718:15, 3718:20, 3724:19, 3725:12, 3727:3, 3727:11, 3729:24, 3760:5, 3760:11, 3760:21, 3761:14, 3761:15, 3762:8, 3762:12, 3807:22, 3815:17, 3815:19, 3817:4, 3826:19, 3827:1, 3827:3, 3827:10, 3829:3, 3832:8, 3834:22, 3841:13, 3844:20, 3846:2, 3919:13, 3933:21, 3933:23, 3934:11, 3934:13, 3934:20, 3943:6, 3947:16, 3950:18, 3985:6, 3985:8, 3985:10, 3999:15, 3999:17, 3999:25, 4000:17, 4000:22, 4030:23, 4031:21, 4031:23, 4032:6, 4032:20, 4032:23, 4033:7, 4033:8, 4034:3
JURY [3] - 3732:23, 3935:7, 4001:5
Justice [3] - 3835:9, 3835:13, 3957:18
justice [10] - 3900:11, 3900:12, 3953:7, 3955:1, 3961:2, 3996:23, 3996:24, 3997:12, 4030:21, 4031:19
justification [1] - 3765:4
justly [1] - 3984:2
juvenile [2] - 3847:17, 3922:21

## K

Karen [1] - 3899:6
keep [10] - 3734:23, 3734:24, 3808:8, 3846:23, 3873:13, 3883:7, 3934:16, 3944:8, 3963:4, 4012:2
keeping [4] - 3864:15, 3868:3, 3881:18, 4030:7
keeps [1] - 3860:8
KENDALE [1] - 3733:11
Kendale [17] - 3709:4, 3710:8, 3720:13, 3721:23, 3726:4, 3733:1, 3733:11, 3869:12, 3875:12, 3875:23, 3876:9, 3876:23, 3877:19, 3878:20, 3879:11, 3880:12, 4006:1
kept [1] - 4031:5
keys [1] - 3871:9
kick [3] - 3859:25, 3903:12, 3964:24
kicked [4] - 3741:17, 3746:19, 3748:23, 3883:1
kicking [1] - 3747:2
kicks [1] - 3931:2
kid [4] - 3878:3, 4029:14, 4029:18, 4029:24
kidding [1] - 3959:16
kidnapped [3] - 3873:12, 3901:19, 4016:9
kids [7] - 3751:17, 3751:18, 3835:23, 3847:24, 3860:22, 3885:6, 4004:23
kill [33] - 3871:19, 3877:10, 3898:2, 3903:9, 3903:12, 3903:14, 3916:6,

3921:10, 3962:10, 3964:11, 3964:20, 3965:25, 3970:19, 3975:3, 4003:13, 4004:1, 4004:3, 4009:13, 4009:22, 4010:7, 4011:9, 4011:16, 4011:22, 4011:24, 4013:21, 4016:9, 4016:18, 4016:21, 4016:22, 4016:24, 4028:4, 4030:2, 4030:22
killed [15] - 3822:23, 3838:2, 3913:6, 3937:7, 3949:1, 3961:16, 3965:12, 3966:14, 3967:9, 3968:13, 4007:2, 4008:8, 4008:11, 4017:2, 4028:14
killer [3] - 4004:7, 4009:21, 4026:22
killers [1] - 4004:12
killing [5] - 3930:6, 3953:21, 3961:24, 3972:3, 4009:23
kills [6] - 3912:14, 3931:18, 3936:11, 3936:12, 3936:14, 3939:2
kind [64] - 3712:7, 3723:16, 3755:14, 3766:9, 3766:11, 3767:24, 3778:11, 3861:21, 3864:8, 3864:13, 3886:12, 3889:17, 3897:23, 3898:5, 3930:20, 3931:25, 3932:21, 3936:7, 3938:20, 3941:15, 3944:8, 3949:13, 3950:22, 3955:14, 3959:13, 3959:24, 3959:25, 3960:1, 3962:21, 3964:18, 3967:12, 3967:13, 3967:25, 3973:15, 3973:16, 3974:2, 3974:4, 3974:7, 3974:9, 3978:10, 3982:14, 3982:20, 3983:1, 3983:22, 3983:25, 3984:19, 3984:24, 3985:8, 3985:9, 3985:20, 3985:21, 3986:6, 3986:20, 3994:5, 3994:10, 3995:8, 3995:16, 3995:17, 3999:7, 4004:25, 4007:19, 4012:1, 4032:25
kindness [1] - 3922:22
kinds [11] - 3763:15, 3768:2, 3772:10, 3775:7, 3852:3, 3953:20, 3956:4, 3992:3, 3993:1, 3996:19, 3997:23
King [3] - 3848:23, 3948:24
kingpin [1] - 3961:22
Kings [1] - 3822:19
knife [2] - 3959:15, 4014:12
knock [4] - 3878:3, 3898:2, 3928:23
knocking [1] - 3907:11
knowing [5] - 3759:25, 3810:5, 3881:8, 3959:24, 3983:24
knowingly [2] - 3846:6, 3866:3
knowledge [6] - 3735:23, 3778:11, 3778:19, 3926:3, 3967:10, 3987:16
known [2] - 3736:1, 3771:11, 3782:6, 3782:8, 3827:22, 3859:3, 3905:21, 3909:7, 3918:5, 3940:11, 4014:4, 4014:5
knows [24] - 3859:22, 3864:8, 3887:10, 3890:21, 3890:22, 3890:25, 3895:11, 3895:15, 3895:16, 3898:13, 3907:19, 3913:12, 3914:3, 3914:5, 3920:11, 3940:19, 3958:1, 3969:24, 3972:9, 3990:24, 3991:12, 4001:14, 4028:23, 4029:9

## L

labeling [1] - 3942:15
lack [7] - 3955:23, 3983:2, 3983:3, 3985:3, 3985:21, 4024:7
ladies [1] - 4030:13
lady [9] - 3837:9, 3878:5, 3891:18, 3940:6, 3940:10, 3940:17, 3972:5, 3972:9, 3972:13
lady's [1] - 3835:23
Lafayette [1] - 3707:23
laid [1] - 3963:1
Lakeview [2] - 3837:6, 3839:17
lamp [1] - 3994:6
lancing [3] - 3857:18, 3857:24, 3858:2
land [1] - 3921:14
language [2] - 3829:23, 3846:1
lapses [1] - 3927:4
laptop [1] - 3829:7
large [10] - 3844:19, 3872:23, 3883:15, 3883:17, 3884:22, 3937:6, 3939:1, 3952:15, 3956:17, 3959:22
larger [1] - 3895:9
last [22] - 3720:18, 3720:25, 3721:10, 3722:17, 3724:9, 3732:2, 3737:19, 3755:2, 3762:22, 3808:4, 3827:21, 3876:1, 3924:4, 3928:17, 3928:19, 3935:10, 3939:17, 3969:8, 3982:20, 4001:7, 4024:17, 4030:15
lastly [1] - 3824:22
late [9] - 3711:21, 3711:24, 3825:7, 3924:4, 3935:8, 4000:16, 4026:7, 4030:13, 4033:6
latex [1] - 3839:12
laughed [3] - 3758:9, 3869:13, 3876:16, 3879:8, 3879:9
laughing [1] - 3910:21
laundromat [1] - 4004:22
lavish [1] - 3959:6
law [15] - 3829:15, 3833:11, 3845:2, 3845:5, 3907:13, 3921:7, 3932:10, 3971:23, 3971:24, 3981:12, 3982:11, 3983:8, 4001:23, 4022:17, 4031:23
law-abiding [2] - 3921:7, 4001:23
lawyer [16] - 3709:23, 3720:22, 3726:8, 3731:5, 3810:13, 3813:1, 3814:1, 3814:20, 3831:16, 3835:12, 3842:1, 3959:18, 3987:11, 3989:16, 3989:17, 3990:7
lawyers [5] - 3728:6, 3813:17, 3925:5, 3927:18, 3959:18, 3982:1, 3982:2
lay [3] - 3741:17, 3862:12, 3898:6
lays [1] - 3856:11
lead [3] - 3933:2, 3957:7, 4013:7
leader [5] - 3792:5, 3793:22, 3863:10, 3866:12, 3956:7
leaders [1] - 3757:2
leadership [4] - 3793:17, 3855:24, 3991:1, 3991:10

**leading** [2] - 3736:15, 3933:10

**leads** [3] - 3986:1, 3986:3, 3991:15

**leaf** [2] - 3911:1, 3922:22

**learn** [8] - 3759:15, 3795:23, 3796:1, 3849:11, 3909:15, 3982:21, 3989:17, 3994:18

**learned** [14] - 3783:24, 3849:13, 3854:13, 3854:19, 3854:25, 3856:2, 3860:4, 3905:20, 3949:18, 3963:7, 3963:12, 4007:1, 4016:25

**learning** [1] - 3844:5

**learns** [6] - 3962:25, 3964:2, 3965:13, 3967:8

**least** [10] - 3715:15, 3788:5, 3852:16, 3875:4, 3875:16, 3880:6, 3885:2, 3987:22, 4021:15, 4021:19

**leave** [14] - 3847:7, 3878:8, 3892:21, 3903:22, 3913:7, 3968:20, 3968:23, 3968:24, 3969:14, 3969:16, 3979:18, 4032:19, 4032:20

**leaves** [11] - 3720:5, 3860:2, 3874:25, 3891:24, 3898:25, 3905:2, 3906:15, 3906:16, 3969:23, 4012:13, 4033:8

**leaving** [3] - 3913:12, 3968:18, 3969:11

**led** [2] - 3866:14, 4003:11

**leeway** [1] - 3891:7

**left** [21] - 3720:23, 3722:16, 3770:10, 3770:18, 3775:25, 3776:1, 3806:22, 3838:1, 3842:11, 3842:12, 3857:17, 3858:11, 3896:2, 3900:18, 3904:14, 3915:24, 3929:9, 3930:24, 3969:25, 4031:2

**left-hand** [2] - 3770:10, 3806:22

**leg** [5] - 3915:22, 3915:23, 3915:24, 3915:25, 4010:18

**legal** [2] - 3731:20, 3817:25

**legally** [1] - 3722:1

**legs** [1] - 3914:23

**length** [4] - 3722:16, 3727:15, 3830:17, 3866:23

**lengthy** [3] - 3832:2, 3926:6, 3986:10

**leniency** [2] - 3986:9, 4002:22

**Leonard** [2] - 3930:8, 3960:3

**less** [7] - 3716:5, 3888:8, 3901:14, 3916:14, 3952:25, 3955:17, 4011:12

**letter** [41] - 3790:9, 3791:1, 3792:1, 3793:10, 3793:11, 3793:13, 3793:15, 3793:21, 3794:1, 3794:9, 3804:7, 3804:9, 3804:11, 3804:14, 3805:5, 3805:9, 3805:21, 3806:16, 3807:16, 3807:20, 3810:3, 3810:13, 3810:14, 3810:17, 3810:22, 3830:24, 3831:2, 3831:3, 3831:4, 3831:5, 3831:8, 3831:12, 3832:18, 3832:19, 3832:20, 3832:25, 3833:7, 3833:16, 3833:23, 3928:21

**letters** [4] - 3830:8, 3830:11, 3855:21, 3863:6

**levels** [1] - 3757:16

**Lewis** [60] - 3772:5, 3772:10, 3772:16, 3780:2, 3780:3, 3781:25, 3794:24, 3855:9, 3855:11, 3855:17, 3856:4, 3858:18, 3860:5, 3860:10, 3860:20, 3863:5, 3863:12, 3864:11, 3868:7, 3877:21, 3879:3, 3879:4, 3882:16, 3882:21, 3883:9, 3888:4, 3901:6, 3901:17, 3910:3, 3910:4, 3910:6, 3910:7, 3911:7, 3920:20, 3921:12, 3922:24, 3923:22, 3932:20, 3957:24, 3982:18, 3986:12, 3986:13, 3986:16, 3986:17, 3986:24, 3987:15, 3989:15, 3989:20, 3990:12, 3992:10, 3993:21, 3994:9, 4002:6, 4007:4, 4007:12, 4017:16, 4018:3, 4018:14, 4020:6, 4020:16

**Lewis's** [1] - 4007:2

**liability** [1] - 3712:15

**libbing** [3] - 3910:24, 4028:10

**liberty** [2] - 3713:21, 3765:25

**lie** [14] - 3713:15, 3760:21, 3813:15, 3923:15, 3923:16, 3992:19, 3995:21, 4012:1, 4013:2, 4015:1, 4015:17, 4015:23, 4026:16

**lied** [11] - 3810:5, 3810:7, 3923:6, 3924:20, 3981:4, 4003:20, 4009:20, 4014:23, 4015:20, 4015:25, 4027:25

**lies** [4] - 3933:7, 3978:6, 3980:17, 3981:15

**lieutenant** [3] - 3867:17, 4018:7, 4026:2

**Lieutenant** [1] - 3928:21

**lieutenants** [1] - 3936:15

**life** [51] - 3721:10, 3723:18, 3734:10, 3734:25, 3752:5, 3760:14, 3760:18, 3761:3, 3767:19, 3821:23, 3841:22, 3876:11, 3890:4, 3899:14, 3899:18, 3900:7, 3923:19, 3924:14, 3929:14, 3930:23, 3953:12, 3973:14, 3973:15, 3973:16, 3973:21, 3977:25, 3981:1, 3981:3, 3982:5, 3982:10, 3983:16, 3989:13, 3995:24, 3996:18, 3998:1, 3999:3, 4002:2, 4003:10, 4003:12, 4006:8, 4006:13, 4009:14, 4011:6, 4014:18, 4022:10, 4024:9, 4029:20, 4031:4

**lift** [1] - 3934:15

**light** [5] - 3893:25, 3894:8, 3894:11, 3928:25, 3980:19, 4017:17, 4028:15

**lightly** [1] - 4004:5

**lights** [5] - 3829:8, 3893:25, 3894:7, 3894:12, 3916:23

**lightweight** [1] - 3928:22

**likely** [1] - 3888:8

**limit** [1] - 3727:9

**limited** [1] - 3899:11

**limits** [2] - 3728:22, 3728:24

**Lincoln** [3] - 3873:8, 3904:21, 4021:21

**Linda** [5] - 3891:18, 3895:13, 3926:20, 3951:4, 4029:4

**line** [30] - 3819:17, 3858:24, 3860:17, 3891:15, 3898:22, 3902:17, 3903:9, 3906:11, 3936:14, 3938:2, 3941:22, 3941:25, 3942:2, 3942:3, 3942:9, 3942:12, 3942:17, 3951:20, 3954:15, 3963:17, 3964:19, 3964:20, 3964:22, 3965:6, 3967:17, 3968:3, 3968:19, 3991:6, 3991:8

**lineup** [10] - 3758:25, 3759:3, 3759:5, 3848:6, 3848:7, 3856:7, 3898:17, 3898:18, 3898:19, 3911:5

**lineups** [2] - 3855:22, 3856:4

**linked** [1] - 3831:23

**links** [2] - 4001:12, 4027:13

**liquor** [1] - 3862:17

**listed** [3] - 3856:6, 3919:10, 3919:13

**listen** [12] - 3730:2, 3856:1, 3869:19, 3869:20, 3869:22, 3913:2, 3940:7, 3983:15, 4010:15, 4012:3, 4012:5, 4012:6

**listened** [2] - 3842:4, 3935:8

**lit** [2] - 3894:8, 3980:19

**litany** [1] - 3928:16

**literally** [1] - 3997:13

**literature** [3] - 3759:13, 3759:15, 3928:15

**live** [12] - 3734:24, 3807:11, 3810:5, 3848:7, 3899:17, 3930:11, 3945:18, 3953:4, 3956:19, 3959:5, 3982:4, 3982:13

**lived** [13] - 3751:10, 3820:19, 3878:13, 3886:21, 3891:18, 3914:4, 3941:6, 3945:17, 3948:24, 3951:24, 3959:5, 3972:6, 4016:2

**lives** [15] - 3798:23, 3841:22, 3843:9, 3872:19, 3891:10, 3891:12, 3896:15, 3917:19, 3917:20, 3918:2, 3931:13, 3941:4, 3952:18, 3967:8, 3981:24

**living** [10] - 3734:25, 3763:6, 3763:7, 3763:10, 3763:18, 3763:22, 3952:21, 3981:25, 4007:17, 4021:16

**Livingston** [2] - 3978:25, 3979:7

**lobbies** [1] - 3882:10

**lobby** [43] - 3818:20, 3842:5, 3842:8, 3842:18, 3851:7, 3857:7, 3857:23, 3859:15, 3860:9, 3884:3, 3884:18, 3885:19, 3889:13, 3890:12, 3891:1, 3891:16, 3893:23, 3894:4, 3894:11, 3894:24, 3895:10, 3896:11, 3897:3, 3902:16, 3903:20, 3907:8, 3917:8, 3950:5, 3951:7, 3966:15, 3967:3, 3968:15, 3969:9, 3969:11, 3969:17, 3977:15, 4010:3, 4011:4, 4011:6, 4011:22, 4012:8, 4030:24

**located** [4] - 3767:4, 3770:6, 3770:8, 3770:15

**location** [7] - 3754:4, 3820:18, 3835:22, 3883:20, 3941:6, 3962:6, 3971:18

**locations** [3] - 3818:18, 3950:3,

4033:2
lock [4] - 3779:16, 3812:17, 3886:25, 3887:13
locked [12] - 3765:24, 3779:13, 3779:14, 3812:12, 3812:13, 3812:14, 3856:19, 3856:24, 3867:22, 3955:10, 3997:2
Loco [1] - 3858:12
logic [2] - 3985:7, 3992:7
long-time [1] - 3892:25
longest [1] - 3866:24
look [44] - 3713:9, 3725:17, 3725:22, 3758:5, 3770:6, 3770:10, 3789:6, 3834:14, 3844:16, 3864:3, 3879:11, 3882:6, 3883:15, 3885:3, 3892:17, 3894:15, 3894:18, 3894:19, 3894:21, 3896:21, 3898:19, 3906:22, 3914:15, 3914:24, 3916:14, 3922:14, 3930:11, 3932:23, 3939:9, 3939:19, 3941:10, 3941:16, 3941:23, 3948:13, 3957:2, 3957:3, 3957:10, 3978:2, 3991:4, 3991:23, 3996:9, 3996:13, 3996:14
looked [6] - 3842:5, 3843:5, 3886:9, 3980:21, 4009:12, 4015:5
looking [24] - 3712:24, 3750:3, 3817:23, 3829:12, 3855:14, 3860:23, 3878:20, 3879:16, 3896:10, 3899:14, 3899:18, 3911:23, 3912:1, 3917:24, 3918:23, 3932:1, 3932:2, 3940:9, 3941:22, 3950:11, 3958:20, 3960:1, 3974:16
looks [7] - 3770:21, 3861:9, 3878:25, 3886:6, 3895:24, 3972:11, 4028:13
loot [1] - 3861:9
Lorcin [3] - 3867:8, 3905:22, 3912:7
LORETTA [1] - 3707:17
lose [3] - 3814:17, 4006:6, 4018:20
loss [1] - 3836:10
lost [3] - 3948:14, 4002:1, 4018:19
Lou [2] - 3801:13
loud [4] - 3903:1, 3962:23, 3963:4, 4011:10
love [9] - 3771:14, 3779:2, 3808:3, 3808:9, 3808:10, 3808:13, 3808:23, 3999:4
loved [1] - 4009:11
low [2] - 3862:12, 3898:6
lower [3] - 3757:14, 3915:12, 3916:4
lowest [1] - 4017:10
loyal [1] - 4003:6
loyalty [3] - 3798:13, 3859:11, 4009:11
lucky [1] - 4014:11
lucrative [2] - 3958:20, 3958:23
lunch [10] - 3816:6, 3816:7, 3816:22, 3816:25, 3817:13, 3817:16, 3826:12, 3826:13, 3826:23, 3826:25
Lutheran [1] - 3909:18
Lydia [5] - 3896:12, 3896:15, 3896:17, 3896:18
lying [12] - 3803:2, 3840:21, 3980:12,

3980:14, 3980:20, 3980:23, 3982:5, 4005:4, 4006:4, 4007:5, 4015:17, 4020:17
LYNCH [1] - 3707:17

# M

M-Dot [28] - 3777:10, 3777:12, 3777:14, 3781:6, 3859:4, 3859:23, 3861:20, 3862:9, 3862:15, 3862:16, 3862:25, 3863:8, 3868:8, 3868:9, 3868:19, 3883:24, 3884:18, 3888:1, 3932:19, 4003:7, 4005:5, 4005:6, 4005:9, 4008:13
Mach [1] - 3849:23
machine [1] - 3849:23
Macho [8] - 3909:7, 3909:8, 3909:14, 3909:20, 3910:3, 3911:23, 3912:19, 3923:23
mad [9] - 3803:13, 3803:15, 3803:24, 3804:1, 3804:4, 3804:7, 3808:10, 3808:13, 4013:7
Mad [21] - 3755:20, 3759:20, 3766:20, 3766:21, 3766:25, 3767:4, 3767:8, 3767:13, 3786:2, 3786:4, 3786:12, 3795:19, 3795:21, 3851:23, 3856:9, 3863:10, 3863:13, 3863:20, 3911:4, 4003:4, 4003:17
magic [3] - 3729:11, 3981:19, 3994:6
magically [2] - 3955:16, 3981:18
Magistrate [2] - 3834:18, 3834:19
mailbox [1] - 3891:22
mailboxes [2] - 3894:14, 3896:19
main [3] - 3792:3, 3937:13
maintain [2] - 3883:20, 3936:12
maintaining [4] - 3884:2, 3884:3, 3889:11
major [3] - 3958:19, 3985:23
makeup [1] - 3847:6
man [27] - 3841:22, 3851:7, 3852:23, 3876:10, 3893:16, 3895:9, 3895:21, 3899:15, 3900:1, 3903:6, 3904:2, 3930:18, 3932:2, 3936:11, 3937:7, 3937:10, 3938:20, 3939:1, 3953:6, 3957:22, 3960:2, 3960:3, 3962:11, 3964:18, 3997:17, 3999:10, 4003:13
Man [2] - 3958:9, 3958:13
man's [1] - 3833:4
mandatory [2] - 3991:5, 3996:6
Manhattan [2] - 3763:7, 3850:5
manipulate [2] - 3843:4, 3921:9
manipulates [1] - 3931:8
manipulator [2] - 4014:13, 4014:20
Manny [7] - 3744:8, 3744:9, 3744:10, 3744:11, 3909:20, 3910:3, 3911:24
mantra [1] - 3948:10
manufactured [3] - 3865:6, 3865:11, 3865:12
map [7] - 3769:12, 3770:5, 3770:7,

3842:25, 3897:1, 3917:6, 3950:10
maps [1] - 3843:1
Marayag [2] - 3708:15, 4019:24
March [10] - 3836:15, 3938:6, 3938:9, 3938:13, 3974:17, 3974:18, 3974:25, 3977:4, 3977:6, 3977:8
marijuana [1] - 3980:1
Mario [1] - 3768:8
mark [1] - 3945:16
marked [15] - 3712:23, 3743:3, 3769:11, 3805:17, 3806:7, 3818:6, 3819:10, 3819:22, 3820:5, 3821:1, 3821:9, 3822:9, 3823:11, 3824:22, 3841:2
market [2] - 3857:2, 3958:23
MARSHAL [5] - 3709:10, 3711:6, 3713:11, 3714:15, 3761:22
marshal's [1] - 3806:24
Marshall [13] - 3782:4, 3858:18, 3862:16, 3863:4, 3868:12, 3868:16, 3881:25, 3882:16, 3884:12, 3920:20, 3957:24, 4006:21
Marshall's [1] - 3883:22
marshals [1] - 3709:9
Martello [7] - 3865:8, 3884:21, 3893:20, 3894:1, 3914:13, 3942:19, 3957:6
mask [2] - 3879:15, 3931:6
masks [7] - 3860:23, 3873:13, 3878:1, 3878:6, 3878:10, 3878:17, 3888:3
mass [1] - 3936:11
mass-murderer [1] - 3936:11
massive [3] - 3901:23, 3926:17, 3957:20
master [4] - 4008:22, 4014:12, 4014:14, 4014:19
mastermind [1] - 4009:19
match [3] - 3876:14, 3927:6, 3932:24
matches [12] - 3874:6, 3879:23, 3882:18, 3892:12, 3893:5, 3897:20, 3905:5, 3905:10, 3905:12, 3906:9, 3915:1, 3926:12, 3926:13
matching [1] - 3916:5
mate [1] - 3840:21
material [3] - 3850:1, 3899:7, 3952:4
materials [3] - 3836:16, 3837:1, 3838:5
matter [9] - 3723:23, 3724:17, 3725:1, 3727:19, 3730:19, 3872:24, 3892:15, 3965:8, 3985:15
matters [4] - 3719:12, 3727:12, 3879:16, 3883:20
Matthews [1] - 3856:9
mattress [1] - 3839:13
mature [1] - 3853:21
matures [1] - 3856:15
maximum [2] - 3714:3, 3718:8
MDC [3] - 3709:19, 3763:17, 3763:22
Meadows [1] - 3734:4
mean [47] - 3731:8, 3734:22, 3735:11,

3735:16, 3737:14, 3739:4, 3739:24, 3741:2, 3746:5, 3749:8, 3757:11, 3757:12, 3758:2, 3758:20, 3759:2, 3764:13, 3764:23, 3766:4, 3768:10, 3770:24, 3772:14, 3786:24, 3797:10, 3810:4, 3810:5, 3814:19, 3814:23, 3817:12, 3817:23, 3823:25, 3831:11, 3833:3, 3833:24, 3858:5, 3886:6, 3926:5, 3935:24, 3945:25, 3955:23, 3959:16, 3962:3, 3977:19, 3985:11, 4017:3, 4020:13

**meaning** [2] - 3739:23, 3859:9

**means** [29] - 3724:14, 3724:15, 3746:3, 3758:9, 3797:8, 3797:9, 3827:15, 3856:15, 3859:22, 3859:23, 3865:7, 3865:13, 3865:20, 3866:18, 3880:24, 3889:10, 3892:11, 3920:1, 3923:18, 3955:24, 3985:11, 3985:19, 3985:20, 4003:23, 4003:24, 4004:3, 4008:21, 4021:5

**meant** [2] - 3869:6, 3884:14

**measurement** [2] - 3914:14, 3914:24

**measurements** [1] - 3819:18

**mechanical** [1] - 3708:4

**media** [1] - 4033:1

**medical** [7] - 3892:5, 3892:6, 3892:17, 3892:19, 3905:12, 3905:14, 4027:17

**medicine** [1] - 3838:10

**medium** [5] - 3872:23, 3878:18, 3878:21, 3878:22, 3878:25

**medium-sized** [2] - 3872:23, 3878:18

**meet** [10] - 3782:24, 3805:12, 3813:22, 3882:22, 3882:23, 3890:19, 3979:19, 3987:10, 3987:16, 3990:18

**meeting** [17] - 3796:4, 3796:8, 3796:10, 3796:12, 3796:14, 3806:8, 3812:21, 3813:1, 3813:8, 3813:15, 3813:25, 3987:20, 3989:15, 4007:6, 4020:2

