# NOTICE OF APPEAL

**United States District Court**

_____ District of _____

Caption:

_____ v.

_____

Docket No.: _____

_____
(District Court Judge)

Notice is hereby given that _____ appeals to the United States Court of Appeals for the Second Circuit from the judgment [\_\_\_], other [\_\_\_] _____
(specify)
entered in this action on _____.
(date)

This appeal concerns: Conviction only [\_\_\_]   Sentence only [\_\_\_]   Conviction & Sentence [\_\_\_]   Other [\_\_\_]

Defendant found guilty by plea [\_\_\_] trial [\_\_\_] N/A [\_\_\_].

Offense occurred after November 1, 1987?   Yes [\_\_\_]   No [\_\_\_]   N/A [\_\_\_]

Date of sentence: _____   N/A [\_\_\_]

Bail/Jail Disposition: Committed [\_\_\_]   Not committed [\_\_\_]   N/A [\_\_\_]

Appellant is represented by counsel?  Yes [\_\_\_] No [\_\_\_]   If yes, provide the following information:

Defendant's Counsel: _____

Counsel's Address: _____

_____

Counsel's Phone: _____

Assistant U.S. Attorney: _____

AUSA's Address: _____

_____

AUSA's Phone: _____

_____
Signature