

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SA
F. #2012R01574

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 17, 2016

<u>By Hand and ECF</u>

Honorable Nicholas Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re: United States v. Shondell Walker
> <u>Criminal Docket No. 10 CR 615 (NGG)</u>

Dear Judge Garaufis:

      The government writes respectfully to request that the Court adjourn the sentencing in this case currently scheduled for June 21, 2016. As the Court is aware, the defendant filed a supplemental sentencing memorandum late in the evening of June 14, 2016, objecting to various aspects of the Presentencing Investigation Report ("PSR") in this case. In particular, the defendant has requested a "fatico hearing," in which he has indicated his client intends to potentially testify, to contest the applied enhancements for his possession of a weapon in connection with the charged offense. In light of the fact that the defendant's submission was received by the undersigned so recently, and in consideration of the fact that the government needs to supplement its prior submission given that the government likely intends to seek a sentence of the defendant above the Guidelines set forth in the PSR in light of his perjurious conduct in the trial of <u>U.S. v. Ronald Herron</u>, 10-CR-165 (NGG), the

government respectfully requests a brief adjournment of the sentence – to a date at the end of July - to allow it to appropriately address the issues raised by the defendant and to otherwise articulate its position at sentencing.

                                              Respectfully submitted,

                                              ROBERT L. CAPERS  
                                              United States Attorney

By:     /s/_____  
           Shreve Ariail  
           Assistant U.S. Attorney  
           (718) 254-6616