**meets** [2] - 3882:23, 4020:3

**Meischner** [2] - 3873:3, 3873:4

**Mejia** [5] - 3744:6, 3782:6, 3795:2, 3861:16, 4018:7

**member** [11] - 3759:13, 3766:17, 3766:25, 3767:12, 3767:13, 3786:10, 3786:22, 3838:2, 3920:22, 4005:9, 4019:5

**Members** [2] - 3732:22, 3826:11

**members** [6] - 3841:13, 3847:10, 3864:21, 3920:18, 4004:16, 4031:21

**memories** [1] - 3852:11

**memory** [2] - 3740:12, 3927:4

**men** [3] - 3841:21, 4003:19

**mention** [6] - 3713:23, 3713:24, 3724:11, 4004:10, 4005:2

**mentioned** [10] - 3724:12, 3858:3, 3895:14, 3896:12, 3909:10, 3919:11, 3941:18, 3953:2, 3999:20, 4025:5

**mentioning** [1] - 3974:9

**mentor** [1] - 4029:10

**mere** [1] - 3723:15

**mess** [3] - 3838:25, 3871:24, 4010:9

**message** [1] - 3987:12

**messages** [2] - 3917:13

**messed** [2] - 3949:22, 3978:17

**messy** [1] - 3949:13

**met** [14] - 3721:2, 3734:15, 3734:16, 3735:8, 3782:21, 3789:18, 3805:10, 3812:20, 3865:16, 3985:5, 4008:19, 4029:12

**methods** [5] - 3856:15, 3866:19, 3992:21, 3993:3

**Michelle** [7] - 3978:7, 3978:8, 3979:9, 3979:10, 3980:16, 3980:23

**middle** [7] - 3852:25, 3911:17, 3935:11, 3940:7, 3962:4, 3978:1, 3990:22

**might** [36] - 3711:1, 3713:13, 3722:20, 3729:10, 3729:12, 3732:1, 3760:25, 3814:12, 3818:1, 3827:25, 3832:8, 3846:24, 3855:12, 3859:12, 3862:8, 3866:23, 3871:25, 3894:18, 3907:7, 3914:9, 3916:18, 3922:1, 3927:15, 3931:13, 3953:17, 3953:18, 3954:18, 3955:15, 3973:11, 3984:8, 3986:5, 4003:15, 4023:3, 4025:2

**millimeter** [3] - 3863:1, 3867:8, 3919:24

**millions** [1] - 3959:10

**Mind** [2] - 3891:20, 3895:22

**mind** [13] - 3718:24, 3728:9, 3805:25, 3882:7, 3899:12, 3931:4, 3935:17, 4010:11, 4013:16, 4013:17, 4017:4, 4018:14

**minds** [1] - 3724:18

**minimal** [1] - 3865:15

**minimum** [4] - 3714:2, 3718:7, 3991:6, 3996:6

**minor** [1] - 3959:13

**minute** [9] - 3725:16, 3770:6, 3869:17, 3880:8, 3933:20, 3978:8, 3999:14, 4000:9, 4006:23

**minutes** [24] - 3710:2, 3710:23, 3714:17, 3715:14, 3717:17, 3725:17, 3732:4, 3732:8, 3762:2, 3776:21, 3816:17, 3816:18, 3816:21, 3816:22, 3826:23, 3835:16, 3846:23, 3916:15, 3934:2, 3960:14, 3969:12, 3969:20, 3975:10, 4000:3

**misdemeanor** [2] - 3725:2, 3725:8

**misremembering** [1] - 3916:25

**miss** [1] - 3987:2

**misses** [1] - 3987:1

**missiles** [1] - 3995:17

**misspoke** [1] - 3917:4

**mistrial** [2] - 3830:18, 3832:11

**misunderstanding** [1] - 3714:5

**misunderstood** [1] - 3754:16

**Mito** [2] - 3962:23, 3963:13

**mobile** [1] - 3949:3

**model** [1] - 3771:23

**modes** [1] - 3866:19

**mom's** [2] - 3820:17, 3878:1

**moment** [23] - 3711:25, 3724:2, 3724:11, 3740:1, 3741:4, 3743:11, 3761:10, 3833:6, 3846:8, 3866:8, 3896:13, 3905:3, 3910:10, 3915:8, 3977:25, 3982:13, 3982:14, 3982:15, 3982:19, 4011:20, 4022:2, 4026:4, 4027:19

**money** [46] - 3743:4, 3807:24, 3808:6, 3843:7, 3852:14, 3854:16, 3854:18, 3856:16, 3858:15, 3860:14, 3861:5, 3873:17, 3887:7, 3887:9, 3901:21, 3931:1, 3952:23, 3956:4, 3956:8, 3956:9, 3956:12, 3956:18, 3956:21, 3958:3, 3958:4, 3958:21, 3959:9, 3959:20, 3959:23, 3959:25, 3962:4, 3962:8, 3977:17, 4005:22, 4010:22, 4010:23, 4016:23, 4021:3, 4021:4, 4021:9, 4021:14, 4022:8, 4022:23, 4025:11, 4031:6

**monitor** [2] - 3729:13, 3729:21

**monitoring** [1] - 3729:7

**monkey** [1] - 3929:3

**monster** [3] - 3936:9, 3965:17, 3974:11

**month** [12] - 3769:3, 3842:4, 3844:11, 3847:19, 3848:6, 3929:1, 3959:7, 3976:7, 3990:22, 4007:10, 4016:7, 4028:6

**monthly** [3] - 3957:9, 3957:10, 3957:12

**months** [11] - 3725:8, 3736:15, 3737:11, 3820:13, 3836:11, 3867:1, 3911:13, 3928:17, 3928:20, 3951:9, 3970:5, 3974:25, 3977:5, 3986:25, 3987:9, 3989:23, 3991:18

**Moore** [10] - 3871:7, 3871:15, 3871:18, 3871:21, 3872:4, 3872:12, 3873:2, 3873:4, 3873:6

**Moose** [33] - 3743:23, 3744:4, 3744:7, 3782:6, 3860:22, 3861:17, 3862:9, 3862:14, 3867:16, 3872:3, 3878:9, 3878:23, 3878:25, 3879:6, 3879:7, 3880:2, 3880:5, 3887:24, 3901:18, 3909:15, 3909:17, 3910:1, 3910:2, 3910:6, 3910:17, 3910:20, 4004:1, 4018:8, 4020:20, 4020:22, 4025:16

**Moose's** [1] - 3912:11

**morally** [1] - 3995:12

**morals** [5] - 3803:2, 3803:3, 3808:1, 3810:4, 4005:13

**morning** [39] - 3708:13, 3708:16, 3708:17, 3711:9, 3711:10, 3715:4, 3715:11, 3715:18, 3732:22, 3732:23, 3733:16, 3733:17, 3741:24, 3741:25, 3742:5, 3763:4, 3763:5, 3827:25, 3843:6, 3859:5, 3861:21, 3863:8, 3868:9, 3869:13, 3879:14, 3890:18,

3894:10, 3903:18, 3903:19, 3917:5, 3934:1, 3999:23, 4003:7, 4029:3, 4031:22, 4032:2, 4033:6, 4034:6
**most** [17] - 3849:6, 3856:22, 3877:24, 3901:13, 3906:13, 3922:7, 3926:8, 3926:17, 3952:17, 3960:9, 3962:14, 3981:6, 3992:23, 3997:24, 4001:16, 4005:18, 4028:11
**mother** [5] - 3750:2, 3820:19, 3849:20, 3948:14, 4018:20
**mother's** [4] - 3750:1, 3849:19, 3852:19, 4021:18
**motion** [2] - 3830:18, 3832:12
**motivate** [1] - 3953:17
**motivated** [1] - 3952:1
**motivation** [2] - 3994:22, 4006:12
**motive** [5] - 3972:18, 3974:5, 4011:9, 4011:10, 4013:1
**motives** [1] - 3953:20
**motorcycles** [1] - 3958:25
**mountainous** [1] - 3983:1
**mouth** [5] - 3840:23, 3854:8, 3902:22, 3961:19, 3966:25
**mouthing** [2] - 3964:8, 3965:5
**move** [9] - 3754:24, 3826:21, 3866:12, 3891:1, 3918:10, 3938:5, 3955:2, 3956:21, 4002:15
**movement** [3] - 3838:18, 3839:6, 3933:2
**moves** [1] - 3914:6
**moving** [6] - 3725:25, 3858:17, 3861:5, 3883:7, 3907:15, 3924:6
**MR** [288] - 3708:13, 3708:17, 3708:21, 3709:1, 3709:3, 3709:7, 3709:20, 3710:1, 3710:6, 3710:12, 3710:17, 3710:19, 3710:21, 3710:25, 3711:10, 3711:12, 3711:15, 3711:18, 3711:21, 3712:2, 3712:9, 3712:19, 3712:21, 3712:24, 3713:2, 3713:3, 3713:7, 3713:21, 3714:7, 3714:10, 3714:13, 3714:18, 3715:1, 3715:8, 3715:25, 3716:4, 3716:7, 3716:10, 3716:19, 3716:21, 3716:25, 3717:1, 3717:3, 3717:8, 3717:10, 3718:3, 3718:6, 3718:11, 3718:17, 3718:22, 3718:25, 3719:2, 3719:6, 3719:11, 3719:16, 3719:19, 3719:24, 3720:2, 3720:6, 3720:12, 3720:24, 3721:2, 3721:7, 3721:12, 3721:16, 3721:21, 3722:4, 3722:12, 3723:11, 3723:14, 3723:20, 3723:23, 3724:4, 3724:9, 3724:25, 3725:4, 3725:5, 3725:7, 3725:15, 3725:19, 3725:20, 3726:3, 3726:6, 3726:8, 3727:5, 3727:15, 3727:16, 3727:23, 3728:1, 3728:3, 3728:11, 3728:13, 3728:17, 3729:2, 3729:3, 3729:6, 3729:20, 3729:23, 3730:5, 3731:9, 3731:14, 3731:18, 3731:23, 3731:24, 3732:1, 3732:4, 3732:8, 3732:13, 3732:15, 3733:1, 3733:15,

3735:12, 3740:1, 3741:4, 3741:19, 3747:4, 3747:9, 3748:13, 3749:18, 3750:4, 3752:14, 3752:19, 3752:24, 3753:8, 3754:5, 3754:10, 3754:15, 3756:5, 3757:4, 3758:15, 3759:11, 3759:21, 3760:2, 3760:9, 3761:10, 3761:12, 3762:2, 3762:3, 3762:15, 3763:1, 3763:3, 3768:12, 3768:14, 3769:10, 3769:20, 3771:18, 3775:2, 3777:1, 3777:3, 3777:7, 3777:19, 3777:22, 3777:24, 3778:2, 3778:6, 3779:4, 3779:20, 3780:6, 3780:21, 3780:23, 3781:2, 3782:10, 3782:16, 3784:18, 3785:1, 3785:7, 3785:11, 3787:5, 3788:16, 3789:11, 3790:1, 3791:3, 3791:4, 3791:8, 3791:18, 3791:19, 3793:3, 3793:18, 3794:5, 3794:12, 3795:1, 3800:10, 3803:19, 3805:15, 3805:23, 3805:25, 3806:1, 3806:4, 3806:18, 3809:10, 3810:2, 3815:13, 3815:15, 3815:24, 3816:14, 3816:16, 3816:19, 3817:2, 3817:3, 3817:7, 3817:12, 3817:17, 3817:23, 3818:5, 3818:8, 3819:5, 3819:9, 3819:25, 3820:4, 3821:4, 3821:8, 3822:4, 3822:8, 3823:6, 3823:10, 3823:25, 3824:3, 3824:4, 3824:7, 3824:8, 3824:9, 3824:22, 3825:16, 3825:20, 3825:22, 3826:1, 3826:6, 3826:9, 3827:12, 3827:18, 3828:1, 3829:7, 3829:10, 3829:17, 3829:20, 3829:25, 3830:3, 3830:4, 3830:22, 3831:4, 3831:11, 3832:1, 3832:10, 3832:13, 3832:16, 3832:22, 3832:24, 3833:14, 3833:20, 3834:6, 3834:7, 3834:10, 3834:12, 3834:15, 3834:18, 3834:20, 3834:25, 3835:3, 3841:7, 3841:10, 3841:17, 3851:1, 3871:2, 3874:19, 3885:10, 3886:5, 3889:1, 3909:1, 3926:2, 3930:3, 3934:8, 3934:18, 3934:22, 3935:3, 3935:5, 3935:6, 3935:8, 3937:1, 3951:1, 3964:2, 3977:1, 3989:1, 3999:2, 4009:1, 4015:15, 4034:8, 4035:7, 4035:18
**MS** [43] - 3716:14, 3722:11, 3723:4, 3723:8, 3723:21, 3723:25, 3724:5, 3725:3, 3725:8, 3725:10, 3726:2, 3732:10, 3735:1, 3739:15, 3740:6, 3740:22, 3741:21, 3741:23, 3748:16, 3751:1, 3752:15, 3754:3, 3754:8, 3754:13, 3754:16, 3754:20, 3754:24, 3755:2, 3755:4, 3761:8, 4000:9, 4000:13, 4000:16, 4000:25, 4001:2, 4001:3, 4001:6, 4009:3, 4013:1, 4015:17, 4024:1, 4035:9, 4035:20
**multi** [1] - 3881:3
**multi-person** [1] - 3881:3
**Murda** [16] - 3775:13, 3776:2, 3776:7, 3776:8, 3783:5, 3783:12, 3783:14, 3783:17, 3930:8, 3930:9, 3930:10,

3938:18, 3938:22, 3958:7, 3958:12, 3960:4
**murder** [144] - 3723:17, 3728:23, 3734:8, 3752:9, 3752:17, 3752:20, 3752:22, 3753:2, 3753:3, 3753:6, 3754:6, 3760:12, 3842:13, 3842:15, 3843:10, 3847:12, 3847:20, 3848:8, 3851:7, 3853:2, 3854:21, 3854:24, 3861:11, 3864:23, 3875:9, 3875:11, 3875:12, 3875:13, 3875:14, 3875:23, 3876:17, 3876:18, 3880:12, 3887:22, 3889:5, 3889:10, 3889:14, 3889:17, 3889:19, 3889:20, 3889:22, 3890:1, 3890:13, 3890:15, 3891:21, 3893:4, 3895:12, 3896:20, 3897:22, 3898:15, 3898:20, 3899:1, 3899:22, 3900:19, 3902:5, 3902:8, 3902:9, 3902:10, 3902:11, 3902:13, 3903:19, 3904:1, 3904:7, 3904:8, 3904:21, 3905:5, 3905:12, 3906:1, 3906:20, 3907:2, 3907:7, 3907:8, 3908:2, 3908:5, 3909:4, 3909:5, 3909:7, 3909:11, 3909:12, 3909:14, 3913:8, 3916:10, 3916:15, 3917:6, 3918:24, 3918:25, 3919:4, 3922:21, 3923:22, 3932:9, 3933:5, 3933:6, 3933:12, 3933:13, 3939:15, 3940:25, 3941:20, 3949:11, 3951:2, 3952:2, 3952:6, 3958:22, 3960:7, 3960:8, 3960:10, 3960:13, 3961:3, 3961:7, 3965:21, 3967:1, 3967:11, 3968:9, 3971:5, 3973:6, 3974:6, 3975:24, 4004:15, 4010:3, 4010:17, 4010:25, 4011:19, 4012:9, 4012:17, 4013:10, 4014:8, 4016:17, 4016:20, 4017:7, 4019:4, 4024:20, 4029:23, 4030:3, 4030:25
**murdered** [15] - 3841:23, 3842:10, 3852:21, 3869:12, 3876:11, 3880:8, 3900:17, 3919:6, 3933:7, 3951:7, 3964:7, 4002:4, 4009:16, 4016:14, 4031:1
**murderer** [4] - 3936:11, 3976:8, 3984:8, 4026:25
**murdering** [3] - 3752:23, 3754:8, 4006:5
**Murderous** [10] - 3755:20, 3759:20, 3786:12, 3851:23, 3856:9, 3863:9, 3863:20, 3911:4, 4003:4, 4003:17
**murders** [6] - 3843:21, 3889:8, 3921:11, 3923:20, 3923:21, 3931:19
**Musa** [16] - 3782:4, 3858:18, 3862:6, 3862:15, 3862:16, 3863:4, 3868:12, 3868:16, 3881:24, 3882:16, 3883:22, 3884:12, 3920:20, 3957:24, 4006:21
**muscle** [6] - 3860:14, 3861:16, 3862:16, 3897:23, 4007:24, 4026:3
**Music** [5] - 3885:18, 3916:1, 3939:25, 4003:10
**music** [18] - 3771:14, 3775:8, 3775:9, 3874:1, 3910:25, 3929:12, 3929:22,

3930:4, 3930:13, 3938:17, 3938:23, 3962:23, 3963:4, 3972:22, 3975:6, 3996:19, 4026:1, 4028:8
**must** [7] - 3717:12, 3835:10, 3845:18, 3928:4, 3943:2, 3943:3, 3958:2

# N

**nail** [1] - 4027:4
**naive** [1] - 3995:9
**name** [22] - 3717:2, 3733:9, 3742:1, 3744:7, 3746:4, 3751:8, 3751:12, 3762:20, 3762:22, 3772:5, 3775:17, 3781:3, 3806:22, 3873:10, 3873:16, 3874:14, 3889:15, 3952:5, 3952:11, 3958:9, 3970:7, 4022:11
**named** [17] - 3735:24, 3736:6, 3736:16, 3744:11, 3798:15, 3799:2, 3801:5, 3820:22, 3851:14, 3852:22, 3858:12, 3940:1, 3959:4, 3970:12, 4008:23, 4008:24, 4009:4
**names** [1] - 3842:1
**naming** [1] - 3879:23
**Naquan** [3] - 3848:23, 3849:10, 3948:23
**narcotics** [16] - 3715:18, 3773:18, 3850:1, 3855:16, 3900:22, 3905:16, 3956:8, 3956:17, 3972:1, 3985:12, 3985:14, 3985:15, 3985:16, 3985:22, 3985:25, 3991:6
**narrative** [5] - 3944:19, 3946:4, 3947:10, 3949:6, 4017:16
**narrow** [1] - 3906:4
**nature** [1] - 3734:20
**navigator** [1] - 4021:21
**Navigator** [12] - 3871:23, 3873:1, 3873:8, 3873:9, 3873:12, 3877:25, 3904:21, 3905:2, 3906:16, 3959:3, 3971:17, 4022:12
**NBA** [1] - 3807:8
**near** [7] - 3728:20, 3872:1, 3876:15, 3882:23, 3911:6, 3918:1, 4028:10
**neat** [2] - 3843:25, 3949:21
**necessarily** [4] - 3832:4, 3876:20, 3954:24, 3955:2
**necessary** [1] - 4031:24
**neck** [6] - 3743:17, 3891:22, 3892:4, 3892:13, 3900:18, 4010:12
**need** [24] - 3715:6, 3715:7, 3715:14, 3715:17, 3715:18, 3715:19, 3720:21, 3725:25, 3726:8, 3728:1, 3730:22, 3816:24, 3817:19, 3829:8, 3863:14, 3866:10, 3881:21, 3884:17, 3900:7, 3907:15, 3934:16, 3934:21, 4021:21, 4021:24
**needed** [1] - 3849:5
**needs** [11] - 3730:18, 3829:6, 3883:20, 3885:21, 3897:23, 3897:24, 3898:4, 3898:5, 3920:11, 3934:15, 3977:17

**negative** [3] - 3773:19, 3773:20, 4024:5
**neighborhood** [22] - 3716:7, 3733:24, 3735:18, 3744:20, 3744:24, 3802:21, 3856:21, 3857:1, 3864:14, 3868:24, 3872:20, 3887:10, 3891:4, 3895:16, 3911:2, 3932:21, 3939:13, 3939:23, 3941:16, 3970:7, 3975:5, 4029:14
**neighborhoods** [2] - 3736:18, 3882:13
**neighbors** [2] - 3997:1, 4032:22
**neon** [1] - 3980:19
**nephew** [1] - 3868:13
**nerves** [1] - 3925:4
**nervous** [1] - 4004:7
**Nesto** [3] - 3848:24, 3849:10, 4016:4
**NEUMAN** [59] - 3707:25, 3722:12, 3723:14, 3723:20, 3723:23, 3724:4, 3724:9, 3724:25, 3725:5, 3725:19, 3726:8, 3727:15, 3727:23, 3728:1, 3728:3, 3729:3, 3732:8, 3733:1, 3733:15, 3735:12, 3740:1, 3741:4, 3741:19, 3747:4, 3747:9, 3748:13, 3749:18, 3750:4, 3752:14, 3752:19, 3752:24, 3753:8, 3754:5, 3754:10, 3754:15, 3756:5, 3757:4, 3758:15, 3759:11, 3759:21, 3760:2, 3760:9, 3761:10, 3761:12, 3816:19, 3818:5, 3818:8, 3819:9, 3820:4, 3821:8, 3822:8, 3823:10, 3824:3, 3824:7, 3824:9, 3824:22, 3825:20, 3829:17, 4035:7
**Neuman** [20] - 3708:18, 3712:25, 3723:9, 3725:15, 3727:5, 3727:9, 3727:20, 3732:7, 3818:4, 3818:10, 3819:15, 3820:9, 3821:14, 3822:14, 3823:17, 3825:3, 3835:7, 3927:18, 3936:19, 3942:24
**never** [31] - 3724:4, 3772:19, 3772:21, 3773:7, 3776:24, 3791:10, 3805:1, 3805:4, 3806:9, 3807:24, 3811:4, 3825:10, 3833:23, 3966:8, 3973:2, 3975:15, 3975:16, 3975:20, 3979:5, 3979:6, 3979:8, 3980:12, 3985:14, 3985:15, 3988:2, 3993:24, 4005:23, 4014:4, 4014:5
**Nevins** [3] - 3740:14, 3741:13, 3746:10, 3751:10, 3842:18, 3939:2, 3939:15
**new** [9] - 3808:5, 3864:13, 3883:10, 3891:3, 3891:4, 3891:1, 3922:22, 3958:22, 3989:16
**NEW** [1] - 3707:1
**New** [23] - 3707:7, 3707:20, 3707:24, 3708:2, 3711:22, 3818:14, 3822:19, 3836:3, 3836:8, 3837:3, 3839:9, 3839:14, 3840:15, 3862:11, 3865:6, 3865:7, 3865:12, 3917:19, 3917:20, 3921:19, 3948:15, 3952:17
**Newark** [1] - 3931:22
**news** [1] - 3991:7

**next** [51] - 3708:25, 3719:15, 3726:18, 3728:20, 3732:24, 3749:20, 3753:10, 3754:25, 3761:21, 3762:1, 3762:14, 3774:17, 3780:24, 3790:12, 3792:9, 3807:16, 3809:12, 3826:23, 3827:22, 3850:8, 3866:13, 3868:16, 3870:8, 3872:9, 3893:17, 3896:24, 3907:5, 3908:8, 3915:6, 3915:18, 3928:5, 3928:25, 3945:14, 3950:13, 3950:25, 3955:6, 3963:18, 3969:10, 3970:23, 3976:7, 3988:5, 3990:11, 3998:3, 4012:13, 4019:8, 4023:18, 4027:4, 4029:2, 4032:15, 4033:9
**NGG** [1] - 3707:4
**nice** [3] - 3710:18, 3959:2, 3986:23
**NICHOLAS** [3] - 3707:12, 3934:5, 4000:7
**nickname** [3] - 3758:23, 3765:8, 4008:21
**nigga** [1] - 3808:5
**niggaz** [6] - 3807:23, 3807:24, 3808:2, 3808:4, 3808:7
**night** [19] - 3753:7, 3773:25, 3774:7, 3774:13, 3775:14, 3827:7, 3894:6, 3897:8, 3903:21, 3913:5, 3916:10, 3918:10, 3918:13, 4000:2, 4000:4, 4004:21, 4032:12, 4032:21
**nights** [1] - 4018:18
**Nine** [4] - 3900:22, 3901:10, 3901:11, 3902:2
**nine** [11] - 3764:2, 3819:19, 3837:15, 3863:1, 3867:8, 3880:2, 3880:4, 3919:24, 3978:18, 3991:6, 4001:24
**nine-millimeter** [3] - 3863:1, 3867:8, 3919:24
**nineties** [1] - 3952:18
**NITZE** [24] - 3707:18, 3716:4, 3716:7, 3727:5, 3727:16, 3729:2, 3829:7, 3830:22, 3831:11, 3832:13, 3832:16, 3832:22, 3832:24, 3834:6, 3841:17, 3851:1, 3871:2, 3874:19, 3885:10, 3886:5, 3889:1, 3909:1, 3926:2, 3930:3
**Nitze** [35] - 3708:14, 3715:25, 3716:2, 3818:12, 3819:13, 3820:8, 3821:12, 3822:12, 3823:15, 3825:1, 3833:24, 3834:1, 3835:5, 3936:6, 3937:4, 3937:18, 3939:6, 3939:24, 3940:4, 3940:14, 3941:17, 3943:25, 3953:2, 3955:8, 3964:7, 3966:11, 3981:20, 3982:22, 3983:18, 4002:21, 4002:22, 4003:9, 4026:5, 4026:17, 4027:21
**nobody** [7] - 3858:24, 3923:11, 3938:25, 3961:8, 4002:5
**Nobody's** [1] - 3931:24
**noise** [1] - 3714:24
**none** [4] - 3732:15, 3857:18, 3932:15, 3959:8
**nonsense** [9] - 3838:3, 3854:2, 3854:3, 3879:14, 4005:7, 4005:12, 4029:7, 4030:8

**nonsensical** [1] - 3975:9
**normal** [1] - 3826:17
**north** [2] - 3950:13
**note** [2] - 3712:5, 3844:13
**noted** [1] - 3837:18
**notes** [7] - 3844:1, 3975:19, 4015:6, 4030:16, 4031:24, 4031:25, 4032:20
**nothing** [22] - 3710:12, 3721:3, 3729:25, 3741:16, 3758:13, 3772:12, 3780:21, 3791:21, 3803:6, 3809:10, 3929:13, 3957:3, 3958:7, 3959:21, 3960:21, 3966:18, 3982:1, 4006:6, 4020:14, 4021:18, 4034:8
**notice** [2] - 3947:7, 3947:8
**noticed** [2] - 4025:13, 4028:12
**notion** [1] - 3932:3
**notwithstanding** [2] - 3990:7, 4032:12
**November** [7] - 3821:15, 3838:9, 3838:11, 3909:6, 3909:15, 3977:23, 3978:3
**nowhere** [1] - 3897:8
**number** [25] - 3717:13, 3755:8, 3806:24, 3806:25, 3823:19, 3823:20, 3823:21, 3824:11, 3844:15, 3865:1, 3865:18, 3866:3, 3869:9, 3883:10, 3884:10, 3906:5, 3906:7, 3907:25, 3908:1, 3918:12, 3920:21, 3966:4, 3983:19, 3983:20
**numbers** [8] - 3844:16, 3863:24, 3883:9, 3906:3, 3906:4, 3906:6, 3996:14, 3996:16
**numerous** [1] - 3860:19
**nutshell** [1] - 3993:2
**Nuñez** [2] - 3822:15, 3822:21
**NY** [1] - 3707:24
**NYPD** [1] - 3873:3

**O**

**o'clock** [3] - 3707:9, 3753:7, 3827:7
**oak** [7] - 3971:10, 3971:13, 4013:25, 4014:1, 4014:2
**oath** [8] - 3713:15, 3714:11, 3718:13, 3759:19, 3760:5, 3760:21, 3863:9, 3928:4
**obey** [8] - 3836:14, 3838:14, 3838:17, 3838:21, 3839:3, 3839:5, 3840:10, 3840:13
**object** [6] - 3785:11, 3791:9, 3792:3, 3831:22, 3833:2, 3927:24
**objected** [2] - 3833:20, 3833:21
**objecting** [2] - 3792:1, 3810:14
**objection** [66] - 3721:12, 3735:1, 3739:15, 3740:6, 3740:22, 3747:4, 3747:9, 3749:18, 3750:4, 3752:14, 3752:19, 3752:24, 3753:8, 3754:21, 3756:5, 3757:4, 3757:7, 3758:15, 3759:11, 3759:21, 3760:2, 3760:9, 3768:12, 3768:14, 3771:18, 3777:1,
3777:23, 3778:2, 3779:4, 3779:20, 3780:6, 3782:10, 3782:16, 3784:18, 3784:19, 3785:1, 3785:7, 3787:5, 3788:16, 3789:11, 3790:1, 3791:3, 3791:7, 3792:8, 3793:18, 3794:5, 3794:12, 3795:1, 3800:10, 3803:19, 3806:3, 3819:4, 3819:24, 3821:3, 3821:4, 3822:3, 3823:5, 3824:20, 3825:15, 3826:4, 3841:6, 3841:7, 3989:18, 4009:1, 4015:15
**objections** [9] - 3793:6, 3793:11, 3817:25, 3830:9, 3830:12, 3831:7, 3832:17, 3833:17
**objective** [1] - 3960:23
**objectively** [1] - 3961:8
**obligation** [1] - 4027:20
**obligations** [1] - 3719:12
**obliterated** [1] - 3932:25
**observations** [1] - 3937:6
**observe** [1] - 3771:15
**observed** [2] - 3775:10, 4024:25
**observed'** [1] - 3840:17
**obstructing** [1] - 3838:14
**obstruction** [4] - 3854:20, 3854:21, 3898:15
**obvious** [2] - 3866:7, 3994:8
**obviously** [12] - 3720:14, 3844:9, 3864:1, 3869:6, 3903:2, 3910:11, 3916:2, 3923:25, 3939:3, 3943:13, 3945:14, 3982:1
**occasion** [5] - 3727:21, 3747:25, 3748:7, 3837:11, 3839:22
**occur** [1] - 3917:15
**occurred** [2] - 3708:11, 3896:20
**occurs** [2] - 4012:9, 4033:8
**ocean** [1] - 3808:3
**October** [20] - 3764:15, 3764:19, 3765:21, 3766:1, 3782:18, 3788:7, 3825:9, 3846:21, 3862:24, 3911:15, 3941:9, 3948:17, 3948:20, 3956:6, 3977:20, 3978:3, 3990:22, 3991:15, 3997:3, 4008:7, 4008:12, 4025:15, 4025:19
**odd** [2] - 3869:9, 3935:22
**Oder** [2] - 3978:14, 3979:2
**OF** [3] - 3707:1, 3707:4, 3707:12
**offended** [1] - 3973:2
**offense** [5] - 3791:13, 3832:2, 3871:4, 3876:8
**offenses** [1] - 3875:22
**offensive** [1] - 3874:10
**offer** [9] - 3757:21, 3757:24, 3805:23, 3819:2, 3819:22, 3821:1, 3822:1, 3824:17, 3825:13
**offers** [2] - 3823:3, 3841:5
**office** [3] - 3873:7, 3978:25, 4027:10
**Officer** [8] - 3822:15, 3822:21, 3911:16, 3911:18, 3912:5, 3912:8, 4015:4, 4021:22
**officer** [27] - 3743:2, 3743:4, 3837:3,
3839:9, 3839:14, 3839:23, 3840:1, 3840:14, 3840:21, 3837:7, 3913:12, 3914:6, 3941:24, 3943:13, 3946:20, 3947:4, 3978:7, 3978:22, 3979:4, 3979:19, 3980:10, 3980:11, 3983:13, 4014:22, 4015:10, 4015:12, 4024:24
**officer's** [2] - 3840:18, 3941:24
**officers** [6] - 3818:14, 3818:16, 3860:11, 3907:13, 3949:20, 3981:4
**officials** [1] - 3981:5
**offshore** [1] - 3959:20
**often** [7] - 3735:13, 3769:1, 3939:22, 3952:24, 3981:24, 4001:16, 4001:18
**old** [8] - 3733:18, 3733:20, 3736:13, 3737:25, 3764:1, 3773:12, 3773:15, 3891:25
**old]** [1] - 3837:15
**older** [5] - 3734:22, 3856:21, 3891:18, 3897:7, 3900:6, 3953:6, 3962:22
**Olmstead** [5] - 3782:8, 3795:6, 3868:13, 3881:24, 3957:25
**Olmstead's** [2] - 3862:3, 4025:7
**Omar** [4] - 4029:9, 4029:10, 4030:4, 4030:7
**omit** [1] - 3729:11
**once** [7] - 3709:17, 3714:19, 3715:16, 3749:24, 3876:6, 3887:3, 4015:25
**one** [145] - 3712:24, 3715:9, 3715:11, 3716:9, 3717:13, 3721:17, 3722:23, 3724:9, 3727:21, 3732:2, 3737:15, 3740:1, 3741:4, 3743:2, 3747:25, 3748:6, 3761:10, 3767:20, 3777:22, 3801:11, 3807:25, 3816:23, 3819:19, 3821:16, 3826:24, 3830:4, 3835:1, 3837:14, 3839:10, 3843:23, 3846:17, 3854:17, 3856:3, 3856:7, 3857:1, 3858:19, 3858:20, 3861:9, 3862:12, 3867:6, 3867:7, 3867:10, 3868:20, 3869:10, 3872:13, 3873:21, 3876:2, 3878:18, 3878:19, 3878:24, 3880:5, 3880:6, 3880:7, 3881:3, 3881:6, 3882:1, 3882:18, 3883:8, 3883:12, 3883:22, 3885:17, 3887:21, 3887:22, 3887:24, 3887:25, 3888:1, 3889:20, 3892:8, 3912:15, 3894:16, 3894:17, 3894:21, 3895:11, 3895:19, 3897:7, 3903:9, 3907:24, 3909:20, 3911:10, 3911:21, 3912:16, 3915:4, 3915:6, 3915:18, 3915:21, 3918:12, 3919:5, 3919:16, 3920:3, 3922:17, 3922:18, 3923:12, 3926:25, 3935:16, 3936:2, 3937:3, 3937:13, 3941:17, 3942:24, 3943:5, 3943:7, 3943:11, 3943:14, 3943:16, 3947:15, 3950:6, 3953:21, 3955:12, 3955:17, 3958:15, 3959:12, 3959:14, 3959:15, 3961:14, 3964:5, 3964:20, 3966:4, 3979:22, 3984:8, 3984:17, 3986:6, 3987:22, 3995:25, 3997:20, 3997:24, 4001:14, 4002:5, 4005:18, 4008:4, 4008:8, 4010:15,

4012:3, 4013:7, 4022:4, 4022:8, 4022:20, 4023:6, 4024:11, 4025:5, 4025:14

**One** [2] - 3845:20, 3939:25

**one-hour** [2] - 3816:23, 3826:24

**one-plus** [1] - 3716:9

**ones** [5] - 3768:20, 3921:22, 3984:10, 3984:11, 3992:8

**oooOooo** [1] - 4034:14

**oops** [1] - 3924:13

**open** [24] - 3722:17, 3722:25, 3724:23, 3724:24, 3726:14, 3728:5, 3755:1, 3762:8, 3778:1, 3793:1, 3812:11, 3815:19, 3827:3, 3829:3, 3857:2, 3878:4, 3904:12, 3933:23, 3934:4, 3980:20, 3999:17, 4000:6, 4034:3

**opened** [5] - 3730:1, 3754:2, 3754:3, 3942:25, 3980:18

**opening** [6] - 3722:18, 3845:11, 3848:16, 3923:4, 3928:11, 3936:4

**opens** [1] - 3724:7

**operated** [1] - 3926:4

**operates** [1] - 4002:12

**operating** [1] - 3716:9

**Operation** [2] - 3881:20, 4025:6

**operation** [13] - 3793:17, 3793:23, 3861:12, 3866:19, 3881:7, 3881:18, 3881:22, 3901:24, 3921:13, 3926:3, 3957:8, 3991:11, 4002:11

**operations** [4] - 3851:2, 3852:19, 3861:3, 4021:9

**opportunity** [4] - 3713:9, 3936:3, 3973:5, 4000:1

**oppose** [2] - 3830:25, 3991:20

**opposes** [1] - 3987:6

**opposing** [2] - 3990:2, 3990:4

**opposite** [8] - 3947:11, 3961:12, 3979:13, 3993:5, 3997:10, 3997:11, 4010:1

**opposition** [1] - 3990:8

**order** [15] - 3768:11, 3835:8, 3836:14, 3838:14, 3838:17, 3838:21, 3839:3, 3839:5, 3840:13, 3845:4, 3846:15, 3875:14, 3890:6, 3892:15, 3956:21

**ordered** [4] - 3767:15, 3768:9, 3768:10, 3934:13

**orders** [2] - 3772:17, 3840:20

**organization** [24] - 3758:14, 3789:10, 3830:13, 3836:17, 3837:2, 3838:6, 3845:16, 3846:14, 3846:22, 3846:24, 3853:23, 3863:11, 3863:15, 3884:22, 3921:5, 3932:11, 3933:11, 3956:17, 3985:13, 3991:2, 4002:13, 4016:3, 4019:6, 4026:2

**organizations** [1] - 3932:4

**orient** [2] - 3847:19, 3848:12

**orienting** [1] - 3725:12

**origin** [1] - 3994:9

**original** [1] - 3713:3

**otherwise** [1] - 3808:7

**ought** - 3711:4, 3721:8, 3729:4

**Ouk** [5] - 3911:16, 3911:18, 3912:5, 3912:8, 4021:22

**ounces** [1] - 3952:15

**outline** [1] - 3889:9

**outlined** [1] - 3718:19

**outside** [18] - 3712:16, 3815:19, 3827:3, 3865:6, 3866:15, 3878:3, 3885:5, 3885:12, 3893:13, 3894:8, 3897:6, 3913:11, 3933:23, 3942:19, 3948:18, 3999:17, 4029:2, 4034:3

**outskirts** [2] - 3865:23, 3949:2

**overheard** [1] - 3822:21

**overriding** [1] - 3987:4

**overruled** [14] - 3752:25, 3759:22, 3760:3, 3779:23, 3782:11, 3785:12, 3787:6, 3792:8, 3793:19, 3794:6, 3795:13, 3800:13, 3803:20, 4015:16

**Overruled** [4] - 3747:10, 3750:5, 3758:16, 4009:2

**overview** [1] - 3861:8

**overwhelming** [6] - 3843:19, 3864:18, 3874:1, 3933:15, 4026:14

**overwhelmingly** [1] - 3887:15

**owed** [1] - 3822:22

**own** [33] - 3835:11, 3848:17, 3849:4, 3849:7, 3853:15, 3858:2, 3861:4, 3868:2, 3875:22, 3876:3, 3877:14, 3877:15, 3882:20, 3891:20, 3900:6, 3931:4, 3931:9, 3935:17, 3958:16, 3970:16, 3984:7, 3986:10, 3992:10, 3992:11, 3995:18, 3997:5, 4001:20, 4002:21, 4010:8, 4014:23, 4015:23, 4029:21, 4030:5

**owned** [2] - 3773:6, 3970:23

**owner** [4] - 3837:16, 3837:19, 3839:25, 3957:11

**owner's** [2] - 3837:14, 3839:24

**owns** [2] - 3958:24, 3972:5

**P**

**P.C** [1] - 3707:23

**p.m** [2] - 3822:18, 3822:20

**Pac** [1] - 3926:20

**pack** [1] - 4027:3

**Pack** [5] - 3891:18, 3895:13, 3896:2, 3951:4, 4029:4

**package** [2] - 3976:1, 4016:19

**page** [49] - 3722:13, 3726:18, 3750:9, 3753:10, 3754:25, 3774:17, 3780:24, 3790:12, 3792:9, 3807:16, 3809:12, 3827:13, 3828:11, 3849:4, 3850:8, 3851:14, 3870:8, 3882:1, 3888:12, 3891:14, 3908:8, 3925:8, 3936:22, 3945:1, 3945:2, 3945:12, 3945:13, 3945:14, 3946:15, 3947:13, 3947:15, 3950:25, 3963:11, 3963:15, 3963:18, 3964:21, 3965:3, 3965:9, 3976:13,

3988:5, 3990:11, 3998:3, 4012:21, 4018:13, 4019:7, 4019:8, 4023:18, 4033:9

**pages** [2] - 3844:15, 3882:2

**paid** [2] - 3959:5, 4021:17

**painted** [2] - 3883:1, 3946:9

**paints** [2] - 3886:25, 3931:3

**pant** [1] - 3918:20

**paper** [3] - 3816:4, 3981:17, 3982:7

**paperwork** [2] - 3906:24, 3906:25

**paralegal** [1] - 3708:18

**parallel** [1] - 3994:25

**paraphernalia** [1] - 3980:1

**parents** [1] - 3862:18

**park** [4] - 3778:24, 3783:18, 3898:21

**Park** [7] - 3820:17, 3820:18, 3971:8, 3971:9, 3971:11, 3971:12, 4013:25

**parked** [2] - 3776:12, 3783:19

**parking** [1] - 3880:10

**Parole** [2] - 3837:5, 3839:16

**parole** [18] - 3723:19, 3734:10, 3760:19, 3766:5, 3766:12, 3766:13, 3837:3, 3837:6, 3839:14, 3839:16, 3839:23, 3873:7, 3912:10, 3929:1, 3977:4, 3979:24

**Part** [1] - 3939:25

**part** [33] - 3719:11, 3745:9, 3745:18, 3758:1, 3758:2, 3767:3, 3798:7, 3813:22, 3839:12, 3842:4, 3844:2, 3849:6, 3851:24, 3852:2, 3865:22, 3865:24, 3869:25, 3876:12, 3883:19, 3884:4, 3909:20, 3915:13, 3923:10, 3944:2, 3953:8, 3953:19, 3981:9, 4012:3, 4012:4, 4012:5, 4013:2, 4014:17

**participate** [1] - 3880:19

**participated** [3] - 3846:7, 3866:4, 3874:23

**participating** [5] - 3791:11, 3794:3, 3794:10, 3833:1, 3836:23

**participation** [1] - 3846:10

**particular** [20] - 3767:4, 3830:23, 3832:9, 3844:5, 3844:6, 3844:18, 3866:15, 3952:12, 3956:2, 3964:16, 3971:18, 3973:10, 3984:24, 3984:25, 3994:1, 4023:6

**parties** [10] - 3728:23, 3774:12, 3818:23, 3819:1, 3823:2, 3824:16, 3825:13, 3841:13, 3924:24, 3925:5

**partner** [1] - 3852:24

**parts** [4] - 3924:6, 3972:15, 3973:1, 4013:7

**party** [1] - 3774:15

**partying** [1] - 3779:1

**pass** [3] - 3862:18, 3874:13, 3997:17

**passed** [2] - 3739:5, 3749:8, 3886:22

**passenger** [2] - 3776:14, 3783:16, 3783:22, 3912:4

**past** [4] - 3722:3, 3894:6, 3999:19, 4032:13

**pat** [1] - 3924:19

**paths** [2] - 3855:4

**patient** [1] - 4030:14

**pattern** [6] - 3845:15, 3846:11, 3846:13, 3875:3, 3875:19, 3880:20

**Paul** [14] - 3708:14, 3742:1, 3807:8, 3807:14, 3818:11, 3819:13, 3820:8, 3821:12, 3822:12, 3823:15, 3825:1, 3835:5, 3844:22, 4000:21

**PAUL** [44] - 3707:19, 3716:14, 3722:11, 3723:4, 3723:8, 3723:21, 3723:25, 3724:5, 3725:3, 3725:8, 3725:10, 3726:2, 3732:10, 3735:1, 3739:15, 3740:6, 3740:22, 3741:21, 3741:23, 3748:16, 3751:1, 3752:15, 3754:3, 3754:8, 3754:13, 3754:16, 3754:20, 3754:24, 3755:2, 3755:4, 3761:8, 4000:9, 4000:13, 4000:16, 4000:25, 4001:2, 4001:3, 4001:6, 4009:3, 4013:1, 4015:17, 4024:1, 4035:9, 4035:20

**pause** [6] - 3715:2, 3716:17, 3726:16, 3806:2, 3866:8, 3881:19

**Pause** [15] - 3728:7, 3740:3, 3761:11, 3761:17, 3761:25, 3762:7, 3762:11, 3829:5, 3829:13, 3829:16, 3829:19, 3829:24, 3834:21, 3999:24, 4000:14

**pay** [7] - 3822:23, 3901:22, 3944:15, 3950:17, 3959:7, 4001:24, 4010:23

**paying** [4] - 3780:11, 3869:23, 3901:20, 4030:17

**payment** [1] - 3957:5

**payments** [3] - 3957:9, 3957:10, 3957:12

**pays** [2] - 3858:15, 3958:7

**pee** [1] - 3872:8

**peephole** [2] - 3886:25, 3887:13

**penalties** [1] - 3836:9

**penalty** [1] - 3821:21

**people** [220] - 3740:15, 3743:20, 3745:2, 3757:13, 3758:5, 3758:20, 3771:16, 3776:13, 3778:25, 3779:1, 3787:13, 3787:23, 3794:11, 3794:21, 3797:17, 3797:23, 3800:2, 3801:1, 3801:24, 3802:11, 3802:21, 3803:15, 3803:22, 3804:17, 3804:23, 3805:2, 3810:9, 3843:3, 3843:4, 3843:5, 3847:3, 3847:7, 3848:24, 3849:8, 3849:18, 3852:3, 3853:21, 3856:12, 3858:6, 3858:25, 3860:13, 3860:16, 3860:24, 3861:5, 3861:7, 3861:11, 3861:18, 3861:23, 3863:25, 3864:17, 3866:20, 3867:21, 3868:1, 3868:3, 3869:19, 3871:6, 3871:11, 3871:18, 3874:22, 3877:17, 3881:23, 3882:9, 3882:14, 3882:15, 3882:17, 3884:17, 3884:18, 3884:24, 3885:1, 3885:14, 3887:12, 3892:2, 3896:9, 3897:9, 3898:18, 3903:8, 3907:11, 3909:19, 3909:24, 3912:23, 3920:3, 3920:8,

3920:22, 3921:3, 3921:4, 3921:5, 3921:7, 3921:9, 3921:10, 3921:22, 3923:9, 3923:12, 3925:4, 3926:20, 3926:22, 3927:13, 3928:25, 3929:1, 3930:6, 3931:8, 3931:11, 3931:16, 3931:19, 3932:19, 3932:21, 3933:4, 3933:7, 3933:9, 3935:17, 3935:18, 3936:13, 3936:15, 3945:23, 3946:3, 3951:21, 3951:24, 3953:1, 3954:2, 3954:3, 3954:6, 3961:24, 3966:16, 3973:24, 3976:5, 3977:11, 3977:13, 3977:17, 3978:10, 3981:14, 3981:15, 3981:18, 3981:19, 3981:23, 3982:4, 3982:8, 3982:9, 3982:11, 3982:14, 3983:8, 3986:17, 3986:21, 3987:20, 3992:3, 3992:4, 3992:18, 3992:24, 3993:9, 3993:10, 3993:11, 3993:12, 3993:15, 3993:18, 3993:21, 3994:21, 3994:23, 3995:1, 3995:3, 3995:8, 3995:11, 3995:12, 3995:13, 3995:15, 3995:16, 3995:20, 3996:11, 3996:13, 3996:16, 3996:17, 3996:24, 3997:14, 3997:15, 3999:4, 4001:19, 4001:21, 4001:22, 4001:23, 4002:7, 4002:8, 4002:9, 4002:13, 4003:2, 4003:3, 4004:21, 4004:22, 4006:12, 4006:13, 4006:17, 4007:12, 4007:22, 4017:20, 4018:6, 4020:3, 4020:15, 4020:23, 4024:20, 4025:10, 4028:9, 4029:19, 4030:22, 4031:1

**people's** [2] - 3843:9, 4004:19

**per** [4] - 3769:3, 3769:4

**perfect** [2] - 3857:2, 3886:8

**perfectly** [6] - 3892:12, 3894:2, 3916:2, 3916:5, 4026:18, 4026:19

**perhaps** [5] - 3729:10, 3906:13, 3928:18, 4003:6, 4015:13

**perimeter** [2] - 3948:22, 3949:4

**period** [37] - 3737:11, 3737:12, 3737:21, 3742:13, 3765:25, 3772:9, 3773:17, 3795:11, 3804:5, 3816:23, 3823:23, 3848:13, 3848:18, 3849:11, 3849:16, 3851:4, 3852:6, 3852:8, 3854:11, 3861:1, 3867:20, 3867:22, 3867:23, 3868:8, 3881:12, 3909:22, 3912:19, 3914:5, 3918:14, 3918:25, 3937:18, 3945:5, 3949:10, 3990:12, 3996:21, 4016:8

**periods** [4] - 3768:16, 3864:5, 4003:20, 4006:14

**perjurious** [1] - 3713:17

**perjury** [6] - 3713:16, 3717:15, 3729:5, 3760:22, 3760:25, 3761:5

**perks** [1] - 3768:21

**Perks** [7] - 3769:5, 3770:6, 3770:7, 3770:15, 3771:10, 3939:21, 4021:12

**permissible** [1] - 3722:22

**permission** [3] - 3806:18, 3813:25, 4011:23

**permit** [1] - 4032:13

**permitted** [2] - 3754:14, 3979:18

**Perry** [6] - 3905:25, 3916:13, 3916:20, 3917:12, 3917:16, 3939:11

**person** [41] - 3741:3, 3751:8, 3768:5, 3860:18, 3860:21, 3880:19, 3881:3, 3885:24, 3886:12, 3914:8, 3916:6, 3922:17, 3922:18, 3928:10, 3931:2, 3937:6, 3940:1, 3940:13, 3955:17, 3959:24, 3959:25, 3961:6, 3961:18, 3973:10, 3973:12, 3973:13, 3973:15, 3973:21, 3974:2, 3974:5, 3975:25, 3983:6, 3996:12, 4001:12, 4024:23, 4024:25, 4026:24, 4027:2

**person's** [1] - 3981:1

**personal** [3] - 3857:16, 3857:23, 3879:11

**personally** [1] - 3814:14

**personnel** [5] - 3847:6, 3851:24, 3856:13, 3909:23, 3927:4

**persons** [1] - 3715:12

**Pete** [1] - 3825:6

**Peterson** [1] - 3931:21

**petition** [1] - 3731:4

**Ph.D** [1] - 3931:24

**phone** [42] - 3755:8, 3779:12, 3863:23, 3863:24, 3864:1, 3864:2, 3880:24, 3882:22, 3898:21, 3898:22, 3905:24, 3906:11, 3907:22, 3907:23, 3907:25, 3908:4, 3916:9, 3916:15, 3916:22, 3917:21, 3917:22, 3918:1, 3924:8, 3932:23, 3939:16, 3955:9, 3955:11, 3983:15, 3984:7, 3996:9, 3996:10, 3996:11, 3996:13, 3996:14, 3996:15, 4013:11, 4022:13, 4022:14, 4024:12

**phones** [1] - 3983:18

**phony** [1] - 3913:3

**photo** [4] - 3848:5, 3892:24, 3893:2, 3942:17

**photograph** [11] - 3896:24, 3941:17, 3941:18, 3941:19, 3941:21, 3941:25, 3942:8, 3942:11, 3942:15, 3972:4

**photographs** [3] - 3841:19, 3894:20, 3926:21

**photos** [2] - 3905:18, 3924:12

**phrased** [1] - 3834:1

**physical** [8] - 3736:25, 3738:5, 3926:14, 3926:24, 3954:3, 3954:4, 3960:18, 4007:20

**pick** [10] - 3747:5, 3777:10, 3778:17, 3848:7, 3883:13, 3892:23, 3893:1, 3905:22, 4004:23, 4025:10

**picked** [7] - 3748:24, 3777:12, 3778:18, 3778:20, 3848:5, 3898:19, 4022:8

**picks** [2] - 3774:15, 3972:4

**pickup** [3] - 3890:15, 3890:19, 3897:14, 3905:7

**picture** [12] - 3808:10, 3842:8, 3862:10, 3892:14, 3914:25, 3938:15, 3946:9, 3949:7, 3949:21, 3950:21,

3972:8, 3972:11

**pictures** [3] - 3878:25, 3906:1, 3938:16

**piece** [6] - 3874:16, 3935:20, 3964:16, 3982:7, 4001:12, 4014:3

**pieces** [6] - 3816:4, 3954:15, 3955:23, 3956:1, 3960:25, 3981:17

**pin** [1] - 4011:19

**pinging** [1] - 3939:16

**pissed** [1] - 3804:15

**pistol** [4] - 3746:6, 3849:24, 3859:24, 3860:1

**pistol-whip** [1] - 3746:6

**pistols** [1] - 4007:24

**place** [23] - 3723:6, 3753:3, 3754:14, 3763:10, 3768:22, 3771:24, 3772:1, 3775:5, 3840:6, 3853:22, 3857:22, 3867:17, 3874:23, 3878:2, 3883:8, 3898:5, 3917:20, 3928:19, 3937:16, 3939:21, 3950:1, 4021:18, 4032:8

**placed** [1] - 3728:25

**places** [6] - 3842:25, 3870:5, 3946:14, 3973:21, 4021:15

**plan** [3] - 3831:2, 3833:5, 3855:3

**planet** [2] - 3921:18, 3997:16

**planned** [3] - 3929:6, 3936:7, 3970:15

**planted** [2] - 3979:4, 3979:25

**plastic** [1] - 3839:11

**plate** [3] - 3801:19, 4003:24

**plausible** [1] - 3926:16

**play** [15] - 3771:14, 3829:8, 3866:11, 3869:25, 3870:4, 3885:4, 3885:17, 3886:3, 3889:3, 3912:17, 3913:9, 3913:13, 3915:9, 3915:17, 3940:2

**played** [9] - 3847:3, 3861:7, 3864:8, 3887:10, 3937:4, 3938:17, 3939:24, 3940:10, 4003:9

**player** [1] - 3807:8

**playing** [5] - 3773:5, 3888:7, 3962:23, 3963:4, 4020:13

**plays** [7] - 3874:18, 3885:9, 3886:4, 3910:16, 3912:20, 3915:10, 3930:2

**Plaza** [2] - 3707:20, 3708:1

**plea** [14] - 3712:16, 3713:3, 3713:5, 3717:16, 3717:17, 3717:19, 3717:21, 3717:22, 3787:16, 3787:20, 3834:15, 3834:17, 3835:16, 3923:17

**pleaded** [8] - 3712:5, 3714:2, 3718:4, 3794:3, 3794:9, 3833:1, 3834:4, 4005:10

**pleading** [1] - 3891:19

**pleads** [5] - 3848:9, 3853:14, 3891:17, 3977:21, 3977:22

**pled** [14] - 3764:13, 3767:21, 3767:22, 3782:14, 3787:22, 3788:9, 3788:13, 3788:18, 3788:19, 3788:20, 3788:24, 3788:25, 3789:10, 3791:10, 3793:23, 3794:18, 3794:19, 3795:9, 3810:24, 3831:13, 3835:24, 3881:15, 3923:22, 3980:3

**plenty** [4] - 3711:2, 4022:22, 4022:24, 4022:25

**plot** [1] - 4009:6

**plus** [4] - 3716:7, 3716:9, 3734:10, 3760:19

**pm** [4] - 4025:20, 4025:23, 4032:13, 4032:15

**pocket** [3] - 3891:22, 3892:3, 4022:7

**pockets** [1] - 3740:21

**point** [65] - 3715:4, 3715:20, 3725:16, 3730:12, 3765:16, 3770:11, 3785:3, 3787:12, 3791:19, 3795:23, 3827:7, 3828:2, 3833:6, 3835:19, 3844:2, 3853:21, 3856:19, 3857:11, 3859:7, 3872:18, 3873:23, 3874:9, 3893:20, 3894:12, 3897:5, 3897:7, 3907:3, 3910:1, 3916:13, 3918:18, 3924:18, 3926:11, 3930:4, 3930:14, 3930:23, 3931:13, 3939:6, 3953:23, 3955:1, 3955:11, 3959:12, 3962:19, 3966:1, 3967:1, 3968:16, 3969:5, 3974:9, 3975:18, 3976:9, 3980:7, 3980:15, 3980:21, 3987:7, 3987:22, 3989:22, 3990:17, 4013:22, 4020:7, 4022:4, 4022:5, 4025:5, 4027:8, 4032:7

**pointed** [3] - 3770:21, 3811:23, 3966:11

**pointing** [2] - 3937:12, 3950:16

**points** [4] - 3832:16, 3920:16, 3927:5, 3937:14

**poisoned** [1] - 3933:8

**poisons** [1] - 3931:19

**Polaroid** [2] - 3942:9, 3942:17

**pole** [2] - 3917:18, 3918:12

**poles** [1] - 3916:12

**police** [54] - 3739:17, 3741:14, 3746:7, 3746:17, 3747:15, 3748:6, 3748:20, 3749:22, 3751:6, 3818:16, 3837:13, 3837:18, 3847:23, 3872:14, 3872:17, 3873:8, 3888:8, 3898:8, 3898:12, 3907:10, 3911:25, 3914:6, 3946:13, 3946:20, 3947:3, 3949:20, 3951:6, 3955:15, 3957:15, 3957:21, 3962:6, 3967:12, 3968:1, 3968:5, 3971:7, 3971:8, 3971:11, 3974:15, 3978:16, 3979:22, 3979:23, 3979:25, 3983:12, 3984:6, 3984:8, 3984:10, 3984:13, 3997:10, 4002:14, 4008:4, 4017:6, 4022:16, 4025:21

**Police** [1] - 3818:14

**poor** [1] - 4003:11

**portion** [2] - 3856:3, 3916:4

**portions** [1] - 3831:22

**position** [24] - 3719:8, 3721:14, 3722:4, 3722:21, 3723:1, 3723:3, 3724:14, 3730:12, 3730:15, 3754:13, 3758:20, 3758:22, 3758:23, 3758:24, 3759:25, 3817:14, 3830:14, 3854:25, 3859:10, 3889:12, 3921:3, 3937:22, 3984:6, 4020:8

**positions** [1] - 3855:23

**positive** [9] - 3771:23, 3911:1, 3929:5, 3930:19, 3931:7, 3931:20, 3932:3, 3932:5, 3933:3

**possess** [2] - 3919:18, 3920:4

**possession** [22] - 3821:19, 3835:17, 3836:16, 3837:1, 3837:8, 3837:21, 3838:5, 3838:10, 3838:12, 3838:21, 3838:23, 3838:25, 3839:8, 3840:6, 3853:15, 3887:17, 3919:17, 3919:25, 3920:5, 3920:6, 3960:24, 3978:14

**possibilities** [2] - 3827:23, 3827:24

**possibility** [7] - 3712:6, 3717:5, 3717:24, 3721:11, 3723:18, 3760:19, 3830:25

**possible** [8] - 3718:2, 3718:18, 3935:25, 3954:12, 4020:22, 4020:23, 4020:24

**possibly** [5] - 3730:1, 3731:3, 3796:2, 3906:10, 3906:21

**post** [1] - 3977:15

**posted** [1] - 3949:16

**poster** [2] - 3894:21, 3894:22

**posters** [2] - 3894:13, 3894:15

**pot** [1] - 3849:24

**potential** [2] - 3712:15, 3796:17

**potentially** [2] - 3923:19, 3940:20

**pounds** [1] - 3820:23

**powder** [1] - 3892:11

**Power** [7] - 3978:8, 3979:9, 3979:10, 3980:16, 3980:23, 4015:4

**power** [17] - 3843:8, 3868:21, 3884:24, 3886:18, 3936:12, 3976:3, 3976:4, 3994:15, 3994:18, 3994:23, 3995:1, 3995:3, 3995:14, 3995:19, 3995:20, 3997:16, 4031:6

**powerful** [10] - 3851:22, 3852:11, 3856:22, 3877:24, 3878:12, 3886:20, 3920:25, 4014:3, 4017:1

**powerfully** [1] - 4007:21

**practical** [1] - 3936:1

**precinct** [10] - 3822:21, 3892:23, 3951:15, 3952:2, 3952:4, 3952:10, 3953:16, 3954:23, 3954:25, 3955:6

**Precinct** [1] - 3848:4, 3972:3

**predicate** [1] - 3717:22

**predicting** [1] - 3727:21

**pregnant** [2] - 3951:9, 3954:10

**prepared** [3] - 3789:1, 3789:17, 3791:23

**preparing** [1] - 3979:16

**preposterous** [1] - 3861:24

**prerogative** [1] - 3710:9

**presence** [8] - 3815:19, 3827:3, 3933:23, 3951:13, 3968:1, 3968:6, 3999:17, 4034:3

**present** [13] - 3708:23, 3708:24, 3716:23, 3741:1, 3762:8, 3762:12, 3796:10, 3796:12, 3796:14, 3829:3, 3834:22, 3837:18, 3976:2

GR    OCR    CM    CRR    CSR

**presentation** [1] - 3841:14
**presented** [3] - 3943:7, 3956:18, 3966:8
**Presentence** [1] - 3831:23
**presentence** [9] - 3788:25, 3789:3, 3789:4, 3789:6, 3789:9, 3789:17, 3789:21, 3790:5, 3790:7
**presenting** [1] - 3992:2
**presently** [1] - 3734:11
**presents** [4] - 3928:3, 3975:14, 3975:21, 3975:22
**presiding** [1] - 3951:12
**press** [1] - 3886:3
**pressure** [1] - 3992:18
**pressured** [1] - 4019:2
**presumably** [1] - 4012:14
**pretend** [1] - 3981:16
**pretty** [4] - 3720:24, 3849:13, 3929:17, 3991:7
**prevent** [1] - 3983:24
**previous** [2] - 3727:12, 3919:19
**previously** [1] - 4031:25
**primarily** [2] - 3847:9, 3864:20
**prime** [1] - 3841:21
**principles** [5] - 3803:2, 3803:3, 3808:1, 3810:4, 4005:13
**print** [1] - 4001:15
**prints** [3] - 4024:4, 4024:5
**prison** [43] - 3714:3, 3836:12, 3836:17, 3836:20, 3838:19, 3839:6, 3840:8, 3840:10, 3840:25, 3848:10, 3851:22, 3853:24, 3854:6, 3854:9, 3854:15, 3855:2, 3855:14, 3867:11, 3876:10, 3881:17, 3881:19, 3890:13, 3901:5, 3919:22, 3923:19, 3924:14, 3928:10, 3928:15, 3928:17, 3930:16, 3930:23, 3963:7, 3964:4, 3977:6, 3978:18, 3986:10, 3989:12, 3994:11, 3999:10, 4003:16, 4003:19, 4003:25
**prisons** [2] - 3855:25, 3856:8
**privilege** [1] - 3719:7
**pro** [1] - 3855:11
**probation** [15] - 3951:8, 3977:23, 3977:24, 3978:7, 3978:22, 3979:4, 3979:24, 3980:10, 3980:11, 3981:4, 4014:22, 4014:24, 4015:10, 4015:11
**Probation** [2] - 3980:2, 4015:4
**problem** [17] - 3721:15, 3729:14, 3822:22, 3826:20, 3834:4, 3868:15, 3871:14, 3874:10, 3877:8, 3877:12, 3877:18, 3884:17, 3963:12, 3965:20, 3994:12
**problems** [13] - 3736:17, 3736:19, 3736:21, 3868:18, 3868:23, 3869:4, 3876:22, 3883:24, 3883:25, 3884:2, 3962:22
**procedure** [1] - 3892:25
**procedures** [1] - 3898:18
**proceed** [3] - 3728:16, 4000:8, 4000:24

**proceedings** [11] - 3712:12, 3715:2, 3716:17, 3726:16, 3728:7, 3730:7, 3740:3, 3829:22, 3948:16, 3999:24, 4000:14
**Proceedings** [1] - 3708:4
**proceeds** [2] - 3857:11, 3900:23
**process** [8] - 3760:8, 3912:5, 3981:10, 3982:21, 3989:8, 3992:1, 3993:5, 3994:13
**produced** [3] - 3708:5, 3989:11, 4023:3
**product** [1] - 3861:5
**proffer** [6] - 3727:19, 3820:10, 3820:14, 3820:20, 3825:4, 3825:8
**proffering** [1] - 3991:14
**proffers** [3] - 3990:21, 4019:24
**profits** [3] - 3952:25, 3961:23
**program** [3] - 3978:17, 3979:1, 4014:18
**prohibited** [1] - 3840:6
**project** [10] - 3746:15, 3833:13, 3858:7, 3901:3, 3929:22, 3949:4, 3996:2, 3996:19, 4025:25, 4028:8
**Project** [4] - 3885:18, 3916:1, 3939:25, 4003:10
**projector** [1] - 3769:16
**Projects** [3] - 3763:14, 3772:3, 3842:24
**projects** [7] - 3772:12, 3772:14, 3881:12, 3918:2, 3931:22, 3940:13, 3944:10
**promise** [3] - 3842:17, 3977:23, 4005:23
**promote** [7] - 3873:25, 3874:3, 3874:12, 3874:13, 3931:9, 3933:4, 3981:4
**proof** [17] - 3845:18, 3866:17, 3874:1, 3920:5, 3927:25, 3953:24, 3953:25, 3959:4, 3975:25, 3983:25, 3984:12, 3984:25, 3985:1, 3993:1, 3994:10, 3997:11, 4024:18
**propose** [1] - 3832:7
**proposed** [1] - 3997:21
**prosecute** [2] - 3717:20, 3981:11
**prosecuted** [1] - 3997:18
**prosecution** [8] - 3712:6, 3713:16, 3717:15, 3717:19, 3729:18, 3981:8, 3983:4
**prosecutors** [5] - 3957:18, 3987:11, 3987:17, 3992:6, 3992:15
**protect** [2] - 3757:18, 4017:11
**protecting** [2] - 4013:16, 4026:2
**protection** [1] - 3757:22
**prove** [15] - 3843:13, 3845:4, 3845:18, 3855:15, 3927:22, 3943:8, 3960:11, 3971:6, 3971:19, 3972:13, 3984:7, 4023:5, 4023:9, 4025:3, 4030:1
**proved** [8] - 3864:24, 3865:16, 3880:12, 3880:17, 3889:6, 3999:8, 4031:13, 4031:14

**proven** [7] - 3865:25, 3880:21, 3881:4, 3887:15, 3908:6, 3909:3
**proves** [5] - 3854:2, 3919:7, 3933:16, 3953:24, 3971:13
**provide** [6] - 3712:22, 3844:14, 3863:15, 3897:24, 3983:25, 3984:15
**provided** [2] - 3856:5, 3897:21
**provides** [5] - 3851:24, 3866:17, 3870:7, 3881:14, 3897:5
**providing** [2] - 3715:12, 3869:24
**proving** [1] - 3985:5
**PSR** [14] - 3789:25, 3791:14, 3791:23, 3791:25, 3792:2, 3793:5, 3793:16, 3793:24, 3810:14, 3830:9, 3832:3, 3832:17, 3833:18
**public** [2] - 3959:23, 3990:24
**publish** [1] - 3806:18
**puffing** [1] - 3859:15
**pull** [6] - 3844:12, 3898:11, 3906:1, 3963:13, 3965:25, 4026:24
**pulled** [5] - 3740:19, 3741:14, 3743:18, 3855:3, 3926:19, 3963:17
**pulling** [1] - 4014:13
**pulls** [2] - 3890:19, 3891:21
**punched** [2] - 3738:23, 3738:24
**purchase** [1] - 4021:5
**purchased** [1] - 3882:3
**purpose** [4] - 3889:11, 3899:11, 3965:11, 3979:16
**purposes** [1] - 3847:2
**purse** [2] - 3888:6, 3920:10
**pursuant** [3] - 3717:18, 3825:23, 3986:9
**pushed** [1] - 3882:13
**pushes** [1] - 3868:6
**put** [65] - 3714:24, 3719:17, 3721:21, 3726:4, 3726:5, 3743:17, 3748:24, 3769:10, 3791:15, 3802:16, 3808:5, 3808:9, 3812:3, 3812:6, 3812:9, 3825:25, 3842:16, 3847:21, 3852:12, 3853:25, 3856:15, 3857:9, 3857:16, 3858:1, 3858:3, 3860:16, 3861:13, 3867:25, 3868:25, 3869:9, 3890:6, 3893:23, 3897:18, 3901:20, 3914:7, 3916:3, 3916:22, 3917:7, 3917:8, 3917:21, 3918:22, 3921:1, 3922:21, 3923:19, 3923:20, 3927:23, 3929:12, 3932:16, 3932:25, 3941:18, 3941:19, 3942:16, 3944:9, 3945:1, 3950:2, 3972:15, 3974:21, 3988:1, 4011:5, 4017:16, 4017:19, 4021:9, 4027:4, 4031:8
**puts** [8] - 3871:18, 3886:25, 3891:22, 3916:16, 3928:2, 3939:7, 3989:10, 4004:12
**putting** [6] - 3817:10, 3829:8, 3869:23, 3873:17, 3911:2, 3992:3

## Q

**qualify** [2] - 3835:8, 3835:14
**Quan** [2] - 3853:17, 4016:4
**quantities** [2] - 3882:3, 3883:15
**quest** [1] - 3990:19
**QUESTION** [10] - 3945:19, 3947:24, 3969:1, 3969:3, 3969:16, 4018:14, 4019:10, 4019:14, 4019:16, 4019:20
**questioned** [1] - 3949:24
**questioning** [1] - 3884:7
**questions** [23] - 3722:18, 3741:19, 3742:3, 3749:15, 3761:8, 3761:12, 3781:4, 3811:18, 3811:20, 3812:1, 3812:21, 3812:22, 3812:24, 3830:6, 3831:21, 3869:14, 3922:1, 3924:23, 3946:18, 3951:18, 3978:19, 3980:9, 3997:21
**quick** [1] - 3934:14
**quickly** [2] - 3937:2, 3991:15
**quite** [3] - 3716:12, 3827:5, 4030:13
**quote** [4] - 3822:21, 3822:24, 3858:22, 3868:1

## R

**R-O-B-I-N-S-O-N** [1] - 3733:12
**Ra** [19] - 3804:2, 3856:6, 3863:17, 3868:17, 3869:18, 3883:23, 3903:7, 3904:12, 3911:9, 3944:24, 3945:16, 3945:22, 3945:25, 3948:4, 3949:15, 3955:9, 3955:10, 3958:10
**Ra's** [6] - 3944:25, 3945:25, 3948:7, 3948:8, 3948:9, 3948:10
**racing** [1] - 3848:10
**racketeer** [1] - 3931:18
**racketeer's** [1] - 3957:22
**racketeering** [31] - 3712:15, 3717:21, 3845:11, 3845:12, 3845:13, 3845:14, 3845:20, 3846:11, 3875:3, 3875:6, 3875:15, 3875:18, 3876:7, 3880:14, 3880:17, 3880:20, 3889:10, 3902:9, 3909:2, 3909:11, 3919:8, 3919:9, 3919:12, 3919:15, 3944:12, 3946:25, 3948:9, 3949:21, 3957:20, 4005:9
**Racketeering** [10] - 3871:4, 3875:4, 3876:3, 3880:11, 3881:6, 3881:8, 3887:14, 3900:20, 3901:11, 3902:3
**radical** [1] - 3928:13
**Rafael** [66] - 3818:13, 3820:11, 3825:24, 3826:3, 3851:16, 3854:13, 3859:6, 3863:5, 3869:2, 3896:14, 3897:4, 3897:16, 3897:17, 3897:18, 3900:16, 3904:8, 3905:4, 3921:10, 3932:20, 3940:25, 3949:8, 3949:14, 3949:15, 3949:23, 3957:24, 3961:7, 3961:11, 3961:16, 3961:18, 3962:12, 3963:15, 3964:25, 3965:4, 3967:11, 3969:9, 3970:2, 3970:3, 3972:24,

3973:11, 3973:12, 3973:20, 3973:22, 3974:19, 4007:11, 4007:15, 4008:18, 4008:19, 4008:20, 4008:25, 4009:5, 4011:8, 4011:20, 4011:21, 4012:2, 4012:9, 4012:15, 4012:18, 4013:2, 4013:5, 4013:10, 4013:14, 4013:16, 4013:19, 4013:22, 4014:4, 4029:5
**Raheem** [3] - 3895:15, 3895:21, 3895:22
**raise** [5] - 3713:13, 3730:5, 3733:2, 3830:24, 3986:23
**Ralph** [1] - 4027:16
**ramifications** [1] - 3954:24
**ran** [8] - 3741:10, 3741:11, 3741:13, 3842:19, 3842:22, 4008:3, 4008:25, 4009:5
**Randolph** [2] - 3862:4, 3957:25
**random** [1] - 4020:15
**Randy** [2] - 3862:5, 3868:14
**range** [1] - 3714:3
**ranging** [1] - 3837:14
**rank** [6] - 3786:8, 3786:14, 3786:16, 3786:17, 3786:25, 3787:8
**Ransom** [4] - 4029:10, 4030:4, 4030:7
**rap** [18] - 3725:6, 3758:19, 3873:25, 3910:25, 3915:4, 3915:15, 3915:21, 3929:10, 3929:12, 3929:13, 3929:14, 3929:17, 3930:25, 3931:21, 3956:22, 4005:23, 4021:24
**rapper** [4] - 3755:16, 3774:14, 3912:22, 3929:25
**rappers** [1] - 3774:12
**rapping** [3] - 3735:17, 3740:14, 3744:23
**raps** [2] - 3758:10, 3758:11
**Rashah** [5] - 3798:15, 3798:17, 3798:18, 3804:11, 3807:3
**rat** [10] - 3797:3, 3797:6, 3802:16, 3802:19, 3802:22, 3804:17, 3804:19, 3807:24, 4005:7, 4005:11
**ratchet** [1] - 3928:24
**rather** [3] - 3808:8, 3861:2, 3944:5
**rats** [1] - 4003:9
**re** [3] - 3849:6, 3882:22, 3903:5
**re-up** [1] - 3849:6
**re-ups** [1] - 3882:22
**reach** [2] - 3854:18, 4003:21
**reached** [2] - 3728:23, 3855:9
**reaches** [1] - 3854:14
**reaching** [1] - 3985:2
**read** [32] - 3762:5, 3807:22, 3816:5, 3816:10, 3816:13, 3816:24, 3817:16, 3818:5, 3819:9, 3820:4, 3821:8, 3822:8, 3823:10, 3833:22, 3835:1, 3835:19, 3844:16, 3854:4, 3859:13, 3895:18, 3926:5, 3928:11, 3932:13, 3946:17, 3952:20, 4008:21, 4013:12, 4015:20, 4019:7, 4019:8, 4019:9, 4032:5
**ready** [22] - 3716:20, 3719:15,

3731:21, 3815:23, 3828:6, 3829:20, 3829:22, 3829:25, 3830:1, 3830:2, 3830:3, 3834:20, 3848:25, 3853:18, 3897:23, 3934:11, 3934:19, 3958:21, 4000:8, 4000:15, 4021:7, 4027:5
**real** [23] - 3744:7, 3803:4, 3886:7, 3886:17, 3910:19, 3912:24, 3912:25, 3913:3, 3921:20, 3929:14, 3930:1, 3930:5, 3940:6, 3944:21, 3950:18, 3953:8, 3955:4, 3958:24, 3982:8, 3993:1, 4009:20, 4024:9, 4026:22
**reality** [8] - 3937:24, 3938:5, 3946:6, 3947:10, 3962:16, 3985:17, 4019:3, 4025:25
**realize** [1] - 3986:3
**realizes** [1] - 3867:16
**really** [84] - 3725:25, 3734:19, 3741:2, 3749:8, 3759:10, 3772:12, 3777:7, 3804:1, 3830:16, 3865:4, 3902:18, 3924:21, 3929:19, 3929:20, 3932:22, 3935:16, 3935:25, 3937:1, 3937:25, 3938:24, 3940:6, 3942:25, 3943:15, 3944:7, 3944:15, 3944:18, 3948:12, 3949:5, 3949:13, 3949:23, 3950:17, 3950:21, 3951:5, 3953:8, 3953:16, 3954:21, 3954:23, 3954:25, 3955:2, 3955:19, 3959:8, 3959:14, 3960:16, 3961:12, 3961:14, 3961:25, 3962:1, 3962:13, 3965:7, 3966:17, 3969:3, 3974:1, 3974:11, 3976:9, 3980:7, 3980:15, 3980:25, 3981:1, 3981:6, 3981:9, 3981:10, 3981:12, 3982:1, 3982:19, 3982:25, 3986:14, 3989:14, 3989:25, 3992:14, 3993:1, 3993:4, 3994:14, 3995:18, 3995:22, 3995:23, 3997:9, 3997:20, 4022:18
**reap** [1] - 3961:23
**rear** [1] - 3906:18
**rear-ends** [1] - 3906:18
**reason** [30] - 3721:19, 3731:1, 3739:13, 3748:8, 3766:25, 3803:1, 3831:19, 3832:4, 3837:20, 3840:2, 3854:23, 3876:15, 3878:11, 3897:19, 3914:2, 3919:5, 3921:13, 3921:20, 3928:14, 3938:1, 3950:16, 3984:15, 3984:19, 3985:7, 3992:7, 4006:25, 4009:15, 4009:22, 4026:16
**reasonable** [23] - 3843:13, 3845:19, 3864:25, 3865:16, 3874:2, 3880:13, 3887:15, 3889:6, 3908:6, 3909:3, 3919:7, 3927:22, 3933:16, 3943:8, 3943:20, 3953:25, 3985:1, 4023:10, 4024:18, 4024:21, 4025:4, 4031:13, 4031:15
**reasons** [6] - 3830:15, 3884:10, 3917:13, 3952:11, 3954:18, 3962:12
**reasserted** [1] - 3901:3
**reasserting** [1] - 3857:6
**REBUTTAL** [2] - 4001:1, 4035:19
**rebuttal** [13] - 3715:10, 3716:12,

3816:3, 3817:6, 3826:16, 3827:9, 3830:23, 3834:24, 3841:10, 3844:23, 3934:14, 3973:5, 4000:20

**recap** [1] - 3861:15

**Reccoppa** [2] - 3999:20, 3999:25

**receive** [3] - 3759:13, 3866:9, 4032:1

**received** [27] - 3759:15, 3760:18, 3806:5, 3818:24, 3819:6, 3819:8, 3819:20, 3820:1, 3820:3, 3820:24, 3821:6, 3821:7, 3821:24, 3822:5, 3822:7, 3823:1, 3823:7, 3823:9, 3824:14, 3824:19, 3824:21, 3825:11, 3825:18, 3825:19, 3826:7, 3841:9, 3993:9

**receives** [1] - 3987:13

**receiving** [1] - 3985:16

**recess** [1] - 3761:13

**Recess** [2] - 3934:3, 4000:5

**recognize** [5] - 3769:21, 3770:1, 3805:19, 3914:8, 3994:18

**recognized** [1] - 3912:8

**recognizes** [1] - 3895:14

**recollection** [4] - 3771:6, 3833:22, 4009:3, 4009:4

**record** [27] - 3710:13, 3719:17, 3719:18, 3721:21, 3727:2, 3730:23, 3731:10, 3733:10, 3762:20, 3765:19, 3771:8, 3822:8, 3823:10, 3832:14, 3833:15, 3893:24, 3897:16, 3899:3, 3907:17, 3917:21, 3917:22, 3954:9, 3958:10, 3983:15, 3993:24, 4017:22, 4018:4

**recorded** [1] - 3708:4

**recordings** [1] - 3985:24

**records** [17] - 3823:19, 3864:1, 3864:2, 3906:11, 3906:22, 3907:22, 3907:24, 3924:9, 3941:10, 3941:12, 3956:25, 3957:1, 3996:11, 3996:14, 4013:24, 4014:2, 4014:3

**recoup** [1] - 3849:6

**recovered** [1] - 3811:25

**recreate** [1] - 3942:19

**recruit** [1] - 3867:12

**rectify** [1] - 3832:8

**red** [2] - 3883:1, 3886:25

**redirect** [7] - 3761:9, 3809:11, 3947:6, 3947:11, 3947:12, 3947:16, 3947:21

**reducing** [1] - 3923:2

**refer** [6] - 3764:8, 3831:19, 3844:15, 3846:3, 3897:10, 3941:2

**reference** [4] - 3831:2, 3831:3, 3831:12, 3833:5

**referenced** [1] - 3834:1

**referred** [7] - 3759:24, 3770:7, 3780:2, 3888:5, 3940:2, 3955:9, 3983:19

**referring** [4] - 3727:6, 3745:5, 3810:7, 3952:1

**refined** [1] - 3856:15

**reflect** [1] - 3730:24

**reflecting** [1] - 4028:15

**reflects** [5] - 3820:11, 3820:15, 3820:21, 3825:5, 4022:19

**reformed** [2] - 3910:25, 3932:2

**reforms** [1] - 3854:1

**refusal** [8] - 3836:14, 3838:14, 3838:17, 3838:21, 3839:3, 3839:5, 3840:13

**refuse** [1] - 3899:4

**regarding** [6] - 3712:6, 3714:5, 3718:2, 3729:16, 3830:7, 3830:8

**regardless** [1] - 3993:13

**registered** [7] - 3873:17, 3957:11, 3959:3, 4022:11, 4022:12, 4022:13, 4022:15

**regular** [1] - 3870:3

**regularly** [1] - 3971:4

**regulations** [1] - 3839:1

**relate** [2] - 3889:24, 4011:1

**related** [18] - 3835:16, 3836:6, 3836:16, 3837:1, 3838:5, 3838:18, 3839:6, 3839:19, 3845:15, 3846:13, 3846:14, 3889:4, 3889:17, 3902:10, 3909:12, 3909:14, 4027:3

**relating** [3] - 3830:8, 3830:11, 3987:20

**relation** [1] - 3970:17

**relationship** [9] - 3734:20, 3735:4, 3735:5, 3735:6, 3736:16, 3739:11, 3755:14, 3974:14, 4013:9

**relationships** [2] - 3866:20, 3871:5

**relatives** [1] - 3736:3

**relaying** [1] - 3713:22

**release** [5] - 3721:11, 3774:12, 3978:20, 3978:23, 3979:16

**released** [3] - 3938:11, 3964:3, 3989:19

**relevancy** [1] - 3817:25

**relevant** [3] - 3871:4, 3964:6, 3997:21

**reliable** [5] - 3960:22, 3961:4, 3961:5, 3989:11, 3992:13, 3997:11

**relied** [2] - 3993:5, 3997:12

**rely** [9] - 3981:19, 3986:7, 3989:12, 3992:4, 3994:10, 3995:13, 3996:25, 3999:8, 3999:9

**remain** [2] - 3732:20, 4032:4

**remainder** [1] - 3840:25

**remaining** [1] - 3876:4

**remarks** [1] - 3927:16

**remember** [65] - 3725:2, 3725:5, 3734:19, 3738:22, 3743:16, 3749:11, 3749:12, 3751:2, 3775:3, 3776:16, 3788:11, 3789:6, 3801:13, 3801:25, 3802:7, 3805:6, 3805:8, 3811:19, 3811:21, 3812:1, 3812:20, 3812:24, 3848:15, 3851:6, 3856:19, 3857:4, 3871:2, 3872:10, 3887:2, 3893:6, 3893:12, 3903:1, 3905:14, 3905:24, 3906:3, 3910:5, 3915:23, 3918:6, 3927:10, 3927:14, 3927:20, 3937:14, 3939:9, 3942:14, 3959:14, 3967:6, 3970:6, 3978:8, 3984:4, 3990:20,

3996:22, 4001:18, 4007:1, 4007:3, 4008:24, 4015:5, 4015:7, 4015:8, 4015:19, 4015:21, 4020:1, 4020:10, 4025:19, 4029:10

**remembered** [2] - 3896:13, 4015:8

**remembers** [1] - 3893:15

**remind** [2] - 3946:8, 4032:18

**reminds** [1] - 3946:11

**remix** [4] - 3915:5, 3915:14, 3938:16

**remotely** [1] - 3926:16

**RENA** [1] - 3707:19

**Rena** [10] - 3708:14, 3742:1, 3818:11, 3819:13, 3820:8, 3821:12, 3822:12, 3823:15, 3825:1, 3835:5

**renown** [1] - 3855:2

**rent** [3] - 3959:5, 3959:7, 4021:17

**repeat** [3] - 3758:18, 3790:3, 3793:20

**replied** [1] - 3979:24

**repole** [6] - 3906:3, 3906:6, 3906:8, 3941:1, 3941:3

**repoll** [1] - 3906:2

**report** [24] - 3789:1, 3789:3, 3789:4, 3789:7, 3789:9, 3789:17, 3789:21, 3790:5, 3790:7, 3820:10, 3820:14, 3820:20, 3825:4, 3825:8, 3892:17, 3892:19, 3902:21, 3904:19, 3905:15, 3906:2, 3961:9, 3979:16, 4015:7, 4015:20

**Report** [1] - 3831:23

**reported** [1] - 3847:4

**Reporter** [1] - 3708:1

**representative** [1] - 3836:3

**representing** [1] - 3730:19

**represents** [1] - 3957:17

**reputation** [2] - 3859:1, 4031:7

**request** [2] - 3806:18, 3833:10

**requested** [1] - 3725:10

**require** [2] - 3748:18, 3846:16

**research** [1] - 4032:25

**resentful** [1] - 3973:3

**residence** [1] - 3979:21

**residing** [4] - 3734:3, 3763:13, 3847:9, 3864:20

**residue** [1] - 3892:11

**resolve** [1] - 3826:20

**resolved** [2] - 3715:10, 3726:8

**respect** [12] - 3722:1, 3723:4, 3730:15, 3760:8, 3843:8, 3871:6, 3901:25, 3966:22, 3992:6, 3992:11, 4007:17, 4011:2

**respectfully** [1] - 3725:17

**respond** [5] - 3924:25, 3936:3, 3936:5, 3982:23, 4025:21

**responded** [2] - 3895:22, 3979:23

**responsibility** [1] - 3859:14

**responsible** [3] - 3788:4, 3835:23, 3867:6

**rest** [14] - 3760:14, 3762:3, 3816:6, 3825:23, 3876:10, 3893:3, 3899:14, 3899:17, 3924:14, 3989:12, 3999:3,

4003:12, 4006:8, 4032:10
**resting** [1] - 3919:2
**rests** [4] - 3826:9, 3826:10, 3841:10, 3927:25
**result** [3] - 3784:16, 3962:7, 3964:12
**resulted** [2] - 3836:9, 3854:22
**resulting** [1] - 3952:16
**results** [3] - 3723:18, 3848:8, 4024:5
**resume** [1] - 4032:11
**resupplied** [3] - 3849:1, 3860:9, 3882:19
**resupply** [1] - 3850:5
**retain** [1] - 3835:11
**retains** [1] - 3835:12
**retaliating** [1] - 3932:10
**retaliation** [1] - 4004:15
**retire** [1] - 4032:3
**return** [3] - 3826:19, 3855:3, 3919:9
**returned** [1] - 3945:5
**returns** [4] - 3847:16, 3856:13, 3868:6, 3967:7
**reup** [1] - 4025:10
**reveal** [2] - 3864:2, 3983:23
**revealed** [2] - 3955:3, 3980:22
**revealing** [1] - 3930:17
**revenge** [1] - 3909:18
**reversible** [1] - 3833:12
**reviewed** [3] - 3717:16, 3727:5, 4026:5
**revisit** [1] - 3877:2
**revoke** [1] - 3835:12
**revolver** [7] - 3848:1, 3850:3, 3853:14, 3898:6, 3898:9, 3921:2
**reward** [1] - 3986:22
**rhyme** [1] - 3929:21
**ribbon** [1] - 3893:6
**Ricardo** [1] - 3822:15
**rice** [1] - 4005:16
**Rice** [10] - 3823:22, 3930:15, 3930:21, 3932:6, 3956:4, 3956:18, 3956:20, 4005:17, 4005:21, 4005:25
**Rice's** [2] - 3930:19, 4021:6
**Rich** [1] - 3967:4
**Richard** [53] - 3841:20, 3842:9, 3875:12, 3887:23, 3902:5, 3902:16, 3904:8, 3904:14, 3905:11, 3906:20, 3908:6, 3933:12, 3940:25, 3960:5, 3960:6, 3960:7, 3960:8, 3961:3, 3961:7, 3961:16, 3962:17, 3964:6, 3964:10, 3965:11, 3965:15, 3966:14, 3966:19, 3966:25, 3967:11, 3968:9, 3968:13, 3969:9, 3970:18, 3970:19, 3971:5, 3972:3, 3974:8, 3975:24, 4002:1, 4002:4, 4009:16, 4009:23, 4010:25, 4011:9, 4011:11, 4011:14, 4011:24, 4016:14, 4016:17, 4017:3, 4024:4, 4028:5, 4031:2
**RICO** [2] - 3875:6, 3919:15
**rid** [8] - 3842:13, 3862:8, 3877:18, 3904:20, 3904:24, 3919:3, 3952:24, 4030:3

**ride** [1] - 3880:25
**riding** [1] - 4026:1
**right-hand** [1] - 3852:23
**Rikers** [6] - 3851:18, 3854:15, 3873:18, 3938:10, 3955:10, 3974:24
**ring** [1] - 3926:6
**rip** [1] - 3923:16
**rise** [6] - 3761:14, 3815:17, 3827:1, 3933:21, 3999:15, 4033:7
**risk** [3] - 3924:1, 3982:9, 3982:12
**risks** [4] - 3713:25, 3714:5, 3729:5, 4002:8
**Rite** [1] - 3770:25
**ritual** [1] - 3767:24
**rival** [1] - 3966:7
**rivals** [1] - 4004:20
**Rizzle** [5] - 3862:3, 3862:5, 3868:14, 3884:1
**road** [1] - 3727:21
**rob** [5] - 3740:21, 3741:8, 3820:22, 3871:8, 4009:6
**robbed** [7] - 3857:8, 3860:19, 3868:4, 3933:9, 3971:7, 3971:9, 3971:14
**robber** [1] - 4005:19
**robberies** [3] - 3856:16, 3860:19, 3860:24
**robbery** [19] - 3764:21, 3766:14, 3767:21, 3767:22, 3843:11, 3847:12, 3858:19, 3864:23, 3875:10, 3900:22, 3900:24, 3901:1, 3970:9, 3970:12, 3970:14, 3971:7, 3971:12, 4008:23
**robbing** [2] - 3871:12, 4020:23
**ROBERT** [1] - 3707:24
**Robert** [9] - 3708:18, 3818:10, 3819:14, 3820:9, 3821:13, 3822:13, 3823:16, 3825:2, 3835:6
**Robinson** [28] - 3709:2, 3709:4, 3709:8, 3709:9, 3709:10, 3710:8, 3711:5, 3720:13, 3721:23, 3726:4, 3728:10, 3728:16, 3733:1, 3733:11, 3733:16, 3741:24, 3755:5, 3869:12, 3875:13, 3875:23, 3876:9, 3876:23, 3877:8, 3877:19, 3878:20, 3879:12, 3880:12, 4006:1
**robs** [2] - 3871:10, 3936:14
**rocks** [1] - 3952:15
**Rockwell's** [1] - 3738:8
**Rodwell** [1] - 3948:24
**role** [4] - 3771:23, 3866:11, 3991:2, 3991:10
**roles** [3] - 3847:4, 3853:22, 3861:7
**roll** [4] - 3791:9, 3918:20, 3973:7, 3973:18
**rolled** [4] - 3892:1, 3915:3, 3915:7, 3916:3
**rolling** [1] - 3972:25
**Ron** [1] - 3977:10
**Ronald** [223] - 3708:19, 3717:6, 3734:13, 3740:4, 3744:20, 3745:16, 3751:22, 3755:11, 3758:7, 3759:19,

3765:12, 3771:10, 3771:15, 3772:18, 3773:1, 3773:18, 3773:22, 3780:3, 3784:25, 3785:16, 3785:21, 3785:23, 3791:12, 3791:21, 3791:22, 3792:4, 3793:17, 3793:22, 3794:22, 3809:7, 3810:18, 3811:3, 3811:12, 3811:14, 3818:9, 3819:13, 3820:8, 3820:16, 3821:12, 3822:12, 3823:15, 3825:2, 3825:6, 3825:10, 3835:6, 3841:22, 3842:22, 3843:3, 3843:7, 3845:17, 3845:25, 3847:1, 3853:20, 3860:12, 3864:6, 3864:17, 3866:2, 3873:10, 3873:19, 3879:12, 3882:19, 3885:21, 3892:24, 3895:9, 3901:16, 3901:22, 3903:10, 3906:15, 3906:18, 3907:1, 3907:6, 3907:14, 3907:25, 3913:17, 3913:24, 3914:4, 3914:12, 3919:6, 3928:9, 3931:12, 3936:8, 3937:8, 3938:18, 3938:22, 3939:25, 3940:9, 3940:11, 3940:16, 3940:19, 3942:23, 3944:11, 3944:24, 3945:25, 3948:14, 3948:17, 3948:18, 3948:25, 3949:2, 3949:11, 3951:4, 3951:11, 3951:15, 3953:18, 3953:24, 3955:13, 3955:16, 3955:24, 3956:3, 3957:23, 3958:16, 3959:24, 3960:12, 3961:21, 3962:10, 3962:16, 3964:8, 3964:10, 3964:11, 3965:13, 3965:22, 3965:24, 3966:18, 3966:22, 3967:5, 3968:16, 3969:23, 3970:22, 3971:3, 3971:20, 3971:23, 3972:3, 3972:12, 3972:13, 3972:18, 3972:22, 3973:20, 3973:22, 3974:3, 3974:5, 3974:11, 3974:14, 3974:15, 3974:17, 3974:19, 3974:20, 3974:24, 3975:15, 3975:16, 3975:19, 3975:20, 3975:23, 3976:7, 3984:4, 3991:1, 3991:9, 3993:19, 3994:11, 3996:1, 3996:7, 3996:8, 3996:12, 4002:12, 4003:8, 4003:12, 4003:21, 4004:4, 4004:11, 4005:5, 4005:10, 4005:20, 4005:25, 4006:6, 4006:9, 4007:5, 4007:11, 4007:24, 4007:25, 4008:1, 4008:5, 4008:8, 4009:9, 4009:11, 4009:15, 4009:22, 4009:25, 4010:2, 4010:5, 4010:10, 4010:13, 4010:14, 4010:25, 4011:2, 4011:14, 4011:19, 4011:24, 4012:11, 4012:16, 4013:9, 4013:15, 4013:19, 4013:20, 4014:7, 4016:16, 4018:7, 4018:10, 4019:5, 4020:12, 4020:14, 4020:25, 4021:16, 4024:11, 4027:2, 4027:8, 4029:16, 4029:19, 4029:21, 4031:5, 4031:9
**RONALD** [1] - 3707:8
**Ronald's** [1] - 3957:12
**roof** [1] - 3773:13
**room** [19] - 3844:21, 3886:25, 3887:1, 3887:7, 3893:1, 3916:5, 3918:22, 3927:12, 3931:3, 3950:18, 3985:7, 3985:8, 3985:10, 4028:13, 4028:15, 4032:4, 4032:20, 4032:24

**ROTHMAN** [1] - 3707:22
**round** [1] - 3863:21
**rounds** [1] - 3840:16
**route** [2] - 3822:20, 3917:13
**routed** [1] - 3939:17
**routes** [1] - 3843:1
**rubbing** [1] - 3994:6
**Rudolph** [1] - 3708:1
**rule** [4] - 3797:22, 3797:25, 3798:2, 3818:1
**ruled** [1] - 3863:17
**rules** [8] - 3721:8, 3836:7, 3836:17, 3836:20, 3838:18, 3839:5, 3840:10, 3935:9
**rumor** [1] - 3802:6
**run** [7] - 3740:21, 3749:1, 3918:6, 3948:25, 3961:24, 4005:10, 4031:4
**running** [22] - 3741:12, 3743:12, 3743:15, 3843:20, 3851:21, 3877:22, 3881:18, 3884:9, 3885:8, 3885:13, 3886:2, 3896:6, 3897:13, 3930:7, 3977:16, 4003:13, 4008:10, 4016:3, 4017:12, 4029:11, 4029:18
**runs** [9] - 3859:8, 3881:10, 3892:19, 3896:2, 3896:25, 3912:4, 3931:7, 3939:2, 3975:5
**ruse** [2] - 3871:9, 3872:5
**rushed** [1] - 3898:17
**Russo** [85] - 3841:20, 3842:9, 3842:13, 3843:22, 3873:15, 3875:12, 3887:23, 3902:5, 3902:16, 3902:23, 3903:14, 3903:24, 3904:2, 3904:6, 3904:9, 3904:14, 3905:11, 3906:20, 3908:6, 3919:4, 3933:13, 3940:25, 3960:5, 3960:6, 3960:7, 3960:8, 3961:3, 3961:7, 3961:16, 3961:20, 3962:17, 3962:21, 3962:23, 3963:1, 3963:12, 3963:16, 3964:5, 3964:7, 3964:8, 3964:11, 3964:14, 3964:17, 3965:11, 3965:12, 3965:14, 3965:15, 3965:19, 3965:23, 3966:14, 3966:19, 3967:1, 3967:11, 3968:9, 3968:13, 3969:9, 3969:11, 3969:15, 3969:17, 3970:1, 3970:18, 3970:19, 3971:5, 3972:3, 3974:8, 3975:24, 4002:1, 4002:4, 4007:10, 4009:17, 4009:23, 4010:25, 4011:9, 4011:12, 4011:14, 4011:24, 4012:15, 4016:14, 4016:17, 4017:3, 4028:4, 4028:5, 4028:6, 4031:2
**Russo's** [3] - 3905:16, 3964:11, 4012:12
**ruthless** [1] - 3861:4

## S

**safe** [2] - 3883:2, 3887:13
**safes** [1] - 3883:5
**safety** [1] - 3918:7
**sailing** [1] - 3913:1

**sale** [6] - 3725:4, 3788:4, 3946:19, 3946:22, 3950:6, 3950:15
**sales** [11] - 3818:15, 3818:18, 3856:16, 3882:8, 3884:20, 3947:1, 3949:10, 3949:19, 3950:1, 3950:3, 3985:24
**Sam** [1] - 3708:14
**SAM** [1] - 3707:18
**Samantha** [1] - 3708:19
**Samaritan** [3] - 3979:18, 4015:10, 4015:12
**samaritans** [1] - 3922:25
**Samuel** [8] - 3818:12, 3819:13, 3820:8, 3821:12, 3822:12, 3823:15, 3825:1, 3835:5
**sanctioned** [22] - 3836:6, 3836:13, 3836:15, 3836:19, 3836:22, 3836:25, 3838:4, 3838:7, 3838:9, 3838:11, 3838:13, 3838:16, 3838:20, 3838:22, 3838:24, 3839:2, 3839:4, 3839:7, 3840:5, 3840:7, 3840:9, 3840:11
**sandwich** [1] - 3904:22
**Saquan** [36] - 3847:21, 3848:1, 3852:8, 3852:9, 3852:23, 3856:23, 3861:1, 3881:14, 3883:7, 3897:21, 3898:7, 3898:10, 3898:13, 3900:16, 3901:9, 3905:10, 3920:22, 3921:11, 3922:16, 3922:17, 3922:20, 4004:7, 4006:20, 4007:1, 4007:3, 4007:4, 4007:7, 4021:13, 4027:15, 4029:5, 4029:10, 4029:12, 4029:13, 4029:16, 4029:20, 4030:11
**sat** [6] - 3793:10, 3833:15, 3900:13, 3900:14, 3931:11, 4024:16
**satisfied** [2] - 3850:6, 3995:5
**satisfy** [2] - 3943:7, 3996:5
**Saunders** [49] - 3842:7, 3848:5, 3851:5, 3854:22, 3890:11, 3890:21, 3890:24, 3895:9, 3895:13, 3896:1, 3896:2, 3897:13, 3897:18, 3898:21, 3899:10, 3899:12, 3900:3, 3900:13, 3942:6, 3942:7, 3943:25, 3944:2, 3944:9, 3944:13, 3944:16, 3944:20, 3944:22, 3945:4, 3945:16, 3946:1, 3946:11, 3947:2, 3947:12, 3951:4, 3951:6, 3952:14, 3953:5, 3953:11, 3954:1, 3954:13, 3954:14, 3954:22, 3955:9, 3955:13, 4026:21, 4026:23, 4029:5
**Saunders'** [2] - 3944:6, 3946:16
**Saunders's** [4] - 3893:5, 3899:24, 3952:9, 3954:10
**savings** [2] - 3823:21, 4021:10
**saw** [68] - 3737:17, 3740:18, 3740:19, 3741:5, 3772:10, 3773:4, 3797:11, 3797:12, 3804:25, 3805:3, 3842:16, 3843:24, 3844:10, 3850:2, 3855:20, 3855:21, 3860:10, 3860:24, 3864:9, 3872:25, 3876:11, 3879:1, 3879:22, 3881:23, 3882:18, 3883:9, 3883:13, 3892:14, 3896:14, 3896:17, 3897:4,

3897:20, 3899:6, 3900:3, 3902:24, 3913:25, 3914:13, 3914:20, 3915:2, 3921:5, 3924:11, 3937:15, 3938:15, 3938:17, 3968:12, 3968:24, 4002:2, 4003:6, 4003:9, 4003:18, 4003:19, 4004:2, 4004:13, 4008:19, 4009:9, 4009:14, 4010:10, 4011:10, 4011:12, 4013:6, 4015:2, 4020:20, 4021:22, 4025:8, 4025:24, 4025:25, 4028:8
**scare** [1] - 3970:12
**scared** [11] - 3858:11, 3893:7, 3899:15, 3902:17, 3903:8, 3989:4, 3989:6, 4003:5, 4003:14, 4017:11, 4027:11
**scene** [13] - 3885:18, 3886:16, 3892:2, 3894:18, 3896:7, 3905:18, 3907:10, 3924:12, 3941:20, 3941:24, 3972:25, 4027:13, 4027:15
**scenes** [4] - 4024:3, 4024:4
**scheduling** [1] - 3815:24
**scheme** [1] - 3980:25
**SCHNEIDER** [1] - 3707:22
**scholarship** [1] - 3931:22
**school** [6] - 3737:16, 3851:10, 3890:22, 3931:23, 4004:23, 4018:18
**science** [2] - 3727:22, 4001:12
**scientific** [2] - 3954:4, 3960:18
**scoffed** [1] - 3929:7
**scope** [5] - 3712:16, 3722:12, 3722:22, 3723:2, 3725:11
**scout** [1] - 3921:16
**scratch** [2] - 3882:12, 4032:9
**screaming** [2] - 3897:14, 3905:7
**screen** [5] - 3769:21, 3770:10, 3884:16, 3887:1, 3916:6
**screens** [4] - 3769:15, 3769:16, 3769:17, 3938:2
**screws** [1] - 3992:3
**script** [1] - 4021:1
**scripted** [3] - 3886:6, 3886:7, 3886:9
**search** [4] - 3837:13, 3847:23, 3888:8, 3912:10
**searched** [3] - 3741:15, 3741:16, 3979:23
**seared** [1] - 3852:10
**seat** [6] - 3733:8, 3776:15, 3783:10, 3783:22, 3783:25, 3912:4
**seated** [14] - 3732:21, 3761:16, 3762:13, 3776:13, 3815:20, 3818:3, 3827:4, 3829:4, 3834:23, 3933:24, 3934:25, 3999:18, 4000:19, 4034:4
**second** [16] - 3709:24, 3722:24, 3738:12, 3749:9, 3793:4, 3829:4, 3880:14, 3896:10, 3922:5, 3924:21, 3947:15, 3982:25, 3994:25, 4023:11, 4025:14, 4034:5
**seconds** [2] - 3727:23, 3727:25
**secret** [1] - 3986:25
**Section** [2] - 3821:18, 3821:20
**section** [3] - 3791:13, 3791:14,

3990:15

**securing** [1] - 3992:2

**security** [1] - 3757:24

**see** [95] - 3710:3, 3710:20, 3712:20, 3735:13, 3735:16, 3743:24, 3743:25, 3765:14, 3768:24, 3769:13, 3770:5, 3773:1, 3773:18, 3779:25, 3805:25, 3808:6, 3808:8, 3812:3, 3812:6, 3827:10, 3828:4, 3831:18, 3844:14, 3846:16, 3852:2, 3855:6, 3856:6, 3872:14, 3872:20, 3876:6, 3876:13, 3876:16, 3877:5, 3882:8, 3885:20, 3885:25, 3886:10, 3886:17, 3886:18, 3890:15, 3893:7, 3893:19, 3894:1, 3894:2, 3894:7, 3895:5, 3895:7, 3896:18, 3899:8, 3902:18, 3904:11, 3904:13, 3910:7, 3910:8, 3910:9, 3910:18, 3910:19, 3911:6, 3913:7, 3913:8, 3913:15, 3914:8, 3914:22, 3915:7, 3915:20, 3915:24, 3916:2, 3917:3, 3921:21, 3928:5, 3928:25, 3934:18, 3937:22, 3941:12, 3947:16, 3950:4, 3950:11, 3957:5, 3967:25, 3969:23, 3971:12, 3988:2, 3991:23, 3996:15, 4001:20, 4002:11, 4002:16, 4003:25, 4013:4, 4017:1, 4026:19, 4028:9, 4033:6

**seeing** [6] - 3893:15, 3894:23, 3896:12, 3896:19, 3927:14, 3967:3

**seeking** [2] - 3989:9, 3992:2

**seeks** [2] - 3835:1, 3958:14

**seem** [2] - 3924:22, 4026:23

**sees** [22] - 3873:7, 3877:22, 3887:3, 3887:6, 3895:10, 3895:25, 3896:6, 3897:3, 3897:12, 3903:4, 3903:24, 3904:14, 3911:8, 3913:17, 3967:5, 3967:7, 3969:8, 4003:14, 4012:13, 4029:21

**seizures** [1] - 3985:21

**selected** [2] - 3823:24, 3824:12

**self** [7] - 3758:10, 3889:18, 3923:9, 3924:20, 3981:4, 3982:10, 4005:9

**self-explanatory** [1] - 3889:18

**self-interest** [2] - 3981:4, 3982:10

**self-interested** [2] - 3923:9, 3924:20

**sell** [42] - 3772:22, 3781:16, 3781:19, 3781:22, 3784:21, 3784:24, 3785:5, 3785:8, 3787:13, 3787:22, 3788:20, 3791:11, 3800:3, 3810:22, 3811:5, 3811:14, 3822:23, 3851:17, 3852:7, 3857:12, 3858:20, 3858:21, 3860:13, 3868:2, 3870:5, 3882:15, 3883:18, 3901:21, 3936:13, 3941:10, 3949:2, 3949:16, 3949:17, 3975:11, 3977:12, 3977:14, 3977:16, 3978:1, 3983:12, 4010:8, 4016:9, 4016:24

**sellers** [1] - 3852:15

**selling** [84] - 3735:22, 3742:13, 3742:15, 3742:16, 3742:18, 3742:22, 3746:15, 3772:17, 3785:14, 3795:9,

3800:15, 3800:22, 3810:18, 3848:25, 3849:2, 3849:9, 3850:4, 3851:12, 3851:13, 3851:14, 3853:2, 3853:7, 3857:11, 3857:25, 3858:12, 3858:14, 3859:7, 3860:5, 3860:9, 3860:11, 3867:15, 3868:7, 3868:10, 3868:14, 3881:11, 3881:24, 3882:10, 3882:21, 3884:2, 3885:6, 3885:14, 3889:13, 3890:14, 3891:8, 3891:14, 3903:20, 3903:21, 3905:10, 3909:21, 3913:6, 3930:6, 3940:12, 3940:15, 3944:10, 3944:14, 3944:25, 3945:6, 3945:9, 3945:19, 3945:20, 3945:24, 3945:25, 3946:1, 3946:2, 3946:12, 3947:3, 3947:18, 3947:19, 3947:21, 3947:24, 3948:1, 3951:8, 3951:10, 3958:1, 3961:23, 3966:23, 3970:10, 3977:9, 3993:19, 3995:24, 3996:2, 4028:21, 4028:23

**sells** [5] - 3855:11, 3855:12, 3944:23, 3953:22, 3977:7

**semiautomatic** [1] - 3849:23

**send** [4] - 3779:2, 3989:12, 3994:11, 3999:10

**sends** [2] - 3936:14, 3936:15

**sense** [22] - 3865:10, 3884:23, 3884:24, 3885:7, 3886:1, 3893:14, 3896:1, 3910:24, 3917:23, 3922:5, 3928:5, 3928:8, 3932:1, 3932:24, 3959:9, 3962:9, 3962:13, 3966:5, 3984:15, 3985:7, 4003:11, 4011:5

**senseless** [5] - 3965:21, 4009:24, 4010:3, 4010:5, 4031:9

**sent** [2] - 3709:19, 3794:9, 3806:16, 3855:24

**sentence** [17] - 3713:18, 3714:1, 3718:8, 3722:16, 3723:18, 3727:15, 3734:9, 3752:5, 3760:18, 3761:3, 3761:6, 3780:18, 3814:11, 3923:25, 3996:7, 4005:11, 4017:10

**sentenced** [5] - 3713:18, 3718:9, 3764:16, 3813:10, 3836:11

**sentences** [4] - 3760:25, 3923:2, 3986:11, 4003:20

**sentencing** [1] - 3717:14

**separate** [6] - 3776:3, 3832:20, 3871:3, 3875:22, 3902:12, 4032:4

**separately** [1] - 3972:14

**September** [17] - 3736:12, 3740:5, 3742:8, 3742:10, 3742:12, 3742:23, 3747:8, 3747:12, 3839:7, 3873:6, 3909:6, 3974:18, 3978:2, 3989:16, 3993:22

**sequence** [2] - 3892:7, 3892:8

**series** [2] - 3875:19, 4025:25

**serious** [5] - 3923:19, 3952:17, 3972:1, 3984:11, 3997:5

**serum** [1] - 3981:19

**serve** [1] - 3761:1

**service** [2] - 3845:15, 3875:5

**serving** [2] - 3721:10, 3752:5

**session** [5] - 3820:10, 3820:14, 3820:20, 3825:4, 3825:8

**set** [20] - 3715:5, 3715:17, 3732:12, 3751:25, 3752:1, 3756:10, 3756:14, 3759:8, 3759:9, 3766:19, 3789:4, 3789:20, 3828:6, 3829:8, 3844:6, 3852:2, 3861:12, 3875:8, 3881:19, 3922:14

**Set** [9] - 3735:24, 3738:17, 3740:18, 3741:3, 3873:13, 3874:21, 3877:11, 3877:20, 3877:22

**set-back** [1] - 3881:19

**sets** [7] - 3756:16, 3759:15, 3759:17, 3767:10, 3791:14, 3855:24, 3931:5

**settle** [1] - 3871:17

**settlement** [2] - 3930:22, 4005:22

**Seven** [3] - 3889:4, 3889:19, 3900:20

**seven** [5] - 3737:7, 3737:8, 3816:19, 3918:17, 3919:8, 3969:20, 3989:23

**seven-hour** [1] - 3918:17

**seventeen** [3] - 3738:1, 3738:2, 3838:1

**Seventh** [2] - 3727:6, 3775:4

**several** [8] - 3712:11, 3737:3, 3737:4, 3876:21, 3889:5, 3902:6, 3902:20, 3913:14

**sewn** [1] - 3958:6

**sexual** [1] - 4001:11

**Shaguns** [3] - 3799:4, 3799:6, 3799:8

**Shah** [1] - 3820:13

**shall** [1] - 3934:18

**shape** [4] - 3887:4, 3916:3, 3947:9, 3947:10

**Sharif** [4] - 3799:2, 3799:3, 3799:16, 4008:9

**sharing** [1] - 3872:17

**Sharlet** [1] - 3905:13

**sharpest** [1] - 4014:12

**sheath** [1] - 3839:11

**sheet** [2] - 3725:6, 3911:5

**sheets** [2] - 3840:24, 3854:8

**shell** [6] - 3880:9, 3913:20, 4023:13, 4023:16, 4027:14

**shift** [1] - 3947:7

**shit** [5] - 3808:2, 3808:21, 3868:2, 3928:22, 3929:3

**shit's** [1] - 3886:5

**shoes** [1] - 4029:25

**Shondell** [5] - 3709:1, 3716:23, 3717:3, 3762:15, 3762:21, 3791:8, 3830:7, 3863:8, 3957:25

**shoot** [12] - 3877:19, 3887:21, 3900:4, 3903:11, 3910:1, 3918:6, 3962:5, 3964:14, 3964:23, 3975:3, 4013:13, 4027:1

**shoot-out** [1] - 3918:6

**shooters** [1] - 3861:7

**shooting** [21] - 3736:15, 3740:9, 3741:6, 3741:11, 3744:13, 3773:5, 3853:4, 3869:16, 3871:7, 3877:6,

3893:16, 3896:5, 3909:17, 3938:9, 3940:24, 3965:11, 3967:9, 3967:16, 3967:19, 3974:16, 4006:2
**shootings** [1] - 4004:21
**shoots** [5] - 3872:12, 3872:13, 3877:20, 3891:23
**short** [2] - 3865:9, 3913:25
**shortly** [5] - 3941:7, 3950:19, 3970:4, 4013:20, 4021:5
**shot** [67] - 3725:13, 3736:9, 3737:23, 3737:25, 3739:6, 3739:10, 3739:14, 3739:17, 3740:5, 3741:1, 3741:10, 3741:11, 3741:12, 3741:14, 3741:16, 3742:6, 3743:8, 3746:7, 3747:8, 3747:13, 3747:15, 3748:20, 3751:21, 3773:13, 3842:6, 3842:10, 3851:8, 3876:20, 3877:23, 3890:9, 3892:13, 3892:16, 3892:20, 3894:17, 3895:23, 3896:2, 3899:15, 3899:18, 3900:17, 3904:9, 3907:5, 3909:9, 3909:16, 3909:19, 3910:9, 3910:17, 3911:3, 3914:14, 3915:11, 3915:12, 3915:22, 3927:14, 3948:18, 3948:25, 3949:1, 3969:12, 4004:20, 4007:3, 4010:18, 4020:20, 4020:21, 4021:6, 4027:17, 4028:24, 4030:20
**shots** [7] - 3861:13, 3872:21, 3877:22, 3892:3, 3892:7, 3892:9, 3897:12
**shoulder** [2] - 3899:14, 3899:18
**shoulders** [1] - 3900:9
**show** [28] - 3771:14, 3842:22, 3843:10, 3857:9, 3860:23, 3884:9, 3885:8, 3885:13, 3886:2, 3887:6, 3887:12, 3899:11, 3900:3, 3901:10, 3906:22, 3910:10, 3914:20, 3915:5, 3947:15, 3956:18, 3958:7, 3971:9, 3983:24, 3984:12, 3991:2, 4013:11, 4022:19, 4022:23
**showed** [6] - 3841:19, 3898:8, 3911:5, 3931:1, 4015:6, 4026:18
**showing** [2] - 3805:17, 3909:8
**shown** [5] - 3769:21, 3946:10, 3947:19, 3949:24, 4031:18
**shows** [18] - 3868:8, 3873:22, 3882:1, 3886:24, 3890:9, 3896:8, 3896:24, 3897:1, 3903:23, 3908:7, 3960:9, 3960:12, 3960:25, 3972:7, 3981:7, 3984:15, 4022:24, 4022:25
**SHREVE** [1] - 3707:18
**Shreve** [11] - 3708:14, 3781:3, 3818:11, 3819:13, 3820:7, 3821:12, 3822:12, 3823:15, 3825:1, 3827:11, 3835:5
**shrinking** [1] - 3884:25
**SHU** [2] - 3928:18, 3928:20
**shucks** [1] - 3921:17
**side** [15] - 3712:13, 3720:6, 3720:9, 3726:17, 3727:13, 3728:24, 3730:6, 3730:10, 3770:18, 3776:14, 3777:4, 3783:16, 3859:20, 3870:1, 4034:7

**Side** [6] - 3720:10, 3727:2, 3728:4, 3777:5, 3784:9, 3791:6
**Side-bar** [2] - 3727:2, 3728:4
**side-bar** [4] - 3727:13, 3728:24, 3730:6, 3730:10
**sidebar** [2] - 3753:9, 3830:16
**Sidebar** [1] - 3754:1
**sides** [1] - 4033:4
**sideshow** [1] - 3903:1
**Siegel** [16] - 3710:20, 3711:3, 3711:4, 3711:7, 3712:12, 3712:14, 3716:16, 3716:18, 3717:5, 3717:9, 3719:3, 3720:1, 3830:11, 3831:12, 3833:16, 3833:25
**SIEGEL** [22] - 3711:10, 3711:12, 3711:15, 3711:18, 3711:21, 3712:2, 3712:19, 3712:21, 3713:2, 3713:21, 3714:7, 3714:10, 3714:13, 3714:18, 3716:19, 3716:21, 3716:25, 3717:10, 3718:6, 3719:6, 3719:11, 3720:2
**Siegel's** [1] - 3831:7
**sight** [3] - 3895:11, 4004:1
**sign** [3] - 3863:18, 3863:20, 3980:19
**signed** [5] - 3818:25, 3823:2, 3824:16, 3825:13, 3829:11
**significance** [1] - 3718:13
**significant** [6] - 3786:22, 3866:10, 3884:21, 3924:1, 3981:6, 4028:11
**signs** [1] - 3863:19
**silence** [1] - 3833:3
**similar** [3] - 3861:12, 3889:20, 3898:19
**simple** [3] - 3919:5, 3924:20, 3944:8
**simplicity** [1] - 3923:7
**simply** [1] - 3825:23
**singing** [1] - 3938:22
**single** [4] - 3884:10, 3923:12, 3995:25, 4024:24
**sink** [1] - 3905:1
**sister** [3] - 3971:3, 3972:12, 4007:3
**sister's** [1] - 4007:2
**sit** [7] - 3728:20, 3737:13, 3759:18, 3803:21, 3824:4, 3837:14, 3839:24
**Sit** [1] - 3907:20
**site** [7] - 3916:11, 3939:7, 3939:11, 3939:14, 3941:2, 3941:10, 3941:12
**sitting** [10] - 3779:9, 3783:12, 3841:22, 3893:8, 3984:5, 4028:6, 4028:14, 4030:15, 4032:11, 4032:23
**situation** [6] - 3732:15, 3828:2, 3937:24, 3942:21, 3994:1, 4019:4
**six** [13] - 3725:8, 3816:19, 3893:23, 3893:25, 3914:12, 3914:16, 3914:17, 3914:19, 3914:21, 3914:22, 3928:25, 3963:17, 3975:5
**Six** [2] - 3889:4, 3900:20
**six-foot-four** [4] - 3914:12, 3914:19, 3914:21, 3914:22
**six-four** [1] - 3914:17
**sixteen** [3] - 3837:25, 3849:15,

3849:16
**sixty** [4] - 3842:4, 3893:23, 3893:25, 3930:24
**sixty-six** [2] - 3893:23, 3893:25
**size** [1] - 3894:3
**sized** [2] - 3872:23, 3878:18
**sketch** [2] - 3896:7, 3896:21
**skidded** [1] - 3867:8
**skilled** [1] - 3927:18
**skipping** [2] - 3863:6, 3949:25
**skull** [1] - 3909:8
**sky** [2] - 3765:18, 3980:18
**slashed** [1] - 3825:6
**sleepless** [1] - 4018:18
**sleeps** [2] - 3918:16, 3918:17
**slept** [1] - 3937:16
**Slick** [1] - 3970:12
**slide** [1] - 3916:22
**slight** [3] - 3936:12, 3962:14, 3962:15
**slighted** [3] - 3973:21, 4010:23, 4010:24
**slinging** [3] - 3859:16, 4022:21, 4025:8
**slip** [1] - 3729:11
**Slope** [1] - 3820:18
**slow** [3] - 3938:16, 3938:17
**Slow** [5] - 3915:4, 3915:5, 3915:14, 4010:16, 4021:6
**Slow's** [1] - 4010:17
**slowly** [1] - 3930:4
**small** [6] - 3844:19, 3851:2, 3878:21, 3883:16, 3890:3
**small-time** [2] - 3890:3
**smaller** [2] - 3878:19, 3879:1
**smallest** [1] - 3936:11
**Smalls** [3] - 3948:18, 3948:25, 3949:1
**smart** [2] - 3896:5, 4012:1
**smartly** [1] - 3826:22
**smash** [1] - 3929:1
**smiled** [1] - 3752:13
**Smiley** [7] - 3801:5, 3801:15, 3801:17, 3801:18, 3804:21, 3807:25, 3825:6
**Smith** [13] - 3737:16, 3769:8, 3769:9, 3770:9, 3770:19, 3770:20, 3770:24, 3771:1, 3771:2, 3771:8, 3939:12, 3939:23
**smoke** [6] - 3772:12, 3779:11, 3808:7, 3809:3, 3809:5
**smoking** [1] - 3766:7
**smuggling** [7] - 3836:20, 3838:23, 3839:8, 3840:6, 3840:10, 3854:7, 3928:15
**Smurf** [12] - 3860:23, 3863:8, 3869:11, 3875:13, 3875:23, 3875:24, 3876:2, 3876:9, 3877:1, 3877:5, 3877:18, 3877:23
**Smurf's** [1] - 3878:1
**snack** [1] - 4002:3
**snatched** [1] - 3764:25

**sneakers** [1] - 4030:1

**snippet** [1] - 3883:22

**snitch** [16] - 3747:23, 3796:22, 3796:23, 3796:24, 3797:1, 3797:20, 3802:12, 3802:14, 3803:16, 3806:13, 4003:12, 4005:7, 4005:12, 4015:18, 4018:8, 4018:9

**snitches** [2] - 4003:9, 4006:5

**snitching** [11] - 3798:2, 3804:2, 3804:5, 3832:19, 3832:21, 3832:22, 3859:22, 3859:23, 3898:23

**snubbed** [1] - 4010:22

**sober** [2] - 3886:14, 3940:13

**social** [1] - 4033:1

**soft** [1] - 3913:3

**sold** [13] - 3743:1, 3743:3, 3767:23, 3800:5, 3800:7, 3811:2, 3811:11, 3820:13, 3835:20, 3843:11, 3862:5, 3901:17, 4004:18

**soldier** [1] - 3786:6

**solid** [2] - 3867:21, 3975:6

**Soloway** [55] - 3708:18, 3708:25, 3709:13, 3714:22, 3720:3, 3721:18, 3730:7, 3796:10, 3818:10, 3819:14, 3820:9, 3821:13, 3822:13, 3823:16, 3825:3, 3827:19, 3830:1, 3835:6, 3844:22, 3927:18, 3934:7, 3935:1, 4001:7, 4004:10, 4005:2, 4007:6, 4007:17, 4007:18, 4008:16, 4009:13, 4009:18, 4009:21, 4010:7, 4011:8, 4012:3, 4013:1, 4013:3, 4013:23, 4014:9, 4015:6, 4015:22, 4016:17, 4017:15, 4017:17, 4019:7, 4020:21, 4021:3, 4022:3, 4023:1, 4024:2, 4024:12, 4025:5, 4026:12, 4027:12, 4027:14

**SOLOWAY** [101] - 3707:22, 3707:24, 3708:17, 3708:21, 3709:1, 3709:3, 3710:1, 3710:6, 3710:12, 3715:1, 3716:10, 3719:16, 3719:19, 3720:6, 3720:12, 3720:24, 3721:2, 3721:7, 3721:12, 3721:21, 3722:4, 3725:4, 3725:7, 3726:3, 3726:6, 3728:13, 3729:20, 3731:9, 3731:18, 3762:2, 3762:3, 3762:15, 3763:1, 3763:3, 3769:10, 3769:20, 3775:2, 3777:3, 3777:7, 3778:6, 3780:21, 3782:10, 3782:16, 3784:18, 3785:1, 3785:7, 3785:11, 3787:5, 3788:16, 3789:11, 3790:1, 3791:3, 3791:8, 3791:18, 3793:18, 3794:5, 3794:12, 3795:1, 3800:10, 3803:19, 3805:25, 3806:4, 3810:2, 3815:13, 3816:14, 3816:16, 3817:2, 3817:23, 3823:25, 3824:4, 3824:8, 3825:22, 3826:9, 3829:20, 3830:4, 3831:4, 3832:1, 3832:10, 3833:20, 3834:7, 3834:10, 3834:12, 3834:15, 3834:18, 3841:7, 3934:8, 3934:18, 3934:22, 3935:3, 3935:5, 3935:6, 3935:8, 3937:1, 3951:1,

3964:2, 3977:1, 3989:1, 3999:2, 4009:1, 4015:15, 4035:18

**Soloway's** [4] - 3730:15, 3973:6, 4002:19, 4006:10

**solved** [3] - 4001:10, 4001:13, 4001:19

**someone** [25] - 3735:24, 3745:23, 3771:11, 3771:16, 3772:5, 3797:8, 3797:9, 3797:10, 3855:1, 3871:12, 3907:8, 3911:2, 3911:3, 3961:5, 3965:23, 3967:9, 3986:12, 3986:22, 4009:23, 4010:7, 4011:3, 4011:22, 4015:12, 4029:24, 4030:2

**someplace** [1] - 3968:20

**something's** [2] - 3740:17, 3827:7

**sometime** [5] - 3725:3, 3775:14, 3805:7, 3948:15, 3990:21

**sometimes** [14] - 3744:23, 3768:24, 3773:3, 3849:5, 3858:18, 3864:8, 3880:6, 3880:7, 3882:23, 3885:6, 3888:5, 3914:7, 3943:4, 3959:9, 4015:1

**somewhat** [3] - 3856:13, 3949:22, 3989:5

**somewhere** [16] - 3758:25, 3759:2, 3759:3, 3763:16, 3770:21, 3771:5, 3771:8, 3779:3, 3882:20, 3917:9, 3920:10, 3934:9, 3939:14, 3939:22, 3942:1

**Son** [1] - 3808:2

**son** [2] - 3898:25, 3899:19

**song** [1] - 3938:16

**soon** [8] - 3854:14, 3868:6, 3892:20, 3911:6, 3977:7, 3994:5, 3997:18, 4028:9

**sooner** [1] - 3904:19

**sophisticated** [2] - 4009:6, 4011:23

**sorry** [12] - 3735:12, 3759:1, 3824:5, 3830:3, 3833:17, 3834:12, 3917:18, 3968:3, 3991:15, 3993:23, 4019:14, 4022:24

**sort** [20] - 3730:13, 3756:17, 3768:2, 3777:8, 3777:20, 3831:2, 3856:7, 3866:7, 3897:10, 3910:19, 3914:17, 3936:6, 3937:4, 3944:2, 3944:7, 3945:13, 3947:6, 3964:25, 3983:6, 4009:19

**Soul** [1] - 3856:10

**sound** [4] - 3743:6, 3755:9, 4016:14, 4016:15

**sounded** [1] - 3955:8

**sounds** [3] - 4010:9, 4028:1, 4029:15

**Soup** [1] - 3807:24

**sources** [1] - 3853:18

**South** [1] - 3865:12

**south** [1] - 3939:14

**Southside** [1] - 3770:4

**spa** [1] - 3928:23

**space** [1] - 3918:17

**span** [1] - 3846:20

**Spanish** [1] - 4008:21

**speaking** [5] - 3769:24, 3770:1,

3903:15, 3935:12, 3937:3

**Special** [8] - 3708:14, 3836:11, 3841:1, 3905:25, 3916:13, 3916:20, 3917:12, 3990:20

**special** [2] - 3917:15, 4019:23

**specific** [11] - 3733:24, 3748:7, 3748:8, 3833:17, 3853:6, 3874:11, 3878:11, 3906:5, 3956:2, 4026:8

**specifically** [5] - 3764:20, 3791:11, 3804:6, 3853:8, 3942:3

**specificity** [1] - 3811:23

**specifics** [1] - 3789:9

**speculate** [2] - 4017:23, 4024:10

**spell** [2] - 3733:9, 3762:22

**spend** [15] - 3734:1, 3844:7, 3845:8, 3848:11, 3880:15, 3881:9, 3881:21, 3887:19, 3890:8, 3924:14, 3930:10, 4021:14, 4023:11, 4026:4, 4027:9

**spending** [3] - 3977:6, 4021:25, 4022:1

**spends** [2] - 3939:21, 3993:21

**spent** [9] - 3928:17, 3982:9, 3982:22, 4003:12, 4008:16, 4023:1, 4023:13, 4023:16

**spin** [1] - 3862:22

**split** [1] - 3860:7

**spoken** [3] - 3711:3, 3714:19, 3717:10

**Spoon** [1] - 3891:12

**spot** [5] - 3827:19, 3827:22, 3857:19, 3924:25, 3931:5

**spots** [1] - 3827:21

**spread** [1] - 3915:12

**spring** [1] - 3902:24

**spun** [1] - 4017:16

**square** [1] - 3929:2

**squared** [1] - 3816:8

**stab** [1] - 3975:3

**stack** [1] - 3887:7

**staff** [4] - 3838:8, 3840:8, 3840:13, 3862:8

**stage** [2] - 3764:11, 3830:17

**stairs** [3] - 3741:12, 3860:1, 3896:8

**stairway** [2] - 3859:25, 3896:25

**stairwell** [2] - 3895:20, 3939:1

**stand** [34] - 3718:14, 3720:2, 3732:18, 3761:18, 3809:7, 3831:11, 3831:18, 3833:5, 3843:6, 3848:17, 3876:14, 3879:1, 3893:8, 3900:2, 3914:3, 3922:6, 3923:12, 3924:22, 3944:9, 3980:6, 3980:8, 3980:17, 3987:3, 4003:7, 4005:4, 4009:20, 4011:10, 4015:2, 4015:3, 4023:15, 4027:5, 4027:8, 4028:12, 4030:23

**standing** [6] - 3732:20, 3842:1, 3893:17, 3893:20, 3914:23, 4022:7

**standpoint** [1] - 3962:8

**stands** [1] - 3947:5

**start** [18] - 3816:7, 3828:4, 3842:21, 3845:13, 3846:17, 3847:14, 3860:5, 3876:9, 3907:21, 3912:15, 3937:12,

GR        OCR        CM        CRR        CSR

3943:23, 3944:2, 4005:5, 4008:18, 4018:15, 4032:9

**started** [11] - 3716:2, 3737:15, 3737:20, 3738:18, 3738:19, 3740:16, 3801:24, 3860:7, 3943:24, 3990:21

**starting** [7] - 3847:15, 3849:16, 3849:17, 3854:4, 3891:15, 3951:20, 3994:16

**starts** [13] - 3851:3, 3851:20, 3852:18, 3855:3, 3858:11, 3867:12, 3867:15, 3877:6, 3944:6, 3944:14, 3967:16, 3990:18, 3991:14

**stash** [10] - 3847:21, 3861:5, 3881:14, 3883:7, 3898:14, 3905:9, 3921:1, 4004:20, 4029:8, 4030:6

**State** [10] - 3822:19, 3836:4, 3836:8, 3837:4, 3839:9, 3839:15, 3840:15, 3865:6, 3865:7, 3865:12

**state** [15] - 3721:14, 3733:9, 3762:20, 3766:12, 3822:21, 3836:4, 3837:5, 3839:10, 3854:21, 3899:1, 3899:11, 3899:12, 3957:16, 3977:6, 3978:18

**state's** [1] - 3836:12

**statement** [6] - 3729:1, 3791:20, 3792:6, 3831:15, 3831:16, 3833:4

**statements** [2] - 3717:22, 3791:24

**Staten** [3] - 3978:13, 3979:2, 3979:20

**STATES** [3] - 3707:1, 3707:4, 3707:13

**states** [1] - 3832:25

**States** [21] - 3707:7, 3707:17, 3707:19, 3708:15, 3717:6, 3781:4, 3818:10, 3819:12, 3820:7, 3821:11, 3822:11, 3823:14, 3824:25, 3835:4, 3835:5, 3957:19

**stating** [1] - 3835:10

**Statler** [1] - 3978:7

**status** [3] - 3764:8, 3855:1, 3922:21

**statute** [2] - 3722:15, 3875:6

**statutes** [1] - 3889:24

**statutory** [1] - 3821:21

**stay** [12] - 3731:24, 3731:25, 3775:22, 3808:10, 3837:10, 3839:22, 3907:17, 3948:22, 3999:21, 4000:1, 4016:23, 4033:5

**staying** [1] - 3729:17

**stays** [1] - 3938:13

**steals** [1] - 3871:10

**stenography** [1] - 3708:4

**step** [3] - 3840:20, 3961:14, 4027:4

**steps** [5] - 3843:25, 3876:19, 3877:6, 3890:2, 3929:4

**stereo** [2] - 3902:25, 4011:10

**STERN** [1] - 3707:23

**still** [14] - 3716:9, 3722:13, 3741:15, 3755:8, 3769:16, 3856:12, 3877:12, 3903:4, 3947:18, 3947:21, 4005:21, 4025:15, 4030:7, 4032:16

**stip** [1] - 3817:18

**stippling** [1] - 3892:10

**stipulate** [1] - 3817:9

**stipulated** [10] - 3788:4, 3818:8, 3819:11, 3820:6, 3821:10, 3822:10, 3823:13, 3824:24, 3835:3, 3919:20

**stipulation** [58] - 3715:11, 3715:13, 3816:2, 3816:9, 3816:10, 3817:19, 3817:21, 3818:6, 3818:23, 3819:9, 3819:20, 3819:22, 3820:4, 3820:24, 3821:1, 3821:8, 3821:24, 3822:1, 3822:9, 3822:25, 3823:3, 3823:11, 3824:8, 3824:9, 3824:14, 3824:17, 3824:22, 3825:11, 3825:14, 3825:24, 3827:12, 3827:15, 3829:11, 3829:17, 3835:1, 3841:2, 3848:17, 3849:21, 3853:11, 3854:4, 3863:23, 3864:3, 3865:5, 3873:5, 3873:9, 3873:17, 3881:16, 3881:25, 3893:22, 3894:4, 3898:11, 3906:23, 3912:11, 3928:16, 3949:25, 3950:1, 3975:18, 4013:12

**stipulations** [11] - 3762:4, 3815:23, 3816:5, 3816:12, 3816:14, 3816:15, 3816:20, 3816:24, 3817:16, 3826:13, 3827:11

**stitched** [1] - 3926:21

**stood** [4] - 3740:15, 3841:18, 3942:19

**stop** [6] - 3738:12, 3772:17, 3888:8, 3891:20, 3912:21, 4031:8

**stopped** [9] - 3712:12, 3868:7, 3882:8, 3911:15, 3911:19, 3912:9, 4002:3, 4017:2, 4025:20

**stops** [4] - 3874:18, 3904:22, 3912:20, 3930:2

**store** [1] - 3862:17

**stories** [2] - 3876:13, 3926:19

**story** [17] - 3877:24, 3905:5, 3906:11, 3924:3, 3926:25, 3927:1, 3945:23, 3965:1, 3965:4, 3965:25, 3971:21, 3971:22, 3974:8, 3975:9, 3975:22, 3977:10, 4029:8

**stove** [1] - 3887:5

**straight** [2] - 3819:17, 3914:23

**straightforward** [1] - 3960:9

**stranger** [1] - 3914:9

**strategic** [3] - 3730:19, 3730:24, 3731:11

**Street** [49] - 3707:23, 3737:16, 3741:14, 3743:6, 3745:9, 3745:12, 3746:10, 3751:10, 3765:2, 3769:8, 3769:9, 3770:9, 3770:19, 3770:20, 3770:22, 3771:1, 3771:2, 3772:17, 3807:2, 3818:19, 3818:20, 3818:21, 3818:22, 3819:17, 3822:18, 3842:18, 3851:3, 3851:13, 3854:16, 3859:7, 3859:15, 3897:1, 3906:19, 3939:23, 3941:22, 3942:12, 3950:5, 3950:8, 3950:9, 3950:12, 3950:13, 3951:10, 3958:9, 3977:9, 3978:25

**street** [42] - 3756:23, 3765:8, 3765:25, 3766:3, 3770:24, 3770:25, 3802:11, 3803:15, 3844:6, 3847:10, 3855:7, 3859:8, 3864:21, 3867:14, 3868:22,

3870:5, 3874:4, 3909:24, 3913:4, 3920:23, 3932:4, 3950:13, 3953:19, 3953:20, 3955:16, 3956:15, 3973:10, 3973:24, 3977:4, 3977:11, 3979:7, 3993:17, 3996:2, 3996:3, 4001:23, 4002:8, 4004:14, 4004:19, 4004:25, 4007:11, 4017:13, 4028:9

**Street's** [1] - 3745:10

**streets** [9] - 3770:2, 3770:23, 3771:3, 3856:14, 3866:25, 3925:6, 4018:20, 4029:14, 4029:24

**Streets** [1] - 3939:13

**strength** [2] - 3851:21, 4027:1

**stressed** [1] - 3857:15

**stretch** [2] - 3737:10, 3961:15

**Strickland** [1] - 3731:4

**strident** [1] - 3989:18

**stridently** [1] - 3990:4

**strike** [1] - 3925:1

**Stro** [2] - 3859:19, 3859:21

**structure** [8] - 3830:13, 3847:3, 3851:25, 3853:19, 3856:1, 3918:21, 3922:14, 3926:4

**struggling** [1] - 3931:17

**stuck** [2] - 3754:23, 3923:18

**studio** [19] - 3774:16, 3775:3, 3775:4, 3775:7, 3775:9, 3775:21, 3775:22, 3776:17, 3776:18, 3776:22, 3778:7, 3778:8, 3778:13, 3782:25, 3783:2, 3930:10, 3958:8, 3958:9, 3958:10

**stuff** [12] - 3869:25, 3874:10, 3883:2, 3886:14, 3886:24, 3913:3, 3929:20, 3930:5, 3931:4, 3950:20, 3970:21, 3970:25

**stupid** [1] - 4011:21

**style** [2] - 3867:4, 3873:21

**subject** [6] - 3713:15, 3717:14, 3718:7, 3721:8, 3973:8, 3979:14, 4023:12

**submit** [27] - 3843:17, 3862:23, 3872:24, 3876:16, 3878:15, 3893:7, 3894:24, 3894:25, 3895:6, 3899:24, 3910:18, 3910:19, 3925:2, 3926:24, 3928:8, 3972:16, 3995:9, 3997:9, 3999:10, 4004:8, 4005:4, 4005:17, 4010:1, 4010:14, 4012:6, 4015:7, 4020:18

**submitted** [1] - 3832:18

**subpoena** [2] - 3878:16, 3893:11

**subsequently** [1] - 3730:9

**substance** [1] - 3835:18

**substances** [1] - 3902:20

**substantial** [1] - 3714:3

**substantive** [2] - 3880:16, 3944:3

**Subway** [3] - 3904:22, 4002:3, 4017:2

**sudden** [1] - 3922:25

**suddenly** [1] - 3987:9

**suffered** [1] - 4018:17

**sufficient** [1] - 3920:5

**sugar** [1] - 3934:15

**suggest** [6] - 3816:5, 3897:17,

3916:18, 3981:2, 4006:11, 4009:18
**suggested** [2] - 3722:20, 3831:6
**suggesting** [5] - 3923:4, 3966:20, 3992:15, 4017:18, 4017:19
**suggestion** [1] - 3884:7
**suggests** [4] - 3723:11, 3950:23, 4009:21, 4011:8
**suitcases** [1] - 3959:1
**Sullivan** [1] - 3890:14
**summarize** [2] - 3845:21, 3861:17
**summary** [1] - 3844:11
**summation** [8] - 3830:23, 3844:3, 3844:22, 3920:16, 3936:4, 3936:7, 3953:3, 3966:11
**SUMMATION** [4] - 3935:4, 4001:1, 4035:17, 4035:19
**summations** [4] - 3715:17, 3816:7, 3816:11, 3830:11
**summed** [1] - 4005:3
**summer** [1] - 3929:2
**sun** [1] - 4000:11
**Sunset** [1] - 3820:17
**supervised** [3] - 3978:20, 3978:23, 3979:16
**supervising** [1] - 3978:23
**Supervision** [1] - 3837:4, 3839:15
**supervision** [2] - 3766:9, 3766:11
**supplied** [3] - 3859:20, 3884:14, 3884:15
**supplier** [3] - 3882:20, 3883:13, 3885:16
**supply** [2] - 3735:19, 3853:18
**supplying** [2] - 3966:23, 3985:15
**support** [7] - 3767:23, 3774:13, 3774:14, 3862:8, 3931:12, 4017:22
**supported** [1] - 3884:10
**supporting** [1] - 3853:5
**supposed** [9] - 3729:10, 3756:18, 3854:6, 3854:8, 3856:1, 3859:21, 3889:14, 3910:25, 3949:16
**supposedly** [3] - 3736:8, 3957:23, 3985:13
**surface** [1] - 3882:12
**surgery** [1] - 3748:4
**surprise** [3] - 3936:18, 4015:1, 4022:18
**surprised** [1] - 3955:14
**surround** [1] - 3921:7
**surrounding** [2] - 3848:20, 3918:25
**surveillance** [6] - 3913:10, 3913:15, 3937:5, 3960:24, 3985:22, 4028:14
**surveying** [3] - 3873:22, 3874:20, 4026:1
**suspect** [2] - 3899:23, 3923:5
**sustain** [2] - 3754:21, 3757:7
**Sustained** [8] - 3735:2, 3739:16, 3740:7, 3740:23, 3747:6, 3748:12, 3749:19, 3768:15
**sustained** [14] - 3756:7, 3757:5, 3759:12, 3760:10, 3771:19, 3777:2,

3780:7, 3782:17, 3784:20, 3785:2, 3788:17, 3789:12, 3789:14
**SUV** [4] - 3872:20, 3872:23, 3873:1
**swallow** [1] - 3980:21
**swap** [1] - 3906:15
**sweater** [1] - 4010:12
**switched** [2] - 3970:24, 4014:6
**switching** [1] - 3820:16
**Switzerland** [1] - 3959:21
**swore** [1] - 3760:5
**sworn** [4] - 3718:21, 3733:6, 3762:18, 3928:5
**swung** [1] - 3737:19
**sympathetic** [1] - 4005:18
**system** [8] - 3933:6, 3955:1, 3961:2, 3996:23, 3996:24, 3997:11, 4018:19, 4018:21

## T

**table** [2] - 3887:4, 3887:23
**tabs** [1] - 3864:15
**tacks** [1] - 3986:3
**tactical** [4] - 3720:16, 3721:22, 3721:24, 3731:20
**tactics** [2] - 3992:12, 3993:4
**tail** [1] - 4020:20
**takers** [1] - 3982:9
**talent** [1] - 3929:21
**talker** [1] - 3902:19
**talks** [16] - 3848:24, 3864:4, 3874:4, 3904:3, 3905:8, 3939:7, 3956:4, 3960:17, 3965:3, 3965:23, 3968:4, 3970:22, 3994:13, 3996:13, 4011:17, 4020:3
**tall** [3] - 3862:16, 3868:12, 3878:18, 3878:21, 3878:22, 3895:9, 3895:10
**tan** [1] - 3912:2
**Tanya** [2] - 3941:7, 3957:11
**Tanya's** [1] - 3959:5
**tape** [3] - 3860:10, 3882:19, 3914:2, 3937:4, 3937:5, 3985:24
**tape-recordings** [1] - 3985:24
**taping** [1] - 3871:23
**task** [2] - 3957:16, 3957:17
**tattoo** [1] - 3863:17
**taxes** [2] - 4001:24, 4021:8
**Taylor** [3] - 3882:25, 3931:2, 4006:21
**Taylor's** [3] - 3886:20, 4021:16, 4025:9
**teacher** [1] - 3921:15
**teasing** [1] - 3897:10
**technique** [2] - 3986:6
**techniques** [4] - 3981:13, 3984:24, 3986:4, 4023:5
**telephone** [1] - 3863:22
**telephones** [1] - 3883:8
**television** [1] - 4025:25
**teller** [1] - 3961:5
**tellers** [1] - 3995:12

**temper** [1] - 3877:8
**ten** [13] - 3727:23, 3727:25, 3732:8, 3816:18, 3816:21, 3821:23, 3883:16, 3892:11, 3918:14, 3928:17, 3928:19, 3959:7, 3991:5
**Ten** [4] - 3900:22, 3901:10, 3901:11, 3902:3
**ten-year** [1] - 3991:5
**tendency** [1] - 3993:8
**tension** [1] - 3876:24
**term** [7] - 3746:2, 3758:19, 3801:19, 3802:14, 3802:19, 3832:23, 3840:25
**terms** [9] - 3715:9, 3715:17, 3717:18, 3725:11, 3730:16, 3776:17, 3815:24, 3906:13, 3961:12
**terrain** [3] - 3873:23, 3874:20, 4026:1
**Terrence** [3] - 3948:18, 3948:25, 3949:1
**terribly** [1] - 3949:5
**terrified** [1] - 4003:13
**terrifying** [1] - 3994:1
**territories** [1] - 3936:12
**territory** [2] - 3858:7, 3909:25
**terrorized** [2] - 4004:18, 4004:23
**test** [3] - 3859:19, 3928:4, 3928:5
**testified** [52] - 3733:6, 3762:19, 3791:20, 3791:23, 3793:4, 3801:1, 3814:11, 3843:5, 3849:22, 3851:6, 3851:12, 3851:16, 3851:19, 3852:6, 3852:9, 3857:5, 3857:13, 3860:23, 3878:13, 3879:2, 3885:15, 3886:21, 3890:11, 3892:25, 3893:7, 3893:10, 3894:1, 3895:3, 3895:4, 3896:8, 3896:9, 3898:18, 3900:14, 3900:15, 3900:16, 3928:21, 3930:15, 3941:4, 3966:3, 3986:17, 3990:21, 3990:24, 4005:20, 4007:23, 4009:10, 4010:11, 4015:9, 4017:9, 4024:13, 4026:15, 4027:22, 4029:25
**testifies** [3] - 3903:24, 3944:22, 3948:19
**testify** [48] - 3713:14, 3713:20, 3714:1, 3714:6, 3714:8, 3717:11, 3717:12, 3717:24, 3718:23, 3719:1, 3719:4, 3719:22, 3721:25, 3730:9, 3730:11, 3730:18, 3730:21, 3768:9, 3768:11, 3780:11, 3780:16, 3796:2, 3814:6, 3822:16, 3836:3, 3837:3, 3839:9, 3839:14, 3839:16, 3840:14, 3840:16, 3854:23, 3866:23, 3876:11, 3892:9, 3893:10, 3899:4, 3899:9, 3899:20, 3930:8, 3942:5, 3981:13, 3986:11, 4003:5, 4003:6
**testifying** [24] - 3717:6, 3760:1, 3780:8, 3796:5, 3809:7, 3810:10, 3814:15, 3814:21, 3814:25, 3815:5, 3872:10, 3879:21, 3897:19, 3944:13, 3957:6, 3970:3, 3986:9, 4006:1, 4006:3, 4006:7, 4017:9, 4017:25, 4020:24, 4027:7

**testimony** [160] - 3713:17, 3715:22, 3718:2, 3745:25, 3748:6, 3758:13, 3758:19, 3759:18, 3777:9, 3777:13, 3785:16, 3786:17, 3786:23, 3786:25, 3787:7, 3787:10, 3795:16, 3796:16, 3796:17, 3796:18, 3797:1, 3817:16, 3826:12, 3831:17, 3833:15, 3843:16, 3844:17, 3844:18, 3844:24, 3847:17, 3848:17, 3848:21, 3851:5, 3851:9, 3851:10, 3852:10, 3852:11, 3852:12, 3852:25, 3853:11, 3853:15, 3854:17, 3856:8, 3857:5, 3857:20, 3859:18, 3860:6, 3861:1, 3861:3, 3861:17, 3862:15, 3863:2, 3863:4, 3865:8, 3867:2, 3867:5, 3867:23, 3868:12, 3871:22, 3874:6, 3877:1, 3877:3, 3877:5, 3877:20, 3877:21, 3878:12, 3879:18, 3879:20, 3883:12, 3884:16, 3886:20, 3890:23, 3891:6, 3891:11, 3893:4, 3893:5, 3893:24, 3894:10, 3895:17, 3896:3, 3896:22, 3897:9, 3898:11, 3899:3, 3899:5, 3899:25, 3900:25, 3901:2, 3901:14, 3901:17, 3904:8, 3904:12, 3904:19, 3905:11, 3905:23, 3906:2, 3906:14, 3906:17, 3907:6, 3907:18, 3909:14, 3909:21, 3910:2, 3910:6, 3911:12, 3913:11, 3913:12, 3914:6, 3916:13, 3916:24, 3920:17, 3922:2, 3926:5, 3926:10, 3926:12, 3926:13, 3930:11, 3930:17, 3932:13, 3938:4, 3941:24, 3944:6, 3944:9, 3944:24, 3945:1, 3945:12, 3946:16, 3949:9, 3949:14, 3951:16, 3952:10, 3952:13, 3952:20, 3956:21, 3966:12, 3966:13, 3966:18, 3966:21, 3968:11, 3970:6, 3987:2, 4004:6, 4006:15, 4007:15, 4007:21, 4009:19, 4012:4, 4012:6, 4012:8, 4012:18, 4015:25, 4018:3, 4024:17, 4024:24, 4027:20, 4027:23, 4028:7, 4029:7, 4033:3

**text** [3] - 3917:11, 3917:12, 3917:16
**texting** [3] - 3779:12, 3923:23
**texts** [1] - 3911:8
**texture** [2] - 3927:9, 3927:10
**THE** [295] - 3707:12, 3708:12, 3708:16, 3708:20, 3708:22, 3708:24, 3709:2, 3709:5, 3709:8, 3709:10, 3709:12, 3709:22, 3709:23, 3710:3, 3710:4, 3710:11, 3710:13, 3710:14, 3710:15, 3710:18, 3710:20, 3710:24, 3711:2, 3711:6, 3711:7, 3711:11, 3711:13, 3711:17, 3711:20, 3711:23, 3712:3, 3712:18, 3712:20, 3712:22, 3712:25, 3713:5, 3713:8, 3713:11, 3713:12, 3713:23, 3714:8, 3714:11, 3714:14, 3714:15, 3714:16, 3714:19, 3715:3, 3715:21, 3716:2, 3716:5, 3716:8, 3716:12, 3716:15, 3716:18, 3716:20, 3716:22, 3716:24, 3717:2, 3717:4,

3717:9, 3717:25, 3718:4, 3718:7, 3718:12, 3718:18, 3718:23, 3719:1, 3719:3, 3719:10, 3719:14, 3719:18, 3719:20, 3719:25, 3720:4, 3720:8, 3720:11, 3720:21, 3721:1, 3721:4, 3721:8, 3721:13, 3722:2, 3722:6, 3723:3, 3723:7, 3723:9, 3723:17, 3723:22, 3724:13, 3725:9, 3725:14, 3725:23, 3726:5, 3726:7, 3726:12, 3726:15, 3726:17, 3727:4, 3727:14, 3727:25, 3728:2, 3728:6, 3728:8, 3728:12, 3728:14, 3728:21, 3729:4, 3729:15, 3729:21, 3729:24, 3731:1, 3731:10, 3731:16, 3731:22, 3731:25, 3732:3, 3732:5, 3732:9, 3732:11, 3732:14, 3732:16, 3732:20, 3732:23, 3732:24, 3733:2, 3733:8, 3733:11, 3733:13, 3735:2, 3739:16, 3740:2, 3740:7, 3740:23, 3740:24, 3740:25, 3741:20, 3747:6, 3747:10, 3748:12, 3748:15, 3748:17, 3749:19, 3750:5, 3752:16, 3752:25, 3753:9, 3754:2, 3754:18, 3754:21, 3756:7, 3757:5, 3757:7, 3757:9, 3758:16, 3759:12, 3759:22, 3760:3, 3760:10, 3761:9, 3761:13, 3761:16, 3761:18, 3761:20, 3761:22, 3761:24, 3762:1, 3762:6, 3762:9, 3762:13, 3762:20, 3762:21, 3762:22, 3762:23, 3762:25, 3765:19, 3768:15, 3769:13, 3769:14, 3769:15, 3771:19, 3777:2, 3777:4, 3777:6, 3777:21, 3777:23, 3778:3, 3779:23, 3780:7, 3780:22, 3782:11, 3782:17, 3784:20, 3785:2, 3785:12, 3787:6, 3788:17, 3789:12, 3789:14, 3789:16, 3790:2, 3791:5, 3791:7, 3791:17, 3792:8, 3793:19, 3794:6, 3795:13, 3800:13, 3803:20, 3805:16, 3806:3, 3806:5, 3806:20, 3809:11, 3815:14, 3815:16, 3815:20, 3815:23, 3816:12, 3816:15, 3816:17, 3816:21, 3817:4, 3817:11, 3817:15, 3818:3, 3818:7, 3819:4, 3819:6, 3819:24, 3820:1, 3821:3, 3821:5, 3822:3, 3822:5, 3823:5, 3823:7, 3824:2, 3824:6, 3824:19, 3825:15, 3825:17, 3825:21, 3826:2, 3826:8, 3826:10, 3827:4, 3827:15, 3827:21, 3828:4, 3829:4, 3829:6, 3829:14, 3830:2, 3830:20, 3831:10, 3831:21, 3832:6, 3832:11, 3832:15, 3832:21, 3832:23, 3833:8, 3834:4, 3834:8, 3834:11, 3834:14, 3834:17, 3834:23, 3835:2, 3841:6, 3841:8, 3841:12, 3933:19, 3933:24, 3934:6, 3934:10, 3934:20, 3934:23, 3934:25, 3935:7, 3999:14, 3999:18, 3999:25, 4000:8, 4000:11, 4000:15, 4000:17, 4000:19, 4001:5, 4009:2, 4015:16, 4031:21, 4034:4, 4034:10
**theme** [1] - 3872:18
**themselves** [4] - 3923:6, 3923:20,

3924:25
**theories** [1] - 3889:6
**theory** [10] - 3716:9, 3791:14, 3884:11, 3928:3, 3928:7, 3930:18, 3932:24, 3944:19, 3961:22, 3985:18
**thereabouts** [1] - 3773:17
**thereafter** [1] - 4013:20
**therefore** [2] - 3837:20, 3909:3
**they've** [6] - 3817:8, 3884:25, 3930:9, 3966:8, 3975:24
**thin** [1] - 3862:16
**thinking** [7] - 3815:25, 3922:17, 3922:18, 3995:5, 3995:7, 4010:5, 4010:6
**thinks** [6] - 3872:5, 3885:23, 3898:24, 3970:25, 4005:14, 4029:20
**third** [5] - 3764:21, 3766:14, 3835:18, 3894:17, 3922:7
**Third** [3] - 3743:5, 3905:9, 4029:1
**Thirteen** [1] - 3902:7
**thirteen** [3] - 3773:15, 3893:15, 3900:8
**Thomas** [1] - 3948:24
**thrall** [1] - 3897:11
**threat** [2] - 3808:5, 3989:2
**threaten** [3] - 3842:15, 3842:16, 3843:4
**threatened** [7] - 4013:21, 4016:9, 4017:14, 4019:11, 4019:17, 4019:21, 4030:22
**threatening** [3] - 3916:6, 3918:22, 3932:9
**threatens** [1] - 3877:10
**threats** [2] - 3877:10, 4019:23
**three** [29] - 3711:15, 3752:6, 3769:2, 3820:13, 3827:13, 3836:6, 3852:16, 3865:18, 3878:17, 3887:23, 3891:23, 3892:15, 3918:14, 3922:1, 3922:9, 3927:1, 3935:22, 3936:20, 3970:5, 4008:7, 4016:7, 4016:16, 4017:6, 4021:15, 4021:19, 4021:20
**Three** [1] - 3901:11
**three-and-a-half** [1] - 3936:20
**three-and-a-half-odd** [1] - 3935:22
**three-month** [1] - 4016:7
**threw** [1] - 4008:4
**throughout** [3] - 3856:8, 3876:25, 3956:15
**throw** [1] - 3943:1
**throwing** [1] - 3747:2
**throws** [4] - 3871:9, 3886:24, 3912:5, 3931:4
**thumb** [1] - 4005:19
**Thursday** [2] - 3827:17, 4032:16
**tidy** [7] - 3843:25, 3946:25, 3950:21, 4016:18, 4016:20, 4017:3
**tie** [3] - 3871:20, 3877:25, 4010:12
**tied** [4] - 3840:22, 3840:23, 3873:19, 3928:18
**ties** [1] - 3855:20
**tight** [1] - 3907:20

**time'** [1] - 3837:19

**timeframe** [1] - 3864:7

**timing** [1] - 3896:1

**tiny** [1] - 3976:1

**tip** [2] - 3871:8, 3882:9

**tired** [2] - 4017:11, 4017:12

**title** [5] - 3722:15, 3723:5, 3727:10, 3754:7, 3754:8

**today** [19] - 3747:7, 3759:18, 3760:1, 3760:21, 3765:14, 3768:9, 3780:9, 3780:16, 3795:16, 3796:16, 3815:25, 3826:18, 3844:12, 3950:2, 3976:7, 4000:11, 4015:21, 4025:9, 4029:16

**together** [28] - 3775:15, 3782:24, 3840:23, 3844:1, 3844:12, 3844:13, 3851:10, 3855:5, 3857:1, 3864:8, 3867:12, 3872:6, 3889:25, 3890:22, 3893:1, 3895:6, 3897:18, 3897:19, 3916:3, 3918:19, 3924:24, 3926:18, 3926:19, 3926:22, 3930:10, 3930:14, 3972:14, 3990:7

**Tom** [11] - 3848:23, 3849:10, 3851:13, 3853:17, 3975:1, 4016:4

**Tom-Tom** [3] - 3851:13, 3853:17, 3975:1

**tomorrow** [8] - 3715:5, 3831:1, 3832:9, 3833:13, 3934:1, 3976:7, 4032:11, 4034:6

**tone** [3] - 3907:17, 3907:18

**tonight** [4] - 4030:17, 4032:13, 4033:6, 4034:7

**tonight's** [1] - 3833:13

**tons** [1] - 3958:3

**took** [23] - 3713:21, 3753:3, 3760:5, 3764:25, 3776:19, 3787:20, 3833:18, 3857:22, 3869:3, 3882:25, 3901:8, 3914:13, 3923:12, 3928:19, 3942:9, 3942:17, 3950:1, 3989:2, 4003:7, 4004:19, 4015:3, 4020:7, 4028:12

**tool** [1] - 3989:9

**tools** [1] - 3993:7

**top** [7] - 3770:18, 3867:21, 3894:16, 3894:22, 3914:15, 3947:15, 3968:19

**top-left** [1] - 3770:18

**topic** [3] - 3844:18, 3931:13, 3945:3

**torrent** [1] - 3946:25

**toss** [1] - 3850:3

**total** [1] - 3836:6

**totality** [1] - 3941:11

**totally** [4] - 3960:9, 3960:12, 3962:13, 3981:14

**touch** [2] - 3884:18, 3977:1

**tough** [2] - 3740:20, 3964:9

**tournament** [1] - 3734:17

**tousled** [1] - 3741:9

**tousling** [1] - 3743:12

**toward** [5] - 3855:14, 3876:19, 3914:15, 3914:18, 3942:1

**towards** [3] - 3929:4, 3929:5, 3941:22

**tower** [5] - 3916:16, 3918:1, 3918:10,

**towers** [4] - 3906:7, 3916:11, 3916:12, 3924:10

**toxicology** [1] - 3902:21

**traced** [1] - 4021:10

**trade** [2] - 3958:6, 3958:20

**trafficking** [5] - 3793:17, 3847:11, 3864:22, 3966:24, 3978:21

**transcript** [25] - 3708:4, 3712:20, 3834:14, 3849:4, 3851:15, 3852:24, 3857:21, 3872:1, 3877:4, 3877:13, 3891:15, 3899:17, 3900:11, 3916:20, 3916:21, 3945:2, 3946:15, 3951:16, 3957:10, 3963:1, 3963:15, 3965:9, 3967:15, 3968:14, 3969:13

**TRANSCRIPT** [1] - 3707:12

**transcription** [1] - 3708:5

**transcripts** [7] - 3844:14, 3844:17, 3860:17, 3917:2, 3945:14, 3991:4, 3991:23

**transferred** [1] - 3715:18

**transformation** [7] - 3854:1, 3854:6, 3854:8, 3928:13, 3928:19, 3929:4, 3930:3

**transformed** [4] - 3930:18, 3995:11, 3995:12

**Transit** [1] - 3711:22

**transportation** [1] - 3958:8

**transported** [1] - 3855:6

**travel** [1] - 3849:5

**traveled** [2] - 3865:7, 3865:13

**traveling** [1] - 4021:15

**treat** [1] - 3997:24

**treating** [1] - 3889:25

**tree** [7] - 3971:10, 3971:13, 4013:25, 4014:1, 4014:2

**trial** [42] - 3711:24, 3718:2, 3787:18, 3796:2, 3796:6, 3796:17, 3813:10, 3819:21, 3820:25, 3821:25, 3823:1, 3824:15, 3825:12, 3828:2, 3841:4, 3842:21, 3844:4, 3848:8, 3874:1, 3876:25, 3890:12, 3899:2, 3899:21, 3912:3, 3931:10, 3935:22, 3943:25, 3945:2, 3951:11, 3951:12, 3966:4, 3966:16, 3966:22, 3966:25, 4003:1, 4006:2, 4018:1, 4024:2, 4027:7, 4027:13, 4028:6, 4030:15

**TRIAL** [1] - 3707:12

**Trident** [2] - 3881:21, 4025:6

**trident** [1] - 4002:11

**tried** [6] - 3734:23, 3740:21, 3741:8, 3886:8, 3916:17

**tries** [3] - 3891:9, 3891:10, 3948:22

**trigger** [2] - 3743:18, 4026:24

**Trinny** [2] - 3852:22

**trip** [1] - 3883:13

**trivial** [3] - 4009:24, 4010:2, 4010:4

**trouble** [5] - 3711:22, 3858:13, 3871:11, 3903:16, 3904:18, 3952:6

**truck** [9] - 3890:15, 3890:19, 3891:9,

3892:21, 3893:13, 3897:1, 3897:14, 3905:7

**true** [37] - 3721:1, 3744:17, 3748:1, 3748:21, 3751:22, 3757:3, 3759:10, 3760:15, 3810:11, 3823:18, 3835:15, 3841:25, 3877:16, 3898:7, 3919:5, 3923:11, 3928:14, 3937:25, 3938:1, 3938:12, 3954:7, 3954:8, 3954:18, 3962:3, 3984:25, 3995:22, 4009:14, 4014:21, 4016:6, 4018:12, 4019:3, 4020:6, 4025:7, 4026:24, 4028:22, 4028:23, 4029:19

**trust** [4] - 3866:20, 3871:5, 4019:25, 4020:1

**truth** [36] - 3718:14, 3718:20, 3718:21, 3760:6, 3922:4, 3926:6, 3927:11, 3954:17, 3961:5, 3980:22, 3981:19, 3982:8, 3989:9, 3992:2, 3992:4, 3992:13, 3993:4, 3993:6, 3993:13, 3993:14, 3995:6, 3995:12, 4006:17, 4006:24, 4012:7, 4013:13, 4015:13, 4018:1, 4018:16

**truth-teller** [1] - 3961:5

**truth-telling** [1] - 3927:11

**truthfully** [6] - 3713:20, 3714:1, 3714:6, 3714:8, 3717:12, 3717:13

**try** [23] - 3739:19, 3748:16, 3826:18, 3826:20, 3827:6, 3885:2, 3930:23, 3936:5, 3943:4, 3944:17, 3946:8, 3953:17, 3954:21, 3982:19, 3983:5, 3983:9, 3983:12, 3983:14, 3984:4, 3984:20, 3989:17, 3990:9

**trying** [33] - 3735:3, 3779:18, 3827:23, 3829:17, 3855:13, 3874:3, 3874:14, 3878:7, 3879:10, 3897:6, 3904:17, 3910:25, 3911:13, 3911:14, 3914:7, 3929:23, 3930:18, 3931:17, 3932:12, 3940:13, 3943:14, 3949:2, 3949:22, 3960:6, 3961:22, 3961:24, 3991:18, 3992:18, 4010:8, 4010:23, 4011:18, 4017:10, 4030:1

**Tuesday** [1] - 4034:12

**tuned** [1] - 3808:10

**turf** [1] - 3958:21

**turn** [4] - 3865:1, 3869:5, 3888:1, 3910:25

**turned** [4] - 3740:18, 3922:22, 3938:19, 4008:24

**turning** [4] - 3885:21, 3885:23, 3945:4, 3981:13

**turns** [7] - 3718:20, 3871:10, 3904:2, 3904:11, 3904:13, 3906:18, 3938:24

**turnstile** [4] - 4024:20, 4024:23, 4024:24, 4024:25

**twelfth** [2] - 3857:14, 3858:20

**twelve** [2] - 3996:21, 4026:18

**Twelve** [1] - 3902:7

**twenty** [4] - 3752:6, 3764:2, 3836:6, 3843:23

**twenty-nine** [1] - 3764:2

**twenty-one-count** [1] - 3843:23
**twenty-three** [2] - 3752:6, 3836:6
**twice** [2] - 3741:11, 3829:9
**twin** [2] - 3856:23, 3861:4
**Twitter** [4] - 3755:22, 3755:24, 3755:25
**Two** [2] - 3900:21, 3939:25
**two** [36] - 3716:7, 3722:18, 3732:4, 3735:14, 3739:7, 3739:8, 3743:9, 3783:17, 3819:18, 3820:13, 3820:22, 3821:16, 3821:18, 3824:11, 3827:8, 3845:12, 3857:9, 3865:1, 3875:4, 3875:16, 3882:8, 3895:11, 3896:8, 3928:25, 3933:7, 3948:23, 3948:25, 3962:21, 3970:4, 3977:5, 3977:11, 3994:14, 4000:10, 4010:17
**two-plus** [1] - 3716:7
**Tyhe** [20] - 3781:8, 3859:3, 3862:1, 3862:9, 3881:25, 3884:6, 3903:10, 3903:13, 3957:23, 3964:22, 3965:2, 3965:7, 3965:10, 3967:6, 3968:15, 4011:17, 4012:11, 4012:14, 4012:15, 4025:17
**tying** [1] - 3854:7
**type** [6] - 3854:5, 3858:22, 3859:12, 4023:7, 4026:24, 4027:15
**types** [3] - 3817:9, 4023:2, 4024:14
**typical** [1] - 3903:19

**U**

**U.S** [3] - 3742:1, 3818:11, 3820:7
**U.S.C** [2] - 3821:18, 3821:20
**ugly** [1] - 4008:21
**ulterior** [1] - 3953:17
**ultimately** [8] - 3787:20, 3789:17, 3790:9, 3845:6, 3852:21, 3854:20, 3938:9, 3991:14
**ultimatum** [1] - 3868:1
**umbrella** [1] - 3756:17
**unanimously** [1] - 3875:16
**unauthorized** [4] - 3836:16, 3837:1, 3838:5, 3838:10
**unbiased** [1] - 3961:9
**Uncle** [16] - 3775:13, 3776:2, 3776:7, 3776:8, 3783:5, 3783:12, 3783:14, 3783:17, 3930:8, 3930:9, 3930:10, 3938:18, 3938:22, 3958:7, 3958:12, 3960:4
**undaunted** [1] - 3947:5
**under** [23] - 3713:15, 3720:17, 3722:2, 3728:25, 3756:16, 3756:17, 3759:18, 3760:1, 3760:21, 3835:9, 3835:13, 3863:9, 3869:3, 3877:15, 3876:16, 3887:4, 3893:10, 3942:20, 3962:14, 3984:23, 3985:2, 3996:6, 4005:19
**undercover** [20] - 3743:1, 3743:4, 3818:16, 3860:10, 3860:11, 3862:4, 3881:22, 3946:13, 3946:20, 3947:3,

3949:19, 3983:12, 3983:20, 3985:24, 4002:10, 4002:11, 4016:11, 4025:14, 4025:15
**undercovers** [3] - 3882:2, 3882:8, 3884:22
**undergoes** [1] - 3853:25
**underlying** [4] - 3729:18, 3824:3, 3875:21, 3949:14
**undersigned** [1] - 3979:19
**understood** [1] - 3858:4
**undertook** [2] - 4008:22, 4009:19
**underway** [1] - 3926:18
**underwent** [1] - 3928:13
**unequivocal** [1] - 3914:10
**unfair** [1] - 3724:19
**unfold** [1] - 3942:21
**unfortunate** [1] - 4007:19
**unfortunately** [1] - 4024:5
**unguided** [1] - 3995:17
**unhinged** [1] - 3946:10
**unhygienic** [1] - 3836:24
**Unit** [1] - 3841:1
**unit** [1] - 3941:24
**UNITED** [3] - 3707:1, 3707:4, 3707:13
**United** [21] - 3707:7, 3707:17, 3707:19, 3708:15, 3717:6, 3781:4, 3818:10, 3819:12, 3820:7, 3821:11, 3822:11, 3823:14, 3824:25, 3835:4, 3957:19
**Units** [1] - 3836:12
**universe** [1] - 3994:25
**unlawful** [2] - 3887:17, 3919:17
**unless** [5] - 3858:21, 3920:10, 3921:15, 3994:2, 4032:23
**unlike** [2] - 3891:6, 3973:20
**unnecessary** [1] - 4031:10
**unreliable** [4] - 3954:2, 3981:14, 3995:15, 3995:16
**unscrupulous** [1] - 3993:11
**untouchable** [1] - 3861:11
**up** [189] - 3709:6, 3709:10, 3711:4, 3711:5, 3711:9, 3712:23, 3713:10, 3713:11, 3715:5, 3715:17, 3716:24, 3723:9, 3724:22, 3725:9, 3725:10, 3725:21, 3726:3, 3726:7, 3726:13, 3728:2, 3730:6, 3732:22, 3736:15, 3740:20, 3741:12, 3741:13, 3747:5, 3748:24, 3757:13, 3759:5, 3761:21, 3761:23, 3765:24, 3769:16, 3771:24, 3772:1, 3774:5, 3774:15, 3777:10, 3777:12, 3778:17, 3778:18, 3778:20, 3779:13, 3779:15, 3779:16, 3808:8, 3814:21, 3814:24, 3828:7, 3829:8, 3829:9, 3843:5, 3847:20, 3849:6, 3851:21, 3852:19, 3854:7, 3855:1, 3856:3, 3856:19, 3856:24, 3857:9, 3857:16, 3858:8, 3858:15, 3859:14, 3860:1, 3860:4, 3860:19, 3860:23, 3861:12, 3862:6, 3862:10, 3862:11, 3867:22, 3868:8, 3869:16, 3871:20,

3871:25, 3874:6, 3876:14, 3877:6, 3878:1, 3879:7, 3881:18, 3882:18, 3883:13, 3886:12, 3886:24, 3887:6, 3887:12, 3890:20, 3890:22, 3893:5, 3895:24, 3896:10, 3896:23, 3897:20, 3898:8, 3902:16, 3903:14, 3903:21, 3903:23, 3905:6, 3905:10, 3905:12, 3905:22, 3906:9, 3906:12, 3909:17, 3910:2, 3911:9, 3914:15, 3914:17, 3914:24, 3915:3, 3915:7, 3916:3, 3916:23, 3918:11, 3919:2, 3921:1, 3923:16, 3926:12, 3926:13, 3927:6, 3928:18, 3929:2, 3931:5, 3931:21, 3932:21, 3932:24, 3935:17, 3938:1, 3938:4, 3938:6, 3940:21, 3941:18, 3941:19, 3943:1, 3945:1, 3947:5, 3949:22, 3953:16, 3955:10, 3955:22, 3958:6, 3959:8, 3962:14, 3962:23, 3964:17, 3968:4, 3970:13, 3971:21, 3972:10, 3973:4, 3976:6, 3976:9, 3978:17, 3980:16, 3980:18, 3980:19, 3980:20, 3980:21, 3985:10, 3997:2, 4004:23, 4004:24, 4005:3, 4005:22, 4009:6, 4009:12, 4009:15, 4010:9, 4010:19, 4012:1, 4012:2, 4013:4, 4014:1, 4022:8, 4023:7, 4025:10, 4028:9
**Up** [2] - 3972:22, 4013:3
**upper** [2] - 3770:10, 3806:22
**ups** [1] - 3882:22
**upset** [13] - 3802:9, 3802:11, 3803:7, 3803:11, 3872:2, 3907:9, 3910:5, 3973:3, 3974:2, 3974:3, 4011:14, 4011:15, 4013:8
**upstairs** [9] - 3857:14, 3896:4, 3904:1, 3907:4, 3964:13, 3964:22, 3965:5, 3969:10, 4012:16
**useful** [1] - 4025:3
**user** [1] - 3837:16
**uses** [6] - 3852:3, 3880:6, 3880:7, 3971:4, 3994:13
**ut** [1] - 3855:2
**utilize** [1] - 3984:24
**utterly** [1] - 3831:16

**V**

**V-neck** [1] - 4010:12
**Valentin** [1] - 3957:25
**value** [1] - 3959:22
**valued** [1] - 3929:17
**values** [2] - 3843:7, 3843:9
**vantage** [1] - 3897:4
**various** [8] - 3836:7, 3836:9, 3836:11, 3855:23, 3855:24, 3864:5, 3876:24, 3913:15
**vehicle** [1] - 3844:5
**vehicles** [2] - 3912:2, 3912:3
**vengeance** [1] - 3856:14

**verbal** [1] - 3736:23
**verdict** [6] - 3844:25, 3985:2, 3997:17, 3998:1, 3999:2, 4032:3
**Verdreea** [10] - 3782:8, 3795:6, 3858:18, 3862:3, 3868:13, 3881:24, 3885:6, 3957:24, 3967:8, 4025:7
**version** [1] - 3715:4
**vest** [4] - 3911:16, 3911:17, 3911:20, 3911:22
**vestibule** [1] - 3939:2
**vests** [3] - 3861:6, 3911:18, 3911:24
**vicious** [5] - 3936:9, 3965:16, 3965:21, 3974:11, 3976:8
**victim** [2] - 4006:2
**victims** [1] - 4005:18
**Victor** [20] - 3841:20, 3842:15, 3875:14, 3880:9, 3887:22, 3909:4, 3913:5, 3913:16, 3913:21, 3919:6, 3933:13, 3937:7, 3939:3, 4001:17, 4008:7, 4008:11, 4019:4, 4028:14, 4031:3
**Video** [1] - 3874:18
**video** [60] - 3842:17, 3873:21, 3874:18, 3883:9, 3885:9, 3885:20, 3886:4, 3886:8, 3910:10, 3910:13, 3910:16, 3910:19, 3912:15, 3912:20, 3913:10, 3913:13, 3914:1, 3914:25, 3915:3, 3915:6, 3915:10, 3915:15, 3915:17, 3918:19, 3930:2, 3937:15, 3938:17, 3938:20, 3938:22, 3939:24, 3940:3, 3940:7, 3940:10, 3940:18, 3972:21, 3972:22, 3972:25, 3973:1, 3973:7, 3973:17, 3973:18, 4002:10, 4002:11, 4003:10, 4004:2, 4013:3, 4013:6, 4013:7, 4013:8, 4013:13, 4025:9, 4025:13, 4025:15, 4025:16, 4028:8, 4028:14, 4028:16
**videos** [17] - 3773:5, 3860:10, 3867:4, 3873:22, 3873:25, 3874:15, 3885:18, 3913:16, 3914:7, 3915:4, 3915:7, 3915:21, 3926:5, 3929:13, 3929:22, 3996:19, 4025:6
**videotape** [2] - 3881:23, 3914:1
**view** [9] - 3721:22, 3721:24, 3724:5, 3746:19, 3840:19, 3896:24, 3897:2, 4018:22
**views** [1] - 3731:13
**Village** [3] - 3979:18, 4015:11, 4015:13
**Vincent** [32] - 3735:24, 3738:3, 3738:5, 3739:13, 3742:6, 3743:8, 3744:16, 3746:8, 3852:5, 3855:4, 3860:16, 3861:16, 3863:5, 3866:22, 3871:8, 3876:22, 3883:4, 3883:12, 3901:7, 3912:18, 3918:3, 3920:19, 3922:17, 3922:18, 3922:23, 3926:2, 3932:20, 4003:23, 4006:20, 4008:2, 4008:3, 4021:23
**violate** [1] - 3982:11
**violating** [1] - 3766:7

**violation** [4] - 3719:6, 3821:17, 3821:19, 3979:17
**violations** [3] - 3766:5, 3836:7, 3836:9
**violence** [17] - 3843:23, 3847:12, 3854:7, 3856:17, 3864:23, 3889:22, 3890:3, 3902:14, 3928:16, 3932:8, 3933:11, 3952:19, 3993:20, 4003:3, 4004:15, 4013:16, 4031:10
**violent** [11] - 3836:23, 3838:17, 3840:8, 3840:12, 3842:23, 3861:4, 3862:19, 3862:20, 3869:9, 3874:10, 4030:2
**virtue** [2] - 3724:20, 3831:7
**visibility** [1] - 3838:14
**visit** [3] - 3855:10, 3855:13, 4033:2
**visited** [1] - 4015:12
**visits** [1] - 3873:18
**voice** [1] - 3867:5
**voicemail** [1] - 3917:17
**voices** [1] - 3895:14
**voir** [1] - 3729:4
**volume** [1] - 3903:1
**voluntarily** [1] - 3990:18
**vulnerable** [1] - 3993:11

## W

**wait** [4] - 3708:22, 3716:15, 3728:6, 3761:24
**waiting** [4] - 3715:11, 3775:24, 3829:10, 4025:10
**waive** [1] - 3922:20
**Waka** [3] - 3774:14, 3775:13, 3779:2
**walk** [8] - 3779:18, 3846:15, 3876:4, 3881:22, 3971:12, 4017:13, 4020:6
**walked** [5] - 3737:16, 3837:25, 3893:21, 3919:12, 4005:8
**walker** [1] - 3808:11, 3810:3
**Walker** [60] - 3709:1, 3711:5, 3711:14, 3711:15, 3712:13, 3712:14, 3712:15, 3716:22, 3716:23, 3716:25, 3717:3, 3717:4, 3717:11, 3717:17, 3717:23, 3717:25, 3719:8, 3719:13, 3720:5, 3762:15, 3762:21, 3763:4, 3763:6, 3769:22, 3780:8, 3781:3, 3781:8, 3791:15, 3793:4, 3793:15, 3794:1, 3794:8, 3801:23, 3803:7, 3803:10, 3804:7, 3806:8, 3806:21, 3809:5, 3814:3, 3830:7, 3830:13, 3831:5, 3831:9, 3833:15, 3859:3, 3863:8, 3864:12, 3881:25, 3903:10, 3903:13, 3957:23, 3957:25, 3965:2, 3967:6, 3968:15, 4011:17, 4012:12, 4012:15, 4025:17
**WALKER** [10] - 3717:1, 3717:3, 3717:8, 3718:3, 3718:11, 3718:17, 3718:22, 3718:25, 3719:2, 3719:24
**Walker's** [2] - 3791:9, 3832:18
**walking** [15] - 3740:13, 3740:17,

3844:8, 3845:8, 3869:4, 3888:7, 3895:25, 3896:5, 3915:19, 3915:23, 3916:1, 3937:22, 4025:16
**walks** [7] - 3903:10, 3914:21, 3916:4, 3917:16, 3939:1, 3939:2, 3940:19
**wall** [3] - 3894:13, 3894:15, 3894:24
**Wallace** [38] - 3847:21, 3848:1, 3852:8, 3852:9, 3852:13, 3852:23, 3852:25, 3856:23, 3881:14, 3883:7, 3897:21, 3897:23, 3898:1, 3898:7, 3898:10, 3898:13, 3900:16, 3901:9, 3905:10, 3920:22, 3921:11, 3922:16, 3922:17, 3922:22, 4006:20, 4007:1, 4007:4, 4007:7, 4021:13, 4027:15, 4029:5, 4029:12, 4029:13, 4029:16, 4029:20, 4030:11
**Wallace's** [2] - 3861:1, 4029:10
**wand** [1] - 3768:5
**wandered** [1] - 3885:19
**wanders** [1] - 3886:16
**wants** [27] - 3721:6, 3795:23, 3796:1, 3830:24, 3833:9, 3860:5, 3885:22, 3886:22, 3888:6, 3890:5, 3909:18, 3922:23, 3930:4, 3931:9, 3941:14, 3944:8, 3958:14, 3977:18, 3983:20, 3983:21, 3987:12, 3993:15, 4000:1, 4009:18, 4012:3, 4012:4, 4029:24
**war** [1] - 3958:21
**warm** [1] - 3986:20
**warming** [1] - 3769:16
**warnings** [1] - 3718:24
**warrant** [1] - 3847:23
**warrant...[he** [1] - 3837:13
**Warren** [2] - 3743:6, 3770:22
**washes** [1] - 3905:1
**Washington** [2] - 3849:1, 3853:18
**watch** [14] - 3835:23, 3885:22, 3885:23, 3885:24, 3886:11, 3910:13, 3912:15, 3914:25, 3915:15, 3915:20, 3915:24, 3918:13, 3938:22, 4017:12
**watched** [3] - 3740:16, 4024:17, 4031:3
**watches** [1] - 3895:12
**watching** [5] - 3895:8, 3931:10, 3942:20, 4013:15, 4025:13
**water** [2] - 3722:2, 3924:8
**waved** [1] - 3865:9
**waving** [1] - 3894:2
**Wayne** [1] - 3892:24
**ways** [14] - 3731:8, 3866:13, 3902:6, 3910:18, 3926:10, 3929:10, 3937:9, 3940:4, 3978:12, 3982:11, 3995:17, 4006:13, 4017:17, 4026:18
**weak** [2] - 3921:8, 3993:10
**weapon** [9] - 3765:6, 3765:7, 3839:8, 3842:13, 3892:11, 3904:21, 3919:3, 3960:23, 4030:3
**weapons** [5] - 3837:21, 3840:3, 3862:8, 3867:7, 3867:19
**wearing** [11] - 3763:15, 3765:17,

GR    OCR    CM    CRR    CSR

3765:18, 3861:6, 3911:16, 3911:24, 3912:9, 3915:2, 3915:4, 4025:22, 4025:24

**wears** [2] - 3911:16, 3911:18

**Wednesday** [9] - 3817:20, 3826:19, 3827:16, 3827:17, 3827:25, 3999:23, 4031:22, 4032:11, 4033:6

**weed** [11] - 3766:7, 3772:12, 3820:23, 3970:7, 3970:9, 3970:10, 3970:11, 3970:13, 4008:23, 4008:24, 4009:4

**week** [7] - 3720:25, 3769:3, 3769:4, 3808:4, 3935:22, 3976:7, 4032:15

**weeks** [9] - 3737:11, 3841:19, 3850:2, 3924:6, 3927:3, 3936:20, 3967:22, 4024:17, 4030:15

**weeping** [2] - 3899:13, 3900:1

**weeps** [1] - 4027:9

**West** [1] - 3784:9

**wheeling** [1] - 3883:5

**Whelless** [5] - 3873:10, 3873:16, 3959:4, 4022:12, 4022:13

**wherewithal** [1] - 3729:12

**whip** [3] - 3746:6, 3859:24, 3860:1

**white** [3] - 3714:24, 3907:1, 3959:2

**whodunit** [1] - 4001:11

**whole** [13] - 3781:24, 3868:4, 3895:8, 3931:25, 3939:19, 3942:21, 3974:8, 3981:24, 3982:5, 3989:8, 3992:1, 3994:12, 3997:16

**wide** [1] - 3904:12

**wield** [1] - 3992:21

**wielded** [2] - 3993:7, 3993:10

**wielding** [1] - 3992:20

**Wild** [3] - 3743:25, 3744:2, 3872:3

**wild** [1] - 3886:7

**willing** [3] - 3817:8, 3999:21, 4009:13

**willingness** [1] - 4033:5

**win** [1] - 3987:6

**wind** [3] - 3872:8, 3896:10, 3919:2

**window** [25] - 3819:18, 3840:18, 3865:10, 3883:6, 3890:16, 3893:19, 3893:23, 3894:3, 3894:4, 3894:5, 3894:8, 3894:9, 3894:19, 3894:23, 3895:3, 3895:5, 3895:7, 3895:25, 3914:15, 3914:17, 3930:20, 4001:14, 4010:10, 4026:11, 4026:17

**window'** [1] - 3840:20

**winds** [2] - 3869:16, 3896:23

**Winfield** [64] - 3725:13, 3735:24, 3738:3, 3738:5, 3738:9, 3738:21, 3739:5, 3739:14, 3741:5, 3742:6, 3743:8, 3746:8, 3751:21, 3751:22, 3852:5, 3855:5, 3856:2, 3856:25, 3860:16, 3860:22, 3861:16, 3863:5, 3866:22, 3867:17, 3867:25, 3869:18, 3871:8, 3871:15, 3872:8, 3872:10, 3872:12, 3873:1, 3874:21, 3876:22, 3877:10, 3877:11, 3878:2, 3878:9, 3878:22, 3879:1, 3879:11, 3879:21, 3880:1, 3883:4, 3883:12, 3901:8,

3905:20, 3905:23, 3911:18, 3912:4, 3912:6, 3912:18, 3918:3, 3920:19, 3922:18, 3922:19, 3922:24, 3926:2, 3932:20, 4003:23, 4006:20, 4008:3, 4021:23

**Winfield's** [2] - 3744:16, 3877:1

**wing** [1] - 3869:3

**wired** [1] - 3959:20

**wiretap** [6] - 3908:4, 3983:14, 3984:7, 3985:23, 4024:10, 4024:11

**wish** [3] - 3718:23, 3719:1, 3728:15

**wishes** [1] - 3710:14

**withdraw** [4] - 3755:2, 3777:23, 3778:2, 3923:17

**withdrawn** [2] - 3735:12, 3748:17

**Witness** [2] - 3732:18, 3815:22

**witness** [99] - 3708:25, 3718:14, 3719:15, 3719:18, 3719:20, 3721:10, 3729:16, 3730:9, 3730:11, 3730:13, 3730:16, 3730:17, 3730:20, 3730:21, 3730:25, 3731:11, 3731:13, 3731:15, 3732:6, 3732:17, 3732:25, 3748:13, 3752:22, 3752:23, 3753:3, 3753:7, 3754:6, 3754:9, 3760:12, 3761:19, 3761:21, 3762:1, 3762:4, 3762:9, 3762:14, 3765:19, 3805:17, 3817:18, 3822:15, 3830:12, 3831:18, 3831:22, 3844:18, 3848:9, 3848:17, 3859:13, 3861:19, 3866:24, 3869:12, 3876:11, 3876:14, 3876:17, 3878:15, 3882:18, 3884:10, 3892:8, 3893:8, 3893:10, 3893:21, 3899:7, 3900:2, 3920:7, 3923:12, 3924:11, 3924:22, 3925:3, 3926:25, 3927:24, 3931:11, 3935:21, 3939:11, 3944:4, 3952:4, 3958:17, 3965:13, 3975:13, 3975:14, 3975:21, 3977:3, 3980:5, 3980:6, 3980:8, 3980:17, 3980:24, 4001:25, 4003:16, 4005:17, 4006:5, 4007:22, 4015:2, 4017:24, 4017:25, 4023:14, 4026:5

**WITNESS** [7] - 3733:11, 3740:24, 3757:9, 3762:21, 3762:23, 3769:14, 3789:16

**witness's** [3] - 3926:10, 3926:12, 3926:13

**witnesses** [60] - 3813:22, 3817:5, 3817:24, 3842:4, 3842:7, 3843:1, 3843:16, 3852:18, 3855:23, 3860:20, 3862:21, 3863:7, 3876:13, 3879:19, 3893:9, 3899:8, 3920:14, 3921:17, 3924:23, 3927:1, 3932:9, 3944:17, 3944:18, 3952:13, 3960:17, 3982:2, 3982:3, 3983:7, 3986:8, 3992:11, 3993:16, 3994:16, 3994:17, 3995:4, 4001:8, 4001:9, 4001:19, 4001:21, 4002:6, 4002:16, 4002:17, 4002:24, 4003:2, 4003:14, 4004:5, 4004:12, 4004:13, 4004:24, 4005:3, 4005:20, 4007:20, 4008:15, 4008:17, 4016:25, 4017:8, 4020:11, 4024:13

**woman** [3] - 3878:3, 3878:13, 3886:20

**woman's** [1] - 3904:23

**wondered** [1] - 3844:5

**wondering** [1] - 3893:18

**wool** [1] - 4014:13

**word** [9] - 3729:11, 3777:17, 3867:25, 3927:23, 3986:19, 3989:6, 3992:9

**words** [26] - 3738:11, 3738:16, 3740:9, 3741:8, 3807:17, 3808:11, 3808:15, 3808:19, 3808:21, 3808:23, 3809:1, 3809:3, 3842:1, 3863:13, 3863:14, 3932:11, 3937:17, 3954:6, 3965:23, 3974:21, 3976:4, 3986:16, 3987:13, 3987:25, 4010:13, 4020:2

**worker** [3] - 3855:17, 3858:15, 3859:16

**workers** [9] - 3853:17, 3855:15, 3861:7, 3867:24, 4002:7, 4011:5, 4022:9, 4032:22

**works** [13] - 3861:8, 3864:10, 3867:2, 3875:6, 3882:17, 3884:22, 3887:11, 3909:13, 3921:4, 3921:18, 3924:13, 3981:10, 4020:10

**world** [13] - 3827:24, 3863:17, 3921:20, 3944:21, 3952:18, 3952:20, 3953:3, 3953:13, 3956:22, 3961:1, 3981:25, 4007:18

**world's** [1] - 3926:17

**worldwide** [1] - 3855:22

**worried** [4] - 3904:18, 3942:25, 3951:21, 3952:5

**worry** [2] - 3815:3, 3907:15

**worse** [1] - 3814:10

**worship** [2] - 3859:12, 4009:15

**worshipped** [1] - 4009:12

**worst** [1] - 3981:2

**worth** [2] - 3881:8, 3974:9

**wound** [1] - 3892:10

**wow** [1] - 3967:12

**wrap** [1] - 3839:12

**wrapped** [1] - 3839:11

**wraps** [1] - 3905:1

**wrestle** [1] - 3927:5

**wrinkles** [1] - 3925:3

**wrists** [1] - 3840:22

**writ** [1] - 3731:4

**written** [2] - 3756:3, 3810:17

**wrongdoing** [1] - 3992:17

**wrote** [19] - 3804:7, 3804:9, 3804:11, 3804:14, 3805:5, 3805:8, 3805:21, 3807:18, 3807:20, 3810:3, 3810:13, 3810:15, 3830:11, 3831:5, 3831:9, 3831:12, 3855:21, 3942:15, 4015:6

**Wyckoff** [44] - 3733:25, 3734:1, 3737:15, 3742:18, 3742:20, 3745:6, 3746:13, 3770:22, 3771:9, 3842:24, 3852:13, 3855:12, 3856:24, 3860:19, 3868:4, 3868:7, 3868:15, 3876:24, 3880:10, 3884:1, 3909:7, 3909:16, 3909:22, 3910:4, 3916:16, 3918:6,

3930:12, 3937:5, 3938:8, 3939:10, 3939:12, 3939:23, 3950:13, 3958:2, 3958:20, 3974:16, 3975:11, 3977:9, 3977:12, 3977:13, 3977:15, 4029:11, 4031:11

**Wyckoff-Gowanus** [1] - 3876:24

## Y

**Yahadin** [2] - 3860:20, 3878:14
**yapping** [1] - 4011:3
**yarn** [2] - 3862:22, 3924:7
**year** [11] - 3718:8, 3764:3, 3769:3, 3901:13, 3944:13, 3991:5, 4014:18, 4022:20, 4030:20, 4030:21
**years** [32] - 3714:2, 3714:3, 3718:8, 3734:10, 3737:12, 3760:19, 3773:12, 3773:15, 3821:23, 3837:15, 3847:15, 3851:9, 3852:18, 3881:10, 3891:25, 3893:15, 3900:8, 3918:5, 3919:22, 3927:10, 3927:12, 3972:7, 3977:6, 3977:24, 3978:18, 3996:22, 4005:19, 4013:14, 4014:19, 4030:19
**yelling** [1] - 3897:13
**yellow** [1] - 3893:6
**Yero** [1] - 4001:16
**yield** [1] - 3986:5
**yields** [1] - 3992:4
**yo** [3] - 3740:20, 3740:21, 3964:18
**YORK** [1] - 3707:1
**York** [22] - 3707:7, 3707:20, 3707:24, 3708:2, 3818:14, 3822:19, 3836:4, 3836:8, 3837:4, 3839:9, 3839:15, 3840:15, 3862:11, 3865:6, 3865:7, 3865:12, 3917:19, 3917:20, 3921:19, 3948:15, 3952:17
**young** [2] - 3765:4, 3767:23
**your'** [1] - 3903:5
**yourself** [16] - 3752:8, 3756:8, 3803:4, 3853:5, 3862:21, 3885:7, 3903:16, 3926:16, 3943:22, 3950:20, 3955:5, 3956:22, 3976:10, 3983:16, 4016:12
**yourselves** [10] - 3828:7, 3843:24, 3874:15, 3914:25, 3921:8, 3922:2, 3924:7, 3940:3, 3985:11, 4032:19

## Z

**Zapata** [26] - 3841:20, 3842:15, 3842:18, 3843:22, 3875:14, 3880:9, 3887:22, 3906:1, 3906:5, 3909:5, 3909:7, 3913:5, 3913:16, 3913:21, 3919:6, 3933:13, 3937:7, 3939:3, 4001:17, 4008:8, 4008:11, 4019:4, 4028:14, 4031:3, 4031:4
**zealous** [1] - 3927:19
**Zeina** [1] - 4030:5
**Zeina's** [3] - 4029:2, 4029:8, 4030:10
**zero** [2] - 3960:15, 3960:18

**Zimpfer** [1] - 3928:21
**Ziploc** [1] - 3978:14